# United States Bankruptcy Court
## District of Colorado

In re    DNC and TCPA LIST SANITIZER, LLC        Case No. _____
                     Debtor(s)        Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __DNC and TCPA LIST SANITIZER, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| May 16, 2024 | /s/ John Cimino |
|---|---|
| Date | John Cimino |
| | Signature of Attorney or Litigant |
| | Counsel for    DNC and TCPA LIST SANITIZER, LLC |
| | Cimino Law Office LLC |
| | 5500 East Yale Ave., Suite 201A |
| | Denver, CO 80222 |
| | (720) 434-0434  Fax: |
| | jc925ave@yahoo.com |

Software Copyright (c) 1996-2024 Best Case, LLC  - www.bestcase.com        Best Case Bankruptcy