Fill in this information to identify the case:

Debtor name: DNC and TCPA LIST SANITIZER, LLC
United States Bankruptcy Court for the: DISTRICT OF COLORADO
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adam Young, Tubmanburg Ltd. Ringba Ringba, LLC 10200 E Girard Ave Suite 250 Denver, CO 80231 | | Judgment entered for attorneys' fees and costs | Disputed | | | $640,415.00 |
| Allen Vellone Wolf Halfrich & Factor, PC 1600 Stout Street Stuie 1900 Denver, CO 80202 | | Legal services | Disputed | | | $62,021.00 |
| American Express PO Box 6031 Carol Stream, IL 60197 | | Credit card purchases | | | | $49,014.00 |
| American Express Business Line of Credit PO Box 570622 Atlanta, GA 30357 | | Business Line of Credit | | | | $10,214.00 |
| Chase Bank PO Box 6026 Mail Code IL 1-0054 Chicago, IL 60680-6026 | | Business Installment Loan | | | | $85,785.00 |
| Cohen Trial, LLC 1600 Broadway Suite 1660 Denver, CO 80202 | | attorney fees | Disputed | | | $0.00 |

Debtor **DNC and TCPA LIST SANITIZER, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| CT Corporation System, as representative<br>330 N Brand Blvd Ste 700<br>Attn: SPRS<br>Glendale, CA 91203 | | All accounts of the debtor held by the secured party, CT Corporation System, as representative, all other property of the debtor held with, or by the secured party, all proceeds thereof, and all business assets of the debtor, wherever located, pursuant to UCC Financing Statement | | Unknown | $0.00 | $0.00 |
| JP Morgan Chase Bank NA<br>PO Box 6026<br>IL1-1145<br>Chicago, IL 60680-6026 | | All accounts of the debtor held by the secured party, CT Corporation System, as representative, all other property of the debtor held with, or by the secured party, all proceeds thereof, and all business assets of the debtor, wherever located, pursuant to UCC Financing Statement | | Unknown | $0.00 | $0.00 |
| Quandry Peak Research<br>205 S Broadway<br>Suite 300<br>Los Angeles, CA 90012 | | expert witness fees | Disputed | | | $0.00 |