## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                     )
                                           )
DNC and TCPA LIST SANITIZER, LLC           )     Case No. 24-12624
Tax ID / EIN: 83-3868704                   )
                                           )     Chapter 11
                                           )
          Debtor.                          )

### UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

    The United States Trustee ("UST"), by and through undersigned counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: May 16, 2024                        Respectfully submitted,

                                                            Patrick S. Layng
                                                            UNITED STATES TRUSTEE

                                                            /s/ Alan K. Motes
                                                            By: Alan K. Motes #33997
                                                            Trial Attorney for the U.S. Trustee
                                                           1961 Stout Street, Suite 12-200
                                                            Denver, CO 80294
                                                            (303)312-7999
                                                            (303)312-7259 fax
                                                            Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on the date set forth below a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served to the following parties:

Dated: May 16, 2024

JC925Ave@yahoo.com

                                        /s/ Alan Motes
                                        Office of the United States Trustee