UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                        )
                                              )        Case No. 24-12624
DNC  and  TCPA Sanitizer List,                )
                                              )        Chapter 11, Subchapter V
    Debtor.

## APPLICATION TO EMPLOY CIMINO LAW OFFICE, LLC
## AS COUNSEL FOR DEBTOR

Debtor, DNC and TCPA Sanitizer List. ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC, states in its Application to Employ Attorneys as follows:

1.      Debtor filed its Voluntary Petition pursuant to Chapter 11, Subchapter V of the Bankruptcy Code on May 16, 2024, and is operating as a debtor-in-possession.

3.      Debtor desires to employ the services of CIMINO LAW OFFICE LLC., a firm of attorneys admitted to practice in this Court ("Counsel"), as its counsel. Counsel's offices are located at 5500 East Yale Avenue, Suite 201A, Denver, Colorado 80222.

4.      Debtor has selected Counsel for the reason that it has had considerable experience in matters of this character, and the Debtor believes is well qualified to represent it is in this case.

5.      The professional services that Counsel is to render are:

   a.   To provide the Debtor with legal advice with respect to its powers and duties;

   b.   To aid the Debtor in the development of a plan of reorganization under Chapter 11;

   c.   To file the necessary petitions, pleadings, reports, and actions which may be required in the continued administration of the Debtor's property under Chapter 11;

   d.   To take necessary actions to enjoin and stay until final decree herein continuation of pending proceedings and to enjoin and stay until final decree herein commencement of lien foreclosure proceedings and all matters as may be provided under 11 U.S.C. §362; and

1

e.   To perform all other legal services for the Debtor which may be necessary herein.

6.   Pursuant to 11 U.S.C. § 327(a), the Debtor may employ one or more attorneys or accountants with Court authority. It is necessary for the Debtor to employ an attorney to provide professional services and represent them in their Chapter 11 Bankruptcy Case. As such, employment of Counsel is warranted pursuant to section 327(a).

7.   To the best of Debtor's and Counsel's knowledge, Counsel has no connection or relationship with creditors and is disinterested as defined in the Code. See Affidavit of Counsel attached hereto as Exhibit A.

8.   Counsel represents no interest adverse to the estate in the matter upon which they are to be engaged for the Debtors, and its employment is in the best interests of the estate.

9.   The Debtor desires to employ Counsel under a general retainer because of the extensive legal services required. The firm's customary hourly rates are listed as follows:

John A. Cimino            $375

10.   Counsel will seek compensation and reimbursement of fees and costs as required under the Bankruptcy Code, Rules, and Local Rules.

11.   No committee of creditors has been appointed or designated herein, and no notice need be given of the appointment of Counsel.

12.   Counsel received a pre-Petition retainer of $20,000.00, of which $10,188.50 remained on the Petition Date. The retainer approval will be the subject of a separate application that will be filed on notice to creditors.

**[remainder of page intentionally left blank]**

2

WHEREFORE, the Debtor prays that it be authorized to employ and appoint CIMINO LAW OFFICE, LLC to represent it as a Debtor and Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code, and for such further and additional relief as the Court may deem proper.

DATED: May 16, 2024                    Respectfully submitted,

By:/s/ John A. Cimino

John A. Cimino, Esq., #14032
**CIMINO LAW OFFICE, LLC.**
**5500 East Yale Ave., Suite 201A**

Denver, CO 80222
E-mail: JC925AVE@yahoo.com
Telephone: 720-434-0434

3