UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                          )
                                                )
DNC and TCPA List Sanitizer, LLC                )        Case No. 24-12624
d/b/a TCPA Litigator List,                      )
                                                )        Chapter 11, Subchapter V
Debtor.                                         )

### VERIFIED STATEMENT OF ATTORNEY

1.     I am the sole member of the law firm of Cimino Law Office, LLC.

2.     Cimino Law Office, LLC (the "Firm") are attorneys and counselors of law duly admitted to the practice of law in the State of Colorado and this Court.

3.     The Firm's offices for the practice of law are located at 5500 East Yale Ave., Suite 201A, Denver, CO 80222.

4.     The Firm does not represent any party in interest adverse to the interest of the Debtor. The Firm does not represent any creditor of the Debtor. The Firm is disinterested as defined by 11 U.S.C. § 101(14) and does not have or represent an interest materially adverse to the interest of the estate or of any class of creditors.

5.     The fees to be charged in this matter for which the Firm is being employed are according to the Firm's customary rates and costs. The Firm's customary hourly rates are listed as follows:

John A. Cimino   $375

6.     The Firm will seek compensation and reimbursement of fees and costs as required under the Bankruptcy Code, Rules, and Local Rules.

7.     The Firm received a pre- petition retainer of $20,000.00, of which $10,188.50 remained on the Petition Date. The retainer approval will be the subject of a separate application that will be filed on notice to creditors.

1

8.      The Firm is not aware of any other connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee. or any person employed in the Office of the United States Trustee.

9.      The statements contained in the Application to Employ Attorneys are true and correct to the best of our knowledge and belief.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 16ᵗʰ day of May, 2024.

/s/ John A. Cimino

2

## CERTIFICATE OF SERVICE

I certify that on May 16, 2024, I electronically served a complete copy of the foregoing APPLICATION TO EMPLOY CIMINO LAW OFFICE, LLC AS COUNSEL FOR DEBTOR on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alan Motes, Esq.
US Trustee's Office
1961 Stout Street Suite 12-200
Denver, CO 80294

/s/John Cimino

3