UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                          )
                                                )       Case No. 24-12624
DNC and TCPA List Sanitizer, LLC,               )
                                                )
    Debtor.                                     )       Chapter 11, Subchapter V


**ORDER APPROVING APPLICATION TO EMPLOY ATTORNEYS**


THIS MATTER, having come before the Court on the Application of the Debtor for authority to appoint Cimino Law Office, LLC to represent it as counsel in this case, the Court being satisfied that Cimino Law Office, LLC represents no interest materially adverse to the estate of the Debtor, and the matter upon which it is to be engaged, that its employment is necessary and would be in the best interests of the estate, it is

ORDERED

That the Debtor is authorized to employ and appoint Cimino Law Office, LLC to represent it as counsel in this case under Chapter 11 as Debtors and Debtors-in-Possession pursuant to 11 U.S.C. § 327(a); and it is

FURTHER ORDERED

That the fees and costs charged by Cimino Law Office, LLC are subject to allowance or review by the Court in accordance with 11 U.S.C. Sections 329, 330 and 331.


Done and entered this _____ day of May, 2024 at Denver, Colorado.


_____
United States Bankruptcy Court Judge