**United States Bankruptcy Court**
**For the District of Colorado**

In re:                                                       )
DNC                                                          )               Bankruptcy Case No.  24-12624-KHT
and TCPA LIST SANITIZER, LLC                                 )                         Chapter  11
                                                             )
Debtor(s).                                                   )

## NOTICE OF DEFICIENCY

The following missing documents are required for your case and are due **Thursday, May 30, 2024:**

• Corporate Resolution
• Statement regarding whether a receiver is in possession of all or any part of the Debtor's property (L.B.F. 1007-7.1)

The following documents are required in a small business case or a case under Subchapter V of Chapter 11 **not later than 7 days after the date of the order for relief.** 11 U.S.C. § 1116.

• Most recent balance sheet, statement of operations, cash flow statement, and federal income tax return; or, in the alternative, a statement under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no federal tax return has been filed.

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 5/17/2024                              Kenneth S. Gardner, Clerk
                                             U.S. Custom House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/efile/sam/signup.aspx
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
         Call: 720-904-7300
         Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.