# United States Bankruptcy Court
## District of Colorado

In re    DNC and TCPA LIST SANITIZER, LLC

Debtor(s)

Case No.  24-12624-KHT

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __DNC and TCPA LIST SANITIZER, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 16, 2024

Date

/s/ John Cimino

John Cimino

Signature of Attorney or Litigant
Counsel for    DNC and TCPA LIST SANITIZER, LLC

Cimino Law Office LLC
5500 East Yale Ave., Suite 201A
Denver, CO 80222
(720) 434-0434  Fax:
jc925ave@yahoo.com