# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

DNC AND TCPA LIST SANITIZER,

   Debtor.

Case No.: 24-

Chapter: 11, Subchapter V

---

## CERTIFICATE OF CORPORATE RESOLUTION

---

This is to certify that the Members of DNC and TCPA List Sanitizer (The "Company") met and voted as follows:

RESOLVED, that CEO, Michael O'Hare (the "CEO"), is hereby authorized to make, execute, acknowledge, verify, seal and file a Petition under Chapter 11 of the United States Bankruptcy Code and the necessary statements and schedules and other documents and schedules accompanying the same on behalf of the Company.; and it is

FURTHER RESOLVED, that the Company retain the law firm of Allen Vellone Wolf Helfrich & Factor, P.C., as its counsel in connection with the foregoing; and it is

FURTHER RESOLVED, that the CEO is hereby authorized to make such necessary arrangements for the payment of counsel's fees, expenses and costs as the situation requires, and to do any and all other acts and things being necessary, proper or advisable in connection with the foregoing.

IN WITNESS WHEREOF, I have hereunto, by order of the Members, set my hand on behalf of the Company, DNC and TCPA List Sanitizer.

DATED this ___7__ day of February, 2024.

By:_____

DNC and TCPA List Sanitizer

Printed name: Michael O'Hare

Title: CEO