DocuSign Envelope ID: 6850E06D-61C3-4471-A98F-47068C0EA683

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

DNC and TCPA LIST SANITIZER, LLC

Debtor.

Case No. 24-12624 KHT

Chapter 11 Subchapter V

STATEMENT UNDER PENALTY OF PERJURY REGARDING May 17, 2024 ORDER

Michael O'Hare, CEO of the debtor DNC and TCPA List Sanitizer, LLC (hereinafter referred to as the "Company") states under the penalty of perjury that:

1. I am the CEO and member of the debtor Company.

2. The Company does not have a balance sheet, except as may be included on its 2022 federal income tax return.

3. The company does not have a statement of operations or cash flow statement.

4. The Company does have its federal tax return for year ending 2022.

5. The 2023 return is on extension to be filed later this year.

6. The 2022 return will be filed along with a 2022 profit and loss statement.

Sworn to under the penalty of perjury this 17th day of May, 2024 by Michael O'Hare.

DNC and TCPA LIST SANITIZER

DocuSigned by:

*Michael O'Hare*

3A16E3F46CA14E9...

MICHAEL O'HARE, CEO

1