# DNC and TCPA Sanitizer, LLC

## Profit and Loss

Basis: Cash

From 01 Jan 2022 To 31 Dec 2022

| Account | Total |
| --- | ---: |
| **Operating Income** | |
| Sales | 887,013.21 |
| **Total for Operating Income** | **887,013.21** |
| **Cost of Goods Sold** | |
| **Total for Cost of Goods Sold** | **0.00** |
| **Gross Profit** | **887,013.21** |
| **Operating Expense** | |
| Accountant | 5,597.71 |
| Administrative Assistant | 5,418.29 |
| Advertising And Marketing | 53,388.80 |
| Automobile Expense | 51,487.37 |
| Bank Fees and Charges | 899.54 |
| Consultant Expense | 3,152.94 |
| Conventions and Trade | 5,665.61 |
| Health Insurance | 2,059.00 |
| Insurance | 1,175.00 |
| IT and Internet Expenses | 41,138.75 |
| Legal | 36,205.20 |
| Litigators Research | 74,554.05 |
| Meals and Entertainment | 9,983.48 |
| Office Cleaning | 3,273.03 |
| Office Furniture | 5,991.95 |
| Office Miscellaneous | 3,913.46 |
| Office Remodeling | 1,140.13 |
| Office Rent | 792.00 |
| Office Supplies | 4,197.47 |
| Other Expenses | 5,771.86 |

| Account | Total |
|---|---:|
| Payroll Expenses | 98,172.88 |
| Payroll Tax | 18,795.92 |
| Petty Cash TCPA | 2,640.00 |
| Postage | 1,490.39 |
| Printing and Stationery | 1,685.95 |
| Professional Development | 5,563.59 |
| Repairs and Maintenance | 2,029.46 |
| Research and Development | 5,611.73 |
| Sales People | 13,932.50 |
| Telecommunication Expense | 2,445.03 |
| Telephone Expense | 2,405.61 |
| Travel Airfare | 16,338.13 |
| Travel Expense | 2,542.87 |
| Travel Ground Transportation | 4,054.06 |
| Travel Hotel | 11,702.41 |
| VOIP | 3,682.90 |
| Web Site Development | 70,347.73 |
| **Total for Operating Expense** | **579,246.80** |
| **Operating Profit** | **307,766.41** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **307,766.41** |

\*\*Amount is displayed in your base currency **USD**