**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

DNC and TCPA LIST SANITIZER, LLC,

Debtor.

Bankruptcy Case No.24-12624KHT

Chapter 11

**ORDER FOR COMPLIANCE**

THIS MATTER comes before the Court the filing of this chapter 11 case on May 16, 2024. The Court finds that John Cimino has failed to comply with applicable rules of procedure, noted more specifically below:

[X] L.B.R. 2014-1(d): Professionals who receive or propose to receive a retainer in connection with a bankruptcy case must seek approval of the retainer by separate motion and notice. The motion and notice must include:
   (1) the amount of any retainer received or proposed;
   (2) the source of the payment or retainer; and
   (3) whether the professional's fees are paid by a principal, insider, or affiliate of the debtor.

Accordingly, IT IS HEREBY ORDERED that John Cimino must file the appropriate documents by June 4, 2024, failing which a retainer may not be approved.

DATED this 28th day of May, 2024

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge