## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC, ) | Case No. 24-12624 KHT |
| ) | Chapter 11 |
| Debtor. ) | |

### *EX PARTE* MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF DEBTOR DNC AND TCPA LIST SANITIZER, LLC AND CASHYEW HOLDING

Adam Young, Tubmanburg Limited and Ringba, LLC (collectively, "Ringba"), by and through its counsel, Lewis Roca Rothgerber Christie LLP, respectfully moves this Court for an Order authorizing the examination of DNC and TCPA List Sanitizer, LLC and Cashyew Holding pursuant to FED. R. BANKR. P. 2004. In support hereof, Ringba states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this Chapter 11 case pursuant to 28 U.S.C. §§ 157(a) and (b) and 1334(a) and (b). This matter constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A), (I), (J), and (O).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

### PROCEDURAL BACKGROUND

3. DNC and TCPA List Sanitizer, LLC (the "Debtor") filed for relief under Chapter 11 of the Bankruptcy Code on May 16, 2024 (the "Petition Date"). In its Voluntary Petition, the Debtor elected to proceed under Subchapter V of Chapter 11.

4. The Debtor is primarily owned by Cashyew Holding which holds a 99% equity interest in the Debtor. The remaining ownership interests in the Debtor are held by Michael

O'Hare (.50%), the Debtor's CEO, and Tatiana O'Hare (.50%), the Debtor's Secretary. *See* Statement of Financial Affairs No. 28.

5. Joli A. Lofstedt, Esq. is the duly appointed and acting Subchapter V Trustee (the "Trustee") in the Debtor's bankruptcy case.

6. Ringba is listed on the Debtor's Schedule F as an unsecured creditor in the amount of $640,415.00 as a *disputed* creditor relating to a "Judgment entered for attorneys' fees and costs." *See* Schedule F, 3.1. The Judgment stems from an Order re Forthwith Request for Emergency Hearing and terminating sanctions entered by the District Court, El Paso County, Colorado in Case No. 2021CV31668 (the "State Court Litigation"). In the State Court Litigation, the El Paso County District Court (the "State Court") entered terminating sanctions against the Debtor for its concealment of evidence and recordings that went to the heart of the State Court Litigation. The Debtor has appealed the Judgment awarding the attorneys' fees and costs to the Colorado Court of Appeals in Court of Appeals Case No. 2024CA265. The Debtor has also appealed three other orders entered by the State Court in Court of Appeals Case No. 2023CA891.

7. The Debtor's 341(a) Meetings of Creditors is scheduled for June 10, 2024 at 12:00 p.m. (the "Creditors' Meeting").

8. A Status and Scheduling Hearing pursuant to 11 U.S.C. § 1188 is set for July 11, 2024 at 10:00 a.m. before this Court.

## DISCUSSION

9. FED. R. BANKR. P. 2004 provides that the Court may order the examination of any entity on motion of a party in interest. Such examination may relate to "the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate . . . ." FED. R. BANKR. P. 2004(b).

10. Rule 2004 "is a basic discovery device used in bankruptcy cases." *In re Blinder, Robinson & Co., Inc.*, 127 B.R. 267, 275 (D. Colo. 1991). Rule 2004 permits the party invoking it to undertake a broad inquiry of the examinee, and has been likened to a "fishing expedition," although its use is not unlimited. *See Blinder*, 127 B.R. at 274; *see also In re Valley Forge Plaza Assoc.*, 109 B.R. 669, 674 (E.D. Pa. 1990) ("The scope of a [Rule] 2004 examination is even broader than that of discovery permitted under the FED. R. CIV. P., which themselves contemplate broad, easy access to discovery.").

11. Furthermore, "Rule 2004(c) states that *all entities* may be compelled to attend the examination or produce documents by the manner provided in Bankruptcy Rule 9016 for the attendance of witnesses at a hearing or trial. Bankruptcy Rule 9016 incorporates Federal Rule of Civil Procedure 45, which allows issuance of a subpoena for witness or document production." *In re Augustus*, 2007 WL 172525 *2 (Bankr. S.D. Tex. Jan. 18, 2007) (unpublished disposition) (emphasis added).

12. Pursuant to FED. R. BANKR. P. 2004 and L.B.R. 2004-1, Ringba seeks authority to take the Rule 2004 examination of the Debtor and the Debtor's majority owner, Cashyew Holding, with respect to certain issues, including, but not limited to the Debtor's financials, including the Debtor's debts, assets and the precipitating factors for the Debtor's bankruptcy case. Ringba further questions why: (i) the Debtor lists many creditors in its Schedules, in "unknown amounts;" (ii) the Debtor lists Ringba's Judgment as "disputed;" (iii) why the Debtor lists its former legal advisors on Schedule F as being owed $62,021, and at the same time that legal firm is the only firm authorized to file the Debtor's bankruptcy case, *see* Debtor's Certificate of Corporate Resolution at Docket No. 12; and (iv) the Debtor fails to include separate "spreadsheets" for payments, distributions or withdrawals credited or given to insiders, *see* SOFA No. 30.

