## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC, | ) | Case No. 24-12624 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |

---

### ORDER GRANTING *EX PARTE* MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF DEBTOR DNC AND TCPA LIST SANITIZER, LLC AND CASHYEW HOLDING

---

THIS MATTER having come before the Court upon Adam Young, Tubmanburg Limited and Ringba, LLC's (collectively, "Ringba"), *Ex Parte* Motion for Order Authorizing Rule 2004 Examination of Debtor DNC and TCPA List Sanitizer, LLC and Cashyew Holding (the "Motion"); and with good cause being shown, the Court

ORDERS that the Motion is **GRANTED;**

IT IS FURTHER ORDERED that Ringba is authorized to conduct a Rule 2004 Examination of DNC and TCPA List Sanitizer, LLC and the Debtor's majority owner Cashyew Holding;

IT IS FURTHER ORDERED that DNC and TCPA List Sanitizer, LLC and Cashyew Holding shall produce such documents as are set forth in the corresponding **Exhibit A** filed with the Motion, not earlier than fourteen (14) days from the entry of the Court's Order approving this Motion; and

IT IS FURTHER ORDERED that Ringba may compel production of documents and attendance of witnesses in the manner prescribed by Bankruptcy Rules 2004(c) and 9016 and FED. R. CIV. P. 45, if necessary.

125000656.1

DATED this 31st day of May , 2024.

BY THE COURT:

Honorable Kimberely H. Tyson
United States Bankruptcy Judge

125000656.1