UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:

DNC AND TCPA LIST SANITIZER.

Debtor.

Case No. 24-12624 KHT

Chapter 11 Subchapter V

## CERTIFICATE OF CORPORATE RESOLUTION

This is to certify that the Members of DNC and TCPA List Sanitizer (hereinafter referred to as the "Company") met and voted as follows:

RESOLVED, that CEO Michael O'Hare (hereinafter referred to as "CEO"), is hereby authorized to make, execute, acknowledge, verify, seal and file a Petition under Chapter 11 of the United States Bankruptcy Code and the necessary statement and schedules and other documents and schedules accompanying the same on behalf of the Company; and it is

FURTHER RESOLVED, that the Company retain the law firm of Cimino Law Office LLC, as its counsel in connection with the foregoing; and it is

FURTHER RESOLVED, that the CEO is hereby authorized to make such necessary arrangements for the payment of counsel's fees, expenses and costs as the situation requires, and to do any and all other acts and things being necessary, proper or advisable in connection with the foregoing.

IN WITNESS WHEREOF, I have hereunto, by order of the Members, and my hand on behalf of the Company, DNC and TCPA List Sanitizer.

Dated this 4th day of June, 2024, effective May 16, 2024.

DNC and TCPA LIST SANITIZER

*Michael O'Hare*
_____
MICHAEL O'HARE, CEO