UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC and TCPA Sanitizer List, LLC | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S MOTION TO APPROVE CONTINGENCY FEE AGREEMENT
BETWEEN DEBTOR AND CIMINO LAW OFFICE, LLC**

Debtor, DNC and TCPA Sanitizer List. ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC, for its motion to approve the contingency fee agreement with Cimino Law Office, LLC, as counsel for the debtor-in-possession, respectfully states as follows:

1. Debtor filed its Voluntary Petition pursuant to Chapter 11, Subchapter V of the Bankruptcy Code on May 16, 2024 (the "Petition Date") and is operating as a debtor-in-possession.

2. Debtor was a plaintiff in state court litigation in El Paso County District Court, State of Colorado, styled "TCPA Litigator List vs. Ringba, LLC" case number 21 CV 31668. It brought an action against Ringba, LLC and others for alleged theft of trade secrets and other claims.

3. The litigation went poorly to say the least. At one point the state court judge entered an order finding that the debtor's counsel, Gary Tucker, Esq., was "grossly negligent." The April 25, 2023 order is attached, see pp. 3 and 6.

4. Not only was plaintiff's (debtor's) case dismissed, but the state court judge, in a later order, sanctioned debtor in the sum of $500,000.00 plus costs of $156,108.84.

5. Debtor believes it has a legal malpractice claim, and other claims, against its former counsel, Gary Tucker, Jeffrey Cohen and Christopher Yost.

6. Debtor has executed a contingency fee agreement with Cimino Law Office, LLC to sue the lawyer defendants, Cohen, Tucker and Yost. A true and accurate copy of the fee agreement is attached hereto. Basically, it provides for a percentage contingency fee depending on whether the matter is settled before trial (30%) or after trial (40%).

WHEREFORE, debtor respectfully requests that this honorable Court enter an order in the form attached hereto approving the contingency fee agreement and grant such other and further relief as the Court deems just.

DATED this 6th day of June, 2024.

Respectfully submitted,

By: */s/ John A. Cimino*
    John A. Cimino, Esq.,
    #14032 **CIMINO LAW OFFICE, LLC.**
    **5500 East Yale Ave., Suite 201A**
    Denver, CO 80222
    E-mail: JC925AVE@yahoo.com
    Telephone: 720-434-0434