UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624 KHT |
| DNC and TCPA Sanitizer List, LLC ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

___

**DEBTOR'S APPLICATION TO EMPLOY CIMINO LAW OFFICE, LLC
AS COUNSEL TO FILE A LEGAL MALPRACTICE CASE AGAINST
VARIOUS ATTORNEYS IN STATE COURT**

___

Debtor, DNC and TCPA Sanitizer List. ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC, for its Application to Employ Attorneys, respectfully states as follows:

1. Debtor filed its Voluntary Petition pursuant to Chapter 11, Subchapter V of the Bankruptcy Code on May 16, 2024, and is operating as a debtor-in-possession.

2. Debtor desires to employ the legal services of CIMINO LAW OFFICE LLC., a firm of attorneys admitted to practice in this Court ("Counsel"), as its counsel to file a legal malpractice case against various attorneys who represented it in a state court action pursuant to a contingency fee agreement that is the subject of a separate motion. Counsel's offices are located at 5500 East Yale Avenue, Suite 201A, Denver, Colorado 80222.

3. Debtor has selected Counsel for the reason that it has considerable experience in matters of this character, and the Debtor believes is well qualified to represent it is in a legal malpractice case to be brought in state court.

4. The professional services that Counsel is to render are:

   a. To prepare, file and litigate a legal malpractice case to be filed against Jeffrey Cohen, Gary Tucker and Christopher Yost, which lawyers represented debtor as a plaintiff in a state court case that was lost and resulted in sanctions being assessed against the debtor;

1

    b. To perform all other legal services for the Debtor which may be necessary incident to this litigation, including taking depositions, attending trial, and collecting any judgment that may be rendered.

 5. Pursuant to 11 U.S.C. § 327(a), debtor may employ one or more attorneys or accountants with Court authority. It is necessary for the Debtor to employ an attorney to provide professional services and represent it in a state court legal malpractice case because debtor cannot represent itself, pro se. As such, employment of Counsel is warranted pursuant to section 327(a).

 6. To the best of debtor's and counsel's knowledge, counsel has no connection or relationship with creditors and is disinterested as defined in the Code. See Affidavit of Counsel attached hereto as Exhibit A.

 7. Counsel represents no interest adverse to the estate in the matter upon which they are to be engaged for the Debtor, and its employment is in the best interests of the estate.

 8. The Debtor desires to employ Counsel pursuant to a contingency fee agreement which has been signed by the debtor's agent and filed under a separate motion.

 9. No committee of creditors has been appointed or designated herein, and no notice need be given of the appointment of Counsel.

 WHEREFORE, the Debtor prays that it be authorized to employ and appoint CIMINO LAW OFFICE, LLC to represent it in a legal malpractice case pursuant to a contingency fee agreement which has been filed under a separate motion and for such further and additional relief as the Court may deem proper.

DATED: June 7, 2024    Respectfully submitted,

        By:/*s/ John A. Cimino*
         John A. Cimino, Esq., #14032
         CIMINO LAW OFFICE, LLC.
         5500 East Yale Ave., Suite 201A
         Denver, CO 80222
         E-mail: JC925AVE@yahoo.com
         Telephone: 720-434-0434