IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC and TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**ENTRY OF APPEARANCE, REQUEST FOR ALL PLEADINGS AND NOTICES,
AND RESERVATION OF RIGHTS**

  Pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Peter A. Cal of Sherman & Howard L.L.C. gives notice of his appearance on behalf of creditor JPMorgan Chase Bank, N.A. ("Chase"), and further requests that all notices, pleadings and other documents filed and/or served in this case (including, but not limited to, all notices described in Rule 2002 of the Bankruptcy Rules) be sent to:

  Peter A. Cal, Esq.
  Sherman & Howard L.L.C.
  675 Fifteenth Street, Suite 2300
  Denver, Colorado 80202.

  Neither this Entry of Appearance, Request for All Pleadings and Notices, and Reservation of Rights, nor any subsequent appearance, pleading, claim or suit is intended to waive (1) Chase's rights to have final orders entered only after de novo review by a district judge; (2) Chase's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (3) Chase's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (4) Chase's rights with respect to other matters which the Bankruptcy Court is not authorized to adjudicate; and (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Chase is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Chase expressly reserves.

Dated this 12th day of June, 2024.

        SHERMAN & HOWARD L.L.C.

        *s/ Peter A. Cal*
        Peter A. Cal
        675 Fifteenth Street, Suite 2300
        Denver, Colorado 80202
        Telephone: (303) 297-2900
        Facsimile: (303) 298-0940
        E-mail: pcal@shermanhoward.com

        **Attorneys for Creditor JP Morgan Chase Bank, N.A.**

58869989.1

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2024, I electronically filed the following **ENTRY OF APPEARANCE, REQUEST FOR ALL PLEADINGS AND NOTICES, AND RESERVATION OF RIGHTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| John Cimino, Esq.<br>JC925Ave@yahoo.com | Alan K. Motes, Esq.<br>Alan.Motes@usdoj.gov |
| U.S. Trustee<br>USTPRegion19.DV.ECF@usdoj.gov | Joli A. Lofstedt, Esq.<br>joli@jaltrustee.com |
| Chad S. Caby, Esq.<br>ccaby@lewisroca.com | |

                                              *s/ Roberta Neal*