**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

**The Honorable Judge Kimberly H. Tyson**

| | |
|---|---|
| In re:<br>**DNV and TCPA List Sanitizer, LLC**<br>*Debtor.* | Case No. 24-12624 KHT<br>Chapter 11 |

**ENTRY OF APPEARANCE AND
REQUEST FOR NOTICE**

      **PLEASE TAKE NOTICE THAT**, Cashyew Holding, LLC, party-in-interest by and through their attorney Arthur Lindquist-Kleissler, Esq., of the law firm of Lindquist-Kleissler & Company, LLC, hereby enters his appearance as attorney for Cashyew Holding, LLC in the within case, and pursuant to Bankruptcy Rule 2002, hereby requests that all notices, pleadings, documents and all other papers filed in this case or in any related adversary proceedings, as well as all notices and orders sent by the Clerk of the Court, be transmitted and forwarded to the undersigned counsel and also directly to the following:

**Arthur Lindquist-Kleissler, Esq**.
Lindquist-Kleissler & Company, LLC
950 South Cherry Street, Suite 418
Denver, CO 80246
Phone (303) 691-9774
Fax 1-303-200-8994
E-mail arthuralklaw@gmail.com

Dated: June 19, 2024        **LINDQUIST-KLEISSLER & COMPANY, LLC**
                                              *\*Original Signature of Arthur Lindquist-Kleissler on*
                                              *File for Review at Lindquist-Kleissler & Company, L.L.C.*

                                         By: /s/\* Arthur Lindquist-Kleissler, Esq
                                     Arthur Lindquist-Kleissler, Esq. [atty Reg. No. 9822]
                                     950 South Cherry Street, Suite 418
                                     Denver, Colorado 80246
                                     Telephone: (303) 691-9774
                                     Facsimile: 1-303-200-8994
                                     E-mail: Arthuralklaw@gmail.com

## CERTIFICATE OF MAILING

I hereby certify that on this 19th day of June, 2024, a true and correct copy of the foregoing was mailed to:

**U.S. Trustee**
1961 Stout Street, Ste. 12-200
Denver, CO 80294

**U.S. Trustee**
**Alan Motes, Esq.**
1961 Stout Street, Ste. 12-200
Denver, CO 80294

**John Cimino, Esq.**
**Cimino Law Office, LLC**
5500 E Yale Avenue Ste. 201a
Denver, CO 80222

**Joli Lofstedt, Esq.**
PO Box 270561
Louisville, CO 80027

**DNC and TCPA List Sanitizer, LLC**
985 Pico Point
Colorado Springs, CO 80905

**Lewis Roca Rothgerber Christie LLP**
**Chad Caby, Esq.**
1601 19th Street, Ste. 1000
Denver, CO 80202

/s/ Sean Martin

G: FIRM\CLIENTS C-D\CASHYEW HOLDING\PLEADINGS\240618 Entry of Appearance