IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC and TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |
| ) | |

### NOTICE OF NON-CONSENT TO DEBTOR'S USE OF CASH COLLATERAL

JPMorgan Chase Bank, N.A. ("Chase") notifies the Debtor and any other interested party that Chase claims an interest in all of the Debtor's Inventory, Chattel Paper, Accounts, Equipment, and General Intangibles. Debtor's Chattel Paper and Accounts constitute Cash Collateral. Chase has a properly perfected first-priority security interest in Cash Collateral. Chase does not consent to the Debtor's use of Cash Collateral absent express agreement or Court order. The Cash Collateral may not be used by the Debtor pursuant to 11 U.S.C. § 363(c)(2) unless and until the Bankruptcy Court enters its order authorizing such use. Chase further asks the Debtor and its counsel to segregate and account to Chase for all post-petition Cash Collateral, pursuant to 11 U.S.C. § 363(c)(4).  Chase requests adequate protection of its interest in Cash Collateral pursuant to 11 U.S.C. § 363(e).

DATED this 26th day of June, 2024

SHERMAN & HOWARD L.L.C.

*s/ Peter A. Cal*
Peter A. Cal
John Gray
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
E-mail: pcal@shermanhoward.com
jgray@shermanhoward.com

**Attorneys for Creditor JPMorgan Chase Bank, N.A.**

58905900.1

## CERTIFICATE OF SERVICE

  I hereby certify that on June 26, 2024, I electronically filed the foregoing **NOTICE OF NON-CONSENT TO DEBTOR'S USE OF CASH COLLATERAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John Cinimo, Esq.
JC925Ave@yahoo.com

Alan K. Motes, Esq.
Alan.Motes@usdoj.gov

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Joli A. Lofstedt, Esq.
joli@jaltrustee.com

Chad S. Caby, Esq.
ccaby@lewisroca.com

*s/ Donna L. Fouts*
Donna L. Fouts, Practice Assistant

58905900.1