UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                     )        Case No. 24-12624 KHT
                                           )
DNC  and TCPA Sanitizer List, LLC          )
                                           )        Chapter 11, Subchapter V
                    Debtor.                )

---

### ORDER GRANTING MOTION TO APPROVE RETAINER TO

### CIMINO LAW OFFICE, LLC

### AS COUNSEL FOR DEBTOR-IN-POSSESSION

---

THIS MATTER having come before the court on the June 4, 2024 motion to approve Retainer for CIMINO LAW OFFICE, LLC, as counsel for the debtor-in-possession ("Motion") with the bankruptcy court and the court having reviewed the Motion and any responses or objections thereto, and being fully advised in the premises hereby

ORDERS that the Motion is GRANTED.  Cimino Law Office, LLC's retainer in the amount of $10,188.50 is approved.  Cimino Law Office, LLC may only draw on the retainer subject to further order of the Court.

Dated this 26th day of June, 2024.

BY THE COURT:

_____
Hon. Kimberley H. Tyson
United States Bankruptcy Judge