| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | | | |
| Debtor 1: | DNC AND TCPA SANITZER LIST LLC | | Case #: | 24-12624 KHT |
| | First Name | Middle Name | Last Name | |
| | | | | 11 Subchapter V |
| Debtor 2: | | | Chapter: | |
| | First Name | Middle Name | Last Name | |

## Local Bankruptcy Form 9013-1.4
## Movant's Certificate of Contested Matter and Request for Hearing

**Complete applicable sections.**

### Part 1   Certificate and Request for Hearing

On June 7, 2024, DNC and TCPA Sanitizer List LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, Debtor's Application to Employ Cimino Law Office LLC as Counsel to File a Legal Malpractice Case Against Various Attorneys in State Court (the "Motion") at docket no. 37. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Loal Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on June 7 2024.
2. Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1, as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on June 7 2024
3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
   a. **Cohen LLC and GLegal LLC**, docket no. 24;
4. The docket numbers for each of the following relevant documents are:
   a. the Motion and all documents attached thereto and served therewith, docket nos. <u>37</u>;
   b. the Notice, docket no. <u>39</u>;
   c. the Certificate of Service of the Motion and the Notice, docket no., <u>39-1</u>;
   d. the Proposed Order, docket no. <u>37</u>; and
   e. the Verified Statement of Attorney (Revised), docket no. 40.
5. Movant made a good faith effort to resolve this matter without the necessity of a hearing in the following manner: **Counsel for Movant confirmed that neither the UST nor the appointed Subchapter V trustee objected. Given the tone of the objection, it is unlikely that counsel can discuss the objection.** [manner of telephonic or in person conference].
6. [complete if applicable] Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues: **Does Mr. Jeffrey Cohen have standing since he has not filed a proof of claim? Does Mr. Gary Tucker have standing since the debt appears to be owed to court reporter not Mr. Tucker?**
7. [complete if applicable] Resolution of this contested matter will require an evidentiary hearing. Movant estimates the hearing will proceed as follows: [complete or delete as applicable].
   a. _____ [summary of the factual issues to be tried];
   b. _____ [estimate of time required for hearing];
   c. _____ [number of witnesses anticipated];
   d. _____ [expert witness testimony requirements]; and
   e. _____ [necessary discovery and, the nature of, and time required for, discovery].
   f. **An evidentiary hearing should not be necessary.**

    g. **There was no objection to the fee agreement, explicitly.**
    h. Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

**Part 2** **Signature of Movant's Attorney or Movant (if unpresented)**

DatedL July 10, 2024

Signature: */s/ John A. Cimino*

John A. Cimino, #14032
Mailing Address: 5500 East Yale Ave., Suite 201A
                      Denver, CO 80222
Telephone number: 720-434-0434
Facsimile number: none
E-mail address: JC925 Ave@yahoo.com