UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC  and TCPA Sanitizer List, LLC | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | |

## DEBTOR'S MOTION TO ASSUME MANANGEMENT AGREEMENT WITH CASHYEW HOLDINGS, INC.

Debtor, DNC and TCPA Sanitizer List. ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC, for its motion to assume the Management Agreement with Cashyew Holdings, LLC., respectfully states as follows:

1. Debtor filed its Voluntary Petition pursuant to Chapter 11, Subchapter V of the Bankruptcy Code on May 16, 2024 (the "Petition Date") and is operating as a debtor-in-possession.

2. Debtor is owned .5% by Tania O'Hare and .5% by Michael O'Hare and the remaining 99% is owned by management company Cashyew Holdings, LLC.  A true and accurate copy of the management agreement between debtor and Cashyew Holdings, LLC is attached as exhibit 1.

3. Debtor and Cashyew Holdings, LLC have been operating under this agreement since before this bankruptcy case was filed.  Also attached as exhibit 2 is a summary of the cashflow and disbursements made by the debtor and Cashyew Holdings, LLC.

4. Pursuant to 11 U.S.C. § 365 (a), the debtor as trustee, subject to the court's approval, may assume any executory contract.  Debtor wishes to assume the Cashyew management agreement as reflected on exhibit 1.

2

WHEREFORE, debtor respectfully requests that this honorable Court enter an order in the form attached hereto allowing debtor to assume the management agreement with Cashyew Holdings, LLC.

DATED this 10th day of July, 2024.

Respectfully submitted,

By:/s/ John A. Cimino
John A. Cimino, Esq., #14032
**CIMINO LAW OFFICE, LLC.**
**5500 East Yale Ave., Suite 201A**
Denver, CO 80222
E-mail: JC925AVE@yahoo.com
Telephone: 720-434-0434

2