Cashyew Holding Management Services Agreement

This Management Services Agreement ("Agreement") is made and entered into as of January 1, 2023 ("Effective Date"), by and between Cashyew Holding LLC, a company organized and existing under the laws of the State of Colorado ("Service Provider"), and DNC and TCPA List Sanitizer LLC, a company organized and existing under the laws of the State of Colorado ("Client").

1. Services

1.1 Service Provider shall provide the following management services to Client (collectively, the "Services"):

  (a) Strategic Planning

  (b) Financial Management

  (c) Human Resource Management

  (d) Operations Management

  (e) Marketing and Sales Management

  (f) Technology Management

  (g) Risk Management

  (h) Project Management, including the organization of tradeshows

  (i) Innovation Management

  (j) Intellectual Property Management

  (k) Crisis Management

  (l) Quality Management

  (m) Facilities Management

  (n) Business Continuity Planning

1.2 Service Provider shall perform the Services in accordance with the terms and conditions of this Agreement and in a professional and workmanlike manner.

2. Term and Termination

2.1 This Agreement shall commence on the Effective Date and continue until terminated by either party upon thirty (30) days' prior written notice to the other party.

EX1

2.2 Either party may terminate this Agreement immediately upon written notice to the other party in the event of a material breach of this Agreement by the other party that remains uncured for a period of thirty (30) days after receipt of written notice of such breach.

3. Compensation

3.1 In consideration for the Services provided under this Agreement, Client shall pay Service Provider a fee as set forth in Exhibit A attached hereto.

3.2 Service Provider shall invoice Client on a monthly basis for the Services performed during the preceding month. Client shall pay each invoice within thirty (30) days of receipt.

4. Confidentiality

4.1 Each party acknowledges that it may receive confidential information of the other party in connection with this Agreement. Each party agrees to maintain the confidentiality of such information and not to disclose it to any third party without the prior written consent of the other party.

5. Intellectual Property

5.1 All intellectual property rights in any materials or deliverables provided by Service Provider to Client in connection with the Services shall remain the property of Service Provider.

6. Limitation of Liability

6.1 In no event shall either party be liable to the other party for any indirect, incidental, special, or consequential damages arising out of or in connection with this Agreement.

7. Governing Law

7.1 This Agreement shall be governed by and construed in accordance with the laws of the State of Colorado, without regard to its conflict of law principles.

8. Entire Agreement

8.1 This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof and supersedes all prior negotiations, understandings, and agreements between the parties.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the Effective Date.

_____*Michael O'Hare*_____ Signature of Client

[Signature of Client]

Michael O'Hare_____
[Printed Name of Signatory]

CEO_____
[Title of Signatory]

Date_June 28, 2024_____

_____*Michael O'Hare*_____ Signature of Service Provider

[Signature of Service Provider]

Michael O'Hare_____
[Printed Name of Signatory]

CEO_____
[Title of Signatory]

Date_ June 28, 2024_____

Exhibit A

The DNC and TCPA List Sanitizer agrees to pay the following percentages of its gross revenues to Cashyew Holding as a management fee for the services rendered below.

| Management Fee | Percentage |
| --- | --- |
| Strategic Planning | 7% |
| Financial Management | 5% |
| Booking Keeping | 5% |
| Recruitment and Talent Acquistion | 1% |
| Operations Management | 10% |
| Marketing Management | 5% |
| Sales Management | 5% |
| Business Development | 5% |
| Project Management | 5% |
| Innovation/Technology Management | 5% |
| Intellectual Property Management | 2% |
| Risk/Crisis Management | 5% |
|  | 60% |