## Cashyew Management Fee breakdowns for 2023 and 2024

From:  Michael O'Hare (mcohare@gmail.com)

To:    jc925ave@yahoo.com

Date:  Wednesday, July 10, 2024 at 01:48 AM MDT

Cashyew Management Fees 2024

| Month | Cashyew Management Fee |
|---|---|
| January | $44,513 |
| February | $47,118 |
| March | $64,235 |
| April | $29,366 |
| May | $59,189 |
| Total | $244,419 |
| Average | $48,884 |

For 2023. We paid ourselves a dividend. Starting in 2024, we came up with the management fee due to the fact that DNC TCPA had no employees.

| | | |
|---|---|---|
| Total Revenue | $ 1,010,704 | |
| Total Expenses | $ 817,454 | |
| Net Profit | $ 193,250 | |
| Total Transfers for 2023 | $ 758,379 | |
| Total Management Fee | $ 151,605 | 15% |
| Net Profit | $ 50,535 | 5% |

Sincerely,

Michael O'Hare

 Management Fee Breakdown.xlsx
17kB