UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                      )   Case No. 24-12624 KHT
                                            )
DNC  and TCPA Sanitizer List, LLC           )   Chapter 11, Subchapter V
                                            )
       Debtor.                              )
                                            )

## ORDER RE: DEBTOR'S MOTION TO ASSUME MANANGEMENT AGREEMENT WITH CASHYEW HOLDINGS, LLC.

THIS MATTER is before the court upon the motion of the Debtor, DNC and TCPA Sanitizer List. ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC to assume the Management Agreement with Cashyew Holdings, LLC.

THIS COURT having reviewed the motion and being advised in the premises, grants the motion.  Debtor may assume the management agreement between it and Cashyew Holdings, LLC.

Dated this ___ day of July, 2024.

UNITED STATE BANKRUPT COURT:

_____

HON. KIMBERLY H. TYSON
CHIEF JUDGE

1