UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC and TCPA Sanitizer List, LLC | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

NOTICE OF DEBTOR'S NOTICE OF MOTION TO ASSUME EXECUTORY CONTRACT
WITH CASHYEW HOLDINGS, LLC

**OBJECTION DEADLINE:  <u>JULY 24, 2024</u>**

     YOU ARE HEREBY NOTIFIED that Debtor, DNC and TCPA Sanitizer List, LLC ("Debtor"), has filed a Motion to Assume the Executory Contract (management agreement) with Cashyew Holdings, LLC. with the bankruptcy court on July 10, 2024 (Dkt. #58) and requests the following relief:  Entry of an order approving debtor's assumption of the management agreement.

     If you oppose this motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

     In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested party.

DATED: July 10, 2024

Respectfully submitted,

By:/*s/ John A. Cimino*  
John A. Cimino, Esq., #14032  
CIMINO LAW OFFICE, LLC.  
5500 East Yale Ave., Suite 201A  
Denver, CO 80222  
E-mail: JC925AVE@yahoo.com  
Telephone: 720-434-0434  

Attorney for debtor in possession