Fill in this information to identify the case:

Debtor name __DNC and TCPA LIST SANITIZER, LLC__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __1:24-bk-12624__

☒ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 11, 2024__   X /s/ __Michael O'Hare__   *Michael O'Hare*
                                  Signature of individual signing on behalf of debtor

                                  __Michael O'Hare__
                                  Printed name

                                  __CEO__
                                  Position or relationship to debtor

Official Form 202   **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name   DNC and TCPA LIST SANITIZER, LLC

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   24-12624 KHT

☒ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank (balance as of May, 2024, but account has since been closed) | Checking | 7317 | $141.00 |
| 3.2. | Integrity Bank (balance as of May, 2024, but account has since been closed) After filing, debtor open a DIP account at Integrity Bank and the current balance is $7,163.00 account ending in 0627 | Checking | 3980 | $1,646.00 |
| 3.3. | Stripe (balance as of May, 2024) | credit card processor | | $20,854.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$22,641.00

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   DNC and TCPA LIST SANITIZER, LLC                          Case number (If known) _____
              Name

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Table, chair, filing cabinet | $1,000.00 | | $1,500.00 |
| 40. | **Office fixtures** Desktop computer, laptop | $0.00 | | $5,000.00 |

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                    | $6,500.00 |
        Add lines 39 through 42.   Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☒ No
        ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☒ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor  DNC and TCPA LIST SANITIZER, LLC  Case number *(If known)* _____
        Name

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☒ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| TCPA List | $50,000.00 | offer made by potential buyer | $50,000.00 |
| 61.  **Internet domain names and websites** | | | |
| www.tcpalitigatorlist.com | $20,000.00 | offer by potential buyer | $20,000.00 |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |
| 66.  **Total of Part 10.** | | | $70,000.00 |
| Add lines 60 through 65. Copy the total to line 89. | | | |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ☒ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☒ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 3

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy

Debtor    DNC and TCPA LIST SANITIZER, LLC      Case number *(if known)* _____
                Name

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

**Current value of
debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**    Potential legal malpractice claims against Jeffrey Cohen,
       **every nature, including counterclaims of the debtor and rights to**    Esq., Gary Tucker, Esq. and Christopher Yost, Esq.
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

                                                                           Unknown

                                                                           Unknown

78.    **Total of Part 11.**                                          $0.00

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

Debtor   DNC and TCPA LIST SANITIZER, LLC                     Case number *(If known)* _____
         Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,641.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $70,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $99,141.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B. Add lines 91a+91b=92** | | $99,141.00 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **DNC and TCPA LIST SANITIZER, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) **1:24-bk-12624**

☒ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **CT Corporation System, as representative**<br>Creditor's Name<br><br>330 N Brand Blvd Ste 700<br>Attn: SPRS<br>Glendale, CA 91203<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>08/2023<br>**Last 4 digits of account number**<br>7123<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. CT Corporation System, as representative<br>2. JP Morgan Chase Bank NA | **Describe debtor's property that is subject to a lien**<br>All accounts of the debtor held by the secured party, CT Corporation System, as representative, all other property of the debtor held with, or by the secured party, all proceeds thereof, and all business assets of the debtor, wherever located, pursuant to UCC Financing Statement<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| **2.2** JP Morgan Chase Bank NA<br>Creditor's Name<br><br>PO Box 6026<br>IL1-1145<br>Chicago, IL 60680-6026<br>Creditor's mailing address<br><br><br>Creditor's email address, if known | **Describe debtor's property that is subject to a lien**<br>All accounts of the debtor held by the secured party, CT Corporation System, as representative, all other property of the debtor held with, or by the secured party, all proceeds thereof, and all business assets of the debtor, wherever located, pursuant to UCC Financing Statement<br><br>**Describe the lien**<br>Non-Purchase Money Security<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | #$80,316.00 | $0.00 |

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 2

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   DNC and TCPA LIST SANITIZER, LLC          Case number (if known)   1:24-bk-12624
         Name

| | |
|---|---|
| **Date debt was incurred** <br> 08/2023 | ☒ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** <br> 1183 | |
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes. Specify each creditor, including this creditor and its relative priority. <br> Specified on line 2.1 | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $0.00 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   __DNC and TCPA LIST SANITIZER, LLC__

United States Bankruptcy Court for the:   __DISTRICT OF COLORADO__

Case number (if known)   __1:24-bk-12624__

☒ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**          **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Management agreement |
| | State the term remaining | |
| | List the contract number of any government contract | Cashyew Holdings, LLC<br>985 Pico Point<br>Colorado Springs, CO 80905 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   DNC and TCPA LIST SANITIZER, LLC

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   1:24-bk-12624

☒ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Michael O'Hare | 405 Cherry Hills Way<br>Colorado Springs, CO 80921 | American Express | ☐ D _____<br>☒ E/F __3.3__<br>☐ G _____ |
| 2.2 | Tania O'Hare | 405 Cherry Hills Way<br><br>Colorado Springs, CO 80921 | American Express | ☐ D _____<br>☒ E/F __3.3__<br>☐ G _____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy