UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: July 11, 2024                                    HONORABLE KIMBERLEY H. TYSON, Presiding

In re:   DNC and TCPA LIST SANITIZER, LLC,          Debtor.          Case No: 24-12624-KHT
                                                                     Chapter 11
                                                                     Subchapter V

Appearances:

| Role | Party | | Counsel |
|---|---|---|---|
| Debtor | | Counsel | John Cimino |
| US Trustee | | Counsel | Alan K. Motes |
| SubV Trustee | | Counsel | Joli A. Lofstedt |
| Creditor | Ringba, LLC, et al. | Counsel | Chad S. Caby |
| Creditor | JPMorgan Chase Bank, N.A | Counsel | John Gray |
| Creditor | | Counsel | |

Proceedings:  Status Conference (docket #15)

[X]   Entries of appearance and statements made.

Orders:

[X]   No orders shall enter at this time.

Date: July 11, 2024                                    FOR THE COURT:
                                                       *Kenneth S. Gardner, Clerk of the Bankruptcy Court*

                                                       By:   */s/ K. Lane Cutler*
                                                             Law Clerk