**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| Tax ID / EIN: 83-3868704 | ) | Chapter 11, Subchapter V |
| | ) | |
| *Debtor.* | ) | |

**MOTION TO APPROVE POST-PETITION RETAINER**
**FOR SUBCHAPTER V TRUSTEE**

Joli A. Lofstedt, the Subchapter V Trustee ("*Trustee*") of the bankruptcy estate of DNC and TCPA List Sanitizer LLC (the "*Estate*"), hereby submits this Motion for Approval of Post-Petition Retainer for Subchapter V Trustee (the "*Motion*").  As grounds for the Motion, the Trustee states as follows:

1.     On May 16, 2024 (the "*Petition Date*"), DNC and TCPA List Sanitizer LLC (the "*Debtor*") filed a Voluntary Petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code ("*Bankruptcy Code*") and is operating as debtor-in-possession.

2.     In connection with the Debtor's Chapter 11 filing and pursuant to 11 U.S.C. § 1183(a), on May 17, 2024 the United States Trustee appointed Trustee as the Subchapter V trustee in the above-captioned case.  [Docket No. 10].

3.     Trustee is requesting a post-petition retainer from Debtor in the amount of $3,000 (the "*Retainer*") to be held in Trustee's trust account as a security towards anticipated fees and expenses incurred and to be incurred in the performance of her duties as Subchapter V trustee in this case.  If approved and upon receipt, Trustee will assert a first priority security interest in the Retainer.  In the event the case is dismissed or converted to Chapter 7, the Trustee's security interest in the Retainer may enable Trustee to receive payment of her fees and expenses to the extent of the Retainer ahead of other administrative claims.

4.     Trustee shall make application to the Court pursuant to the rules and orders of this Court and the Federal Rules of Bankruptcy Procedure for payment of fees and expenses and for authority to apply the Retainer.

5.     Should the Retainer exceed Trustee's allowed fees and expenses in this case, the Trustee will refund the surplus amount to the Debtor.

**WHEREFORE**, Trustee requests that the Court enter an order in the form attached hereto approving the Retainer requested in the amount of $3,000, authorizing Debtor to pay such Retainer and for such further and additional relief as the Court deems just and proper.

Date:   July 16, 2024.                    Respectfully Submitted,

                                          */s/ Joli A. Lofstedt*
                                          Joli A. Lofstedt
                                          Subchapter V Trustee of Debtor
                                          PO Box 270561
                                          Louisville, CO  80027
                                          email: joli@jaltrustee.com
                                          Ph:  303-476-6915 / Fax: 303-694-2964

## CERTIFICATE OF SERVICE

I certify that on July 16, 2024, I served a complete copy of **MOTION TO APPROVE RETAINER FOR SUB CHAPTER V TRUSTEE** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**via CM/ECF:**

United States Trustee
Chad S. Caby, Esq.
Peter A. Cal, Esq.
John Cimino, Esq.
Jeffrey Cohen, Esq.
John Gray, Esq.
Arthur Lindquist-Kleissler, Esq.

DNC and TCPA LIST SANITIZER, LLC
985 Pico Point
Colorado Springs, CO 80905

                                          */s/ Sawyer J. Lofstedt*
                                          Sawyer J. Lofstedt