**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| Tax ID / EIN: 83-3868704 | ) | Chapter 11, Subchapter V |
| | ) | |
| *Debtor.* | ) | |

**ORDER APPROVING POST-PETITION RETAINER FOR SUBCHAPTER V TRUSTEE**

THIS COURT, having reviewed Motion for Approval of Post-Petition Retainer for Trustee (the "*Motion*"), filed by Joli A. Lofstedt, the Subchapter V trustee ("*Trustee*"), finding that no objections have been filed to the Motion and that good cause is shown, hereby:

ORDERS that the Motion is GRANTED.

IT IS FURTHER ORDERED that Debtor is authorized to pay a $3,000 retainer to Trustee as security towards anticipated fees and expenses to be incurred in the performance of her duties as Subchapter V trustee.  Payment(s) shall be made to Joli A. Lofstedt, Trustee and sent to PO Box 270561, Louisville, CO  80027.

Date: _____, 2024.          BY THE COURT:

_____
The Honorable Kimberley H. Tyson
United States Bankruptcy Court Judge