UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624 |
| DNC and TCPA Sanitizer List, LLC | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | | |

**APPLICATION TO EMPLOY SL BIGGS as accountant for the debtor**

Debtor, DNC and TCPA Sanitizer List. ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC, for its Application to Employ SL Biggs, a division of SingerLewak LLP as accountants for the debtor, respectfully states as follows:

1. Debtor filed its Voluntary Petition pursuant to Chapter 11, Subchapter V of the Bankruptcy Code on May 16, 2024, and is operating as a debtor-in-possession.

3. Debtor desires to employ the services of SL Biggs, a division of SingerLewak LLP accountants ("Accountants"), as its accountant. Its offices are located at 2000 S. Colorado Blvd., Tower 2, Suite 200, Denver, Colorado 80222.

4. Debtor has selected accountants including Mark Dennis, CPA for the reason that it has had considerable experience in matters of this character, and the debtor believes is well qualified to represent it is in this case.

5. The professional services that accountant is to render are:

a. To provide the Debtor with financial advice with respect to its powers and duties;

b. To aid the Debtor in the development of a plan of reorganization under Chapter 11, Subchapter V;

c. To file the necessary monthly reports, tax return preparation and as further detailed on page 5 of Mark Dennis's Affidavit which is filed with this application, and any reports which may be required in the continued administration of this Chapter 11;

d. To perform all other accounting services for the Debtor which may be necessary herein.

6. Pursuant to 11 U.S.C. § 327(a), the Debtor may employ one or more accountants with Court authority. It is necessary for the Debtor to employ an accountant to provide professional services and represent it in this Chapter 11 Bankruptcy Case. As such, employment of an accountant is warranted pursuant to section 327(a).

7. To the best of Debtor's and Mr. Dennis's knowledge, the accounting firm has no connection or relationship with creditors and is disinterested as defined in the Code. See Affidavit of accountant attached hereto.

8. Accountant represents no interest adverse to the estate in the matter upon which they are to be engaged for the Debtors, and its employment is in the best interests of the estate.

9. The Debtor desires to employ accountants under a general retainer because of the extensive accounting services required as detailed in Mr. Dennis's affidavit at paragraph 4, from $350 to $600 per hour downward to $200 per hour.

10. Accountant will seek compensation and reimbursement of fees and costs as required under the Bankruptcy Code, Rules, and Local Rules.

11. No committee of creditors has been appointed or designated herein, and no notice need be given of the appointment of accountant.

12. Accountant has requested a retainer of $10,000.00. The retainer approval will be the subject of a separate motion that will be filed on notice to creditors.

**[remainder of page intentionally left blank]**

WHEREFORE, the Debtor prays that it be authorized to employ and appoint SL Biggs, a division of SingerLewak LLP as its accountant to represent Debtor and Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code, and for such further and additional relief as the Court may deem proper.

DATED: July 16, 2024

Respectfully submitted,

By: */s/ John A. Cimino*

John A. Cimino, Esq., #14032
**CIMINO LAW OFFICE, LLC.**
**5500 East Yale Ave., Suite 201A**
Denver, CO 80222
E-mail: JC925AVE@yahoo.com
Telephone: 720-434-0434

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of July, 2024, I served a complete copy of the foregoing APPLICATION TO EMPLOY SL BIGGS, A DIVISION OF SINGERLEWAK LLP FOR DEBTOR and the Affidavit of Accountant on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alan Motes, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

All those parties on the attached
Mailing Matrix obtained from the court's
Website today

All those parties requesting electronic service

**/s/ John Cimino**
**John Cimino**