UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| DNC AND TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624 KHT |
| | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | |

**AFFIDAVIT OF ACCOUNTANT**

The undersigned submits this affidavit in support of the employment of Mark Dennis, CPA and SL Biggs, a Division of SingerLewak LLP ("*SL Biggs*"), 2000 S. Colorado Blvd., Tower 2, Suite 200, Denver, CO 80222 by the Debtor as set forth in the Debtor's Application to Appoint Accountant, filed by the Debtor herein.

STATE OF COLORADO )
) ss.
County of Denver )

I, Mark D. Dennis, Partner of SL Biggs being first duly sworn, upon oath, depose and state as follows:

1. That SL Biggs is a disinterested person, within the meaning of 11 U.S.C Section 101 (14)

2. That SL Biggs does not hold nor represent any interest adverse to the debtors or the estate.

3. That, but for the employment which is the subject of the Debtor's Application to Employ Accountant, I do not have any connection with the Debtor, the Debtor's creditors or any other party in connection with the United States Trustee, or any person employed in the office of the United States Trustee, except that SL Biggs been appointed as accountant in other unrelated bankruptcy estates in which the creditor Allen Vellone Wolf Helfrich & Factor P.C. is also retained, and Mark Dennis is included in the United States Trustee's Sub Chapter V Trustee pool for Region 19, and has been appointed by the United States Trustee to act as Sub Chapter V trustee in unrelated chapter 11 bankruptcy cases.

4. I have agreed to represent the Debtor for reasonable compensation. The hourly rates for Directors and Partners at SL Biggs range from $350 - $600 per hour and associates range downward to $200 per hour. The current rate for Mark Dennis, CPA for this engagement is $500 per hour. SL Biggs will abide by all fee procedures contained in the Bankruptcy Code and Rules and any additional procedures ordered by this Court.

5. Through this engagement SLBiggs shall be retained as Financial Advisor. SL Biggs will evaluate the debtor's financial affairs and advise on bookkeeping entries and approaches, account reconciliation, payroll, tax return preparation and other bankruptcy specific financial matters including monthly budgets, monthly reports, liquidation analyses and financial projections.

6. I have not shared nor agreed to share compensation received herein with any other person.

FURTHER AFFAINT SAYATH NAUGHT ____________________

Mark D. Dennis, CPA, CFF, MBA
2000 S. Colorado Blvd., Tower 2, Suite 200
Denver, CO 80222

Subscribed and sworn before me this 16th day of JULY, 2024,
By Mark D. Dennis.

My commission expires: 1-6-2026

CYNTHIA L. WEST
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19944000272
MY COMMISSION EXPIRES JANUARY 6, 2026

____________________
Notary Public