UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624 KHT |
| DNC and TCPA List Sanitizer, LLC, | ) | |
| | ) | |
| Debtor. | ) | Chapter 11, Subchapter V |

ORDER GRANTING APPLICATION TO EMPLOY
SL Biggs, a division of SingerLewak LLP as accountants for the debtor

THE COURT, having examined the July 16, 2024 Application to Employ SL Biggs, a division of SingerLewak LLP as accountants ("Application") and the July 16, 2024 affidavit of Mark Dennis in support thereof, and it appearing that SL Biggs, a division of SingerLewak LLP, the proposed accountants are duly qualified and the Court being satisfied that SL Biggs, a division of SingerLewak LLP represents no interest adverse to DNC and TCPA List Sanitizer, LLC and the creditors to this estate, nor do said accountants represent any interest adverse to the estate in the matters upon which they are to be engaged, that their employment is necessary and would be in the best interests of the estate, hereby,

ORDERS that the Application is GRANTED.

Dated this ___ day of July, 2024.

BY THE COURT:

______________________________

Honorable Kimberly H. Tyson
United States Bankruptcy Judge