**UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| Tax ID / EIN: 83-3868704 | ) | Chapter 11, Subchapter V |
| | ) | |
| *Debtor.* | ) | |

**DEBTOR'S MOTION TO APPROVE POST-PETITION RETAINER for SL BIGGS, a Division of SingerLewak, LLC, accountant**

Debtor, DNC and TCPA List Sanitizer LLC (the "*Estate*"), by and through its counsel, Cimino Law Office, LLC hereby submits this Motion for Approval of Post- Petition Retainer for SL BIGGS, a Division of SingerLewak, LLC, accountants (the "*Motion*"). As grounds for the Motion, debtor states as follows:

1. On May 16, 2024 (the "*Petition Date*"), DNC and TCPA List Sanitizer LLC (the "*Debtor*") filed a Voluntary Petition for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code ("*Bankruptcy Code*") and is operating as debtor-in-possession.

2. In connection with the Debtor's Chapter 11 filing and pursuant to 11 U.S.C. § 1183(a), on May 17, 2024 the United States Trustee appointed Trustee as the Subchapter V trustee in the above-captioned case. [Docket No. 10].

3. Debtor has filed an application to employ SL BIGGS, a Division of SingerLewak, LLC as its accountants. SL BIGGS ("accountants") is requesting a post-petition retainer from Debtor in the amount of $10,000 (the "*Retainer*") to be held in its trust account as a security towards anticipated fees and expenses incurred and to be incurred in the performance of accounting duties in this case. If approved and upon receipt, accountants will assert a first priority security interest in the Retainer. In the event the case is dismissed or converted to Chapter 7, accountant's security interest in the Retainer may enable accountants to receive payment of its fees and expenses to the extent of the Retainer ahead of other administrative claims. This retainer shall be paid from cash collateral. Accountant's engagement letter agreement is attached hereto.

4. Accountants shall make application to the Court pursuant to the rules and orders of this Court and the Federal Rules of Bankruptcy Procedure for payment of fees and expenses and for authority to apply the Retainer.

5. Should the Retainer exceed accountant's allowed fees and expenses in this case, the accountant will refund the surplus amount to the Debtor.

**WHEREFORE**, debtor requests that the Court enter an order in the form attached hereto approving the Retainer requested in the amount of $10,000, authorizing Debtor to pay such Retainer and for such further and additional relief as the Court deems just and proper.

Date: July 16, 2024.

Respectfully Submitted,

/s/ John A. Cimino

John A. Cimino
Attorney for Debtor in Possession
5500 East Yale Ave., Suite 201a
Denver, CO 80222
email: JC925Ave@yahoo.com
Ph: 720 434 0434

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2024, I served a complete copy of **MOTION TO APPROVE RETAINER FOR ACCOUNTANTS SL BIGGS** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

**via CM/ECF:**
United States Trustee
Chad S. Caby, Esq.
Peter A. Cal, Esq.
John Cimino, Esq.
Jeffrey Cohen, Esq.
John Gray, Esq.
Arthur Lindquist-Kleissler, Esq.

DNC and TCPA LIST SANITIZER, LLC
985 Pico Point
Colorado Springs, CO 80905

ALL THOSE LISTED ON THE MAILING MATRIX OBTAINED FROM THE COURT DOCKET TODAY

/s/ John A. Cimino
John A. Cimino