SLBiggs

A Division of SingerLewak

June 16th, 2024

Michael O'Hare, CEO
DNC and TCPA List Sanitizer, LLC
935 Chico Point
Colorado Springs, CO 80905

Via email: mcohare@gmail.com

Cc: jc925ave@yahoo.com

RE: DNC and TCPA List Sanitizer, LLC
Bankruptcy Estate 24-12624 KHT
Financial Advisor Engagement

Dear Mr. O'Hare,

Pursuant to our discussions, I have prepared this engagement agreement **("Agreement")** to set forth my understanding of services that SLBiggs, a Division of SingerLewak **("SLBiggs")**, has been requested to provide, the firm's fees and payment terms.

Through this engagement SLBiggs shall be retained by yourself as Financial Advisor to DNC and TCPA List Sanitizer, LLC, Chapter 11 debtor-in-possession. SL Biggs will evaluate the debtor's financial affairs and advise on bookkeeping entries and approaches, account reconciliation, payroll, tax return preparation and other bankruptcy specific financial matters including monthly budgets, monthly reports, liquidation analyses and financial projections.

As further described in our Firm Profile included herewith, we have a very long history of work in restructuring, insolvency and litigation. We will ensure a full and complete accounting and timely filing and transparency for all tax authorities and stakeholders, including the bankruptcy court.

In connection with this engagement, I will be the responsible partner in charge at a rate of $500.00 per hour but will utilize other SLBiggs staff whenever appropriate to provide necessary services in an efficient and cost-effective manner. We always try to utilize the lowest level of professional staff capable of performing the necessary work to keep our fees as reasonable as possible. We will also be working closely with your attorneys and will keep you advised as we proceed.

Our normal billing practice is to invoice monthly and provide a detailed billing statement showing a description of work for each task, the amount of time expended, the person performing the work and the amount. From this you can determine what work was performed and the related cost. We will adhere to the interim (if applicable) and final compensation procedures for professionals set by the bankruptcy court for this case.

We are requesting an advance retainer payment of $10,000.00 to confirm this Agreement, which we will hold in trust for application to our final invoice in this matter.

In the event any action is taken to enforce any terms of this Agreement, we shall be entitled to recover actual costs and attorney fees incurred. We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If there are any clarifications or modifications which should be made, please let me know.

If the foregoing is agreeable to you, please sign the copy of this letter where indicated below and return to me either by email or regular mail along with the initial deposit payment of $10,000.00. We are prepared to commence our work immediately upon receipt of these items.

Sincerely,

Mark D. Dennis, CPA

**Accepted by:**

______________________________

Michael O'Hare, CEO, DNC and TCPA List Sanitizer, LLC