UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624 KHT |
| DNC and TCPA List Sanitizer, LLC, | ) | |
| | ) | |
| Debtor. | ) | Chapter 11, Subchapter V |

---

ORDER GRANTING MOTION TO PAY POST PETITION RETAINER TO
SL Biggs, a division of SingerLewak LLP as accountants for the debtor

---

THE COURT, having examined the debtor's July 16, 2024 Motion to Pay a $10,000 Post Petition Retainer to SL Biggs, a division of SingerLewak LLP as accountants and the engagement letter in support thereof, and it appearing that SL Biggs, a division of SingerLewak LLP, the proposed accountants are duly qualified, the court approves debtor's motion to pay post-petition retainer payment of $10,000.00 to SL Biggs, a division of SingerLewak, LLP, accountants, to be held in its trust account pending further orders of the court.

Dated this ___ day of July, 2024.

BY THE COURT:

______________________________
Honorable Kimberly H. Tyson
United States Bankruptcy Judge