UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC and TCPA Sanitizer List, LLC | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

---

DEBTOR'S NOTICE OF MOTION TO PAY POST PETITION RETAINER TO SL BIGGS, a DIVISION OF SINGERLEWAK, LLC ("accountants")

---

**OBJECTION DEADLINE: JULY 30, 2024**

YOU ARE HEREBY NOTIFIED that Debtor, DNC and TCPA Sanitizer List, LLC ("Debtor"), has filed a Motion to Pay a $10,000.00 Post Petition Retainer to SL BIGGS, a Division of SingerLewak, LLC ("accountants") with the bankruptcy court on July 16, 2024 and requests the following relief: Entry of an order approving payment of post-petition retainer to accountants.

If you oppose this motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested party.

DATED: July 16, 2024.

Respectfully submitted,

By:*/s/ John A. Cimino*
John A. Cimino, Esq., #14032
CIMINO LAW OFFICE, LLC.
5500 East Yale Ave., Suite 201A
Denver, CO 80222
E-mail: JC925AVE@yahoo.com
Telephone: 720-434-0434

Attorney for debtor in possession