Label Matrix for local noticing
1082-1
Case 24-12624-KHT
District of Colorado
Denver
Tue Jul 16 18:46:51 MDT 2024

Allen Vellone Wolf Halfrich & Factor, PC
1600 Stout Street Stuie 1900
Denver, CO 80202-3160

Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street Suite 1900
Denver, CO 80202-3156

American Express
Business Line of Credit PO Box 570622
Atlanta, GA 30357-3110

American Express
PO Box 6031
Carol Stream, IL 60197-6031

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

CT Corporation System, as representative
Attn: SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203-2336

Chad S. Caby
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Ste 1000
Denver, CO 80202-2995

Peter A. Cal
Sherman Howard LLC
675 Fifteenth Street
Suite 2300
Denver, CO 80202-4258

Cashyew Holding, LLC
405 Cherry Hills Way
Colorado Springs, CO 80921-2667

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

John Cimino
Cimino Law Office, LLC
5500 East Yale Avenue
Suite 201a
Denver, CO 80222-6925

Jeffery Cohen
Cohen, LLC
1600 Broadway
Suite 1660
Denver, CO 80202-4915

Jeffrey Cohen
Cohen LLC
1600 Broadway
Ste 1660
Denver, CO 80202-4915

Cohen Trial, LLC
1600 Broadway Suite 1660
Denver, CO 80202-4915

Colorado Department Of Revenue
1881 Pierce St.
Bankruptcy Unit, Room 104
Lakewood CO 80214-1407

DNC and TCPA LIST SANITIZER, LLC
985 Pico Point
Colorado Springs, CO 80905-7380

Glegal, LLC
1600 Broadway
#1660
Denver, CO 80202-4915

John Gray
Sherman & Howard L.L.C.
675 15th Street
Ste 2300
Denver, CO 80202-4258

IRS
PO Box 7346
Philadelphia PA 19101-7346

JPMorgan Chase Bank, N.A.
c/o Sherman & Howard L.L.C.
Attn: Peter A. Cal, Esq.
675 Fifteenth Street, Suite 2300
Denver, CO 80202-4258

Arthur Lindquist-Kleissler
950 S. Cherry St.
Ste. 418
Denver, CO 80246-2662

(p)JOLI A LOFSTEDT
ATTN JOLI A LOFSTEDT TRUSTEE
PO BOX 270561
LOUISVILLE CO 80027-5009

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Mountain Peak Law Grpoup PC
Stacy D. Stein
Rusty J. Trevino 101 E Gray St Ste B
Norman, OK 73069-7257

Michael O'Hare
405 Cherry Hills Way
Colorado Springs, CO 80921-2667

Quandry Peak Research
205 S Broadway Suite 300
Los Angeles, CA 90012-3607

Ringba, LLC
8 the Green Suite 11558
Dover DE 19901-3618

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase
PO Box 78039
Phoenix, AZ 85062-8039

(d)Chase Bank
PO Box 6026 Mail Code IL 1-0054
Chicago, IL 60680-6026

(d)JP Morgan Chase Bank NA
PO Box 6026 IL1-1145
Chicago, IL 60680-6026

Joli A. Lofstedt
Joli A. Lofstedt,Trustee
PO Box 270561
Louisville, CO 80027

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Adam Young, Tubmanburg Limited, and Ringba

(u)FirstBank

(d)JPMorgan Chase Bank, N.A.
c/o Sherman & Howard L.L.C.
Attn: Peter A. Cal, Esq.
675 Fifteenth Street, Suite 2300
Denver, CO 80202-4258

(u)Ringba, LLC

(u)Tubmanburg Limited

(u)Adam Young

End of Label Matrix
Mailable recipients 31
Bypassed recipients 6
Total 37