UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624 KHT |
| DNC and TCPA Sanitizer List, LLC, | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

CERTIFICATE OF SERVICE OF RULE 9013 NOTICE OF MOTION AND MOTION TO PAY POST PETITION RETAINER TO SL BIGGS AS ACCOUNTANT FOR THE DEBTOR

Debtor, DNC and TCPA Sanitizer List. ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC, for its Certificate of Service of Notice of Motion Rule 9013 and Motion to Approve payment of Post Petition retainer to SL Biggs, a division of SingerLewak LLP as accountants for the debtor, states:

I certify that on the 16th day of July, 2024, I served a complete copy of the NOTICE OF MOTION PURSUANT TO RULE 9013 and the MOTION TO PAY A $10,000.00 POST PETITION RETAINER TO SL BIGGS, A DIVISION OF SINGERLEWAK LLP with its Engagement Letter Agreement on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alan Motes, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

All those parties on the attached
Mailing Matrix obtained from the court's
Website today

All those parties requesting electronic service

/s/ John Cimino
John Cimino