**Fill in this information to identify the case:**

Debtor name    DNC and TCPA LIST SANITIZER, LLC

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    1:24-bk-12624

☒ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Management agreement |
| | State the term remaining | |
| | List the contract number of any government contract | Cashyew Holdings, Inc.<br>985 Pico Point<br>Colorado Springs, CO 80905 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy