| **DISTRICT COURT, EL PASO COUNTY, COLORADO**<br><br>270 South Tejon Street<br>Colorado Springs, CO 80903 | **SO ORDERED BY COURT**<br>**01/23/2024**<br>DATE FILED: January 23, 2024 9:53 AM<br>CASE NUMBER: 2021CV31668<br><br>*[signature]*<br><br>**WILLIAM B BAIN**<br>District Court Judge<br>▲ COURT USE ONLY ▲ |
|---|---|
| **TCPA LITIGATOR LIST,**<br><br>Plaintiff,<br><br>v.<br><br>**ADAM YOUNG, an individual; TUBMANBURG LIMITED, a Bahamas corporation a/k/a Ringba, RINGBA, LLC, a Delaware limited liability company,**<br><br>Defendants. | Case No.: 2021CV031668<br><br>Div.: 22 |
| **[PROPOSED] JUDGMENT** ||

Pursuant to C.R.C.P. 58(a), the Court hereby enters judgment in favor of Defendants and against Plaintiff on all claims. The Court enters judgment for attorneys' fees in the amount of $500,000.00 as a sanction against Plaintiff and in favor of Defendants.

DATED this _____ day of January, 2024.

BY THE COURT:

_____
Willaim B. Bain
District Court Judge

123501305.1