| DISTRICT COURT, EL PASO COUNTY, COLORADO | |
|---|---|
| Court Address: 270 S. TEJON, COLORADO SPRINGS, CO, 80903 | DATE FILED: March 15, 2024 1:45 PM CASE NUMBER: 2021CV31668 |
| **Plaintiff(s)** TCPA LITIGATOR LIST v. **Defendant(s)** RINGBA LLC et al. | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2021CV31668 Division: 22          Courtroom: |
| **Order:Proposed Order and Amended Judgment** | |

The motion/proposed order attached hereto: GRANTED.

I have reviewed the motion, response, reply, and the attached exhibits.

The motion seeks relief under Rule 59, not Rule 60.

Plaintiff asserts that defendants made a strategic decision to object to amending the caption because they wanted to keep the tradename for plaintiff. Plaintiff offers no evidence to support this assertion and the court rejects it.

Where the plaintiff itself mistakenly uses the wrong name for itself in the caption for its lawsuit and ends up with a sizable judgment against it, justice calls for the amendment of the caption.

For the reasons set forth in the reply, the court finds the cases cited by plaintiff distinguishable.

The motion is GRANTED.

Issue Date: 3/15/2024

*[signature]*

WILLIAM B BAIN
District Court Judge

Page1 of1

<table>
<tr><td colspan="2">

**DISTRICT COURT, EL PASO COUNTY, COLORADO**

270 South Tejon Street
Colorado Springs, CO 80903

</td></tr>
<tr><td>

**DNC AND TCPA SANITIZER LLC, d/b/a TCPA LITIGATOR LIST,**

Plaintiff,

v.

**ADAM YOUNG, an individual; TUBMANBURG LIMITED, a Bahamas corporation a/k/a Ringba, RINGBA, LLC, a Delaware limited liability company,**

Defendants.

</td><td>

**▲ COURT USE ONLY ▲**

Case No.: 2021CV031668

Div.: 22

</td></tr>
<tr><td colspan="2" align="center">

**ORDER AND AMENDED JUDGMENT**

</td></tr>
</table>

THIS COURT having considered Defendants' C.R.C.P. 59 Motion to Amend Judgment and Amend Case Caption, and being fully advised as to all matters thereto, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that the case caption is amended to name the Plaintiff as DNC and TCPA Sanitizer LLC d/b/a TCPA Litigator List.

IT IS FURTHER ORDERED that pursuant to C.R.C.P. 58(a), the Court hereby enters judgment in favor of Defendants and against Plaintiff DNC and TCPA Sanitizer LLC d/b/a TCPA Litigator List on all claims. The Court enters judgment for attorneys' fees in the amount of $500,000.00 as a sanction against Plaintiff DNC and TCPA Sanitizer LLC d/b/a TCPA Litigator List and in favor of Defendants. Defendants are to be awarded $140,415.00 in costs from Plaintiff DNC and TCPA Sanitizer LLC d/b/a TCPA Litigator List.

123752620.1

DATED this _____ day of  February, 2024.

BY THE COURT:

_____

William B. Bain
District Court Judge

Attachment to Order - 2021CV31668

123752620.1