**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1: DNC and TCPA List Sanitizer, LLC  
Business name

Case #: 24-12624 HRT

Chapter: 11, Subchapter V

## Local Bankruptcy Form 1009-1.1
## Notice of Amendment of Petition, Lists, Schedules, Statements, and/or Addition of Creditors

**Please check applicable boxes, complete applicable sections identifying each amendment, and attach additional pages as necessary.**

### Part 1  Notice

You are hereby notified that the debtor has filed amended documents:

Schedule A/B, G, H, Statement of Financial Affairs

_____

**[petition/list(s)/schedule(s)/statement(s), and/or addition of creditor(s)]**.

### Part 2  Amendments

**2.1. Petition**

☒ Not applicable (no amendments to Petition)

☐ The following section(s) of the Petition are amended as follows:

| Section of Petition | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

**2.2. List(s)**

☒ Not applicable (no amendments to List(s))

☐ The following List(s) are amended as follows:

| List | Information before amendment | New information |
|---|---|---|
|  |  |  |
|  |  |  |

Change in creditor's name or address on List(s):

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|

**2.3. Schedule(s)**

☐ Not applicable (no amendments to Schedules)

☒ Schedule(s) are amended as follows:

Schedules A/B:

| Description of property | Interest in property | Current value of entire property | Current value of portion owned |
|---|---|---|---|
| To remove boilerplate UCC language | | | |
| | | | |

Schedule C:

| Amount of the exemption you claim | Current value of debtor's interest |
|---|---|
| | |
| | |

If you object to this amended claim of exemption, you must file and serve your objection within 30 days after the date this notice is served. Objections must be filed with the Court and a complete copy must be served on debtor's attorney or debtor, if unrepresented.

Schedule D:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Claim amount | Collateral | Collateral value | Any other changes |
|---|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | | |

Schedules E/F:

| New creditor or Amendment to existing creditor | Creditor's name, last 4 digits of account #, mailing address | Total claim amount | Priority amount (if any) | Any other changes |
|---|---|---|---|---|
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |
| ☐ New creditor<br>☐ Amendment to existing creditor | | | | |

Schedule G:

| Contracting/Leasing party and address | What the contract of lease is for |
|---|---|
| Cashyew Holding, LLC | Management agreement |
| | |

Schedule H:

| Co-debtor/spouse, former spouse, or legal equivalent; name and address | Creditor to whom you owe the debt/community state or territory |
|---|---|
| Michael O'Hare | Co debtor on American Express card |
| Tania O'Hare | Co debtor on American Express card |

Schedules I/J:

| Amended/New information |
|---|
| Not applicable |
|  |

### 2.4. Statement(s)

☐ Not applicable (no amendments to Statement(s))

☒ The following Statement(s) are amended as follows:

| Statement | Information before amendment | New information |
|---|---|---|
| Financial Affairs to show payments to insiders | Summary numbers | Detailed printout of transactions |

### 2.5. Addition of Creditor(s)

☒ Not applicable (no additions)

☐ Creditors have been added as follows (and Schedules D, E, or F have been amended accordingly):

☐ Creditors have been amended as follows:

Change in creditor's name or address:

| Creditor's name and/or address before amendment | Corrected creditor's name and/or address |
|---|---|
|  |  |

### Part 3  Signature of Debtor's Attorney or Debtor (if unrepresented)

Dated: 7/19/2024

By: /s/ John A. Cimino
Signature

Bar Number: #14032
Mailing Address: **CIMINO LAW OFFICE, LLC**
5500 East Yale Ave., Suite 201A
Denver, CO 80222
Phone number: 720-434-0434
E-mail address: JC925AVE@yahoo.com