UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| ) IN RE: | ) | Case No. 24-12624 KHT |
| DNC and TCPA Sanitizer List, LLC | ) ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

### DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 8-1 FILED BY COHEN, LLC

Debtor, DNC and TCPA Sanitizer List. ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC, for its Objection to Proof of Claim No. 8-1 filed by Cohen, LLC and Jeffrey Cohen, Esq., respectfully states as follows:

1. Debtor filed its Voluntary Petition pursuant to Chapter 11, Subchapter V of the Bankruptcy Code on May 16, 2024, and is operating as a debtor-in-possession.

2. On July 22, 2024, creditor/attorney Jeffrey Cohen and Cohen, LLC filed a proof of claim for $200,000 at claim number 8-1.

3. Debtor objects to the proof of claim because it is not supported by any documentation.

4. Debtor also has reason to believe that creditor billed debtor for legal services performed by creditor for another unrelated client, for whom debtor is not responsible.

WHEREFORE, the Debtor prays that the claim number 8-1 filed by Jeffrey Cohen be denied.

DATED: July 22, 2024              Respectfully submitted,

By:/s/ *John A. Cimino*
John A. Cimino, Esq., #14032
CIMINO LAW OFFICE, LLC.
5500  East Yale Ave., Suite 201A
Denver, CO 80222
E-mail: JC925AVE@yahoo.com
Telephone: 720-434-0434

1