UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC  and TCPA Sanitizer List, LLC | ) | |
| Tax ID / EIN 83-3868704, | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | |

---

DEBTOR'S NOTICE OF OBJECTION TO PROOF OF CLAIM 8-1 FILED BY
COHEN, LLC BY ITS ATTORNEY JEFFREY COHEN, ESQ.

---

**OBJECTION DEADLINE:  <u>AUGUST 22, 2024</u>**

YOU ARE HEREBY NOTIFIED that Debtor, DNC and TCPA Sanitizer List, LLC ("Debtor"), has filed an Objection to Proof of Claim 8-1 filed by Cohen, LLC and Jeffrey Cohen, Esq. and requests the following relief:  Disallow claim number 8-1 filed by Cohen, LLC and its attorney Jeffrey Cohen, Esq. in the amount of $200,000.00 because it is not supported by documentation and the claim may contain charges owed by another client of Cohen, LLC.

If you oppose this motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.  The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested party.

DATED: July 22, 2024.                     Respectfully submitted,

By:/*s/ John A. Cimino*_____
John A. Cimino, Esq., #14032
CIMINO LAW OFFICE, LLC.
5500 East Yale Ave., Suite 201A
Denver, CO 80222
E-mail: JC925AVE@yahoo.com
Telephone: 720-434-0434

Attorney for debtor in possession

<u>2002-1 CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the 22nd day of July, 2024, I served by ECF and first class mail a copy of the OBJECTION TO PROOF OF CLAIM 8-1 FILED BY COHEN, LLC and the Notice and proposed Order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R at the following addresses or as indicated on the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on July 22, 2024:

Alan Motes, Esq. Alan.Motes@usdoj.gov
Joli Loftstedt, Sub V Trustee Joli@jaltrustee.com
Jeffrey Cohen, Esq.

All those parties on the attached
Mailing Matrix obtained from the court's
Website today

All those parties requesting electronic service


/s/ John Cimino
John Cimino