UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                        )
                                              )        Case No. 24-12624 KHT
DNC and TCPA List Sanitizer, LLC,             )
EIN: 83-3868704,                              )
                                              )
                    Debtor.                   )        Chapter 11, Subchapter V

_____

ORDER GRANTING DEBTOR'S MOTION TO DISALLOW
CLAIM NO. 8-1 FILED BY COHEN, LLC

_____

THE COURT, having examined the debtor's July 22, 2024 Motion to Disallow Claim No. 8-1 filed by Cohen, LLC by its attorney Jefferey Cohen, Esq. and being advised in the premises, grants the motion filed by the Debtor.

Claim No. 8-1 filed by Cohen, LLC on July 22, 2024 is hereby disallowed in its entirety.

Dated this ___ day of August, 2024.

BY THE COURT:


_____
Honorable Kimberly H. Tyson
United States Bankruptcy Judge