## DNC and TCPA Sanitizer, LLC

Profit and Loss

Basis: Cash

From 01 Jun 2024 To 30 Jun 2024

| Account | Total |
|---|---:|
| **Operating Income** | |
| Sales | 100,236.00 |
| **Total for Operating Income** | **100,236.00** |
| **Cost of Goods Sold** | |
| **Total for Cost of Goods Sold** | **0.00** |
| **Gross Profit** | **100,236.00** |
| **Operating Expense** | |
| Administrative Assistant | 1,106.46 |
| Advertising And Marketing | 1,775.00 |
| Bank Fees | 25.00 |
| Bookkeeping | 8,342.36 |
| Business Development | 5,012.00 |
| Financial Management | 5,012.00 |
| Innovation/Technology Management | 5,012.00 |
| Intellectual Property Management | 2,005.00 |
| Litigators Research | 4,948.31 |
| Loan Payment | 5,000.00 |
| Marketing Management | 5,012.00 |
| Meals and Entertainment | 573.99 |
| Office Rent | 99.00 |
| Operations Management | 10,024.00 |
| Project Management | 5,012.00 |
| Recruitment and Talent Acquistion | 1,002.00 |
| Risk/Crisis Management | 5,012.00 |
| Sales Management | 5,012.00 |
| Sales People and Commissions | 2,968.30 |

| Account | Total |
|---|---:|
| Server Cost | 4,484.61 |
| Strategic Planning | 7,017.00 |
| Telecommunication Expense | 426.25 |
| Telephone Expense | 66.36 |
| Web Site Development | 8,301.53 |
| **Total for Operating Expense** | **93,249.17** |
| **Operating Profit** | **6,986.83** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **6,986.83** |

\*\*Amount is displayed in your base currency **USD**