UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ) In re: ) | |
| ) | Case No. 24-12624 KHT |
| DNC and TCPA Sanitizer List, LLC ) | |
| EIN: 83-3868704, ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

## DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 5-1
## FILED BY GLEGAL, LLC

Debtor, DNC and TCPA Sanitizer List, LLC ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC, for its Objection to Proof of Claim No. 5-1 filed by GLEGAL, LLC, respectfully states as follows:

1. Debtor filed its Voluntary Petition pursuant to Chapter 11, Subchapter V of the Bankruptcy Code on May 16, 2024, and is operating as a debtor-in-possession.

2. On June 28, 2024, creditor/attorney Gary Tucker, Esq., and GLEGAL, LLC (hereinafter "creditor") filed a proof of claim for $2,528.70 at claim number 5-1.

3. Debtor objects to the claim because it is not supported by any documentation in violation of F.R.B.P. Rule 3001(c)(2)(A).

WHEREFORE, the debtor prays that claim number 5-1 filed by GLEGAL, LLC be disallowed.

DATED: July 23, 2024        Respectfully submitted,

By:/s/ *John A. Cimino*
John A. Cimino, Esq., #14032
CIMINO LAW OFFICE, LLC.
5500 East Yale Ave., Suite 201A
Denver, CO 80222
E-mail: JC925AVE@yahoo.com
Telephone: 720-434-0434