UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## Minutes of Proceeding

Date: July 24, 2024                                                                  HONORABLE KIMBERLEY H TYSON, Presiding

In re: DNC and TCPA LIST SANITIZER, LLC,        Debtor.        Case No: 24-12624 KHT
                                                                                                                     Chapter 11

Appearances:

| | | | |
|---|---|---|---|
| Debtor(s) | | Counsel | John Cimino |
| Trustee | | Counsel | |
| Creditor | Cohen, LLC | Counsel | Jeffrey Cohen |
| Creditor | | Counsel | Kate Sender |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings: Preliminary Hearing on Debtor's Application to Employ Cimino Law Office, LLC as Counsel to File a Legal Malpractice Case Against Various Attorneys in State Court (Docket No. 37) and Jeffery Cohen's Objection (Docket No. 49)

[X] Entry of appearance(s) and statements made.

Orders:

[X] The matter is continued for an evidentiary hearing on **Tuesday, September 24, 2024, at 1:30 p.m.** in Courtroom D, U.S. Customs House, 721 19th Street, Denver, Colorado.

Discovery must be completed by **August 30, 2024.** "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date. The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this contested matter.

Any party intending to introduce any exhibits or call any witnesses at the scheduled hearing shall, on or before **September 17, 2024**, (a) deliver to the opposing side, a list and photocopies of the proposed exhibits pre-marked for identification (Debtor-Numbers, Objector-Letters) and a schedule of witnesses who may be called as well as a schedule of witnesses who will be called, and (b) file with the Court only the list of exhibits and schedules of witnesses who may or will be called. A copy of each exhibit shall be tendered to the Court three (3) business days prior to the hearing via email. The information shall be emailed to **KHT_Courtroom@cob.uscourts.gov**. It is counsel's and/or the parties' responsibility to ensure their witnesses possess complete copies of all marked exhibits for the hearing.

Date: July 24, 2024

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By:_____
Sheila Lo, Courtroom Deputy