UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC AND TCPA Sanitizer List, LLC | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

## RESPONSE TO DEBTOR'S NOTICE OF OBJECTION OF CLAIM 5-1 FILED BY GLEGAL LLC BY IT ATTORNEY GARY TUCKER, ESQ

GLEGAL, LLC, a creditor of the bankruptcy estate of DNC and TCPA Sanitizer List, LLC hereby files supplementing documents in support of its claim for payment of $2,528.70 filed June 28, 2024.

1. On July 23, 2024, the Debtor filed an objection to Glegal, LLC's claim on the basis that it is not supported by any documentation.
2. Glegal, LLC responded to a conferral from the Debtor on July 12, 2024, in which documents were provided. As noted in the letter, Glegal, LLC reserved its rights to bring to the attention of the court the sanctionable conduct of the Debtor. See Exhibit 1 the text of which is incorporated into this Response.
3. Glegal, LLC attaches documentation showing payment by Glegal, LLC to US Legal Support, a court reporter service that provided link-remote deposition and other services to the Debtor. The Debtor failed to make payment for the services and Glegal, LLC made payment.
4. Attached are receipts proving the Glegal, LLC payments. See Exhibits 2, 3, 4, 5, & 6.
5. Glegal, LLC makes claim to be reimbursed.

Dated: July 25, 2024

Submitted by,
/s/ Gary Tucker, Reg No. 15811
Glegal, LLC
1600 Broadway, #1660
Denver, CO 80202
Email: gtucker@gtuck05.com
(720) 939-1601

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC AND TCPA Sanitizer List, LLC | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

---

**CERTIFICATE OF SERVICE OF RESPONSE TO DEBTOR'S NOTICE OF OBJECTION OF CLAIM 5-1 FILED BY GLEGAL LLC BY IT ATTORNEY GARY TUCKER, ESQ**

---

I certify that on July 26, 2024, I served a copy of this Response to Debtor's Notice of Objection of Claim 5-1 on the following:

Alan Motes, Esq.
US Trustee's Office
1961 Stout Street, #12-200
Denver, CO 80294

John Cimino, Esq.
5500 E. Yale Ave., #201A
Denver, CO 80222

Jeffrey Cohen, Esq. at jcohen@cohentrial.com

Joli Loftstedt, Trustee

All parties requesting electronic service.

/s/ Gary Tucker

**Gary Tucker, Esq.**
Attorney at Law

July 12, 2024

Mr. John A. Cimino
5500 E. Yale Avenue, #201A
Denver, CO 80222

RE: DNC & TCPA List Sanitizer, LLC
    Case No. 24-12624-HRT

Dear Mr. Cimino:

Your conferral letter dated July 11, 2024, asking clarification of my June 28, 2024, Claim can be supported. The court reporter invoices, US Legal Support #20220279007-14, #202220305192-14, #20220317102-14 were paid by my firm. Proof of payment is enclosed and demonstrated by Receipt Order #213488 payment of $1,125.00, #215191 payment of $187.50, and payment of #20220317102-14 by check #102 in the amount of $1216.20. After some negotiation, US Legal Support allowed a discount of $405.00. I have attached an invoice summary and copies of receipts for payments.

The threat of a sanctions motion is clearly intended to deter me from asserting my legal rights. It is unsupported and the type of sanctionable conduct which I reserve the right to bring to the attention of the Court in due course.

Sincerely,

Gary Tucker

Enclosed:
1. Statement dated 02/29/2024.
2. Receipt 213488 for $1,125.00.
3. Receipt 215191 for $187.50.
4. Receipt check copy for $1216.20.

**Glegal, LLC**
**1600 Broadway, Suite 1660**
**Denver, Colorado 80202**       **(720) 939-1601**       **Gtucker@cohentrial.com**



**P.O. Box 4772**
**Houston, TX 77210**
**Phone:** (832) 430-6386
**Fax:** (281) 260-0329

**Law Offices of Gary Tucker Gary Tucker**
**650 N. Sam Houston Pkwy Suite 200 Houston, TX77060**

Remit To: **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**Date of Statement: 02/29/2024**

**Account No:** 990185307

## STATEMENT

| Current | 30 Days | 60 Days |
|---|---|---|
|  |  |  |
| **90 Days** | **120 Days & Over** | **Total Due** |
|  | $2,528.70 | **$2,528.70** |

If you have any questions regarding your statement, please contact our Account Receivable Department at (832) 430-6386.

