UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC and TCPA Sanitizer List, LLC, | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | |

**AMENDED EXPANDED APPLICATION TO EMPLOY CIMINO LAW OFFICE, LLC AS COUNSEL FOR DEBTOR**

Debtor, DNC and TCPA Sanitizer List, LLC. ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC, respectfully states in its Amended Expanded Application to Employ Attorneys as follows:

1. Debtor filed its Voluntary Petition pursuant to Chapter 11, Subchapter V of the Bankruptcy Code on May 16, 2024, and is operating as a debtor-in-possession.

2. CIMINO LAW OFFICE LLC., a law firm with lawyers admitted to practice in this Court ("Counsel"), as its counsel, with its office located at 5500 East Yale Avenue, Suite 201A, Denver, Colorado 80222 was appointed to serve as counsel for the debtor by this court on June 10, 2024 effective as of the date the application was filed on May 16, 2024.

3. Debtor wishes to expand the duties for which counsel was previously appointed to include representation in an appeal filed and pending with the Colorado Court of Appeals, case number 2024 CA 265 (hereinafter referred to as the "second appeal"). An opening brief is due to be filed today in the second appeal. A first appeal was filed with case number 2023 CA 891 and is scheduled for oral arguments on September 3, 2024. If the first appeal reverses the lower court judgment entered in favor of creditor Ringba, LLC, then the second appeal will be moot.

4. Debtor wishes to expand Counsel's duties to file a motion to extend the time in which to file an opening brief in the second appeal pending the outcome of the first appeal.

5. Debtor has selected Counsel for the reason that it has had considerable experience in matters of this character, and the Debtor believes is well qualified to represent it in filing a motion to extend the time in which to file a brief in the second appeal.

6. The professional services that Counsel is to render are:

    a. To file a motion to extend or enlarge the time in which to file an opening brief in appeal number 2024 CA 265.

7. Pursuant to 11 U.S.C. § 327(a), the Debtor may employ one or more attorneys with Court authority. It is necessary for the Debtor to employ an attorney to provide professional services and represent it in the court of appeals action because a corporate debtor, with some narrow exceptions, cannot appear without counsel before the court of appeals. As such, employment of Counsel is warranted pursuant to section 327(a).

8. To the best of Debtor's and Counsel's knowledge, Counsel has no connection or relationship with creditors and is disinterested as defined in the Code. Counsel did previously enter the firm's appearance in court of appeals case numbers 2024 CA 265 and 2023 CA 891 on May 14, 2024 and May 15, 2024, respectively, before this bankruptcy case was filed to review all pending legal actions in anticipation of preparing the debtor's bankruptcy petition and schedules. See Affidavit of Counsel attached hereto as Exhibit A.

9. Counsel represents no interest adverse to the estate in the matter upon which they are to be engaged for the Debtors, and its employment is in the best interests of the estate.

10. Counsel was previously employed under a general retainer because of the extensive legal services required. The firm's customary hourly rates are listed as follows:

       John A. Cimino   $375

11. Counsel is not seeking compensation to file the motion to extend time to file an opening brief in case number 2024 CA 265, nor is Counsel seeking compensation to file this amended application or the statement of disinterestedness.

12. No committee of creditors has been appointed or designated herein, and no notice need be given of the appointment of Counsel.

13. Counsel received a pre-Petition retainer of $20,000.00, of which $10,188.50 remained on the Petition Date. The retainer approval will be the subject of a separate application that will be filed on notice to creditors.

14. The amount of the retainer paid by the debtor was $20,000.00; the source of the payment was from the debtor; the professional fees were not paid by a principal, insider, or affiliate of the debtor.

WHEREFORE, the Debtor prays that the June 10, 2024 order authorizing and employing CIMINO LAW OFFICE, LLC to represent it as a Debtor and Debtor-in-Possession in this case under Chapter 11 of the Bankruptcy Code be amended and expanded to allow Counsel to file a motion to extend the time in which to file an opening brief in court of appeals case number 2024 CA 265, and for such further and additional relief as the Court may deem proper.

DATED: July 29, 2024       Respectfully submitted,
              By:*/s/ John A. Cimino*
              John A. Cimino, Esq., #14032
              **CIMINO LAW OFFICE, LLC**
              5500 East Yale Ave., Suite 201A
              Denver, CO 80222
              E-mail: JC925AVE@yahoo.com
              Telephone: 720-434-0434

              Attorney for Debtor in Possession

<u>CERTIFICATE OF SERVICE</u>

I certify that on July 29, 2024, I served a complete copy of the foregoing AMENDED EXPANDED **APPLICATION TO EMPLOY CIMINO LAW OFFICE, LLC AS COUNSEL FOR DEBTOR** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alan Motes, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Chad Caby, Esq.

Joli Lofstedt, Esq.

Jeffrey Cohen, Esq.

All parties requesting service electronically

                                                         <u>/s/ John A. Cimino</u>
                                                         John Cimino