UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) Case No. 24-12624 KHT |
| | ) |
| DNC and TCPA Sanitizer List, LLC | ) Chapter 11, Subchapter V |
| d/b/a TCPA Litigator List, | ) |
| | ) |
| Debtor. | ) |

**VERIFIED STATEMENT OF ATTORNEY [REVISED]**

1. I am the sole member of the law firm of Cimino Law Office, LLC.

2. Cimino Law Office, LLC (the "Firm") are attorneys and counselors of law duly admitted to the practice of law in the State of Colorado and this Court.

3. The Firm's offices for the practice of law are located at 5500 East Yale Ave., Suite 201A, Denver, CO 80222.

4. The Firm does not represent any party in interest adverse to the interest of the Debtor. The Firm does not represent any creditor of the Debtor. The Firm is disinterested as defined by 11 U.S.C. § 101(14) and does not have or represent an interest materially adverse to the interest of the estate or of any class of creditors.

5. The Firm did enter its appearance in two Colorado court of appeals cases before this bankruptcy was filed to review the appeals cases in order to prepare the petition and schedules to be filed in this court. The Firm entered its appearance in case number 23 CA 891 on May 15, 2024 and in case number 2024 CA 265 on May 14, 2024. The Firm was not specifically employed by the debtor to represent it in either appeal; but the Firm did enter its appearance in both cases so it could remain aware of any actions taken by the court of appeals in both cases and to be able to best prepare the bankruptcy petition and schedules

in the sake of due diligence. This "disclosure" was not made previously due to mere oversight, for which counsel now apologizes.

6. Debtor has requested that Cimino Law Firm, LLC and John Cimino represent it in court of appeals case number 2024 CA 265.

7. Cimino Law Office, LLC is not requesting compensation to represent the debtor in the court of appeals case because it is anticipated that the court of appeals will grant the debtor's motion to extend the time in which to file its opening brief pending the outcome of the appeal in case number 2023 CA 891.

8. The Firm is not aware of any other connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

9. The statements contained in the Application to Employ Attorneys are true and correct to the best of our knowledge and belief.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: July 29, 2024				Respectfully submitted,

By:/s/ *John A. Cimino*
John A. Cimino, Esq., #14032
**CIMINO LAW OFFICE, LLC**
5500 East Yale Ave., Suite 201A
Denver, CO 80222
E-mail: JC925AVE@yahoo.com
Telephone: 720-434-0434

Attorney for Debtor in Possession

## **CERTIFICATE OF SERVICE**

I certify that on July 29, 2024, I served a complete copy of the foregoing **VERIFIED STATEMENT OF ATTORNEY [REVISED]** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alan Motes, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Chad Caby, Esq.

Joli Lofstedt, Esq.

Jeffrey Cohen, Esq.

All parties requesting service electronically

*/s/ John A. Cimino*
John Cimino
