UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DNC and TCPA List Sanitizer, LLC,<br><br>Debtors. | Bankruptcy Case No. 24-12624 KHT<br><br>Chapter 11 |

NOTICE OF FAILURE TO COMPLY WITH
LOCAL BANKRUPTCY RULE 5005-4

On July 29, 2024, Attorney Gary Tucker filed Response to Debtor's Notice of Objection of Claim 5-1 in paper. Pursuant to Local Bankruptcy Rule 5005-4, enacted on December 1, 2017, all documents filed by attorneys must be electronically filed via CM/ECF.

PLEASE TAKE NOTICE that future filings by Attorney Gary Tucker must be filed electronically, failing which may result in the issuance of sanctions pursuant to Local Bankruptcy Rule 1001-1(g).[1]

DATED this 30th day of July, 2024

BY THE COURT:

_____
Kimberley H. Tyson
United States Bankruptcy Judge

---

[1] Registration information and training for attorneys filing through CM/ECF are available under "Electronic Services" on the Court's website at www.cob.uscourts.gov. Proofs of claim may be filed electronically through the Court's online proof of claim system at https://www.cob.uscourts.gov/proof-claim.