UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In Re: ) Case No. 24-12624-KHT
DNC AND TCPA LIST SANITIZER )
) Chapter 11
)
Debtor )
)

## ASSIGNMENT OF PROOF OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, and pursuant to that Purchase and Sale Agreement of even date herewith, Allen Vellone Wolf Helfrich & Factor P.C. hereby assigns to Michael O'Hare, whose address is 405 Cherry Hills Way, Colorado Springs, CO 80921, all of its right, title, and interest in that certain Proof of Claim in the amount of $62,092.80, filed in the above referenced case on June 25, 2024 and designated as Claim No 4, including, but not limited to, all debt obligations of DNC and TCPA Sanitizing List, LLC relating to such Proof of Claim, and any right to file a subsequent proof of claim in the above-captioned case based upon a notice of possible dividend filed in the case.

Allen Vellone Wolf Helfrich & Factor P.C. hereby waives any notice of this transfer and waives any right to object to this transfer pursuant to Bankruptcy Rule 3001(e)(2) or otherwise.

DATED this 1st day of August 2024.

Allen Vellone Wolf Helfrich & Factor, P.C.

By /s/ Patrick D. Vellone
Patrick D. Vellone, President

STATE OF COLORADO )
CITY AND ) ss.
COUNTY OF Denver )

The foregoing instrument was acknowledge before me this 1st day of August 2024, by Patrick D. Vellone, President of Allen Vellone Wolf Helfrich & Factor P.C.

WITNESS by hand and official seal

REBECCA HELEN BRADSHAW
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234045498
MY COMMISSION EXPIRES 12/05/2027

My Commission expires:

12/05/2027

_____
Notary Public