<u>Exhibit A:</u>

Copies of all payments to your firm from the debtor or any affiliate parent or individual related in any way to the debtor for up to 90 days prior to and for any time after the bankruptcy petition. This includes any payments or retainers related to your entry of appearance in the state court appeal taken by TCPA. Also please produce any correspondence you have related to these payments.