UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )          Case No. 24-12624 KHT
DNC and TCPA List Sanitizer, LLC,         )
                                          )
                    Debtor.               )          Chapter 11, Subchapter V
_____

ORDER GRANTING APPLICATION TO EMPLOY ALLEN VELLONE WOLF HELFRICH &
FACTOR, P.C. AS SPECIAL COUNSEL FOR DEBTOR-IN-POSSESSION
_____

THE COURT, having examined the August 12, 2024 Application to Employ ALLEN VELLONE WOLF HELFRICH & FACTOR, P.C. as special counsel to the debtor-in-possession ("Application") and the verified statement by Vandana Koelsch, Esq., in support thereof, and it appearing that the law firm of ALLEN VELLONE WOLF HELFRICH & FACTOR, P.C. the proposed attorneys are duly admitted to the practice of law in this Court, and the Court being satisfied that ALLEN VELLONE WOLF HELFRICH & FACTOR, P.C. represents no interest adverse to DNC and TCPA List Sanitizer, LLC and the creditors to this estate, nor do said attorneys represent any interest adverse to the estate in the matters upon which they are to be engaged, that their appointment is necessary and would be in the best interests of the estate, hereby,

ORDERS that the Application is GRANTED.   Pursuant to L.B.R. 2014-1(c), ALLEN VELLONE WOLF HELFRICH & FACTOR, P.C.'s employment is granted to represent the debtor in the two state court of appeals matters now pending.

Dated this 15th day of August, 2024.

BY THE COURT:

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge