# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DNC and TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Bankruptcy Case No. 24-12624 KHT<br><br>Chapter 11 |

## ORDER SETTING CONFIRMATION HEARING

THIS MATTER comes before the Court pursuant to the Chapter 11 Small Business Reorganization plan filed by Debtor, DNC and TCPA LIST SANITIZER, LLC ("Debtor"). Debtor is a "small business debtor" as that term is defined in 11 U.S.C. § 101(51D) and within the meaning of 11 U.S.C. § 1182(1).[1] Debtor has made the election to have Subchapter V of Chapter 11 apply pursuant to and in accordance with Interim Rule 1020(a). A disclosure statement is not required because the Court did not exercise its authority under § 1181(b) to order § 1125 applicable in this case. Pursuant to Rule 2002(b)(2) and Rule 3017(d), the Court directs Debtor to be the entity responsible for notice and solicitation.  Accordingly,

THE COURT ORDERS as follows:

1.  Debtor may now solicit acceptance or rejection of the Plan pursuant to § 1125.

2.  On or before **August 21, 2024,** the Debtor shall transmit by mail to all creditors and parties in interest whose votes are to be solicited, the Plan and Disclosure Statement, a copy of this Order and a Ballot for Voting on the Plan. The Debtor shall transmit the same documents, excluding the ballot, to the United States Trustee. At least fourteen (14) days prior to the Confirmation Hearing, the Plan Proponent shall file a certificate of service.

3.  Ballots accepting or rejecting the Plan must be submitted by the holders of all claims or interests on or before 5:00 p.m. on **September 26, 2024,** to Debtor's counsel, John Cimino, at 5000 E. Yale Ave, Suite 201a, Denver, CO 80222.

4.  On or before **September 26, 2024**, any objection to confirmation of the Plan shall be filed with the Court and a copy served on the Debtor's counsel.

---

[1] Unless otherwise specified, all references herein to "Section," "§," "Bankruptcy Code" and "Code" refer to the U.S. Bankruptcy Code, 11 U.S.C. § 101, et seq. References to "Rule" refer to the Federal Rules of Bankruptcy Procedure and references to "Interim Rule" refer to the Interim Rules of Bankruptcy Procedure, adopted by the Court pursuant to GPO 2020-1 on February 13, 2020.

5. A hearing for consideration of confirmation of the Plan and such objections is set for **Thursday, October 3, 2024, at 10:00 a.m.** in Courtroom D, U.S. Customs House, 721 19th St., Denver, CO 80202.
   a. If the plan is contested, the hearing will be a status and scheduling conference to set a final evidentiary hearing regarding plan confirmation. In the event the hearing is treated as a status and scheduling conference, parties shall appear by telephone. All information regarding telephonic appearances can be found on the Court's website: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.
   b. A copy of each exhibit shall be tendered to the Court 3 business days prior to the hearing via email. The information shall be emailed to **KHT_Courtroom@cob.uscourts.gov**. It is counsel's and/or the parties' responsibility to ensure their witnesses possess complete copies of all marked exhibits for the Zoom video conference. The parties are encouraged to confer and, if possible, prepare a set of stipulated exhibits prior to the hearing for use by the Court and all parties.

6. If the hearing involves a contested factual issue, the parties shall file and exchange witness and exhibit lists seven (7) days prior to the hearing. This filing and exchange is separate from the provision for emailing exhibits listed above. Do not file the actual exhibits unless otherwise directed by the Court. The parties are limited in the presentation of documentary evidence and witnesses at the hearing to the documents exchanged and witnesses specifically identified, excluding rebuttal exhibits and witnesses.

7. No later than three days prior to the confirmation hearing the Debtor shall file a Summary Report of the Ballots received reflecting all votes by class, number of claims and amount of claim.

8. If the Debtor proposes to further amend or modify the Plan in response to any objection, at least 3 business days prior to the confirmation hearing the Debtor shall file with the Court and serve on all objecting parties a response which specifically identifies any amendments(s) made in response to an objection. To such response, the Debtor shall attach a red-line copy of the Plan reflecting such amendments.

9. A bar date of July 25, 2025, has previously been set for filing proofs of claims herein.

DATED this 16th day of August, 2024

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge