**DNC AND TCPA LIST SANITIZER**
**BANKRUPTCY ESTATE 24-12624 KHT**
**MONTHLY OPERATING REPORT**
**REPORTING PERIOD ENDED: 07/31/24**

## SUMMARY OF BANK ACCOUNTS

| | INTEGRITY X627 DIP ACCT | STRIPE | PAYPAL | TOTALS |
|---|---|---|---|---|
| **BEGINNING BALANCE** | **57,225** | **2,606** | **1,438** | **61,270** |
| **RECEIPTS** | 53,240 | 90,672 | 6,086 | **149,998** |
| **TRANSFERS IN** | 97,161 | - | 4,687 | **101,848** |
| **DISBURSEMENTS** | (106,988) | - | (210) | **(107,199)** |
| **TRANSFERS OUT** | (4,687) | (89,940) | (7,221) | **(101,848)** |
| **ENDING BALANCE** | **95,951** | **3,338** | **4,779** | **104,069** |

**DNC AND TCPA LIST SANITIZER**
**BANKRUPTCY ESTATE 24-12624 KHT**
**MONTHLY OPERATING REPORT**
**REPORTING PERIOD ENDED: 07/31/24**

**EXHIBIT C - TOTAL CASH RECEIPTS**

### INTEGRITY BANK X627 - DIP ACCOUNT

| DATE | PAYOR | TRANSACTION PURPOSE | AMOUNT |
|---|---|---|---|
| 7/12/2024 | confidential | Sales | 49,500.00 |
| 7/19/2024 | confidential | Sales | 2,240.00 |
| 7/18/2024 | confidential | Sales | 1,500.00 |
| | | **TOTAL INTEGRITY BANK X627 - DIP ACCOUNT** | **53,240.00** |

### STRIPE - COLLECTIONS ACCOUNT

| DATE | PAYOR | TRANSACTION PURPOSE | AMOUNT |
|---|---|---|---|
| 7/1/24 | confidential | Sales | 870.01 |
| 7/2/24 | confidential | Sales | 13,641.85 |
| 7/4/24 | confidential | Sales | 4,370.50 |
| 7/7/24 | confidential | Sales | 2,272.48 |
| 7/8/24 | confidential | Sales | 4,963.61 |
| 7/9/24 | confidential | Sales | 11,348.06 |
| 7/10/24 | confidential | Sales | 5,765.06 |
| 7/11/24 | confidential | Sales | 2,014.55 |
| 7/14/24 | confidential | Sales | 3,828.06 |
| 7/15/24 | confidential | Sales | 6,110.29 |
| 7/16/24 | confidential | Sales | 4,993.54 |
| 7/17/24 | confidential | Sales | 1,975.39 |
| 7/18/24 | confidential | Sales | 1,062.78 |
| 7/21/24 | confidential | Sales | 965.64 |
| 7/22/24 | confidential | Sales | 478.58 |
| 7/23/24 | confidential | Sales | 4,779.44 |
| 7/24/24 | confidential | Sales | 5,134.21 |
| 7/25/24 | confidential | Sales | 5,224.63 |
| 7/28/24 | confidential | Sales | 289.37 |
| 7/29/24 | confidential | Sales | 1,106.59 |
| 7/30/24 | confidential | Sales | 6,138.89 |
| 7/31/24 | confidential | Sales | 3,338.43 |
| | | **TOTAL STRIPE - COLLECTIONS ACCOUNT** | **90,671.96** |

### PAYPAL - COLLECTIONS ACCOUNT

| DATE | PAYOR | TRANSACTION PURPOSE | AMOUNT |
|---|---|---|---|
| 7/1/2024 | | Sales | 199.00 |
| 7/2/2024 | | Sales | 500.00 |
| 7/3/2024 | | Sales | 449.00 |
| 7/6/2024 | | Sales | 99.00 |
| 7/9/2024 | | Sales | 199.00 |
| 7/10/2024 | | Sales | 199.00 |
| 7/12/2024 | | Sales | 100.00 |
| 7/13/2024 | | Sales | 199.00 |
| 7/15/2024 | | Sales | 299.00 |
| 7/16/2024 | | Sales | 299.00 |
| 7/17/2024 | | Sales | 449.00 |
| 7/20/2024 | | Sales | 299.00 |
| 7/20/2024 | | Sales | 199.00 |
| 7/26/2024 | | Sales | 799.00 |
| 7/29/2024 | | Sales | 199.00 |
| 7/29/2024 | | Sales | 199.00 |
| 7/30/2024 | | Sales | 1,100.00 |
| 7/31/2024 | | Sales | 300.00 |
| | | **TOTAL PAYPAL - COLLECTIONS ACCOUNT** | **6,086.00** |

