# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC, ) | Case No. 24-12624 KHT |
| ) | Chapter 11 |
| Debtor. ) | |

## NOTICE OF RULE 2004 EXAMINATION OF DEBTOR

YOU ARE HEREBY notified that pursuant to FED. R. BANKR. P. 2004(a) and L.B.R. 2004-1, a Rule 2004 Examination will be held at the place and time set forth below and will be recorded by stenographic and videographic means of the person/entity whose name is stated below, before an officer authorized to administer oaths.

| | |
|---|---|
| PERSON/ENTITY TO BE EXAMINED: | DNC and TCPA List Sanitizer, LLC |
| DATE AND TIME OF APPEARANCE: | September 5-6, 2024 beginning at 9:00 a.m. |
| PLACE OF TESTIMONY: | Lewis Roca Rothgerber Christie LLP<br>1601 19th Street, Suite 1000<br>Denver, CO 80202 |

Respectfully submitted this 23rd day of August, 2024.

    LEWIS ROCA ROTHGERBER CHRISTIE LLP

    *s/ Chad S. Caby*
    Chad S. Caby
    1601 19th Street, Suite 1000
    Denver, CO  80202
    Tel:     303-628-9583
    Fax:    303-623-9222
    E-mail:  ccaby@lewisroca.com

    *Attorneys for Adam Young, Tubmanburg Limited and Ringba, LLC*

125883695.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 23, 2024, a true and correct copy of the foregoing **NOTICE OF RULE 2004 EXAMINATION OF DEBTOR** was electronically filed and served via CM/ECF, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

| | |
|---|---|
| John Cimino, Esq.<br>CIMINO LAW OFFICE, LLC<br>5500 E. Yale Ave., #201A<br>Denver, CO 80222<br>Via: CM/ECF<br><br>*Counsel for Debtor*<br><br>Alan K. Motes, Esq.<br>Byron G. Rogers Federal Bldg.<br>1961 Stout St., Ste. 12-200<br>Denver, CO 80294<br>Via: CM/ECF<br><br>*Counsel for U.S. Trustee* | Joli A. Lofstedt, Esq.<br>PO Box 270561<br>Louisville, CO 80027<br>Via: CM/ECF<br><br>*Subchapter V Trustee* |

       *s/ Jennifer Eastin*
       Of: Lewis Roca Rothgerber Christie LLP

125883695.1