UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC and TCPA List Sanitizer, LLC, | ) | Chapter 11, Subchapter V |
| EIN: 83-3868704, | ) | |
| | ) | |
| Debtor. | ) | |

### DEBTOR'S EX PARTE MOTION TO APPROVE STIPULATED FINAL CASH COLLATERAL AGREEMENT

Debtor, DNC and TCPA List Sanitizer, LLC, by and through its counsel, John Cimino of Cimino Law Office, LLC for its Ex Parte Motion for Entry of Stipulated Final Cash Collateral Agreement, respectfully states as follows:

1. On August 2, 2024, the parties reached an agreement regarding use of cash collateral. The terms of the agreement are contained in the executed stipulation filed with this motion. Also filed with this motion is a projected budget to support the future sustainability of the debtor.

2. Debtor is owned by three entities/persons. One half percent is owned by Michael O'Hare; one half percent is owned by his wife, Tania O'Hare and 99% is owned by an entity known as Cashyew Holdings, LLC.

3. Debtor's monthly revenue is approximately $100,000.00 per month. Of that revenue, 60% is transferred to Cashyew Holdings, LLC, its management company. The 60% transferred to Cashyew Holdings, LLC is then allocated by percentage to various tasks as listed on Exhibit 1. Debtor's principal Michael O'Hare signed and dated the exhibit.

4. Cashyew Holdings, LLC is owned 100% by Michael O'Hare and his wife, Tania O'Hare.

5. Debtor's six month estimated budget from May 2024 to November 2024 is attached as Exhibit 2.

6. No other creditor will be prejudiced by the entry of an order approving this stipulation as the debtor is solvent and can comply with the terms of the stipulation with little to no impact on the other creditors.

7. A copy of the proposed order is filed with this motion which has been signed by counsel.

WHEREFORE, it is respectfully requested that this honorable court enter an order approving the Stipulated Final Cash Collateral Agreement.

Dated this 28th day of August, 2024.

/s/ John A. Cimino, Esq.
John A. Cimino, #14032
CIMINO LAW OFFICE, LLC
5500 East Yale Avenue, Suite 201a
Denver, CO 80222
Phone: 720 434 0434
Email: JC925Ave@yahoo.com