The DNC and TCPA List Sanitizer agrees to pay the following percentages of its gross revenues to Cashyew Holding as a management fee for the services rendered below.

| Management Fee | Percentage |
|---|---|
| Strategic Planning | 7% |
| Financial Management | 5% |
| Booking Keeping | 5% |
| Recruitment and Talent Acquistion | 1% |
| Operations Management | 10% |
| Marketing Management | 5% |
| Sales Management | 5% |
| Business Development | 5% |
| Project Management | 5% |
| Innovation/Technology Management | 5% |
| Intellectual Property Management | 2% |
| Risk/Crisis Management | 5% |
| | 60% |

*[signature]*

8/23/2024

Ex 1