UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC, ) | Case No. 24-12624 KHT |
| ) | Chapter 11 |
| Debtor. ) | |

**ORDER GRANTING <u>UNOPPOSED EMERGENCY</u> MOTION TO SEAL *EX PARTE* MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF CREDITOR RINGBA, LLC'S AGENTS ADAM YOUNG AND HARRISON GURVITZ**

THIS MATTER comes before the Court on the <u>Unopposed Emergency</u> Motion to Seal *Ex Parte* Motion for Order Authorizing Rule 2004 Examination of Creditor Ringba, LLC's Agents Adam Young and Harrison Gurvitz (the "Emergency Motion"). The Court has considered the Emergency Motion and objections to the Motion, if any, that were filed; has reviewed the file; and is informed in the premises.

THE COURT FINDS THAT cause exists to seal Debtor's *Ex Parte* Motion for Order Authorizing Rule 2004 Examination of Creditor Ringba, LLC's Agents Adam Young and Harrison Gurvitz for the reasons set forth in the Emergency Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Motion is **GRANTED**; and

125946141.1

2

      2.      Debtor's *Ex Parte* Motion for Order Authorizing Rule 2004 Examination of Creditor Ringba, LLC's Agents Adam Young and Harrison Gurvitz is hereby sealed and access to Docket No. 135 and any Exhibits, including, but not limited to Exhibit Docket 135-1, is restricted.

      Dated this 29th day of August, 2024.

BY THE COURT:

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge