# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DNC and TCPA LIST SANITIZER, LLC,<br><br>    Debtor. | Case No. 24-12624 KHT<br>Chapter 11 |

## ORDER DENYING MOTION TO APPROVE STIPULATION

THIS MATTER comes before the Court on the *Debtor's Ex Parte Motion to Approve Stipulated Final Cash Collateral Agreement* (the "Motion," docket #134) and the Objection thereto (docket #136), filed by Ringba, LLC, Tubmanburg Limited, and Adam Young. The Motion requests relief that cannot be granted *ex parte*. *See* Fed. R. Bankr. P. 4001(b); L.B.R. 4001-2.

Accordingly, it is HEREBY ORDERED that the Motion is DENIED.

Dated August 30, 2024

BY THE COURT:

*/s/ Kimberley H. Tyson*
Kimberley H. Tyson
United States Bankruptcy Judge