Previous Page (javascript:history.go(-1);)                    New Search (/Search/AttSearch.asp)

| Name | License Status | Registration / Bar Number |
|---|---|---|
| TUCKER, GARY CHARLES | Active | 15811 |

| Is in Private Practice | Carries Professional Liability Insurance |
|---|---|
| Yes | Yes |

**(What does this mean? - Click Here for more information)**

**(/Search/PLI_Notice.asp)**

**Business Information**          **Admission Date:** 9/16/1986

**Phone**                         **Fax**

(720) 9391601

**Firm Name**

Glegal LLC

**Business Address**

501 S Cherry Creek Street

Eleventh Floor 224

Denver, CO 80246

**There is no public disciplinary history on file for this attorney within the state of Colorado.**