# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC, ) | Case No. 24-12624 KHT |
| ) | Chapter 11, Sub V |
| Debtor. ) | |

## ORDER GRANTING *EX PARTE* MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION OF GARY TUCKER

THIS MATTER having come before the Court upon Debtor's *Ex Parte* Motion for Order Authorizing Rule 2004 Examination of Gary Tucker (the "Motion") filed on August 30, 2024; and with good cause being shown, the Court ORDERS that the Motion is **GRANTED;**

IT IS FURTHER ORDERED that debtor is authorized to conduct a Rule 2004 Examination of Gary Tucker, and

IT IS FURTHER ORDERED that debtor may compel production of documents and attendance of witnesses in the manner prescribed by Bankruptcy Rules 2004(c) and 9016 and FED. R. CIV. P. 45, if necessary.

Dated this ___ day of September, 2024.

UNITED STATES BANKRUPTCY COURT

_____
Hon, Kimberly H. Tyson
U.S. Bankruptcy Court Chief Judge