**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:                                              )
                                                    )
DNC AND TCPA LIST SANITIZER, LLC,  )         Case No. 24-12624 KHT
                                                    )         Chapter 11
        Debtor.                                     )

---

**AMENDED NOTICE OF RULE 2004 EXAMINATION OF DEBTOR**

---

YOU ARE HEREBY notified that pursuant to FED. R. BANKR. P. 2004(a) and L.B.R. 2004-1, a Rule 2004 Examination will be held at the place and time set forth below and will be recorded by stenographic means of the person/entity whose name is stated below, before an officer authorized to administer oaths.

PERSON/ENTITY TO BE EXAMINED:    DNC and TCPA List Sanitizer, LLC

DATE AND TIME OF APPEARANCE:     September 25-26, 2024
                                 beginning at 9:00 a.m.

PLACE OF TESTIMONY:              Lewis Roca Rothgerber Christie LLP
                                 1601 19th Street, Suite 1000
                                 Denver, CO 80202

Respectfully submitted this 4th day of September, 2024.

                            LEWIS ROCA ROTHGERBER CHRISTIE LLP

                            *s/ Chad S. Caby*
                            Chad S. Caby
                            1601 19th Street, Suite 1000
                            Denver, CO  80202
                            Tel:      303-628-9583
                            Fax:      303-623-9222
                            E-mail:  ccaby@lewisroca.com

                            *Attorneys for Adam Young, Tubmanburg Limited and Ringba, LLC*

125995325.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on September 4, 2024, a true and correct copy of the foregoing **AMENDED NOTICE OF RULE 2004 EXAMINATION OF DEBTOR** was electronically filed and served via CM/ECF, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

John Cimino, Esq.
CIMINO LAW OFFICE, LLC
5500 E. Yale Ave., #201A
Denver, CO 80222
Via: CM/ECF

*Counsel for Debtor*

Alan K. Motes, Esq.
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294
Via: CM/ECF

*Counsel for U.S. Trustee*

Joli A. Lofstedt, Esq.
PO Box 270561
Louisville, CO 80027
Via: CM/ECF

*Subchapter V Trustee*

<u>*s/ Jennifer Eastin*</u>
Of: Lewis Roca Rothgerber Christie LLP

- 2 -

125995325.1