**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>DNC and TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Case No. 24-12624 KHT<br>Chapter 11 |

**ORDER ON MOTION FOR 2004 EXAMINATION**

THIS MATTER comes before the Court on the *Ex Parte Motion for Order Authorizing Rule 2004 Examination of Creditor Gary Tucker, Attorney* (the "Motion," docket #141), filed by the Debtor. Debtor requests authority to examine Gary Tucker, who signed Proof of Claim 5-1 on behalf of GLegal, LLC, (1) to obtain Mr. Tucker's current business mailing address; (2) to ask Mr. Tucker whether he received mail sent by the Debtor; and (3) to inquire as to the basis of Proof of Claim 5-1. The Court finds cause shown for granting Debtor's requested relief. Accordingly, it is

HEREBY ORDERED that Debtor is authorized to conduct a Rule 2004 examination of Gary Tucker, the scope of which shall be limited to the three areas set forth above. It is

FURTHER ORDERED that Debtor may compel production of documents and attendance of witnesses in the manner prescribed by Bankruptcy Rules 2004(c) and 9016 and Fed. R. Civ. P. 45, if necessary.

Dated September 4, 2024

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge