United States Bankruptcy Court
District of Colorado

| | |
|---|---|
| In re: | Case No. 24-12624-KHT |
| DNC and TCPA LIST SANITIZER, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 04, 2024 | Form ID: pdf904 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Cashyew Holding, LLC, 405 Cherry Hills Way, Colorado Springs, CO 80921-2667 |
| intp | + | GLEGAL, LLC, c/o Gary Tucker, 1600 Broadway No. 1660, Denver, CO 80202-4915 |
| cr | + | JPMorgan Chase Bank, N.A., c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| cr | + | Jeffery Cohen, Cohen, LLC, 1600 Broadway, Suite 1660, Denver, CO 80202-4915 |
| 19607629 | + | Allen Vellone Wolf Halfrich & Factor, PC, 1600 Stout Street Stuie 1900, Denver, CO 80202-3160 |
| 19607631 | + | American Express, Business Line of Credit PO Box 570622, Atlanta, GA 30357-3110 |
| 19607634 | + | Cohen Trial, LLC, 1600 Broadway Suite 1660, Denver, CO 80202-4915 |
| 19607638 | + | Quandry Peak Research, 205 S Broadway Suite 300, Los Angeles, CA 90012-3607 |
| 19607628 | + | Ringba, LLC, 8 the Green Suite 11558, Dover DE 19901-3618 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/Text: michael@tcpalitigatorlist.com | Sep 04 2024 22:13:00 | DNC and TCPA LIST SANITIZER, LLC, 985 Pico Point, Colorado Springs, CO 80905 |
| intp | + | Email/Text: michael@tcpalitigatorlist.com | Sep 04 2024 22:13:00 | Michael O'Hare, 405 Cherry Hills Way, Colorado Springs, CO 80921, UNITED STATES 80921-2667 |
| 19607630 | | Email/PDF: bncnotices@becket-lee.com | Sep 04 2024 22:17:13 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 19607635 | ^ | MEBN | Sep 04 2024 22:12:21 | CT Corporation System, as representative, Attn: SPRS, 330 N Brand Blvd Ste 700, Glendale, CA 91203-2336 |
| 19607632 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 04 2024 22:17:27 | Chase, PO Box 78039, Phoenix, AZ 85062-8039 |
| 19607636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 04 2024 22:17:13 | JP Morgan Chase Bank NA, PO Box 6026 IL1-1145, Chicago, IL 60680-6026 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Allen Vellone Wolf Helfrich & Factor, P.C. |
| acc | | SL Biggs, a Division of SingerLewak LLP |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 1082-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 04, 2024 | Form ID: pdf904 | Total Noticed: 15 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Arthur Lindquist-Kleissler | on behalf of Interested Party Cashyew Holding LLC Arthuralklaw@gmail.com, seanalklaw@gmail.com;filingsalklaw@gmail.com |
| Chad S. Caby | on behalf of Creditor Ringba LLC ccaby@lewisroca.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com |
| Chad S. Caby | on behalf of Creditor Adam Young ccaby@lewisroca.com chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com |
| Chad S. Caby | on behalf of Creditor Tubmanburg Limited ccaby@lewisroca.com chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com |
| Jeffrey Cohen | on behalf of Creditor Jeffery Cohen jcohen@cohentrial.com |
| John Cimino | on behalf of Debtor DNC and TCPA LIST SANITIZER LLC JC925Ave@yahoo.com, topdenverrealtor@gmail.com;Cimino.JohnB115532@notify.bestcase.com |
| John Gray | on behalf of Creditor JPMorgan Chase Bank N.A. jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com |
| Joli A. Lofstedt | joli@jaltrustee.com ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com |
| Peter A. Cal | on behalf of Creditor JPMorgan Chase Bank N.A. pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

DNC and TCPA LIST SANITIZER, LLC,

Debtor.

Case No. 24-12624 KHT
Chapter 11

### ORDER ON MOTION FOR 2004 EXAMINATION

THIS MATTER comes before the Court on the *Ex Parte Motion for Order Authorizing Rule 2004 Examination of Creditor Gary Tucker, Attorney* (the "Motion," docket #141), filed by the Debtor. Debtor requests authority to examine Gary Tucker, who signed Proof of Claim 5-1 on behalf of GLegal, LLC, (1) to obtain Mr. Tucker's current business mailing address; (2) to ask Mr. Tucker whether he received mail sent by the Debtor; and (3) to inquire as to the basis of Proof of Claim 5-1. The Court finds cause shown for granting Debtor's requested relief. Accordingly, it is

HEREBY ORDERED that Debtor is authorized to conduct a Rule 2004 examination of Gary Tucker, the scope of which shall be limited to the three areas set forth above. It is

FURTHER ORDERED that Debtor may compel production of documents and attendance of witnesses in the manner prescribed by Bankruptcy Rules 2004(c) and 9016 and Fed. R. Civ. P. 45, if necessary.

Dated September 4, 2024

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge