# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 08/09/2023 08:28:44 PM
Master ID: 20232077073
Validation Number: 20232077073
Amount: $8.00

## Debtor: (Organization)

Name: Dnc And Tcpa List Sanitizer
Address1: 985 Pico Pt
Address2:
City: Colorado Springs          State: CO          ZIP/Postal Code: 80905
Province:                       Country: United States

## Secured Party: (Organization)

Name: JPMorgan Chase Bank, NA
Address1: P.O. Box 6026
Address2: IL1-1145
City: Chicago          State: IL          ZIP/Postal Code: 60680-6026
Province:              Country: United States

## Collateral

**Description:**

All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds)

## Optional Information

**Optional filer reference data/miscellaneous information:**
CO-0-94452191-67221183

