**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC, | ) | Case No. 24-12624 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE PURSUANT TO L.B.R. 9013-1 AND 2081-3 OF MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) AND HEARING**

**OBJECTION DEADLINE:  September 24, 2024**

**YOU ARE HEREBY NOTIFIED** that Adam Young, Tubmanburg Limited and Ringba, LLC (the "Movants"), have filed their Motion to Convert Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) requesting the Court convert Debtor's Chapter 11 bankruptcy case to Chapter 7.

A hearing on the motion has been set for **TUESDAY, OCTOBER 8, 2024** at **9:30 AM** in **Courtroom D**, Fifth Floor, U.S. Custom House, 721 19th Street, Denver, Colorado 80202. The hearing will be conducted in accordance with the provisions of L.B.R. 2081-3. Participants shall attend by telephone at 1-833-568-8864, Meeting ID: 160 632 4304.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movants at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections. Your objection must comply with L.B.R. 2081-3 regarding hearing procedures, including the timely submission and exchange of witness lists and exhibits and attendance at the above-scheduled hearing.

If you fail to file an objection, the scheduled hearing will be vacated, and an order granting the relief requested may be granted without further notice to you and upon filing of a Certificate of Non-contested Matter.

126053403.4

Dated this 10th day of September, 2024.

          LEWIS ROCA ROTHGERBER CHRISTIE LLP

          *s/ Chad S. Caby*
          Chad S. Caby, No. 30927
          S. Wilson Collins, No. 59504
          1601 19th Street, Suite 1000
          Denver, CO 80202
          Tel: 303-628-9549
          E-mail: ccaby@lewisroca.com
              wcollins@lewisroca.com

          *Attorneys for Adam Young, Tubmanburg Limited and Ringba, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 10, 2024, true and correct copies of the foregoing **MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) FILED BY ADAM YOUNG, TUBMANBURG LIMITED AND RINGBA, LLC, 9013-1.1 NOTICE** and **PROPOSED ORDER** were electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

John Cimino, Esq.
CIMINO LAW OFFICE, LLC
5500 E. Yale Ave., #201A
Denver, CO 80222
Via: CM/ECF

*Counsel for Debtor*

Alan K. Motes, Esq.
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294
Via: CM/ECF

*Counsel for U.S. Trustee*

Peter A. Cal, Esq.
John S. Gray, Esq.
SHERMAN & HOWARD L.L.C.
675 Fifteenth Street, Suite 2300
Denver, CO 80202
Via: CM/ECF

*Counsel for JPMorgan Chase Bank, N.A.*

Joli A. Lofstedt, Esq.
PO Box 270561
Louisville, CO 80027
Via: CM/ECF

*Subchapter V Trustee*

Arthur Lindquist-Kleissler, Esq.
LINDQUIST-KLEISSLER & COMPANY, LLC
950 S. Cherry Street, Suite 418
Denver, CO 80246
Via: CM/ECF

*Counsel for Cashyew Holding, LLC*

Gary Tucker, Esq.
1600 Broadway, Suite 1660
Denver, CO 80202
Via: CM/ECF

*Counsel for Glegal, LLC*

**And placed in the U.S. Mail, postage prepaid, and addressed to the 20 Largest Unsecured Creditors as follows**

Allen Vellone Wolf Halfrich & Factor, PC
1600 Stout Street, Suite 1900
Denver, CO 80202

American Express
Business Line of Credit
PO Box 570622
Atlanta, GA 30357

American Express
PO Box 6031
Carol Stream, IL 60197

Chase Bank
PO Box 6026
Mail Code IL 1-0054
Chicago, IL 60680-6026

3

| | |
|---|---|
| Cohen Trial, LLC<br>1600 Broadway, Suite 1660<br>Denver, CO 80202 | CT Corporation System, as representative<br>Attn: SPRS<br>330 N. Brand Blvd., Suite 700<br>Glendale, CA 91203 |
| Quandry Peak Research<br>205 S. Broadway, Suite 300<br>Los Angeles, CA 90012 | |

 

*s/ Jennifer Eastin*
Of: LEWIS ROCA ROTHGERBER CHRISTIE LLP

126053403.4