| **Fill in this information to identify your case** | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | |
| Debtor 1: DNC & TCPA List Sanitizer, LLC | Case #: | 24-12624 KHT |
| Debtor 2: _____ _____ _____<br>First Name  Middle Name  Last Name | Chapter: | 11 |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

**Complete applicable sections.**

**Debtor, DNC & TCPA List Sanitizer, LLC** hereby designates the following witnesses and exhibits for the hearing or trial set for September 24, 2024 **[month/day/year]**, at 1:30 p.m. **[time]** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **D [letter]**, Fifth Floor, Denver, Colorado 80202.

### Part 1  Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| Jeffrey Cohen, Esq. | As an adverse witness regarding factual basis for his objection |
|  |  |
|  |  |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| John A. Cimino | To testify that full disclosure was made regarding his relationship with debtor and that his law firm and he are disinterested parties |
| Michael O'Hare | Mr. O'Hare is a member of the debtor and will testify that Mr. Cimino never represented Mr. O'Hare or Mrs. O'Hare and is disinterested |
| Joli Lofstedt, Trustee | Ms. Lofstedt is expected to testify that Mr. Cimino made adequate disclosures and that he and his firm are disinterested parties |

### Part 2  Exhibits

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | 2016(b) Attorney Fee disclosure |  |  | Paper |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Part 3 | **Signature** |

Dated: September 17, 2024

By: /s/ John A. Cimino
    Signature
John A. Cimino
CIMINO LAW OFFICE, LLC
Attorney for Debtor
Bar Number (if applicable): 14032
Mailing Address:  5500 East Yale Avenue, Suite 201a
Denver, CO 80222
Telephone number:  720-434-0434
Facsimile number: none
E-mail address:  JC925Ave@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on 17th day of September, 2024, a true and accurate copy of this List of Witnesses and Exhibits was filed with the court and served upon all interested parties requesting electronic service including:

Chad Caby, Esq.

Jeffrey Cohen, Esq.

Joli Lofstedt. Trustee

/s/ John Cimino
_____
John Cimino