UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC and TCPA Sanitizer List, LLC | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S MOTION FOR SANCTIONS AGAINST JEFFREY COHEN
PURSUANT TO F.R.B.P. RULE 9011 (c)(1)(A)**

      Debtor, DNC and TCPA List Sanitizer, LLC., by and through its counsel, Cimino Law Office, LLC, for its motion for sanctions against Jeffrey Cohen, respectfully states as follows:

    1.    Creditor, Jeffrey Cohen, (hereinafter "Cohen") filed two claims in this case, claim number 8-1 and 9-1.

    2.    Claim number 8-1 was filed in the sum of $200,000.00 with no documentation. That claim was filed on June 28, 2024. Soon thereafter, creditor filed claim number 9-1. That claim did have supporting documentation; however, it did not appear to amend claim number 8-1. At this point, it appears that Mr. Cohen is seeking in excess of $400,000 in attorney fees and costs from the debtor.

    3.    Debtor also objects to both claims because Mr. Cohen did not bill debtor for fees for close to a year. Debtor asserts that creditor has waived its rights to fees.

    4.    Debtor also objects to claim number 9-1 because creditor seeks unsupported attorney fees to collect its claim, post-petition. Also, creditor is barred from charging attorney fees to collect its claim post-petition given the automatic stay provisions of federal bankruptcy law.

    5.    This motion was served on creditor Cohen on July 30, 2024 pursuant to F.R.B.P. Rule 9011 electronically via email and by regular United States mail, first class postage prepaid.

    6.    Creditor Cohen has not withdrawn either claim.

WHEREFORE, debtor respectfully requests that this honorable Court enter sanctions against Jeffrey Cohan and Cohen Trial, LLC, jointly and severally, for the reasons stated herein to include costs and attorney fees.

DATED this 18th day of September, 2024.

    Respectfully submitted,

By:/s/ *John A. Cimino*
    John A. Cimino, Esq., #14032
    **CIMINO LAW OFFICE, LLC.**
    **5500 East Yale Ave., Suite 201A**
    Denver, CO 80222
    E-mail: JC925AVE@yahoo.com
    Telephone: 720-434-0434

CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of September, 2024, this MOTION FOR SANCTIONS was served by U.S. Mail, first class postage prepaid and electronically by the court on creditor at the following address:

Jeffrey Cohen, Esq.
Cohen Trial, LLC
1600 Broadway, Suite 1660
Denver, CO 80202

Email: jcohen@cohentrial.com

      /s/ John A. Cimino
      _____
      For Cimino Law Office, LLC