UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC  and TCPA Sanitizer List, LLC | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR SANCTIONS AGAINST
JEFFREY COHEN PURSUANT TO F.R.B.P. RULE 9011 (c)(1)(A)**

THIS MATTER is before the Court on the motion of the Debtor, DNC and TCPA List Sanitizer, LLC. for sanctions against Jeffrey Cohen, which motion was filed on September 18, 2024.

THIS COURT having reviewed the motion and good cause having been shown therefore grants the motion.  Debtor shall file its motion for costs and attorney fees within fifteen days of the entry of this order.

Dated this ___ day of October, 2024.

BY THE COURT:

_____
Hon. Kimberly H. Tyson
United States Bankruptcy Court Judge

1