UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC  and TCPA Sanitizer List, LLC | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | |

---

**DEBTOR'S MOTION TO PRECLUDE AND STRIKE CREDITOR JEFFREY COHEN'S WITNESSES AND EXHIBITS AT TRIAL AND/OR TO STRIKE HIS OBJECTION TO THE EMPLOYMENT OF CIMINO LAW OFFICES FOR AUTHORIZATION TO COMMENCE LEGAL MALPRACTICE CASE AGAINST ATTORNEY COHEN AND OTHER LAWYERS**

_____

Debtor, DNC and TCPA List Sanitizer, LLC., by and through its counsel, Cimino Law Office, LLC, for its motion to preclude and strike creditor Jeffrey Cohen's witnesses and exhibits at trial and/or to strike his objection to the employment of Cimino Law Office, LLC for authorization to commence a legal malpractice case against attorney Cohen and other lawyers, respectfully states as follows:

1. Debtor filed a motion to employ Cimino Law Office, LLC to represent it on a contingency fee basis to file a legal malpractice against attorney and creditor, Jeffrey Cohen, (hereinafter "Cohen") and other lawyers.

2. That motion was filed on June 7, 2024 at docket number 37. The objection deadline was June 28, 2024.

3. Creditor Cohen filed an objection on June 24, 2024 at docket number number 49.  In that objection, he did not argue that somehow Mr. Cimino was NOT disinterested because he researched two state court appeals filed by Debtor with another law firm. (Allen & Vellone).

4. The court held a preliminary hearing on July 24, 2024.

5. At docket number 101, the court ordered the parties to file a list of witnesses and exhibits on or before September 17, 2024.

6. Debtor timely filed its list of witnesses and exhibits on September 17, 2024. Mr. Cohen failed to comply with the deadline. Furthermore, it appears that he simply copied Debtor's filing on September 17, 2024, only adding a few more exhibits. He did not even change the date of service from September 17, 2024 to the actual filing date of September 18, 2024. It is not clear why Mr. Cohen did not change the filing date to the correct date.

7. Because the filing was untimely and in violation of the court's July 24, 2024 order, Cohen should be precluded from introducing into evidence his listed exhibits or calling any witnesses at the time of the hearing on September 24, 2024.

8. There is another reason to strike Mr. Cohen's objection: he never raised the objection in his written, filed objection on June 24, 2024.

9. At the preliminary hearing, Mr. Cohen raised a new objection, namely, that undersigned represented debtor in a state court appeal. That objection was never made by the objection deadline of June 28, 2024.

10. Candidly, undersigned was surprised and unprepared to respond as this new objection was never previously disclosed. Mr. Cohen should not be allowed to raise new objections verbally after the deadline to object passed.

WHEREFORE, debtor respectfully requests that this honorable Court enter sanctions against Jeffrey Cohan and Cohen Trial, LLC, jointly and severally, for the reasons stated herein to include costs and attorney fees.

DATED this 18th day of September, 2024.

2

Respectfully submitted,

By:/s/ John A. Cimino
    John A. Cimino, Esq., #14032
    **CIMINO LAW OFFICE, LLC.**
    **5500 East Yale Ave., Suite 201A**
    Denver, CO 80222
    E-mail: JC925AVE@yahoo.com
    Telephone: 720-434-0434

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2024, this **DEBTOR'S MOTION TO PRECLUDE AND STRIKE CREDITOR JEFFREY COHEN'S WITNESSES AND EXHIBITS AT TRIAL AND/OR TO STRIKE HIS OBJECTION TO THE EMPLOYMENT OF CIMINO LAW OFFICES FOR AUTHORIZATION TO COMMENCE LEGAL MALPRACTICE CASE AGAINST ATTORNEY COHEN AND OTHER LAWYERS** was served by U.S. Mail, first class postage prepaid and electronically by the court on creditor at the following address:

Jeffrey Cohen, Esq.
Cohen Trial, LLC
1600 Broadway, Suite 1660
Denver, CO 80202

Email:  jcohen@cohentrial.com


/s/ John A. Cimino

_____
For Cimino Law Office, LLC