UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC  and TCPA Sanitizer List, LLC | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | |

## ORDER GRANTING DEBTOR'S MOTION TO STRIKE COHEN'S LIST OF WITNESSES AND EXHIBITS AND HIS OBJECTION

THIS MATTER is before the Court on the September 18, 2024 motion of the Debtor, DNC and TCPA List Sanitizer, LLC. to strike Jeffrey Cohen's late filed list of witnesses and exhibits and his Objection filed on June 24, 2024.

THIS COURT having reviewed the motion and good cause having been shown therefore grants the motion.  Mr. Cohen's list of witnesses and exhibits and his objection are stricken.  The hearing scheduled fortr September 24, 2024 is vacated.

Dated this ___ day of September, 2024.

BY THE COURT:

_____
Hon. Kimberly H. Tyson
United States Bankruptcy Court Judge

1