IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                              )
                                                    )          Case No. 24-12624-KHT
DNC and TCPA LIST SANITIZER, LLC        )          Chapter 11
                                                    )
        Debtor.                                     )
                                                    )

---

**ENTRY OF APPEARANCE, REQUEST FOR ALL PLEADINGS AND
NOTICES, AND RESERVATION OF RIGHTS**

---

Pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy

Procedure, Reza D. Rismani of Treece Alfrey Musat P.C. gives notice of his appearance on

behalf of creditor GLegal, LLC ("GLegal), and further requests that all notices, pleadings and

other documents filed and/or served in this case (including, but not limited to, all notices

described in Rule 2002 of the Bankruptcy Rules) be transmitted and forwarded to:

Reza D. Rismani, Esq.
Treece Alfrey Musat P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
Email: rrismani@tamlegal.com

Neither this Entry of Appearance, Request for All Pleadings and Notices, and

Reservation of Rights, nor any subsequent appearance, pleading, claim or suit is intended to

waive (i) GLegal's right to have final orders entered only after de novo review by a district

judge; (ii) GLegal's right to trial by jury in any proceeding so triable herein or in any case,

controversy or proceeding related hereto; (iii) GLegal's right to have the reference withdrawn by

the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) GLegal's

1

right with respect to other matters which the Bankruptcy Court is not authorized to adjudicate; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which GLegal is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs and recoupments GLegal expressly reserves.

Respectfully submitted this 19th day of September, 2024.

TREECE ALFREY MUSAT P.C.

_s/ RDR_

Reza D. Rismani
Jason D. Cooper
633 17th Street, Suite 2200
Denver, Colorado 80202
Tel:     303-292-2700
Email: rrismani@tamlegal.com
Email: jcooper@tamlegal.com

_Attorneys for Creditor GLegal, LLC_

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 19, 2024, the foregoing was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1, which action caused automatic electronic notice of such filing to all parties in interest in this matter as follows:

John Cimino, Esq.
CIMINO LAW OFFICE, LLC
5500 E. Yale Ave., #201A
Denver, CO 80222
Via: CM/ECF

*Counsel for Debtor*

Joli A. Lofstedt, Esq.
PO Box 270561
Louisville, CO 80027
Via: CM/ECF

*Subchapter V Trustee*

Alan K. Motes, Esq.
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294
Via: CM/ECF

*Counsel for U.S. Trustee*

Peter A. Cal, Esq.
John S. Gray, Esq.
SHERMAN & HOWARD L.L.C.
675 Fifteenth Street, Suite 2300
Denver, CO 80202
Via: CM/ECF

*Counsel for JPMorgan Chase Bank, N.A.*

Arthur Lindquist-Kleissler, Esq.
LINDQUIST-KLEISSLER & COMPANY,
LLC
950 S. Cherry Street, Suite 418
Denver, CO 80246
Via: CM/ECF

*Counsel for Cashyew Holding, LLC*

Gary Tucker, Esq.
1600 Broadway, Suite 1660
Denver, CO 80202
Via: CM/ECF

*Counsel for Glegal, LLC*


*s/ Samantha Dreiling*
Saamantha Dreiling

3