UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) Case No. 24-12624 KHT |
| | ) |
| DNC and TCPA List Sanitizer, LLC, | ) Chapter 11, Subchapter V |
| EIN: 83-3868704, | ) |
| | ) |
| Debtor. | ) |

**DEBTOR'S NOTICE OF WITHDRAWAL OF MOTION FOR AUTHORITY
TO USE CASH COLLATERAL (Doc. No. 149)**

Debtor and Debtor in Possession, DNC and TCPA List Sanitizer, LLC, by and through its counsel, John Cimino of Cimino Law Office, LLC, withdraw the motion for authority to use cash collateral at docket number 149.

DATED: September 20, 2024

Respectfully submitted,

/s/ John A. Cimino, Esq.
John A. Cimino, #14032
CIMINO LAW OFFICE, LLC
5500 East Yale Avenue, Suite 201a
Denver, CO 80222
Phone: 720 434 0434
Email: JC925Ave@yahoo.com
Attorney for Debtor

1

CERTIFICATE OF SERVICE

    I certify that on the 20TH day of September, 2024, I served a complete copy of the DEBTOR'S NOTICE OF WITHDRAWAL OF MOTION FOR AUTHORITY TO USE CASH COLLATERAL, on the following parties electronically in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alan Motes, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Jeffrey Cohen, Esq. at jcohen@cohentrial.com

Joli Loftstedt, Trustee

Chad Caby, Esq.

Peter Cal, Esq.

All those parties requesting electronic service.

                                                            */s/ John A. Cimino*
                                                            John A. Cimino, Esq., #14032