UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                           )   Case No. 24-12624-KHT
                                                 )
DNC and TCPA List Sanitizer, LLC                 )   Chapter 11
                                                 )

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Robert J. Shilliday III and the law firm of Shilliday Law, P.C. hereby enter their limited appearance in the above-captioned Chapter 11 proceedings on behalf of Interested Party John Cimino, counsel for Debtor, with respect to the September 24, 2024 hearing on Debtor's application to employ Mr. Cimino as special counsel to pursue prospective malpractice claims on behalf of Debtor.  The address, telephone number, and e-mail address for Robert J. Shilliday III and Shilliday Law, P.C. are as follows:

Robert J. Shilliday III
Shilliday Law, P.C.
2616 W. Alamo Avenue
Littleton, CO 80120
Telephone: (720) 439-2500
E-Mail: rjs@shillidaylaw.com

Dated: September 23, 2024                    Respectfully submitted,

                                             By:    s/ Robert J. Shilliday III
                                                    Robert J. Shilliday III (#35595)
                                                    Shilliday Law, P.C.
                                                    2616 W. Alamo Avenue
                                                    Littleton, CO 80120
                                                    Telephone: (720) 439-2500
                                                    E-Mail: rjs@shillidaylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September 2024, I served a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** by electronic mail through the Court's CM/ECF system using the e-mail addresses on file with the Court as obtained through the parties' Entry of Appearances as follows:

John Cimino
topdenverrealtor@gmail.com

Chad S. Caby
S. Wilson Collins
ccaby@lewisroca.com
wcollins@lewisroca.com

Alan K. Motes
Alan.Motes@usdoj.gov

Peter A. Cal
John S. Gray
pcal@shermanhoward.com
jgray@shermanhoward.com

Arthur Lindquist-Kleisler
arthuralklaw@gmail.com

Reza D. Rismani
rrismani@tamlegal.com

American Express National Bank
c.o Zwicker & Associates, P.C.
bknotices@zwickerpc.com

Joli A. Lofstedt
Joli_@jaltrustee.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

By: ____s/ Robert J. Shilliday III_____
          Robert J. Shilliday III

2