# DNC and TCPA Sanitizer, LLC
# SIX MONTH CASH COLLATERAL BUDGET

**Beginning Cash** 1,929.00

| | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 |
|---|---|---|---|---|---|---|---|
| **Deposits** | | | | | | | |
| Cash Receipts | 98,648.20 | 100,236.00 | 149,998.00 | 105,066.00 | 100,000.00 | 100,000.00 | 100,000.00 |
| **Total Deposits** | 98,648.20 | 100,236.00 | 149,998.00 | 105,066.00 | 100,000.00 | 100,000.00 | 100,000.00 |
| **Disbursements** | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | |
| Automobile Expense | 44.43 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| Bank Fees | 0.00 | 25.00 | 70.45 | 43.50 | 0.00 | 50.00 | 50.00 |
| IT and Internet Expenses | 39.99 | 0.00 | 0.00 | 1,859.15 | 500.00 | 1,000.00 | 1,000.00 |
| Legal | 0.00 | 0.00 | 0.00 | 412.00 | 0.00 | | |
| Litigators Research | 2,769.84 | 4,948.31 | 4,399.20 | 2,233.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| Meals and Entertainment | 1,823.32 | 573.99 | 881.11 | 0.00 | 200.00 | 200.00 | 200.00 |
| Office Rent | 0.00 | 99.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| Office Supplies | 69.95 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 |
| Petty Cash TCPA | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 |
| Recruitment and Talent Acquistion | 986.00 | 1,002.00 | 1,519.00 | 1,044.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Sales People and Commissions | 0.00 | 2,968.30 | 1,687.00 | 3,986.75 | 2,500.00 | 3,000.00 | 3,000.00 |
| Server Cost | 0.00 | 4,484.61 | 2,500.00 | 0.00 | 1,500.00 | 1,800.00 | 1,800.00 |
| Telecommunication Expense | 180.00 | 426.25 | 313.42 | 0.00 | 200.00 | 200.00 | 200.00 |
| Telephone Expense | 0.00 | 66.36 | 66.59 | 0.00 | 50.00 | 50.00 | 50.00 |
| Travel Airfare | 0.00 | 0.00 | 909.59 | 0.00 | 1,000.00 | 0.00 | 0.00 |
| Travel Ground Transportation | 333.10 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| Travel Hotel | 1,501.67 | 0.00 | 4,585.60 | 0.00 | 500.00 | 0.00 | 0.00 |
| Web Site Development | 4,084.00 | 8,301.53 | 16,219.68 | 5,597.69 | 5,000.00 | 5,000.00 | 5,000.00 |
| **SUB-TOTAL OPERATING EXPENSES** | 12,032.30 | 22,895.35 | 33,151.64 | 15,176.09 | 15,000.00 | 15,000.00 | 15,000.00 |
| **OTHER / EXTRAORDINARY** | | | | | | | |
| BK Professionals | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 0.00 |
| Capital One Credit Card Payments | 0.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 |
| Chase Loan Payments | 0.00 | 5,000.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| **SUB-TOTAL LOAN PAYMENTS** | 0.00 | 5,000.00 | 0.00 | 13,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| **OWNER COMP - TO CASHYEW** | | | | | | | |
| Transfer to Cashyew | 85,742.90 | 17,917.33 | 70,002.68 | 95,770.91 | 40,000.00 | 40,000.00 | 40,000.00 |
| **SUB TOTAL OWNER COMP - TO CASHYEW** | 85,742.90 | 17,917.33 | 70,002.68 | 95,770.91 | 40,000.00 | 40,000.00 | 40,000.00 |
| **Total Disbursements** | 97,775.20 | 45,812.68 | 103,154.32 | 123,947.00 | 60,000.00 | 60,000.00 | 60,000.00 |
| **Ending Cash** | 2,802.00 | 57,225.32 | 104,069.00 | 85,188.00 | 125,188.00 | 165,188.00 | 205,188.00 |