IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC and TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |
| ) | |

**OBJECTION OF SECURED CREDITOR JPMORGAN CHASE BANK, N.A. TO MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) FILED BY ADAM YOUNG, TUBMANBURG LIMITED AND RINGBA, LLC AND RESERVATION OF RIGHTS**

JPMorgan Chase Bank, N.A. ("Chase"), through its attorneys Sherman & Howard L.L.C., hereby objects to the Motion to Convert Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) Filed by Adam Young, Tubmanburg Limited and Ringba, LLC (the "Motion to Convert") (Docket No. 151) and reserves its rights as a secured creditor. In support, Chase states as follows:

1. On May 16, 2024 (the "Petition Date"), DNC and TCPA List Sanitizer, LLC (the "Debtor") filed a voluntary bankruptcy petition under Chapter 11 Subchapter V of Title 11 of the United States Code (the "Bankruptcy Code").

2. The Debtor continues to operate its business as a debtor-in-possession.

3. Joli A. Lofstedt, Esq. is the Subchapter V Trustee.

4. Chase has a properly perfected, first-priority security interest in substantially all the Debtor's assets, including cash collateral. Chase objected to the use of cash collateral and requested that its cash collateral be segregated. See Notice of Non-Consent to Debtor's Use of Cash Collateral (Docket No. 50). On July 2, 2024, Chase timely filed its proof of claim asserting a secured claim for $86,329.98 (Proof of Claim No. 6).

5. On August 14, 2024, the Debtor filed its Plan of Reorganization Dated August 14, 2024 for Small Business Under Chapter 11, Subchapter V (Docket No. 123) (the "Plan"). Chase has conferred with Debtor's counsel and the Subchapter V Trustee concerning the Plan and understands the Debtor intends to file an amended plan.

6. On September 10, 2024, Adam Young, Tubmanburg Limited and Ringba, LLC filed the Motion to Convert.

7. On September 10, 2024, the Debtor filed the Debtor's Motion for Authority to Use Cash Collateral (the "Cash Collateral Motion") (Docket No. 149).

8.       On September 18, 2024, Chase filed its Objection of Secured Creditor JPMorgan Chase Bank, N.A. to Debtor's Motion for Authority to Use Cash Collateral (the "Cash Collateral Objection") (Docket No. 156). In the Cash Collateral Objection, Chase stated the terms under which it would agree to the use of cash collateral. Chase also stated that the Court should defer ruling on the Cash Collateral Motion until it ruled on the Motion to Convert.

9.       Counsel for Chase and the Debtor are negotiating the terms of a cash collateral stipulation to resolve the Cash Collateral Objection. The Subchapter V Trustee has participated in those discussions. While the Debtor has not yet filed a stipulation resolving the Cash Collateral Objection, Chase anticipates the Debtor may do so this week.

10.       Assuming the Debtor files a stipulation resolving the Cash Collateral Objection on the terms being negotiated and amends the Plan, Chase believes it would in the best interests of the bankruptcy estate and parties in interest for the Debtor to be allowed to continue to operate as a debtor in possession pending a plan confirmation hearing.

11.       Accordingly, Chase requests that the Court deny the Motion to Convert, subject to the Debtor filing a cash collateral stipulation and an amended plan consistent with its discussions with Chase.

12.       If the Debtor fails to file a cash collateral stipulation and amended plan acceptable to Chase, Chase reserves all rights and remedies, including the right to withdraw this objection and to pursue all remedies for the unauthorized use of cash collateral.

13.       Chase continues to object to the use of cash collateral and requests that cash collateral be segregated and accounted for, and requests adequate protection pursuant to section 363(e) of the Bankruptcy Code.

WHEREFORE, Chase requests that the Court deny the Motion to Convert, subject to the Debtor's filing a cash collateral stipulation and amended plan acceptable to Chase, and grant Chase such addition relief as the Court deems appropriate.

DATED this 24th day of September, 2024.

[A Signature Page Follows]

SHERMAN & HOWARD L.L.C.

*s/ Peter Cal*
Peter A. Cal
John Gray
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
E-mail: pcal@shermanhoward.com
       jgray@shermanhoward.com

**Attorneys for Creditor JPMorgan Chase Bank, N.A.**

## CERTIFICATE OF SERVICE

 I hereby certify that on September 24, 2024, I electronically filed the foregoing **OBJECTION OF SECURED CREDITOR JPMORGAN CHASE BANK, N.A. TO MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) FILED BY ADAM YOUNG, TUBMANBURG LIMITED AND RINGBA, LLC AND RESERVATION OF RIGHTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John Cinimo, Esq.
JC925Ave@yahoo.com

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Chad S. Caby, Esq.
ccaby@lewisroca.com

Alan K. Motes, Esq.
Alan.Motes@usdoj.gov

Joli A. Lofstedt, Esq.
joli@jaltrustee.com

            *s/ Laura J. Kostyk*
            Laura J. Kostyk

4