**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC, | ) | Case No. 24-12624 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |

**<u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO OBJECT TO PLAN OF REORGANIZATION DATED AUGUST 14, 2024 FOR SMALL BUSINESS UNDER CHAPTER 11, SUBCHAPTER V**

Creditors Adam Young, Tubmanburg Limited, and Ringba, LLC (collectively, "Ringba"), by and through its counsel, Lewis Roca Rothgerber Christie LLP, hereby files its <u>Unopposed</u> Motion for Extension of Time to Object to Plan of Reorganization Dated August 14, 2024 for Small Business Under Chapter 11, Subchapter V (the "Motion") and states as follows:

**BACKGROUND AND REQUESTED RELIEF**

1.      On May 16, 2024, the above-captioned Debtor filed a voluntary petition for relief under Title 11, Chapter 11, Subchapter V of the United States Code, commencing the above-captioned bankruptcy case.

2.      Debtor filed its Plan of Reorganization Dated August 14, 2024 for Small Business Under Chapter 11, Subchapter V (Docket No. 123) (the "Plan").

3.      On August 16, 2024, the Court entered its Order Setting Confirmation Hearing (Docket No. 127) (the "Order").  The Order, in part, set September 26, 2024 as the deadline for filing objections to the Plan and set October 2, 2024 at 10:00 a.m. as the date and time of the preliminary Plan Confirmation Hearing.

4.      Ringba respectfully requests a six-day extension of time, to and including **October 2, 2024**, within which to file an objection to the Plan. The requested extension is in the best

126210723.1

interests of justice, is not filed for purposes of delay, and will not unduly prejudice the Debtor or any other party to this proceeding.

5. Specifically, Debtor's counsel has represented that the Debtor will be filing an amended Plan and may seek an extension of the preliminary Plan Confirmation Hearing currently scheduled for October 3, 2024. As such, Ringba requests additional time in which to fully evaluate the amended Plan and to assess its objections, if any, in light of the proposed amendment.

6. Additionally, on September 24, 2024, Debtor's counsel filed a Motion for Enlargement of Time to Respond to Ringba's Motion to Convert or Dismiss Case (with Limited Objection Made Herein) (at Docket No. 167). Given this requested extension and the impending October 8, 2024 hearing on Ringba's Motion to Convert, it is appropriate to similarly extend the time in which to object to the Plan.

7. On September 24, 2024, undersigned counsel conferred with Debtor's counsel, John Cimino, Esq., regarding the requested relief. The Debtor is not opposed to the requested extension.

WHEREFORE, Adam Young, Tubmanburg Limited, and Ringba, LLC respectively request that this Court enter an Order extending their time to file an objection to Plan of Reorganization Dated August 14, 2024 for Small Business Under Chapter 11, Subchapter V, to and including October 2, 2024 and enter such further relief as the Court deems appropriate.

- 2 -

126210723.1

Respectfully submitted this 24th day of September, 2024.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Chad S. Caby*
Chad S. Caby
1601 19th Street, Suite 1000
Denver, CO  80202
Tel:      303-628-9583
Fax:      303-623-9222
E-mail:  ccaby@lewisroca.com

*Attorneys for Adam Young, Tubmanburg Limited and Ringba, LLC*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on September 24, 2024, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO PLAN OF REORGANIZATION DATED AUGUST 14, 2024 FOR SMALL BUSINESS UNDER CHAPTER 11, SUBCHAPTER V** was electronically filed and served via CM/ECF, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

John Cimino, Esq.
CIMINO LAW OFFICE, LLC
5500 E. Yale Ave., #201A
Denver, CO 80222
Via: CM/ECF

*Counsel for Debtor*

Alan K. Motes, Esq.
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294
Via: CM/ECF

*Counsel for U.S. Trustee*

Robert J. Shilliday III, Esq.
SHILLIDAY LAW, P.C.
2616 W. Alamo Avenue
Littleton, CO 80120
Via: CM/ECF

*Counsel for John Cimino, Esq.*

Jeffrey Cohen, Esq.
COHEN, LLC
1600 Broadway, Suite 1660
Denver, CO 80202
Via: CM/ECF

Joli A. Lofstedt, Esq.
PO Box 270561
Louisville, CO 80027
Via: CM/ECF

*Subchapter V Trustee*

Peter A. Cal, Esq.
Sherman & Howard L.L.C.
675 Fifteenth Street, Suite 2300
Denver, CO 80202
Via: CM/ECF

*Counsel for Creditor JPMorgan Chase Bank, N.A.*

Jason D. Cooper, Esq.
Reza D. Rismani, Esq.
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, CO 80202
Via: CM/ECF

*Counsel for Glegal, LLC*

*s/ Jennifer Eastin*
Of: Lewis Roca Rothgerber Christie LLC

- 4 -

126210723.1