**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC, | ) | Case No. 24-12624 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |

---

**ORDER GRANTING <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO OBJECT TO PLAN OF REORGANIZATION DATED AUGUST 14, 2024 FOR SMALL BUSINESS UNDER CHAPTER 11, SUBCHAPTER V**

---

THIS MATTER comes before the Court on the <u>Unopposed</u> Motion for Extension of Time to Object to Plan of Reorganization Dated August 14, 2024 for Small Business Under Chapter 11, Subchapter V (the "Motion"), filed by Creditors Adam Young, Tubmanburg Limited and Ringba, LLC (collectively, "Ringba"). The Court, having reviewed the pleadings and being otherwise fully advised on the matter, hereby

ORDERS that the Motion is **GRANTED**; It is further

ORDERED that the Adam Young, Tubmanburg Limited and Ringba, LLC have up to and including October 2, 2024 in which to object to Debtor's Plan of Reorganization Dated August 14, 2024 for Small Business Under Chapter 11, Subchapter V.

BY THE COURT:

_____
The Honorable Kimberely H. Tyson
United States Bankruptcy Judge

126200825.1