UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: ) Case No. 24-12624 KHT
)
DNC  and TCPA Sanitizer List, LLC ) Chapter 11, Subchapter V
)
Debtor. )

**ORDER GRANTING DEBTOR'S MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO RINGBA'S MOTION TO CONVERT OR DISMISS CASE**

THIS MATTER is before the court upon the September 23, 2024 motion of the Debtor, DNC and TCPA Sanitizer List, LLC, ("Debtor"), by and through its attorneys, CIMINO LAW OFFICE, LLC for an enlargement of time to respond to Ringba, LLC's motion to convert or dismiss filed on September 10, 2024.

THIS COURT having reviewed the motion and being advised in the premises, grants the motion.  Debtor shall respond to Ringba, LLC's motion to convert on or before October 3, 2024.

Dated this 25th day of September, 2024.

U.S. BANKRUPTCY COURT

Hon. Kimberley H. Tyson
U.S. Bankruptcy Court Chief Judge

1