UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### *Minutes of Proceeding*

Date: September 24, 2024                                    HONORABLE KIMBERLEY H. TYSON, Presiding

In re:    DNC and TCPA LIST SANITIZER, LLC,              Debtor.          Case No: 24-12624-KHT
                                                                                   Chapter 11
                                                                                   Subchapter V

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | Robert J. Shilliday III |
| Creditor | Jeffrey Cohen | Counsel | Jeffrey Cohen |
| Creditor | GLegal, LLC | Counsel | Reza Rismani |
| Creditor | | Counsel | |
| Creditor | | Counsel | |
| Creditor | | Counsel | |

Proceedings:   Evidentiary hearing on the Application to Employ John Cimino and Cimino Law Firm, LLC as State Court Trial Attorney (docket #37) and the Objection thereto (docket #49) filed by Jeffery Cohen and GLegal, LLC

[X]    The parties presented evidence (see attached) and argument.

Orders:

[X]    The Court took the matter under advisement.

Date: September 24, 2024                    FOR THE COURT:
                                            *Kenneth S. Gardner, Clerk of the Bankruptcy Court*


                                            By:   */s/ K. Lane Cutler*
                                                  Law Clerk

**WITNESS LIST**

Debtor

1.      John Cimino

Creditor Jeffery Cohen

1.      John Cimino


**EXHIBIT LIST**

| Exhibit Designation | Proponent | Description | Offered | Objection Sustained Overruled | Admitted into evidence | Admission denied |
|---|---|---|---|---|---|---|
| 1 | | 2016(b) Attorney Fee disclosure | X | | X | |
| 2 | | All Applications to be employed by John Cimino filed in this case. | X | | X | |
| 3 | | All Trust checks from John Cimino from his trust account in regards to TCPA from April, 2024 to Present | X | | X | |
| | | | | | | |
| | | | | | | |
| | | | | | | |