**DNC and TCPA Sanitizer, LLC**
**PLAN PROJECTIONS**

| | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | FYE 25 | FYE 26 | FYE 27 | FYE 28 | FYE 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 20,000 | | | | | | | | | | ANNUAL REVENUE GROWTH ASSUMPTION | | 3.50% | | | | |
| **Income** | | | | | | | | | | | | | | | | | |
| Sales | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 1,200,000 | 1,242,000 | 1,285,470 | 1,330,461 | 1,377,028 |
| **Total Income** | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 1,200,000 | 1,242,000 | 1,285,470 | 1,330,461 | 1,377,028 |
| **Gross Profit** | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 1,200,000 | 1,242,000 | 1,285,470 | 1,330,461 | 1,377,028 |
| **Expenses** | | | | | | | | | | | | | | | | | |
| Administrative Assistant | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 830 | | | | | |
| Advertising And Marketing | 1,331 | 1,331 | 1,331 | 1,331 | 1,331 | 1,331 | 1,331 | 1,331 | 1,331 | 1,331 | 1,331 | 1,331 | | | | | |
| Bank Fees | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | | | | | |
| Bookkeeping | 6,257 | 6,257 | 6,257 | 6,257 | 6,257 | 6,257 | 6,257 | 6,257 | 6,257 | 6,257 | 6,257 | 6,257 | | | | | |
| Business Development | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | | | | | |
| Financial Management | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | | | | | |
| Innovation/Technology Management | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | | | | | |
| Intellectual Property Management | 1,504 | 1,504 | 1,504 | 1,504 | 1,504 | 1,504 | 1,504 | 1,504 | 1,504 | 1,504 | 1,504 | 1,504 | | | | | |
| Litigators Research | 3,711 | 3,711 | 3,711 | 3,711 | 3,711 | 3,711 | 3,711 | 3,711 | 3,711 | 3,711 | 3,711 | 3,711 | | | | | |
| Loan Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Marketing Management | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | | | | | |
| Meals and Entertainment | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 430 | | | | | |
| Office Rent | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | | | | | |
| Operations Management | 7,518 | 7,518 | 7,518 | 7,518 | 7,518 | 7,518 | 7,518 | 7,518 | 7,518 | 7,518 | 7,518 | 7,518 | | | | | |
| Project Management | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | | | | | |
| Recruitment and Talent Acquistion | 752 | 752 | 752 | 752 | 752 | 752 | 752 | 752 | 752 | 752 | 752 | 752 | 9,018 | 9,334 | 9,660 | 9,998 | 10,348 |
| Risk/Crisis Management | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 45,108 | 46,687 | 48,321 | 50,012 | 51,762 |
| Sales Management | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 3,759 | 45,108 | 46,687 | 48,321 | 50,012 | 51,762 |
| Sales People and Commissions | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 | 37,260 | 38,564 | 39,914 | 41,311 |
| Server Cost | 3,363 | 3,363 | 3,363 | 3,363 | 3,363 | 3,363 | 3,363 | 3,363 | 3,363 | 3,363 | 3,363 | 3,363 | 40,361 | 41,774 | 43,236 | 44,750 | 46,316 |
| Strategic Planning | 5,263 | 5,263 | 5,263 | 5,263 | 5,263 | 5,263 | 5,263 | 5,263 | 5,263 | 5,263 | 5,263 | 5,263 | 63,153 | 65,363 | 67,651 | 70,019 | 72,470 |
| Telecommunication Expense | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 3,836 | 3,971 | 4,109 | 4,253 | 4,402 |
| Telephone Expense | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 597 | 618 | 640 | 662 | 685 |
| Web Site Development | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 96,000 | 99,360 | 102,838 | 106,437 | 110,162 |
| Accuntiung | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | | | | |
| Legal | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | | | | | |
| **Total Operating Expenses** | 79,759 | 79,759 | 79,759 | 79,759 | 79,759 | 79,759 | 79,759 | 79,759 | 79,759 | 79,759 | 79,759 | 79,759 | 339,182 | 351,053 | 363,340 | 376,057 | 389,219 |
| Priority - JP Morgan | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 | 32,025 | 0 | 0 | 0 |
| Priority - IRS | 1,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,600 | 0 | 0 | 0 | 0 |
| Escrow - Contested Claims | 12,444 | 12,444 | 12,444 | 12,444 | 12,444 | 12,444 | 12,444 | 12,444 | 12,444 | 12,444 | 12,444 | 12,444 | 149,328 | 149,328 | 149,328 | 149,328 | 149,328 |
| **Total Expenses** | 98,803 | 97,203 | 97,203 | 97,203 | 97,203 | 97,203 | 97,203 | 97,203 | 97,203 | 97,203 | 97,203 | 97,203 | 550,110 | 532,406 | 512,668 | 525,385 | 538,547 |
| **Net Income** | 1,197 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 2,797 | 649,890 | 709,594 | 772,802 | 805,076 | 838,480 |
| **Ending Cash (Pre-GUC Distributions)** | 21,197 | 23,993 | 26,790 | 25,837 | 28,634 | 31,430 | 30,477 | 33,274 | 36,071 | 35,117 | 37,914 | 40,711 | 669,890 | 1,364,484 | 2,122,285 | 2,912,362 | 3,735,842 |
| **Projected Disposable Income / GUC Fund** | 0 | 0 | (3,750) | 0 | 0 | (3,750) | 0 | 0 | (3,750) | 0 | 0 | (3,750) | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) |
| **Ending Cash** | 21,197 | 23,993 | 23,040 | 25,837 | 28,634 | 27,680 | 30,477 | 33,274 | 32,321 | 35,117 | 37,914 | 36,961 | 654,890 | 1,349,484 | 2,107,285 | 2,897,362 | 3,720,842 |