**DNC and TCPA Sanitizer, LLC**
**SIX MONTH CASH COLLATERAL BUDGET**

**Beginning Cash**          1,929.00

|  | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 |
|---|---|---|---|---|---|---|---|
| **Deposits** | | | | | | | |
| Cash Receipts | 98,648.20 | 100,236.00 | 151,890.50 | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 |
| **Total Deposits** | **98,648.20** | **100,236.00** | **151,890.50** | **100,000.00** | **100,000.00** | **100,000.00** | **100,000.00** |
| **Disbursements** | | | | | | | |
| Accountant | 0.00 | 0.00 | 0.00 | 10,808.67 | 0.00 | 0.00 | 0.00 |
| Administrative Assistant | 1,682.07 | 1,106.46 | 792.15 | 1,494.93 | 1,106.46 | 1,106.46 | 1,106.46 |
| Advertising And Marketing | 2,705.16 | 1,775.00 | 1,150.00 | 2,252.99 | 3,500.00 | 4,000.00 | 4,000.00 |
| Automobile Expense | 164.41 | 0.00 | 0.00 | 27.40 | 0.00 | 0.00 | 0.00 |
| Bank Fees | 0.00 | 25.00 | 70.45 | 191.11 | 25.00 | 25.00 | 25.00 |
| Bookkeeping | 4,961.00 | 8,342.36 | 7,656.00 | 5,471.50 | 8,342.36 | 8,342.36 | 8,342.36 |
| Business Development | 4,932.00 | 5,012.00 | 7,595.00 | 4,076.61 | 5,012.00 | 5,012.00 | 5,012.00 |
| Consultant Expense | 1,500.00 | 0.00 | 0.00 | 26.50 | 0.00 | 0.00 | 0.00 |
| Conventions and Trade | 369.60 | 0.00 | 0.00 | 2,176.65 | 0.00 | 0.00 | 0.00 |
| Financial Management | 4,932.00 | 5,012.00 | 7,595.00 | 4,892.28 | 5,012.00 | 5,012.00 | 5,012.00 |
| Innovation/Technology Management | 3,721.00 | 5,012.00 | 7,595.00 | 2,661.77 | 5,012.00 | 5,012.00 | 5,012.00 |
| Intellectual Property Management | 1,973.00 | 2,005.00 | 3,038.00 | 1,316.69 | 2,005.00 | 2,005.00 | 2,005.00 |
| Interest | 0.00 | 0.00 | 0.00 | 224.38 | 0.00 | 0.00 | 0.00 |
| IT and Internet Expenses | 75.17 | 0.00 | 0.00 | 901.96 | 0.00 | 0.00 | 0.00 |
| Legal | 5,738.00 | 0.00 | 0.00 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| Litigators Research | 3,951.09 | 4,948.31 | 4,399.20 | 4,891.99 | 4,948.31 | 4,948.31 | 4,948.31 |
| Loan Payment | 0.00 | 5,000.00 | 0.00 | 2,372.95 | 5,000.00 | 5,000.00 | 5,000.00 |
| Marketing Management | 4,932.00 | 5,012.00 | 7,595.00 | 4,076.61 | 5,012.00 | 5,012.00 | 5,012.00 |
| Meals and Entertainment | 2,097.10 | 573.99 | 881.11 | 942.86 | 573.99 | 573.99 | 573.99 |
| CCA Regulatory Complianc e | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21,000.00 |
| Office Miscellaneous | 0.00 | 0.00 | 0.00 | 39.77 | 0.00 | 0.00 | 0.00 |
| Office Rent | 0.00 | 99.00 | 0.00 | 16.50 | 99.00 | 99.00 | 99.00 |
| Office Supplies | 69.95 | 0.00 | 0.00 | 95.49 | 0.00 | 0.00 | 0.00 |
| Operations Management | 9,865.00 | 10,024.00 | 15,189.00 | 9,785.05 | 10,024.00 | 10,024.00 | 10,024.00 |
| Petty Cash TCPA | 200.00 | 0.00 | 0.00 | 33.33 | 0.00 | 0.00 | 0.00 |
| Postage | 0.00 | 0.00 | 0.00 | 10.04 | 0.00 | 0.00 | 0.00 |
| Professional Development | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 |
| Project Management | 4,932.00 | 5,012.00 | 7,595.00 | 3,365.15 | 5,012.00 | 5,012.00 | 5,012.00 |
| Recruitment and Talent Acquistion | 986.00 | 1,002.00 | 1,519.00 | 815.16 | 1,002.00 | 1,002.00 | 1,002.00 |
| Research and Development | 0.00 | 0.00 | 0.00 | 735.79 | 0.00 | 0.00 | 0.00 |
| Risk/Crisis Management | 4,932.00 | 5,012.00 | 7,595.00 | 4,076.61 | 5,012.00 | 5,012.00 | 5,012.00 |
| Sales Management | 4,932.00 | 5,012.00 | 7,595.00 | 4,892.28 | 5,012.00 | 5,012.00 | 5,012.00 |
| Sales People and Commissions | 1,736.75 | 2,968.30 | 1,687.00 | 2,146.26 | 5,000.00 | 4,000.00 | 4,000.00 |
| Server Cost | 1,408.68 | 4,484.61 | 2,500.00 | 1,929.84 | 4,484.61 | 4,484.61 | 4,484.61 |
| Strategic Planning | 6,905.00 | 7,017.00 | 10,632.00 | 5,707.42 | 7,017.00 | 7,017.00 | 7,017.00 |
| Telecommunication Expense | 328.42 | 426.25 | 313.42 | 413.53 | 426.25 | 426.25 | 426.25 |
| Telephone Expense | 66.36 | 66.36 | 66.59 | 66.49 | 66.36 | 66.36 | 66.36 |
| Travel Airfare | 0.00 | 0.00 | 909.59 | 61.35 | 0.00 | 0.00 | 0.00 |
| Travel Expense | 0.00 | 0.00 | 0.00 | 23.07 | 0.00 | 0.00 | 0.00 |
| Travel Ground Transportation | 333.10 | 0.00 | 0.00 | 117.17 | 0.00 | 0.00 | 0.00 |
| Travel Hotel | 1,501.67 | 0.00 | 4,585.60 | 640.45 | 0.00 | 0.00 | 0.00 |
| Web Site Development | 8,504.76 | 8,301.53 | 16,219.68 | 6,537.31 | 8,301.53 | 8,301.53 | 8,301.53 |
| **Total Disbursements** | **90,435.29** | **93,249.17** | **124,773.79** | **95,320.91** | **97,005.87** | **96,505.87** | **117,505.87** |
| **Net Cash Flow** | **8,212.91** | **6,986.83** | **27,116.71** | **4,679.09** | **2,994.13** | **3,494.13** | **(17,505.87)** |
| **Ending Cash** | **10,141.91** | **17,128.74** | **44,245.45** | **48,924.54** | **51,918.67** | **55,412.80** | **37,906.93** |
| **Integrity Bank & Trust x980 Balance** | **2,802.16** | **0.00** | **0.00** | | | | |
| **Integrity Bank & Trust x627 Balance** | **0.00** | **57,225.32** | **95,950.76** | | | | |
| **Stripe** | | **2,606.00** | **3,338.00** | | | | |
| **Paypal** | | **1,438.00** | **4,779.00** | | | | |
| **TOTAL CASH PER BANK STMTS** | **2,802.16** | **61,269.32** | **104,067.76** | **0.00** | **0.00** | **0.00** | **0.00** |
| **DIFFERENCE = Due to / from Cashyew** | **(7,339.75)** | **44,140.58** | **59,822.31** | | | | |