IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC and TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |
| ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO PLAN OF REORGANIZATION DATED AUGUST 14, 2024 FOR SMALL BUSINESS UNDER CHAPTER 11, SUBCHAPTER V AND TO SUBMIT BALLOT**

Secured Creditor JPMorgan Chase Bank, N.A. ("Chase"), through its counsel Sherman & Howard L.L.C. hereby files its Unopposed Motion for Extension of Time to Object to Plan of Reorganization Dated August 14, 2024 for Small Business Under Chapter 11, Subchapter V, and in support, states as follows:

1. On August 14, 2024, DNC and TCPA List Sanitizer (the "Debtor") filed its Plan of Reorganization Dated August 14, 2024 for Small Business Under Chapter 11, Subchapter V (Docket No. 123) (the "Plan").

2. On August 16, 2024, the Court set September 26, 2024 as the deadline to object to the Plan and to submit a Ballot accepting or rejecting the Plan.

3. Counsel for the Debtor has informed Chase that the Debtor will be filing an amended Plan.[1]

4. Accordingly, Chase requests a six-day extension of time, to and including October 2, 2024, or any later date the Court may set after the amended Plan is filed, within which to file an objection to the Plan and to submit its ballot accepting or rejecting the Plan. This extension would allow Chase to base any objection and ballot on the amended Plan, not the original. This extension matches the one recently given to Adam Young, Tubmanburg Limited and Ringba, LLC (Docket No. 171).

5. On September 25, 2024, counsel for Chase conferred with Debtor's counsel, John Cimino, Esq., who did not oppose the relief requested.

DATED this 26th day of September, 2024.

[A Signature Page Follows]

---

[1] The Debtor filed its Amended Chapter 11 Small Business Subchapter V Plan (Docket No. 173) on September 25, 2024, but counsel for Chase has not had time to review.

59291729.1

SHERMAN & HOWARD L.L.C.

*s/ John Gray*
Peter A. Cal
John Gray
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
E-mail: pcal@shermanhoward.com
jgray@shermanhoward.com

**Attorneys for Creditor JPMorgan Chase Bank, N.A.**

# CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO PLAN OF REORGANIZATION DATED AUGUST 14, 2024 FOR SMALL BUSINESS UNDER CHAPTER 11, SUBCHAPTER V AND TO SUBMIT BALLOT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John Cinimo, Esq.
JC925Ave@yahoo.com

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Chad S. Caby, Esq.
ccaby@lewisroca.com

Alan K. Motes, Esq.
Alan.Motes@usdoj.gov

Joli A. Lofstedt, Esq.
joli@jaltrustee.com

*s/ Laura J. Kostyk*
Laura J. Kostyk

59291729.1