UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC and TCPA List Sanitizer, LLC, ) | Case No. 24-12624-KHT |
| ) | Chapter 11 |
| Debtor. ) | |

**UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S
PLAN OF REORGANIZATION DATED AUGUST 14, 2024 FOR
SMALL BUSINESS UNDER CHAPTER 11, SUBCHAPTER V**

Patrick S. Layng, United States Trustee for Region 19, (the "UST") objects to confirmation of the Debtor's Plan of Reorganization Dated August 14, 2024 for Small Business Under Chapter 11, Subchapter V (Docket No. 123, the "Original Plan") and states as follows:

### Procedural History

1. DNC and TCPA List Sanitizer, LLC (the "Debtor") filed its Voluntary Petition commencing this chapter 11 case on May 16, 2024.

2. Joli A. Lofstedt is the appointed Subchapter V Trustee in this case.

3. On August 14, 2024, the Debtor filed the Original Plan.

4. The Court has jurisdiction over the subject matter of this proceeding pursuant to 28 U.S.C. §§ 1334(b), 157(a) and (b)(1), and 11 U.S.C. § 1191.

5. The UST has standing to bring this matter before the Court pursuant to 11 U.S.C. §§ 307 and 28 U.S.C. § 586(a)(3), and objects to the Plan under § 1191 for the following reasons.

### Objections

6. The deadline to object to the Original Plan is September 26, 2024.

7. After hours on September 25, 2024, the Debtor filed an Amended Plan of Reorganization Dated September 25, 2024 for Small Business Under Chapter 11, Subchapter V (Docket No. 173, the "Amended Plan").

8. The Debtor did not file a redline comparing the Amended Plan against the Original Plan. However, the Amended Plan is substantially different. Among other things, (i) the Amended Plan creates a new convenience class, (ii) the Amended Plan classifies creditors into four classes,

including the convenience class, rather than seven classes as under the Original Plan,[1] and (iii) the Amended Plan proposes different treatment for the classes of creditors than the Original Plan.

9. The Debtor apparently intends to pursue confirmation of the Amended Plan rather than the Original Plan. The Court has not set a hearing on confirmation of the Amended Plan, nor has the Court set a deadline to object to the Amended Plan. It is unclear whether the Debtor has solicited votes on the Amended Plan, although it seems unlikely.

10. Creditors, the UST, and other parties in interest should have an appropriate opportunity to review, object to, and, as applicable, vote on the Amended Plan.

11. The UST objects to confirmation of the Original Plan because it apparently has been superseded by the Amended Plan.

12. The UST also objects to confirmation of the Original Plan (and any similar provision in the Amended Plan) for the following reasons:

    a. The Debtor would assume all executory contracts for which a motion to assume is pending. *See* Plan at Art. 7.1.a. One such pending motion is the Debtor's Motion to Assume Management Agreement with Cashyew Holdings, Inc. filed on July 10, 2024. Several parties have objected to that motion, and the issues raised in the motion and objections should be addressed in connection with any assumption under the plan. The Debtor's projections included with the plan assume that the Debtor will prevail on the proposed assumption of that agreement.

    b. The first sentence of Article 11.11 should be deleted. That sentence very generally provides for a discharge upon confirmation. However, that sentence is superfluous and potentially inconsistent with Article 11.6, which provides for a discharge in much more detail.

---

[1] The Amended Plan classifies creditors into Classes 1 through 4. Interests are classified in Class 6. There is no Class 5.

WHEREFORE, the UST objects to confirmation of the Original Plan for the reasons set forth above, and requests such other relief as the Court deems appropriate.

Dated: September 26, 2024.

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Alan K. Motes
By: Alan K. Motes, #33997
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294
(303) 312-7999
(303) 312-7259 fax
Alan.Motes@usdoj.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 26, 2024, a copy of the **UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION DATED AUGUST 14, 2024 FOR SMALL BUSINESS UNDER CHAPTER 11, SUBCHAPTER V** was served on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- Attorney John Cimino, via CM/ECF
- Subchapter V Trustee Joli A. Lofstedt, via CM/ECF

/s/ Alan K. Motes
Office of the United States Trustee