UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: ) Case No. 24-12624 KHT
)
DNC and TCPA Sanitizer List, LLC ) Chapter 11, Subchapter V
)
Debtor. )

**DEBTOR'S MOTION TO VACATE CONFIRMATION HEARING
SCHEDULED FOR THURSDAY DECEMBER 3, 2024 OR TO RESCHEDULE
HEARING FOR A STATUS AND SCHEDULING CONFERENCE**

Debtor, DNC and TCPA List Sanitizer, LLC., by and through its counsel, Cimino Law Office, LLC, for its motion to vacate the confirmation hearing scheduled for Thursday December 3, 2024 or to docket the hearing as a status and scheduling conference at the same time and date, respectfully states as follows:

1. A confirmation hearing is scheduled for Thursday, October 3, 2024. In email discussions with Alan Motes, Esq., it was suggested that the confirmation hearing be vacated or used as a status and scheduling conference.

2. Debtor has recently filed a revised Chapter 11 plan which may satisfy all creditors. (If creditors offer more ideas acceptable to the Debtor, then the Debtor may file another plan.)

3. For the moment, it appears Debtor will be able to file a plan acceptable to all creditors. For example, secured creditor JPMorgan Chase Bank has provided proposed plan language which Debtor will add to the plan. Also, Debtor intends to pay Ringba, LLC in full over thirty-six months (36) with interest at 8% per annum because it has a state court judgment and is entitled to statutory interest. The only other major claim is that of attorney Jeffrey Cohen to which Debtor objects.

4. It will be a more efficient use of court time to either vacate the upcoming confirmation hearing and set deadlines to object to the filed revised plan and/or vote, or to

convert the upcoming hearing to a status and scheduling conference.

WHEREFORE, Debtor respectfully requests that this honorable Court vacate the upcoming confirmation hearing and set new deadlines or convert the September 30, 2024 confirmation hearing to a status and scheduling conference.

DATED this 30th day of September, 2024.

Respectfully submitted,

By:/s/ John A. Cimino
    John A. Cimino, Esq., #14032
    **CIMINO LAW OFFICE, LLC.**
    **5500 East Yale Ave., Suite 201A**
    Denver, CO 80222
    E-mail: JC925AVE@yahoo.com
    Telephone: 720-434-0434

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2024, I caused this MOTION to be served on all interested parties requesting electronic service as follows:

Counsel for Gary Tucker, Esq.

United States Trustee

Jeffrey Cohen, Esq.

Joli Lofstedt, Esq.

Chad Caby, Esq.

Any other parties requesting electronic service


/s/ John A. Cimino

_____
For Cimino Law Office, LLC

3