UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC  and TCPA Sanitizer List, LLC | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO VACATE CONFIRMATION HEARING SCHEDULED FOR THURSDAY DECEMBER 3, 2024 OR TO RESCHEDULE HEARING FOR A STATUS AND SCHEDULING CONFERENCE**

THIS MATTER is before the court upon the September 30, 2024 motion of the Debtor, DNC and TCPA List Sanitizer, LLC., by and through its counsel, Cimino Law Office, LLC to vacate the confirmation hearing scheduled for Thursday December 3, 2024 or to docket the hearing as a status and scheduling conference at the same time and date.

THIS COURT having reviewed the motion and good cause having been shown therefor, vacates the confirmation hearing scheduled for October 3, 2024.  The Court will issue new deadlines for the most recent plan filed by the Debtor or any updated plans to be filed.

Dated this ____ day of September, 2024.

UNITED STATES BANKRUPTCY COURT

_____
Hon. Kimberly H. Tyson, Chief Judge

1