UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 24-12624 KHT |
| ) | |
| DNC and TCPA Sanitizer List, LLC ) | Chapter 11, Subchapter V |
| ) | |
| Debtor. ) | |

**ORDER GRANTING DEBTOR'S MOTION TO VACATE CONFIRMATION HEARING SCHEDULED FOR THURSDAY OCTOBER 3, 2024 OR TO RESCHEDULE HEARING FOR A STATUS AND SCHEDULING CONFERENCE**

THIS MATTER is before the court upon the September 30, 2024 motion of the Debtor, DNC and TCPA List Sanitizer, LLC., by and through its counsel, Cimino Law Office, LLC to vacate the confirmation hearing scheduled for Thursday October 3, 2024 or to docket the hearing as a status and scheduling conference at the same time and date.

THIS COURT having reviewed the motion and good cause having been shown therefor, vacates the confirmation hearing scheduled for October 3, 2024, at 10:00 a.m., and converts the hearing to a status and scheduling conference. Parties shall appear by phone. All information regarding telephonic appearances can be found on the Court's websited: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht

Dated this 30th day of September, 2024.

UNITED STATES BANKRUPTCY COURT

_____
Hon. Kimberley H. Tyson, Chief Judge