UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC and TCPA List Sanitizer, LLC | ) | Chapter 11, Subchapter V |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO PLAN OF REORGANIZATION DATED AUGUST 14, 2024 FOR SMALL BUSINESS UNDER CHAPTER 11, SUBCHAPTER V AND TO SUBMIT BALLOT**

THIS MATTER comes before the Court on JPMorgan Chase Bank, N.A.'s ("Chase") Unopposed Motion for Extension of Time to Object to Plan of Reorganization Dated August 14, 2024 For Small Business Under Chapter 11, Subchapter V and to Submit Ballot (the "Motion"). The Court, having reviewed the file, and being fully advised in the premises, hereby finds good cause for the requested extension.

Accordingly, the Court **GRANTS** the Motion. Chase shall have up to and including October 2, 2024, or any later date the Court sets after an amended Plan is filed, in which to Object to the Plan or amended Plan, if an amended Plan is filed, and to submit a Ballot.

Date: October 1, 2024

BY THE COURT

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge

59291766.1