**DNC AND TCPA LIST SANITIZER**
**BANKRUPTCY ESTATE 24-12624 KHT**
**MONTHLY OPERATING REPORT**
**REPORTING PERIOD ENDED: 08/31/24**

## SUMMARY OF BANK ACCOUNTS

| | INTEGRITY X627 DIP ACCT | STRIPE | PAYPAL | TOTALS |
|---|---|---|---|---|
| **BEGINNING BALANCE** | 95,951 | 3,338 | 4,779 | 104,069 |
| **RECEIPTS** | 3,740 | 96,403 | 4,923 | 105,066 |
| **TRANSFERS IN** | 101,182 | - | 6,777 | 107,959 |
| **DISBURSEMENTS** | (120,763) | (3,003) | (180) | (123,946) |
| **TRANSFERS OUT** | (6,777) | (96,149) | (5,034) | (107,959) |
| **ENDING BALANCE** | 73,334 | 589 | 11,265 | 85,188 |

**DNC AND TCPA LIST SANITIZER**
**BANKRUPTCY ESTATE 24-12624 KHT**
**MONTHLY OPERATING REPORT**
**REPORTING PERIOD ENDED: 08/31/24**

**EXHIBIT C - TOTAL CASH RECEIPTS**

### INTEGRITY BANK X627 - DIP ACCOUNT

| DATE | PAYOR | | TRANSACTION PURPOSE | AMOUNT |
|------|-------|------|---------------------|--------|
| 8/13/24 | *confidential* | Sales | | 1,500.00 |
| 8/16/24 | *confidential* | Sales | | 2,240.00 |
| | | | **TOTAL INTEGRITY BANK X627 - DIP ACCOUNT** | **3,740.00** |

### STRIPE - COLLECTIONS ACCOUNT

| DATE | PAYOR | | TRANSACTION PURPOSE | AMOUNT |
|------|-------|------|---------------------|--------|
| 8/1/24 | *confidential* | Sales | | 750.00 |
| 8/1/24 | *confidential* | Sales | | 299.00 |
| 8/1/24 | *confidential* | Sales | | 799.00 |
| 8/1/24 | *confidential* | Sales | | 3,250.00 |
| 8/1/24 | *confidential* | Sales | | 299.00 |
| 8/1/24 | *confidential* | Sales | | 375.00 |
| 8/1/24 | *confidential* | Sales | | 199.00 |
| 8/2/24 | *confidential* | Sales | | 2,500.00 |
| 8/2/24 | *confidential* | Sales | | 199.00 |
| 8/2/24 | *confidential* | Sales | | 299.00 |
| 8/2/24 | *confidential* | Sales | | 199.00 |
| 8/2/24 | *confidential* | Sales | | 2,499.00 |
| 8/2/24 | *confidential* | Sales | | 99.00 |
| 8/3/24 | *confidential* | Sales | | 199.00 |
| 8/3/24 | *confidential* | Sales | | 199.00 |
| 8/3/24 | *confidential* | Sales | | 199.00 |
| 8/3/24 | *confidential* | Sales | | 199.00 |
| 8/3/24 | *confidential* | Sales | | 299.00 |
| 8/3/24 | *confidential* | Sales | | 199.00 |
| 8/4/24 | *confidential* | Sales | | 299.00 |
| 8/4/24 | *confidential* | Sales | | 249.00 |
| 8/4/24 | *confidential* | Sales | | 80.00 |
| 8/4/24 | *confidential* | Sales | | 149.00 |
| 8/5/24 | *confidential* | Sales | | 1,649.00 |
| 8/5/24 | *confidential* | Sales | | 2,500.00 |
| 8/5/24 | *confidential* | Sales | | 199.00 |
| 8/5/24 | *confidential* | Sales | | 199.00 |
| 8/5/24 | *confidential* | Sales | | 199.00 |
| 8/5/24 | *confidential* | Sales | | 449.00 |
| 8/5/24 | *confidential* | Sales | | 499.00 |
| 8/5/24 | *confidential* | Sales | | 300.00 |
| 8/5/24 | *confidential* | Sales | | 299.00 |
| 8/5/24 | *confidential* | Sales | | 1.00 |
| 8/5/24 | *confidential* | Sales | | 249.00 |
| 8/6/24 | *confidential* | Sales | | 299.00 |
| 8/6/24 | *confidential* | Sales | | 1,000.00 |
| 8/6/24 | *confidential* | Sales | | 199.00 |
| 8/6/24 | *confidential* | Sales | | 299.00 |
| 8/6/24 | *confidential* | Sales | | 299.00 |
| 8/6/24 | *confidential* | Sales | | 500.00 |
| 8/6/24 | *confidential* | Sales | | 199.00 |
| 8/6/24 | *confidential* | Sales | | 7,500.00 |
| 8/6/24 | *confidential* | Sales | | 249.00 |
| 8/6/24 | *confidential* | Sales | | 199.00 |

