IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC and TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |
| ) | |

**OBJECTION TO CONFIRMATION AND REJECTION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED AUGUST 14, 2024 FOR SMALL BUSINESS UNDER CHAPTER 11, SUBCHAPTER V**

Unsecured Creditor COHEN, LLC ("Cohen") hereby objects to the confirmation of the Debtor's Amended Plan of Reorganization Filed on September 25, 2024, (the "Plan") for Small Business Under Chapter 11, Subchapter V (Docket No. 123, the "Original Plan" and Docket No. 173, the "Amended Plan") and states as follows:

1. COHEN, LLC is an unsecured creditor and has not to date received a ballot to vote on the Plan. Cohen hereby votes to reject the Plan and makes these objections to confirmation of the Plan.

2. COHEN, LLC joins in the Objections to Confirmation already made by Ringba LLC, and the US Trustee. Further, Cohen states that the pre-petition equity holders of the Debtor continue under the Plan as equity holders of the reorganized debtor, received and continue to receive a substantial benefit through the filing of the case and pursuing confirmation of the Plan.

3. The bankruptcy case and the Plan work as an inappropriate appeal bond that this Court in the past held to be improper. In Re Michael J. Roberts, Case no. 22-10521-JGR (copy attached). Hence, the plan has not been proposed in good faith. Furthermore, for this

improper benefit pre-petition equity has paid nothing and this violates the absolute priority rule. <u>In Re Cleary Packaging, LLC</u>, 657 BR 780, 798-807 (Bk.Ct. 2023).

4. It should be noted that Cohen has only one claim in this case <u>viz</u>. Claim 9-1. Debtor's counsel has repeatedly been informed that Claim 9-1 substitutes for and is a more specific statement of Claim 8-1. If there is any doubt it is stated that Claim 8-1 is withdrawn.

WHEREFORE, confirmation of the amended plan should be denied.

DATED this 2nd day of October, 2024

[A Signature Page Follows]

COHEN, LLC.

*s/ Jeffrey Cohen*
Jeffrey Cohen
1600 Broadway, Suite 1660
Denver, Colorado 80202
Telephone: (720) 470-5020
E-mail: Jcohen@CohenTrial.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2024, I electronically filed the foregoing **OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION DATED AUGUST 14, 2024 FOR SMALL BUSINESS UNDER CHAPTER 11, SUBCHAPTER V** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

John Cinimo, Esq.
JC925Ave@yahoo.com

Alan K. Motes, Esq.
Alan.Motes@usdoj.gov

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Joli A. Lofstedt, Esq.
joli@jaltrustee.com

Chad S. Caby, Esq.
ccaby@lewisroca.com

*s/ Jeffrey Cohen*
Jeffrey Cohen