# DNC and TCPA Sanitizer, LLC
## HISTORICAL POST-PETITION AND SIX MONTH FORWARD CASH COLLATERAL BUDGET

**Beginning Cash**  1,929.00

| | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Deposits** | | | | | | | | | | | |
| Return of Funds from Cashyew | 0 | 0 | 0 | 0 | 55,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cash Receipts | 98,648.20 | 100,236.00 | 149,998.00 | 105,066.00 | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 | 100,000.00 |
| **Total Deposits** | **98,648.20** | **100,236.00** | **149,998.00** | **105,066.00** | **155,000.00** | **100,000.00** | **100,000.00** | **100,000.00** | **100,000.00** | **100,000.00** | **100,000.00** |
| **Disbursements** | | | | | | | | | | | |
| **OPERATING EXPENSES** | | | | | | | | | | | |
| Automobile Expense | 44.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Fees | 0.00 | 25.00 | 70.45 | 43.50 | 0.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| IT and Internet Expenses | 39.99 | 0.00 | 0.00 | 1,859.15 | 500.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Legal | 0.00 | 0.00 | 0.00 | 412.00 | 0.00 | | | | | | |
| Litigators Research | 2,769.84 | 4,948.31 | 4,399.20 | 2,233.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| Meals and Entertainment | 1,823.32 | 573.99 | 881.11 | 0.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| Office Rent | 0.00 | 99.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Office Supplies | 69.95 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Petty Cash TCPA | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Recruitment and Talent Acquistion | 986.00 | 1,002.00 | 1,519.00 | 1,044.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| Sales People and Commissions | 0.00 | 2,968.30 | 1,687.00 | 3,986.75 | 2,500.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Server Cost | 0.00 | 4,484.61 | 2,500.00 | 0.00 | 1,500.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 | 1,800.00 |
| Telecommunication Expense | 180.00 | 426.25 | 313.42 | 0.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| Telephone Expense | 0.00 | 66.36 | 66.59 | 0.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Travel Airfare | 0.00 | 0.00 | 909.59 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel Ground Transportation | 333.10 | 0.00 | 0.00 | 0.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Travel Hotel | 1,501.67 | 0.00 | 4,585.60 | 0.00 | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Web Site Development | 4,084.00 | 8,301.53 | 16,219.68 | 5,597.69 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| **SUB-TOTAL OPERATING EXPENSES** | **12,032.30** | **22,895.35** | **33,151.64** | **15,176.09** | **15,000.00** | **15,000.00** | **15,000.00** | **15,000.00** | **15,000.00** | **15,000.00** | **15,000.00** |
| **OTHER / EXTRAORDINARY** | | | | | | | | | | | |
| BK Professionals | 0.00 | 0.00 | 0.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital One Credit Card Payments | 0.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Chase Loan Payments | 0.00 | 5,000.00 | 0.00 | 0.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| **SUB-TOTAL LOAN PAYMENTS** | **0.00** | **5,000.00** | **0.00** | **13,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** |
| **OWNER COMP - TO CASHYEW** | | | | | | | | | | | |
| **Transfer to Cashyew** | 85,742.90 | 17,917.33 | 70,002.68 | 95,770.91 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 |
| **SUB TOTAL OWNER COMP - TO CASHYEW** | **85,742.90** | **17,917.33** | **70,002.68** | **95,770.91** | **40,000.00** | **40,000.00** | **40,000.00** | **40,000.00** | **40,000.00** | **40,000.00** | **40,000.00** |
| **Total Disbursements** | **97,775.20** | **45,812.68** | **103,154.32** | **123,947.00** | **60,000.00** | **60,000.00** | **60,000.00** | **60,000.00** | **60,000.00** | **60,000.00** | **60,000.00** |
| **Ending Cash** | **2,802.00** | **57,225.32** | **104,069.00** | **85,188.00** | **180,188.00** | **220,188.00** | **260,188.00** | **300,188.00** | **340,188.00** | **380,188.00** | **420,188.00** |