# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>DNC and TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Case No. 24-12624-KHT<br><br>Chapter 11 |

## JOINT NOTICE OF SUBSTITUTION

Please be advised that John Cimino and Cimino Law Office, LLC hereby withdraws as attorney of record for DNC and TCPA LIST SANITIZER, LLC and Patrick D. Vellone, Jeffrey A. Weinman, Katharine S. Sender, and Vandana S. Koelsch of Allen Vellone Wolf Helfrich & Factor P.C. are hereby substituted as attorneys of record for the debtor. Pursuant to L.B.R. 90104(b), the Clerk is authorized to terminate the involvement of the withdrawing attorney.

Dated this 3rd of October 2024.

Respectfully submitted,

*/s/ John Cimino*
Signature of Withdrawing Attorney

John Cimino
Cimino Law Office, LLC
5500 East Yale Avenue, Suite 201a
Denver, CO 80222
720-434-0434
Email: JC925Ave@yahoo.com

*/s/ Vandana S. Koelsch*
Signature of Entering Attorney

Patrick D. Vellone, #15284
Jeffrey A. Weinman, #7605
Katharine S. Sender, #49725
Vandana S. Koelsch, #34070
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900,
Denver, Colorado, 80202
(303) 534-4499
PVellone@allen-vellone.com
JWeinman@allen-vellone.com
KSender@allen-vellone.com
VKoelsch@allen-vellone.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October 2024, I electronically filed the foregoing with the Clerk of Court and a copy was served via CM/ECF, according to L.B.R. 5005-4(a), on the following:

Alan K. Motes
Alan.Motes@usdoj.gov

Arthur Lindquist-Kleissler
Arthuralklaw@gmail.com

Chad S. Caby
ccaby@lewisroca.com

Jason Cooper
jcooper@tamlegal.com

Jeffrey Cohen
jcohen@cohentrial.com

John Cimino
JC925Ave@yahoo.com

John Gray
jgray@shermanhoward.com

Joli A. Lofstedt
joli@jaltrustee.com

Peter A. Cal
pcal@sah.com

Reza Rismani
rrismani@tamlegal.com

Robert J. Shilliday, III
rjs@shillidaylaw.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

*s/ Rebecca H. Bradshaw*
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.