**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

DNC AND TCPA LIST SANITIZER, LLC

Debtor.

Case No.:  24-12624-KHT

Chapter:  11, Subchapter V

---

### Application to Employ Allen Vellone Wolf Helfrich & Factor P.C.

---

Debtor-in-Possession DNC and TCPA List Sanitizer, LLC ("Debtor") submits its Application to Employ Allen Vellone Wolf Helfrich & Factor P.C. ("Allen Vellone" or the "Firm") as counsel for Debtor-in-Possession under 11 U.S.C. § 327(a), Fed. R. Bank. P. 2014, and L.B.R. 2014-1, and in support thereof, states as follows.

1.  The Debtor filed its Voluntary Petition (the "Bankruptcy Action") pursuant to Sub-Chapter V of Chapter 11 of the Bankruptcy Code on May 16, 2024 (the "Petition Date").

2.  The Debtor continues in possession of its property and is operating and managing its business, as debtor-in-possession, pursuant to Bankruptcy Code §§ 1107 and 1108.

3.  On May 16, 2024, the Debtor filed its Application to Employ Cimino Law Office LLC as counsel, and on June 10, 2024, the court entered an Order granting the Application to Employ Cimino Law Office LLC. [Docket No. 7 & 41].

4.  On October 3, 2024, Allen Vellone filed a Joint Notice of Substitution as Counsel for the Debtor. [Docket No. 194].

5.     Section 327(a) of the Bankruptcy Code provides that the Debtor, with the Court's approval, may employ professional persons, including attorneys, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the Debtor-in-Possession in carrying out its duties and administering its bankruptcy estate (the "Estate").

6.     Through this Application, Debtor seeks Court authority to employ the Firm to serve as its general bankruptcy counsel under 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, to handle all matters concerning the administration of the Estate, including preparation of the bankruptcy statements and schedules, a plan of reorganization and disclosure statement, as well as all contested and litigation matters that arise in this case.

7.     The Debtor has selected the Firm as its bankruptcy counsel under 11 U.S.C. § 327(a) both because of its knowledge and considerable experience in Chapter 11 cases as well as its significant experience and success litigating contested, and adversary matters in bankruptcy court, and Debtor believes that the Firm is well-qualified to represent it in this case. *See* Affidavit of Katharine S. Sender, attached as **Exhibit A**.

8.     Employment of the Firm as general bankruptcy counsel is necessary and beneficial to Debtor, its bankruptcy estate, and the Estate's creditors to represent the Debtor in connection with, among other things, providing legal advice and representation in connection with the general administration of the Estate, confirmation of any proposed plan of reorganization, all other contested and

adversary matters that arise in this case, investigation and litigation of any avoidance or other action the Estate may have, and other legal services for Debtor related to or arising out of contested matters in this bankruptcy case.

9.      To the best of the Firm's knowledge, there is no connection or conflict of interest between the Firm and the Bankruptcy Estate, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's office, or any person employed in the office of the United States Trustee.

10.     The Debtor believes that the employment of the Firm as its general bankruptcy counsel would be in the best interest of its creditors and the Estate.

11.     As of the date of this Application, the professionals' hourly rates for the services referenced above are as follows:

| Professional | Hourly Rate |
|---|---|
| Katharine S. Sender | $375.00 |
| Jeffrey A. Weinman | $625.00 |
| Patrick D. Vellone | $725.00 |
| Vandana S. Koelsch | $425.00 |
| Paralegals | $120.00–235.00 |

Per the Firm's engagement agreement with Debtor, the above-listed rates are subject to an annual increase as is customary and per industry standards. In such circumstances, a notice of rate increase will be filed with the Court.

12.     On October 2, 2024, in connection with this representation, the Firm received two payments totaling $25,000.00 for a retainer from the Debtor. The check is being held by the Firm and shall not be deposited pending further orders of this court.

3

13. The Firm will file a motion seeking Court-approval of the retainer check separately.

14. The Firm shall apply to the Court per the rules of this Court and the Federal Rules of Bankruptcy Procedure for payment of fees and expenses.

15. The Firm is aware of the provisions of 11 U.S.C. § 328(a) and has agreed, notwithstanding the terms and conditions of employment set forth herein, that the Court may allow compensation different from the compensation provided for herein if such terms and conditions prove to have been improvident in light of developments not anticipated at the time of the fixing of such terms and conditions.

16. The Debtor asserts that approval of this application to employ the Firm as general bankruptcy counsel under 11 U.S.C. § 327(a) is in the Bankruptcy Estate's and its creditors' best interest.

17. The Debtor requests employment of the Firm be approved effective as of October 3, 2024, given that the Firm had to start work immediately to prepare time-sensitive filings.

**Wherefore**, Debtor-in-Possession, DNC AND TCPA LIST SANITIZER, LLC, respectfully requests that this Court enter an Order in the form attached hereto authorizing the employment of the Firm as its general bankruptcy counsel in this Chapter 11 case, *nunc pro tunc*, to October 3, 2024, and for such other relief as the Court deems appropriate.

Dated this 3rd day of October 2024.

Respectfully Submitted,

/s/Katharine S. Sender
Katharine S. Sender, #49725
Patrick D. Vellone, #15284
Jeffrey A. Weinman, #7605
Vandana S. Koelsch, #34070
ALLEN VELLONE WOLF HELFRICH & FACTOR
P.C.
1600 Stout Street, Suite 1900, Denver,
Colorado, 80202
(303) 534-4499
PVellone@allen-vellone.com
JWeinman@allen-vellone.com
KSender@allen-vellone.com
VKoelsch@allen-vellone.com

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October 2024, I electronically filed the foregoing with the Clerk of Court and a copy was served via CM/ECF, according to L.B.R. 5005-4(a), on the following:

Alan K. Motes
Alan.Motes@usdoj.gov

John Gray
jgray@shermanhoward.com

Arthur Lindquist-Kleissler
Arthuralklaw@gmail.com

Joli A. Lofstedt
joli@jaltrustee.com

Chad S. Caby
ccaby@lewisroca.com

Peter A. Cal
pcal@sah.com

Jason Cooper
jcooper@tamlegal.com

Reza Rismani
rrismani@tamlegal.com

Jeffrey Cohen
jcohen@cohentrial.com

Robert J. Shilliday, III
rjs@shillidaylaw.com

John Cimino
JC925Ave@yahoo.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov


*s/ Rebecca H. Bradshaw*
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

6