# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

DNC AND TCPA LIST SANITIZER, LLC

      Debtor.

Case No.:  24-12624-KHT

Chapter:  11, Subchapter V

## Declaration of Katharine S. Sender

I, Katharine S. Sender, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney licensed to practice in the State of Colorado.

2. I am an attorney with the law firm of Allen Vellone Wolf Helfrich & Factor P.C. ("Allen Vellone" or the "Firm"), which maintains an office at 1600 Stout Street, Suite 1900, Denver, Colorado 80202.

3. The Firm's services provided to DNC AND TCPA LIST SANITIZER, LLC (the "Debtor") in connection with the above-captioned bankruptcy will include the handling of all matters concerning the administration of the Estate, including preparation of the bankruptcy statements and schedules, a plan of reorganization and disclosure statement, as well as all contested and litigation matters that arise in this case, including but not limited to representation in connection with confirmation of the plan, investigation and prosecution of the Estate's avoidance actions, and all other legal services for Debtors that may become necessary herein.

4. To the best of my knowledge, The Firm does not hold or represent any interest adverse to Debtor, the Bankruptcy Estate, or its creditors, and is deemed to be a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) of the U.S. Bankruptcy Code.

5. The attorneys of the Firm are disinterested persons who are qualified to be employed under § 327(a) and Fed. R. Bankr. P. 2014(a).

6. The fees to be charged will be billed and accrued on an hourly basis at the following customary rates:

| Professional | Hourly Rate |
|---|---|
| Katharine S. Sender | $375.00 |
| Jeffrey A. Weinman | $625.00 |
| Patrick D. Vellone | $725.00 |
| Vandana S. Koelsch | $425.00 |

**EXHIBIT A**
**Page 1 of 2**

Paralegals                                    $120.00–235.00

Pursuant to the Firm's engagement agreement with Debtor, the foregoing rates are subject to annual increase as customary and per industry standards. In such circumstances, a notice of rate increase will be filed with the Court.

7.      The Firm has not made any agreement or reached any understanding with any other person for a division of any compensation which may be awarded herein, except as such compensation will be shared or otherwise distributed among the employees and owners of the Firm.

8.      The fees to be charged in this matter for which the Firm is being employed and predicated upon standard charges and costs.

9.      On October 2, 2024, in connection with this representation, the Firm has received a $25,000.00 check for a retainer from the Debtor. The check is being held and shall not be deposited pending further orders of this court.

10.      The Firm will not be paid under non-traditional compensation. The Firm shall apply to the Court pursuant to the rules of this Court and the Federal Rules of Bankruptcy Procedure for payment of fees and expenses.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 3, 2024.

_____
Katharine S. Sender

**EXHIBIT A**
**Page 2 of 2**