## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:

DNC AND TCPA LIST SANITIZER, LLC

        Debtor.

Case No.:  24-12624-KHT

Chapter:  11, Subchapter V

### Order Granting Application to Employ Allen Vellone Wolf Helfrich & Factor as Counsel

**This matter** is before the Court upon the Application to Employ Allen Vellone Wolf Helfrich & Factor (the "Firm") as Counsel for Debtor-in-Possession (the "Application") under 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014, and L.B.R. 2014-1. The Court, having reviewed the Application, is advised in the premises, and there being good cause for granting the Application, hereby

**Finds** that the Firm is a disinterested person who is eligible to serve as litigation counsel for the Debtor-in-Possession, DNC AND TCPA LIST SANITIZER, LLC ("Debtor"), and that the Firm is aware of the provisions of 11 U.S.C. § 328 and, notwithstanding such provisions has agreed to accept the employment as counsel for Debtor; and

**It Is Hereby Ordered** that the Firm is hereby employed as general bankruptcy counsel for Debtor under 11 U.S.C. § 327(a), *nunc pro tunc*, to October 3, 2024, for all general bankruptcy matters as well as contested and litigation matters that arise in this case, with its compensation to be paid in such amounts as the Court may hereafter determine and allow. No fees may be paid without Court approval upon proper application therefor. Such employment shall consist of all matters concerning the administration of the estate, including preparation of the bankruptcy statements and schedules, a plan of reorganization and disclosure statement, and all contested and litigation matters that arise in this case.

**Dated**:

                            THE COURT:

_____
Hon. Kimberley H. Tyson
United States Bankruptcy Court