UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### *Minutes of Proceeding*

Date:   October 3, 2024                          HONORABLE KIMBERLEY H. TYSON, Presiding

In re:   DNC and TCPA LIST SANITIZER, LLC              Debtor(s).        Case No: 24-12624-KHT
                                                                                            Chapter 11

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | John Cimino |
| Trustee | | Counsel | Joli Lofstedt |
| U.S. Trustee | | Counsel | Alan Motes |
| Creditor | Ringba, LLC, Tubmanburg Limited, Adam Young | Counsel | Chad Caby |
| Creditor | JPMorgan Chase Bank, N.A. | Counsel | Peter Cal |
| Creditor | | Counsel | Jeffery Cohen |
| Creditor | | Counsel | |

Proceedings:   Telephonic Status and Scheduling Conference

[] Evidentiary Hearing          [x] Non-Evidentiary Hearing

[]  Witnesses Sworn        []  See List Attached        []  Exhibits Admitted:        []  See List Attached

[X]      Entries of appearance(s) and statements made.

Orders:

[X]      No orders will enter.

Date:   October 3, 2024

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By: *s/   Berenice Leon Caballero*
       Berenice Leon Caballero, Law Clerk