# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| DNC AND TCPA LIST SANITIZER, LLC, | ) Case No. 24-12624 KHT |
| | ) Chapter 11 |
| Debtor. | ) |

## JOINDER TO UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

Adam Young, Tubmanburg Limited and Ringba, LLC (collectively, "Ringba"), by and through its counsel, Lewis Roca Rothgerber Christie LLP, respectfully files its Joinder to the United States Trustee's Objection to Debtor's Application to Employ Allen Vellone Wolf Helfrich & Factor P.C. (the "Joinder"). In support of the Joinder, Ringba states as follows:

### PROCEDURAL BACKGROUND

1. DNC and TCPA List Sanitizer, LLC (the "Debtor") filed for relief under Chapter 11 of the Bankruptcy Code on May 16, 2024 (the "Petition Date"). In its Voluntary Petition, the Debtor elected to proceed under Subchapter V of Chapter 11. Accordingly, the Debtor's Chapter 11 plan was due on or before August 14, 2024. *See* Docket No. 1.

2. Joli A. Lofstedt, Esq. is the duly appointed and acting Subchapter V Trustee in the Debtor's Bankruptcy Case.

3. On October 3, 2024, the Debtor filed its Debtor's Application to Employ Allen Vellone Wolf Helfrich & Factor P.C. (Docket No. 195) (the "Application"). The Debtor's Application seeks approval to employ Allen Vellone Wolf Helfrich & Factor P.C. ("Allen Vellone") as the Debtor's general bankruptcy counsel.

126307144.1

4. On the same date as the Application was filed, the United States Trustee (the "UST") filed an Objection to the Allen Vellone Application indicating, in part, the lack of disclosure relating to Allen Vellone's prior and current representation of the Debtor, as well as the funds being paid to Allen Vellone for the retainer and otherwise.

### JOINDER TO UST'S OBJECTION

5. Ringba joins in the UST's Objection to the Application and incorporates those objections as if fully set forth herein.

6. In addition to the issues raised in the UST's Objection, the Court should be aware that Allen Vellone also entered its appearance in the District Court, El Paso County State of Colorado matter, styled *TCPA Litigator List v. Adam Young, Tubmanburg Limited and Ringba LLC*, Case No. 2021CV31668 (the "State Court Litigation"). The entry of appearance was filed on October 2, 2024 on behalf of the Debtor, even though the pending matter before the Court is a Motion and Affidavit for Citation for Contempt of Court directed *only and specifically at Michael O'Hare* for violation of a protective order entered in that case. A copy of the Limited Entry of Appearance is attached and incorporated as **Exhibit A.**

7. Accordingly, in addition to the issues raised by the UST in his Objection, it appears that Allen Vellone has entered its appearance in the State Court Litigation, either on behalf of the Debtor or Mr. O'Hare individually, and has failed to disclose the same to the Court and creditors.

WHEREFORE, Adam Young, Tubmanburg Limited and Ringba, LLC, respectfully join in the United States Trustee's Objection to the Allen Vellone Application, and request that the Court enter an Order denying the same and request such other and further relief as the Court deems appropriate.

Respectfully submitted this 3rd day of October, 2024.

> LEWIS ROCA ROTHGERBER CHRISTIE LLP
>
> *s/ Chad S. Caby*
> Chad S. Caby
> 1601 19th Street, Suite 1000
> Denver, CO 80202
> Tel: 303-628-9583
> Fax: 303-623-9222
> E-mail: ccaby@lewisroca.com
>
> *Attorneys for Adam Young, Tubmanburg Limited and Ringba, LLC*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that, on October 3, 2024, a true and correct copy of the foregoing **JOINDER TO UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S APPLICATION TO EMPLOY ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.** was electronically filed and served via CM/ECF, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

John Cimino, Esq.
CIMINO LAW OFFICE, LLC
5500 E. Yale Ave., #201A
Denver, CO 80222
Via: CM/ECF

*Counsel for Debtor*

Patrick D. Vellone, Esq.
Jeffrey A. Weinman, Esq.
Katharine S. Sender, Esq.
Vandana S. Koelsch, Esq.
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202

*Counsel for Debtor*

Alan K. Motes, Esq.
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294
Via: CM/ECF

*Counsel for U.S. Trustee*

Peter A. Cal, Esq.
John S. Gray, Esq.
SHERMAN & HOWARD L.L.C.
675 Fifteenth St., Ste. 2300
Denver, CO 80202
Via: CM/ECF

*Counsel for JPMorgan Chase Bank, N.A.*

Joli A. Lofstedt, Esq.
PO Box 270561
Louisville, CO 80027
Via: CM/ECF

*Subchapter V Trustee*

Reza D. Rismani, Esq.
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, CO 80202
Via: CM/ECF

*Counsel for Glegal, LLC*

Gary Tucker, Esq.
GLEGAL, LLC
1600 Broadway, Suite 1660
Denver, CO 80202
Via: CM/ECF

*Counsel for GLegal, LLC*

Arthur Lindquist-Kleissler, Esq.
LINQUIST-KLEISSLER & COMPANY, LLC
950 S. Cherry Street, Suite 418
Denver, CO 80246
Via: CM/ECF

*Counsel for Cashyew Holding, LLC*

126307144.1

Jeffrey Cohen, Esq.
COHEN, LLC
1600 Broadway, Suite 1660
Denver, CO 80202
Via: CM/ECF

*Counsel for Cohen, LLC*

                                                *s/ Jennifer Eastin*
                                                Of: Lewis Roca Rothgerber Christie LLP

# EXHIBIT A

| | |
|---|---|
| District Court, El Paso County<br>State of Colorado<br>270 Tejon Street, Colorado Springs, CO 80903 | DATE FILED<br>October 2, 2024 7:21 PM<br>FILING ID: 1D478232AF71F<br>CASE NUMBER: 2021CV31668 |
| **TCPA LITIGATOR LIST**<br><br>    Plaintiff,<br><br>    v.<br><br>**ADAM YOUNG**, an individual, **TUBMANBURG LIMITED**, a Bahamas corporation a/k/a/ Ringba, **RINGBA, LLC**, a Delaware limited liability company.<br><br>    Defendants | ▲ **COURT USE ONLY** ▲<br><br>Case No. 2021CV31668<br><br>Division: 22 |
| *Attorneys for Plaintiff*<br>Jason Wareham, #56974<br>Allen Vellone Wolf Helfrich & Factor P.C.<br>1600 Stout Street., Suite 1900<br>Denver, Colorado 80202<br>Phone Number: (303) 534-4499<br>E-mail: jwareham@allen-vellone.com | |
| **LIMITED ENTRY OF APPEARANCE** | |

Jason Wareham, of Allen Vellone Wolf Helfrich & Factor, PC, hereby enters his limited entry of appearance on behalf of Plaintiff, TCPA Litigator List for the sole purpose of litigating the Motion and Affidavit for Citation for Contempt of Court filed on September 4, 2024 and the resulting hearing on the same.

Dated this 2nd day of October, 2024.

                                        ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

                                        By:*s/Jason Wareham*
                                        Jason Wareham, #56974
                                        1600 Stout Street, Suite 1900
                                        Denver, Colorado 80202
                                        (303) 534-4499
                                        E-mail: jwareham@allen-vellone.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 2nd day of October 2024, a true and correct copy of the foregoing was filed via the Colorado Courts E-Filing system and served via the Colorado Courts E-Filing system to all counsel of record on file.

                                        /s/ *Jason Wareham*
                                        Allen Vellone Wolf Helfrich & Factor P.C.