# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>DNC and TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Case No. 24-12624-KHT<br><br>Chapter 11 |

## MOTION TO EXTEND THE OBJECTION DEADLINE TO MOTION TO CONVERT AND REQUEST TO VACATE HEARING

Debtor-in-Possession DNC and TCPA List Sanitizer, LLC ("Debtor") submits its Motion to Extend the Objection Deadline to Motion to Convert and Request to Vacate Hearing ("Motion"), and in support thereof, states as follows.

1. The Debtor filed its Voluntary Petition (the "Bankruptcy Action") pursuant to Sub-Chapter V of Chapter 11 of the Bankruptcy Code on May 16, 2024 (the "Petition Date").

2. On September 10, 2024, a Motion to Convert was filed at Docket Number 151, with an Objection Deadline of September 24, 2024. In the Notice for the Motion to Convert, a hearing was set for Tuesday, October 8, 2024, at 9:30 AM ("Hearing"). [Docket No. 152].

3. On September 23, 2024, the Debtor filed a Motion to Extend the Objection Deadline and on September 25, 2024, the Court entered and Order extending the Objection Deadline to October 3, 2024. [Docket No. 167 & 170].

4. On October 3, 2024, the Debtor filed its Application to Employ Allen Vellone Wolf Helfrich & Factor P.C. ("Allen Vellone") as counsel. [Docket No. 195].

5. On October 3, 2024, Allen Vellone filed a Joint Notice of Substitution as Counsel for the Debtor. [Docket No. 194].

6. The Debtor is requesting additional time for their recently retained counsel to prepare a response to the Motion to Convert.

7. Therefore, the Debtor is requesting the Court grant a two-week extension of time up to and including October 16, 2024, to respond to the Motion to Convert.

8. Furthermore, the Debtor is requesting the Hearing to be vacated and reset for October 15, 2024, or a time more amendable for the Court.

WHEREFORE, Debtor-in-Possession DNC and TCPA List Sanitizer, LLC, respectfully requests that this Court enter an Order resetting the Objection Deadline to the Motion to Convert up to and including October 16, 2024, and vacating the Hearing scheduled for October 8, 2024, and for such other relief as the Court deems appropriate.

Dated this 3rd of October 2024.

Respectfully submitted,

*/s/ Katharine S. Sender*
Patrick D. Vellone, #15284
Jeffrey A. Weinman, #7605
Katharine S. Sender, #49725
Vandana S. Koelsch, #34070
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900, Denver,
Colorado, 80202
(303) 534-4499
PVellone@allen-vellone.com
JWeinman@allen-vellone.com
KSender@allen-vellone.com
VKoelsch@allen-vellone.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October 2024, I electronically filed the foregoing with the Clerk of Court and a copy was served via CM/ECF, according to L.B.R. 5005-4(a), on the following:

Alan K. Motes
Alan.Motes@usdoj.gov

Arthur Lindquist-Kleissler
Arthuralklaw@gmail.com

Chad S. Caby
ccaby@lewisroca.com

Jason Cooper
jcooper@tamlegal.com

Jeffrey Cohen
jcohen@cohentrial.com

John Cimino
JC925Ave@yahoo.com

John Gray
jgray@shermanhoward.com

Joli A. Lofstedt
joli@jaltrustee.com

Peter A. Cal
pcal@sah.com

Reza Rismani
rrismani@tamlegal.com

Robert J. Shilliday, III
rjs@shillidaylaw.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

*s/ Rebecca H. Bradshaw*
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.