# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>DNC and TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Case No. 24-12624-KHT<br><br>Chapter 11 |

**ORDER GRANTING MOTION TO EXTEND THE OBJECTION DEADLINE TO MOTION TO CONVERT AND REQUEST TO VACATE HEARING**

COMES NOW, Debtor-in-Possession DNC and TCPA List Sanitizer, LLC ("Debtor") on its Motion to Extend the Objection Deadline to Motion to Convert and Request to Vacate Hearing ("Motion"). The Court having reviewed the matter and being fully advised on its premises, hereby;

GRANTS the Motion. The Objection Deadline for the Motion to Convert is extended up to and including October 16, 2024.

IT IS FURTHER ORDERED the Hearing scheduled for October 8, 2024, is vacated and reset for October __, 2024 at _____ a.m./p.m.

Date this ___ day of October 2024.

BY THE COURT:

__________________________

Honorable Kimberly H. Tyson