**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

DNC and TCPA LIST SANITIZER, LLC,

Debtor.

Bankruptcy Case No. 24-12624 KHT

Chapter 11

**ORDER ON MOTION TO EXTEND THE OBJECTION DEADLINE TO MOTION TO CONVERT AND REQUEST TO VACATE HEARING**

THIS MATTER comes before the Court on the *Motion to Extend the Objection Deadline to Motion to Convert and Request to Vacate Hearing* (the "Motion," docket #199), filed by the Debtor, DNC and TCPA LIST SANITIZER, LLC ("Debtor"), and the Objection thereto (docket #201), filed by Creditors Ringba, LLC, Tubmanburg Limited, and Adam Young ("Creditors"). The Court has reviewed the pleadings and the file, is advised in the premises, and hereby finds and concludes as follows:

Debtor filed its Chapter 11 Subchapter V Voluntary Petition on May 16, 2024. On September 10, 2024, Creditors filed a *Motion to Convert Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b)* (the "Motion to Convert," docket #151). Under 11 U.S.C. 1112(b)(3), "[t]he Court shall commence the hearing on a motion under this subsection not later than 30 days after filing the motion and shall decide the motion not later than 15 days after the commencement of such hearing . . . ." As evidenced by the Objection, Creditors have not waived their rights under this section. The Court must therefore deny the Motion to the extent it seeks to vacate or continue the hearing set for October 8, 2024.

In order to provide an opportunity for Debtor to be heard, the Court will grant Debtor an additional extension of time, until 9:30 a.m. (mountain time) on Monday, October 7, 2024, to file an objection to the Motion to Convert. The parties must also exchange all exhibits they intend to use, or may reasonably anticipate using, by that time. The Court will not grant further extensions absent extraordinary circumstances outside of the moving party's control.

Accordingly, it is

HEREBY ORDERED that the Motion is GRANTED IN PART, to the extent it seeks an extension of time to respond to the Motion to Convert. Debtor's response must be filed with the Court by **9:30 a.m.** (mountain time) on **Monday, October 7, 2024**. It is

FURTHER ORDERED that in all other respects, the Motion is DENIED. The Court will not vacate or reschedule the hearing set for Tuesday, October 8, 2024, at 9:30 a.m.

DATED this 4th day of October, 2024

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge