**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

IN RE:                                                          )
                                                                )        Case No. 24-12624-KHT
DNC AND TCPA LIST SANITIZER, LLC          )
EIN: 83-3868704                                        )        Chapter 11
                                                                )        Sub-Chapter V
              Debtor                                      )

**ORDER GRANTING APPLICATION TO EMPLOY WADSWORTH GARBER
WARNER CONRARDY, P.C. AS BANKRUPTCY COUNSEL FOR THE DEBTOR-IN-
POSSESSION AND  APPROVING RETAINER FOR WADSWORTH GARBER
WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION**

UPON CONSIDERATION of DNC and TCPA List Sanitizer, LLC (the "Debtor")'s Motion to (A) Employ Wadsworth Garber Warner Conrardy, PC ("WGWC") as Counsel for the Debtor-in-Possession and (B) Approve Retainer for WGWC as Counsel for the Debtor-in-Possession (the "Motion") in this case, notice the Motion having been provided to creditors and parties in interest, and no sustainable objections having been received, the Court does hereby

ORDER

1.  The Motion is GRANTED; and

2.  WGWC's employment is approved effective October 4, 2024

3.  The retainer of $45,000 paid to WGWC is approved.

Dated _____, 2024.                          BY THE COURT

                                                                    _____
                                                                    Honorable Kimberley H. Tyson
                                                                    United States Bankruptcy Judge