**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC, ) | Case No. 24-12624 KHT |
| ) | Chapter 11 |
| Debtor. ) | |

**ADAM YOUNG, TUBMANBURG LIMITED AND RINGBA, LLC'S LIST OF WITNESSES AND EXHIBITS FOR HEARING ON MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) FILED BY ADAM YOUNG, TUBMANBURG LIMITED AND RINGBA, LLC SET ON OCTOBER 8, 2024 AT 9:30 A.M.**

Adam Young, Tubmanburg Limited and Ringba, LLC (collectively, "Ringba"), by and through their undersigned counsel, Lewis Roca Rothgerber Christie LLP, hereby submit their List of Witnesses and Exhibits for the Hearing on Motion to Convert Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) filed by Adam Young, Tubmanburg Limited and Ringba, LLC set on October 8, 2024 at 9:30 a.m. MDT, and state as follows:

## WITNESSES

Ringba *may* call the following witnesses:

1. Adam Young, 8 The Green, Suite 11558, Dover, DE 19901, representative of creditor Ringba, LLC.

2. Debtor DNC and TCPA List Sanitizer LLC through Michael O'Hare, 985 Pico Point, Colorado Springs, CO 80905.

3. Jeffrey Cohen, Esq., 1600 Broadway, Suite 1660, Denver, CO 80202, Representative of the creditor Cohen, LLC.

4. Any representative of JP Morgan Chase Bank that may be called as a witness;

5. Any witness necessary for foundation regarding any exhibit;

6. Any witness listed or called by any other party; and

7. Any witness necessary for rebuttal or impeachment purposes.

126323961.1

**EXHIBITS**

Ringba intends to introduce as exhibits at the hearing those exhibits enumerated in Attachment 1 attached hereto and incorporated herein.

Respectfully submitted this 7th day of October, 2024.

Lewis Roca Rothgerber Christie LLP

By: */s/ Chad S. Caby*
Chad S. Caby, No. 30927
1601 19th Street, Suite 1000
Denver, CO  80202
Telephone: 303.623.9000
Email: ccaby@lewisroca.com

*Attorneys for Adam Young, Tubmanburg Limited and Ringba, LLC*

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 7, 2024, a true and correct copy of the foregoing **ADAM YOUNG, TUBMANBURG LIMITED AND RINGBA, LLC'S LIST OF WITNESSES AND EXHIBITS FOR HEARING ON MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C. § 1112(b) FILED BY ADAM YOUNG, TUBMANBURG LIMITED AND RINGBA, LLC SET ON OCTOBER 8, 2024 AT 9:30 A.M.** was electronically filed and served via CM/ECF, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

John Cimino, Esq.
CIMINO LAW OFFICE, LLC
5500 E. Yale Ave., #201A
Denver, CO 80222
Via: CM/ECF

*Counsel for Debtor*

Patrick D. Vellone, Esq.
Jeffrey A. Weinman, Esq.
Katharine S. Sender, Esq.
Vandana S. Koelsch, Esq.
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202

*Counsel for Debtor*

Alan K. Motes, Esq.
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294
Via: CM/ECF

*Counsel for U.S. Trustee*

Peter A. Cal, Esq.
John S. Gray, Esq.
SHERMAN & HOWARD L.L.C.
675 Fifteenth St., Ste. 2300
Denver, CO 80202
Via: CM/ECF

*Counsel for JPMorgan Chase Bank, N.A.*

Joli A. Lofstedt, Esq.
PO Box 270561
Louisville, CO 80027
Via: CM/ECF

*Subchapter V Trustee*

Reza D. Rismani, Esq.
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, CO 80202
Via: CM/ECF

*Counsel for Glegal, LLC*

Gary Tucker, Esq.
GLEGAL, LLC
1600 Broadway, Suite 1660
Denver, CO 80202
Via: CM/ECF

*Counsel for GLegal, LLC*

Arthur Lindquist-Kleissler, Esq.
LINQUIST-KLEISSLER & COMPANY, LLC
950 S. Cherry Street, Suite 418
Denver, CO 80246
Via: CM/ECF

*Counsel for Cashyew Holding, LLC*

126323961.1

Jeffrey Cohen, Esq.
COHEN, LLC
1600 Broadway, Suite 1660
Denver, CO 80202
Via: CM/ECF

*Counsel for Cohen, LLC*

                                                         *s/ Jennifer Eastin*
                                                         Of: Lewis Roca Rothgerber Christie LLP

## ATTACHMENT 1
## LIST OF EXHIBITS

Submitted by: Adam Young, Tubmanburg Limited and Ringba, LLC (collectively, "Ringba")

In connection with: Motion to Convert Chapter 11 Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) filed by Adam Young, Tubmanburg Limited and Ringba, LLC (the "Motion") [Dkt. No. 151]; Joinder of Glegal, LLC and Cohen, LLC to Motion [Dkt. No. 162]; and the Objection to the Motion filed by JPMorgan Chase Bank, N.A. [Dkt. No. 168].

