# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| In re | |
| | Case No. 24-12624-KHT |
| DNC and TCPA LIST SANITIZER, LLC, | |
| | Chapter 11 |
| Debtor. | |

## Notice of Withdraw

Please be advised, Allen Vellone Wolf Helfrich & Factor P.C. ("Allen Vellone") hereby withdraws its Notice of Substitution of Counsel [Docket No. 194]. Allen Vellone further withdraws its Application to Employ Allen Vellone Wolf Helfrich & Factor P.C. as bankruptcy counsel [Docket No. 195].

Dated this 7th of October 2024.

Respectfully submitted,

*/s/ Katharine S. Sender*
Patrick D. Vellone, #15284
Jeffrey A. Weinman, #7605
Katharine S. Sender, #49725
Vandana S. Koelsch, #34070
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900, Denver, Colorado, 80202
(303) 534-4499
PVellone@allen-vellone.com
JWeinman@allen-vellone.com
KSender@allen-vellone.com
VKoelsch@allen-vellone.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of October 2024, I electronically filed the foregoing with the Clerk of Court and a copy was served via CM/ECF, according to L.B.R. 5005-4(a), on the following:

Alan K. Motes
Alan.Motes@usdoj.gov

Arthur Lindquist-Kleissler
Arthuralklaw@gmail.com

Chad S. Caby
ccaby@lewisroca.com

Jason Cooper
jcooper@tamlegal.com

Jeffrey Cohen
jcohen@cohentrial.com

John Cimino
JC925Ave@yahoo.com

John Gray
jgray@shermanhoward.com

Joli A. Lofstedt
joli@jaltrustee.com

Peter A. Cal
pcal@sah.com

Reza Rismani
rrismani@tamlegal.com

Robert J. Shilliday, III
rjs@shillidaylaw.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

*s/ Rebecca H. Bradshaw*
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

2