UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

)In re:

|  |  |  |
|---|---|---|
|  | ) | Case No. 24-12624 KHT |
| DNC and TCPA List Sanitizer, LLC<br>EIN: 83-3868704, | )<br>) |  |
|  | ) | Chapter 11, Subchapter V |
| Debtor | ) |  |

## SECOND SUPPLEMENTAL RESPONSE TO THE COURT'S ORDER REGARDING CHANGE IN COUNSEL AND REQUEST FOR ADDITIONAL EXTENSION OF TIME

COMES NOW, DNC and TCPA LIST SANITIZER, LLC ("Debtor"), hereby submits this Supplemental Response to the Motion to Convert Chapter 11 Case to Chapter 7, and in support thereof, states as follows:

1. On May 16, 2024, the Debtor filed a Chapter 11 Subchapter V Voluntary Petition.

2. On September 10, 2024, Creditors filed a Motion to Convert Chapter 11 Case to Chapter 7.

3. On October 3, 2024, this Court conducted a status conference and extended the Objection Deadline to October 7, 2024, 9:30 a.m. (mountain time).

4. The Debtor's previous counsel, John Cimino, was terminated due to multiple failures in representation, including failure to prepare, inform on critical case matters, review key filings, and mismanage legal agreements and depositions.

5. The Debtor has addressed these issues by immediately securing new legal representation in good faith.

6. Creditors have raised objections to the new counsel, specifically regarding insufficient disclosures including Allen Vellone as a prepetition creditor with a disputed claim, undisclosed source of funds to purchase the claim, prepetition transfer to Allen Vellone, and his current representation as special counsel. To avoid further conflict, the debtor has found another counsel.

7. On October 4, 2024, the Debtor retained Aaron Garber of Wadsworth Garber Warner and Conrardy as new counsel.

8. The Debtor hereby requests an additional two-week extension of time to respond to the Motion to Convert, until October 16, 2024.

9. This additional time will be utilized to finalize legal representation and prepare a comprehensive response and file an objection to the Motion to Convert.

10. The Debtor's actions regarding the change in counsel are supported by In re Martin, 817 F.2d 175 (1st Cir. 1987), which supports the debtor's right to counsel of their choice.

11. Under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, the Debtor's situation is addressed as follows: The Debtor has the right to choose counsel, subject to court approval and disclosure requirements.

12. The Debtor has complied with all requirements for submitting this supplemental response, including addressing the Court's order concerning the change in counsel.

WHEREFORE, the Debtor respectfully requests that this Court:

A. Grant the Debtor an additional two weeks, until October 16, 2024, to respond to the Motion to Convert;

B. Grant the approval of the new counsel, Attorney Aaron Garber.

C. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted this 7th day of October, 2024.

Michael O'Hare
CEO of the Debtor
By: _____
Michael O'Hare
985 Pico Point
Colorado Springs, CO 80905
Email: michael@tcpalitigatorlist.com
323-691-5851

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of October 2024, I have filed the foregoing with the Clerk of Court and a copy was served via email, according to L.B.R. 5005-4(a), on the following:

Alan K. Motes
Alan.Motes@usdoj.gov

John Gray
jgray@shermanhoward.com

Arthur Lindquist-Kleissler
Arthuralklaw@gmail.com
Joli A. Lofstedt
joli@jaltrustee.com

Chad S. Caby
ccaby@lewisroca.com
Peter A. Cal
pcal@sah.com

Jason Cooper
jcooper@tamlegal.com
Reza Rismani
rrismani@tamlegal.com

Jeffrey Cohen

jcohen@cohentrial.com

Robert J. Shilliday, III

rjs@shillidaylaw.com

John Cimino

JC925Ave@yahoo.com

US Trustee

USTPRegion19.DV.ECF@usdoj.gov