IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC and TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |
| ) | |

**ORDER AUTHORIZING COHEN, LLC. TO APPEAR TELEPHONICALLY AT THE HEARING SET FOR OCTOBER 8, 2024**

UPON CONSIDERATION of DNC and TCPA List Sanitizer, LLC's to Allow Cohen, LLC. ("Cohen, LLC.") to Appear Telephonically at the Hearing Set for October 8, 2024 (the "Motion"), and for good cause shown, the Court does hereby

ORDER

1. The Motion is GRANTED; and

2. Cohen, LLC. may appear at the hearing set for October 8, 2024 at 9:30 a.m. telephonically by calling the Court prior to the start of the hearing at (833)-435-1820, Meeting ID: 160 632 4304.

DATED October ____, 2024

BY THE COURT

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge