# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) |
| EIN: 83-3868704 | ) Chapter 11 |
| | ) Sub-Chapter V |
| Debtor | ) |

**ORDER DENYING MOTION TO SHORTEN NOTICE PERIOD FOR MOTION: (A) EMPLOY WADSWORTH GARBER WARNER CONRARDY, P.C. AS BANKRUPTCY COUNSEL FOR THE DEBTOR-IN-POSSESSION AND (B) APPROVE RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION**

UPON CONSIDERATION of DNC and TCPA List Sanitizer, LLC (the "Debtor")'s Motion to Shorten Notice Period for Motion to (A) Employ Wadsworth Garber Warner Conrardy, PC ("WGWC") as Counsel for the Debtor-in-Possession and (B) Approve Retainer for WGWC as Counsel for the Debtor-in-Possession (the "Motion") in this case, the Court does hereby

ORDER

1. The Motion is DENIED; and

2. The deadline for parties in interest to file and serve any objection or other responsive pleading to the Motion is October 29, 2024. Any objection or other responsive pleading filed after October 29, 2024 will not be considered by the Court.

Dated October 7th, 2024.

BY THE COURT

_Kimberley H Ty_
Honorable Kimberley H. Tyson
United States Bankruptcy Judge