**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

IN RE:                                                    )
                                                         )        Case No. 24-12624-KHT
DNC AND TCPA LIST SANITIZER, LLC        )
EIN: 83-3868704                                  )        Chapter 11
                                                         )        Sub-Chapter V
                Debtor                           )

**ORDER AUTHORIZING WADSWORTH GARBER WARNER CONRARDY, P.C.TO**
**APPEAR TELEPHONICALLY AT THE HEARING SET FOR OCTOBER 8, 2024**

UPON CONSIDERATION of DNC and TCPA List Sanitizer, LLC's to Allow Wadsworth Garber Warner Conrardy, PC ("WGWC") to Appear Telephonically at the Hearing Set for October 8, 2024 (the "Motion"), and for good cause shown, the Court does hereby

ORDER

1.  The Motion is GRANTED; and

2.  WGWC may appear at the hearing set for October 8, 2024 at 9:30 a.m. telephonically by calling the Court a few minutes before the start of the hearing at 833-435-1820, Meeting ID: 160 632 4304.

Dated October 7, 2024.                          BY THE COURT

                                                        _____
                                                        Honorable Kimberley H. Tyson
                                                        United States Bankruptcy Judge