**Fill in this information to identify your case**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| | | | |
|---|---|---|---|
| Debtor 1: | DNC and TCPA List Sanitizer | Case #: | 24-12624 KHT |
| | First Name      Middle Name      Last Name | | |
| Debtor 2: | | Chapter: | 11 Sub V |
| | First Name      Middle Name      Last Name | | |

## Local Bankruptcy Form 9070-1.1
## List of Witnesses and Exhibits

**Complete applicable sections.**

DNC and TCPA L S _____ **[name of party and party type]** hereby designates the following witnesses and exhibits for the hearing or trial set for October 8, 2024_____ **[month/day/year]**, at 9:30 AM **[time]** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **D__ [letter]**, Fifth Floor, Denver, Colorado 80202.

**Part 1  Witnesses**

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| **Mark Dennis, CPA** | **Reorg plan and MORs** |
| **Vandana Koelsch, Attorney** | **State Case Appeals** |
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| **Raffaele Mari. CPA** | **DNC And TCPA LS CPA** |
| **Adam Majed** | **Client Testimonial** |
| **CJ Flaherty** | **Client on the importance of service** |

**Part 2  Exhibits**

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| **A-C** | **Cash Collateral Emails and documents** | **YES** | | **Paper** |
| D | **Creditor Ringba is competitor** | YES | | **PAPER** |
| E | **Testimonials** | YES | | **Paper** |
| F-J | **Financial Projections and reorg plan** | YES | | **PAPER** |
| K | **Bond email** | YES | | **PAPER** |
| L | **CO SOS Certificates** | YES | | **Paper** |
| M | **Illegal Writ of Garnishment/ Stripe** | YES | | **Paper** |
| N | **Attorney Fee Appeal Brief 10.1.2024** | YES | | **Paper** |
| O | **Bench.com Email Account Services** | YES | | **Paper** |
| P | **Petition of Rehearing** | YES | | **Paper** |
| Q | **Jeff Cohen's August Collections Bill** | YES | | **PAPER** |
| R | **Creditor Ringba's Past Litigation** | YES | | **PAPER** |

| Part 3 | Signature |

Dated: __10/7/2024__

By: _Michael O Hare_
    Signature

Bar Number (if applicable): _____
Mailing Address: _405 Cherry Hills Way_ 80921
Telephone number: _323-691-5851_
Facsimile number: _____
E-mail address: __mcohare@gmail.com__

I hereby certify that on October 7, 2024, a true and accurate copy of the list of witnesses and exhibits was filed with the court and served upon all interested paries requesting electionic services, including

Chad Caby, Jason Cooper, Reza Rismani, Robert Shiliday, John Gray, Gary Tucker
Jeff Cohen
Joli Loftsted
Aaron Garber
Peter Cal

# Exhibit A

Cash Collateral Emails

----- Forwarded Message -----
**From:** Cal, Peter A. <pcal@shermanhoward.com>
**To:** jc925ave@yahoo.com <jc925ave@yahoo.com>
**Cc:** Gray, Jack <jgray@shermanhoward.com>
**Sent:** Tuesday, June 11, 2024 at 07:31:15 PM MDT
**Subject:** In re DNC and TCPA List Sanitizer, LLC, Chapter 11 Case No. 24-12624-KHT: OBJECTION TO USE OF CASH COLLATERAL

Dear Mr. Cimino, Sherman & Howard L.L.C. represents Chase in the above bankruptcy case.  Chase is the senior secured creditor in this case with a properly-perfected blanket lien on all assets including receivables.  Pursuant to sections 363(c)(2) and 363(e), Chase objects to the use of cash collateral.  Pursuant to section 363(c)(4), Chase requests that the Debtor segregate and account for cash collateral.

Are you available tomorrow at 11 am to discuss a cash collateral stipulation and adequate protection payments to Chase?

Sincerely,

**Peter A. Cal**

Counsel Member

# Sherman&Howard



Mr. Cimino,

We would be happy to review a Cash Collateral agreement. Did you have a chance to review the example I sent over on 6/18? We think those terms would largely be acceptable, except we would prefer adequate protection payments of $2,309.42/ month. Please let me know your thoughts.

Sincerely,

## Jack Gray

Associate

[ Yes, I agree. ]   [ Yes, please proceed. ]   [ Yes, I approve. ]

[ ↩ Reply ]   [ ↪ Forward ]   [ ☺ ]

----- Forwarded Message -----
**From:** Cal, Peter A. <pcal@shermanhoward.com>
**To:** jc925ave@yahoo.com <jc925ave@yahoo.com>; Gray, Jack <jgray@shermanhoward.com>
**Sent:** Wednesday, July 10, 2024 at 05:15:44 PM MDT
**Subject:** RE: Stipulated cash collateral agreement

John, we need to see a budget. Does the Debtor intend to use cash collateral to pay distributions to its members during the chapter 11?

Thank you,

## Peter A. Cal

Counsel Member

----- Forwarded Message -----
**From:** Cal, Peter A. <pcal@shermanhoward.com>
**To:** jc925ave@yahoo.com <jc925ave@yahoo.com>; Gray, Jack <jgray@shermanhoward.com>
**Sent:** Monday, July 8, 2024 at 08:26:48 PM MDT
**Subject:** RE: Chase cash collateral agreement

John,  we were hoping to get the initial draft from you much sooner than we did. Please circulate the budget for the cash collateral stipulation.  We should be able to finalize the stip and budget this week.

Thank you,

**Peter A. Cal**

Counsel Member

# Sherman&Howard



----- Forwarded Message -----
From: Cal, Peter A. <pcal@shermanhoward.com>
To: jc925ave@yahoo.com <jc925ave@yahoo.com>
Sent: Monday, July 22, 2024 at 05:06:19 PM MDT
Subject: RE: DNC cash collateral

I would recommend $5,000 to the client.


**Peter A. Cal**

Counsel Member


# Sherman&Howard

Sherman & Howard L.L.C. | 675 Fifteenth Street, Suite 2300, Denver, Colorado 80202

T: 303.299.8244 | O: 303.297.2900

E: pcal@shermanhoward.com



Chase **cash** **collateral** agreement    ✉   Inbox ✕   Attorney John Cimino ✕

jc925ave@yahoo.com <jc925ave@yahoo.c...   Fri, Aug 2, 5:49 PM
to Peter, Jack ▾

Gentlemen,

May I file this with the court?

I assume it is effective the day of the Sub V filing?

I will add that to the order.

Thank you,

John Cimino

720 434 0434

One attachment · Scanned by Gmail ⓘ

PDF signed.pdf

---

jc925ave@yahoo.com <jc925ave@yahoo.com>     Wed, Aug 7, 2:33 PM
to Jack, Peter ▾

Of course I will file a motion, I was waiting for your permission to file the stipulation.

But in fairness, every time I feel like we are wrapping things up, you ask for more documents.

