# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

**MOTION TO RECONSIDER MOTION TO SHORTEN NOTICE PERIOD FOR MOTION: (A) EMPLOY WADSWORTH GARBER WARNER CONRARDY, P.C. AS BANKRUPTCY COUNSEL FOR THE DEBTOR-IN-POSSESSION AND (B) APPROVE RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION**

DNC and TCPA List Sanitizer, LLC, Debtor-in-Possession (the "Debtor"), by and through Wadsworth Garber Warner Conrardy, PC ("WGWC"), for its Motion to Reconsider Motion to Shorten Notice Period for Motion to (A) Employ WGWC as Counsel for the Debtor-in-Possession and (B) Approve Retainer for WGWC as Counsel for the Debtor-in-Possession (the "Shorten Notice Motion"), respectfully states as follows:

1. The Debtor filed its Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 16, 2024 (the "Petition Date") and is operating as a debtor-in-possession.

2. On the Petition Date, the Debtor retained Cimino Law Office LLC ("Cimino") as its bankruptcy counsel.

3. Litigation has ensued as to whether Cimino has a conflict that will prohibit it from continuing as counsel for the Debtor.

4. In addition, the Debtor believes the bankruptcy case would be better served by seeking replacement counsel.

5. The Debtor then sought to retain Allen Vellone Wolf Helfrich & Factor P.C. as counsel for the Debtor. Opposition has been asserted to this representation for alleged conflicts.

6. The Debtor has therefore selected the firm of WGWC to represent the Debtor.

7. There are a number of pressing matters in the case. There is no order authorizing the use of cash collateral, which needs to be promptly rectified. There is a pending Plan of

Reorganization that is proceeding toward confirmation. Further amendment may avoid certain objections to confirmation. There is also a pending Motion to convert the case.

8. On October 7, 2024, the Debtor filed its Shorten Notice Motion with resect to the Debtor's Motion to (A) Employ WGWC as Counsel for the Debtor-in-Possession and (B) Approve Retainer for WGWC as Counsel for the Debtor-in-Possession (the "Employment Motion").

9. On the same date the Court entered an Order denying the Shorten Notice Motion (the "Denial Order").

10. On October 8, 2024, the Court conducted a hearing on the Motion to Convert. The active parties in interest attended the hearing on the Motion to Covert. The hearing touched on the Employment Motion.

11. The Court also set a final hearing on the Motion to Convert, which WGWC will represent the Debtor if employed.

12. So that WGWC can become promptly involved in the case and begin addressing the issues in this case, WGWC requests the Court reconsider the Denial Order and the notice period for the Employment Motion be shortened to seven days.

WHEREFORE, the Debtor requests that this Court enter an order, a proposed form filed herewith, granting the relief requested herein and for such other and further relief the Court deems just.

Dated: October 8, 2024  Respectfully submitted,

*/s/ Aaron A. Garber*
Aaron A. Garber, #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com

**9013-1 CERTIFICATE OF SERVICE OF MOTION AND PROPOSED ORDER**

The undersigned certifies that on October 8, 2024, I served by prepaid first-class mail or ECF a copy of the **MOTION TO RECONSIDER MOTION TO SHORTEN NOTICE PERIOD FOR MOTION: (A) EMPLOY WADSWORTH GARBER WARNER CONRARDY, P.C. AS BANKRUPTCY COUNSEL FOR THE DEBTOR-IN-POSSESSION AND (B) APPROVE RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION, and order** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Chad S. Caby    ccaby@lewisroca.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com
Peter A. Cal    pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen    jcohen@cohentrial.com
Jason Cooper    jcooper@tamlegal.com
John Gray    jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch    vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler    Arthuralklaw@gmail.com, seanalklaw@gmail.com;filingsalklaw@gmail.com
Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes    Alan.Motes@usdoj.gov
Reza Rismani    rrismani@tamlegal.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday    rjs@shillidaylaw.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                              */s/ Nichole Garber*_____
                                                  For Wadsworth Garber Warner Conrardy, P.C.