# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

**ORDER GRANTING MOTION TO RECONSIDER ORDER TO SHORTEN NOTICE PERIOD FOR MOTION: (A) EMPLOY WADSWORTH GARBER WARNER CONRARDY, P.C. AS BANKRUPTCY COUNSEL FOR THE DEBTOR-IN-POSSESSION AND (B) APPROVE RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION**

UPON CONSIDERATION of DNC and TCPA List Sanitizer, LLC (the "Debtor")'s Motion to Reconsider Motion to Shorten Notice Period for Motion to (A) Employ Wadsworth Garber Warner Conrardy, PC ("WGWC") as Counsel for the Debtor-in-Possession and (B) Approve Retainer for WGWC as Counsel for the Debtor-in-Possession (the "Motion") in this case, and for good cause shown, the Court does hereby

ORDER

1. The Motion is GRANTED; and

2. The Court's order at Docket No. 218 is hereby vacated.

3. The deadline for parties in interest to file and serve any objection or other responsive pleading to the Motion is October 15, 2024. Any objection or other responsive pleading filed after October 15, 2024 will not be considered by the Court, absent extraordinary circumstances.

Dated October 8, 2024.

BY THE COURT

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge