UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

Date: October 8, 2024             HONORABLE KIMBERLEY H. TYSON, Presiding

In re:    DNC and TCPA LIST SANITIZER, LLC,      Debtor.      Case No: 24-12624-KHT
Chapter 11
Subchapter V

Appearances:

| Role | Name | | Counsel |
|---|---|---|---|
| Debtor | | Counsel | Aaron Garber |
| Debtor | | Counsel | Vandana Koelsch |
| US Trustee | | Counsel | Alan Motes |
| SubV Trustee | Joli Lofstedt | Counsel | |
| Creditor | Jeffrey Cohen | Counsel | Jeffrey Cohen |
| Creditor | GLegal, LLC | Counsel | Reza Rismani |
| Creditor | Ringba, LLC et al. | Counsel | Chad Caby |
| Creditor | JPMorgan Chase | Counsel | Peter Cal |
| Creditor | | Counsel | |

Proceedings: Preliminary hearing on the Motion to Convert Case from Chapter 11 to Chapter 7 (docket #151)

[X]   The parties entered their appearances and made statements to the Court, and Ringba LLC made an offer of proof.

Orders:

[X]   The Court set the matter for in-person evidentiary hearing **Thursday, October 24, 2024, at 9:30 a.m.** in Courtroom D, for one-half day, and **Friday, October 25, 2024, at 9:30 a.m.** for one full day. Parties who intend to present evidence shall file and exchange witness and exhibit lists by **October 11, 2024, at 5:00 p.m.** A copy of each exhibit shall be tendered to the Court 3 business days prior to the hearing via email to KHT_Courtroom@cob.uscourts.gov.

Date: October 8, 2024        FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By: */s/ K. Lane Cutler*
      Law Clerk