## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | Case No. 24-12624 KHT |
| DNC and TCPA LIST SANITIZER, LLC, | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

### CIMINO MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

John A. Cimino, counsel for the debtor, hereby moves to withdraw as counsel of record, and for good cause shown, requests an order allowing withdrawal and in support of this motion, notifies the debtor as required by L.B.R. 9010-4 as follows:

1. Attorney for the debtor wishes to withdraw pursuant to Rules 1.16(b)(1) and (6) of the Colorado Rules of Professional Conduct and debtor wishes to employ new counsel;

2. the bankruptcy court retains jurisdiction;

3. the client's last known address, email and telephone number is:

    DNC and TCPA LIST SANITIZER, LLC

    c/o Michael and Tania O'Hare
    405 Cherry Hills Way
    Colorado Springs, CO 80921
    Phone: 719-725-9367

4. the client has the burden of keeping the court informed of the mailing address where notices, pleadings or other papers may be served;

5. the client has the obligation either to prepare personally for any hearing or trial in a contested matter or adversary proceeding or to hire another attorney to prepare for any future hearing or trial;

6. client is responsible for complying with all court orders and time limitations established by any applicable statute, rule, or L.B.R.

7. if another attorney is not hired, the client has the obligation to decide whether to respond to any motion that may be filed in the case after the withdrawal of counsel, to tile a timely response, and to respond to any court orders requiring the client to respond;

1

8.     if the client fails or refuses to meet these burdens, the client may suffer sanctions, including default or dismissal of the pending contested matter, adversary proceeding, or the clients bankruptcy case in some circumstances;

9.     the dates of any pending matters and tiling deadlines, including trials and hearings on contested matters or adversary proceedings, and a warning that such matters will not be delayed or affected by the withdrawal of counsel;

10.     there are several deadlines pending;

11.     service of process may be made upon the client at the client's address in the court's database;

12.     where the withdrawing attorney's client is a corporation, partnership, or other legal entity, that such entity cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions and other papers may be stricken, and default judgment or other sanctions may be imposed against the entity including dismissal or conversion of its case if it is a debtor; and

13.     client or other parties in interest have the right to object to the proposed withdrawal of counsel by filing with the court an objection to the attorney's motion to withdraw within fourteen (14) days after mailing of the notice.

Dated this 9th day of October, 2024.

Respectfully submitted,

**CIMINO LAW OFFICE, LLC**

*/s/ John A. Cimino*

John A. Cimino, #14032
Attorney for Debtor in Possession
5500 East Yale Ave., Suite 201a
Denver, CO 80222
(720) 434-0434 Telephone
Email: JC925Ave@yahoo.com