# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

## STATUS REPORT REGARDING PLAN OF REORGANIZATION

DNC and TCPA List Sanitizer, LLC, Debtor-in-Possession, by and through its undersigned counsel, for its Status Report Regarding Plan of Reorganization respectfully states as follows:

1. The Debtor filed its Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 16, 2024 (the "Petition Date") and is operating as a debtor-in-possession.

2. On the Petition Date, the Debtor retained Cimino Law Office LLC ("Cimino") as its bankruptcy counsel.

3. Litigation has ensued as to whether Cimino has a conflict that will prohibit it from continuing as counsel for the Debtor.

4. In addition, the Debtor believes the bankruptcy case would be better served by seeking replacement counsel.

5. The Debtor then sought to retain Allen Vellone Wolf Helfrich & Factor P.C. as counsel for the Debtor. Opposition has been asserted to this representation for alleged conflicts.

6. The Debtor therefore, on October 7, 2024, selected the firm of Wadsworth Garber Warner Conrardy, P.C. ("WGWC") to represent the Debtor.

7. Since its retention, WGWC has been working with the Debtor and other parties in interest to address a number of issues in the case, including getting filed amended monthly operating reports, entering into a cash collateral agreement with the secured creditor, and reaching a settlement in principle with Ringba, LLC, Tubmanburg Limited and Adam Young (together, "Ringba").

8. On September 25, 2025, the Debtor, through former counsel, filed its proposed Amended Sub-Chapter V Plan of Reorganization (the "Amended Plan").

9. Since its retention, WGWC has been communicating with the Debtor, Sub-V Trustee and the secured creditor to present a Plan of Reorganization supported by the majority of the parties in interest. The Debtor was going to file the Second Amended Plan of Reorganization on Monday, October 21, 2024. However, on October 21, 2024, the Debtor reached a settlement in principle with Ringba, which agreement will have an impact on some of the terms of the Second Amended Plan. The Debtor and Ringba anticipate filing an executed settlement agreement, on notice to parties in interest, in the near future. After resolution of the settlement agreement, the Debtor will soon thereafter file the Second Amended Plan of Reorganization, which will hopefully be able to proceed with an uncontested basis, or at least have substantially reduced the number of objections and issues.

WHEREFORE, the Debtor respectfully requests that the Court accept this Status Report.

Dated: October 22, 2024          Respectfully submitted,

/s/ Aaron A. Garber
Aaron A. Garber, #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 22, 2024, I served by prepaid first-class mail or ECF a copy of the **STATUS REPORT REGARDING PLAN OF REORGANIZATION** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Chad S. Caby      ccaby@lewisroca.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com
Peter A. Cal      pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen      jcohen@cohentrial.com
Jason Cooper      jcooper@tamlegal.com
John Gray      jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch      vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler      Arthuralklaw@gmail.com, seanalklaw@gmail.com;filingsalklaw@gmail.com
Joli A. Lofstedt      joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes      Alan.Motes@usdoj.gov
Reza Rismani      rrismani@tamlegal.com
Katharine S. Sender      ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday      rjs@shillidaylaw.com
US Trustee      USTPRegion19.DV.ECF@usdoj.gov

                                                */s/ Nichole Garber*_____
                                                   For Wadsworth Garber Warner Conrardy, P.C.