**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| *In re:* | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER LLC | ) | Case No. 24-12624-KHT |
| TAX ID / EIN: 83-3868704 | ) | Chapter 11, Subchapter V |
| | ) | |
| *Debtor.* | ) | |

**ORDER APPROVING SUBCHAPTER V TRUSTEE'S FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

This matter comes before the Court on the Subchapter V Trustee's First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses (the "*Fee Application*") filed by Joli A. Lofstedt, the Subchapter V trustee ("*Trustee*") of the bankruptcy estate of DNC and TCPA List Sanitizer LLC (the "*Estate*"), this Court, having reviewed the Fee Application and being advised in the premises, and no responses or objections having been filed, and good cause having been shown, hereby:

ORDERS that the Fee Application is GRANTED.

IT IS FURTHER ORDERED that Trustee's interim fees in the amount of $8,625.00 and expenses in the amount of $28.97 requested in the Fee Application are allowed pursuant to 11 U.S.C. §330.

IT IS FURTHER ORDERED that Trustee is authorized to apply the $3,000 post-petition retainer to the allowed interim fees and expenses.

IT IS FURTHER ORDERED that DNC and TCPA List Sanitizer LLC is authorized to pay the balance of Trustee's allowed interim fees and expenses from the Estate. Payment shall be made to Joli A. Lofstedt, Trustee and sent to PO Box 270561, Louisville, CO 80027.

Date: ____________________.

BY THE COURT:

______________________________
The Honorable Kimberley H. Tyson
United States Bankruptcy Court