# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: DNC AND TCPA LIST SANITIZER, LLC<br>EIN: 83-3868704<br><br>Debtor. | Case No.: 24-12624-KHT<br><br>Chapter: 11, Subchapter V |

### Order Granting First Interim Application for Allowance of Compensation and Reimbursement of Expenses of Allen Vellone Wolf Helfrich & Factor P.C. as Special Counsel for Debtor-In-Possession, DNC and TCPA List Sanitizer, LLC

THIS MATTER is before the Court on the First Interim Application for Allowance of Compensation and Reimbursement of Expenses of Allen Vellone Wolf Helfrich & Factor P.C., as Special Counsel for DNC and TCPA List Sanitizer, LLC Debtor-In-Possession (the "Application"). No objections have been filed to the Application, or having been filed, have been resolved. The Court has reviewed the Application and the file, and finds good cause exists to approve the compensation and reimbursement of expenses.

Therefore, it is hereby ORDERED that the Application is GRANTED; interim fees in the amount of $33,359.75 and costs in the amount of $458.32, for a total of $33,818.07 to Allen Vellone Wolf Helfrich & Factor P.C., for services provided to DNC and TCPA List Sanitizer, LLC for the period August 12, 2024, through October 3, 2024, are APPROVED;

IT IS FURTHER ORDERED that DNC and TCPA List Sanitizer, LLC is authorized to pay such fees and expenses.

Dated: December 9, 2024.

BY THE COURT:

_____
Kimberley H. Tyson
Chief United States Bankruptcy Judge