UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |
| | ) | |

**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN (A)THE DEBTOR AND (B) ADAM YOUNG AND RINGBA, LLC**

Upon consideration of the Motion to Approve Settlement Agreement Between (A) the Debtor and (B) Adam Young and Ringba, LLC, no sustainable objection having been filed and good cause for the Motion being shown, it is hereby

ORDERED THAT:

1. The Motion is GRANTED.

2. The Settlement Agreement attached to the Motion is APPROVED, made an order of the Court, and the parties are bound by its terms.

Dated January ____, 2025

BY THE COURT:

______________________________
Honorable Kimberley H. Tyson
United States Bankruptcy Judge