| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | DNC AND TCPA LIST SANITIZER |
| United States Bankruptcy Court for the: | District of Colorado |
| Case number: | 24-12624 KHT |

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __NOVEMBER 2024__

Line of business: __TCPA RISK MITIGATION__

Date report filed: __12/23/2024__
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __MICHAEL O'HARE__

Original signature of responsible party: *Michael O'Hare*

Printed name of responsible party: __MICHAEL O'HARE__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  DNC AND TCPA LIST SANITIZER                                Case number  24-12624 KHT

17.  Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $ 263,440.00

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                    $  97,002.00

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                    – $  16,087.00

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.                    + $  80,915.00
This amount may be different from what you may have calculated as *net profit*.

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                    = $ 344,355.00

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                    $ 124,995.00

(Exhibit E)

Debtor Name  DNC AND TCPA LIST SANITIZER                    Case number  24-12624 KHT

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ _____0.00_____

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          _____0_____

27. What is the number of employees as of the date of this monthly report?             _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ ____18,739.00____

30. How much have you paid this month in other professional fees?                      $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?     $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
|   | **Projected** | | **Actual** | | **Difference** |
|   | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 100,000.00 | − | $ 97,002.00 | = | $ 2,998.00 |
| 33. **Cash disbursements** | $ 60,000.00 | − | $ 16,087.00 | = | $ 43,913.00 |
| 34. **Net cash flow** | $ 40,000.00 | − | $ 80,915.00 | = | $ -40,915.00 |

35. Total projected cash receipts for the next month:                    $ 100,000.00

36. Total projected cash disbursements for the next month:            - $ 60,000.00

37. Total projected net cash flow for the next month:                   = $ 40,000.00

Debtor Name  DNC AND TCPA LIST SANITIZER                    Case number  24-12624 KHT

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**DNC AND TCPA LIST SANITIZER**
**BANKRUPTCY ESTATE 24-12624 KHT**
**MONTHLY OPERATING REPORT**
**REPORTING PERIOD ENDED: 11/30/24**

**EXHIBIT C - TOTAL CASH RECEIPTS**

**INTEGRITY BANK X627 - DIP ACCOUNT**

| DATE | PAYOR | TRANSACTION PURPOSE | AMOUNT |
|------|-------|---------------------|--------|
| 11/1/2024 | *Confidential* | Sales | 3,574.07 |
| 11/4/2024 | *Confidential* | Sales | 3,450.76 |
| 11/4/2024 | *Confidential* | Sales | 498.00 |
| 11/4/2024 | *Confidential* | Sales | 199.00 |
| 11/4/2024 | *Confidential* | Sales | 191.56 |
| 11/5/2024 | *Confidential* | Sales | 8,142.92 |
| 11/6/2024 | *Confidential* | Sales | 7,824.06 |
| 11/6/2024 | *Confidential* | Sales | 479.63 |
| 11/7/2024 | *Confidential* | Sales | 4,411.16 |
| 11/8/2024 | *Confidential* | Sales | 3,852.69 |
| 11/8/2024 | *Confidential* | Sales | 666.75 |
| 11/8/2024 | *Confidential* | Sales | 485.05 |
| 11/12/2024 | *Confidential* | Sales | 4,355.25 |
| 11/12/2024 | *Confidential* | Sales | 432.84 |
| 11/12/2024 | *Confidential* | Sales | 383.12 |
| 11/13/2024 | *Confidential* | Sales | 5,666.20 |
| 11/14/2024 | *Confidential* | Sales | 16,103.57 |
| 11/14/2024 | *Confidential* | Sales | 1,500.00 |
| 11/15/2024 | *Confidential* | Sales | 1,155.37 |
| 11/18/2024 | *Confidential* | Sales | 1,881.56 |
| 11/19/2024 | *Confidential* | Sales | 5,109.81 |
| 11/19/2024 | *Confidential* | Sales | 909.49 |
| 11/20/2024 | *Confidential* | Sales | 3,909.08 |
| 11/20/2024 | *Confidential* | Sales | 770.62 |
| 11/21/2024 | *Confidential* | Sales | 478.50 |
| 11/21/2024 | *Confidential* | Sales | 288.07 |
| 11/22/2024 | *Confidential* | Sales | 2,713.32 |
| 11/22/2024 | *Confidential* | Sales | 291.03 |
| 11/25/2024 | *Confidential* | Sales | 1,878.30 |
| 11/25/2024 | *Confidential* | Sales | 970.10 |
| 11/25/2024 | *Confidential* | Sales | 191.56 |
| 11/26/2024 | *Confidential* | Sales | 1,736.82 |
| 11/27/2024 | *Confidential* | Sales | 10,431.56 |
| 11/29/2024 | *Confidential* | Sales | 1,871.34 |
| 11/29/2024 | *Confidential* | Sales | 199.00 |

