**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

| | | |
|---|---|---|
| Debtor 1: | DNC and TCPA List Sanitizer, LLC | Case #: 24-12624 KHT |
| | Name | |
| Debtor 2: | First Name    Middle Name    Last Name | Chapter: 11 |

## Local Bankruptcy Form 9013-1.1
## Notice of Chapter 11 Application for Allowance and Payment of Accountant's Fees and Costs for MARK DENNIS AND SLBIGGS, A DIVISION OF SINGERLEWAK

### Part 1  Objection Deadline

Objection Deadline: 1-21-25

### Part 2  Notice

NOTICE IS HEREBY GIVEN that Mark D. Dennis ("Dennis"), has filed an Application for Allowance and Payment of Chapter 11 Fees and Costs for services as Accountant to DNC and TCPA List Sanitizer, LLC ("Debtor") with the Court and requests the following relief: First interim allowance and payment of fees and costs incurred for services performed by SLBiggs, A Division of SingerLewak ("SLBiggs") for the period July 18, 2024 through December 19, 2024. SLBiggs incurred total fees in the amount of $16,476.00 and costs in the amount of $43.95. All services were necessary and resulted in a benefit to the estate. A copy of the pleadings are available for inspection in the Bankruptcy Court Clerk's Office, 721 – 19th Street, First Floor, Denver, Colorado 80202 or upon request from the undersigned.

If you oppose the Motions or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: 12/30/24

By: _____
Mark Dennis, CPA

Mailing Address: 2000 So. Colorado Blvd. Tower II, #200
Denver, CO 80222
Telephone number: 303-226-5471
Facsimile number: 303-694-6761
E-mail address: mdennis@slbiggs.com

## CERTIFICATE OF SERVICE

I certify that on December 30, 2024, I served a complete copy of the foregoing **NOTICE OF APPLICATION FOR ALLOWANCE AND PAYMENT OF FEES AND COSTS FOR SLBIGGS, A DIVISION OF SINGERLEWAK** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

### VIA CM/ECF

Aaron A Garber on behalf of Debtor DNC and TCPA LIST SANITIZER LLC agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com

Alan K. Motes on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov

Arthur Lindquist-Kleissler on behalf of Interested Party Cashyew Holding LLC Arthunalklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net

Chad S. Caby on behalf of Creditor Adam Young ccaby@lewisroca.com chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com

Chad S. Caby on behalf of Creditor Ringba LLC ccaby@lewisroca.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com

Chad S. Caby on behalf of Creditor Tubmanburg Limited ccaby@lewisroca.com chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com

Jason Cooper on behalf of Interested Party GLEGAL LLC jcooper@tamlegal.com

Jeffrey Cohen on behalf of Creditor Jeffery Cohen jcohen@cohentrial.com

John Gray on behalf of Creditor JPMorgan Chase Bank N.A. jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com

Joli A. Lofstedt joli@jaltrustee.com ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com

Katharine S. Sender on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. ksender@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com

Katharine S. Sender on behalf of Debtor DNC and TCPA LIST SANITIZER LLC ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

Peter A. Cal on behalf of Creditor JPMorgan Chase Bank N.A. pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com

Reza Rismani on behalf of Interested Party GLEGAL LLC rrismani@tamlegal.com

Robert J. Shilliday, III on behalf of Attorney John Cimino rjs@shillidaylaw.com

US Trustee USTPRegion19.DV.ECF@usdoj.gov

Vandana Koelsch on behalf of Spec. Counsel Allen Vellone Wolf Helfrich & Factor P.C. vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

Vandana Koelsch on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. vkoelsch@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com

Vandana Koelsch on behalf of Debtor DNC and TCPA LIST SANITIZER LLC vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

**VIA U.S. MAIL**
DNC and TCPA List Sanitizer, LLC
985 Pico Point
Colorado Springs, CO 80905

☒ See attached list.

