# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC, ) | Case No. 24-12624 KHT |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE (A) DEBTOR AND (B) ADAM YOUNG AND RINGBA, LLC

THIS MATTER comes before the Court on the Unopposed Motion for Extension of Time to Object to Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC (the "Motion"), filed by Creditors Adam Young, Tubmanburg Limited and Ringba, LLC (collectively, "Ringba"). The Court, having reviewed the pleadings and being otherwise fully advised on the matter, hereby:

ORDERS that the Motion is **GRANTED**; It is further

ORDERED that Ringba shall have up to and including **January 14, 2025** in which to Object or otherwise respond to the Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC.

Date: January 2, 2025

BY THE COURT:

_Kimberley H. Th_____
The Honorable Kimberley H. Tyson
United States Bankruptcy Judge

127081357.2