IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC and TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |
| | ) | |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION**

Pursuant to L.B.R. 9011-4, Peter A. Cal, counsel for Creditor JPMorgan Chase Bank, N.A., submits this Notice of Change of Firm Affiliation and Contact Information.  As of January 1, 2025, Sherman & Howard L.L.C. has merged with and will operate under the name of Taft Stettinius & Hollister LLP.  Counsel's contact information is as follows:

Peter A. Cal, Esq.
Taft Stettinius & Hollister LLP
675 Fifteenth Street, Suite 2300
Denver, CO 80202
Telephone:  303-297-2900
Facsimile:  303-298-0940
Email: pcal@taftlaw.com

Dated: January 2, 2025.

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP

/s/ Peter A. Cal
Peter A. Cal, Esq., #27779
675 Fifteenth Street, Suite 2300
Denver, Colorado  80202
Phone:  303 297-2900
Fax:  303 298-0940
E-Mail:      pcal@taftlaw.com

Attorneys for Creditor JPMorgan Chase Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2025, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Aaron A. Garber, Esq.<br>agarber@wgwc-law.com | Alan K. Motes, Esq.<br>Alan.Motes@usdoj.gov |
| U.S. Trustee<br>USTPRegion19.DV.ECF@usdoj.gov | Joli A. Lofstedt, Esq.<br>joli@jaltrustee.com |
| Chad S. Caby, Esq.<br>ccaby@lewisroca.com | Jeffrey Cohen, Esq.<br>jcohen@cohentrial.com |
| Jason Cooper, Esq.<br>Reza Rismani, Esq.<br>jcooper@tamlegal.com<br>rrismani@tamlegal.com | Vandana Koelsch, Esq.<br>Katharine S. Sender, Esq.<br>vkoelsch@allen-vellone.com<br>ksender@allen-vellone.com |
| Arthur Lindquist-Kleissler, Esq.<br>Arthuralklaw@gmail.com | Robert J. Shilliday, Esq.<br>rjs@shillidaylaw.com |

s/ Roberta Neal

2

59635716.1