IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC and TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |
| ) | |

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE (A) DEBTOR AND (B) ADAM YOUNG AND RINGBA, LLC

  Secured Creditor JPMorgan Chase Bank, N.A. ("Chase"), through its counsel Sherman & Howard L.L.C., hereby requests an extension of time, up to and including January 14, 2025, to object to the Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC (the "9019 Motion") (Docket No. 270). In support, Chase states as follows:

  1. Counsel for the Debtor consents to the request for extension of time for Chase to object to the 9019 Motion.

  2. On December 27, 2024, Chase file an Unopposed Motion for Extension of Time to Objection to Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC (Docket No. 276). On January 2, 2025, the Court granted Chase an extension of time, up to and including January 7, 2025, to object the Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC (Docket No. 281).

  3. On December 31, 2024, Adam Young, Tubmanburg Limited, and Ringba, LLC (collectively, "Ringba") requested an extension of time until January 14, 2025, to object to the 9019 Motion stating, among other things, that they needed to time to work through certain issues and determine whether the settlement agreement may require additional language or an outright repudiation (Docket No. 280, ¶ 5). On January 2, 2025, the Court granted Ringba an extension of time until January 14, 2025, to object or otherwise respond to the 9019 Motion (Docket No. 282).

  4. Counsel for Chase continues to confer with counsel for the Debtor and Ringba concerning certain issues with the 9019 Motion and settlement agreement. Based on the extension of time requested by Ringba, it also appears the settlement agreement between the Debtor and Ringba may be modified.

  5. Accordingly, Chase requests an extension of time, up to and including January 14, 2025, in which to object to the 9019 Motion.

59641229.1

6. The requested extension of time is not requested for purposes of delay, and no party will be prejudiced by the requested extension of time.

WHEREFORE, Chase respectfully requests that the Court enter an order in the form submitted with this Unopposed Motion granting Chase an extension of time, up to and including January 14, 2025, to object to the 9019 Motion and granting Chase such additional relief as the Court deems proper.

DATED this 3rd day of January, 2025.

TAFT STETTINIUS & HOLLISTER LLP

*s/ Peter A. Cal*
Peter A. Cal
John Gray
675 Fifteenth Street, Suite 2300
Denver, CO 80202
Telephone: 303-297-2900
Facsimile: 303-298-0940
Email: pcal@taftlaw.com
Email: jgray@taftlaw..com

**Attorneys for Creditor JPMorgan Chase Bank, N.A.**

59641229.1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2025, I electronically filed the foregoing **SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE (A) DEBTOR AND (B) ADAM YOUNG AND RINGBA, LLC** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Aaron A. Garber, Esq.
agarber@wgwc-law.com

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Chad S. Caby, Esq.
ccaby@lewisroca.com

Jason Cooper, Esq.
Reza Rismani, Esq.
jcooper@tamlegal.com
rrismani@tamlegal.com

Arthur Lindquist-Kleissler, Esq.
Arthuralklaw@gmail.com

Alan K. Motes, Esq.
Alan.Motes@usdoj.gov

Joli A. Lofstedt, Esq.
joli@jaltrustee.com

Jeffrey Cohen, Esq.
jcohen@cohentrial.com

Vandana Koelsch, Esq.
Katharine S. Sender, Esq.
vkoelsch@allen-vellone.com
ksender@allen-vellone.com

Robert J. Shilliday, Esq.
rjs@shillidaylaw.com

        *s/ Roberta Neal*

59641229.1