## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER LLC | ) | Case No. 24-12624 KHT |
| *****8704 | ) | Chapter 7 |
| | ) | |
| *Debtor.* | ) | |

### SUBMITTAL OF AMENDED PROPOSED ORDER TO FIRST INTERIM FEE APPLICATION FOR SL BIGGS, A DIVISION OF SINGERLEWAK LLP

Mark Dennis and SLBiggs, A Division of SingerLewak LLP (collectively "SLBiggs"), the court-approved Accountant for subject bankruptcy estate, hereby submits this Amended Proposed Order for its First Interim Application for Allowance of Chapter 11 Fees and Expenses.

Whereas the initial Proposed Order sought authorization for the Debtor to pay the full amount of $16,519.95 to SLBiggs (leaving the $10,000.00 retainer intact), this Amended Proposed Order seeks authorization for SLBiggs to apply the $10,000.00 retainer to the approved fees and costs and for the Debtor to be authorized to pay SLBiggs the $6,519.95 remaining balance.

Dated: January 8, 2025.                                Respectfully submitted,

/s/
Mark D. Dennis, CPA
SL Biggs, A Division of SingerLewak, LLP
2000 S. Colorado Blvd., Tower 2, Ste. 200
Denver, CO 80222
303-226-5471
mdennis@slbiggs.com

## CERTIFICATE OF SERVICE

I certify that on January 8, 2025, I served a complete copy of the foregoing **SUBMITTAL OF AMENDED PROPOSED ORDER FOR FIRST INTERIM FEE APPLICATION FOR SLBIGGS, A DIVISION OF SINGERLEWAK** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

## VIA CM/ECF

Aaron A Garber
on behalf of Debtor DNC and TCPA LIST SANITIZER LLC agarber@wgwc-law.com, ngarber@wgwc-law.com; 8931566420@filings.docketbird.com

Alan K. Motes
on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov

Arthur Lindquist-Kleissler
on behalf of Interested Party Cashyew Holding LLC Arthurlklaw@gmail.com, seanalklaw@gmail.com; LindquistKleisslerCompanyLLC@jubileebk.net

Chad S. Caby
on behalf of Creditor Adam Young ccaby@lewisroca.com chadwick-caby-5693@ecf.pacerpro.com, jeastin@lewisroca.com

Chad S. Caby
on behalf of Creditor Ringba LLC ccaby@lewisroca.com, chadwick-caby-5693@ecf.pacerpro.com, jeastin@lewisroca.com

Chad S. Caby
on behalf of Creditor Tubmanburg Limited ccaby@lewisroca.com chadwick-caby-5693@ecf.pacerpro.com, jeastin@lewisroca.com

Jason Cooper
on behalf of Interested Party GLEGAL LLC jcooper@tamlegal.com

Jeffrey Cohen
on behalf of Creditor Jeffery Cohen jcohen@cohentrial.com

John Gray
on behalf of Creditor JPMorgan Chase Bank N.A. j.gray@shermanhoward.com, dfouts@shermanhoward.com; efiling@sah.com; lkostyk@shermanhoward.com; l.kostyk@shermanhoward.com

Joli A. Lofstedt
joli@jaltrustee.com ecf.alert+Lofstedt@titlexi.com, brenda@jaltrustee.com

Katharine S. Sender
on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. ksender@allen-vellone.com la@allen-vellone.com, allen-vellone@myecfx.com

Katharine S. Sender
on behalf of Debtor DNC and TCPA LIST SANITIZER LLC ksender@allen-vellone.com, la@allen-vellone.com, allen-vellone@myecfx.com

Peter A. Cal
on behalf of Creditor JPMorgan Chase Bank N.A. p.cal@sah.com, m.cal@shermanhoward.com; efiling@sah.com

Reza Rismani
on behalf of Interested Party GLEGAL LLC rrismani@tamlegal.com

Robert J. Shilliday, III
on behalf of Attorney John Cimino rjs@shillidaylaw.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Vandana Koelsch
on behalf of Spec. Counsel Allen Vellone Wolf Helfrich & Factor P.C. vkoelsch@allen-vellone.com, la@allen-vellone.com, allen-vellone@myecfx.com

Vandana Koelsch
on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. vkoelsch@allen-vellone.com la@allen-vellone.com, allen-vellone@myecfx.com

Vandana Koelsch
on behalf of Debtor DNC and TCPA LIST SANITIZER LLC vkoelsch@allen-vellone.com, la@allen-vellone.com, allen-vellone@myecfx.com

**<u>VIA U.S. MAIL</u>**
DNC and TCPA List Sanitizer, LLC
985 Pico Point
Colorado Springs, CO 80905


Mark Dennis,  SLBiggs, A Division of
SingerLewak