UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ] | Case No. 24-12624 KHT |
| | ] | |
| DNC and TCPA List Sanitizer, LLC | ] | Chapter 11 |
| | ] | |
| | ] | |
| Debtor. | ] | |

**AMENDED ORDER APPROVING APPLICATION**

**FOR ALLOWANCE AND PAYMENT OF**

**ACCOUNTING FEES AND COSTS FOR SLBIGGS, A DIVISION OF SINGERLEWAK**

THIS MATTER comes before the Court on the <u>First Interim Application</u> for Allowance and Payment of Fees and Costs for Mark Dennis and SLBiggs, A Division of SingerLewak ("Application") seeking approval and authorization for payment of fees and expenses pursuant to 11 U.S.C. § 330, the Court having reviewed the Application, notice being provided, and no objection having been received, the Court being fully advised does hereby

ORDER THAT:

1. That the Application is approved, and SLBiggs, A Division of SingerLewak ("Applicant") is allowed pursuant to 11 U.S.C. § 330 the sum of $16,519.95 ($16,476.00 in fees and $43.95 in costs) for the period of July 18, 2024 through December 19, 2024;

2. That the fees and expenses charged in the amount of $16,519.95 are reasonable;

3. That SLBiggs is authorized to apply the $10,000 post-petition retainer funds to the approved fees and costs;

4. That the Debtor is authorized to pay SLBiggs the balance of unpaid, allowed fees and costs of $6,519.95 on an interim basis;

DONE and entered this _____ day of _____ 2025 at Denver, Colorado.

By: _____
Honorable Kimberley H. Tyson
United States Bankruptcy Court