IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC and TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |
| | ) | |

**NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION**

     Pursuant to L.B.R. 9011-4, John S. Gray, counsel for Creditor JPMorgan Chase Bank, N.A., submits this Notice of Change of Firm Affiliation and Contact Information.  As of January 1, 2025, Sherman & Howard L.L.C. has merged with and will operate under the name of Taft Stettinius & Hollister LLP.  Counsel's contact information is as follows:

    John S. Gray, Esq.
    Taft Stettinius & Hollister LLP
    675 Fifteenth Street, Suite 2300
    Denver, CO 80202
    Telephone:  303-297-2900
    Facsimile:  303-298-0940
    Email: jgray@taftlaw.com

Dated: January 13, 2025.

                Respectfully submitted,

                TAFT STETTINIUS & HOLLISTER LLP

                /s/ John S. Gray
                Peter A. Cal, Esq., #27779
                John S. Gray, Esq., #59390
                675 Fifteenth Street, Suite 2300
                Denver, Colorado  80202
                Phone:  303 297-2900
                Fax:  303 298-0940
                E-Mail:  pcal@taftlaw.com
                E-Mail:  jgray@taftlaw.com

                Attorneys for Creditor JPMorgan Chase Bank, N.A.

59662276.1

## CERTIFICATE OF SERVICE

     I hereby certify that on the 13th day of January, 2025, I electronically filed the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Aaron A. Garber, Esq.<br>agarber@wgwc-law.com | Alan K. Motes, Esq.<br>Alan.Motes@usdoj.gov |
| U.S. Trustee<br>USTPRegion19.DV.ECF@usdoj.gov | Joli A. Lofstedt, Esq.<br>joli@jaltrustee.com |
| Chad S. Caby, Esq.<br>ccaby@lewisroca.com | Jeffrey Cohen, Esq.<br>jcohen@cohentrial.com |
| Jason Cooper, Esq.<br>Reza Rismani, Esq.<br>jcooper@tamlegal.com<br>rrismani@tamlegal.com | Vandana Koelsch, Esq.<br>Katharine S. Sender, Esq.<br>vkoelsch@allen-vellone.com<br>ksender@allen-vellone.com |
| Arthur Lindquist-Kleissler, Esq.<br>Arthuralklaw@gmail.com | Robert J. Shilliday, Esq.<br>rjs@shillidaylaw.com |

                                                         s/ Roberta Neal

59662276.1