UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC, ) | Case No. 24-12624 KHT |
| ) | Chapter 11 |
| Debtor. ) | |

**SECOND <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO OBJECT TO MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE (A) DEBTOR AND (B) ADAM YOUNG AND RINGBA, LLC**

Adam Young, Tubmanburg Limited and Ringba, LLC (collectively, "Ringba"), by and through its counsel, Womble Bond Dickinson (US) LLP, respectfully files its Second <u>Unopposed</u> Motion for Extension of Time to Object to Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC, seeking until January 21, 2025 to file their Objection, if necessary, and states as follows in support:

**BACKGROUND**

1. On May 16, 2024 (the "Petition Date"), the Debtor commenced a bankruptcy case, Case No. 24-12624 KHT (the "Bankruptcy Case"), by filing a voluntary petition under Subchapter V of Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court").

2. On May 29, 2024, Ringba filed its Proof of Claim in the Bankruptcy Case, designated as Claim No. 1 ("Ringba's Proof of Claim"), in the amount of $656,108.84, on the Official Claims Register (the "Ringba Claim").

3. On September 10, 2024, Ringba file a Motion to convert this case to a case under Chapter 7 (the "Convert Motion"). The Debtor objected to the Convert Motion. A two-day hearing was scheduled on the Convert Motion. The hearing was adjourned when the parties reached a

settlement in principle.

4. On December 10, 2024, DNC and TCPA List Sanitizer, LLC (the "Debtor") filed its Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC (Docket No. 270) (the "Settlement Agreement"). The deadline to object to the Settlement Agreement was set for December 31, 2024.

5. On December 31, 2024, counsel for Ringba filed its first <u>Unopposed</u> Motion for Extension of Time to Objection to Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC (Docket No. 280) (the "Motion"), requesting an extension, up to and including January 14, 2024 in which to object. The Court granted the Motion on January 2, 2025 (Docket No. 281).

6. Since entering into the Settlement Agreement, certain events have occurred that suggest, but have not been fully verified, that the Debtor and/or Mr. O'Hare have potentially, already breached the Settlement Agreement between the Debtor, the O'Hares and Ringba. Currently, the parties are working through those issues which may require additional language in the Settlement Agreement or and an outright repudiation of the same.

7. Extending the time for objections to be filed to the Settlement Agreement will enable the parties to work through this issue or, alternatively, to provide Ringba with additional time to analyze its options going forward.

**CONFERRAL WITH DEBTOR'S COUNSEL**

8. On January 13, 2025, via telephone and email, undersigned counsel conferred with Aaron A. Garber, Esq., Debtor's counsel, regarding the requested extension of time. The Motion is unopposed.

WHEREFORE, Adam Young, Tubmanburg Limited and Ringba, LLC respectively requests that this Court enter an order extending the time to file their objection to Debtor's Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC, up to and including January 21, 2025, and enter such further relief as the Court deems appropriate.

Respectfully submitted this 14th day of January, 2025.

                              WOMBLE BOND DICKINSON (US) LLP

                              *s/ Chad S. Caby*
                              Chad S. Caby
                              1601 19th Street, Suite 1000
                              Denver, CO 80202
                              Tel:     303-628-9583
                              Fax:    303-623-9222
                              E-mail:  Chad.Caby@wbd-us.com

                              *Attorneys for Adam Young, Tubmanburg Limited and Ringba, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 14, 2025, a true and correct copy of the foregoing **SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE (A) DEBTOR AND (B) ADAM YOUNG AND RINGBA, LLC** and **PROPOSED ORDER** was electronically filed and served via CM/ECF, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

Aaron A. Garber, Esq.
Wadsworth Garber Warner Conrardy, P.C.
2580 W. Main St., Ste. 200
Littleton, CO 80120
Via: CM/ECF

*Counsel for Debtor*

Vandana S. Koelsch, Esq.
Katharine S. Sender, Esq.
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202
Via: CM/ECF

*Special Counsel for Debtor-in-Possession*

Alan K. Motes, Esq.
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294
Via: CM/ECF

*Counsel for U.S. Trustee*

Peter A. Cal, Esq.
John S. Gray, Esq.
SHERMAN & HOWARD L.L.C.
675 Fifteenth St., Ste. 2300
Denver, CO 80202
Via: CM/ECF

*Counsel for JPMorgan Chase Bank, N.A.*

Joli A. Lofstedt, Esq.
PO Box 270561
Louisville, CO 80027
Via: CM/ECF

*Subchapter V Trustee*

Reza D. Rismani, Esq.
Jason D. Cooper, Esq.
TREECE ALFREY MUSAT P.C.
633 17th Street, Suite 2200
Denver, CO 80202
Via: CM/ECF

*Counsel for Glegal, LLC*

Gary Tucker, Esq.
GLEGAL, LLC
1600 Broadway, Suite 1660
Denver, CO 80202
Via: CM/ECF

*Counsel for GLegal, LLC*

Arthur Lindquist-Kleissler, Esq.
LINQUIST-KLEISSLER & COMPANY, LLC
950 S. Cherry Street, Suite 418
Denver, CO 80246
Via: CM/ECF

*Counsel for Cashyew Holding, LLC*

| | |
|---|---|
| Jeffrey Cohen, Esq.<br>COHEN, LLC<br>1600 Broadway, Suite 1660<br>Denver, CO 80202<br>Via: CM/ECF<br><br>*Counsel for Cohen, LLC* | Robert J. Shilliday III<br>SHILLIDAY LAW, P.C.<br>2616 W. Alamo Avenue<br>Littleton, CO 80120<br>Via: CM/ECF<br><br>*Counsel for John Cimino* |

      *s/ Jennifer Eastin*
   Of: Womble Bond Dickinson (US) LLP