# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC, ) | Case No. 24-12624 KHT |
| ) | Chapter 11 |
| Debtor. ) | |

## ORDER GRANTING SECOND <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO OBJECT TO MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE (A) DEBTOR AND (B) ADAM YOUNG AND RINGBA, LLC

THIS MATTER comes before the Court on the Second <u>Unopposed</u> Motion for Extension of Time to Object to Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC (the "Motion"), filed by Creditors Adam Young, Tubmanburg Limited and Ringba, LLC (collectively, "Ringba"). The Court, having reviewed the pleadings and being otherwise fully advised on the matter, hereby:

ORDERS that the Motion is **GRANTED**; It is further

ORDERED that Ringba shall have up to and including **January 21, 2025** in which to Object or otherwise respond to the Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC.

BY THE COURT:

The Honorable Kimberely H. Tyson
United States Bankruptcy Judge

127194191.1