**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

**MOTION TO SUPPLEMENT RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. COUNSEL FOR THE DEBTOR-IN-POSSESSION**

DNC and TCPA List Sanitizer, LLC, Debtor-in-Possession (the "Debtor"), by and through its counsel, Wadsworth Garber Warner Conrardy, PC ("WGWC"), for its Motion to Supplement Retainer for WGWC, respectfully states as follows:

1. The Debtor filed its Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 16, 2024 (the "Petition Date") and is operating as a debtor-in-possession.

2. The Debtor provides services under the Telephone Consumer Protection Act ("TCPA") through phone number suppression, compliance, and risk mitigation service. The Debtor helps telecommunication businesses comply with TCPA regulations and avoid calling TCPA litigators.

3. The Debtor maintains a management agreement with Cashyew Holding, an affiliated entity, for 60% of the Debtor's gross revenues. This arrangement exists because the Debtor company has no employees; Cashyew Holding performs all management work related to the Debtor's services.

4. The bankruptcy filing was prompted due to a disfavorable judgment entered in litigation with Ringba, LLC.

5. On the Petition Date, the Debtor retained Cimino Law Office LLC ("Cimino") as its bankruptcy counsel.

6. Ultimately, it was determined that WGWC should replace Cimino as counsel for the Debtor.

7. On October 7, 2024, the Debtor filed its Motion to (A) Employ WGWC as Counsel for the Debtor-in-Possession and (B) Approve Retainer for WGWC as Counsel for the Debtor-in-Possession (the "Retention and Retainer Motion;" Docket Nos. 205 and 206), which was served on notice to parties in interest (Docket No 207). Due to the Debtor's limitations on cash, including cash collateral issues, as disclosure in the Retention and Retainer Motion, WGWC received payment of a retainer of $45,000 from Mr. O'Hare (the "Initial Retainer").

8. No objections to the Retention and Retainer Motion were lodged and on October 18, 2024, the Court entered an Order approving the Retention and Retainer Motion (Docket No. 243).

9. Upon being retained, a number of issues were promptly resolved, including a number of Amended Monthly Operating Reports were filed to address raised concerns about the reports; an agreed to cash collateral order was presented to the Court and ultimately approved; and a settlement was executed between the Debtor and Adam Young and Ringba, LLC.

10. Since WGWC's entry into the case a few events have occurred. The Debtor is experiencing great financial success, as it has as of January 7, 2025 $417,974.62 in the Debtor in Possession bank account.

11. Further, disputes have arisen between the Debtor and Ringba that have caused the settlement to fall apart. The Debtor believes the case is about to head into a more litigious stage.

12. The Debtor has agreed to supplement WGWC's retainer in the amount of $50,000 (the "Supplemental Retainer") to cover upcoming legal fees and costs associated with this litigation.

13. The Supplemental Retainer will not prejudice any other party. As an initial matter the Debtor did not pay WGWC the Initial Retainer.

14. Further, the Debtor has more than adequate funds in the Debtor in Possession bank account to pay the Supplemental Retainer. Secured creditor JP Morgan Chase Bank, N.A. filed a Proof of Claim in the amount of $86,329.98. There are no other known liens on the Debtor's cash.

15. Legal fees of WGWC would be paid as a priority claim under a Plan of Reorganization ahead of other creditors, so the payment of the retainer does not prejudice other unsecured creditors.

16. Further, the Debtor intends on filing a Plan of Reorganization that will propose to pay unsecured creditors in full.

17. Based upon the preceding, cause exists for approval of the Supplemental Retainer.

18. Approval of this Motion shall be deemed to amend the cash collateral agreement to authorize the payment of the Supplemental Retainer.

WHEREFORE, the Debtor requests that this Court enter an order, a proposed form filed herewith, approving the Supplemental Retainer, and for such other and further relief the Court deems just.

Dated: January 17, 2025

Respectfully submitted,

*/s/ Aaron A. Garber*
Aaron A. Garber, #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com