**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

**ORDER APPROVING SUPPLEMENTAL RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. COUNSEL FOR THE DEBTOR-IN-POSSESSION**

UPON CONSIDERATION of DNC and TCPA List Sanitizer, LLC (the "Debtor")'s Motion to Supplement Retainer for Wadsworth Garber Warner Conrardy, PC ("WGWC") notice the Motion having been provided to creditors and parties in interest, and no sustainable objections having been received, the Court does hereby

ORDER

1. The Motion is GRANTED; and

2. The Debtor is authorized and shall pay the supplement retainer of $50,000 to WGWC.

Dated February ______, 2024.

BY THE COURT

________________________________
Honorable Kimberley H. Tyson
United States Bankruptcy Judge