## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

## NOTICE OF MOTION TO SUPPLEMENT RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. COUNSEL FOR THE DEBTOR-IN-POSSESSION

### OBJECTION DEADLINE:   FEBRUARY 7, 2025

**YOU ARE HEREBY NOTIFIED** that DNC and TCPA List Sanitizer, LLC, Debtor-in-Possession (the "Debtor") has filed a Motion to Supplement Retainer for Employ Wadsworth Garber Warner Conrardy, PC ("WGWC") as Counsel for the Debtor-in-Possession and requests the following relief: The Debtor seeks authorization to pay a supplemental retainer to WGWC in the amount of $50,000.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.   The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: February 17, 2025                    Respectfully submitted,

                                        */s/ Aaron A. Garber*
                                        Aaron A. Garber, #36099
                                        WADSWORTH GARBER WARNER CONRARDY, P.C.
                                        2580 West Main Street, Suite 200
                                        Littleton, Colorado 80120
                                        Telephone: (303) 296-1999
                                        Telecopy: (303) 296-7600
                                        Email: agarber@wgwc-law.com

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on January 17, 2025, I served by prepaid first-class mail or ECF a copy of the **MOTION TO APPROVE RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION, notice and order** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Chad S. Caby    ccaby@lewisroca.com, chadwick-caby-
5693@ecf.pacerpro.com,jeastin@lewisroca.com
Peter A. Cal    pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen    jcohen@cohentrial.com
Jason Cooper    jcooper@tamlegal.com
John Gray    jgray@shermanhoward.com,
dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@sherman howard.com
Vandana Koelsch    vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler    Arthuralklaw@gmail.com,
seanalklaw@gmail.com;filingsalklaw@gmail.com
Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes    Alan.Motes@usdoj.gov
Reza Rismani    rrismani@tamlegal.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday    rjs@shillidaylaw.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov

**2002-1 CERTIFICATE OF SERVICE OF NOTICE**

The undersigned further certifies that on January 17, 2025, I served by prepaid first class mail a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on January 17, 2025, and, if applicable, other interested parties the movant mailed notice at the following addresses:

*/s/ Nichole Garber*_____
For Wadsworth Garber Warner Conrardy, P.C.

Label Matrix for local noticing
1082-1
Case 24-12624-KHT
District of Colorado
Denver
Fri Jan 17 15:29:31 MST 2025

Adam Young, Tubmanburg Limited, and Ringba,
c/o Chad S. Caby, Esq.
1601 19th Street, Suite 1000
Denver, Co 80202-2995

Allen Vellone Wolf Halfrich & Factor, PC
1600 Stout Street Stuie 1900
Denver, CO 80202-3160

Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street Suite 1900
Denver, CO 80202-3156

American Express
Business Line of Credit PO Box 570622
Atlanta, GA 30357-3110

American Express
PO Box 6031
Carol Stream, IL 60197-6031

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

CT Corporation System, as representative
Attn:  SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203-2336

Chad S. Caby
Womble Bond Dickinson (US) LLP
1601 19th Street
Ste 1000
Denver, CO 80202-2995

Peter A. Cal
Sherman Howard LLC
675 Fifteenth Street
Suite 2300
Denver, CO 80202-4258

Cashyew Holding, LLC
405 Cherry Hills Way
Colorado Springs, CO 80921-2667

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

John Cimino
5500 East Yale Avenue, Suite 201
Denver, CO 80222-6930

Jeffery Cohen
Cohen, LLC
1600 Broadway
Suite 1660
Denver, CO 80202-4915

Jeffrey Cohen
Cohen LLC
1600 Broadway
Ste 1660
Denver, CO 80202-4915

Cohen Trial, LLC
1600 Broadway Suite 1660
Denver, CO 80202-4915

Cohen, LLC
1600 Broadway
Suite 1660
Denver, CO 80202-4915

Colorado Department Of Revenue
1881 Pierce St.
Bankruptcy Unit, Room 104
Lakewood CO 80214-1407

Jason Cooper
Treece Alfrey Musat P.C.
633 17th St
Ste 2200
80202
Denver, CO 80202-3660

(p)DNC AND TCPA LIST SANITIZER LLC
ATTN MICHAEL OHARE
405 CHERRY HILLS WAY
COLORADO SPRINGS CO 80921-2667

GLEGAL, LLC
c/o Gary Tucker
1600 Broadway No. 1660
Denver, CO 80202-4915

Aaron A Garber
2580 West Main Street
Suite 200
Littleton, CO 80120-4631

Glegal, LLC
1600 Broadway
#1660
Denver, CO 80202-4915

John Gray
Sherman & Howard L.L.C.
675 15th Street
Ste 2300
Denver, CO 80202-4258

IRS
PO Box 7346
Philadelphia PA 19101-7346

JPMorgan Chase Bank, N.A.
c/o Sherman & Howard L.L.C.
Attn: Peter A. Cal, Esq.
675 Fifteenth Street, Suite 2300
Denver, CO 80202-4258

Vandana Koelsch
Allen Vellone Wolf Helfrich & Factor PC
1600 Stout Street
Ste. 1900
Denver, CO 80202-3156

Arthur Lindquist-Kleissler
950 S. Cherry St.
Ste. 418
Denver, CO 80246-2662

(p)JOLI A  LOFSTEDT
ATTN JOLI A LOFSTEDT TRUSTEE
PO BOX 270561
LOUISVILLE CO 80027-5009

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Mountain Peak Law Grpoup PC
Stacy D. Stein
Rusty J. Trevino 101 E Gray St Ste B
Norman, OK 73069-7257

Michael O'Hare
405 Cherry Hills Way
Colorado Springs, CO 80921-2667

Quandry Peak Research
205 S Broadway Suite 300
Los Angeles, CA 90012-3607

Ringba, LLC
8 the Green Suite 11558
Dover DE 19901-3618

Reza Rismani
Freeman Mathis & Gary, LLP
633 17th Street Suite 2200
Denver, CO 80202-3661

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Katharine S. Sender
Allen Vellone Wolf Helfrich & Factor P.C
1600 Stout Street
Ste. 1900
Denver, CO 80202-3156

Robert J. Shilliday III
Shilliday Law, P.C.
2616 W. Alamo Avenue
Littleton, CO 80120-1921

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase
PO Box 78039
Phoenix, AZ 85062-8039

(d)Chase Bank
PO Box 6026 Mail Code IL 1-0054
Chicago, IL 60680-6026

DNC and TCPA LIST SANITIZER, LLC
985 Pico Point
Colorado Springs, CO 80905

(d)JP Morgan Chase Bank NA
PO Box 6026 IL1-1145
Chicago, IL 60680-6026

Joli A. Lofstedt
Joli A. Lofstedt,Trustee
PO Box 270561
Louisville, CO 80027

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street Suite 1900
Denver, CO 80202-3156

(u)Allen Vellone Wolf Helfrich & Factor, P.C.

(u)FirstBank

(d)JPMorgan Chase Bank, N.A.
c/o Sherman & Howard L.L.C.
Attn: Peter A. Cal, Esq.
675 Fifteenth Street, Suite 2300
Denver, CO 80202-4258

(u)Ringba, LLC

(u)SL Biggs, a Division of SingerLewak LLP

(u)Tubmanburg Limited                    {u}Adam Young

End of Label Matrix
Mailable recipients    40
Bypassed recipients     8
Total                  48