UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)  Case No. 24-12624-KHT
DNC AND TCPA LIST SANITIZER, LLC )
EIN: 83-3868704 )
) Chapter 11
) Sub-Chapter V
    Debtor )
)

**NOTICE OF WITHDRAW OF MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE (A) DEBTOR AND (B) ADAM YOUNG AND RINGBA, LLC**

PLEASE TAKE NOTICE that DNC and TCPA List Sanitizer, LLC (the "Debtor"), by and through its counsel, Wadsworth Garber Warner Conrardy, P.C., hereby withdraws its Motion to Approve Settlement Agreement Between the (A) Debtor and (B) Adam Young and Ringba, LLC (the "Settlement Motion;" Docket No. 270). The breakdown in the settlement is for several reasons. First, and most importantly, Adam Young/Ringba ("Ringba") has accused the Debtor and/or its representative, Mr. O'Hare of violating the proposed settlement agreement. The Debtor and Mr. O'Hare refute these allegations. Moreover, Ringba has asked the Debtor and/or Mr. O'Hare to take additional action beyond the fully executed settlement agreement, which the Debtor and/or Mr. O'Hare are unwilling to take. Furthermore, Ringba has indicated it is planning on objecting to the Settlement Motion seeking approval of the agreement signed by Ringba and the Debtor. Secondly, secured creditor JP Morgan Chase Bank, N.A. ("Chase") has filed an Objection to the Settlement Motion. Resolution of the Chase objection will either require a hearing or concessions from Ringba. But, if Ringba is also preparing to object to the settlement it signed it is unlikely Ringba will have any motivation to resolve the Chase Objection. The purpose of the Settlement Agreement, which is highly favorable to Ringba, was to resolve issues in this case and allow for the Debtor to move toward confirmation of a Plan of Reorganization with substantially less litigation. The Debtor is however now left with a Hobson's choice, to litigate. The Debtor can litigate with Rignba to enforce the terms of the settlement and seek to overcome Chase's objection. Or, the Debtor can withdraw the Settlement Motion and proceed toward

confirmation, even if on a contested basis. Under this paradigm, the Debtor has determined it has no choice but to withdraw the Settlement Motion.

WHEREFORE the Debtor respectfully requests that the Court deem the Settlement Motion withdrawn and grant such other relief as the Court deems just.

Dated: January 20, 2025

Respectfully submitted,

By: /s/ Aaron A. Garber
Aaron A. Garber #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 W Main Street, Suite 200
Littleton, CO 80120
Telephone: 303-296-3905
Fax: 303-296-7600
Email: agarber@wgwc-law.com