**Fill in this information to identify the case:**

Debtor Name __DNC and TCPA List Sanitizer__

United States Bankruptcy Court for the:_____ District of _____

Case number: __24-12624 KHT__

☑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

| | | | |
|---|---|---|---|
| Month: | December 2024 | Date report filed: | 1/23/2025 |
| | | | MM / DD / YYYY |
| Line of business: | TCPA Risk Mitigation | NAISC code: | 518210 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

| | |
|---|---|
| Responsible party: | Michael O'Hare |
| Original signature of responsible party | *Michael O'Hare* |
| Printed name of responsible party | Michael O'Hare |

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name **DNC and TCPA List Sanitizer**

Case number **24-12624 KHT**

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 344354.52

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 99,301.69

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 24,125.56

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 64,522.16

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 408,876.68

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ _____

Debtor Name **DNC and TCPA List Sanitizer**          Case number **24-12624 KHT**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $ _____ 0

   *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                          _____ 0
27. What is the number of employees as of the date of this monthly report?             _____ 0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 38023.46
30. How much have you paid this month in other professional fees?                                        $ _____ 0
31. How much have you paid in total other professional fees since filing the case?                       $ _____ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | Column C **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 100000 | − | $ 99,301.69 | = | $ -698.31 |
| 33. **Cash disbursements** | $ 60000 | − | $ 34779.53 | = | $ 25220.47 |
| 34. **Net cash flow** | $ 40000 | − | $ 64,522.16 | = | $ 24552.16 |

35. Total projected cash receipts for the next month:                    $ 100000
36. Total projected cash disbursements for the next month:             − $ 60000
37. Total projected net cash flow for the next month:                   = $ 40000

Debtor Name <u>DNC and TCPA List Sanitizer</u>　　　　　　Case number <u>24-12624 KHT</u>

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

[ Print ]　　[ Save As... ]　　　　　　　　　　　[ Reset ]

# EXHIBIT C

Paypal Revenue

| Date | Type | Status | Currency | Gross | Fee |
|---|---|---|---|---|---|
| 12/2/2024 | Subscription Payment | Completed | USD | $ 199.00 | $ (7.44) |
| 12/3/2024 | Subscription Payment | Completed | USD | $ 199.00 | $ (7.44) |
| 12/3/2024 | Subscription Payment | Completed | USD | $ 299.00 | $ (10.93) |
| 12/5/2024 | Subscription Payment | Completed | USD | $ 299.00 | $ (10.93) |
| 12/6/2024 | Subscription Payment | Completed | USD | $ 199.00 | $ (10.42) |
| 12/6/2024 | Subscription Payment | Completed | USD | $ 99.00 | $ (3.95) |
| 12/9/2024 | Subscription Payment | Completed | USD | $ 199.00 | $ (7.44) |
| 12/9/2024 | Fee Reversal | Completed | USD | $ 71.30 | $ - |
| 12/10/2024 | Subscription Payment | Completed | USD | $ 199.00 | $ (7.44) |
| 12/16/2024 | Subscription Payment | Completed | USD | $ 299.00 | $ (10.93) |
| 12/17/2024 | Website Payment | Completed | USD | $ 449.00 | $ (16.16) |
| 12/18/2024 | Website Payment | Completed | USD | $ 449.00 | $ (16.16) |
| 12/20/2024 | Subscription Payment | Completed | USD | $ 299.00 | $ (10.93) |
| 12/22/2024 | Subscription Payment | Completed | USD | $ 199.00 | $ (7.44) |
| 12/29/2024 | Subscription Payment | Completed | USD | $ 199.00 | $ (7.44) |
| 12/29/2024 | Subscription Payment | Completed | USD | $ 199.00 | $ (7.44) |
| 12/29/2024 | Mobile Payment | Completed | USD | $ 500.00 | $ (22.45) |
| 12/30/2024 | Subscription Payment | Completed | USD | $ 299.00 | $ (10.93) |

STRINE

| Created date (UTC) | Amount | | Description | Fee | |
|---|---|---|---|---|---|
| 12/31/2024 22:37 | $ | 99 | TCPA Litigator DNC List - Order 456980 | $ | 3.17 |
| 12/31/2024 20:01 | $ | 149 | TCPA Litigator DNC List - Order 456978 | $ | 4.62 |
| 12/31/2024 19:42 | $ | 299 | TCPA Litigator DNC List - Order 456976 | $ | 8.97 |
| 12/31/2024 19:13 | $ | 600 | TCPA Litigator DNC List - Order 456975 | $ | 17.70 |
| 12/31/2024 19:04 | $ | 299 | TCPA Litigator DNC List - Order 456974 | $ | 8.97 |
| 12/31/2024 17:58 | $ | 199 | TCPA Litigator DNC List - Order 456973 | $ | 9.06 |
| 12/31/2024 15:36 | $ | 995 | TCPA Litigator DNC List - Order 456965 | $ | 29.16 |
| 12/31/2024 15:01 | $ | 249 | TCPA Litigator DNC List - Order 456962 | $ | 7.52 |
| 12/30/2024 16:46 | $ | 199 | TCPA Litigator DNC List - Order 456883 | $ | 6.07 |
| 12/29/2024 23:37 | $ | 299 | TCPA Litigator DNC List - Order 456850 | $ | 8.97 |
| 12/29/2024 19:56 | $ | 199 | TCPA Litigator DNC List - Order 456836 | $ | 6.07 |
| 12/28/2024 14:36 | $ | 199 | TCPA Litigator DNC List - Order 456773 | $ | 6.07 |
| 12/27/2024 20:07 | $ | 299 | TCPA Litigator DNC List - Order 456389 | $ | 13.46 |
| 12/27/2024 20:00 | $ | 299 | TCPA Litigator DNC List - Order 456516 | $ | 8.97 |
| 12/27/2024 17:46 | $ | 299 | TCPA Litigator DNC List - Order 456513 | $ | 8.97 |
| 12/27/2024 15:08 | $ | 199 | TCPA Litigator DNC List - Order 456493 | $ | 6.07 |
| 12/27/2024 14:58 | $ | 199 | TCPA Litigator DNC List - Order 456492 | $ | 6.07 |
| 12/27/2024 14:46 | $ | 449 | TCPA Litigator DNC List - Order 456491 | $ | 13.32 |
| 12/27/2024 3:48 | $ | 299 | TCPA Litigator DNC List - Order 456485 | $ | 8.97 |
| 12/27/2024 0:10 | $ | 299 | TCPA Litigator DNC List - Order 456480 | $ | 8.97 |
| 12/26/2024 22:03 | $ | 199 | TCPA Litigator DNC List - Order 456468 | $ | 6.07 |
| 12/26/2024 21:04 | $ | 199 | TCPA Litigator DNC List - Order 456467 | $ | 6.07 |
| 12/26/2024 19:01 | $ | 199 | TCPA Litigator DNC List - Order 456460 | $ | 6.07 |
| 12/26/2024 18:43 | $ | 199 | TCPA Litigator DNC List - Order 456458 | $ | 6.07 |
| 12/26/2024 10:10 | $ | 149 | TCPA Litigator DNC List - Order 456415 | $ | 4.62 |
| 12/26/2024 2:27 | $ | 99 | TCPA Litigator DNC List - Order 456406 | $ | 3.17 |
| 12/26/2024 0:18 | $ | 199 | TCPA Litigator DNC List - Order 456407 | $ | 6.07 |
| 12/25/2024 15:36 | $ | 299 | TCPA Litigator DNC List - Order 456403 | $ | 8.97 |
| 12/25/2024 15:31 | $ | 199 | TCPA Litigator DNC List - Order 456402 | $ | 6.07 |
| 12/24/2024 17:56 | $ | 199 | TCPA Litigator DNC List - Order 456385 | $ | 6.07 |
| 12/24/2024 17:40 | $ | 299 | TCPA Litigator DNC List - Order 456384 | $ | 8.97 |
| 12/24/2024 15:18 | $ | 199 | TCPA Litigator DNC List - Order 456379 | $ | 6.07 |
| 12/24/2024 15:09 | $ | 299 | TCPA Litigator DNC List - Order 456378 | $ | 8.97 |
| 12/24/2024 13:22 | $ | 299 | TCPA Litigator DNC List - Order 456372 | $ | 13.46 |
| 12/24/2024 7:26 | $ | 299 | TCPA Litigator DNC List - Order 456368 | $ | 13.46 |
| 12/24/2024 0:01 | $ | 199 | TCPA Litigator DNC List - Order 456359 | $ | 6.07 |
| 12/23/2024 23:49 | $ | 99 | TCPA Litigator DNC List - Order 456358 | $ | 3.17 |
| 12/23/2024 20:03 | $ | 799 | TCPA Litigator DNC List - Order 456334 | $ | 23.47 |
| 12/23/2024 17:45 | $ | 99 | TCPA Litigator DNC List - Order 456324 | $ | 3.17 |
| 12/23/2024 17:05 | $ | 199 | TCPA Litigator DNC List - Order 456316 | $ | 6.07 |
| 12/23/2024 16:06 | $ | 299 | TCPA Litigator DNC List - Order 456301 | $ | 8.97 |
| 12/23/2024 0:15 | $ | 3,000 | TCPA Litigator DNC List - Order 456295 | $ | 87.30 |
| 12/22/2024 20:04 | $ | 99 | TCPA Litigator DNC List - Order 456294 | $ | 3.17 |

