## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

**The Honorable Judge Kimberly H. Tyson**

IN RE:                                                    ) Chapter 11
                                                         ) Case No. 24-12624 KHT
DNC and TCPA List Sanitizer, LLC          )
                                                         )
                                                         )
                                                         )

---

## ORDER REGARDING CASHYEW HOLDING, LLC MOTION FOR
## ADMINISTRATIVE FEES PURSUANT TO 11 U.S.C. § 503(b)(1) and (2)

---

**THE COURT**, having reviewed Cashyew Holding, LLC's Motion For Administrative Expenses and Fees pursuant to 11 U.S.C. § 503(b)(1) and (2), and being fully advised of same,

**THE COURT ORDERS**:

Cashyew Holding LLC is hereby awarded administrative fees and expenses in the amount of $210,000.00 which consists of $35,000.00 per month for the months of August, September, October, November, December 2024 and January 2025 to Cashyew Holdings, LLC, including for the payment of the services beneficial to the estate.

**DONE** and **ORDERED** this _____ day of February, 2025.

BY THE COURT:

_____
The Honorable Kimberly H. Tyson