United States Bankruptcy Court
District of Colorado

In re: Case No. 24-12624-KHT
DNC and TCPA LIST SANITIZER, LLC
  Debtor
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: admin    Page 1 of 3
Date Rcvd: Jan 24, 2025    Form ID: pdf904    Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Cashyew Holding, LLC, 405 Cherry Hills Way, Colorado Springs, CO 80921-2667 |
| intp | + | GLEGAL, LLC, c/o Gary Tucker, 1600 Broadway No. 1660, Denver, CO 80202-4915 |
| cr | + | JPMorgan Chase Bank, N.A., c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| 19607629 | + | Allen Vellone Wolf Halfrich & Factor, PC, 1600 Stout Street Stuie 1900, Denver, CO 80202-3160 |
| 19607631 | #+ | American Express, Business Line of Credit PO Box 570622, Atlanta, GA 30357-3110 |
| 19607634 | + | Cohen Trial, LLC, 1600 Broadway Suite 1660, Denver, CO 80202-4915 |
| 19607638 | + | Quandry Peak Research, 205 S Broadway Suite 300, Los Angeles, CA 90012-3607 |
| 19607628 | + | Ringba, LLC, 8 the Green Suite 11558, Dover DE 19901-3618 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/Text: michael@tcpalitigatorlist.com | Jan 24 2025 22:21:00 | DNC and TCPA LIST SANITIZER, LLC, 985 Pico Point, Colorado Springs, CO 80905 |
| aty | + | Email/Text: la@allen-vellone.com | Jan 24 2025 22:21:00 | Allen Vellone Wolf Helfrich & Factor P.C., 1600 Stout Street Suite 1900, Denver, CO 80202-3156 |
| 19607630 | + | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 22:33:26 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 19607635 | ^ | MEBN | Jan 24 2025 22:17:24 | CT Corporation System, as representative, Attn: SPRS, 330 N Brand Blvd Ste 700, Glendale, CA 91203-2336 |
| 19607636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2025 22:34:58 | JP Morgan Chase Bank NA, PO Box 6026 IL1-1145, Chicago, IL 60680-6026 |
| 19607632 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2025 22:34:19 | Chase, PO Box 78039, Phoenix, AZ 85062-8039 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

Case:24-12624-KHT   Doc#:305   Filed:01/26/25   Entered:01/26/25 22:17:08   Page2 of 4

| District/off: 1082-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 24, 2025 | Form ID: pdf904 | Total Noticed: 14 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Garber | on behalf of Debtor DNC and TCPA LIST SANITIZER LLC agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Arthur Lindquist-Kleissler | on behalf of Interested Party Cashyew Holding LLC Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net |
| Chad S. Caby | on behalf of Creditor Adam Young Chad.Caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com |
| Chad S. Caby | on behalf of Creditor Ringba LLC Chad.Caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com |
| Chad S. Caby | on behalf of Creditor Tubmanburg Limited Chad.Caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com |
| Jason Cooper | on behalf of Interested Party GLEGAL LLC jason.cooper@fmglaw.com |
| Jeffrey Cohen | on behalf of Creditor Jeffery Cohen jcohen@cohentrial.com |
| John Gray | on behalf of Creditor JPMorgan Chase Bank N.A. jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com |
| Joli A. Lofstedt | joli@jaltrustee.com ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com |
| Katharine S. Sender | on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. ksender@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com |
| Katharine S. Sender | on behalf of Debtor DNC and TCPA LIST SANITIZER LLC ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com |
| Peter A. Cal | on behalf of Creditor JPMorgan Chase Bank N.A. pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com |
| Reza Rismani | on behalf of Interested Party GLEGAL LLC reza.rismani@fmglaw.com |
| Robert J. Shilliday, III | on behalf of Attorney John Cimino rjs@shillidaylaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |
| Vandana Koelsch | on behalf of Spec. Counsel Allen Vellone Wolf Helfrich & Factor P.C. vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com |
| Vandana Koelsch | on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. vkoelsch@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com |

District/off: 1082-1  User: admin  Page 3 of 3
Date Rcvd: Jan 24, 2025  Form ID: pdf904  Total Noticed: 14

Vandana Koelsch on behalf of Debtor DNC and TCPA LIST SANITIZER LLC vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

TOTAL: 19

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ] | Case No. 24-12624 KHT |
| | ] | |
| DNC and TCPA List Sanitizer, LLC | ] | Chapter 11 |
| | ] | |
| | ] | |
| Debtor. | ] | |

# AMENDED ORDER APPROVING APPLICATION
# FOR ALLOWANCE AND PAYMENT OF
# ACCOUNTING FEES AND COSTS FOR SLBIGGS, A DIVISION OF SINGERLEWAK

THIS MATTER comes before the Court on the First Interim Application for Allowance and Payment of Fees and Costs for Mark Dennis and SLBiggs, A Division of SingerLewak ("Application") seeking approval and authorization for payment of fees and expenses pursuant to 11 U.S.C. § 330, the Court having reviewed the Application, notice being provided, and no objection having been received, the Court being fully advised does hereby

ORDER THAT:

1. That the Application is approved, and SLBiggs, A Division of SingerLewak ("Applicant") is allowed pursuant to 11 U.S.C. § 330 the sum of $16,519.95 ($16,476.00 in fees and $43.95 in costs) for the period of July 18, 2024 through December 19, 2024;

2. That SLBiggs is authorized to apply the $10,000 post-petition retainer funds to the approved fees and costs;

3. That the Debtor is authorized to pay SLBiggs the balance of unpaid, allowed fees and costs of $6,519.95 on an interim basis;

DONE and entered this 24th day of January 2025 at Denver, Colorado.

By: _____
Honorable Kimberley H. Tyson
United States Bankruptcy Court