United States Bankruptcy Court
District of Colorado

In re:     Case No. 24-12624-KHT

DNC and TCPA LIST SANITIZER, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 3
Date Rcvd: Jan 29, 2025     Form ID: pdf904     Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | John Cimino, 5500 East Yale Avenue, Suite 201, Denver, CO 80222-6930 |
| intp | + | Cashyew Holding, LLC, 405 Cherry Hills Way, Colorado Springs, CO 80921-2667 |
| intp | + | GLEGAL, LLC, c/o Gary Tucker, 1600 Broadway No. 1660, Denver, CO 80202-4915 |
| cr | + | Jeffery Cohen, Cohen, LLC, 1600 Broadway, Suite 1660, Denver, CO 80202-4915 |
| 19616478 | + | Adam Young, Tubmanburg Limited, and Ringba, LLC, c/o Chad S. Caby, Esq., 1601 19th Street, Suite 1000, Denver, Co 80202-2995 |
| 19607629 | + | Allen Vellone Wolf Halfrich & Factor, PC, 1600 Stout Street Stuie 1900, Denver, CO 80202-3160 |
| 19607631 | #+ | American Express, Business Line of Credit PO Box 570622, Atlanta, GA 30357-3110 |
| 19607634 | + | Cohen Trial, LLC, 1600 Broadway Suite 1660, Denver, CO 80202-4915 |
| 19654446 | + | Cohen, LLC, 1600 Broadway, Suite 1660, Denver, CO 80202-4915 |
| 19608980 | + | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood CO 80214-1407 |
| 19641455 | + | Glegal, LLC, 1600 Broadway, #1660, Denver, CO 80202-4915 |
| 19643620 | + | JPMorgan Chase Bank, N.A., c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| 19607638 | + | Quandry Peak Research, 205 S Broadway Suite 300, Los Angeles, CA 90012-3607 |
| 19607628 | + | Ringba, LLC, 8 the Green Suite 11558, Dover DE 19901-3618 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/Text: michael@tcpalitigatorlist.com | Jan 29 2025 22:20:00 | DNC and TCPA LIST SANITIZER, LLC, 985 Pico Point, Colorado Springs, CO 80905 |
| intp | + | Email/Text: michael@tcpalitigatorlist.com | Jan 29 2025 22:20:00 | Michael O'Hare, 405 Cherry Hills Way, Colorado Springs, CO 80921, UNITED STATES 80921-2667 |
| 19636577 | + | Email/Text: la@allen-vellone.com | Jan 29 2025 22:20:00 | Allen Vellone Wolf Helfrich & Factor P.C., 1600 Stout Street Suite 1900, Denver, CO 80202-3156 |
| 19607630 | + | Email/PDF: bncnotices@becket-lee.com | Jan 29 2025 22:27:40 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 19631955 | | Email/PDF: bncnotices@becket-lee.com | Jan 29 2025 22:27:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19615793 | + | Email/Text: bkfilings@zwickerpc.com | Jan 29 2025 22:20:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 19607635 | ^ | MEBN | Jan 29 2025 22:17:01 | CT Corporation System, as representative, Attn: SPRS, 330 N Brand Blvd Ste 700, Glendale, CA 91203-2336 |
| 19608981 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2025 22:20:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 19607632 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 1082-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf904 | Total Noticed: 28 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 19607633 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 22:27:46 | Chase, PO Box 78039, Phoenix, AZ 85062-8039 |
| 19607636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 22:27:30 | Chase Bank, PO Box 6026 Mail Code IL 1-0054, Chicago, IL 60680-6026 |
| 19607637 | + | Email/Text: stacy@mountainpeaklawgroup.com | Jan 29 2025 22:27:25 | JP Morgan Chase Bank NA, PO Box 6026 IL1-1145, Chicago, IL 60680-6026 |
| 19608982 | ^ | MEBN | Jan 29 2025 22:20:00 | Mountain Peak Law Grpoup PC, Stacy D. Stein, Rusty J. Trevino 101 E Gray St Ste B, Norman, OK 73069-7257 |
| 19608983 | + | Email/Text: bankruptcynoticeschr@sec.gov | Jan 29 2025 22:17:00 | Securities and Exchange Commission, Central Regional Office, 1961 Stout St., Ste. 1700, Denver CO 80294-1700 |
| | | | Jan 29 2025 22:20:00 | Securities and Exchange Commission, Midwest Regional Office, 175 W. Jackson Blvd., Ste. 900, Chicago IL 60604-2815 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19616476 | | FirstBank |
| aty | *+ | Allen Vellone Wolf Helfrich & Factor P.C., 1600 Stout Street Suite 1900, Denver, CO 80202-3156 |
| cr | *+ | JPMorgan Chase Bank, N.A., c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Garber | on behalf of Debtor DNC and TCPA LIST SANITIZER LLC agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Arthur Lindquist-Kleissler | on behalf of Interested Party Cashyew Holding LLC Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net |
| Chad S. Caby | on behalf of Creditor Adam Young Chad.Caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 29, 2025 | Form ID: pdf904 | Total Noticed: 28 |

Chad S. Caby
    on behalf of Creditor Ringba LLC Chad.Caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com

Chad S. Caby
    on behalf of Creditor Tubmanburg Limited Chad.Caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com

Jason Cooper
    on behalf of Interested Party GLEGAL LLC jason.cooper@fmglaw.com

Jeffrey Cohen
    on behalf of Creditor Jeffery Cohen jcohen@cohentrial.com

John Gray
    on behalf of Creditor JPMorgan Chase Bank N.A. jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com

Joli A. Lofstedt
    joli@jaltrustee.com ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com

Katharine S. Sender
    on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. ksender@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com

Katharine S. Sender
    on behalf of Debtor DNC and TCPA LIST SANITIZER LLC ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

Peter A. Cal
    on behalf of Creditor JPMorgan Chase Bank N.A. pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com

Reza Rismani
    on behalf of Interested Party GLEGAL LLC reza.rismani@fmglaw.com

Robert J. Shilliday, III
    on behalf of Attorney John Cimino rjs@shillidaylaw.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

Vandana Koelsch
    on behalf of Spec. Counsel Allen Vellone Wolf Helfrich & Factor P.C. vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

Vandana Koelsch
    on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. vkoelsch@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com

Vandana Koelsch
    on behalf of Debtor DNC and TCPA LIST SANITIZER LLC vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

TOTAL: 19

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>DNC and TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Bankruptcy Case No. 24-12624 KHT<br><br>Chapter 11 |

**ORDER AND NOTICE OF PRELIMINARY HEARING**

PLEASE TAKE NOTICE that the following matter has been on set for a telephonic preliminary hearing to be held on a trailing docket on **Wednesday, February 12, 2025, at 1:30 p.m.** Parties must appear by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.

Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, **the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.**

The matter set is: Amended Chapter 11 Small Business Subchapter V Plan (Docket No. 301)

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED this 29th day of January, 2025

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge