UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**

Name of Applicant: Wadsworth Garber Warner Conrardy, P.C

Authorized to Provide Professional Service for: DNC and TCPA List Sanitizer, LLC

Date of Order Authorizing Employment: October 18, 2024, *effective* October 4, 2024

Period for Which Compensation is Sought: October 4, 2024, to December 31, 2024

Amount of Expense Reimbursement Sought: Fees: $41,345.00; Costs: $82.99

This is an Interim Application ____X______ Final Application _________

If this is **not** the first application filed hereby by this professional, disclose all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| N/A | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $27,199.24.

DATED: February 10, 2025

Respectfully submitted,

By: /s/ *Aaron A. Garber*

Aaron A. Garber #36099
**Wadsworth Garber Warner Conrardy, P.C.**
2580 West Main Street, Suite 200
Littleton, CO 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

**FIRST APPLICATION FOR INTERIM ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.**

Wadsworth Garber Warner Conrardy, P.C. (the "Applicant"), having been retained to represent DNC and TCPA List Sanitizer, LLC (the "Debtor") in the above-captioned case, hereby submits this First Application for Interim Allowance and Payment of Attorneys' Fees and Reimbursement of Costs pursuant to 11 U.S.C. § 331 based on the following:

1. The Debtor filed for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on May 16, 2024 (the "Petition Date"), commencing the above-captioned case (the "Bankruptcy Case").

2. The Debtor is operating as a debtor-in-possession pursuant to Bankruptcy Code §§ 1107 and 1108.

3. On the Petition Date, the Debtor retained Cimino Law Office LLC ("Cimino") as its bankruptcy counsel.

4. Litigation ensued as to whether Cimino has a conflict that will prohibit it from continuing as counsel for the Debtor.

5. In addition, the Debtor determined the bankruptcy case would be better served by seeking replacement counsel.

6. The Debtor then sought to retain Allen Vellone Wolf Helfrich & Factor P.C. as counsel for the Debtor. Opposition was asserted to this representation for alleged conflicts.

7. Thus, on October 7, 2024, the Debtor filed an application seeking to employ the Applicant to represent it as bankruptcy counsel, with Aaron Garber as the primary attorney, and seeking approval of the Applicant's retainer in the amount of $45,000.00 (the "Employment Application") (Docket No. 206).

8. Also on October 7, 2024, the Debtor filed a motion seeking approval of the following interim compensation procedure: (1) 100% of the out-of-pocket costs incurred as allowable under the guidelines established by the United States Trustee's Office; and (2) 80% of the fees incurred (the "Motion") (Docket No. 214). The Motion further provided that all fees and costs will be subject to interim and final approval by the Court upon filing interim and final fee applications, subject to L.B.R. 2016-2(b)(9).

9. On October 18, 2024, the Court entered an order approving the Employment Application (Docket No. 244).

10. On November 26, 2024, the Court entered its order approving a payment procedure allowing for the use of any retainer for the payment of 80% of fees and 100% of costs and then interim fee applications every 120 days (the "Interim Compensation Order") (Docket No. 263).

11. This is the Applicant's first application for allowance and payment of attorneys' fees and reimbursement of costs.

12. In connection with this case and pursuant to Chapter 11 of the Bankruptcy Code, the Applicant has performed professional services as set forth in the schedules attached hereto and incorporated herein by reference as Exhibit A (narrative of services performed) and Exhibit B (billing statements) for fees and costs as therein set forth totaling $41,427.99 (fees charged: $41,345.00 costs advanced: $82.99) for the period of October 4, 2024, through December 31, 2024 (the "Compensation Period").

13. As of the date of the filing of this Application, $27,199.24 of the Debtors' retainer has been applied, leaving $17,800.76 in the retainer, and the outstanding sum of $14,228.75 is owed to the Applicant for fees charged and costs incurred during the Compensation Period.

14. The billing statement attached hereto as Exhibit B sets forth the Applicant's time and cost charges for the Compensation Period. The time is billed in a discrete category or activity. The Applicant has used its best efforts to accurately categorize time for billing statement purposes. In some instances, a meeting, telephone call or other entry may apply to more than one billing activity. In those instances, the Applicant has either allocated the time to the applicable activities or placed a time entry in what is believed to be the dominant focus of the time entry. The Applicant has avoided "lumping" of the time and billing for more than one attorney at any conference call or hearing.

