UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 24-12624-KHT
DNC AND TCPA LIST SANITIZER, LLC )
EIN: 83-3868704 ) Chapter 11
) Sub-Chapter V
Debtor )

## NOTICE OF FIRST APPLICATION FOR INTERIM ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.

### OBJECTION DEADLINE: MARCH 3, 2025

**YOU ARE HEREBY NOTIFIED** that Wadsworth Garber Warner Conrardy, P.C. ("WGWC"), bankruptcy counsel for DNC and TCPA List Sanitizer, LLC has filed its First Application for Interim Allowance and Payment of Attorneys' Fees and Reimbursement of Costs (the "Application") and requests the following relief: WGWC has made an Application to the Court for interim allowance and payment of attorneys' fees and reimbursement of costs in the amount $41,427.99 (fees charged: $41,345.00 costs advanced: $82.99) for the period of October 4, 2024, through December 31, 2024, and authorization to apply the Debtors' retainer to pay the outstanding amount of $14,228.75.

If you oppose the Application or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: February 10, 2025        Respectfully submitted,

By:/s/ Aaron A. Garber
Aaron A. Garber #36099
**Wadsworth Garber Warner Conrardy, P.C.**
2580 West Main Street, Suite 200
Littleton, CO 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com

## 9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER

The undersigned certifies that on February 10, 2025, I served by ECF a copy of the **FIRST APPLICATION FOR INTERIM ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.**, notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. upon the following:

Chad S. Caby    Chad.Caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com
Peter A. Cal    pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen    jcohen@cohentrial.com
Jason Cooper    jason.cooper@fmglaw.com
John Gray    jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch    vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler    Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes    Alan.Motes@usdoj.gov
Reza Rismani    reza.rismani@fmglaw.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday    rjs@shillidaylaw.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov

## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned further certifies that on February 10, 2025, I served by prepaid first class mail a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on February 10, 2025.

By: */s/ Nichole Garber*
For Wadsworth, Garber, Warner Conrardy, P.C.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 24-12624-KHT<br>District of Colorado<br>Denver<br>Mon Feb 10 09:58:08 MST 2025 | Adam Young, Tubmanburg Limited, and Ringba,<br>c/o Chad S. Caby, Esq.<br>1601 19th Street, Suite 1000<br>Denver, Co 80202-2995 | Allen Vellone Wolf Halfrich & Factor, PC<br>1600 Stout Street Stuie 1900<br>Denver, CO 80202-3160 |
| Allen Vellone Wolf Helfrich & Factor P.C.<br>1600 Stout Street Suite 1900<br>Denver, CO 80202-3156 | American Express<br>Business Line of Credit PO Box 570622<br>Atlanta, GA 30357-3110 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | CT Corporation System, as representative<br>Attn: SPRS<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203-2336 |
| Chad S. Caby<br>Womble Bond Dickinson (US) LLP<br>1601 19th Street<br>Ste 1000<br>Denver, CO 80202-2995 | Peter A. Cal<br>Sherman Howard LLC<br>675 Fifteenth Street<br>Suite 2300<br>Denver, CO 80202-4258 | Cashyew Holding, LLC<br>405 Cherry Hills Way<br>Colorado Springs, CO 80921-2667 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | John Cimino<br>5500 East Yale Avenue, Suite 201<br>Denver, CO 80222-6930 | Jeffery Cohen<br>Cohen, LLC<br>1600 Broadway<br>Suite 1660<br>Denver, CO 80202-4915 |
| Jeffrey Cohen<br>Cohen LLC<br>1600 Broadway<br>Ste 1660<br>Denver, CO 80202-4915 | Cohen Trial, LLC<br>1600 Broadway Suite 1660<br>Denver, CO 80202-4915 | Cohen, LLC<br>1600 Broadway<br>Suite 1660<br>Denver, CO 80202-4915 |
| Colorado Department Of Revenue<br>1881 Pierce St.<br>Bankruptcy Unit, Room 104<br>Lakewood CO 80214-1407 | Jason Cooper<br>Treece Alfrey Musat P.C.<br>633 17th St<br>Ste 2200<br>80202<br>Denver, CO 80202-3660 | (p)DNC AND TCPA LIST SANITIZER LLC<br>ATTN MICHAEL OHARE<br>405 CHERRY HILLS WAY<br>COLORADO SPRINGS CO 80921-2667 |
| GLEGAL, LLC<br>c/o Gary Tucker<br>1600 Broadway No. 1660<br>Denver, CO 80202-4915 | Aaron A Garber<br>2580 West Main Street<br>Suite 200<br>Littleton, CO 80120-4631 | Glegal, LLC<br>1600 Broadway<br>#1660<br>Denver, CO 80202-4915 |
| John Gray<br>Sherman & Howard L.L.C.<br>675 15th Street<br>Ste 2300<br>Denver, CO 80202-4258 | IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>c/o Sherman & Howard L.L.C.<br>Attn: Peter A. Cal, Esq.<br>675 Fifteenth Street, Suite 2300<br>Denver, CO 80202-4258 |
| Vandana Koelsch<br>Allen Vellone Wolf Helfrich & Factor PC<br>1600 Stout Street<br>Ste. 1900<br>Denver, CO 80202-3156 | Arthur Lindquist-Kleissler<br>950 S. Cherry St.<br>Ste. 418<br>Denver, CO 80246-2662 | (p)JOLI A LOFSTEDT<br>ATTN JOLI A LOFSTEDT TRUSTEE<br>PO BOX 270561<br>LOUISVILLE CO 80027-5009 |

