UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: February 12, 2025     HONORABLE KIMBERLEY H. TYSON, Presiding

In re: DNC and TCPA LIST SANITIZER, LLC,     Debtor.     Case No: 24-12624-KHT
Chapter 11
Subchapter V

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | Aaron Garber |
| U.S. Trustee | | Counsel | Alan Moates |
| Sub V. Trustee | | Counsel | Joli Lofstedt |
| Creditor | Jeffrey Cohen | Counsel | Jeffrey Cohen |
| Creditor | GLegal, LLC | Counsel | Reza Rismani |
| Creditor | | Counsel | Arthur Lindquist-Kleissler |
| Creditor | | Counsel | Chad Caby |
| Creditor | | Counsel | Peter Cal |
| Creditor | | Counsel | Vandana Koelsch |

Proceedings: Status and Scheduling Conference regarding Debtor's Amended Chapter 11 Small Business Subchapter V Plan (docket #301).

Orders:

[X] An amended plan is to be filed with the Court by **Friday, February 28, 2025**. The amended plan is to be mailed by **Friday, February 28, 2025**. Objections to the plan are to be filed with the Court by **Wednesday, April 2, 2025**. Ballots are due by **Wednesday, April 2, 2025**. An **in-person** confirmation hearing is set for **Friday, April 11, 2025, at 10:00 a.m.**

Date: February 12, 2025

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By: _____
Berenice Leon Caballero, Law Clerk