**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

**ORDER MODIFYING CASH COLLATERAL ORDER**

UPON CONSIDERATION of DNC and TCPA List Sanitizer, LLC's Motion to Modify Cash Collateral Order, notice of the Motion having been provided to creditors and parties in interest, and no sustainable objections having been received, the Court does hereby

ORDER

1. The Motion is GRANTED; and

2. Paragraph 1 of the Order Authorizing Use of Cash Collateral (Docket No. 252) is amended such that the following sentences are hereby stricken:

> The Debtor can make all payments provided for in the Budget except for the payments to Cashyew Holding until such time as the Court approves a settlement between the Debtor and Ringba, LLC, Tubmanburg Limited and Adam Young. Upon approval of the settlement agreement, the Debtor can commence making payments to Cashyew Holdings as called for in the Budget.

3. Cashyew Holding can receive the payments contemplated in the Budget (as the term is defined in the Motion).

Dated March _____, 2025.            BY THE COURT

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge