UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| DNC AND TCPA LIST SANITIZER, LLC | Case No.: 24-12624-KHT |
| Debtor. | Chapter: 11, Subchapter V |

**Motion to Amend Application to Employ Allen Vellone Wolf Helfrich & Factor P.C. as Special Litigation Counsel**

Debtor-in-Possession DNC and TCPA List Sanitizer, LLC ("Debtor"), by and through undersigned counsel, hereby moves the Court to amend its Application to Employ Allen Vellone Wolf Helfrich & Factor P.C. ("Allen Vellone" or the "Firm") as special litigation counsel for Debtor under Bankruptcy Code § 327, Fed. R. Bank. P. 2014, and L.B.R. 2014-1, which the Court previously granted (Dkt. Nos. 120, 125) and in support thereof, states as follows:

1. The Debtor filed its Voluntary Petition (the "Bankruptcy Action") pursuant to Sub-Chapter V of Chapter 11 of the Bankruptcy Code on May 16, 2024 (the "Petition Date").

2. The Debtor continues in possession of its property and is operating and managing its business, as debtor-in-possession, pursuant to Bankruptcy Code §§ 1107 and 1108.

3. Prior to the Petition Date, the Debtor was a plaintiff in an action in the District Court of El Paso County, Colorado styled as *TCPA Litigator List v. Ringba, LLC et al.*, No. 2021CV31668 ("El Paso Action").

4. On August 25, 2022, the Debtor hired (via former counsel) Jason Frankovitz ("Frankovitz") of Quandary Peak Research, Inc. ("Quandary Peak") to provide expert witness and consulting services in the El Paso Action.

5. The court dismissed the El Paso Action for a discovery violation and awarded the defendants attorneys' fees of $500,000.00 and costs of $140,415.00, not including accrued interest. The dismissal was based in part on Frankovitz's failure to analyze source code before issuing his expert report. The court in the El Paso Action found Frankovitz's failures to be so reckless that it precluded Frankovitz from proffering *any* expert testimony.

6. The Firm represented Debtor in this merits appeal to the Colorado Court of Appeal, 2024COA891. Shortly after the conclusion of briefing, the Debtor filed the Petition in this Bankruptcy Action. On August 15, 2024, the Court granted the Firm's Application to serve as special litigation counsel for Debtor in its appeals.

7. Now, the Debtor seeks to recoup its costs to its expert, Mr. Frankovitz and Quandary Peak for Frankovitz's reckless conduct that fell far below the standard of care; to seek recompense from Frankovitz and Quandary Peak for the attorneys' fees and costs that the state court awarded the opposing party as a sanction against the Debtor; and to recover the damages that Debtor would have recovered from the defendants in the El Paso Action, but for Frankovitz's failures.

8. Debtor intends to make a demand for arbitration against Quandary Peak and Frankovitz (the "Arbitration") in Los Angeles, California, as required per the terms of their engagement agreement.

9. The Debtor seeks to hire the Firm as special litigation counsel under Bankruptcy Code§ 327 to assist with the Arbitration.

10. The Debtor had already selected Allen Vellone for the reason that Allen Vellone and the Debtor have previously worked together with respect to the El Paso Action and appeals therefrom. As a result, Allen Vellone is familiar with the Debtor as well as the course of events in the El Paso Action that led to its dismissal. Allen Vellone also has experience in the matters for which it is to be employed. It would be costly if the Debtor had to retain new counsel to handle the Arbitration as new counsel would have to get up to speed on the numerous pieces of litigation underlying the Arbitration. Allen Vellone has significant knowledge with respect to the Arbitration that could not easily be replicated, and which would require a significant amount of time understanding the events that have occurred in the litigation underlying the Arbitration.

11. Section 327(a) of the Bankruptcy Code provides that the Debtor, with the Court's approval, may employ professional persons, including attorneys, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the Debtor-in-Possession in carrying out its duties and administering its bankruptcy estate (the "Estate").

12. To the best of the Firm's knowledge, there is no connection or conflict of interest between the Firm and the Bankruptcy Estate, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee's

office, or any person employed in the office of the United States Trustee. *See* Declaration of Vandana Koelsch, attached as **Exhibit A**.

13. Allen Vellone represents no interest adverse to the Estate in the matter upon which it is to be engaged for the Debtor, and an amendment to its employment application is in the best interests of the Estate.

14. Ms. Vandana Koelsch is an attorney with Allen Vellone and is the lead attorney on the Debtor's account. Ms. Koelsch has been practicing law for over 20 years. Mr. Patrick D. Vellone is also an attorney with Allen Vellone and has been practicing for over 38 years. Ms. Koelsch and Mr. Vellone have significant expertise in the matters for which they will be retained and have previously worked with the Debtor and are familiar with the El Paso Action and Appeal. Ms. Andrews is California counsel, versed in California civil procedure and case law. She is critical to the Arbitration, which must proceed in Los Angeles.

15. As of the date of this Application, the professionals' hourly rates for the services referenced above are as follows:

| **Professional** | **Hourly Rate** |
| --- | --- |
| Patrick D. Vellone | $725.00 |
| Vandana Koelsch | $575.00 |
| Averil K. Andrews | $450.00 |
| Paralegals | $195 – $250 |

16. The Debtor shall be responsible for all costs incurred by Allen Vellone.

17. Allen Vellone, as set forth in Ex. A, acknowledges that it understands that it can only be paid in accordance with any fee procedure approved by the Court and approval of fee applications approved in this case.

4

18. Allen Vellone was not paid a retainer for the work to be performed with respect to the Arbitration. No committee of creditors has been appointed or designated herein, and no notice need be given of the appointment of special litigation counsel.

19. The Debtor asserts notice is not necessary since Allen Vellone holds no conflict with the Estate.

WHEREFORE, the Debtor respectfully requests that it be authorized to employ and appoint Allen Vellone to represent it as special litigation counsel for assistance with the Arbitration specifically described herein, and for such further and additional relief as the Court may provide.

Dated: March 3, 2025  Respectfully Submitted,

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*/s/Vandana Koelsch*
Patrick D. Vellone, #15284
Vandana S. Koelsch, #34070
Averil K. Andrews, #56148
1600 Stout Street, Suite 1900
Denver Colorado, 80202
(303) 534-4499
PVellone@allen-vellone.com
VKoelsch@allen-vellone.com
AAndrews@allen-vellone.com

And

*/s/ Aaron A. Garber*
Aaron A. Garber, #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, Colorado 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
agarber@wgwc-law.com

6

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 3rd day of March 2025, the foregoing was filed with the Clerk of Court and a copy was served via CM/ECF, according to L.B.R. 5005-4(a), on the following:

Chad S. Caby    Chad.Caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com
Peter A. Cal    pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen    jcohen@cohentrial.com
Jason Cooper    jason.cooper@fmglaw.com
John Gray    jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch    vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler    Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes    Alan.Motes@usdoj.gov
Reza Rismani    reza.rismani@fmglaw.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday    rjs@shillidaylaw.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov

                                  */s/ Nichole Garber*
                            For Wadsworth Garber Warner Conrardy, P.C.