Numerous questions are raised by the Debtor's incomplete disclosures filed in its Chapter 11 bankruptcy case, including whether the Debtor is, in effect, using the bankruptcy filing as a substitute for a supersedeas bond relating to its appeals filed in the Colorado Court of Appeals.

13. Ringba also seeks the production of certain documents described in Exhibit A ("Exhibit A"). A copy of **Exhibit A** is attached and incorporated herein.

14. Once the requested documents are produced, Ringba will then conduct an examination of the Debtor and Cashyew Holding. Ringba and its counsel will schedule the date of the Rule 2004 examination not earlier than fourteen (14) days following the date of service of the Order approving the examination of the Debtor and Cashyew Holding. Accordingly, Ringba also requests that the Court order the Debtor to produce not earlier than fourteen (14) days following the entry of the attached Order all documents listed on **Exhibit A**.

15. Pursuant to FED. R. BANKR. P. 2004(c) and 7030(b)(6) (as applicable), Ringba also seeks to issue a subpoena duces tecum to Cashyew Holding, if necessary, requiring its appearance for an examination with respect to certain topics and for production of the documents set forth on **Exhibit A**.

16. The aforesaid facts and circumstances establish cause for this Court to order a Rule 2004 examination of the Debtor and Cashyew Holding, to order the production of documents as more fully set forth on **Exhibit A**, and to allow Ringba to compel, if necessary, such examination, and document request pursuant to FED. R. BANKR. P. 2004(c) and 9016 and FED. R. CIV. P. 45

WHEREFORE, Adam Young, Tubmanburg Limited and Ringba, LLC, respectfully request that the Court enter an Order authorizing them to conduct a Rule 2004 Examination of DNC and TCPA List Sanitizer, LLC, and Cashyew Holding, as well as requiring DNC and TCPA List Sanitizer, LLC and Cashyew Holding to produce such documents as are set forth on

**Exhibit A**, to be provided to Ringba not earlier than fourteen (14) days from the entry of the Court's Order approving this Motion, and requests such other and further relief as the Court deems appropriate.

Respectfully submitted this 29th day of May, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Chad S. Caby*
Chad S. Caby
1601 19th Street, Suite 1000
Denver, CO 80202
Tel: 303-628-9583
Fax: 303-623-9222
E-mail: ccaby@lewisroca.com

*Attorneys for Adam Young, Tubmanburg Limited and Ringba, LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that, on May 29, 2024, a true and correct copy of the foregoing ***EX PARTE* MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF DEBTOR DNC AND TCPA LIST SANITIZER, LLC AND CASHYEW HOLDING** was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

| | |
|---|---|
| John Cimino, Esq.<br>CIMINO LAW OFFICE, LLC<br>5500 E. Yale Ave., #201A<br>Denver, CO 80222<br>Via: CM/ECF<br><br>*Counsel for Debtor*<br><br>Alan K. Motes, Esq.<br>Byron G. Rogers Federal Bldg.<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294<br>Via: CM/ECF<br><br>*Counsel for U.S. Trustee* | Joli A. Lofstedt, Esq.<br>PO Box 270561<br>Louisville, CO 80027<br>Via: CM/ECF<br><br>*Subchapter V Trustee* |

                                            *s/ Jennifer Eastin*
                                            Of: Lewis Roca Rothgerber Christie LLP

125000847.1

# EXHIBIT A
# DOCUMENT REQUEST

## DEFINITIONS AND INSTRUCTIONS

1. "Communication(s)" means all correspondence, inquiries, discussions, conferences, conversations, negotiations, agreements, meetings, notes, e-mails, telegrams, telexes, facsimiles, call recordings, Skype messages, Slack messages, text messages, or other forms of communication, including, but not limited to, oral, digital and written communications.

2. "Cashyew Holding" means the entity that owns 99% of the Debtor as set forth in the Debtor's Statement of Financial Affairs, No. 28.

3. "Debtor" means DNC and TCPA List Sanitizer, LLC, that filed Bankruptcy Case No. 24-12624 KHT on May 16, 2024 in the United States Bankruptcy Court for the District of Colorado.

4. "Document" is synonymous with the usage of the term in FED. R. CIV. P. 34(a) (as incorporated by FED. R. BANKR. P. 7034), and includes, without limitation, the original or a copy of any handwriting, typewriting (including emails or any other electronically stored information), printing, photostating, photographing, and every other means of recording upon any tangible thing and form of communication or representation, including letters, words, pictures, sounds, or symbols, or combinations of them.

5. "Person" includes a natural person, firm, association, organization, partnership, business, trust, corporation, or public entity.

6. "Petition Date" means May 16, 2024.

7. "Ringba" means Adam Young, Tubmanburg Limited and Ringba, LLC.

125000847.1

8. "You" or "Your" refers to the Debtor and Cashyew Holdings and their agents, employees, attorneys, accountants, investigators, and anyone else acting on the Debtor's behalf.