**Federal Tax ID (EIN ) Number:** 76-0523238

**Nevada Firm Registration # 067F**

| Lob | Inv Date | Inv No | Job Date/Order Date | Job No/Order No | Claim | Client Matter | Attorney | Case | Witness/RecordOf | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Court Reporting | 10/12/2022 | 20220279007-14 | 10/11/2022 | 6239356 |  |  | Gary Tucker | TCPA Litigator List v. Adam Young |  | $187.50 |
| Court Reporting | 11/16/2022 | 20220305192-14 | 11/16/2022 | 6265922 |  |  | Gary Tucker | TCPA Litigator List v. Adam Young |  | $1,125.00 |
| Court Reporting | 12/7/2022 | 20220317102-14 | 11/16/2022 | 6265922 |  |  | Gary Tucker | TCPA Litigator List v. Adam Young |  | $1,216.20 |
| **Total:** |  |  |  |  |  |  |  |  |  | **$2,528.70** |

Thank you for your business!

481538

RECEIPT

## US Legal Support Inc.

16825 Northchase Dr
Houston, TX 77060
US
ccprocessing@uslegalsupport.com
**Merchant ID**
uslegal

## Return Codes

**Request ID**
7180493707426887003263

**Result Code**
SOK - Request was processed successfully.

**Authorization Code**
06748Z

**AVS Result**
Y - Match: address and 5-digit postal code match.

## Order Information

**Order Number**
213488

**Subtotal Amount**
1,125.00 USD

**Total Amount**
1,125.00 USD

**Transaction Type**
Sale

**Transaction Date**
Jun 10 2024 12:56:10 PM PDT

**Authorization Date**
Jun 10 2024 12:56:10 PM PDT

## Merchant Defined Data

**[1] Invoice and Amt**
{"d":"11/16/2022","p":1125,"a":1500,"n":314640,"b":"RB8SP","invDisplayNo":"20220305192-14"}

## Customer Information

**Name**

GARY TUCKER

**Credit Card Type**

MasterCard

**Credit Card Number**

XXXX XXXX XXXX 6890

**Email Address**

gtucker@glegal.us

**Billing Information**

GARY TUCKER

501 South Cherry Street Eleventh Floor 224

Denver, CO 80246

US

102

**GLEGAL, LLC**

DATE 3/1/2024

PAY TO THE ORDER OF U S Legal Support, Inc                    $ 1,216. 20/100

One thousand two hundred sixteen, 20/100 DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A. 0033 031124
www.Chase.com

MEMO Inv #20220317102-14

⑆122100024⑆        581261990⑈0602





# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220317102-14 | 12/7/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6265922 | 11/16/2022 | $1,216 20 |

**SW – COLORADO**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 3038000803

**Case Name**

TCPA Litigator List v  Adam Young

Gary Tucker
Gary Tucker Legal
501 South Cherry Street Eleventh Floor 224
Denver CO 80246

**Case No.**

2021CV31668

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U S. Legal Support providing link - RemoteDepo | Gary Tucker<br>Gary Tucker Legal<br>501 South Cherry Street Eleventh Floor 224<br>Denver CO 80246 | Client Matter No·<br>Claim No.<br>Insured:<br>D/O/L· |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: General | | | | |
| RemoteDepo (Virtual Room) | 1 00 | N/A | $295 00 | $295 00 |
| Administration Fee | 1.00 | N/A | $32.00 | $32.00 |
| Reporter Appearance Fee Per Hour | 6 00 | Hours | $45 00 | $270 00 |
| Shipping of Hard Copy Original, Copy, or Media - Standard | 1 00 | N/A | $25 00 | $25 00 |
| ORIGINAL TRANSCRIPT OF: Adam Young | | | | |
| Original | 174.00 | Pages | $4.55 | $791.70 |
| Exhibit | 18 00 | Pages | $0 55 | $9.90 |
| Exhibits (Color) | 32 00 | Pages | $1.50 | $48 00 |
| Condensed Transcript | 1 00 | N/A | $15.00 | $15 00 |
| Read & Sign Service | 1.00 | N/A | $35.00 | $35 00 |
| Transcript Handling & Processing | 1 00 | N/A | $45.00 | $45 00 |
| Litigation Technology, Support and Security Management | 1 00 | N/A | $55 00 | $55 00 |