| | | **TOTAL CASH RECEIPTS** | **149,998** |

**DNC AND TCPA LIST SANITIZER**
**BANKRUPTCY ESTATE 24-12624 KHT**
**MONTHLY OPERATING REPORT**
**REPORTING PERIOD ENDED: 07/31/24**

**EXHIBIT D - TOTAL CASH DISBURSEMENTS**

**INTEGRITY BANK X627 - DIP ACCOUNT**

| DATE | CHECK # | PAYEE | TRANSACTION PURPOSE | AMOUNT |
|---|---|---|---|---|
| 7/2/2024 | | Integrity Bank | Bank Fees | (26.95) |
| 7/2/2024 | | Csahyew Holding | Transfer | (25,807.00) |
| 7/3/2024 | | Harland Clarke | Supplies | (36.06) |
| 7/3/2024 | | Upwork Escrow | Web services | (206.00) |
| 7/3/2024 | | Upwork Escrow | Web services | (463.50) |
| 7/3/2024 | | Upwork Escrow | Web services | (463.50) |
| 7/5/2024 | | Upwork Escrow | Web services | (906.40) |
| 7/5/2024 | | Wise Inc | Contractors | (1,628.75) |
| 7/8/2024 | | Wise Inc | Contractors | (440.00) |
| 7/8/2024 | | Wise Inc | Contractors | (3,008.40) |
| 7/9/2024 | | Upwork Escrow | Web services | (1,308.10) |
| 7/11/2024 | | Csahyew Holding | Transfer | (60,141.60) |
| 7/12/2024 | | TADHG | Developer | (3,532.20) |
| 7/15/2024 | | Wise Inc | Contractors | (440.00) |
| 7/15/2024 | | Wise Inc | Contractors | (500.00) |
| 7/16/2024 | | Upwork Escrow | Web services | (1,311.53) |
| 7/19/2024 | | Integrity Bank | Bank Fees | (25.00) |
| 7/22/2024 | | Wise Inc | Contractors | (440.00) |
| 7/23/2024 | | Upwork Escrow | Web services | (206.00) |
| 7/23/2024 | | Upwork Escrow | Web services | (463.50) |
| 7/23/2024 | | Upwork Escrow | Web services | (1,263.47) |
| 7/29/2024 | | Gateway Services | Web services | (43.50) |
| 7/29/2024 | | Wise Inc | Contractors | (3,008.40) |
| 7/30/2024 | | Upwork Escrow | Web services | (1,318.40) |
| | | | **TOTAL INTEGRITY BANK X627 - DIP ACCOUNT** | **(106,988.26)** |

**PAYPAL - COLLECTIONS ACCOUNT**

| DATE | CHECK # | PAYEE | TRANSACTION PURPOSE | AMOUNT |
|---|---|---|---|---|
| 7/1/2024 | Debit | Paypal | Fees | (7.44) |
| 7/2/2024 | Debit | Paypal | Fees | (14.95) |
| 7/3/2024 | Debit | Paypal | Fees | (16.16) |
| 7/6/2024 | Debit | Paypal | Fees | (3.95) |
| 7/9/2024 | Debit | Paypal | Fees | (7.44) |
| 7/10/2024 | Debit | Paypal | Fees | (7.44) |
| 7/12/2024 | Debit | Paypal | Fees | (3.98) |
| 7/13/2024 | Debit | Paypal | Fees | (7.44) |
| 7/15/2024 | Debit | Paypal | Fees | (10.93) |
| 7/16/2024 | Debit | Paypal | Fees | (10.93) |
| 7/17/2024 | Debit | Paypal | Fees | (16.16) |
| 7/20/2024 | Debit | Paypal | Fees | (10.93) |
| 7/20/2024 | Debit | Paypal | Fees | (7.44) |
| 7/26/2024 | Debit | Paypal | Fees | (28.38) |
| 7/29/2024 | Debit | Paypal | Fees | (7.44) |
| 7/29/2024 | Debit | Paypal | Fees | (7.44) |
| 7/30/2024 | Debit | Paypal | Fees | (32.89) |
| 7/31/2024 | Debit | Paypal | Fees | (8.97) |
| | | | **TOTAL PAYPAL - COLLECTIONS ACCOUNT** | **(210.31)** |