| Date | | | Amount |
|---|---|---|---|
| 8/6/24 | confidential | Sales | 300.00 |
| 8/6/24 | confidential | Sales | 299.00 |
| 8/6/24 | confidential | Sales | 399.00 |
| 8/6/24 | confidential | Sales | 99.00 |
| 8/7/24 | confidential | Sales | 2,100.00 |
| 8/7/24 | confidential | Sales | 249.00 |
| 8/7/24 | confidential | Sales | 299.00 |
| 8/7/24 | confidential | Sales | 149.00 |
| 8/7/24 | confidential | Sales | 149.00 |
| 8/7/24 | confidential | Sales | 199.00 |
| 8/7/24 | confidential | Sales | 199.00 |
| 8/7/24 | confidential | Sales | 199.00 |
| 8/8/24 | confidential | Sales | 1,000.00 |
| 8/8/24 | confidential | Sales | 2,500.00 |
| 8/8/24 | confidential | Sales | 99.00 |
| 8/8/24 | confidential | Sales | 299.00 |
| 8/8/24 | confidential | Sales | 249.00 |
| 8/8/24 | confidential | Sales | 149.00 |
| 8/8/24 | confidential | Sales | 149.00 |
| 8/8/24 | confidential | Sales | 199.00 |
| 8/8/24 | confidential | Sales | 299.00 |
| 8/8/24 | confidential | Sales | 418.00 |
| 8/8/24 | confidential | Sales | 199.00 |
| 8/9/24 | confidential | Sales | 2,249.00 |
| 8/9/24 | confidential | Sales | 299.00 |
| 8/9/24 | confidential | Sales | 299.00 |
| 8/10/24 | confidential | Sales | 199.00 |
| 8/10/24 | confidential | Sales | 199.00 |
| 8/10/24 | confidential | Sales | 199.00 |
| 8/10/24 | confidential | Sales | 299.00 |
| 8/11/24 | confidential | Sales | 2,500.00 |
| 8/11/24 | confidential | Sales | 299.00 |
| 8/11/24 | confidential | Sales | 299.00 |
| 8/11/24 | confidential | Sales | 249.00 |
| 8/11/24 | confidential | Sales | 149.00 |
| 8/12/24 | confidential | Sales | 3,000.00 |
| 8/12/24 | confidential | Sales | 199.00 |
| 8/12/24 | confidential | Sales | 199.00 |
| 8/12/24 | confidential | Sales | 799.00 |
| 8/12/24 | confidential | Sales | 1,750.00 |
| 8/12/24 | confidential | Sales | 249.00 |
| 8/12/24 | confidential | Sales | 299.00 |
| 8/12/24 | confidential | Sales | 900.00 |
| 8/12/24 | confidential | Sales | 99.00 |
| 8/13/24 | confidential | Sales | 299.00 |
| 8/13/24 | confidential | Sales | 199.00 |
| 8/13/24 | confidential | Sales | 99.00 |
| 8/14/24 | confidential | Sales | 99.00 |
| 8/14/24 | confidential | Sales | 199.00 |
| 8/14/24 | confidential | Sales | 99.00 |
| 8/14/24 | confidential | Sales | 99.00 |
| 8/14/24 | confidential | Sales | 99.00 |
| 8/15/24 | confidential | Sales | 199.00 |
| 8/15/24 | confidential | Sales | 299.00 |
| 8/15/24 | confidential | Sales | 199.00 |
| 8/15/24 | confidential | Sales | 199.00 |
| 8/15/24 | confidential | Sales | 299.00 |
| 8/15/24 | confidential | Sales | 99.00 |
| 8/15/24 | confidential | Sales | 299.00 |
| 8/15/24 | confidential | Sales | 99.00 |
| 8/15/24 | confidential | Sales | 75.00 |
| 8/16/24 | confidential | Sales | 199.00 |
| 8/16/24 | confidential | Sales | 149.00 |
| 8/16/24 | confidential | Sales | 199.00 |

| Date | | | |
|---|---|---|---:|
| 8/16/24 | confidential | Sales | 199.00 |
| 8/16/24 | confidential | Sales | 299.00 |
| 8/16/24 | confidential | Sales | 199.00 |
| 8/16/24 | confidential | Sales | 199.00 |
| 8/16/24 | confidential | Sales | 299.00 |
| 8/17/24 | confidential | Sales | 199.00 |
| 8/17/24 | confidential | Sales | 99.00 |
| 8/17/24 | confidential | Sales | 499.00 |
| 8/17/24 | confidential | Sales | 199.00 |
| 8/18/24 | confidential | Sales | 199.00 |
| 8/18/24 | confidential | Sales | 299.00 |
| 8/18/24 | confidential | Sales | 299.00 |
| 8/18/24 | confidential | Sales | 199.00 |
| 8/19/24 | confidential | Sales | 99.00 |
| 8/19/24 | confidential | Sales | 199.00 |
| 8/19/24 | confidential | Sales | 199.00 |
| 8/20/24 | confidential | Sales | 499.00 |
| 8/20/24 | confidential | Sales | 1,250.00 |
| 8/20/24 | confidential | Sales | 2,029.00 |
| 8/20/24 | confidential | Sales | 299.00 |
| 8/20/24 | confidential | Sales | 199.00 |
| 8/20/24 | confidential | Sales | 249.00 |
| 8/21/24 | confidential | Sales | 199.00 |
| 8/21/24 | confidential | Sales | 300.00 |
| 8/21/24 | confidential | Sales | 199.00 |
| 8/21/24 | confidential | Sales | 299.00 |
| 8/21/24 | confidential | Sales | 199.00 |
| 8/21/24 | confidential | Sales | 299.00 |
| 8/21/24 | confidential | Sales | 149.00 |
| 8/21/24 | confidential | Sales | 299.00 |
| 8/21/24 | confidential | Sales | 199.00 |
| 8/22/24 | confidential | Sales | 199.00 |
| 8/22/24 | confidential | Sales | 299.00 |
| 8/22/24 | confidential | Sales | 99.00 |
| 8/23/24 | confidential | Sales | 3,000.00 |
| 8/23/24 | confidential | Sales | 449.00 |
| 8/23/24 | confidential | Sales | 499.00 |
| 8/23/24 | confidential | Sales | 199.00 |
| 8/23/24 | confidential | Sales | 99.00 |
| 8/23/24 | confidential | Sales | 799.00 |
| 8/23/24 | confidential | Sales | 299.00 |
| 8/23/24 | confidential | Sales | 99.00 |
| 8/24/24 | confidential | Sales | 199.00 |
| 8/24/24 | confidential | Sales | 299.00 |
| 8/24/24 | confidential | Sales | 299.00 |
| 8/24/24 | confidential | Sales | 299.00 |
| 8/24/24 | confidential | Sales | 199.00 |
| 8/24/24 | confidential | Sales | 449.00 |
| 8/24/24 | confidential | Sales | 299.00 |
| 8/24/24 | confidential | Sales | 199.00 |
| 8/24/24 | confidential | Sales | 199.00 |
| 8/24/24 | confidential | Sales | 1,500.00 |
| 8/25/24 | confidential | Sales | 375.00 |
| 8/25/24 | confidential | Sales | 199.00 |
| 8/25/24 | confidential | Sales | 299.00 |
| 8/25/24 | confidential | Sales | 299.00 |
| 8/26/24 | confidential | Sales | 199.00 |
| 8/26/24 | confidential | Sales | 149.00 |
| 8/26/24 | confidential | Sales | 199.00 |
| 8/26/24 | confidential | Sales | 250.00 |
| 8/26/24 | confidential | Sales | 1,649.00 |
| 8/26/24 | confidential | Sales | 499.00 |
| 8/26/24 | confidential | Sales | 2,029.00 |
| 8/26/24 | confidential | Sales | 299.00 |