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 1 | Chapter 11 Voluntary Petition for Non-Individuals Filing Bankruptcy, Schedules A, B, D, E, F, G and H, Statement of Financial Affairs (Docket No. 1) | | | |
| 2 | Amended Schedules A and B (Docket No. 60); Amended Schedules A and B (Docket No. 77); Amended Schedule G (Docket No. 78); Amended Schedule H (Docket No. 79) | | | |
| 3 | Amended Statement of Financial Affairs (Docket No. 84) | | | |
| 4 | Transcript of September 25, 2024 Rule 2004 Examination of Debtor DNC and TCPA List Sanitizer, LLC (Michael O'Hare) (currently only the "dirty" copy is available) | | | |
| 5 | January 12, 2024 Order and Judgment re Defendants' Motion for Attorney Fees in Colorado El Paso District Court Case No. 2021CV31688 | | | |
| 6 | May 12, 2023 Order re Forthwith Request for Emergency Hearing Terminating Case in Colorado El Paso District Court Case No. 2021CV31688 | | | |

126323961.1

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 7 | Order Granting *Ex Parte* Motion for Rule 2004 Examination of Debtor (Docket No. 24) | | | |
| 8 | JPMorgan Chase Bank, N.A. Notice of Non-Consent to Debtor's Use of Cash Collateral (Docket No. 50) | | | |
| 9 | Debtor's Pre-Status Conference Report (Docket No. 55) | | | |
| 10 | Debtor's Motion to Assume Management Agreement with Cashyew Holdings, Inc. and Management Agreement (Docket Nos. 58, 58-1, 58-2) | | | |
| 11 | Ringba's Objection to Motion to Assume Executory Contract at #58 (Docket No. 88) | | | |
| 12 | JPMorgan Chase's Objection to Motion to Assume Executory Contract at #58 (Docket No. 100) | | | |
| 13 | U.S. Trustee's Objection to Motion to Assume Executory Contract at #58 (Docket No. 102) | | | |
| 14 | Notice of Assignment of Proof of Claim from Allen Vellone Wolf Helfrich & Factor P.C. to Michael O'Hare (Docket No. 115) | | | |
| 15 | Debtor's First Subchapter V Plan of Reorganization (Docket Nos. 123, 123-1). | | | |
| 16 | Debtor Second Subchapter V Plan of Reorganization (Docket Nos. 173, 173-1, 173-2) | | | |
| 17 | June 2024 Monthly Operating Report (Docket Nos. 91, 91-1, 91-2, 91-3) | | | |

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 18 | July 2024 Monthly Operating Report (Docket Nos. 130, 130-1) | | | |
| 19 | August 2024 Monthly Operating Report (Docket Nos. 186, 186-1) | | | |
| 20 | Debtor's Ex Parte Motion to Approve Stipulation Between Debtor and JPMorgan Chase (Docket Nos. 134, 134-1, 134-2, 134-3) | | | |
| 21 | Debtor's Withdrawal of Motion to Use Cash Collateral (Docket No. 149) | | | |
| 22 | Notice of Colorado Court of Appeals Opinion – Judgment Affirmed (Docket No. 160) | | | |
| 23 | Order on Pre-Hearing Motions at #157 and #158 (Docket No. 164) | | | |
| 24 | Debtor's Motion for Authority to Use Cash Collateral (Docket No. 189) | | | |
| 25 | Order Directing Compliance with Rules re Amended Schedule A/B (Docket No. 62) | | | |
| 26 | Debtor's *Ex Parte* Motion for Order Authorizing Rule 2004 Examination of Creditor Ringba's Agents Adam Young and Harrison Gurvitz [*sic*] (Docket No. 135) | | | |
| 27 | Ringba's Unopposed Emergency Motion to Seal *Ex Parte* Motion at #135 (Docket No. 138) | | | |
| 28 | Claim Register for Case No. 24-12624 KHT | | | |

126323961.1

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 29 | Debtor's *Ex Parte* Application to Employ Special Litigation Counsel (Docket No. 120) | | | |
| 30 | Debtor's Application to Employ Allen Vellone Wolf Helfrich & Factor P.C. (Docket No. 195) | | | |
| 31 | Any exhibit necessary for rebuttal. | | | |
| 32 | Any exhibit endorsed by any party. | | | |

126323961.1