I will file the motion and stipulation and inform my client that you want the "final" budget attached.

It will be the same one that we sent you with the highlighted items.

Thank you,

John Cimino

720 434 0434

On Monday, August 5, 2024 at 01:10:13 PM MDT, Cal, Peter A. <pcal@shermanhoward.com> wrote:

John, this is becoming beyond annoying.  You need to file a motion on notice to parties as required by the local rules. You can attach the stipulated order to the motion.  I need to see the final budget that will be attached.  The budget and the motion must be transparent about the payments to Cashyew.

Please email the complete package for our review.

Thank you

Peter A. Cal

Counsel Member

Sherman&Howard

Sherman & Howard L.L.C. | 675 Fifteenth Street, Suite 2300, Denver, Colorado 80202

----- Forwarded Message -----
**From:** Cal, Peter A. <pcal@shermanhoward.com>
**To:** jc925ave@yahoo.com <jc925ave@yahoo.com>; Gray, Jack <jgray@shermanhoward.com>
**Sent:** Wednesday, August 7, 2024 at 02:37:19 PM MDT
**Subject:** RE: Chase cash collateral agreement

John, you are **NOT** authorized to file the stipulation until we have seen and approved the final documents in their entirety.  Chase has **NOT** approved.

**Peter A. Cal**

Counsel Member

Sherman&Howard

Sherman & Howard L.L.C. | 675 Fifteenth Street, Suite 2300, Denver, Colorado 80202

T: 303.299.8244 | D: 303.297.2900

----- Forwarded Message -----
**From:** Cal, Peter A. <pcal@shermanhoward.com>
**To:** jc925ave@yahoo.com <jc925ave@yahoo.com>
**Cc:** Gray, Jack <jgray@shermanhoward.com>
**Sent:** Tuesday, September 3, 2024 at 10:32:14 AM MDT
**Subject:** RE: DNC 24-12624

John, you can file the cash collateral motion and stipulation on notice to all parties with my electronic signature.

**Peter A. Cal**

Counsel Member

Sherman&Howard

From: Cal, Peter A. <PCAL@shermanhoward.com>
Sent: Monday, September 16, 2024 7:15 PM
To: Joli Lofstedt <Joli@jaltrustee.com>
Cc: JC925Ave@yahoo.com; Gray, Jack <JGray@shermanhoward.com>
Subject: RE: DNC

Joli, thanks for your efforts.

I am sure Chase was fully-secured on the Petition Date.  The Debtor would need to provide the balance in the bank on the Petition Date and also the outstanding receivables on the Petition Date.  Based on the Debtor's business model as I understand it, I don't see how those amounts combined could be less than what Chase was owed on the Petition Date.  In addition, Chase's security interest attaches to post-petition amounts pursuant to 552(b)(1).

I don't have authority to agree to your second point as of now.

Peter

**Peter A. Cal**

Counsel Member

## Sherman&Howard

----- Forwarded Message -----
From: Joli Lofstedt <joli@ofjlaw.com>
To: Cal, Peter A. <pcal@shermanhoward.com>; jc925ave@yahoo.com <jc925ave@yahoo.com>
Sent: Tuesday, September 17, 2024 at 03:25:22 PM MDT
Subject: Cash Collateral

Just following up – were you going to draft an amendment to the cash collateral agreement?

*Joli A. Lofstedt, Esq.*

Onsager | Fletcher | Johnson | Palmer LLC

600 17th St., Suite 425 North

Denver, Colorado  80202

Direct: 720.457.7064

Home Office: 303.476.6916

CONFIDENTIALITY NOTICE: If you are not the intended recipient of this email, please delete it immediately and notify me.

**Proposed CC agreement**    Inbox ×    Attorney John Cimino ×



jc925ave@yahoo.com                                          Wed, Sep 18, 5:18 PM
to Peter, Joli, Jack, Mark

Hello,
I have attached a draft of the CC stipulated order.
I will draft a simple motion to approve next.
Is the debtor paying $5,000 per month or the
original payment, which is about half that sum?

Also, is a monthly budget necessary?
Or is the 6th month budget we previously sent ok?
If you recall, the tentative, prior agreement was that DNC
could not vary its projected expenses beyond 10% of its proposed budget.
Not sure that is needed with the current proposal.

Please make any changes you deem necessary.  My client is ready to approve it.
Just a thought.
John Cimino
720 434 0434

One attachment  •  Scanned by Gmail ⓘ

09-18-24 Stipulat...



**jc925ave@yahoo.com**
to Joli, Jack, Peter, Mark ▾

Wed, Sep 18, 5:59 PM

Yes Peter, I will not file it until you give me the say so.
Mark Dennis is the employed CPA, he has given me the budget
he worked up from day one.

Mark, please send it to Mr. Cal, thank you.
John Cimino

On Wednesday, September 18, 2024 at 05:47:53 PM MDT, Cal, Peter A. <pcal@shermanhoward.com> wrote:

Jon, you need a budget for the $15,000 spend at the Debtor level.  I would suggest you should have a budget that goes back to the filing of the case and shows how you've spent the <mark>money</mark> and goes forward another 6 months from today.

See track changes to attached.

Jack, please review the stip and confirm it has all the terms we want.

John, you do **NOT** have authority to file this with my electronic signature.  This remains subject to review by Chase and the requested budget.

---



**Revised stipulated order**  ➤  Inbox ✕  Attorney John Cimino ✕

**jc925ave@yahoo.com**
to Peter, Jack, Mark, Joli ▾

Mon, Sep 23, 10:05 PM

Please see paragraph 13 where Cashyew Holding agrees to return
$55,000 to DNC DIP account by the end of the week.
Enclosed is the budget that Mr. Dennis sent to me.  You may have seen it.
John Cimino
720 434 0434

**2 Attachments** · Scanned by Gmail ⓘ

📄 **Actual budget.pdf**      📄 **09-23-24 Stipulat...**

---

**jc925ave@yahoo.com**
to Peter, Jack, Joli ▾

Fri, Sep 27, 2:05 PM (10 days ago)

Hello,
Client sent me proof of $55,000 being returned to DNC from Cashyew.
Alan Motes suggested I ask the court to convert the hearing next week to
a status conference given the debtor has a new plan on file and ask for new objection deadlines.
Just a heads up that I will do that today.
John Cimino

----- Forwarded Message -----
**From:** Joli Lofstedt <joli@jaltrustee.com>
**To:** 'Cal, Peter A. (PCAL@shermanhoward.com)' <pcal@shermanhoward.com>
**Cc:** JC925Ave@yahoo.com <jc925ave@yahoo.com>
**Sent:** Monday, September 16, 2024 at 07:04:31 PM MDT
**Subject:** DNC



Peter,

I just spoke to John Cimino, Michael O'Hare and his wife and I believe they are in agreement with your proposal:  (a) DNC will be authorized to pay $40,000 monthly to Cashew Holdings, (b) $15,000 per month will remain with DNC to cover monthly operating expenses (not including the monthly installment payment to Chase); (c) DNC will be authorized to make the monthly payment to Chase on its secured claim as previously proposed; and (d) any remaining funds will be put in a separate account, subject to Chase's lien pending allowance/disallowance of two disputed claims.