|  |  | **TOTAL INTEGRITY BANK X627 - DIP ACCOUNT** | **97,002.16** |
|---|---|---|---|

|  | **TOTAL CASH RECEIPTS** | **97,002** |
|---|---|---|

**DNC AND TCPA LIST SANITIZER**
**BANKRUPTCY ESTATE 24-12624 KHT**
**MONTHLY OPERATING REPORT**
**REPORTING PERIOD ENDED: 11/30/24**

**EXHIBIT D - TOTAL CASH DISBURSEMENTS**

**INTEGRITY BANK X627 - DIP ACCOUNT**

| DATE | CHECK # | PAYEE | TRANSACTION PURPOSE | AMOUNT |
|------|---------|-------|---------------------|--------|
| 11/4/2024 | | Integrity Bank | Bank Fees | (1.00) |
| 11/4/2024 | | Integrity Bank | Bank Fees | (2.49) |
| 11/4/2024 | | Integrity Bank | Bank Fees | (110.40) |
| 11/4/2024 | | Upwork | IT and Internet Expense | (463.50) |
| 11/4/2024 | | Upwork | IT and Internet Expense | (463.50) |
| 11/4/2024 | | CBAS Management | Sales Person | (2,748.75) |
| 11/5/2024 | | Upwork | IT and Internet Expense | (785.55) |
| 11/5/2024 | | Wise Inc | Web Services | (800.00) |
| 11/7/2024 | | Gateway Services | Web Services | (24.17) |
| 11/13/2024 | | Upwork | IT and Internet Expense | (902.62) |
| 11/13/2024 | | Wise Inc | Web Services | (2,005.00) |
| 11/15/2024 | | Zoho Distributions | Bookkeeping | (29.00) |
| 11/15/2024 | | ActiveCampaign LLC | Advertising | (29.03) |
| 11/19/2024 | | Upwork | Advertising | (1,012.15) |
| 11/20/2024 | | Patreon | Fees | (3.68) |
| 11/22/2024 | | Sepcialty Answering Services | Telecommunication Expense | (259.08) |
| 11/25/2024 | | Paxton | Web Services | (199.00) |
| 11/25/2024 | | ActiveCampaign LLC | Advertising | (212.00) |
| 11/25/2024 | 181 | Chase | Loan Payment | (5,000.00) |
| 11/26/2024 | | Upwork | Administrative Assistant | (857.30) |
| 11/29/2024 | | Integrity Bank | Bank Fees | (1.00) |
| 11/29/2024 | | Slack | Telecommunication Expense | (178.07) |
| | | | **TOTAL INTEGRITY BANK X627 - DIP ACCOUNT** | **(16,087.29)** |

| | | | **TOTAL CASH DISBURSEMENT** | **(16,087)** |
|---|---|---|---|---|

**DNC AND TCPA LIST SANITIZER**
**BANKRUPTCY ESTATE 24-12624 KHT**
**MONTHLY OPERATING REPORT**
**REPORTING PERIOD ENDED: 11/30/24**