_____
Mark Dennis
SLBiggs, A Division of SingerLewak

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 24-12624-KHT<br>District of Colorado<br>Denver<br>Wed Dec 18 10:09:05 MST 2024 | Adam Young, Tubmanburg Limited, and Ringba,<br>c/o Chad S. Caby, Esq.<br>1601 19th Street, Suite 1000<br>Denver, Co 80202-2995 | Allen Vellone Wolf Halfrich & Factor, PC<br>1600 Stout Street Stuie 1900<br>Denver, CO 80202-3160 |
| Allen Vellone Wolf Helfrich & Factor P.C.<br>1600 Stout Street Suite 1900<br>Denver, CO 80202-3156 | American Express<br>Business Line of Credit PO Box 570622<br>Atlanta, GA 30357-3110 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | CT Corporation System, as representative<br>Attn: SPRS<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203-2336 |
| Chad S. Caby<br>Lewis Roca Rothgerber Christie LLP<br>1601 19th Street<br>Ste 1000<br>Denver, CO 80202-2995 | Peter A. Cal<br>Sherman Howard LLC<br>675 Fifteenth Street<br>Suite 2300<br>Denver, CO 80202-4258 | Cashyew Holding, LLC<br>405 Cherry Hills Way<br>Colorado Springs, CO 80921-2667 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | John Cimino<br>5500 East Yale Avenue, Suite 201<br>Denver, CO 80222-6930 | Jeffery Cohen<br>Cohen, LLC<br>1600 Broadway<br>Suite 1660<br>Denver, CO 80202-4915 |
| Jeffrey Cohen<br>Cohen LLC<br>1600 Broadway<br>Ste 1660<br>Denver, CO 80202-4915 | Cohen Trial, LLC<br>1600 Broadway Suite 1660<br>Denver, CO 80202-4915 | Cohen, LLC<br>1600 Broadway<br>Suite 1660<br>Denver, CO 80202-4915 |
| Colorado Department Of Revenue<br>1881 Pierce St.<br>Bankruptcy Unit, Room 104<br>Lakewood CO 80214-1407 | Jason Cooper<br>Treece Alfrey Musat P.C.<br>633 17th St<br>Ste 2200<br>80202<br>Denver, CO 80202-3660 | (p)DNC AND TCPA LIST SANITIZER LLC<br>ATTN MICHAEL OHARE<br>405 CHERRY HILLS WAY<br>COLORADO SPRINGS CO 80921-2667 |
| GLEGAL, LLC<br>c/o Gary Tucker<br>1600 Broadway No. 1660<br>Denver, CO 80202-4915 | Aaron A Garber<br>2580 West Main Street<br>Suite 200<br>Littleton, CO 80120-4631 | Glegal, LLC<br>1600 Broadway<br>#1660<br>Denver, CO 80202-4915 |
| John Gray<br>Sherman & Howard L.L.C.<br>675 15th Street<br>Ste 2300<br>Denver, CO 80202-4258 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>c/o Sherman & Howard L.L.C.<br>Attn: Peter A. Cal, Esq.<br>675 Fifteenth Street, Suite 2300<br>Denver, CO 80202-4258 |
| Vandana Koelsch<br>Allen Vellone Wolf Helfrich & Factor PC<br>1600 Stout Street<br>Ste. 1900<br>Denver, CO 80202-3156 | Arthur Lindquist-Kleissler<br>950 S. Cherry St.<br>Ste. 418<br>Denver, CO 80246-2662 | (p)JOLI A LOFSTEDT<br>ATTN JOLI A LOFSTEDT TRUSTEE<br>PO BOX 270561<br>LOUISVILLE CO 80027-5009 |

| | | |
|---|---|---|
| Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | Mountain Peak Law Grpoup PC<br>Stacy D. Stein<br>Rusty J. Trevino 101 E Gray St Ste B<br>Norman, OK 73069-7257 | Michael O'Hare<br>405 Cherry Hills Way<br>Colorado Springs, CO 80921-2667 |
| Quandry Peak Research<br>205 S Broadway Suite 300<br>Los Angeles, CA 90012-3607 | Ringba, LLC<br>8 the Green Suite 11558<br>Dover DE 19901-3618 | Reza Rismani<br>Treece Alfrey Musat P.C.<br>633 17th Street Suite 2200<br>Denver, CO 80202-2406 |
| Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | Katharine S. Sender<br>Allen Vellone Wolf Helfrich & Factor P.C<br>1600 Stout Street<br>Ste. 1900<br>Denver, CO 80202-3156 |
| Robert J. Shilliday III<br>Shilliday Law, P.C.<br>2616 W. Alamo Avenue<br>Littleton, CO 80120-1921 | US Trustee<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase<br>PO Box 78039<br>Phoenix, AZ 85062-8039 | (d)Chase Bank<br>PO Box 6026 Mail Code IL 1-0054<br>Chicago, IL 60680-6026 | DNC and TCPA LIST SANITIZER, LLC<br>985 Pico Point<br>Colorado Springs, CO 80905 |
| (d)JP Morgan Chase Bank NA<br>PO Box 6026 IL1-1145<br>Chicago, IL 60680-6026 | Joli A. Lofstedt<br>Joli A. Lofstedt,Trustee<br>PO Box 270561<br>Louisville, CO 80027 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Allen Vellone Wolf Helfrich & Factor P.C.<br>1600 Stout Street Suite 1900<br>Denver, CO 80202-3156 | (u)Allen Vellone Wolf Helfrich & Factor, P.C. | (u)FirstBank |
| (d)JPMorgan Chase Bank, N.A.<br>c/o Sherman & Howard L.L.C.<br>Attn: Peter A. Cal, Esq.<br>675 Fifteenth Street, Suite 2300<br>Denver, CO 80202-4258 | (u)Ringba, LLC | (u)SL Biggs, a Division of SingerLewak LLP |

(u)Tubmanburg Limited (u)Adam Young End of Label Matrix
Mailable recipients 40
Bypassed recipients 8
Total 48