| Date | | Amount | Description | | Fee |
|---|---|---|---|---|---|
| 12/22/2024 17:12 | $ | 299 | TCPA Litigator DNC List - Order 456289 | $ | 8.97 |
| 12/21/2024 20:44 | $ | 299 | TCPA Litigator DNC List - Order 456221 | $ | 8.97 |
| 12/21/2024 18:02 | $ | 149 | TCPA Litigator DNC List - Order 456217 | $ | 4.62 |
| 12/21/2024 17:46 | $ | 299 | TCPA Litigator DNC List - Order 456215 | $ | 8.97 |
| 12/21/2024 16:19 | $ | 199 | TCPA Litigator DNC List - Order 456210 | $ | 6.07 |
| 12/21/2024 16:16 | $ | 299 | TCPA Litigator DNC List - Order 456209 | $ | 13.46 |
| 12/21/2024 5:04 | $ | 199 | TCPA Litigator DNC List - Order 456194 | $ | 6.07 |
| 12/21/2024 0:10 | $ | 199 | TCPA Litigator DNC List - Order 456192 | $ | 6.07 |
| 12/20/2024 19:18 | $ | 249 | TCPA Litigator DNC List - Order 456125 | $ | 7.52 |
| 12/20/2024 18:13 | $ | 299 | TCPA Litigator DNC List - Order 456123 | $ | 8.97 |
| 12/20/2024 17:40 | $ | 499 | TCPA Litigator DNC List - Order 456122 | $ | 14.77 |
| 12/20/2024 15:11 | $ | 1,250 | TCPA Litigator DNC List - Order 456108 | $ | 36.55 |
| 12/20/2024 5:50 | $ | 499 | TCPA Litigator DNC List - Order 456088 | $ | 14.77 |
| 12/19/2024 23:18 | $ | 199 | TCPA Litigator DNC List - Order 456061 | $ | 6.07 |
| 12/19/2024 20:32 | $ | 199 | TCPA Litigator DNC List - Order 456033 | $ | 9.06 |
| 12/19/2024 15:44 | $ | 99 | TCPA Litigator DNC List - Order 456024 | $ | 3.17 |
| 12/18/2024 20:48 | $ | 199 | TCPA Litigator DNC List - Order 455957 | $ | 6.07 |
| 12/18/2024 20:15 | $ | 299 | TCPA Litigator DNC List - Order 455914 | $ | 8.97 |
| 12/18/2024 19:08 | $ | 299 | TCPA Litigator DNC List - Order 455908 | $ | 8.97 |
| 12/18/2024 16:59 | $ | 299 | TCPA Litigator DNC List - Order 455905 | $ | 8.97 |
| 12/18/2024 16:56 | $ | 199 | TCPA Litigator DNC List - Order 455898 | $ | 6.07 |
| 12/17/2024 23:49 | $ | 199 | TCPA Litigator DNC List - Order 455740 | $ | 6.07 |
| 12/17/2024 23:03 | $ | 299 | TCPA Litigator DNC List - Order 455739 | $ | 8.97 |
| 12/17/2024 22:40 | $ | 499 | TCPA Litigator DNC List - Order 455707 | $ | 14.77 |
| 12/17/2024 20:59 | $ | 750 | TCPA Litigator DNC List - Order 455668 | $ | 22.05 |
| 12/17/2024 20:58 | $ | 449 | TCPA Litigator DNC List - Order 455667 | $ | 13.32 |
| 12/17/2024 19:31 | $ | 99 | TCPA Litigator DNC List - Order 455664 | $ | 3.17 |
| 12/17/2024 19:20 | $ | 199 | TCPA Litigator DNC List - Order 455419 | $ | 9.06 |
| 12/16/2024 22:43 | $ | 199 | TCPA Litigator DNC List - Order 455606 | $ | 6.07 |
| 12/16/2024 22:41 | $ | 300 | Invoice 64B84044-0024 | $ | 13.50 |
| 12/16/2024 21:13 | $ | 1,000 | TCPA Litigator DNC List - Order 455592 | $ | 29.30 |
| 12/16/2024 21:01 | $ | 299 | TCPA Litigator DNC List - Order 453903 | $ | 8.97 |
| 12/16/2024 19:16 | $ | 299 | TCPA Litigator DNC List - Order 455589 | $ | 8.97 |
| 12/16/2024 19:15 | $ | 199 | TCPA Litigator DNC List - Order 455588 | $ | 6.07 |
| 12/16/2024 14:49 | $ | 149 | TCPA Litigator DNC List - Order 455548 | $ | 4.62 |
| 12/16/2024 12:37 | $ | 199 | TCPA Litigator DNC List - Order 455543 | $ | 6.07 |
| 12/16/2024 8:39 | $ | 199 | TCPA Litigator DNC List - Order 455470 | $ | 6.07 |
| 12/15/2024 21:53 | $ | 75 | TCPA Litigator DNC List - Order 455476 | $ | 2.48 |
| 12/15/2024 21:20 | $ | 199 | TCPA Litigator DNC List - Order 455475 | $ | 6.07 |
| 12/15/2024 19:22 | $ | 99 | TCPA Litigator DNC List - Order 455469 | $ | 3.17 |
| 12/15/2024 19:07 | $ | 299 | TCPA Litigator DNC List - Order 455467 | $ | 8.97 |
| 12/15/2024 15:05 | $ | 199 | TCPA Litigator DNC List - Order 455462 | $ | 6.07 |
| 12/15/2024 10:34 | $ | 199 | TCPA Litigator DNC List - Order 455451 | $ | 6.07 |
| 12/15/2024 5:12 | $ | 299 | TCPA Litigator DNC List - Order 455448 | $ | 8.97 |