15. The services rendered during the Compensation Period, as more fully set forth in Exhibits A and B, include the following:

a. Since being retained Applicant spent a great amount of time, particularly in the immediate months following its retention, getting the case back on track to proceed in accordance with Bankruptcy Code and Bankruptcy Rule requirements.

b. Advising the Debtor with respect to its rights and duties under the Bankruptcy Code and continued operation of its business and management of its property as Debtor-in-Possession;

c. Assisting the Debtor in correcting and filing all appropriate monthly operating reports;

d. Drafting and filing an application to employ the Applicant as bankruptcy counsel and to approve the Applicant's retainer and a motion to approve interim compensation procedures, which the Court granted;

e. Corresponding with the Debtor and its lender, JP Morgan Chase Bank, NA (the "Bank") regarding the Debtor's use of cash collateral, drafting and filing a Notice of Filing of Agreed to Budget and Cash Collateral Orders, analyzing objections to the motion to use cash collateral, corresponding with the objecting parties regarding the same, and drafting and filing a motion for entry of an agreed to final cash collateral order, which the Court granted;

f. Analyzing the motion to convert the case filed by Ringba, LLC, Tubmanburg Limited and Adam young (together, "Ringba") (the "Motion to Convert") and the Debtor's objection to the same, preparing for and attending the preliminary hearing on the Motion to Convert, drafting and filing the Debtor's witness and exhibit list and reviewing Ringba's amended witness and exhibit list, and drafting and filing a supplemental objection to the Motion to Convert;

g. Negotiating with counsel for Ringba regarding the Motion to Convert, resolving the dispute, drafting a motion to hold the Motion to Convert and objections thereto in abeyance, which the Court granted, drafting the parties' settlement agreement, drafting and filing a motion to approve the same, which remains pending, and corresponding with counsel for the Bank, Ringba, and the Subchapter V Trustee regarding the same;[1]

---

[1] Ultimately the Motion to Approve the Settlement was withdrawn. The breakdown in the settlement is for several reasons. First, and most importantly, Adam Young/Ringba ("Ringba") accused the Debtor and/or its representative, Mr. O'Hare of violating the proposed settlement agreement. The Debtor and Mr. O'Hare refute these allegations. Moreover, Ringba has asked the Debtor and/or Mr. O'Hare to take additional action beyond the fully executed settlement agreement, which the Debtor and/or Mr. O'Hare were unwilling to take. Furthermore, Ringba indicated it was objecting to approval of the settlement agreement. Secondly, secured creditor JP Morgan Chase Bank, N.A. ("Chase") has filed an Objection to the Settlement Motion. Resolution of the Chase objection will either require a hearing or concessions from Ringba. But, if Ringba is also preparing to object to the settlement it signed it is

h. Beginning to draft the Debtor's Third Amended Sub-Chapter V Plan of Reorganization (the "Amended Plan"), corresponding with the Debtor, the US Trustee, the Subchapter V Trustee, and Debtor's secured creditor regarding the same, and incorporating their comments into the Amended Plan.

i. Applicant spent time discussing the case and issues with the Sub-Chapter V trustee and creditors. The Debtor also regularly calls and emails Applicant and spends significant amounts of time discussing case issues and strategy.

16. The charges for services rendered and costs incurred are reasonable, fair, and necessary and were necessarily incurred in the representation of the Debtor and resulted in a benefit to the Debtor and the estate.

17. The Applicant's efforts in this case during the Compensation Period have resulted in the efficient administration of this estate. Most notably, during the Compensation Period, the Applicant succeeded in resolving a contentious dispute with Ringba, which threatened to end the Debtor's pursuit of reorganization, and made substantial progress in formulating an drafting the Amended Plan, which the Debtor filed shortly after the end of the Compensation Period and which remains pending. The Applicant is optimistic that the Debtor will obtain confirmation of its Amended Plan, which is in the best interest of the Debtor and its creditors.

18. Pursuant to 11 U.S.C. § 331 and the Court's Interim Compensation Order, the Applicant requests the allowance and payment of all fees and costs incurred during the Compensation Period on an interim basis.

19. The Debtor received copies of the Applicant's billing statements and does not object to their allowance.

WHEREFORE, the Applicant respectfully requests that the Court, after notice and hearing, allow on an interim basis the payment of its attorney's fees and costs for the period of October 4, 2024, through December 31, 2024, in the amount of $41,427.99 (fees charged: $41,345.00 costs advanced: $82.99); authorize the Applicant to apply the Debtors' retainer to pay the outstanding

---

unlikely Ringba will have any motivation to resolve the Chase Objection. The purpose of the Settlement Agreement, was to resolve issues in this case and allow for the Debtor to move toward confirmation of a Plan of Reorganization with substantially less litigation. The Debtor was left with a Hobson's choice, to litigate. The Debtor could litigate with Rignba to enforce the terms of the settlement and seek to overcome Chase's objection. Or, the Debtor could withdraw the Settlement Motion and proceed toward confirmation, even if on a contested basis. Under this paradigm, the Debtor determined it had no choice but to withdraw the Settlement Motion.

amount of $14,228.75; and grant such further relief as to the Court may appear proper.