Alan K. Motes  
Byron G. Rogers Federal Building  
1961 Stout St.  
Ste. 12-200  
Denver, CO 80294-6004  

Mountain Peak Law Grpoup PC  
Stacy D. Stein  
Rusty J. Trevino 101 E Gray St Ste B  
Norman, OK 73069-7257  

Michael O'Hare  
405 Cherry Hills Way  
Colorado Springs, CO 80921-2667  

Quandry Peak Research  
205 S Broadway Suite 300  
Los Angeles, CA 90012-3607  

Ringba, LLC  
8 the Green Suite 11558  
Dover DE 19901-3618  

Reza Rismani  
Freeman Mathis & Gary, LLP  
633 17th Street Suite 2200  
Denver, CO 80202-3661  

Securities and Exchange Commission  
Central Regional Office  
1961 Stout St.  
Ste. 1700  
Denver CO 80294-1700  

Securities and Exchange Commission  
Midwest Regional Office  
175 W. Jackson Blvd.  
Ste. 900  
Chicago IL 60604-2815  

Katharine S. Sender  
Allen Vellone Wolf Helfrich & Factor P.C  
1600 Stout Street  
Ste. 1900  
Denver, CO 80202-3156  

Robert J. Shilliday III  
Shilliday Law, P.C.  
2616 W. Alamo Avenue  
Littleton, CO 80120-1921  

US Trustee  
Byron G. Rogers Federal Building  
1961 Stout St.  
Ste. 12-200  
Denver, CO 80294-6004  

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase  
PO Box 78039  
Phoenix, AZ 85062-8039  

(d)Chase Bank  
PO Box 6026 Mail Code IL 1-0054  
Chicago, IL 60680-6026  

DNC and TCPA LIST SANITIZER, LLC  
985 Pico Point  
Colorado Springs, CO 80905  

(d)JP Morgan Chase Bank NA  
PO Box 6026 IL1-1145  
Chicago, IL 60680-6026  

Joli A. Lofstedt  
Joli A. Lofstedt,Trustee  
PO Box 270561  
Louisville, CO 80027  

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Allen Vellone Wolf Helfrich & Factor P.C.  
1600 Stout Street Suite 1900  
Denver, CO 80202-3156  

(u)Allen Vellone Wolf Helfrich & Factor, P.C.  

(u)FirstBank  

(d)JPMorgan Chase Bank, N.A.  
c/o Sherman & Howard L.L.C.  
Attn: Peter A. Cal, Esq.  
675 Fifteenth Street, Suite 2300  
Denver, CO 80202-4258  

(u)Ringba, LLC  

(u)SL Biggs, a Division of SingerLewak LLP

| | | |
|---|---|---|
| (u)Tubmanburg Limited | (u)Adam Young | End of Label Matrix |
| | | Mailable recipients 40 |
| | | Bypassed recipients 8 |
| | | Total 48 |