9. Whenever the context makes it appropriate, the use of the singular shall be deemed to include the plural, the use of "and" shall be deemed to include "or," and the use of "any" or "each" shall be deemed to include "all" and vice versa.

10. If You consider the content of any Document responsive to these Requests for Production to be privileged or otherwise not subject to discovery in these proceedings, please make the claim expressly and describe the nature of the Documents or Communications not produced in accordance with FED. R. CIV. P. 26(b)(5)(A) (as incorporated by FED. R. BANKR. P. 7026).

## REQUESTS FOR PRODUCTION OF DOCUMENTS

Please produce the following documents at the offices of Lewis Roca Rothgerber Christie LLP, 1601 19th Street, Suite 1000, Denver, CO 80202, within fourteen (14) days from the date of the entry of the Court's Order Granting *Ex Parte* Motion for Authorization to Conduct Rule 2004 Examination of the Debtor and Cashyew Holding, or at such other time as may be mutually agreed upon by counsel.

**Request No. 1:** Please produce any and all bank statements (with cancelled checks – front and back) for You from May 16, 2019 to the present.

**Request No. 2:** Please produce the 2021, 2022 and 2023 profit and loss statements and Balance Sheets for Debtor and Cashyew Holding.

**Request No. 3:** Please produce all account statements/registers for any banking account(s), investment account(s), individual retirement account(s), 401(k) account(s), or any other type of account whatsoever on which the Debtor and Cashyew Holding have been a signatory or beneficiary from May 16, 2021 to the present.

**Request No. 4:** Please produce copies of the Debtor's and Cashyew Holding's 2021, 2022, 2023 federal and state income tax returns and all attachments thereto, including any requests for an extension.

**Request No. 5:** Please produce any Documents or Communications relating to transfers of money between the Debtor, and Cashyew Holding, Michael O'Hare, or Tatiana O'Hare from May 16, 2021 to the present.

**Request No. 6:** Please produce merchant account statements, including merchant cash advance statements, from May 16, 2021 to the present.

**Request No. 7:** Please produce credit card statements for all credit cards owned or used by Debtor from May 16, 2021 to the present.

**Request No. 8:** Please produce all transaction statements for PayPal, Zelle, Cashapp, Venmo or other money transfer services used by Debtor from May 16, 2021 to the present.

**Request No. 9:** Please produce title and any other ownership documentation for any vehicle owned or used by Debtor from May 16, 2021 to the present.

**Request No. 10:** Please produce receipts for all auto or truck purchases, including work orders that show mileage, from May 16, 2021 to the present.

**Request No. 11:** Please produce all transaction statements for all lines of credit owned or used by Debtor from May 16, 2021 to the present.

**Request No. 12:** Please provide vendor receipts and statements for all food and beverage, travel, laundry services and cleaning services engaged by Debtor or Cashyew Holding, including addresses of locations cleaned.

**Request No. 13:** Please provide receipts for all travel, including ground travel, airfare, lodging and hotel receipts from May 16, 2021 to the present. Such receipts should include named ticket holder.

**Request No. 14:** Please produce any Documents or Communications discussing Your business model, financial health, or profitability from May 16, 2021 to the present.

**Request No. 15:** Please produce any Documents showing valuations of any intellectual property owned by Debtor, including but not limited to (1) its domain name; (2) its TCPA List; and (3) its customer list.

**Request No. 16:** Please produce any Documents showing any offers to purchase Debtor or some or all of the assets owned by Debtor from May 16, 2021 to the present.

**Request No. 17:** Please produce all Communications with creditors attempting to settle, negotiate, schedule, or conduct any action to resolve outstanding bills.

**Request No. 18:** Please produce all operating agreements, management agreements, LLC agreements, and meeting minutes for Debtor and Cashyew Holding.

**Request No. 19:** Please produce all contracts, agreements, and communications between Debtor and Cashyew Holding.

**Request No. 20:** Please produce paystubs for all employees of Debtor or Cashyew Holding.

**Request No. 21:** Please produce all statements for 1099 contractors of Debtor or Cashyew Holding.

**Request No. 22:** Please produce all web hosting agreements with Debtor or Cashyew and all web hosting statements from May 16, 2021 to the present.

**Request No. 23:** Please produce any Documents showing cryptocurrency wallet addresses or showing cryptocurrency transactions related to Debtor or Cashyew Holding.

**Request No. 24:** Please produce Quickbooks or other accounting software files for Debtor from May 16, 2021.

**Request No. 25:** Please produce all Documents prepared by Tatiana O'Hare in her role as bookkeeper for Debtor or Cashyew Holding, including but not limited to notes, spreadsheets, source material, and email communications.

**Request No. 26:** Please produce all Documents related to any creditor listed in the bankruptcy petition.

**Request No. 27:** Please produce all non-privileged Communications relating to the judgment entered against Debtor and in favor of Ringba in 2021cv31668.

**Request No. 28:** Please produce all non-privileged Documents that reference Adam Young, Harrison Gevirtz, or Ringba.

**Request No. 29:** Please produce all non-privileged Documents related to the filing of the bankruptcy petition.