**\*\*25% Discount Applied\*\***

| | |
|---|---|
| Total Due | $1,621.60 |
| (-) Payments/Credits | $405.40 |
| (+) Finance Charges/Late Fees | $0 00 |
| (=) New Balance | $1,216.20 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F

Phone· 303-831-7970

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly  U S. Legal Support may recover any fees and costs it
incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer
Review our Terms & Conditions for additional information at our website www uslegalsupport.com.

01   5851315 00105 0032 031124

*"Please detach bottom portion and return with payment."*

Gary Tucker
Gary Tucker Legal
501 South Cherry Street Eleventh Floor 224
Denver CO 80246

| Invoice No. | 20220317102-14 | Invoice Date | 12/7/2022 |
| Job No. | 6265922 | Case No. | 2021CV31668 |
| Total Due | $1,216.20 | | |

Remit To:   **U.S. Legal Support, Inc.**
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD**   AMEX   DISCOVER   VISA

Cardholder's Name:

Card Number:

Exp. Date:                 Phone:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

GLEGAL, LLC

DATE 3/1/2024

PAY TO THE
ORDER OF U S Legal Support, Inc                    $ 1,216. 20/100

One thousand two hundred sixteen, 20/100 DOLLARS

CHASE ⬡

JPMorgan Chase Bank, N.A. 0033 031124
www.Chase.com

MEMO Inv # 20220317102-14                    Gary Tucker

⑈ 1 2 2 1 0 0 0 2 4 ⑈        5 8 1 2 6 1 9 9 0 ⑈ 0 6 0 2



CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY

NAME OF FINANCIAL INSTITUTION

DATE

 **U.S. Legal Support**

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220317102-14 | 12/7/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6265922 | 11/16/2022 | $1,216 20 |

**SW – COLORADO**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 3038000803

**Case Name**

TCPA Litigator List v Adam Young

Gary Tucker
Gary Tucker Legal
501 South Cherry Street Eleventh Floor 224
Denver CO 80246

**Case No.**

2021CV31668

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U S. Legal Support providing link - RemoteDepo | Gary Tucker | Client Matter No· |
| | Gary Tucker Legal | Claim No. |
| | 501 South Cherry Street Eleventh Floor 224 | Insured: |
| | Denver CO 80246 | D/O/L· |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: General | | | | |
| RemoteDepo (Virtual Room) | 1 00 | N/A | $295 00 | $295 00 |
| Administration Fee | 1.00 | N/A | $32.00 | $32.00 |
| Reporter Appearance Fee Per Hour | 6 00 | Hours | $45 00 | $270 00 |
| Shipping of Hard Copy Original, Copy, or Media - Standard | 1 00 | N/A | $25 00 | $25 00 |
| ORIGINAL TRANSCRIPT OF: Adam Young | | | | |
| Original | 174.00 | Pages | $4.55 | $791.70 |
| Exhibit | 18 00 | Pages | $0 55 | $9.90 |
| Exhibits (Color) | 32 00 | Pages | $1.50 | $48 00 |
| Condensed Transcript | 1 00 | N/A | $15.00 | $15 00 |
| Read & Sign Service | 1.00 | N/A | $35.00 | $35 00 |
| Transcript Handling & Processing | 1 00 | N/A | $45.00 | $45 00 |
| Litigation Technology, Support and Security Management | 1 00 | N/A | $55 00 | $55 00 |

| **25% Discount Applied** | | |
|---|---|---|
| Total Due | | $1,621.60 |
| (-) Payments/Credits | | $405.40 |
| (+) Finance Charges/Late Fees | | $0 00 |
| (=) New Balance | | $1,216.20 |