| | | | **TOTAL CASH DISBURSEMENT** | **(107,199)** |

# DNC and TCPA Sanitizer, LLC

## Profit and Loss

Basis: Cash

From 01 Jul 2024 To 31 Jul 2024

| Account | Total |
| --- | --- |
| **Operating Income** | |
| Sales | 151,890.50 |
| **Total for Operating Income** | **151,890.50** |
| **Cost of Goods Sold** | |
| **Total for Cost of Goods Sold** | **0.00** |
| **Gross Profit** | **151,890.50** |
| **Operating Expense** | |
| Administrative Assistant | 792.15 |
| Advertising And Marketing | 1,150.00 |
| Bank Fees | 70.45 |
| Bookkeeping | 7,656.00 |
| Business Development | 7,595.00 |
| Financial Management | 7,595.00 |
| Innovation/Technology Management | 7,595.00 |
| Intellectual Property Management | 3,038.00 |
| Litigators Research | 4,399.20 |
| Marketing Management | 7,595.00 |
| Meals and Entertainment | 881.11 |
| Operations Management | 15,189.00 |
| Project Management | 7,595.00 |
| Recruitment and Talent Acquistion | 1,519.00 |
| Risk/Crisis Management | 7,595.00 |
| Sales Management | 7,595.00 |
| Sales Person | 1,687.00 |
| Server Cost | 2,500.00 |
| Strategic Planning | 10,632.00 |

| Account | Total |
|---|---|
| Telecommunication Expense | 313.42 |
| Telephone Expense | 66.59 |
| Travel Airfare | 909.59 |
| Travel Hotel | 4,585.60 |
| Web Site Development | 16,219.68 |
| **Total for Operating Expense** | **124,773.79** |
| **Operating Profit** | **27,116.71** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **27,116.71** |

**Amount is displayed in your base currency **USD**

# Integrity
## BANK&TRUST

**1275 Village Ridge Point**
**Monument, CO 80132**

1327 1 AB 0.588  *0001333    S2
DNC AND TCPA LIST SANITIZER
CASE #24-12624-KHT
DEBTOR IN POSSESSION
985 PICO PT
COLORADO SPRINGS CO 80905-7380

| Managing Your Accounts | |
|---|---|
| PHONE: | (719) 487-3034 |
| ADDRESS: | 13475 VOYAGER PKWY |
| | COLORADO SPRINGS CO 80921 |
| TOLL FREE: | 877-677-2265 |
| TELEBANK: | 877-317-2265 |
| ONLINE: | www.IntegrityBankAndTrust.com |

Statement Date:  **07/31/2024**  Enclosures:  **(0)**   Account No.:  Page: **1**
XXXXXXXXX627

| This Statement Cycle Reflects 33 Days |
|---|

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| XXXXXXXXX627 | | INTEGRITY BUSINESS | Deposit | 95,950.76 |

| Your Total Deposits = 95,950.76 And Your Total Loans = 0.00 |
|---|

## INTEGRITY BUSINESS SUMMARY

Type: **REG** Status: **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From  06/28/24 | | 57,225.32 |
| Debits | 0 | 0.00 |
| Automatic Withdrawals | 24 | 111,614.20 |
| Automatic Deposits | 35 | 150,400.70+ |
| Miscellaneous Fees | 2 | 61.06 |
| Ending Balance On  07/31/24 | | 95,950.76 |