| DATE | PAYOR | | TRANSACTION PURPOSE | AMOUNT |
|---|---|---|---|---|
| 8/26/24 | *confidential* | Sales | | 199.00 |
| 8/26/24 | *confidential* | Sales | | 199.00 |
| 8/26/24 | *confidential* | Sales | | 199.00 |
| 8/26/24 | *confidential* | Sales | | 199.00 |
| 8/27/24 | *confidential* | Sales | | 299.00 |
| 8/27/24 | *confidential* | Sales | | 199.00 |
| 8/27/24 | *confidential* | Sales | | 449.00 |
| 8/27/24 | *confidential* | Sales | | 199.00 |
| 8/27/24 | *confidential* | Sales | | 199.00 |
| 8/27/24 | *confidential* | Sales | | 199.00 |
| 8/27/24 | *confidential* | Sales | | 299.00 |
| 8/27/24 | *confidential* | Sales | | 300.00 |
| 8/27/24 | *confidential* | Sales | | 299.00 |
| 8/28/24 | *confidential* | Sales | | 199.00 |
| 8/28/24 | *confidential* | Sales | | 199.00 |
| 8/28/24 | *confidential* | Sales | | 199.00 |
| 8/29/24 | *confidential* | Sales | | 199.00 |
| 8/29/24 | *confidential* | Sales | | 199.00 |
| 8/29/24 | *confidential* | Sales | | 199.00 |
| 8/29/24 | *confidential* | Sales | | 199.00 |
| 8/30/24 | *confidential* | Sales | | 799.00 |
| 8/30/24 | *confidential* | Sales | | 499.00 |
| 8/31/24 | *confidential* | Sales | | 249.00 |
| 8/31/24 | *confidential* | Sales | | 149.00 |
| 8/31/24 | *confidential* | Sales | | 995.00 |
| 8/31/24 | *confidential* | Sales | | 199.00 |
| 8/31/24 | *confidential* | Sales | | 199.00 |
| 8/31/24 | *confidential* | Sales | | 600.00 |
| 8/31/24 | *confidential* | Sales | | 299.00 |
| 8/31/24 | *confidential* | Sales | | 99.00 |
| 8/31/24 | *confidential* | Sales | | 149.00 |
| 8/31/24 | *confidential* | Sales | | 799.00 |
| 8/31/24 | *confidential* | Sales | | 99.00 |
| 8/31/24 | *confidential* | Sales | | 299.00 |
| | | | **TOTAL STRIPE - COLLECTIONS ACCOUNT** | **96,403.00** |

**PAYPAL - COLLECTIONS ACCOUNT**

| DATE | PAYOR | | TRANSACTION PURPOSE | AMOUNT |
|---|---|---|---|---|
| 8/5/2024 | *confidential* | Sales | | 199.00 |
| 8/6/2024 | *confidential* | Sales | | 99.00 |
| 8/9/2024 | *confidential* | Sales | | 199.00 |
| 8/10/2024 | *confidential* | Sales | | 199.00 |
| 8/12/2024 | *confidential* | Sales | | 199.00 |
| 8/13/2024 | *confidential* | Sales | | 199.00 |
| 8/14/2024 | *confidential* | Sales | | 199.00 |
| 8/15/2024 | *confidential* | Sales | | 299.00 |
| 8/16/2024 | *confidential* | Sales | | 299.00 |
| 8/20/2024 | *confidential* | Sales | | 299.00 |
| 8/23/2024 | *confidential* | Sales | | 190.00 |
| 8/23/2024 | *confidential* | Sales | | 199.00 |
| 8/26/2024 | *confidential* | Sales | | 799.00 |
| 8/26/2024 | *confidential* | Sales | | 398.00 |
| 8/29/2024 | *confidential* | Sales | | 199.00 |
| 8/29/2024 | *confidential* | Sales | | 199.00 |
| 8/29/2024 | *confidential* | Sales | | 300.00 |
| 8/29/2024 | *confidential* | Sales | | 449.00 |
| | | | **TOTAL PAYPAL - COLLECTIONS ACCOUNT** | **4,923.00** |
| | | | **TOTAL CASH RECEIPTS** | **105,066** |

DNC AND TCPA LIST SANITIZER
BANKRUPTCY ESTATE 24-12624 KHT
MONTHLY OPERATING REPORT
REPORTING PERIOD ENDED: 08/31/24

EXHIBIT D - TOTAL CASH DISBURSEMENTS

**INTEGRITY BANK X627 - DIP ACCOUNT**

| DATE | CHECK # | PAYEE | TRANSACTION PURPOSE | AMOUNT |
|---|---|---|---|---|
| 8/2/24 | ACH | Upwork | Web services | (463.50) |
| 8/2/24 | ACH | Upwork | Web services | (463.50) |
| 8/2/24 | ACH | Upwork | Web services | (206.00) |
| 8/2/24 | ACH | Integrity Bank | Bank Fees | (25.00) |
| 8/6/24 | 101 | SLBiggs | Accounting Fees | (10,000.00) |
| 8/6/24 | ACH | Upwork | Web services | (1,797.69) |
| 8/7/24 | ACH | Gateway Services | Web services | (18.50) |
| 8/8/24 | ACH | Upwork | Web services | (309.00) |
| 8/9/24 | ACH | Cashyew Holding | July Owner Comp Accrual Paid | (91,134.00) |
| 8/12/24 | ACH | TADHG S WEB STUFF IAT PAYPA | | (3,360.00) |
| 8/12/24 | ACH | Capital One | Credit Card Payment | (3,000.00) |
| 8/13/24 | ACH | Upwork | Web services | (1,988.24) |
| 8/15/24 | ACH | Upwork | Web services | (103.00) |
| 8/16/24 | ACH | Upwork | Web services | (463.50) |
| 8/16/24 | ACH | Upwork | Web services | (463.50) |
| 8/16/24 | ACH | Upwork | Web services | (206.00) |
| 8/20/24 | ACH | Upwork | Web services | (1,737.27) |
| 8/21/24 | ACH | Wise Inc | Contractors | (2,005.00) |
| 8/21/24 | ACH | Wise Inc | Contractors | (700.00) |
| 8/21/24 | ACH | Wise Inc | Contractors | (440.00) |
| 8/26/24 | ACH | Google Meet | Web Services | (20.00) |
| 8/27/24 | ACH | Upwork | Web services | (1,859.15) |
| | | | **TOTAL INTEGRITY BANK X627 - DIP ACCOUNT** | **(120,762.85)** |