A couple open questions:

a. Was Chase was fully secured in cash collateral on the Petition Date?  Or do we need to determine the amount of cash collateral on the petition date.  I just thought of that issue so have not talked to DNC regarding the extent of Chase's lien in cash collateral to determine the extent of Chase's lien in segregated funds??  I doubt DNC will have any objection to confirm Chase's lien attaches to all funds in escrow but thought it might be an issue raised by Ringba?

b. If the funds in the segregated account reach a certain $$ amount that is sufficient to pay the disputed claims in full (maybe with interest), then DNC should have the right to stop putting money in the segregated account and would have access to all disposable income/revenue.

Let me know.  They would like to try and amend the cash collateral agreement and plan tomorrow or within the next couple days.

Joli A. Lofstedt, Trustee

**From:** jc925ave@yahoo.com <jc925ave@yahoo.com>
**Sent:** Wednesday, September 25, 2024 4:22 PM
**To:** Gray, Jack <JGray@shermanhoward.com>; Cal, Peter A. <PCAL@shermanhoward.com>
**Cc:** Mark Dennis <mdennis@slbiggs.com>; Joli Lofstedt <joli@jaltrustee.com>
**Subject:** Re: Revised stipulated order

Peter,

The budget you attached runs through November.

Did you want me to use it, as your email suggested or

another one?

John Cimino

On Tuesday, September 24, 2024 at 08:13:37 AM MDT, Cal, Peter A. <pcal@shermanhoward.com> wrote:

John, the budget attached to last night's email runs through November only.  Why don't you use the attached budget, which you circulated yesterday morning.

Just so I'm clear, do you intend to file a motion with the stipulation that explains the stip is in resolution of the Chase objection to use of cash collateral?  If so, please circulate the motion.

Thank you

**Peter A. Cal**

Counsel Member

**From:** jc925ave@yahoo.com <jc925ave@yahoo.com>
**Sent:** Friday, September 27, 2024 4:45 PM
**To:** Gray, Jack <JGray@shermanhoward.com>; Mark Dennis <mdennis@slbiggs.com>; Cal, Peter A. <PCAL@shermanhoward.com>
**Cc:** Joli Lofstedt <joli@jaltrustee.com>
**Subject:** Re: Revised stipulated order

Peter,

I only got one paragraph 6.2 which I added to the Plan.

And I enclose it with this email.  My apologies if I missed some other changes

but that is all that I received.  Please send to me again.

(I did see a redline version, but I just accepted all the changes)

Thanks,

JC

On Friday, September 27, 2024 at 04:21:45 PM MDT, Cal, Peter A. <pcal@shermanhoward.com> wrote:

John, I have now had an opportunity to review the Amended Plan.  You ignored many of the revisions I provided to you as recently as last Tuesday.  It is frustrating because I provided the requested revisions to you in both a word document you could have inserted into the Amended Plan and in a redline to the original plan that you could have accepted.  I don't know whether the failure to make the requested changes is intentional.

At any rate, based on the lack of meaningful progress to confirmation of a plan acceptable to Chase and the failure to file a cash collateral motion or stipulation acceptable to Chase, Chase is reconsidering its options.

Regards,

On Friday, September 27, 2024 at 05:18:57 PM MDT, Cal, Peter A. <pcal@shermanhoward.com> wrote:

John, you're really not helping your client's cause.  Email the motion, proposed order, and notice to pay Chase in full, and I'll add in the fees to the payoff.

Thank you,

**Peter A. Cal**

Counsel Member

**Sherman & Howard**

# EXHIBIT B



*Integrity*
BANK & TRUST

**TCPA Litigator List Debtor in Possession Account, *0627**
**-$5,000.00**

DESCRIPTION
CK # 10

DATE
06/21/2024

ENDING BALANCE
$37,715.84

CATEGORY

NOTE

0 / 150

IMAGES

VIEW FRONT          VIEW BACK

# EXHIBIT C



## Integrity
### BANK & TRUST

**TCPA Litigator List Debtor in Possession Account *0627**
Available Balance
**$152,650.79**

Sort: **Date (Newest First)** →

Updated: Sep 27, 2024 5:17:16 PM

Today

INTERNET TRANSFER FROM CHK 5355 TO CHK 0627 8858701 — $55,000.00 / $142,657.54 ›

Wednesday, September 25, 2024

STRIPE TRANSFER — $7,111.66 / $87,657.54 ›

We will help you set up a new

**NEW TRANS**

**BALANCE INFORMA**

| ACCOUNT NUMBER |
| ROUTING NUMBER |
| BALANCE |
| AVAILABLE BALANCE |
| PENDING |
| STATEMENT BALANCE |
| HOLD AMOUNT |
| OVERDRAFT LIMIT |

⌄

**ACCOUNT SERVICE**

Statements
Access statements for this acco

Stop Payment
Submit a request to stop a sche

# EXHIBIT D





# TCPA Shield by Ringba [Video]


Amanda Cross
1 year ago · Updated

Follow

Ringba's TCPA Shield protects your lead gen / call business from professional litigators and settlement seekers by blocking their calls and scrubbing their numbers from your lead lists. Enable it for your Ringba campaigns, scrub phone numbers in bulk, or ping our ultra high speed APIs in real-time.



*Tip:* Before you can start using TCPA Shield, reach out your Ringba account manager to request an upgrade to your account.

# How to Use TCPA Shield

There are three ways to use TCPA Shield:

## Method 1) Enable TCPA Shield on your Ringba campaigns

## Ringba, a Top Inbound Call Tracking and Analytics Platform for Marketers, Announces the Acquisition of TCPA.com

Thursday, 14 July 2022 01:00 AM

Topic: **Company Update**    Share this Article  

*The Acquisition Will Help Provide the Performance Marketing Industry with Increased Access to Real-Time Proprietary Case Data*

**DOVER, DE / ACCESSWIRE / July 14, 2022 /** Ringba, a leading provider of call tracking and real-time TCPA scrubbing services for the performance marketing industry, is pleased to announce the acquisition of TCPA.com.



**To learn more about Ringba and its many innovative features and services, including its call tracking platform, please check out https://www.ringba.com/.**

"We are excited about the acquisition of TCPA.com with the goal of providing the performance marketing industry with more access to our real-time proprietary case data," said Adam Young, CEO of Ringba.

"The Telephone Consumer Protection Act is constantly evolving and remains a significant risk to outbound marketers. We look forward to providing everyone with more resources to improve compliance practices and protect consumers."

TCPA.com was first registered in 1996 and this will be the first time the domain will be developed.