**EXHIBIT E - PAYABLES**

| ACCOUNTS PAYABLE | |
|---|---|
| August Owner Compensation Payable | 55,000.00 |
| September Owner Compensation Payable | 69,995.00 |
| | |
| **TOTAL PAYABLES** | **124,995** |

# DNC and TCPA Sanitizer, LLC

## Profit and Loss

Basis: Cash

From 01 Nov 2024 To 30 Nov 2024

| Account | Total |
|---|---|
| **Operating Income** | |
| Sales | 103,314.00 |
| **Total for Operating Income** | **103,314.00** |
| **Cost of Goods Sold** | |
| **Total for Cost of Goods Sold** | **0.00** |
| **Gross Profit** | **103,314.00** |
| **Operating Expense** | |
| Administrative Assistant | 857.30 |
| Advertising And Marketing | 5,455.86 |
| Bank Fees | 3,130.17 |
| Bookkeeping | 29.00 |
| IT and Internet Expenses | 2,005.00 |
| Litigators Research | 2,615.17 |
| Sales Person | 2,748.75 |
| Telecommunication Expense | 437.15 |
| Web Site Development | 800.00 |
| **Total for Operating Expense** | **18,078.40** |
| **Operating Profit** | **85,235.60** |
| **Non Operating Income** | |
| **Total for Non Operating Income** | **0.00** |
| **Non Operating Expense** | |
| **Total for Non Operating Expense** | **0.00** |
| **Net Profit/Loss** | **85,235.60** |

**Amount is displayed in your base currency **USD**

# Integrity
## BANK & TRUST

1275 Village Ridge Point
Monument, CO 80132

**Managing Your Accounts**

| | |
|---|---|
| PHONE: | (719) 487-3034 |
| ADDRESS: | 13475 VOYAGER PKWY |
| | COLORADO SPRINGS CO 80921 |
| TOLL FREE: | 877-677-2265 |
| TELEBANK: | 877-317-2265 |
| ONLINE: | www.IntegrityBankAndTrust.com |

907 1 AV 0.540  *0000916    S3
DNC AND TCPA LIST SANITIZER
CASE #24-12624-KHT
DEBTOR IN POSSESSION
405 CHERRY HILLS WAY
COLORADO SPRINGS CO 80921-2667

| | | | | | |
|---|---|---|---|---|---|
| Statement Date: | **11/29/2024** | Enclosures: | **(1)** | Account No.: | Page: **1** |
| | | | | **XXXXXXXXX627** | |

This Statement Cycle Reflects 29 Days

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| XXXXXXXXX627 | | INTEGRITY BUSINESS | Deposit | 344,354.52 |

Your Total Deposits = 344,354.52 And Your Total Loans = 0.00

### INTEGRITY BUSINESS SUMMARY

Type: **REG** Status: **Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From  10/31/24 | | 263,439.65 |
| Debits | 1 | 5,000.00 |
| Automatic Withdrawals | 22 | 11,087.80 |
| Automatic Deposits | 36 | 97,002.67+ |
| Ending Balance On  11/29/24 | | 344,354.52 |