| Date | | Amount | Description | | Total |
|---|---|---|---|---|---|
| 12/15/2024 0:19 | $ | 199 | TCPA Litigator DNC List - Order 455445 | $ | 6.07 |
| 12/15/2024 0:01 | $ | 1,000 | TCPA Litigator DNC List - Order 455444 | $ | 29.30 |
| 12/14/2024 23:00 | $ | 99 | TCPA Litigator DNC List - Order 455443 | $ | 3.17 |
| 12/14/2024 17:46 | $ | 449 | TCPA Litigator DNC List - Order 455420 | $ | 13.32 |
| 12/14/2024 14:44 | $ | 900 | TCPA Litigator List Monthly Subscription Decemt | $ | 39.90 |
| 12/13/2024 22:44 | $ | 299 | TCPA Litigator DNC List - Order 455375 | $ | 8.97 |
| 12/13/2024 22:31 | $ | 299 | TCPA Litigator DNC List - Order 455374 | $ | 8.97 |
| 12/13/2024 19:55 | $ | 449 | TCPA Litigator DNC List - Order 455268 | $ | 13.32 |
| 12/13/2024 17:10 | $ | 199 | TCPA Litigator DNC List - Order 455245 | $ | 6.07 |
| 12/13/2024 14:08 | $ | 299 | TCPA Litigator DNC List - Order 455237 | $ | 13.46 |
| 12/13/2024 4:51 | $ | 249 | TCPA Litigator DNC List - Order 455218 | $ | 7.52 |
| 12/13/2024 0:01 | $ | 99 | TCPA Litigator DNC List - Order 455225 | $ | 3.17 |
| 12/12/2024 22:38 | $ | 199 | TCPA Litigator DNC List - Order 455223 | $ | 6.07 |
| 12/12/2024 20:41 | $ | 99 | TCPA Litigator DNC List - Order 455221 | $ | 3.17 |
| 12/12/2024 16:01 | $ | 799 | TCPA Litigator DNC List - Order 455208 | $ | 23.47 |
| 12/12/2024 14:49 | $ | 199 | TCPA Litigator DNC List - Order 455206 | $ | 6.07 |
| 12/12/2024 13:52 | $ | 1,750 | TCPA Litigator DNC List - Order 455203 | $ | 77.30 |
| 12/12/2024 10:42 | $ | 199 | TCPA Litigator DNC List - Order 455198 | $ | 6.07 |
| 12/12/2024 0:08 | $ | 3,000 | TCPA Litigator DNC List - Order 455169 | $ | 87.30 |
| 12/11/2024 18:34 | $ | 149 | TCPA Litigator DNC List - Order 455155 | $ | 4.62 |
| 12/11/2024 15:31 | $ | 449 | TCPA Litigator DNC List - Order 455125 | $ | 13.32 |
| 12/11/2024 15:11 | $ | 249 | TCPA Litigator DNC List - Order 455123 | $ | 7.52 |
| 12/11/2024 14:32 | $ | 500 | Invoice 2BDC0B25-0002 | $ | 22.30 |
| 12/11/2024 14:07 | $ | 299 | TCPA Litigator DNC List - Order 455122 | $ | 8.97 |
| 12/11/2024 13:46 | $ | 299 | TCPA Litigator DNC List - Order 455120 | $ | 8.97 |
| 12/11/2024 12:23 | $ | 2,500 | TCPA Litigator DNC List - Order 455118 | $ | 72.80 |
| 12/10/2024 23:10 | $ | 199 | TCPA Litigator DNC List - Order 455096 | $ | 8.97 |
| 12/10/2024 20:11 | $ | 299 | TCPA Litigator DNC List - Order 455042 | $ | 8.97 |
| 12/10/2024 20:03 | $ | 399 | TCPA service December 2024 | $ | 17.86 |
| 12/10/2024 19:57 | $ | 199 | TCPA Litigator DNC List - Order 455033 | $ | 6.07 |
| 12/10/2024 19:20 | $ | 199 | TCPA Litigator DNC List - Order 455024 | $ | 6.07 |
| 12/10/2024 18:30 | $ | 799 | TCPA Litigator DNC List - Order 454997 | $ | 23.47 |
| 12/10/2024 2:08 | $ | 199 | TCPA Litigator DNC List - Order 454937 | $ | 6.07 |
| 12/9/2024 21:37 | $ | 299 | TCPA Litigator DNC List - Order 454912 | $ | 8.97 |
| 12/9/2024 19:30 | $ | 199 | TCPA Litigator DNC List - Order 454860 | $ | 6.07 |
| 12/9/2024 16:57 | $ | 299 | TCPA Litigator DNC List - Order 454781 | $ | 8.97 |
| 12/9/2024 16:47 | $ | 300 | TCPA Litigator DNC List - Order 454710 | $ | 13.50 |
| 12/9/2024 14:09 | $ | 299 | TCPA Litigator DNC List - Order 454759 | $ | 8.97 |
| 12/9/2024 6:29 | $ | 250 | TCPA Litigator DNC List - Order 454736 | $ | 7.55 |
| 12/9/2024 6:19 | $ | 375 | TCPA Litigator DNC List - Order 454735 | $ | 11.18 |
| 12/9/2024 0:10 | $ | 2,249 | TCPA Litigator DNC List - Order 454730 | $ | 65.52 |
| 12/8/2024 17:12 | $ | 199 | TCPA Litigator DNC List - Order 454712 | $ | 6.07 |
| 12/8/2024 17:00 | $ | 149 | TCPA Litigator DNC List - Order 454711 | $ | 4.62 |
| 12/8/2024 16:22 | $ | 149 | TCPA Litigator DNC List - Order 454708 | $ | 4.62 |