Dated: February 10, 2025

Respectfully submitted,

By: /s/ *Aaron A. Garber*

Aaron A. Garber #36099
**Wadsworth Garber Warner Conrardy, P.C.**
2580 West Main Street, Suite 200
Littleton, CO 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com

# EXHIBIT A

## PROFESSIONAL HOURLY RATES

| PROFESSIONAL | HOURLY RATE |
|---|---|
| Aaron A. Garber | $500/hour |
| Lindsay S. Riley | $325/hour |
| Hallie Cooper | $225/hour |
| Nichole Garber (paralegal) | $125/hour |

## NARRATIVE SUMMARY OF BILLING STATEMENTS

1. GENERAL ADMINISTRATION

During the Compensation Period, Counsel for Debtor DNC and TCPA List Sanitizer, LLC (the "Debtor") corresponded with the Debtor regarding its debtor-in-possession obligations and assisted the Debtor with preparing and filing its monthly operating reports.

Counsel drafted and filed the Debtor's application to employ Counsel as Debtor's bankruptcy counsel and to approve Counsel's retainer, motion to approve interim compensation procedures, motion to shorten notice, and notice to appear by telephone, each of which the Court granted.

Counsel corresponded with the Debtor regarding the motion to convert the case filed by Ringba, LLC, Tubmanburg Limited and Adam young (together, "Ringba") (the "Motion to Convert").

Counsel corresponded with the Debtor and its lender, JP Morgan Chase Bank, NA (the "Bank") regarding the Debtor's use of cash collateral, drafted and filed a Notice of Filing of Agreed to Budget and Cash Collateral Orders, analyzed the objections to the motion to use cash collateral filed by the US Trustee and Ringba, and corresponded with the objecting parties regarding the same. Counsel drafted and filed a motion for entry of an agreed to final cash collateral order, which the Court granted.

Counsel corresponded with the Debtor and counsel for the Bank regarding the Debtor's bank account balance and adequate protection payments.

Counsel corresponded with the Debtor regarding the potential engagement of special litigation counsel.

Counsel corresponded with the Debtor and special counsel, Allen Vellone Wolf Helfrich & Factor PC regarding payment of the firm's fees.

Counsel participated in telephone conferences, office conferences, review of relevant documents, letter correspondence and email correspondence regarding the above issues and other

matters with the Debtor, representatives of the US Trustee's office, the Subchapter V Trustee, counsel for creditors, and other interested parties.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Aaron A. Garber | 21.50 hours | $10,750.00 |
| Lindsay S. Riley | 3.40 hours | $1,105.00 |
| Nichole Garber (paralegal) | 4.30 hours | $537.50 |
| Total | 29.20 hours | $12,392.50 |
| | | |
| Average Hourly Rate: | | $424.40 |

2. PLAN

Counsel began formulating and drafting the Debtor's Third Amended Sub-Chapter V Plan of Reorganization (the "Amended Plan"), and corresponded with the Debtor, the US Trustee, the Subchapter V Trustee, and Debtor's secured creditor regarding the same, incorporating their comments into the Amended Plan.

| Professional | Time Spent | Fees Charged |
|---|---|---|
| Aaron A. Garber | 17.70 hours | $8,850.00 |
| Nichole Garber (paralegal) | 0.80 hours | $100.00 |
| Total | 18.50 hours | $8,950.00 |
| | | |
| Average Hourly Rate: | | $483.78 |

3. LITIGATION

Counsel analyzed the Motion to Convert and Debtor's Objection to the same and corresponded with the Debtor regarding and prepared for and attended the preliminary hearing on the Motion to Convert.

Counsel corresponded with the Debtor regarding witnesses and exhibits in connection with the Motion to Convert and drafted and filed the Debtor's witness and exhibit list. Counsel reviewed the amended witness and exhibit list filed by Ringba.

Counsel drafted and filed a supplemental objection to the Motion to Convert.

Counsel negotiated with counsel for Ringba regarding the Motion to Convert, succeeded in resolving the dispute, and drafted and conducted legal research related to a motion to hold the Motion to Convert and objections thereto in abeyance, which the Court granted.