Tax ID : 76-0523238 Nevada Firm Registration # 067F          Phone· 303-931-7970

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer Review our Terms & Conditions for additional information at our website www uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Gary Tucker
Gary Tucker Legal
501 South Cherry Street Eleventh Floor 224
Denver CO 80246

| Invoice No. | 20220317102-14 |
| Job No. | 6265922 |
| Total Due | **$1,216.20** |

| Invoice Date | 12/7/2022 |
| Case No. | 2021CV31668 |

Remit To:    **U.S. Legal Support, Inc.**
P.O. Box 4772
Houston, TX 77210

**PAY BY CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:                    Phone:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220317102-14 | 12/7/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6265922 | 11/16/2022 | - |

| Case Name |
|---|
| TCPA Litigator List v. Adam Young |

| Case No. |
|---|
| 2021CV31668 |

**SW - COLORADO**
16825 Northchase Drive Suite 900
Houston TX 77060
Phone: 303-800-0803

Gary Tucker
Gary Tucker Legal
501 South Cherry Street Eleventh Floor 224
Denver CO 80246

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support providing link - RemoteDepo | Gary Tucker<br>Gary Tucker Legal<br>501 South Cherry Street Eleventh Floor 224<br>Denver CO 80246 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: General | | | | |
| RemoteDepo (Virtual Room) | 1.00 | N/A | $295.00 | $295.00 |
| Administration Fee | 1.00 | N/A | $32.00 | $32.00 |
| Reporter Appearance Fee Per Hour | 6.00 | Hours | $45.00 | $270.00 |
| Shipping of Hard Copy Original, Copy, or Media - Standard | 1.00 | N/A | $25.00 | $25.00 |
| ORIGINAL TRANSCRIPT OF: Adam Young | | | | |
| Original | 174.00 | Pages | $4.55 | $791.70 |
| Exhibit | 18.00 | Pages | $0.55 | $9.90 |
| Exhibits (Color) | 32.00 | Pages | $1.50 | $48.00 |
| Condensed Transcript | 1.00 | N/A | $15.00 | $15.00 |
| Read & Sign Service | 1.00 | N/A | $35.00 | $35.00 |
| Transcript Handling & Processing | 1.00 | N/A | $45.00 | $45.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |

| **25% Discount Applied** | | |
|---|---|---|
| **Total Due** | | **$1,621.60** |
| (-) Payments/Credits | | **$1,621.60** |
| (+) Finance Charges/Late Fees | | **$0.00** |
| (=) New Balance | | - |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**          Phone: 303-331-7970

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Gary Tucker
Gary Tucker Legal
501 South Cherry Street Eleventh Floor 224
Denver CO 80246

| Invoice No. | 20220317102-14 | Invoice Date | 12/7/2022 |
|---|---|---|---|
| Job No. | 6265922 | Case No. | 2021CV31668 |
| Total Due | - | | |

Remit To:     **U.S. Legal Support, Inc.**
              **P.O. Box 4772**
              **Houston, TX 77210**

## PAY BY CREDIT CARD

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**          **Phone:**

**Billing Address:**

**Zip:**                **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**

RECEIPT

US Legal Support Inc.

16825 Northchase Dr
Houston, TX 77060
US
ccprocessing@uslegalsupport.com
**Merchant ID**
uslegal

## Return Codes

**Request ID**
7207464554846367403269

**Result Code**
SOK - Request was processed successfully.

**Authorization Code**
060721

**AVS Result**
Y - Match: address and 5-digit postal code match.

## Order Information

**Order Number**
215191

**Subtotal Amount**
187.50 USD

**Total Amount**
187.50 USD

**Transaction Type**
Sale

**Transaction Date**
Jul 11 2024 06:07:35 PM PDT

**Authorization Date**
Jul 11 2024 06:07:35 PM PDT

## Merchant Defined Data

[1] Invoice and Amt
{"d":"10/12/2022","p":187.5,"a":250,"n":287471,"b":"RB8SP","invDisplayNo":"20220279007-14"}

## Customer Information

**Name**

GARY TUCKER

**Credit Card Type**

Visa

**Credit Card Number**

XXXX XXXX XXXX 0852

**Email Address**

gtucker@glegal.us

**Billing Information**

GARY TUCKER

501 South Cherry Street Eleventh Floor 224

Denver, CO 80246

US

RECEIPT

US Legal Support Inc.