| | Average Balance (Ledger) | 64,122.73+ | |
|---|---|---|---|

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 07/01/24 | PAYPAL TRANSFER | 383.12 | 57,608.44 |
| 07/01/24 | PAYPAL TRANSFER | 1,253.21 | 58,861.65 |
| 07/01/24 | STRIPE TRANSFER | 2,606.18 | 61,467.83 |
| 07/01/24 | PAYPAL INST XFER | 3,000.00- | 58,467.83 |
| 07/02/24 | STRIPE TRANSFER | 870.01 | 59,337.84 |
| 07/02/24 | MAY 2024-INTERNET TRANSFER FROM CHK 0627 TO CHK 5355 1790672 | 25,807.00- | 33,530.84 |
| 07/02/24 | M MERCHANT MERCH FEES | 26.95- | 33,503.89 |
| 07/02/24 | PAYPAL INST XFER | 1,687.00- | 31,816.89 |
| 07/03/24 | STRIPE TRANSFER | 13,641.85 | 45,458.74 |
| 07/03/24 | HARLAND CLARKE CHK ORDERS | 36.06- | 45,422.68 |
| 07/03/24 | UPWORK ESCROW IN EDI PYMNTS | 206.00- | 45,216.68 |
| 07/03/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 44,753.18 |
| 07/03/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 44,289.68 |
| 07/05/24 | PAYPAL TRANSFER | 1,109.45 | 45,399.13 |
| 07/05/24 | STRIPE TRANSFER | 4,370.50 | 49,769.63 |
| 07/05/24 | UPWORK ESCROW IN EDI PYMNTS | 906.40- | 48,863.23 |

*"...to have an enduring impact on the community"*
**Continued**

CSI REV 060120    www.integritybankandtrust.com   Toll Free 877.677.2265   0278-STMT

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1)  Tell us your name and account number.
(2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a new customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents used in our investigation.

### THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE** SHOWN ON THIS STATEMENT          $ _____

**ADD +** (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT          $ _____

**TOTAL**          $ _____

**SUBTRACT -** (IF ANY) CHECKS OUTSTANDING          $ _____

**BALANCE**          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

(1)  Your name and account number.
(2)  The dollar amount of the suspected error.
(3)  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Call the number on the front of this statement to request a Check 21 disclosure.

**Member FDIC**

| Statement Date: | **07/31/2024** | Enclosures: | **(0)** | | Account No.: XXXXXXXXX627 | Page: **3** |