**STRIPE - COLLECTIONS ACCOUNT**

| DATE | CHECK # | PAYEE | TRANSACTION PURPOSE | AMOUNT |
|---|---|---|---|---|
| 8/1/24 | ACH | Stripe | Fees | 22.05 |
| 8/1/24 | ACH | Stripe | Fees | 8.97 |
| 8/1/24 | ACH | Stripe | Fees | 27.47 |
| 8/1/24 | ACH | Stripe | Fees | 94.55 |
| 8/1/24 | ACH | Stripe | Fees | 8.97 |
| 8/1/24 | ACH | Stripe | Fees | 11.18 |
| 8/1/24 | ACH | Stripe | Fees | 6.07 |
| 8/2/24 | ACH | Stripe | Fees | 72.80 |
| 8/2/24 | ACH | Stripe | Fees | 9.06 |
| 8/2/24 | ACH | Stripe | Fees | 13.46 |
| 8/2/24 | ACH | Stripe | Fees | 6.07 |
| 8/2/24 | ACH | Stripe | Fees | 72.77 |
| 8/2/24 | ACH | Stripe | Fees | 3.17 |
| 8/3/24 | ACH | Stripe | Fees | 9.06 |
| 8/3/24 | ACH | Stripe | Fees | 6.07 |
| 8/3/24 | ACH | Stripe | Fees | 6.07 |
| 8/3/24 | ACH | Stripe | Fees | 6.07 |
| 8/3/24 | ACH | Stripe | Fees | 8.97 |
| 8/3/24 | ACH | Stripe | Fees | 6.07 |
| 8/4/24 | ACH | Stripe | Fees | 8.97 |
| 8/4/24 | ACH | Stripe | Fees | 7.52 |
| 8/4/24 | ACH | Stripe | Fees | 2.62 |
| 8/4/24 | ACH | Stripe | Fees | 4.62 |
| 8/5/24 | ACH | Stripe | Fees | 48.12 |
| 8/5/24 | ACH | Stripe | Fees | 72.80 |
| 8/5/24 | ACH | Stripe | Fees | 6.07 |
| 8/5/24 | ACH | Stripe | Fees | 6.07 |
| 8/5/24 | ACH | Stripe | Fees | 6.07 |
| 8/5/24 | ACH | Stripe | Fees | 13.32 |

| | | | | |
|---|---|---|---|---:|
| 8/5/24 | ACH | Stripe | Fees | 14.77 |
| 8/5/24 | ACH | Stripe | Fees | 13.50 |
| 8/5/24 | ACH | Stripe | Fees | 8.97 |
| 8/5/24 | ACH | Stripe | Fees | 0.34 |
| 8/5/24 | ACH | Stripe | Fees | 7.52 |
| 8/6/24 | ACH | Stripe | Fees | 8.97 |
| 8/6/24 | ACH | Stripe | Fees | 29.30 |
| 8/6/24 | ACH | Stripe | Fees | 6.07 |
| 8/6/24 | ACH | Stripe | Fees | 8.97 |
| 8/6/24 | ACH | Stripe | Fees | 8.97 |
| 8/6/24 | ACH | Stripe | Fees | 14.80 |
| 8/6/24 | ACH | Stripe | Fees | 6.07 |
| 8/6/24 | ACH | Stripe | Fees | 217.80 |
| 8/6/24 | ACH | Stripe | Fees | 11.26 |
| 8/6/24 | ACH | Stripe | Fees | 6.07 |
| 8/6/24 | ACH | Stripe | Fees | 13.50 |
| 8/6/24 | ACH | Stripe | Fees | 8.97 |
| 8/6/24 | ACH | Stripe | Fees | 17.86 |
| 8/6/24 | ACH | Stripe | Fees | 3.17 |
| 8/7/24 | ACH | Stripe | Fees | 61.20 |
| 8/7/24 | ACH | Stripe | Fees | 7.52 |
| 8/7/24 | ACH | Stripe | Fees | 8.97 |
| 8/7/24 | ACH | Stripe | Fees | 6.86 |
| 8/7/24 | ACH | Stripe | Fees | 4.62 |
| 8/7/24 | ACH | Stripe | Fees | 9.06 |
| 8/7/24 | ACH | Stripe | Fees | 6.07 |
| 8/7/24 | ACH | Stripe | Fees | 6.07 |
| 8/8/24 | ACH | Stripe | Fees | 29.30 |
| 8/8/24 | ACH | Stripe | Fees | 72.80 |
| 8/8/24 | ACH | Stripe | Fees | 3.17 |
| 8/8/24 | ACH | Stripe | Fees | 8.97 |
| 8/8/24 | ACH | Stripe | Fees | 11.26 |
| 8/8/24 | ACH | Stripe | Fees | 4.62 |
| 8/8/24 | ACH | Stripe | Fees | 4.62 |
| 8/8/24 | ACH | Stripe | Fees | 6.07 |
| 8/8/24 | ACH | Stripe | Fees | 8.97 |
| 8/8/24 | ACH | Stripe | Fees | 12.42 |
| 8/8/24 | ACH | Stripe | Fees | 9.06 |
| 8/9/24 | ACH | Stripe | Fees | 65.52 |
| 8/9/24 | ACH | Stripe | Fees | 8.97 |
| 8/9/24 | ACH | Stripe | Fees | 8.97 |
| 8/10/24 | ACH | Stripe | Fees | 6.07 |
| 8/10/24 | ACH | Stripe | Fees | 6.07 |
| 8/10/24 | ACH | Stripe | Fees | 6.07 |
| 8/10/24 | ACH | Stripe | Fees | 8.97 |
| 8/11/24 | ACH | Stripe | Fees | 72.80 |
| 8/11/24 | ACH | Stripe | Fees | 8.97 |
| 8/11/24 | ACH | Stripe | Fees | 8.97 |
| 8/11/24 | ACH | Stripe | Fees | 7.52 |
| 8/11/24 | ACH | Stripe | Fees | 4.62 |
| 8/12/24 | ACH | Stripe | Fees | 87.30 |
| 8/12/24 | ACH | Stripe | Fees | 6.07 |
| 8/12/24 | ACH | Stripe | Fees | 6.07 |
| 8/12/24 | ACH | Stripe | Fees | 23.47 |
| 8/12/24 | ACH | Stripe | Fees | 51.05 |
| 8/12/24 | ACH | Stripe | Fees | 7.52 |
| 8/12/24 | ACH | Stripe | Fees | 13.46 |
| 8/12/24 | ACH | Stripe | Fees | 39.90 |
| 8/12/24 | ACH | Stripe | Fees | 3.17 |
| 8/13/24 | ACH | Stripe | Fees | 13.46 |
| 8/13/24 | ACH | Stripe | Fees | 9.06 |
| 8/13/24 | ACH | Stripe | Fees | 3.17 |
| 8/14/24 | ACH | Stripe | Fees | 3.17 |
| 8/14/24 | ACH | Stripe | Fees | 9.06 |
| 8/14/24 | ACH | Stripe | Fees | 3.17 |
| 8/14/24 | ACH | Stripe | Fees | 3.17 |
| 8/14/24 | ACH | Stripe | Fees | 3.17 |
| 8/15/24 | ACH | Stripe | Fees | 6.07 |