As a spokesperson for Ringba noted, everyone at the company is devoted to improving and changing the way businesses connect with their customers. The team is made up of experienced AdTech engineers, product designers and marketers, who are truly devoted to the success of their clients.

Now, with the acquisition of TCPA.com, Ringba is in the process of building a one-stop resource portal for all things related to the Telephone Consumer Protection Act with the goal of educating business owners about TCPA laws and regulations and providing performance marketers with more access to Ringba's proprietary case data.

# EXHIBIT E



# Tcpa Litigator List

Reviews 62  •  Excellent

★★★★☆ 4.5 ⓘ

✅ VERIFIED COMPANY



Write a review

★★★★★

## Reviews ★ 4.5

62 total

| | | |
|---|---|---|
| 5-star | ████████████████████ | 96% |
| 4-star | ● | 2% |
| 3-star | ● | 2% |
| 2-star | | 0% |
| 1-star | | 0% |

Filter ⚙

Sort: Most relevant ⇕



★★★★★  ⊘ Verified                                    Sep 11, 2024

**Great service**

Great services, authentic scrubber, authentic people

**Date of experience:** September 03, 2024

👍 Useful    ⌁ Share                                              ⚑

Advertisement

eComEngine

FBA Seller Insights                        LEARN MORE »

**JG Outsourcing**
3 reviews   ◎ PH

★★★★★                                              Apr 22, 2019

**Total peace of mind**

The most advance and up to date system I have ever used, been using it for a few months now and very pleased with the outcome.

Been given full support and help whenever I needed it, but to be truthful its very easy to use.

Brings back the confidence in knowing that my business is now covered and protected whenever one of our reps are making a call.



**George Weisz**
1 review · US

★★★★★

Updated Feb 8, 2022

### The Best Platform to Protect your Company

The Best Platform to Protect yourself from Malicious TCPA Litigators that prey on companies to extort them from their hard earned money. Michael the founder and CEO is one the most honest and professional people that I have come across in this industry. They are saving one company at a time from Predatory Litigators.

**Date of experience:** February 08, 2022

👍 Useful    ⌁ Share



**mujtaba shafiq**
13 reviews · PK

★★★★★ ✓ Verified

May 11, 2022

### Been using TCPA since 4 months and it's…

Been using TCPA since 4 months and it's works more than fine
Scrubbing results are 100%
And Michael is very kind and polite person

**Date of experience:** May 11, 2022

👍 Useful    ⌁ Share

Read 1 more review about Tcpa Litigator List  ⌄







**PG** — **Patrizia Glassey**
1 review · ◎ US

★★★★★ ✓ Verified                                    May 8, 2020

### Michael was super helpful and very…

Michael was super helpful and very knowledgeable. The product was just what we needed

**Date of experience:** May 09, 2020

👍 Useful **1**      ✎ Share                                    ⚐



Michael O'Hare

Jack Hogrebe
5 reviews · ◎ US

★★★★★ ✓ Verified                                    Dec 11, 2022

### FINALLY…. Thanks!

After months of being bounced around between the cluster of services and company's that offer various RIP-OFF types of dialing protections ; we decided that this company offers the BEST and LEAST expensive option for a small business trying to just simply call potential customers and make an honest living!

**Date of experience:** December 06, 2022

👍 Useful      ✎ Share                                    ⚐





**Adrian Dalsey**
AD
1 review    ◎ US

★★★★★  ✓ Verified                              May 1, 2021

**Cool nice dude with great service..much…**

Cool nice dude with great service..much needed svcs for every business owner.

**Date of experience:** May 01, 2021

👍 Useful    ⌁ Share                                    ⚑

---

**Alex**
AL
6 reviews    ◎ US

★★★★★  ✓ Verified                              Jan 14, 2021

**Nothing but the best from TCPA…**

Nothing but the best from TCPA Litigator List!!!!

**Date of experience:** January 14, 2021

👍 Useful    ⌁ Share                                    ⚑





**Michael Jacob**
1 review ◎ DE

★★★★★ ✓ Verified                     Jun 11, 2021

**Honest**

Honest, Good Support team

**Date of experience:** June 11, 2021

👍 Useful   ⤳ Share                              ⚑

---

**Umer Akram**
1 review ◎ PK

★★★★★ ✓ Verified                     Feb 11, 2022

**good service**

**Date of experience:** February 11, 2022

👍 Useful   ⤳ Share                              ⚑



**Kerry M. Tibor**
1 review ◎ US

★★★★★                                 Jun 9, 2019

**Great results and service**

I wish every service worked so well!

**Date of experience:** June 10, 2019

👍 Useful 1   ⤳ Share                            ⚑



# EXHIBIT F

**DNC and TCPA Sanitizer, LLC**
**PLAN PROJECTIONS**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | 182,000 | | | | | | | | | ANNUAL REVENUE GROWTH ASSUMPTION | | | 1.17% |
| | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | FYE 25 |
| **Income** | | | | | | | | | | | | | |
| Sales | 105,651 | 106,883 | 108,142 | 109,410 | 110,632 | 111,989 | 113,302 | 114,630 | 115,974 | 117,333 | 118,708 | 120,100 | 1,352,820 |
| **Total Income** | 105,651 | 106,883 | 108,142 | 109,410 | 110,632 | 111,989 | 113,302 | 114,630 | 115,974 | 117,333 | 118,708 | 120,100 | 1,352,820 |
| **Gross Profit** | 105,651 | 106,883 | 108,142 | 109,410 | 110,632 | 111,989 | 113,302 | 114,630 | 115,974 | 117,333 | 118,708 | 120,100 | 1,352,820 |
| **Expenses** | | | | | | | | | | | | | |
| Administrative Assistant | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 830 | 9,358 |
| Marketing | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| Bank Fees | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 225 |
| Litigators Research | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| Loan Payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Meals and Entertainment | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 430 | 5,166 |
| Office Rent | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 1,188 |
| IT and Internet Expenses | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 3,000 |
| Office Supplies | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 600 |
| Petty Cash | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,400 |
| Travel | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Sales Agents | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 48,000 |
| Sales Commission | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 30,000 |
| Server Cost | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 18,000 |
| Telecommunication Expense | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 320 | 3,836 |
| Telephone Expense | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 537 |
| Web Site Development | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 96,000 |
| Accounting | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 12,000 |
| Legal | 45,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 100,000 |
| Cashew Management Fee | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 480,000 |
| **Total Operating Expenses** | 115,248 | 75,248 | 75,248 | 75,248 | 75,248 | 75,248 | 75,248 | 75,248 | 75,248 | 75,248 | 75,248 | 75,248 | 942,971 |
| Priority - JP Morgan | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 2,309 | 27,708 |
| Priority - IRS | 1,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,600 |
| Escrow - Contested Claims | 0 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 220,000 |
| **Total Expenses** | 119,157 | 97,557 | 97,557 | 97,557 | 97,557 | 97,557 | 97,557 | 97,557 | 97,557 | 97,557 | 97,557 | 97,557 | 1,192,279 |
| **Net Income** | (13,506) | 9,332 | 10,585 | 11,853 | 13,135 | 14,432 | 15,745 | 17,073 | 18,417 | 19,776 | 21,151 | 22,543 | 160,541 |
| **Ending Cash (Pre-GUC Distributions)** | 168,494 | 164,321 | 184,239 | 206,678 | 231,667 | 259,235 | 289,413 | 322,232 | 357,723 | 395,917 | 436,845 | 480,539 | 342,541 |
| **Projected Disposable Income / GUC Fund** | (13,506) | 9,332 | 10,585 | 11,853 | 13,135 | 14,432 | 15,745 | 17,073 | 18,417 | 19,776 | 21,151 | 22,543 | 160,541 |
| **Ending Cash** | 154,989 | 173,654 | 194,825 | 218,532 | 244,803 | 273,667 | 305,158 | 339,305 | 376,140 | 415,693 | 457,996 | 503,083 | 503,083 |