| | | |
|---|---|---|
| | Average Balance (Ledger) | 308,556.36+ |

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 11/01/24 | STRIPE TRANSFER | 3,574.07 | 267,013.72 |
| 11/04/24 | PAYPAL TRANSFER | 191.56 | 267,205.28 |
| 11/04/24 | M MERCHANT CR CD DEP TCPA LITIGATOR LIST | 199.00 | 267,404.28 |
| 11/04/24 | M MERCHANT CR CD DEP TCPA LITIGATOR LIST | 498.00 | 267,902.28 |
| 11/04/24 | STRIPE TRANSFER | 3,450.76 | 271,353.04 |
| 11/04/24 | M MERCHANT DLY DIS S | 1.00- | 271,352.04 |
| 11/04/24 | M MERCHANT DLY DIS S | 2.49- | 271,349.55 |
| 11/04/24 | M MERCHANT MERCH FEES | 110.40- | 271,239.15 |
| 11/04/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 270,775.65 |
| 11/04/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 270,312.15 |
| 11/04/24 | PAYPAL INST XFER | 2,748.75- | 267,563.40 |
| 11/05/24 | STRIPE TRANSFER | 8,142.92 | 275,706.32 |
| 11/05/24 | UPWORK ESCROW IN EDI PYMNTS | 785.55- | 274,920.77 |
| 11/05/24 | WISE INC WISE | 800.00- | 274,120.77 |
| 11/06/24 | PAYPAL TRANSFER | 479.63 | 274,600.40 |
| 11/06/24 | STRIPE TRANSFER | 7,824.06 | 282,424.46 |
| 11/07/24 | STRIPE TRANSFER | 4,411.16 | 286,835.62 |
| 11/07/24 | GATEWAY SERVICES WEBPAYMENT | 24.17- | 286,811.45 |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a new customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents used in our investigation.

### THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE** $ _____
SHOWN ON THIS
STATEMENT
**ADD +** (IF ANY) $ _____
DEPOSITS NOT SHOWN
ON THIS STATEMENT

**TOTAL** $ _____

**SUBTRACT -** (IF ANY) $ _____
CHECKS
OUTSTANDING
**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Call the number on the front of this statement to request a Check 21 disclosure.

**Member FDIC**

| | | | |
|---|---|---|---|
| Statement Date: | **11/29/2024**  Enclosures: | **(1)** | Account No.: **XXXXXXXXX627**    Page: **3** |

## STATEMENT PERIOD ACTIVITY (continued)

| Date | Check/Description | Amount | Balance |
|---|---|---:|---:|
| 11/08/24 | PAYPAL TRANSFER | 485.05 | 287,296.50 |
| 11/08/24 | PAYPAL TRANSFER | 666.75 | 287,963.25 |
| 11/08/24 | STRIPE TRANSFER | 3,852.69 | 291,815.94 |
| 11/12/24 | PAYPAL TRANSFER | 383.12 | 292,199.06 |
| 11/12/24 | PAYPAL TRANSFER | 432.84 | 292,631.90 |
| 11/12/24 | STRIPE TRANSFER | 4,355.25 | 296,987.15 |
| 11/13/24 | STRIPE TRANSFER | 5,666.20 | 302,653.35 |
| 11/13/24 | UPWORK ESCROW IN EDI PYMNTS | 902.62- | 301,750.73 |
| 11/13/24 | WISE INC WISE | 2,005.00- | 299,745.73 |
| 11/14/24 | WIRE TRANSFER FROM BOOMSOURCING LLC | 1,500.00 | 301,245.73 |
| 11/14/24 | STRIPE TRANSFER | 16,103.57 | 317,349.30 |
| 11/15/24 | STRIPE TRANSFER | 1,155.37 | 318,504.67 |
| 11/15/24 | PAYPAL INST XFER | 29.00- | 318,475.67 |
| 11/15/24 | PAYPAL INST XFER | 29.03- | 318,446.64 |
| 11/18/24 | STRIPE TRANSFER | 1,881.56 | 320,328.20 |
| 11/19/24 | PAYPAL TRANSFER | 909.49 | 321,237.69 |
| 11/19/24 | STRIPE TRANSFER | 5,109.81 | 326,347.50 |
| 11/19/24 | UPWORK ESCROW IN EDI PYMNTS | 1,012.15- | 325,335.35 |
| 11/20/24 | PAYPAL TRANSFER | 770.62 | 326,105.97 |
| 11/20/24 | STRIPE TRANSFER | 3,909.08 | 330,015.05 |
| 11/20/24 | PAYPAL INST XFER | 3.68- | 330,011.37 |
| 11/21/24 | SPECIALTY ANSWER ACCTVERIFY | 0.51 | 330,011.88 |
| 11/21/24 | PAYPAL TRANSFER | 288.07 | 330,299.95 |
| 11/21/24 | STRIPE TRANSFER | 478.50 | 330,778.45 |
| 11/21/24 | SPECIALTY ANSWER ACCTVERIFY | 0.51- | 330,777.94 |
| 11/22/24 | PAYPAL TRANSFER | 291.03 | 331,068.97 |
| 11/22/24 | STRIPE TRANSFER | 2,713.32 | 333,782.29 |
| 11/22/24 | SPECIALTY ANSWER BILL.COM Specialty Answering Service - Inv #13719021 | 259.08- | 333,523.21 |
| 11/25/24 | PAYPAL TRANSFER | 191.56 | 333,714.77 |
| 11/25/24 | PAYPAL TRANSFER | 970.10 | 334,684.87 |
| 11/25/24 | STRIPE TRANSFER | 1,878.30 | 336,563.17 |
| 11/25/24 | PAXTON.AI PAXTON.AI | 199.00- | 336,364.17 |
| 11/25/24 | PAYPAL INST XFER | 212.00- | 336,152.17 |
| 11/25/24 |  CHK#181 | 5,000.00- | 331,152.17 |
| 11/26/24 | STRIPE TRANSFER | 1,736.82 | 332,888.99 |
| 11/26/24 | UPWORK ESCROW IN EDI PYMNTS | 857.30- | 332,031.69 |
| 11/27/24 | STRIPE TRANSFER | 10,431.56 | 342,463.25 |
| 11/29/24 | M MERCHANT CR CD DEP TCPA LITIGATOR LIST | 199.00 | 342,662.25 |
| 11/29/24 | STRIPE TRANSFER | 1,871.34 | 344,533.59 |
| 11/29/24 | M MERCHANT DLY DIS S | 1.00- | 344,532.59 |
| 11/29/24 | SLACK T03UM1UF3P SLACK T03U | 178.07- | 344,354.52 |