| Date | | Amount | Description | | Total |
|---|---|---|---|---|---|
| 12/8/2024 14:41 | $ | 299 | TCPA Litigator DNC List - Order 454693 | $ | 8.97 |
| 12/8/2024 12:57 | $ | 99 | TCPA Litigator DNC List - Order 454692 | $ | 3.17 |
| 12/8/2024 0:36 | $ | 799 | TCPA Litigator DNC List - Order 453519 | $ | 23.47 |
| 12/8/2024 0:12 | $ | 2,500 | TCPA Litigator DNC List - Order 454646 | $ | 72.80 |
| 12/7/2024 23:05 | $ | 199 | TCPA Litigator DNC List - Order 453515 | $ | 9.06 |
| 12/7/2024 21:18 | $ | 199 | TCPA Litigator DNC List - Order 454642 | $ | 6.07 |
| 12/7/2024 14:59 | $ | 149 | TCPA Litigator DNC List - Order 454587 | $ | 4.62 |
| 12/7/2024 12:19 | $ | 499 | TCPA Litigator DNC List - Order 454582 | $ | 22.26 |
| 12/7/2024 6:47 | $ | 149 | TCPA Litigator DNC List - Order 454577 | $ | 6.86 |
| 12/7/2024 1:07 | $ | 299 | TCPA Litigator DNC List - Order 454541 | $ | 8.97 |
| 12/7/2024 0:02 | $ | 2,100 | TCPA Litigator DNC List - Order 454514 | $ | 61.20 |
| 12/7/2024 0:00 | $ | 2,499 | TCPA Litigator DNC List - Order 454513 | $ | 72.77 |
| 12/6/2024 23:27 | $ | 199 | TCPA Litigator DNC List - Order 454474 | $ | 6.07 |
| 12/6/2024 22:20 | $ | 199 | TCPA Litigator DNC List - Order 454471 | $ | 6.07 |
| 12/6/2024 22:09 | $ | 99 | TCPA Litigator DNC List - Order 454469 | $ | 3.17 |
| 12/6/2024 19:43 | $ | 1,000 | TCPA Litigator DNC List - Order 454464 | $ | 29.30 |
| 12/6/2024 18:53 | $ | 249 | TCPA Litigator DNC List - Order 454463 | $ | 11.26 |
| 12/6/2024 18:35 | $ | 199 | TCPA Litigator DNC List - Order 454462 | $ | 6.07 |
| 12/6/2024 18:01 | $ | 500 | TCPA Litigator DNC List - Order 454461 | $ | 14.80 |
| 12/6/2024 13:44 | $ | 299 | TCPA Litigator DNC List - Order 454419 | $ | 8.97 |
| 12/6/2024 12:08 | $ | 299 | TCPA Litigator DNC List - Order 454418 | $ | 8.97 |
| 12/6/2024 11:14 | $ | 199 | TCPA Litigator DNC List - Order 454415 | $ | 6.07 |
| 12/6/2024 0:32 | $ | 299 | TCPA Litigator DNC List - Order 454407 | $ | 8.97 |
| 12/5/2024 21:01 | $ | 249 | TCPA Litigator DNC List - Order 454172 | $ | 7.52 |
| 12/5/2024 16:26 | $ | 299 | TCPA Litigator DNC List - Order 454112 | $ | 8.97 |
| 12/5/2024 15:52 | $ | 499 | TCPA Litigator DNC List - Order 454063 | $ | 14.77 |
| 12/5/2024 14:51 | $ | 499 | TCPA Litigator DNC List - Order 454054 | $ | 14.77 |
| 12/5/2024 3:23 | $ | 199 | TCPA Litigator DNC List - Order 454005 | $ | 6.07 |
| 12/5/2024 0:08 | $ | 2,500 | TCPA Litigator DNC List - Order 453994 | $ | 72.80 |
| 12/4/2024 23:16 | $ | 299 | TCPA Litigator DNC List - Order 453516 | $ | 8.97 |
| 12/4/2024 21:53 | $ | 199 | TCPA Litigator DNC List - Order 453987 | $ | 9.06 |
| 12/4/2024 21:16 | $ | 299 | TCPA Litigator DNC List - Order 453684 | $ | 8.97 |
| 12/4/2024 18:25 | $ | 149 | TCPA Litigator DNC List - Order 453914 | $ | 4.62 |
| 12/4/2024 18:00 | $ | 199 | TCPA Litigator DNC List - Order 453911 | $ | 6.07 |
| 12/4/2024 13:51 | $ | 80 | TCPA Litigator DNC List - Order 453891 | $ | 2.62 |
| 12/4/2024 7:06 | $ | 299 | TCPA Litigator DNC List - Order 453860 | $ | 8.97 |
| 12/3/2024 21:56 | $ | 199 | TCPA Litigator DNC List - Order 453823 | $ | 6.07 |
| 12/3/2024 19:22 | $ | 299 | TCPA Litigator DNC List - Order 453807 | $ | 8.97 |
| 12/3/2024 17:11 | $ | 199 | TCPA Litigator DNC List - Order 453741 | $ | 6.07 |
| 12/3/2024 16:10 | $ | 199 | TCPA Litigator DNC List - Order 453737 | $ | 6.07 |
| 12/3/2024 15:40 | $ | 250 | TCPA Litigator DNC List - Order 453730 | $ | 7.55 |
| 12/2/2024 21:35 | $ | 99 | TCPA Litigator DNC List - Order 453651 | $ | 3.17 |
| 12/2/2024 19:29 | $ | 199 | TCPA Litigator DNC List - Order 453649 | $ | 6.07 |
| 12/2/2024 19:05 | $ | 2,499 | TCPA Litigator DNC List - Order 453648 | $ | 72.77 |

| Date | | Amount | Description | | Fee |
|---|---|---|---|---|---|
| 12/2/2024 18:22 | $ | 499 | TCPA Litigator DNC List - Order 453640 | $ | 22.26 |
| 12/2/2024 17:18 | $ | 2,499 | TCPA Litigator DNC List - Order 453631 | $ | 72.77 |
| 12/2/2024 15:46 | $ | 750 | TCPA service December 2024 | $ | 22.05 |
| 12/2/2024 15:23 | $ | 199 | TCPA Litigator DNC List - Order 453595 | $ | 6.07 |
| 12/2/2024 14:18 | $ | 449 | TCPA Litigator DNC List - Order 453591 | $ | 13.32 |
| 12/2/2024 9:08 | $ | 299 | TCPA Litigator DNC List - Order 453529 | $ | 13.46 |
| 12/1/2024 21:47 | $ | 799 | TCPA Litigator DNC List - Order 453541 | $ | 23.47 |
| 12/1/2024 16:00 | $ | 3,250 | TCPA Litigator List Monthly Subscription Decemb | $ | 94.55 |
| 12/1/2024 12:06 | $ | 2,500 | TCPA Litigator DNC List - Order 453531 | $ | 72.80 |
| 12/31/2024 19:57 | $ | 99 | TCPA Litigator DNC List - Order 456977 | $ | 3.17 |