Counsel negotiated the terms of the settlement with Ringba, drafted the parties' settlement agreement, drafted and filed a motion to approve the same, which remains pending, and corresponded with counsel for the Bank and the Subchapter V Trustee regarding the same.

Counsel also corresponded with counsel for the Bank and counsel for Ringba regarding extension of the deadline to file a response to the motion to approve the settlement.

Counsel corresponded with the Debtor and state court counsel regarding the Ringba settlement.

Counsel corresponded with potential malpractice counsel and litigation counsel regarding retention and the Debtor's bankruptcy case.

| Professional | Time Spent | Fees Charged |
| --- | --- | --- |
| Aaron A. Garber | 34.40 hours | $17,200.00 |
| Lindsay S. Riley | 5.30 hours | $1,722.50 |
| Hallie Cooper | 3.30 hours | $742,50 |
| Nichole Garber (paralegal) | 2.70 hours | $337.50 |
| Total | 45.70 hours | $20,002.50 |
| | | |
| Average Hourly Rate: | | $437.69 |

EXHIBIT B

| Trans Date | Tkpr | B C | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 46590.01 Michael O'Hare** | | | | | | |
| 10/04/2024 | AAG | | 500.00 | 1.50 | 750.00 | Correspond with client, Trustee, and secured creditor regarding case |
| 10/05/2024 | AAG | | 500.00 | 3.00 | 1,500.00 | Draft Application to employ, retainer Motion, Motion to shorten notice, and Motion to appear by phone |
| 10/07/2024 | AAG | | 500.00 | 2.20 | 1,100.00 | Finalize Application to employ (.4), Motion to shorten notice (.4), and Motion to appear by phone (.4); Draft interim procedure Application (1) |
| 10/07/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with client regarding debtor possession obligations |
| 10/07/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with counsel for secured creditor regarding cash collateral |
| 10/08/2024 | AAG | | 500.00 | 0.60 | 300.00 | Correspond with client regarding Motion to convert, debtor in possession obligations and correcting case issues |
| 10/08/2024 | AAG | | 500.00 | 0.60 | 300.00 | Correspond with client and counsel for cash regarding use of cash collateral |
| 10/09/2024 | AAG | | 500.00 | 1.90 | 950.00 | Correspond with client and counsel for cash regarding cash collateral and other case issues (.6); Revise cash collateral Order (.4); Review of comments to Order from chase (.1); Revise Order accordingly (.1); Draft Notice of filing of order and budget (.4); Vorrespond with counsel for judgment creditor regarding same and case (.3) |
| 10/11/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding monthly operating reports |
| 10/14/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with secured creditor regarding bank account balance |
| 10/14/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with client regarding case issues and strategy |
| 10/17/2024 | AAG | | 500.00 | 0.50 | 250.00 | Review of objections to use of cash collateral (.3); Correspond with secured creditor and Ringba regarding same (.2) |
| 10/20/2024 | AAG | | 500.00 | 0.50 | 250.00 | Correspond with client regarding case issues and strategy |
| 10/20/2024 | AAG | | 500.00 | 0.60 | 300.00 | Modify cash collateral Order per objection of US Trustee and secured creditor (.4); Correspond with US Trustee and secured creditor regarding same (.2) |
| 10/21/2024 | AAG | | 500.00 | 0.30 | 150.00 | Revise cash collateral order (.2); Correspond with counsel for Chase, US Trustee, Ringba, and client regarding same (.1) |
| 10/22/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with accountant re case issues and reports |
| 10/22/2024 | AAG | | 500.00 | 0.30 | 150.00 | Revise cash collateral Order per comments of Ringba (.1); Correspond with client, counsel for Ringba, US Trustee, and Chase regarding same (.2) |
| 10/23/2024 | AAG | | 500.00 | 0.60 | 300.00 | Correspond with counsel for Chase and Rigba regarding resolution of cash collateral (.2); Draft Notice of filing of stipulated order (.4) |
| 10/23/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding monthly operating reports |
| 10/24/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with client and bank regarding cash collateral |
| 10/28/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding request to participate in pod cast |
| 10/31/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with Trustee regarding status of settlement |
| 11/04/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with client regarding status of case and case strategy |
| 11/08/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with secured creditor regarding adequate protection payment |
| 11/08/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with client regarding case issues and strategy |
| 11/11/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client and Chase regarding adequate protection payment |
| 11/12/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client and bank regarding adequate protection payment and account balance |
| 11/14/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding case administration including ordering transcript and employing litigation counsel |
| 11/15/2024 | AAG | | 500.00 | 1.30 | 650.00 | Correspond with client regarding case issues and strategy |
| 11/21/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with accountant regarding monthly operating report |
| 11/21/2024 | AAG | | 500.00 | 1.00 | 500.00 | Correspond with client regarding case issues and strategy |
| 11/26/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding cash collateral |
| 11/26/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with secured creditor regarding cash collateral |
| 11/26/2024 | AAG | | 500.00 | 1.20 | 600.00 | Correspond with client regarding case issues and strategy |
| 11/27/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with US Trustee regarding monthly report |
| 11/30/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with secured creditor regarding status of case |
| 12/03/2024 | AAG | | 500.00 | 0.70 | 350.00 | Correspond with client regarding case issues and strategy |
| 12/06/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with Trustee, Allen Vellone and bank regarding paying approved fees under Cash Collateral Order |
| 12/06/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with client and counsel for party regarding retention of special counsel on scrub issue |