16825 Northchase Dr
Houston, TX 77060
US
ccprocessing@uslegalsupport.com
**Merchant ID**
uslegal

## Return Codes

**Request ID**
7207464554846367403269

**Result Code**
SOK - Request was processed successfully.

**Authorization Code**
060721

**AVS Result**
Y - Match: address and 5-digit postal code match.

## Order Information

**Order Number**
215191

**Subtotal Amount**
187.50 USD

**Total Amount**
187.50 USD

**Transaction Type**
Sale

**Transaction Date**
Jul 11 2024 06:07:35 PM PDT

**Authorization Date**
Jul 11 2024 06:07:35 PM PDT

## Merchant Defined Data

[1] Invoice and Amt
{"d":"10/12/2022","p":187.5,"a":250,"n":287471,"b":"RB8SP","invDisplayNo":"20220279007-14"}

## Customer Information

**Name**

GARY TUCKER

**Credit Card Type**

Visa

**Credit Card Number**

XXXX XXXX XXXX 0852

**Email Address**

gtucker@glegal.us

**Billing Information**

GARY TUCKER

501 South Cherry Street Eleventh Floor 224

Denver, CO 80246

US

**From:**          webmaster@cob.uscourts.gov on behalf of UpDoc via District of Colorado
                   <webmaster@cob.uscourts.gov>
**Sent:**          Monday, July 29, 2024 12:07 PM
**To:**            COB UPDOC
**Subject:**       New UpDoc Submission


Submitted on Monday, July 29, 2024 - 12:07
Name: DNC and TCPA Sanitizer Litigator List, LLC Debtor's Name:
Case Number: 24-12624
Email Address: gtuck05@gmail.com
Phone Number: 7209391601
Document:
https://www.cob.uscourts.gov/system/files/webform/updoc/20240729/Response%20to%20objection%20claim%20filing
.pdf
Document 2:
https://www.cob.uscourts.gov/system/files/webform/updoc/20240729/Exhibit%201%20Conferral%20letter%20signed%
20pdf.pdf
Document 3:
https://www.cob.uscourts.gov/system/files/webform/updoc/20240729/Exhibit%202%20%20statement%20from%20US
%20Legal%20Support%20Invoice.pdf
Document 4:
https://www.cob.uscourts.gov/system/files/webform/updoc/20240729/Exhibit%203%20Receipt%20for%20%241125.pdf
Document 5:
https://www.cob.uscourts.gov/system/files/webform/updoc/20240729/Exhibit%204%20Check%20for%20%241216.20%
20US%20Legal%20Support%20payment_0.pdf
My Name: Gary Tucker

| | |
|---|---|
| **From:** | webmaster@cob.uscourts.gov on behalf of UpDoc via District of Colorado <webmaster@cob.uscourts.gov> |
| **Sent:** | Monday, July 29, 2024 12:09 PM |
| **To:** | COB UPDOC |
| **Subject:** | New UpDoc Submission |

Submitted on Monday, July 29, 2024 - 12:09
Name: DNC and TCPA Sanitizer Litigator List, LLC Debtor's Name:
Case Number: 24-12624
Email Address: gtuck05@gmail.com
Phone Number: 7209391601
Document:
https://www.cob.uscourts.gov/system/files/webform/updoc/20240729/Exhibit%205%20REPORT_SPOTINVOICE%20-.pdf
Document 2:
https://www.cob.uscourts.gov/system/files/webform/updoc/20240729/Exhibit%206%20receipt%20for%20%24187_0.pdf
Document 3:
Document 4:
Document 5:
My Name: Gary tucker