## STATEMENT PERIOD ACTIVITY (continued)

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 07/05/24 | WISE INC WISE | 1,628.75- | 47,234.48 |
| 07/08/24 | STRIPE TRANSFER | 2,272.48 | 49,506.96 |
| 07/08/24 | WISE INC WISE | 440.00- | 49,066.96 |
| 07/08/24 | WISE INC WISE | 3,008.40- | 46,058.56 |
| 07/09/24 | STRIPE TRANSFER | 4,963.61 | 51,022.17 |
| 07/09/24 | UPWORK ESCROW IN EDI PYMNTS | 1,308.10- | 49,714.07 |
| 07/10/24 | STRIPE TRANSFER | 11,348.06 | 61,062.13 |
| 07/11/24 | PAYPAL TRANSFER | 478.17 | 61,540.30 |
| 07/11/24 | STRIPE TRANSFER | 5,765.06 | 67,305.36 |
| 07/11/24 | MANAGEMENT FEE FOR JUNE-INTERNET TRANSFER FROM CHK0627 TO CHK 5355 2182460 | 60,141.60- | 7,163.76 |
| 07/12/24 | STRIPE TRANSFER | 2,014.55 | 9,178.31 |
| 07/12/24 | ▆▆▆▆▆▆ PAYMENT 00000949-14 | 49,500.00 | 58,678.31 |
| 07/12/24 | TADHG S WEB STUFF IAT PAYPAL WEB000000000000353220 DNC AND TCPA LIST SANITZER | 3,532.20- | 55,146.11 |
| 07/15/24 | PAYPAL TRANSFER | 287.58 | 55,433.69 |
| 07/15/24 | STRIPE TRANSFER | 3,828.06 | 59,261.75 |
| 07/15/24 | WISE INC WISE | 440.00- | 58,821.75 |
| 07/15/24 | WISE INC WISE | 500.00- | 58,321.75 |
| 07/16/24 | STRIPE TRANSFER | 6,110.29 | 64,432.04 |
| 07/16/24 | UPWORK ESCROW IN EDI PYMNTS | 1,311.53- | 63,120.51 |
| 07/17/24 | STRIPE TRANSFER | 4,993.54 | 68,114.05 |
| 07/18/24 | WIRE TRANSFER FROM ▆▆▆▆▆▆ | 1,500.00 | 69,614.05 |
| 07/18/24 | STRIPE TRANSFER | 1,975.39 | 71,589.44 |
| 07/19/24 | WIRE TRANSFER FROM ▆▆▆▆▆▆ | 2,240.00 | 73,829.44 |
| 07/19/24 | PAYPAL TRANSFER | 1,008.98 | 74,838.42 |
| 07/19/24 | STRIPE TRANSFER | 1,062.78 | 75,901.20 |
| 07/19/24 | WIRE TRANSFER FEE FROM ▆▆▆▆▆▆ | 25.00- | 75,876.20 |
| 07/22/24 | PAYPAL TRANSFER | 479.63 | 76,355.83 |
| 07/22/24 | STRIPE TRANSFER | 965.64 | 77,321.47 |
| 07/22/24 | WISE INC WISE | 440.00- | 76,881.47 |
| 07/23/24 | STRIPE TRANSFER | 478.58 | 77,360.05 |
| 07/23/24 | UPWORK ESCROW IN EDI PYMNTS | 206.00- | 77,154.05 |
| 07/23/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 76,690.55 |
| 07/23/24 | UPWORK ESCROW IN EDI PYMNTS | 1,263.47- | 75,427.08 |
| 07/24/24 | STRIPE TRANSFER | 4,779.44 | 80,206.52 |
| 07/25/24 | STRIPE TRANSFER | 5,134.21 | 85,340.73 |
| 07/26/24 | STRIPE TRANSFER | 5,224.63 | 90,565.36 |
| 07/29/24 | STRIPE TRANSFER | 289.37 | 90,854.73 |
| 07/29/24 | PAYPAL TRANSFER | 770.62 | 91,625.35 |
| 07/29/24 | GATEWAY SERVICES WEBPAYMENT | 43.50- | 91,581.85 |
| 07/29/24 | WISE INC WISE | 3,008.40- | 88,573.45 |
| 07/30/24 | PAYPAL TRANSFER | 383.12 | 88,956.57 |
| 07/30/24 | STRIPE TRANSFER | 1,106.59 | 90,063.16 |
| 07/30/24 | UPWORK ESCROW IN EDI PYMNTS | 1,318.40- | 88,744.76 |
| 07/31/24 | PAYPAL TRANSFER | 1,067.11 | 89,811.87 |
| 07/31/24 | STRIPE TRANSFER | 6,138.89 | 95,950.76 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 06/28/24 was 57,225.32

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01/24 | 58,467.83 | 07/12/24 | 55,146.11 | 07/23/24 | 75,427.08 |
| 07/02/24 | 31,816.89 | 07/15/24 | 58,321.75 | 07/24/24 | 80,206.52 |
| 07/03/24 | 44,289.68 | 07/16/24 | 63,120.51 | 07/25/24 | 85,340.73 |
| 07/05/24 | 47,234.48 | 07/17/24 | 68,114.05 | 07/26/24 | 90,565.36 |
| 07/08/24 | 46,058.56 | 07/18/24 | 71,589.44 | 07/29/24 | 88,573.45 |
| 07/09/24 | 49,714.07 | 07/19/24 | 75,876.20 | 07/30/24 | 88,744.76 |
| 07/10/24 | 61,062.13 | 07/22/24 | 76,881.47 | 07/31/24 | 95,950.76 |
| 07/11/24 | 7,163.76 | | | | |

Continued

Statement Date: **07/31/2024**  Enclosures: **(0)**

Account No.: Page: **4**
**XXXXXXXXX627**

---

| **Direct Inquiries About Electronic Entries To:** |
|:---:|
| Phone: (719) 484-0077 |

**End Statement**