| Date | Type | Payee | Category | Amount |
|---|---|---|---|---|
| 8/15/24 | ACH | Stripe | Fees | 13.46 |
| 8/15/24 | ACH | Stripe | Fees | 6.07 |
| 8/15/24 | ACH | Stripe | Fees | 6.07 |
| 8/15/24 | ACH | Stripe | Fees | 8.97 |
| 8/15/24 | ACH | Stripe | Fees | 3.17 |
| 8/15/24 | ACH | Stripe | Fees | 8.97 |
| 8/15/24 | ACH | Stripe | Fees | 3.17 |
| 8/15/24 | ACH | Stripe | Fees | 2.48 |
| 8/16/24 | ACH | Stripe | Fees | 6.07 |
| 8/16/24 | ACH | Stripe | Fees | 4.62 |
| 8/16/24 | ACH | Stripe | Fees | 9.06 |
| 8/16/24 | ACH | Stripe | Fees | 6.07 |
| 8/16/24 | ACH | Stripe | Fees | 8.97 |
| 8/16/24 | ACH | Stripe | Fees | 9.06 |
| 8/16/24 | ACH | Stripe | Fees | 6.07 |
| 8/16/24 | ACH | Stripe | Fees | 8.97 |
| 8/17/24 | ACH | Stripe | Fees | 9.06 |
| 8/17/24 | ACH | Stripe | Fees | 3.17 |
| 8/17/24 | ACH | Stripe | Fees | 14.77 |
| 8/17/24 | ACH | Stripe | Fees | 6.07 |
| 8/18/24 | ACH | Stripe | Fees | 6.07 |
| 8/18/24 | ACH | Stripe | Fees | 8.97 |
| 8/18/24 | ACH | Stripe | Fees | 8.97 |
| 8/18/24 | ACH | Stripe | Fees | 6.07 |
| 8/19/24 | ACH | Stripe | Fees | 3.17 |
| 8/19/24 | ACH | Stripe | Fees | 9.06 |
| 8/19/24 | ACH | Stripe | Fees | 6.07 |
| 8/20/24 | ACH | Stripe | Fees | 14.77 |
| 8/20/24 | ACH | Stripe | Fees | 36.55 |
| 8/20/24 | ACH | Stripe | Fees | 59.14 |
| 8/20/24 | ACH | Stripe | Fees | 8.97 |
| 8/20/24 | ACH | Stripe | Fees | 6.07 |
| 8/20/24 | ACH | Stripe | Fees | 7.52 |
| 8/21/24 | ACH | Stripe | Fees | 6.07 |
| 8/21/24 | ACH | Stripe | Fees | 13.50 |
| 8/21/24 | ACH | Stripe | Fees | 9.06 |
| 8/21/24 | ACH | Stripe | Fees | 13.46 |
| 8/21/24 | ACH | Stripe | Fees | 6.07 |
| 8/21/24 | ACH | Stripe | Fees | 8.97 |
| 8/21/24 | ACH | Stripe | Fees | 4.62 |
| 8/21/24 | ACH | Stripe | Fees | 8.97 |
| 8/21/24 | ACH | Stripe | Fees | 6.07 |
| 8/22/24 | ACH | Stripe | Fees | 9.06 |
| 8/22/24 | ACH | Stripe | Fees | 8.97 |
| 8/22/24 | ACH | Stripe | Fees | 3.17 |
| 8/23/24 | ACH | Stripe | Fees | 87.30 |
| 8/23/24 | ACH | Stripe | Fees | 20.06 |
| 8/23/24 | ACH | Stripe | Fees | 14.77 |
| 8/23/24 | ACH | Stripe | Fees | 6.07 |
| 8/23/24 | ACH | Stripe | Fees | 3.17 |
| 8/23/24 | ACH | Stripe | Fees | 23.47 |
| 8/23/24 | ACH | Stripe | Fees | 8.97 |
| 8/23/24 | ACH | Stripe | Fees | 3.17 |
| 8/24/24 | ACH | Stripe | Fees | 9.06 |
| 8/24/24 | ACH | Stripe | Fees | 13.46 |
| 8/24/24 | ACH | Stripe | Fees | 13.46 |
| 8/24/24 | ACH | Stripe | Fees | 8.97 |
| 8/24/24 | ACH | Stripe | Fees | 6.07 |
| 8/24/24 | ACH | Stripe | Fees | 13.32 |
| 8/24/24 | ACH | Stripe | Fees | 8.97 |
| 8/24/24 | ACH | Stripe | Fees | 6.07 |
| 8/24/24 | ACH | Stripe | Fees | 6.07 |
| 8/24/24 | ACH | Stripe | Fees | 43.80 |
| 8/25/24 | ACH | Stripe | Fees | 16.80 |
| 8/25/24 | ACH | Stripe | Fees | 6.07 |
| 8/25/24 | ACH | Stripe | Fees | 8.97 |
| 8/25/24 | ACH | Stripe | Fees | 8.97 |
| 8/26/24 | ACH | Stripe | Fees | 6.07 |