# EXHIBIT G

| Month | Projected Revenue | Expenses | Funds left in account | Remaining Balance |
|---|---|---|---|---|
| 10/1/2024 | $ 105,651 | $ 55,000 | $ 50,651 | $ 210,651 |
| 11/1/2024 | $ 106,889 | $ 55,000 | $ 51,889 | $ 262,540 |
| 12/1/2024 | $ 108,142 | $ 55,000 | $ 53,142 | $ 315,682 |
| 1/1/2025 | $ 109,410 | $ 55,000 | $ 54,410 | $ 370,092 |
| 2/1/2025 | $ 110,692 | $ 55,000 | $ 55,692 | $ 425,784 |
| 3/1/2025 | $ 111,989 | $ 55,000 | $ 56,989 | $ 482,774 |
| 4/1/2024 | $ 113,302 | $ 55,000 | $ 58,302 | $ 541,076 |
| 5/1/2024 | $ 114,630 | $ 55,000 | $ 59,630 | $ 600,706 |
| 6/1/2024 | $ 115,974 | $ 55,000 | $ 60,974 | $ 661,679 |
| 7/1/2024 | $ 117,333 | $ 55,000 | $ 62,333 | $ 724,012 |
| 8/1/2024 | $ 118,708 | $ 55,000 | $ 63,708 | $ 787,721 |
| 9/1/2024 | $ 120,100 | $ 55,000 | $ 65,100 | $ 852,820 |

# EXHIBIT H

| Month | Income |
|---|---|
| Jan-23 | $ 89,579.40 |
| Feb-23 | $ 78,859.75 |
| Mar-23 | $ 74,361.00 |
| Apr-23 | $ 77,648.20 |
| May-23 | $ 91,571.60 |
| Jun-23 | $ 86,833.00 |
| Jul-23 | $ 81,648.80 |
| Aug-23 | $ 78,483.00 |
| Sep-23 | $ 80,231.00 |
| Oct-23 | $ 105,719.54 |
| Nov-23 | $ 91,023.20 |
| Dec-23 | $ 74,746.00 |
| Jan-24 | $ 89,025.52 |
| Feb-24 | $ 94,235.00 |
| Mar-24 | $ 107,058.91 |
| Apr-24 | $ 97,885.00 |
| May-24 | $ 98,648.20 |
| Jun-24 | $ 100,236.00 |
| Jul-24 | $ 151,890.50 |
| Aug-24 | $ 104,427.00 |
| Sep-24 | $ 116,000.00 |

Based on the calculation of growing at half the current rate, here are the projected monthly totals for the next twelve months, including the remaining balance in the company account:

Key observations:

1. Starting Balance: The company starts with $184,474 in the TCPA DIP account.

2. Monthly Expenses: Management Fees $40,000 + Other expenses 36,263 = $76,263 is allocated for expenses each month.

3. Average disposable revenue per month: $29,161 to pay creditors.

4. Revenue Growth: The growth rate has been halved to 1.17% per month, down from the previous 2.61%.

5. Projected Revenue:

  - The  monthly revenue is expected to grow from $105,650.98 in October 2024 to $120,099.57 in September 2025.

  - This is a more modest growth compared to the previous projection.


6. Scenario 1: Projected Pay off of debt


1. **Principal amounts**:
     - $650,000 at 8% interest
     - $80,000 at 13.45% interest
2. **Monthly Payment**: $29,161

It will take approximately **28 months** for the debtor to completely pay off the total debt of $730,000 with a monthly payment of $29,161, given the specified interest rates on each component of the debt.


7. Scenario 2: Payoff of debt in 36 months.

To pay off the total debt of $730,000 in 36 months, the debtor must contribute approximately **$23,082** per month.


8. Scenario 8  Pay off with no interest

If there is no interest on the debt, the debtor must contribute approximately $20,278 per month to pay off the total debt of $730,000 in 36 months.

| Tax Year | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Proje |
|---|---|---|---|---|---|---|---|
| Gross Revenue | $ 93,735 | $ 170,745 | $ 465,616 | $ 887,013 | $ 1,010,704 | $ 1,200,000 | |
| Net Profit | $ 64,247 | $ 106,047 | $ 286,387 | $ 464,311 | $ 193,249 | $ 600,000 | |

| Year | Revenue Growth | Net Profit Growth | | | | | |
|---|---|---|---|---|---|---|---|
| 2019-2020 | 82% | 65% | | | | | |
| 2020-2021 | 173% | 170% | | | | | |
| 2021-2022 | 91% | 62% | | | | | |
| 2022-2023 | 14% | -58% | | | | | |
| 2023-2024 | 18.73% | 210% Projected | | | | | |

# EXHIBIT I

| Year | Gross Revenue | Cashyew Management Fee % | Total Payout | Hourly for Michael | Hourly for Tanya | |
|------|---------------|--------------------------|--------------|--------------------|--------------------|--------|
| 2019 | $ 93,735.00 | 60% | $ 56,241.00 | $ 14.06 | $ 14.06 | |
| 2020 | $ 170,745.00 | 60% | $ 102,447.00 | $ 25.61 | $ 25.61 | |
| 2021 | $ 465,616.00 | 60% | $ 279,369.60 | $ 69.84 | $ 69.84 | |
| 2022 | $ 887,013.00 | 60% | $ 532,207.80 | $ 133.05 | $ 133.05 | |
| 2023 | $ 200,000.00 | 60% | $ 120,000.00 | $ 30.00 | $ 30.00 | |
| 2024 | $1,200,000.00 | 60% | $ 720,000.00 | $ 180.00 | $ 180.00 | $ 360.00 |