## CHECKS AND OTHER DEBITS
**\* indicates a gap in the check numbers**

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 11/25/24 | 181 | 5,000.00 | | | | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 10/31/24 was 263,439.65

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 11/01/24 | 267,013.72 | 11/13/24 | 299,745.73 | 11/21/24 | 330,777.94 |
| 11/04/24 | 267,563.40 | 11/14/24 | 317,349.30 | 11/22/24 | 333,523.21 |
| 11/05/24 | 274,120.77 | 11/15/24 | 318,446.64 | 11/25/24 | 331,152.17 |
| 11/06/24 | 282,424.46 | 11/18/24 | 320,328.20 | 11/26/24 | 332,031.69 |
| 11/07/24 | 286,811.45 | 11/19/24 | 325,335.35 | 11/27/24 | 342,463.25 |
| 11/08/24 | 291,815.94 | 11/20/24 | 330,011.37 | 11/29/24 | 344,354.52 |
| 11/12/24 | 296,987.15 | | | | |

Statement Date:   **11/29/2024**   Enclosures:      **(1)**                                   Account No.:      Page:  **4**
                                                                                **XXXXXXXXX627**

---

**Direct Inquiries About Electronic Entries To:**
Phone: (719) 484-0077

**Continued**

DNC AND TCPA LIST SANITIZER
CASE #24-12624-KHT
DEBTOR IN POSSESSION
985 PICO PT
COLORADO SPRINGS CO 80906-7380

181

NOV 22 2024    11/14/24

Pay to the Order of   Chase Bank                    $ 5,000.00

Five Thousand Dollars

Integrity
BANK & TRUST

453573441001

For  Loan Payment

⑆107006994⑆ 11706 27⑈ 0181

Number: 181 Date: 11/25/2024 Amount: $5000.00