Integrity Bank and
Trust DIP Account

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 12/30/2024 | Credit Memo; Immediate Credit | WIRE TRANSFER | 2240 | 405394.6 |
| 12/9/2024 | Credit Memo; Immediate Credit | WIRE TRANSFER | 1500 | 354104.1 |
| 12/2/2024 | Credit Memo; Immediate Credit | WIRE TRANSFER | 2240 | 346594.5 |
| 12/31/2024 | Deposit | STRIPE TRANSFER | 2267.14 | 410045.6 |
| 12/30/2024 | Deposit | STRIPE TRANSFER | 1687.16 | 407942.5 |
| 12/30/2024 | Deposit | PAYPAL TRANSFER | 860.67 | 406255.3 |
| 12/27/2024 | Deposit | STRIPE TRANSFER | 1729.67 | 403154.6 |
| 12/27/2024 | Deposit | PAYPAL TRANSFER | 479.63 | 401425 |
| 12/26/2024 | Deposit | STRIPE TRANSFER | 6337.04 | 401144.3 |
| 12/24/2024 | Deposit | STRIPE TRANSFER | 2713.22 | 396172.9 |
| 12/23/2024 | Deposit | STRIPE TRANSFER | 478.26 | 394471.2 |
| 12/23/2024 | Deposit | PACEVENTURESINC CREI | 145 | 393992.9 |
| 12/20/2024 | Deposit | STRIPE TRANSFER | 1255.77 | 393848.9 |
| 12/20/2024 | Deposit | PAYPAL TRANSFER | 432.84 | 392593.2 |
| 12/20/2024 | Deposit | M MERCHANT CR CD DEF | 199 | 392160.3 |
| 12/19/2024 | Deposit | STRIPE TRANSFER | 2416.29 | 391961.3 |
| 12/18/2024 | Deposit | STRIPE TRANSFER | 6635.54 | 394545 |
| 12/18/2024 | Deposit | PAYPAL TRANSFER | 432.84 | 387909.5 |
| 12/17/2024 | Deposit | STRIPE TRANSFER | 1831.42 | 388815.1 |
| 12/17/2024 | Deposit | PAYPAL TRANSFER | 288.07 | 386983.7 |
| 12/16/2024 | Deposit | STRIPE TRANSFER | 6035.07 | 392380.1 |
| 12/16/2024 | Deposit | M MERCHANT CR CD DEF | 299 | 386345 |
| 12/13/2024 | Deposit | STRIPE TRANSFER | 4505.34 | 386544 |
| 12/13/2024 | Deposit | PAYPAL TRANSFER | 262.86 | 382038.7 |
| 12/12/2024 | Deposit | STRIPE TRANSFER | 2315.32 | 381775.8 |
| 12/11/2024 | Deposit | STRIPE TRANSFER | 14110.56 | 379460.5 |
| 12/10/2024 | Deposit | STRIPE TRANSFER | 3431.12 | 366410.9 |
| 12/10/2024 | Deposit | PAYPAL TRANSFER | 191.56 | 362979.8 |
| 12/9/2024 | Deposit | STRIPE TRANSFER | 4119.34 | 362788.2 |
| 12/9/2024 | Deposit | PAYPAL TRANSFER | 4000 | 358668.9 |
| 12/9/2024 | Deposit | PAYPAL TRANSFER | 283.63 | 354668.9 |
| 12/9/2024 | Deposit | PAYPAL TRANSFER | 141 | 354385.3 |
| 12/9/2024 | Deposit | PAYPAL TRANSFER | 129 | 354244.3 |
| 12/9/2024 | Deposit | PAYPAL TRANSFER | 11.2 | 354115.3 |
| 12/6/2024 | Deposit | STRIPE TRANSFER | 1474.24 | 354619.7 |
| 12/6/2024 | Deposit | PAYPAL TRANSFER | 288.07 | 353145.4 |
| 12/5/2024 | Deposit | STRIPE TRANSFER | 1110.69 | 352857.4 |
| 12/4/2024 | Deposit | STRIPE TRANSFER | 16413.45 | 353732.2 |
| 12/4/2024 | Deposit | M MERCHANT CR CD DEF | 498 | 337318.7 |
| 12/4/2024 | Deposit | PAYPAL TRANSFER | 479.63 | 336820.7 |

| 12/3/2024 | Deposit | STRIPE TRANSFER | 2802.92 | 346745.5 |
| 12/3/2024 | Deposit | PAYPAL TRANSFER | 191.56 | 343942.6 |
| 12/2/2024 | Deposit | STRIPE TRANSFER | 3076.35 | 350633.1 |
| 12/2/2024 | Deposit | PAYPAL TRANSFER | 962.22 | 347556.7 |
| 12/30/2024 | Miscellaneous Charge | WIRE TRANSFER FEE | -25 | 407917.5 |

# Integrity
## BANK & TRUST

**1275 Village Ridge Point**
**Monument, CO 80132**

| *Managing Your Accounts* | |
|---|---|
| PHONE: | (719) 487-3034 |
| ADDRESS: | 13475 VOYAGER PKWY |
| | COLORADO SPRINGS CO 80921 |
| TOLL FREE: | 877-677-2265 |
| TELEBANK: | 877-317-2265 |
| ONLINE: | www.IntegrityBankAndTrust.com |

```
1301 1 AV 0.540 *0001317   S3
DNC AND TCPA LIST SANITIZER
CASE #24-12624-KHT
DEBTOR IN POSSESSION
405 CHERRY HILLS WAY
COLORADO SPRINGS CO 80921-2667
```

| Statement Date: | **12/31/2024** | Enclosures: | **(2)** | | Account No.: | Page: **1** |
|---|---|---|---|---|---|---|
| | | | | | **XXXXXXXXX627** | |

| This Statement Cycle Reflects 32 Days |
|---|

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| XXXXXXXXX627 | | INTEGRITY BUSINESS | Deposit | 408,876.68 |
| | | Your Total Deposits = 408,876.68 And Your Total Loans = 0.00 | | |

### INTEGRITY BUSINESS SUMMARY

**Type: REG  Status: Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From  11/29/24 | | 344,354.52 |
| Debits | 2 | 10,653.97' |
| Automatic Withdrawals | 32 | 28,100.56 |
| Automatic Deposits | 44 | 103,301.69+ |
| Miscellaneous Fees | 1 | 25.00 |
| Ending Balance On  12/31/24 | | 408,876.68 |

| | Average Balance (Ledger) | 378,940.34+ |
|---|---|---|

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 12/02/24 | WIRE TRANSFER FROM ALP TRAFFIC S DE RLDE CV | 2,240.00 | 346,594.52 |
| 12/02/24 | PAYPAL TRANSFER | 962.22 | 347,556.74 |
| 12/02/24 | STRIPE TRANSFER | 3,076.35 | 350,633.09 |
| 12/02/24 | STARLINK INTERNE STARLINK I | 120.00- | 350,513.09 |
| 12/02/24 | M MERCHANT MERCH FEES | 1,259.43- | 349,253.66 |
| 12/02/24 | PAYPAL INST XFER | 1,502.61- | 347,751.05 |
| 12/02/24 | PAYPAL INST XFER | 4,000.00- | 343,751.05 |
| 12/03/24 | PAYPAL TRANSFER | 191.56 | 343,942.61 |
| 12/03/24 | STRIPE TRANSFER | 2,802.92 | 346,745.53 |
| 12/03/24 | PACEVENTURESINC WEBPAYMENT | 400.00- | 346,345.53 |
| 12/03/24 | PAYPAL INST XFER | 1,874.25- | 344,471.28 |
| 12/03/24 | WEST PUBLISHING EDI/EFTPMT ISA 00  00  01 006930416ISO ZZ ISOWESTPB 241202 080 | 2,030.20- | 342,441.08 |
| 12/03/24 | TADHG S WEB STUFF IAT PAYPAL WEB000000000000210000 DNC AND TCPA LIST SANITZER | 2,100.00- | 340,341.08 |
| 12/03/24 | WISE US INC WISE | 4,000.00- | 336,341.08 |
| 12/04/24 | PAYPAL TRANSFER | 479.63 | 336,820.71 |

*"...to have an enduring impact on the community"*
www.integritybankandtrust.com   Toll Free 877.677.2265

**Continued**

Member **FDIC**

CSI REV 060120                                                                 0278-STMT

Statement Date: **12/31/2024** Enclosures: **(2)**    Account No.: **XXXXXXXXX627**    Page: **3**