| Trans Date | Tkpr | B C | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 46590.01 Michael O'Hare** | | | | | | |
| 12/09/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with client and secured creditor regarding use of cash collateral and cash collateral budget |
| 12/10/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with client regarding case issues and strategy |
| 12/10/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with Allen Vellone regarding payment of fees |
| 12/11/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding paying Allen Vellone |
| 12/12/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with client regarding case issues and strategy |
| 12/19/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with Allen Vellone regarding payment of administrative claim |
| 12/30/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with potential litigation counsel |
| Subtotal for Timekeeper AAG | | | Billable | 21.50 | 10,750.00 | Aaron A. Garber |
| 10/07/2024 | NG | | 125.00 | 1.00 | 125.00 | File Motion to approve retainer and employment (.3); Motion to shorten time (.2); and to appear by phone (.2); File Motion for interim compensation procedures (.3) |
| 10/08/2024 | NG | | 125.00 | 0.30 | 37.50 | File Motion to reconsider order shortening notice period for Application to employ and retainer |
| 10/09/2024 | NG | | 125.00 | 0.30 | 37.50 | File Notice of agreed to cash collateral order |
| 10/16/2024 | NG | | 125.00 | 0.40 | 50.00 | Prepare and file certificate of noncontested matter retainer and retention Motion |
| 10/22/2024 | NG | | 125.00 | 0.30 | 37.50 | Filed Status Report |
| 10/23/2024 | NG | | 125.00 | 0.30 | 37.50 | Filed Motion for Entry of Agreed to Final Cash Collateral Order and Order |
| 10/24/2024 | NG | | 125.00 | 0.30 | 37.50 | Filed September monthly operating report |
| 11/21/2024 | NG | | 125.00 | 0.40 | 50.00 | Drafted and filed certificate of non contested matter for Motion for Approval of Interim Compensation Procedures. |
| 12/04/2024 | NG | | 125.00 | 0.30 | 37.50 | Filed October monthly operating report |
| 12/10/2024 | NG | | 125.00 | 0.40 | 50.00 | Filed and served Motion for Entry of Agreed to Final Cash Collateral Order, Notice and Order |
| 12/27/2024 | NG | | 125.00 | 0.30 | 37.50 | Filed November monthly operating report |
| Subtotal for Timekeeper NG | | | Billable | 4.30 | 537.50 | Nichole Garber |
| 10/08/2024 | LSR | | 325.00 | 0.20 | 65.00 | Call with A. Garber to discuss case. |
| 10/08/2024 | LSR | | 325.00 | 0.10 | 32.50 | Call to client to discuss case. |
| 10/08/2024 | LSR | | 325.00 | 0.80 | 260.00 | Begin to review docket and motion to convert and identify issues with MORs and correspond with client regarding same. |
| 10/09/2024 | LSR | | 325.00 | 0.40 | 130.00 | Call to client to discuss MORs and update A. Garber. |
| 10/09/2024 | LSR | | 325.00 | 0.40 | 130.00 | Work on MORs. |
| 10/10/2024 | LSR | | 325.00 | 0.20 | 65.00 | Correspondence with client, M. Dennis, and A. Garber regarding MORs. |
| 10/10/2024 | LSR | | 325.00 | 0.30 | 97.50 | Correspond with A. Garber regarding MORs, W&E List, and Objection to Mtn to Convert. |
| 10/10/2024 | LSR | | 325.00 | 0.50 | 162.50 | Call with client to discuss MORs. |
| 10/11/2024 | LSR | | 325.00 | 0.30 | 97.50 | Continue to work on monthly operating reports and correspond with client regarding same. |
| 10/11/2024 | LSR | | 325.00 | 0.20 | 65.00 | Legal research related to applicability of Section 1112(b) in subchapter v |
| Subtotal for Timekeeper LSR | | | Billable | 3.40 | 1,105.00 | Lindsay S. Riley |
| **Total for Client ID 46590.01** | | | Billable | 29.20 | 12,392.50 | Michael O'Hare<br>46590.01 GENERAL ADMINISTRATION |
| **Client ID 46590.02 Michael O'Hare** | | | | | | |
| 10/11/2024 | AAG | | 500.00 | 1.00 | 500.00 | Draft Plan |
| 10/12/2024 | AAG | | 500.00 | 4.50 | 2,250.00 | Draft plan |
| 10/14/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with client regarding Plan |
| 10/15/2024 | AAG | | 500.00 | 4.70 | 2,350.00 | Draft Plan (4.5); Correspond with Trustee regarding same and case (.2) |
| 10/16/2024 | AAG | | 500.00 | 0.60 | 300.00 | Correspond with client regarding Plan (.3); and revise same (.3) |
| 10/17/2024 | AAG | | 500.00 | 3.80 | 1,900.00 | Correspond with client, Trustee, and secured creditor regarding same (.8); Draft Plan (3) |