| | | | | |
|---|---|---|---|--:|
| 8/26/24 | ACH | Stripe | Fees | 4.62 |
| 8/26/24 | ACH | Stripe | Fees | 6.07 |
| 8/26/24 | ACH | Stripe | Fees | 7.55 |
| 8/26/24 | ACH | Stripe | Fees | 48.12 |
| 8/26/24 | ACH | Stripe | Fees | 14.77 |
| 8/26/24 | ACH | Stripe | Fees | 59.14 |
| 8/26/24 | ACH | Stripe | Fees | 8.97 |
| 8/26/24 | ACH | Stripe | Fees | 6.07 |
| 8/26/24 | ACH | Stripe | Fees | 6.07 |
| 8/26/24 | ACH | Stripe | Fees | 6.07 |
| 8/26/24 | ACH | Stripe | Fees | 6.07 |
| 8/27/24 | ACH | Stripe | Fees | 8.97 |
| 8/27/24 | ACH | Stripe | Fees | 9.06 |
| 8/27/24 | ACH | Stripe | Fees | 13.32 |
| 8/27/24 | ACH | Stripe | Fees | 6.07 |
| 8/27/24 | ACH | Stripe | Fees | 6.07 |
| 8/27/24 | ACH | Stripe | Fees | 8.97 |
| 8/27/24 | ACH | Stripe | Fees | 13.50 |
| 8/27/24 | ACH | Stripe | Fees | 8.97 |
| 8/28/24 | ACH | Stripe | Fees | 6.07 |
| 8/28/24 | ACH | Stripe | Fees | 9.06 |
| 8/28/24 | ACH | Stripe | Fees | 6.07 |
| 8/29/24 | ACH | Stripe | Fees | 6.07 |
| 8/29/24 | ACH | Stripe | Fees | 9.06 |
| 8/29/24 | ACH | Stripe | Fees | 6.07 |
| 8/29/24 | ACH | Stripe | Fees | 6.07 |
| 8/30/24 | ACH | Stripe | Fees | 23.47 |
| 8/30/24 | ACH | Stripe | Fees | 14.77 |
| 8/31/24 | ACH | Stripe | Fees | 7.52 |
| 8/31/24 | ACH | Stripe | Fees | 4.62 |
| 8/31/24 | ACH | Stripe | Fees | 29.16 |
| 8/31/24 | ACH | Stripe | Fees | 9.06 |
| 8/31/24 | ACH | Stripe | Fees | 6.07 |
| 8/31/24 | ACH | Stripe | Fees | 17.70 |
| 8/31/24 | ACH | Stripe | Fees | 8.97 |
| 8/31/24 | ACH | Stripe | Fees | 3.17 |
| 8/31/24 | ACH | Stripe | Fees | 4.62 |
| 8/31/24 | ACH | Stripe | Fees | 23.47 |
| 8/31/24 | ACH | Stripe | Fees | 3.17 |
| 8/31/24 | ACH | Stripe | Fees | 8.97 |

|  |  |
|---|--:|
| **TOTAL STRIPE - COLLECTIONS ACCOUNT** | **3,003.17** |

**PAYPAL - COLLECTIONS ACCOUNT**

| DATE | CHECK # | | PAYEE | TRANSACTION PURPOSE | AMOUNT |
|---|---|---|---|---|--:|
| 8/5/2024 | ACH | Paypal | | Fees | 7.44 |
| 8/6/2024 | ACH | Paypal | | Fees | 3.95 |
| 8/9/2024 | ACH | Paypal | | Fees | 7.44 |
| 8/12/2024 | ACH | Paypal | | Fees | 7.44 |
| 8/13/2024 | ACH | Paypal | | Fees | 10.42 |
| 8/13/2024 | ACH | Paypal | | Fees | 7.44 |
| 8/14/2024 | ACH | Paypal | | Fees | 7.44 |
| 8/23/2024 | ACH | Paypal | | Fees | 45.91 |
| 8/26/2024 | ACH | Paypal | | Fees | 28.38 |
| 8/26/2024 | ACH | Paypal | | Fees | 14.38 |
| 8/29/2024 | ACH | Paypal | | Fees | 14.88 |
| 8/29/2024 | ACH | Paypal | | Fees | 8.97 |
| 8/29/2024 | ACH | Paypal | | Fees | 16.16 |

|  |  |
|---|--:|
| **TOTAL PAYPAL - COLLECTIONS ACCOUNT** | **180.25** |

|  |  |
|---|--:|
| **TOTAL CASH DISBURSEMENT** | **(120,583)** |

and TCPA Sanitizer, LLC          Profit and Loss          Basis: Cash          From 01 Aug 2024 To 31 Aug 2024