| Date | Revenue | Total Expenses | Management Fee | Other Expenses + Net Profit | Net Profit | Operating Expenes |
|------|---------|----------------|----------------|-----------------------------|------------|-------------------|
| | | | 60% | | | |
| Jan-24 | $ 89,025 | $ 78,928 | $ 40,388 | $ 48,637 | $ 10,097.00 | $ 38,540.00 |
| Feb-24 | $ 94,235 | $ 82,967 | $ 45,071 | $ 49,164 | $ 11,267.00 | $ 37,897.00 |
| Mar-24 | $ 107,058 | $ 90,578 | $ 65,919 | $ 41,139 | $ 16,479.00 | $ 24,660.00 |
| Apr-24 | $ 97,885 | $ 90,340 | $ 30,178 | $ 67,707 | $ 7,544.00 | $ 60,163.00 |
| May-24 | $ 98,648 | $ 90,435 | $ 59,189 | $ 39,459 | $ 8,212.00 | $ 31,247.20 |
| Jun-24 | $ 100,236 | $ 93,249 | $ 60,142 | $ 40,094 | $ 6,986.00 | $ 33,108.40 |
| Jul-24 | $ 151,890 | $ 124,773 | $ 91,134 | $ 60,756 | $ 27,116.00 | $ 33,640.00 |
| Aug-24 | $ 104,427 | $ 93,509 | $ 62,656 | $ 41,771 | $ 10,917.00 | $ 30,853.80 |
| | | | | | | |
| Average | $ 105,426 | $ 93,097 | $ 56,835 | | $ 12,327.25 | $ 36,263.68 |
| | | | | | Disposable Revenue | |
| Chase Plan | | | $ 40,000.00 | | $ 29,161.83 | $ 36,263.68 |

# EXHIBIT J

- Reorganization Plan

Payment to creditors in full.

- Financial Statements:

Tax Returns 2022 and 2023

# EXHIBIT K

**Viking Bond answer**

Hello Michael,

I've received your inquiry regarding a $650K appeal bond.  Appeal bonds are fully collateralized 99% of the time.  The cost of the bond would likely be in the range of 1% of the bond penalty amount (usually this is more than 100% of the judgment amount – the percentage varies by state), and collateral would be for the full amount of the bond penalty.  For example, if the bond penalty is 150% of the judgment amount, the bond would be $975K for a $650k judgment.  You would need to provide either a cashier's check or irrevocable letter of credit (ILOC) in the amount of $975K to be held until the bond is released by the court.  This collateral would then be returned to you or used to pay the judgment and legal fees.  The 1% premium would be due annually until the bond has been released by the court.

If this sounds like a scenario you'd like to pursue, let me know and we'll discuss the next steps.  Thanks.



**Cynthia Cooper**
Contract and Commercial Bond Sr. Producer
SBA Surety Bond Guarantee Underwriter
Gallagher Affinity

Viking Bond Service, a Gallagher Company
PO Box 41460 | Phoenix, AZ 85080
O: (623) 933-9334 or Toll Free (888) 278-7389, Ext. 2982
Fax: (623) 933-9376

www.performancesuretybonds.com
Complete an Online Application

Insurance | Risk Management | Consulting

gallagher-affinity.com | AJG.com

# EXHIBIT L

OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

### DNC and TCPA List Sanitizer, LLC

is a

### Limited Liability Company

formed or registered on 03/01/2019   under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office.  This entity has been assigned entity identification number 20191192446 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 10/02/2024  that have been posted, and by documents delivered to this office electronically through 10/07/2024 @ 17:26:29 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 10/07/2024  @ 17:26:29  in accordance with applicable law. This certificate is assigned Confirmation Number 16452546        .



Secretary of State of the State of Colorado

*************************************************End of Certificate*********************************************
*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do  entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF FACT OF GOOD STANDING

I, Jena Griswold, as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office,

Cashyew Holding

is a

Limited Liability Company

formed or registered on 10/24/2018 under the law of Colorado, has complied with all applicable requirements of this office, and is in good standing with this office. This entity has been assigned entity identification number 20181840954 .

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 10/02/2024 that have been posted, and by documents delivered to this office electronically through 10/07/2024 @ 17:23:32 .

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 10/07/2024 @ 17:23:32 in accordance with applicable law. This certificate is assigned Confirmation Number 16452532 .



*Jena Griswold*

Secretary of State of the State of Colorado

**********************************************End of Certificate**********************************************
*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

# EXHIBIT M

Subject Line: Writ of Garnishment in Violation of C.R.S. § 13-54.5-106(1) –
Demand for Immediate Withdrawal  ⅅ

 **Michael O'Hare** <michael@tcpalitigatorlist.com>   Sat, May 11, 12:11 PM   ☆   ⚡   ☍ Share this email   ☺   ↩   ⋮   ⊗
to whz ▾

Dear Mr. William Zimmerling,

As I am in between counsel, I am writing to formally notify you that your client (the judgment creditor) and you have failed to comply with the mandatory notice requirements under Colorado Revised Statutes C.R.S. § 13-54.5-106(1) in relation to the writ of garnishment filed against the judgment debtor, DNC and TCPA List Sanitizer.

C.R.S. § 13-54.5-106(1) unequivocally states:
*In a case where personal property of the judgment debtor other than earnings is subject to garnishment, following the service of the writ of garnishment on the garnishee, the person who served said writ shall, as soon as practicable, serve a copy of the writ of garnishment, together with a notice of exemption and pending levy, upon each judgment debtor whose property is subject to garnishment by said writ....*

This statutory language clearly requires the judgment creditor to provide the judgment debtor within a practical period of time of the upcoming garnishment and their right to claim exemptions before the writ of garnishment can be properly served on the garnishee.

In the present case, the writ of garnishment was filed on April 29, 2024. However, as of today, May 11, 2024, the judgment debtor has not received any notice from the judgment creditor as mandated by C.R.S. § 13-54.5-106(1). Moreover, the writ of garnishment has not been recorded on the court docket.

This blatant disregard for Colorado's garnishment laws by the judgment creditor and their attorneys marks the second such violation, with the first occurring on February 20, 2024. These repeated failures to adhere to the clear statutory requirements demonstrate a pattern of unethical and unlawful conduct in the debt collection process.

In light of these serious violations, I demand that you immediately contact Stripe and withdraw the improperly filed writ of garnishment. Failure to do so by 12 PM on May 13, 2024, will leave me no choice but to file a formal complaint with the Colorado Attorney General's Office regarding your client and your illegal and unethical debt collection practices.

Please be advised I am prepared to take all necessary legal actions to protect my rights and interests under Colorado law.



## Payout Suspension Notice  📤  Inbox ✕

**Michael O'Hare** <michael@tcpalitigatorlist.com>      Fri, May 10, 10:22 AM   ☆  ⚡2   ⌣ Share this email
to llg-notices ▾

Dear Stripe representative,

I received this notice on my account.

Reply directly from your inbox
In order to restore your account's ability to receive payouts, please check your email for next steps or reach out to our support team

I have not received an email.  Your support team will not tell me the issue.