## STATEMENT PERIOD ACTIVITY (continued)

| Date | Check/Description | Amount | Balance |
|------|-------------------|-------:|--------:|
| 12/04/24 | M MERCHANT CR CD DEP TCPA LITIGATOR LIST | 498.00 | 337,318.71 |
| 12/04/24 | STRIPE TRANSFER | 16,413.45 | 353,732.16 |
| 12/04/24 | M MERCHANT DLY DIS S | 2.50- | 353,729.66 |
| 12/04/24 | WISE INC WISE | 50.00- | 353,679.66 |
| 12/04/24 | UPWORK ESCROW IN EDI PYMNTS | 206.00- | 353,473.66 |
| 12/04/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 353,010.16 |
| 12/04/24 | UPWORK ESCROW IN EDI PYMNTS | 463.50- | 352,546.66 |
| 12/04/24 | WISE US INC WISE | 800.00- | 351,746.66 |
| 12/05/24 | STRIPE TRANSFER | 1,110.69 | 352,857.35 |
| 12/06/24 | PAYPAL TRANSFER | 288.07 | 353,145.42 |
| 12/06/24 | STRIPE TRANSFER | 1,474.24 | 354,619.66 |
| 12/06/24 | PAYPAL INST XFER | 11.20- | 354,608.46 |
| 12/06/24 | GATEWAY SERVICES WEBPAYMENT | 30.16- | 354,578.30 |
| 12/06/24 | PAYPAL INST XFER | 129.00- | 354,449.30 |
| 12/06/24 | PAYPAL INST XFER | 141.00- | 354,308.30 |
| 12/06/24 | WISE US INC WISE | 1,704.25- | 352,604.05 |
| 12/09/24 | WIRE TRANSFER ▓▓▓OM BOOMSOURCING ▓ | 1,500.00 | 354,104.05 |
| 12/09/24 | PAYPAL TRANSFER | 11.20 | 354,115.25 |
| 12/09/24 | PAYPAL TRANSFER | 129.00 | 354,244.25 |
| 12/09/24 | PAYPAL TRANSFER | 141.00 | 354,385.25 |
| 12/09/24 | PAYPAL TRANSFER | 283.63 | 354,668.88 |
| 12/09/24 | PAYPAL TRANSFER | 4,000.00 | 358,668.88 |
| 12/09/24 | STRIPE TRANSFER | 4,119.34 | 362,788.22 |
| 12/10/24 | PAYPAL TRANSFER | 191.56 | 362,979.78 |
| 12/10/24 | STRIPE TRANSFER | 3,431.12 | 366,410.90 |
| 12/10/24 | UPWORK ESCROW IN EDI PYMNTS | 1,060.95- | 365,349.95 |
| 12/11/24 | STRIPE TRANSFER | 14,110.56 | 379,460.51 |
| 12/12/24 | STRIPE TRANSFER | 2,315.32 | 381,775.83 |
| 12/13/24 | PAYPAL TRANSFER | 262.86 | 382,038.69 |
| 12/13/24 | STRIPE TRANSFER | 4,505.34 | 386,544.03 |
| 12/13/24 | M MERCHANT CR CD CHBK TCPA LITIGATOR LIST | 498.00- | 386,046.03 |
| 12/16/24 | M MERCHANT CR CD DEP TCPA LITIGATOR LIST | 299.00 | 386,345.03 |
| 12/16/24 | STRIPE TRANSFER | 6,035.07 | 392,380.10 |
| 12/16/24 | M MERCHANT DLY DIS S | 1.50- | 392,378.60 |
| 12/16/24 | PAYPAL INST XFER | 29.00- | 392,349.60 |
| 12/16/24 | CHK#183 | 5,653.97- | 386,695.63 |
| 12/17/24 | PAYPAL TRANSFER | 288.07 | 386,983.70 |
| 12/17/24 | STRIPE TRANSFER | 1,831.42 | 388,815.12 |
| 12/17/24 | UPWORK ESCROW IN EDI PYMNTS | 1,338.48- | 387,476.64 |
| 12/18/24 | PAYPAL TRANSFER | 432.84 | 387,909.48 |
| 12/18/24 | STRIPE TRANSFER | 6,635.54 | 394,545.02 |
| 12/18/24 | CHK#182 | 5,000.00- | 389,545.02 |
| 12/19/24 | STRIPE TRANSFER | 2,416.29 | 391,961.31 |
| 12/20/24 | M MERCHANT CR CD DEP TCPA LITIGATOR LIST | 199.00 | 392,160.31 |
| 12/20/24 | PAYPAL TRANSFER | 432.84 | 392,593.15 |
| 12/20/24 | STRIPE TRANSFER | 1,255.77 | 393,848.92 |
| 12/20/24 | M MERCHANT DLY DIS S | 1.00- | 393,847.92 |
| 12/23/24 | PACEVENTURESINC CREDIT | 145.00 | 393,992.92 |
| 12/23/24 | STRIPE TRANSFER | 478.26 | 394,471.18 |
| 12/23/24 | PAYPAL INST XFER | 410.00- | 394,061.18 |
| 12/23/24 | WISE INC WISE | 601.50- | 393,459.68 |
| 12/24/24 | STRIPE TRANSFER | 2,713.22 | 396,172.90 |
| 12/24/24 | UPWORK ESCROW IN EDI PYMNTS | 1,365.60- | 394,807.30 |
| 12/26/24 | STRIPE TRANSFER | 6,337.04 | 401,144.34 |
| 12/26/24 | PAXTON.AI PAXTON.AI | 199.00- | 400,945.34 |
| 12/27/24 | PAYPAL TRANSFER | 479.63 | 401,424.97 |
| 12/27/24 | STRIPE TRANSFER | 1,729.67 | 403,154.64 |
| 12/30/24 | WIRE TRANSFER FROM ALP TRAFFIC S DE RLDE CV | 2,240.00 | 405,394.64 |
| 12/30/24 | PAYPAL TRANSFER | 860.67 | 406,255.31 |
| 12/30/24 | STRIPE TRANSFER | 1,687.16 | 407,942.47 |
| 12/30/24 | WIRE TRANSFER FEE FROM ▓▓P TRAFFIC S DE RLDE C▓ | 25.00- | 407,917.47 |
| 12/30/24 | SLACK T03UM1UF3P SLACK T03U | 139.00- | 407,778.47 |
| 12/31/24 | STRIPE TRANSFER | 2,267.14 | 410,045.61 |

**Continued**

0001317

0278IBTWC

3987COOX.001

26FDP

MailAndE 100

Statement Date:      **12/31/2024**   Enclosures:      **(2)**                    Account No.:      Page: **4**
XXXXXXXXX627

## STATEMENT PERIOD ACTIVITY (continued)

| Date | Check/Description | Amount | Balance |
|------|-------------------|--------|---------|
| 12/31/24 | UPWORK ESCROW IN EDI PYMNTS | 1,168.93- | 408,876.68 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|------|---------|--------|
| 12/18/24 | 182 | 5,000.00 | 12/16/24 | 183 | 5,653.97 | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 11/29/24 was 344,354.52

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/02/24 | 343,751.05 | 12/11/24 | 379,460.51 | 12/20/24 | 393,847.92 |
| 12/03/24 | 336,341.08 | 12/12/24 | 381,775.83 | 12/23/24 | 393,459.68 |
| 12/04/24 | 351,746.66 | 12/13/24 | 386,046.03 | 12/24/24 | 394,807.30 |
| 12/05/24 | 352,857.35 | 12/16/24 | 386,695.63 | 12/26/24 | 400,945.34 |
| 12/06/24 | 352,604.05 | 12/17/24 | 387,476.64 | 12/27/24 | 403,154.64 |
| 12/09/24 | 362,788.22 | 12/18/24 | 389,545.02 | 12/30/24 | 407,778.47 |
| 12/10/24 | 365,349.95 | 12/19/24 | 391,961.31 | 12/31/24 | 408,876.68 |