| | Trans Date | Tkpr | B C | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| **Client ID 46590.02 Michael O'Hare** | | | | | | | |
| | 10/18/2024 | AAG | | 500.00 | 0.50 | 250.00 | Revise plan per comments of Trustee |
| | 10/20/2024 | AAG | | 500.00 | 1.70 | 850.00 | Review of comments to Plan from secured creditor and SubV Trustee (.3); Revise Plan accordingly (.9); Research issues raised by Trustee (.3); Correspond with client, Trustee and secured creditor regarding same (.2) |
| | 10/21/2024 | AAG | | 500.00 | 0.60 | 300.00 | Correspond with Trustee and client regarding Plan (.2); Draft status report regarding same (.4) |
| | 10/31/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with secured creditor regarding Plan |
| Subtotal for Timekeeper AAG | | | | Billable | 17.70 | 8,850.00 | Aaron A. Garber |
| | 10/14/2024 | NG | | 125.00 | 0.80 | 100.00 | Complete table of claims |
| Subtotal for Timekeeper NG | | | | Billable | 0.80 | 100.00 | Nichole Garber |
| **Total for Client ID 46590.02** | | | | Billable | 18.50 | 8,950.00 | Michael O'Hare<br>46590.02 PLAN |
| **Client ID 46590.03 Michael O'Hare** | | | | | | | |
| | 10/07/2024 | AAG | | 500.00 | 1.00 | 500.00 | Review of Motion to convert and debtor's objection (.7); Correspond with client regarding hearing (.3) |
| | 10/07/2024 | AAG | | 500.00 | 1.80 | 900.00 | Review of Motion to convert and related documents (1.4); Debtor's response (.2); Correspond with Trustee regarding hearing (.2) |
| | 10/08/2024 | AAG | | 500.00 | 1.50 | 750.00 | Prepare for and attend hearing on Motion to dismiss |
| | 10/10/2024 | AAG | | 500.00 | 0.40 | 200.00 | Correspond with client regarding case issues and strategy |
| | 10/11/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with client regarding witness and exhibits for Motion to convert |
| | 10/11/2024 | AAG | | 500.00 | 0.70 | 350.00 | Draft response to Motion to convert (.5); and witness and exhibit list (.2) |
| | 10/12/2024 | AAG | | 500.00 | 3.20 | 1,600.00 | Conduct legal research for objection to Motion to convert (1.5); and draft objection (1.7) |
| | 10/13/2024 | AAG | | 500.00 | 0.50 | 250.00 | Review, revise and finalize objection to Motion to convert |
| | 10/14/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with counsel for Rigba regarding settlement of issues |
| | 10/15/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with counsel for Ringba regarding case issues and settlement |
| | 10/16/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with client and counsel for Ringba regarding settlement of case issues |
| | 10/16/2024 | AAG | | 500.00 | 0.40 | 200.00 | Correspond with client and counsel for Ringba regarding settlement of Plan issues |
| | 10/17/2024 | AAG | | 500.00 | 0.80 | 400.00 | Correspond with client, Trustee, and counsel for Ringba regarding settlement |
| | 10/18/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with client and counsel for Ringba regarding settlement |
| | 10/18/2024 | AAG | | 500.00 | 0.10 | 50.00 | Review of response letter to claim using do not call list |
| | 10/21/2024 | AAG | | 500.00 | 2.50 | 1,250.00 | Correspond with counsel for Ringba, Trustee, client and appeal counsel regarding settlement (.6); Draft joint Motion to hold motion to convert in abeyance (1.3); Conduct legal research for standing for joinder (.6) |
| | 10/22/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with potential litigation counsel regarding retention |
| | 10/28/2024 | AAG | | 500.00 | 1.10 | 550.00 | Review and revise Ringba settlement agreement (1); Correspond with counsel for Ringba regarding same (.1) |
| | 10/30/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with state court counsel regarding fee application and settlement with Ringba and impact on appeal |
| | 10/31/2024 | AAG | | 500.00 | 0.30 | 150.00 | Review of revisions to Ringba settlement agreement |
| | 11/01/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with potential malpractice counsel regarding retention |
| | 11/02/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding settlement with Ringba |
| | 11/04/2024 | AAG | | 500.00 | 0.40 | 200.00 | Correspond with counsel for Ringba regarding settlement |
| | 11/05/2024 | AAG | | 500.00 | 0.40 | 200.00 | Revise Ringba settlement agreement (.3); Correspond with counsel for Ringba regarding same (.1) |
| | 11/07/2024 | AAG | | 500.00 | 0.30 | 150.00 | Review of revisions to settlement agreement made by Ringba (.1); Correspond with client regarding same (.2) |
| | 11/08/2024 | AAG | | 500.00 | 0.90 | 450.00 | Correspond with client regarding settlement with Ringba (.3); Correspond with client and potential malpractice counsel regarding retention and bankruptcy case (.3); Revise Ringba settlement |