| Account | | Total | |
|---|---|---:|---:|
| **Operating Income** | | | |
| Sales | | 104,427.00 | 104,427.00 |
| **Total for Operating Income** | | **104,427.00** | **104,427.00** |
| | | | |
| Cost of Goods Sold | | | |
| **Total for Cost of Goods Sold** | | **0.00** | **0.00** |
| | | | |
| **Gross Profit** | | **104,427.00** | **104,427.00** |
| | | | |
| **Operating Expense** | | | |
| Bank Fees | | 43.50 | |
| IT and Internet Expenses | | 1,859.15 | |
| Legal | | 412.00 | |
| Litigators Research | | 2,233.00 | |
| Recruitment and Talent Acquistion | | 1,044.00 | |
| Sales People and Commissions | | 2,250.00 | |
| Sales Person | | 1,736.75 | |
| Web Site Development | | 5,597.69 | |
| | Sub-Total Operating Expense | | 15,176.09 |
| Owner Compensation (to Cashyew) | | | |
| Advertising And Marketing | | 6,720.51 | |
| Bookkeeping | | 5,221.00 | |
| Business Development | | 8,354.00 | |
| Financial Management | | 4,177.00 | |
| Innovation/Technology Management | | 3,133.00 | |
| Intellectual Property Management | | 2,089.00 | |
| Marketing Management | | 6,266.00 | |
| Operations Management | | 10,443.00 | |
| Project Management | | 4,177.00 | |
| Risk/Crisis Management | | 3,133.00 | |
| Sales Management | | 7,310.00 | |
| Strategic Planning | | 7,310.00 | |
| | Sub-Total Owner Compensation (to Cashyew) | | 68,333.51 |
| **Total for Operating Expense** | | **83,509.60** | **83,509.60** |
| | | | |
| **Operating Profit** | | **20,917.40** | **20,917.40** |
| | | | |
| Non Operating Income | | | |
| **Total for Non Operating Income** | | **0.00** | **0.00** |
| | | | |
| Non Operating Expense | | | |
| Bankruptcy Accounting Retainer | | 10,000.00 | 10,000.00 |
| **Total for Non Operating Expense** | | **10,000.00** | **10,000.00** |
| | | | |
| **Net Profit/Loss** | | **10,917.40** | **10,917.40** |



**Integrity**
BANK & TRUST

1275 Village Ridge Point
Monument, CO 80132

| Managing Your Accounts | |
|---|---|
| PHONE: | (719) 487-3034 |
| ADDRESS: | 13475 VOYAGER PKWY |
| | COLORADO SPRINGS CO 80921 |
| TOLL FREE: | 877-677-2265 |
| TELEBANK: | 877-317-2265 |
| ONLINE: | www.IntegrityBankAndTrust.com |

```
1296 1 AB 0.588 *0001300   S3
DNC AND TCPA LIST SANITIZER
CASE #24-12624-KHT
DEBTOR IN POSSESSION
985 PICO PT
COLORADO SPRINGS CO 80905-7380
```

| | | | | | |
|---|---|---|---|---|---|
| Statement Date: | **08/30/2024** | Enclosures: | **(1)** | Account No.: | Page: **1** |
| | | | | **XXXXXXXXX627** | |

| This Statement Cycle Reflects 30 Days |
|---|

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| XXXXXXXXX627 | | INTEGRITY BUSINESS | Deposit | 73,333.60 |

| Your Total Deposits = 73,333.60 And Your Total Loans = 0.00 |
|---|

### INTEGRITY BUSINESS SUMMARY

Type: **REG**  Status: **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From  07/31/24 | | 95,950.76 |
| Debits | 1 | 10,000.00 |
| Automatic Withdrawals | 27 | 117,539.60 |
| Automatic Deposits | 38 | 104,922.44+ |
| Ending Balance On  08/30/24 | | 73,333.60 |

| | Average Balance (Ledger) | 62,627.10+ |
|---|---|---|

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 08/01/24 | PAYPAL TRANSFER | 291.03 | 96,241.79 |
| 08/01/24 | STRIPE TRANSFER | 3,338.43 | 99,580.22 |
| 08/01/24 | PAYPAL INST XFER | 500.00 | 99,080.22 |
| 08/01/24 | PAYPAL INST XFER | 2,000.00- | 97,080.22 |
| 08/02/24 | STRIPE TRANSFER | 4,976.90 | 102,057.12 |
| 08/02/24 | M MERCHANT MERCH FEES | 25.00- | 102,032.12 |
| 08/02/24 | UPWORK ESCROW IN EDI PYMNTS | 206.00- | 101,826.12 |
| 08/02/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 101,362.62 |
| 08/02/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 100,899.12 |
| 08/02/24 | PAYPAL INST XFER | 1,736.75- | 99,162.37 |
| 08/05/24 | STRIPE TRANSFER | 6,566.53 | 105,728.90 |
| 08/06/24 | PAYPAL TRANSFER | 191.56 | 105,920.46 |
| 08/06/24 | STRIPE TRANSFER | 5,617.53 | 111,537.99 |
| 08/06/24 | UPWORK ESCROW IN EDI PYMNTS | 1,797.69- | 109,740.30 |
| 08/06/24 | CHK#101 | 10,000.00- | 99,740.30 |
| 08/07/24 | PAYPAL TRANSFER | 95.05 | 99,835.35 |
| 08/07/24 | STRIPE TRANSFER | 8,350.29 | 108,185.64 |
| 08/07/24 | GATEWAY SERVICES WEBPAYMENT | 18.50- | 108,167.14 |

*"...to have an enduring impact on the community"*
**Continued**

CSI REV 060120        www.integritybankandtrust.com    Toll Free 877.677.2265



0278-STMT

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a new customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents used in our investigation.

### THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE** $ _____
SHOWN ON THIS
STATEMENT
**ADD +** (IF ANY) $ _____
DEPOSITS NOT SHOWN
ON THIS STATEMENT

**TOTAL** $ _____

**SUBTRACT -** (IF ANY) $ _____
CHECKS
OUTSTANDING
**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Call the number on the front of this statement to request a Check 21 disclosure.