Sincerely,

Michael O'Hare
310-579-6212
Cell: 323-691-5851

Subscribe

**TCPA**
**Litigator List**

---

**Stripe Support** <support-reply@stripe.com>      Sun, May 12, 6:50 PM   ⭐  ⌣ Share this email
to michael@tcpalitigatorlist.com ▾

Hi Michael,

Thanks for your patience. I completely understand that you'd want to speak with the manager regarding the hold on the account. Allow me to provide more information about this.

First of all, while I do wish I could hop on a call, I'm afraid we currently do not support phone calls as we generally handle inquiries that require extensive research. Meanwhile, allow me to address this issue via email.

I looked into the account and I can see that the payout has been paused because of a legal hold. In order to get this resolved, we'll need your legal representative to send us a release notice to llg-notices@stripe.com. If you have further questions regarding this hold, we would recommend sending an email directly to llg-notices@stripe.com for more information. Unfortunately, we can't provide any further information on this account hold, except through llg-notices@stripe.com.

I hope this helps get you going here. If you have any other questions or concerns, please feel free to reach back out. I'm here to help.

Best,
Clinton

•••



**Stripe Support** <support-reply@stripe.com>     Sat, Jun 15, 10:44 PM        
to michael@tcpalitigatorlist.com ▾

Hello,

This message is to notify you that Stripe received the Writ of Garnishment requiring Stripe to freeze funds in your Stripe account below and to provide information about your Stripe account to the party identified in the order.
acct_1EN14CEXsTy6mdVC

In accordance with the Writ, Stripe will freeze funds for this account. For more information, please reach out to the party who submitted the Order.

Sincerely,
Stripe Notices

| Revenue Sources | |
|---|---|
| TCPA Subscriptions | Averages |
| Stripe credit card processing | $ 100,000 |
| ACH | $ 3,500 |
| Paypal | $ 5,000 |

# EXHIBIT N

### D. Appellant produced source code including a back-end database in a clean room.

*More than a year after the action had been filed*, and about 10 weeks before trial, Ringba propounded discovery asking Appellant to produce the "complete" "source code" of Appellant's Website as it existed on April 5, 2020 and currently. (CF pt.1, p. 255).[4] The parties briefed multiple motions to compel about what was required to be produced.

In an effort to sidestep the dispute, Appellant scrounged for whatever additional code was stored in backups dated in 2019 and offered

---

[4] Trial (although later continued) was scheduled to begin on January 23, 2023. (CF pt.1, p. 139).

-9-

the clean room for its review on March 2, 2023. (CF pt.3, p. 877). On March 5, 2023, Appellant provided hyperlinks to the publicly available code. (CF pt.3, pp. 872-76). Then, on March 8, 2023, Appellant offered a link to Ringba of a reconstructed website as it existed in April 2020 and offered to make the backup available for inspection. (CF pt.3, p. 865) (aside from the dynamic functions like dates, the replication was "100 percent the same" and that "anyone who has . . . [the] repository can re-create the [Appellant's] site"). The Appellant made available a clean room

the clean room for its review on March 2, 2023. (CF pt.3, p. 877). On March 5, 2023, Appellant provided hyperlinks to the publicly available code. (CF pt.3, pp. 872-76). Then, on March 8, 2023, Appellant offered a link to Ringba of a reconstructed website as it existed in April 2020 and offered to make the backup available for inspection. (CF pt.3, p. 865) (aside from the dynamic functions like dates, the replication was "100 percent the same" and that "anyone who has . . . [the] repository can re-create the [Appellant's] site"). The Appellant made available a clean room for full source code, plugins, word press files, and the backend database, which was over and above what Appellant had to produce. The clean room was available from March 8, 2023 to May 12, 2023, when the court terminated the case.

Ringba refused to evaluate any of the new material, stating that it was far too late (notwithstanding Appellant's duty to supplement) and that Ringba's expert would not travel to comply with the clean room procedures of the Protective Order unless Appellant paid for it. (CF pt.3, p. 877) ("We object to requiring our expert to come out an additional time to conduct the clean room review of this, unless Plaintiff agrees to pay for

-10-

²

all costs associated with that."); (4/18/2023 Tr. at 27:6-8) ("you'll see in my correspondence with Mr. Cohen, my response was, . . . we don't want to fly our expert out here").

### E. The court dismissed the action.

During the April 17, 2023 hearing, Ringba presented two demonstrations. First, using the reconstructed website, Ringba's expert left the Date Picker blank and searched the website. The search resulted in a long list of all the phone numbers on the List (about one third of a million), comprising 11,000 pages of records. (4/17/2023 Tr. at 75-76). In order for the website to have worked in this manner, the website accessed a backend database that included all of the phone numbers on the List.

Ringba then presented a previously-undisclosed demonstrative video of Appellant's reconstructed website to illustrate that a party, like Young, could have circumvented the Terms before downloading the List. (4/17/2023 Tr. at 69:17-70:8).

Appellant had no choice but to react on the fly to Ringba's demonstrative. (4/17/2023 Tr. at 227:6-16). Appellant's developer

# EXHIBIT O

## Michael, Welcome to Bench! ⅀   Inbox ×

**Isak Hodges** <isak.hodges@bench.co>        Jun 6, 2024, 11:42AM   ☆   ⚏ Share this email        ☺ ↩ ⋮ ⊗
to michael, jennifer.miller ▾

Hi Michael,

It was a pleasure speaking with you today, and we're excited to have you on board!

Your next appointment will be with an Onboarding Specialist. You can review details on what to expect through the confirmation email you received from Calendly.

**Prior to the call, we ask that you complete the Onboarding Questionnaire. Here is your personal link**
**https://10sheet.typeform.com/to/eP3mLE7f#user_id=193006.**

**As this appointment is via Zoom, please be in front of a computer for this call. Please note, this appointment is critical to setting up your account and your bookkeeping cannot be started without completing the step.**


**12-MONTH CONTRACT AND BILLING DETAILS:**

DNC and TCPA List Sanitizer DBA's bookkeeping subscription has been activated. To review what was billed today, you can visit your paid invoices within your Bench account by clicking on Account > Billing.

You have purchased the **Bench Essential Plan**\*\*. This plan includes:

- Unlimited access to the Bench App
- Access to a team of dedicated bookkeeping experts
- Accurate monthly books and year-end tax-ready financial packages
- Income Statement, Balance Sheet and 1099 reporting
- Unlimited support from your bookkeeping team

*\*\*The Bench Essential Plan does not include tax filing or tax advisory services.*

As discussed, you are committing to prepay $2,988 for your 12-month term. **$900 OFF.**

This rate is subject to a minimum term of 12 months with no opportunity for refund if you cease using the services before the minimum term expires. Your contract is also subject to auto-renewal. If you do not wish to renew your 12 month contract with Bench, you will need to let us know at least 60 days before your contract renewal date. Until then, your subscription will remain active, billable, and auto-renewed. Refer to Bench's Terms & Privacy Policy.