**Direct Inquiries About Electronic Entries To:**
Phone: (719) 484-0077

**Continued**

# EXHIBIT D

Paypal Payments

| Date | Type | Status | Currency | Gross | Fee |
|------|------|--------|----------|-------|-----|
| 12/2/2024 | General Payment | Completed | USD | -1,874.25 | 0 |
| 12/2/2024 | General Payment | Completed | EUR | -1,902.09 | 0 |
| 12/3/2024 | Order | Processing | USD | 281.2 | |
| 12/3/2024 | General Authorization | Pending | USD | -281.2 | 0 |
| 12/3/2024 | General Authorization | Pending | USD | -281.2 | 0 |
| 12/5/2024 | Express Checkout Payment | Completed | USD | -11.2 | 0 |
| 12/5/2024 | Express Checkout Payment | Completed | USD | -141 | 0 |
| 12/5/2024 | Express Checkout Payment | Completed | USD | -129 | 0 |
| 12/5/2024 | General Authorization | Completed | USD | -281.2 | 0 |
| 12/6/2024 | Payment Refund | Completed | USD | 129 | 0 |
| 12/6/2024 | Payment Refund | Completed | USD | 141 | 0 |
| 12/7/2024 | Payment Refund | Completed | USD | 4,000.00 | 0 |
| 12/7/2024 | Payment Refund | Completed | USD | 11.2 | 0 |
| 12/14/2024 | PreApproved Payment Bill User I | Completed | USD | -29 | 0 |
| 12/22/2024 | PreApproved Payment Bill User I | Completed | USD | -410 | 0 |

Integrity Bank and
Trust DIP Account

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 12/31/2024 | On-Us Check | UPWORK ESCROW IN EDI F | -1168.93 | 408876.7 |
| 12/30/2024 | On-Us Check | SLACK T03UM1UF3P SLAC | -139 | 407778.5 |
| 12/26/2024 | On-Us Check | PAXTON.AI PAXTON.AI | -199 | 400945.3 |
| 12/24/2024 | On-Us Check | UPWORK ESCROW IN EDI F | -1365.6 | 394807.3 |
| 12/23/2024 | On-Us Check | WISE INC WISE | -601.5 | 393459.7 |
| 12/23/2024 | On-Us Check | PAYPAL INST XFER | -410 | 394061.2 |
| 12/20/2024 | On-Us Check | M MERCHANT DLY DIS S | -1 | 393847.9 |
| 12/18/2024 | On-Us Check | CK # 182 | -5000 | 389545 |
| 12/17/2024 | On-Us Check | UPWORK ESCROW IN EDI F | -1338.48 | 387476.6 |
| 12/16/2024 | On-Us Check | CK # 183 | -5653.97 | 386695.6 |
| 12/16/2024 | On-Us Check | PAYPAL INST XFER | -29 | 392349.6 |
| 12/16/2024 | On-Us Check | M MERCHANT DLY DIS S | -1.5 | 392378.6 |
| 12/13/2024 | On-Us Check | M MERCHANT CR CD CHBI | -498 | 386046 |
| 12/10/2024 | On-Us Check | UPWORK ESCROW IN EDI F | -1060.95 | 365350 |
| 12/6/2024 | On-Us Check | WISE US INC WISE | -1704.25 | 352604.1 |
| 12/6/2024 | On-Us Check | PAYPAL INST XFER | -141 | 354308.3 |
| 12/6/2024 | On-Us Check | PAYPAL INST XFER | -129 | 354449.3 |
| 12/6/2024 | On-Us Check | GATEWAY SERVICES WEBP | -30.16 | 354578.3 |
| 12/6/2024 | On-Us Check | PAYPAL INST XFER | -11.2 | 354608.5 |
| 12/4/2024 | On-Us Check | WISE US INC WISE | -800 | 351746.7 |
| 12/4/2024 | On-Us Check | UPWORK ESCROW IN EDI F | -463.5 | 352546.7 |
| 12/4/2024 | On-Us Check | UPWORK ESCROW IN EDI F | -463.5 | 353010.2 |
| 12/4/2024 | On-Us Check | UPWORK ESCROW IN EDI F | -206 | 353473.7 |
| 12/4/2024 | On-Us Check | WISE INC WISE | -50 | 353679.7 |
| 12/4/2024 | On-Us Check | M MERCHANT DLY DIS S | -2.5 | 353729.7 |
| 12/3/2024 | On-Us Check | WISE US INC WISE | -4000 | 336341.1 |
| 12/3/2024 | On-Us Check | TADHG S WEB STUFF IAT P/ | -2100 | 340341.1 |
| 12/3/2024 | On-Us Check | WEST PUBLISHING EDI/EFT | -2030.2 | 342441.1 |
| 12/3/2024 | On-Us Check | PAYPAL INST XFER | -1874.25 | 344471.3 |
| 12/3/2024 | On-Us Check | PACEVENTURESINC WEBP | -400 | 346345.5 |
| 12/2/2024 | On-Us Check | PAYPAL INST XFER | -4000 | 343751.1 |
| 12/2/2024 | On-Us Check | PAYPAL INST XFER | -1502.61 | 347751.1 |
| 12/2/2024 | On-Us Check | M MERCHANT MERCH FEE! | -1259.43 | 349253.7 |
| 12/2/2024 | On-Us Check | STARLINK INTERNE STARLII | -120 | 350513.1 |

INTEGRITY BANK AND TRUST
Account No.: XXXXXXXXX627

DNC AND TCPA LIST SANITIZER
CASE #24-12624-KHT
DEBTOR IN POSSESSION
985 PICO PT
COLORADO SPRINGS CO 80905-7380

Check 182 — 12/06/2024 — Pay to the Order of Chase Bank — $5,000.00 — Five Thousand Dollars & zero cents — December Loan Payment

Check 183 — 12/10/2024 — Pay to the Order of Joli A. Lofstedt, Trustee — $5653.97 — Five Thousand Six Hundred Fifty Three & 97/100 Dollars — Balance Payment

Number: 182 Date: 12/18/2024 Amount: $5000.00

Number: 183 Date: 12/16/2024 Amount: $5653.97

# Additional Information

**DNC and TCPA Sanitizer, LLC**
**Profit and Loss**
**Basis: Cash**
**01 Dec 2024 To 31 Dec 2024**

| Account | Total |
|---|---|
| Operating Income | |
| Sales | $99,301.69 |
| Total for Operating Income | $99,301.69 |
| | |
| Cost of Goods Sold | |
| Total for Cost of Goods Sold | 0 |
| | |
| **Gross Profit** | $99,301.69 |
| | |
| **Bankruptcy Expenses** | |
| | |
| Trustee | $5,653.97 |
| | |
| **Total Bankruptcy Expenses** | $5,653.97 |
| | |
| **Adjusted Gross Profit** | $93,647.72 |
| | |
| **Operating Expense** | |
| | |
| Accountant | $274.54 |
| Advertising And Marketing | $6,031.39 |
| Bank Fees | $3,148.94 |
| IT and Internet Expenses | $458.39 |
| Litigators Research | $4,583.86 |
| Sales People and Commissions | $3,015.70 |
| Telecommunication Expense | $396.50 |
| VOIP | $1,762.67 |
| Web Site Development | $4,453.58 |
| **Total for Operating Expense** | $24,125.56 |
| | |
| **Operating Profit** | $69,522.16 |
| | |
| Non Operating Income | |

| | |
|---|---:|
| Total for Non Operating Income | 0 |
| | |
| Non Operating Expense | |
| Total for Non Operating Expense | 0 |
| | |
| **Net Profit/Loss** | $69,522.16 |
| | |
| Cash Flow From Operations | $69,522.16 |
| Less: Chase Payment | $5,000.00 |
| | |
| **Free Cash Flow** | $64,522.16 |