| Trans Date | Tkpr | B C | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|
| **Client ID 46590.03 Michael O'Hare** | | | | | | |
| | | | | | | agreement (.2); Correspond with counsel for Ringba regarding same (.1) |
| 11/11/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with litigation counsel regarding retention |
| 11/11/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with counsel for Ringba regarding settlement |
| 11/12/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with client and counsel for Ringba regarding settlement |
| 11/14/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding Ringba settlement |
| 11/18/2024 | AAG | | 500.00 | 0.40 | 200.00 | Review and revise litigation counsel retention |
| 11/20/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with client and creditor regarding cease and desist letter for DNC list |
| 11/20/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding Ringba settlement |
| 11/21/2024 | AAG | | 500.00 | 0.20 | 100.00 | Correspond with potential litigation counsel regarding retention |
| 11/21/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with counsel for Ringba regarding settlement (.2); And revise agreement (.1) |
| 11/22/2024 | AAG | | 500.00 | 0.40 | 200.00 | Correspond with client regarding settlement, and documents tied thereto |
| 11/25/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding Ringba settlement |
| 11/26/2024 | AAG | | 500.00 | 0.70 | 350.00 | Correspond with client regarding settlement with Rignba and related affidavit (.4); Draft affidavit (.3) |
| 11/27/2024 | AAG | | 500.00 | 1.00 | 500.00 | Correspond with client and Ringba regarding settlement |
| 11/30/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client and counsel for party regarding questions about debtor's compliance with certain laws |
| 12/01/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding cease and desist issue |
| 12/03/2024 | AAG | | 500.00 | 1.10 | 550.00 | Draft Motion to Approve Settlement, Notice, and Order (.8); Correspond with client and counsel for Ringba regarding same and settlement (.3) |
| 12/04/2024 | AAG | | 500.00 | 0.70 | 350.00 | Correspond with counsel for Ringba regarding settlement and Motion to Approve (.2); Review and revise settlement Motion, Order, and Notice (.5) |
| 12/05/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with client regarding settlement with Ringba and objection to Cohen claim |
| 12/09/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with counsel for Ringba regarding settlement |
| 12/10/2024 | AAG | | 500.00 | 0.30 | 150.00 | Finalize Motion to Approve Settlement |
| 12/13/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with counsel for secured creditor Chase regarding settlement with Ringba |
| 12/16/2024 | AAG | | 500.00 | 1.00 | 500.00 | Correspond with client regarding case issues and strategy |
| 12/17/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with client regarding issues with Ringba |
| 12/17/2024 | AAG | | 500.00 | 1.40 | 700.00 | Correspond with counsel regarding case issues and strategy |
| 12/18/2024 | AAG | | 500.00 | 0.90 | 450.00 | Correspond with client and counsel for Ringba regarding settlement, and amendments thereto |
| 12/19/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with counsel for Chase regarding settlement with Ringba |
| 12/20/2024 | AAG | | 500.00 | 0.30 | 150.00 | Correspond with client regarding case strategy and issue, including Ringba settlement |
| 12/20/2024 | AAG | | 500.00 | 0.40 | 200.00 | Review of supplements to settlement agreement with Ringba |
| 12/23/2024 | AAG | | 500.00 | 2.00 | 1,000.00 | Correspond with client and SubV Trustee regarding settlement, case issues and strategy (1.4); Review and revise supplement agreements (.4); Correspond with client and counsel for Ringba regarding same (.2) |
| 12/27/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with counsel for Ringba regarding settlement |
| 12/27/2024 | AAG | | 500.00 | 1.20 | 600.00 | Correspond with client and Ringba regarding settlement issues |
| 12/30/2024 | AAG | | 500.00 | 0.10 | 50.00 | Correspond with Ringba regarding extension of time to object to settlement |
| 12/31/2024 | AAG | | 500.00 | 0.20 | 100.00 | Review and revise Motion to extend time to object (.1) Correspond with counsel for Ringba regarding same (.1) |
| 12/31/2024 | AAG | | 500.00 | 1.50 | 750.00 | Correspond with client regarding settlement issues, case issues, and strategy |
| Subtotal for Timekeeper AAG | | | Billable | 34.40 | 17,200.00 | Aaron A. Garber |
| 10/11/2024 | NG | | 125.00 | 0.30 | 37.50 | Finalize and file witness and exhibit list |
| 10/14/2024 | NG | | 125.00 | 1.10 | 137.50 | Finalize and file objection to Motion to convert (.3); Finalize and filed monthly operating reports (.8) |
| 10/14/2024 | NG | | 125.00 | 1.00 | 125.00 | Prepare trial exhibits |