**Member FDIC**

| | | | |
|---|---|---|---|
| Statement Date: **08/30/2024** | Enclosures: **(1)** | Account No.: **XXXXXXXXX627** | Page: **3** |

## STATEMENT PERIOD ACTIVITY (continued)

| Date | Check/Description | Amount | Balance |
|---|---|---:|---:|
| 08/08/24 | STRIPE TRANSFER | 11,477.90 | 119,645.04 |
| 08/08/24 | UPWORK ESCROW IN EDI PYMNTS | 309.00- | 119,336.04 |
| 08/09/24 | STRIPE TRANSFER | 3,432.19 | 122,768.23 |
| 08/09/24 | INTERNET TRANSFER FROM CHK 0627 TO CHK 5355 9012261 | 91,134.00- | 31,634.23 |
| 08/12/24 | PAYPAL TRANSFER | 191.56 | 31,825.79 |
| 08/12/24 | STRIPE TRANSFER | 5,089.06 | 36,914.85 |
| 08/12/24 | PAYPAL INST XFER | 2,000.00- | 34,914.85 |
| 08/12/24 | CAPITAL ONE ONLINE PMT | 3,000.00- | 31,914.85 |
| 08/12/24 | TADHG S WEB STUFF IAT PAYPAL WEB000000000000336000 DNC AND TCPA LIST SANITZER | 3,360.00- | 28,554.85 |
| 08/13/24 | WIRE TRANSFER FROM BOOMSOURCING LLC | 1,500.00 | 30,054.85 |
| 08/13/24 | PAYPAL TRANSFER | 191.56 | 30,246.41 |
| 08/13/24 | STRIPE TRANSFER | 2,763.40 | 33,009.81 |
| 08/13/24 | UPWORK ESCROW IN EDI PYMNTS | 1,988.24- | 31,021.57 |
| 08/14/24 | PAYPAL TRANSFER | 188.58 | 31,210.15 |
| 08/14/24 | PAYPAL TRANSFER | 191.56 | 31,401.71 |
| 08/14/24 | STRIPE TRANSFER | 11,517.79 | 42,919.50 |
| 08/15/24 | PAYPAL TRANSFER | 191.56 | 43,111.06 |
| 08/15/24 | STRIPE TRANSFER | 571.03 | 43,682.09 |
| 08/15/24 | UPWORK ESCROW IN EDI PYMNTS | 103.00- | 43,579.09 |
| 08/16/24 | WIRE TRANSFER FROM ALP TRAFFIC S DE RLDE CV | 2,240.00 | 45,819.09 |
| 08/16/24 | STRIPE TRANSFER | 573.14 | 46,392.23 |
| 08/16/24 | UPWORK ESCROW IN EDI PYMNTS | 206.00- | 46,186.23 |
| 08/16/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 45,722.73 |
| 08/16/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 45,259.23 |
| 08/19/24 | STRIPE TRANSFER | 1,707.77 | 46,967.00 |
| 08/20/24 | STRIPE TRANSFER | 1,682.91 | 48,649.91 |
| 08/20/24 | UPWORK ESCROW IN EDI PYMNTS | 1,737.27- | 46,912.64 |
| 08/21/24 | STRIPE TRANSFER | 2,407.41 | 49,320.05 |
| 08/21/24 | WISE US INC WISE | 440.00- | 48,880.05 |
| 08/21/24 | WISE US INC WISE | 700.00- | 48,180.05 |
| 08/21/24 | WISE US INC WISE | 2,005.00- | 46,175.05 |
| 08/22/24 | STRIPE TRANSFER | 4,391.88 | 50,566.93 |
| 08/23/24 | STRIPE TRANSFER | 2,065.03 | 52,631.96 |
| 08/23/24 | PAYPAL INST XFER | 290.00- | 52,341.96 |
| 08/26/24 | STRIPE TRANSFER | 575.26 | 52,917.22 |
| 08/26/24 | PAYPAL TRANSFER | 1,240.09 | 54,157.31 |
| 08/26/24 | READ - MEETING M READ - MEE | 20.00- | 54,137.31 |
| 08/27/24 | PAYPAL TRANSFER | 383.62 | 54,520.93 |
| 08/27/24 | PAYPAL TRANSFER | 770.62 | 55,291.55 |
| 08/27/24 | STRIPE TRANSFER | 5,275.74 | 60,567.29 |
| 08/27/24 | PAYPAL INST XFER | 250.00- | 60,317.29 |
| 08/27/24 | UPWORK ESCROW IN EDI PYMNTS | 1,859.15- | 58,458.14 |
| 08/28/24 | STRIPE TRANSFER | 10,832.23 | 69,290.37 |
| 08/29/24 | STRIPE TRANSFER | 2,360.70 | 71,651.07 |
| 08/30/24 | PAYPAL TRANSFER | 291.03 | 71,942.10 |
| 08/30/24 | PAYPAL TRANSFER | 383.12 | 72,325.22 |
| 08/30/24 | PAYPAL TRANSFER | 432.84 | 72,758.06 |
| 08/30/24 | STRIPE TRANSFER | 575.54 | 73,333.60 |

## CHECKS AND OTHER DEBITS

**\* indicates a gap in the check numbers**

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 08/06/24 | 101 | 10,000.00 | | | | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 07/31/24 was 95,950.76

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 08/01/24 | 97,080.22 | 08/05/24 | 105,728.90 | 08/07/24 | 108,167.14 |
| 08/02/24 | 99,162.37 | 08/06/24 | 99,740.30 | 08/08/24 | 119,336.04 |

**Continued**

Statement Date:  **08/30/2024**  Enclosures:  **(1)**       Account No.:  Page: **4**
                                                           **XXXXXXXXX627**

### *DAILY BALANCE SUMMARY* (continued)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/09/24 | 31,634.23 | 08/19/24 | 46,967.00 | 08/26/24 | 54,137.31 |
| 08/12/24 | 28,554.85 | 08/20/24 | 46,912.64 | 08/27/24 | 58,458.14 |
| 08/13/24 | 31,021.57 | 08/21/24 | 46,175.05 | 08/28/24 | 69,290.37 |
| 08/14/24 | 42,919.50 | 08/22/24 | 50,566.93 | 08/29/24 | 71,651.07 |
| 08/15/24 | 43,579.09 | 08/23/24 | 52,341.96 | 08/30/24 | 73,333.60 |
| 08/16/24 | 45,259.23 | | | | |

---

**Direct Inquiries About Electronic Entries To:**
Phone: (719) 484-0077

0001300

0278IBTMC

456C00X.001

26FDP

**Continued**

INTEGRITY BANK AND TRUST
Account No.: XXXXXXXXX627

Statement Date: 08/30/2024



Number: 101 Date: 8/6/2024 Amount: $10000.00

0001300

0278IBTMC

4507COOX.001

26FDP

MailAndE 100