Note: This preferred structure overrides other disclosures you have previously accepted or that otherwise appear on our

# EXHIBIT P

# EXHIBIT Q

Cohen, LLC

Cohen, LLC
1600 Broadway, Suite 1660
Denver, CO - Colorado 80202

# INVOICE

|  |  |
|---|---|
| Invoice #: | 4225 |
| Date: | 09-05-2024 |
| Due On: | 09-05-2024 |

TCPA Litigator List

Matter Name:TCPA Collections

## Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08-07-24 | JC | reviewing recently filed pleadings regarding cimino and management contract .8 - researching disclosure obligations 1.4 - .7 conference with counsel | 2.90 | 450.00 | $1,305.00 |
| 08-08-24 | JC | drafting objection to Cimino application 1.8 - .8 tc with g tucker and us trustee about objection | 2.70 | 450.00 | $1,215.00 |
| 08-08-24 | DE | Conference with internal team regarding Ciminos amended and expanded motion. discuss the same with Jeff and strategize response. | 2.20 | 295.00 | $649.00 |
| 08-09-24 | JC | preparing for depositions 1.2 - reviewing disclosures and pleadings | 3.40 | 450.00 | $1,530.00 |
| 08-12-24 | JC | reviewing and analyzing new attorney application | 1.10 | 450.00 | $495.00 |
| 08-13-24 | JC | reviewing Vallone application and subpoena issues | 1.60 | 450.00 | $720.00 |
| 08-14-24 | JC | review emails and tc with process server .7 - 1.1 email to cimino review sanctions issue | 1.80 | 450.00 | $810.00 |
| 08-15-24 | JC | review plan and service issues | 1.90 | 450.00 | $855.00 |
| 08-16-24 | DE | Review court filings; assist in drafting of objection to appointment of Cimino | 3.60 | 295.00 | $1,212.00 |

| 08-21-24 | JC | prepare for deposition of cimino | 2.40 | 450.00 | $1,080.00 |
|---|---|---|---|---|---|
| 08-22-24 | JC | prepare for deposition | 2.90 | 450.00 | $1,305.00 |
| 08-23-24 | JC | prepare for and attend deposition of cimino | 6.70 | 450.00 | $3,015.00 |
| 08-23-24 | DE | Prepare for and attend deposition of John Cimino. | 4.50 | 295.00 | $1,327.50 |
| 08-26-24 | JC | review deposition transcript 1.1 -draft correspondence to shilladay .4 - .7 review plan projections | 2.20 | 450.00 | $990.00 |
| 08-27-24 | JC | review plan projections and transcript of deposition | 1.40 | 450.00 | $630.00 |
| 08-27-24 | DE | Discuss new objection to Ciminos disclosures: sit in on phone call with Brad. | 3.30 | 295.00 | $973.50 |
| 08-28-24 | JC | review recent filings for plan and management agreement | 1.20 | 450.00 | $540.00 |
| 08-30-24 | JC | review plan projections and cash collateral stipulation and court orders | 2.10 | 450.00 | $945.00 |

Services Subtotal: $22,385.50

| Subtotal | $22,385.50 |
|---|---|
| Total | $22,385.50 |
| Payment | $0.00 |
| Balance Owing | $22,385.50 |

Detailed Statement Account Summary

| Previous Balance: | $0.00 |
|---|---|
| New Charges: | $22,385.50 |
| Payments Applied: | $0.00 |
| **Total Amount Outstanding:** | **$22,385.50** |

Detailed Operating Retainer Summary

| Previous Retainer Balance: | $0.00 |
|---|---|
| Retainer Deposits Since Last Invoice: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

Page: 2

**Cohen, LLC**     **INVOICE**

1600 Broadway Suite 1660
Denver, CO - Colorado 80200

| | | |
|---|---|---|
| Invoice #: | | 4205 |
| Date: | | 09-01-2024 |
| Due On: | | 09-16-2024 |

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | | | | |

Page 1

---

Page 2

# EXHIBIT R

| Cases against Ringba's Principals Adam Young and Harrison Gevitz | Title | Jurisdiction | Case Number | Violations |
|---|---|---|---|---|
| 4/5/2007 | Blue China v. Harrison Gevitz | California | 1244294 | Unfair biz practices, misappro. TS., conversion |
| 5/23/2012 | Essociate Inc. v Eagle Web Assets | California | 1:14-cv-01239 | Patent Infringement |
| 2/26/2013 | Adwork Media v Blam Ads Inc | Illinois | 2013-M1-112449 | Breach of Contract |
| 2/28/2013 | PEERLESS ONLINE PUBLISHING INC vs. EAGLE WEB ASSETS | Ohio | A 1301472 | Credit claim |
| 3/14/2013 | Vito Glazers V Ryan Eagle et al (Eagle Web Assets) (Harrison Gevirtz) | Illinois | 2013-L-002546 | Breach of Contract |
| 3/15/2013 | LEETCH, AARON VS. EAGLE RYAN (Eagle Web Assets) | California | 13CB0845 | Fraud |
| 4/18/2013 | Ronan Petillon v Ryan Eagle Harrison Gevirtz | Illinois | 2013-CH-10379 | Fraud Promissory Fraud and Breach of Contract |
| 5/8/2013 | Etronics v Gevirtz | California | CGC 13-531276 | Breach of Contract, Fraud, and common counts |
| 2/19/2014 | FTC v Eagle Web Assets | Illinois | 1:14-cv-01239 | Unfair and Deceptive Acts and Consumer Injury |
| 11/30/2017 | Scott C Dorey v Larby Amirouche and Ryan Eagle | Illinois | 1:17-cv-08674 | Defamation and Fraud |
| 3/26/2018 | A-UNITED, INC. DBA A-UNITED FINANCIAL VS. HARRISON GEVIRTZ ET AL | California | CCGC-17-560479 | Nonpayment of loan |
| 10/13/2021 | TCPA Litigator List v Ringba, Adam Young | Colorado | 2021CV31668 | Breach of Contract, Unjust Enrichment, Fraud, Civil Conspiracy, Misappropriation of TS |
| 2/8/2022 | Skycoin v Harrison Gevirtz Adam Young Ryan Eagle Bradford Stephens | Illinois | 1:22 cv 00708 | Extortion Theft, Racketeering, Fraud, Civil Conspiracy, Tortious Interference, , Misappropriation of a trade secret, Unjust Enrichment, Defamation, Breach of Fiduciary Duty, Breach of Contract |

Monday, October 7, 2024 22:10

# Electronic Document Dropbox

| | |
|---|---|
| **Name** | Michael O'Hare |
| **Debtor's Name (if different)** | DNC AND TCPA LIST SANITIZER |
| **Email** | mcohare@gmail.com |
| **Phone Number** | (323) 691-5851 |
| **Case Number (if known)** | 24-12624 |