**WADSWORTH
GARBER
WARNER
CONRARDY**

Attorneys at Law
2580 W Main Street, Suite 200
Littleton, Colorado  80120

303-296-1999

Michael O'Hare
DNC and TCPA List Sanitizer
985 Pico Pt.
Colorado Springs, CO   80921

| | |
|---|---|
| Invoice Date: | 11/15/2024 |
| Invoice Number: | 107192 |

46590.00  CHAPTER 11

Trust Account

| | | |
|---|---|---|
| | Opening Balance | $0.00 |
| 10/04/2024 | Deposit | 45,000.00 |
| | Closing Balance | $45,000.00 |



**WADSWORTH GARBER WARNER CONRARDY**

Attorneys at Law
2580 W Main Street, Suite 200
Littleton, Colorado  80120

303-296-1999

Michael O'Hare
DNC and TCPA List Sanitizer
985 Pico Pt.
Colorado Springs, CO   80921

Invoice Date:   11/15/2024
Invoice Number:   107193

---

46590.01  GENERAL ADMINISTRATION

<u>Fees</u>

| | | | | |
|---|---|---|---|---|
| 10/04/2024 | AAG | Correspond with client, Trustee, and secured creditor regarding case | 1.50 | 750.00 |
| 10/05/2024 | AAG | Draft Application to employ, retainer Motion, Motion to shorten notice, and Motion to appear by phone | 3.00 | 1,500.00 |
| 10/07/2024 | AAG | Finalize Application to employ (.4), Motion to shorten notice (.4), and Motion to appear by phone (.4); Draft interim procedure Application (1) | 2.20 | 1,100.00 |
| | AAG | Correspond with client regarding debtor possession obligations | 0.30 | 150.00 |
| | NG | File Motion to approve retainer and employment (.3); Motion to shorten time (.2); and to appear by phone (.2); File Motion for interim compensation procedures (.3) | 1.00 | 125.00 |
| | AAG | Correspond with counsel for secured creditor regarding cash collateral | 0.10 | 50.00 |
| 10/08/2024 | NG | File Motion to reconsider order shortening notice period for Application to employ and retainer | 0.30 | 37.50 |
| | AAG | Correspond with client regarding Motion to convert, debtor in possession obligations and correcting case issues | 0.60 | 300.00 |
| | AAG | Correspond with client and counsel for cash regarding use of cash collateral | 0.60 | 300.00 |
| | LSR | Call with A. Garber to discuss case. | 0.20 | 65.00 |
| | LSR | Call to client to discuss case. | 0.10 | 32.50 |
| | LSR | Begin to review docket and motion to convert and identify issues with MORs and correspond with client regarding same. | 0.80 | 260.00 |
| 10/09/2024 | AAG | Correspond with client and counsel for cash regarding cash collateral and other case issues (.6); Revise cash collateral Order (.4); Review of comments to Order from chase (.1); Revise Order accordingly (.1); Draft Notice of filing of order and budget (.4); Vorrespond with counsel for judgment creditor regarding same and case (.3) | 1.90 | 950.00 |
| | NG | File Notice of agreed to cash collateral order | 0.30 | 37.50 |
| | LSR | Call to client to discuss MORs and update A. Garber. | 0.40 | 130.00 |

Statement Date:   11/15/2024
Statement No.        107193

Michael O'Hare

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | LSR | Work on MORs. | 0.40 | 130.00 |
| 10/10/2024 | LSR | Correspondence with client, M. Dennis, and A. Garber regarding MORs. | 0.20 | 65.00 |
| | LSR | Correspond with A. Garber regarding MORs, W&E List, and Objection to Mtn to Convert. | 0.30 | 97.50 |
| | LSR | Call with client to discuss MORs. | 0.50 | 162.50 |
| 10/11/2024 | AAG | Correspond with client regarding monthly operating reports | 0.10 | 50.00 |
| | LSR | Continue to work on monthly operating reports and correspond with client regarding same. | 0.30 | 97.50 |
| | LSR | Legal research related to applicability of Section 1112(b) in subchapter v | 0.20 | 65.00 |
| 10/14/2024 | AAG | Correspond with secured creditor regarding bank account balance | 0.10 | 50.00 |
| | AAG | Correspond with client regarding case issues and strategy | 0.30 | 150.00 |
| 10/16/2024 | NG | Prepare and file certificate of noncontested matter retainer and retention Motion | 0.40 | 50.00 |
| 10/17/2024 | AAG | Review of objections to use of cash collateral (.3); Correspond with secured creditor and Ringba regarding same (.2) | 0.50 | 250.00 |
| 10/20/2024 | AAG | Correspond with client regarding case issues and strategy | 0.50 | 250.00 |
| | AAG | Modify cash collateral Order per objection of US Trustee and secured creditor (.4); Correspond with US Trustee and secured creditor regarding same (.2) | 0.60 | 300.00 |
| 10/21/2024 | AAG | Revise cash collateral order (.2); Correspond with counsel for Chase, US Trustee, Ringba, and client regarding same (.1) | 0.30 | 150.00 |
| 10/22/2024 | NG | Filed Status Report | 0.30 | 37.50 |
| | AAG | Correspond with accountant re case issues and reports | 0.20 | 100.00 |
| | AAG | Revise cash collateral Order per comments of Ringba (.1); Correspond with client, counsel for Ringba, US Trustee, and Chase regarding same (.2) | 0.30 | 150.00 |
| 10/23/2024 | AAG | Correspond with counsel for Chase and Rigba regarding resolution of cash collateral (.2); Draft Notice of filing of stipulated order (.4) | 0.60 | 300.00 |
| | AAG | Correspond with client regarding monthly operating reports | 0.10 | 50.00 |
| | NG | Filed Motion for Entry of Agreed to Final Cash Collateral Order and Order | 0.30 | 37.50 |
| 10/24/2024 | NG | Filed September monthly operating report | 0.30 | 37.50 |
| | AAG | Correspond with client and bank regarding cash collateral | 0.20 | 100.00 |
| 10/28/2024 | AAG | Correspond with client regarding request to participate in pod cast | 0.10 | 50.00 |
| 10/31/2024 | AAG | Correspond with Trustee regarding status of settlement | 0.10 | 50.00 |
| | | | 20.50 | 8,567.50 |

Expenses

| Date | Description | Amount |
|---|---|---|
| 10/07/2024 | Copies | 5.20 |
| 10/07/2024 | Postage | 17.94 |
| 10/14/2024 | Copies | 26.20 |

Statement Date:   11/15/2024
Statement No.        107193

Michael O'Hare

| 10/15/2024 | Copies | 13.90 |
| | Total Expenses | 63.24 |
| | Total Fees and Expenses Billed This Month | 8,630.74 |
| | Balance Due | $8,630.74 |