| | Trans Date | Tkpr | B C | Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|
| **Client ID 46590.03 Michael O'Hare** | | | | | | | |
| | 10/21/2024 | NG | | 125.00 | 0.30 | 37.50 | File Motion to vacate conversion hearing |
| Subtotal for Timekeeper NG | | | | Billable | 2.70 | 337.50 | Nichole Garber |
| | 10/09/2024 | LSR | | 325.00 | 0.30 | 97.50 | Begin to draft objection to motion to convert. |
| | 10/09/2024 | LSR | | 325.00 | 0.20 | 65.00 | Begin to draft witness and exhibit list. |
| | 10/10/2024 | LSR | | 325.00 | 0.20 | 65.00 | Continue to draft witness and exhibit list. |
| | 10/10/2024 | LSR | | 325.00 | 1.10 | 357.50 | Continue to draft objection to motion to dismiss, including legal research. |
| | 10/11/2024 | LSR | | 325.00 | 3.50 | 1,137.50 | Continue to draft objection to motion to dismiss, including legal research, and W&E List. |
| Subtotal for Timekeeper LSR | | | | Billable | 5.30 | 1,722.50 | Lindsay S. Riley |
| | 10/21/2024 | HC | | 225.00 | 0.80 | 180.00 | Research joinder impact on settlement agreement. |
| | 11/25/2024 | HC | | 225.00 | 1.50 | 337.50 | Draft Motion to approve settlement documents. |
| | 11/26/2024 | HC | | 225.00 | 1.00 | 225.00 | Draft Settlement Motion Documents for Ringba Claim. |
| Subtotal for Timekeeper HC | | | | Billable | 3.30 | 742.50 | Hallie Cooper |
| **Total for Client ID 46590.03** | | | | Billable | 45.70 | 20,002.50 | Michael O'Hare<br>46590.03 LITIGATION |

**GRAND TOTALS**

| | | | |
|---|---|---|---|
| Billable | 93.40 | 41,345.00 | |

**Detail Cost Transaction File List**
FEE APPLICATION
Wadsworth Garber Warner Conrardy, P.C.

| | Trans Date | B C | Amount | |
|---|---|---|---|---|
| **Client ID 46590.01 Michael O'Hare** | | | | |
| | 10/07/2024 | | 5.20 | Copies |
| | 10/07/2024 | | 17.94 | Postage |
| | 10/14/2024 | | 26.20 | Copies |
| | 10/15/2024 | | 13.90 | Copies |
| | 12/10/2024 | | 2.50 | Copies |
| | 12/10/2024 | | 17.25 | Postage |
| Subtotal for Timekeeper 3 | Billable | | 82.99 | Aaron A. Garber |
| **Total for Client ID 46590.01** | Billable | | 82.99 | Michael O'Hare<br>46590.01 GENERAL ADMINISTRATION |

**GRAND TOTALS**

| | | |
|---|---|---|
| | Billable | 82.99 |