UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |
| ) | |

**MOTION TO MODIFY FEBRUARY 12, 2025 MINUTE ORDER**

DNC and TCPA List Sanitizer, LLC (the "Debtor"), by and through its counsel, Wadsworth Garber Warner Conrardy, P.C. ("WGWC") for its Motion to Modify February 12, 2025 Minute Order respectfully states as follows:

1. On February 12, 2025 the Court enter a Minute Order directing the Debtor to file and serve its Fourth Amended Sub-Chapter V Plan of Reorganization on or before February 28, 2025 (the "Minute Order").

2. On February 26, 2025, the Debtor filed its Fourth Amended Sub-Chapter V Plan of Reorganization dated February 26, 2025 (the "Amended Plan").

3. The Amended Plan was inadvertently not served, anticipating that a formal order would enter with respect to solicitation of the Amended Plan.

4. The Debtor requests that the Court modify Minute Order to authorize the Debtor to serve the Amended Plan, Ballot and Minute Order on parties in interest the same date hereof, March 4, 2025.

5. The Debtor asserts the modification will not prejudice any parties in interest.

6. The primary and active creditors and other parties in interest in this case attended the hearing on February 12, 2025, so they are aware of the deadlines in the Minute Order.

7. Prior to filing the Amended Plan, the Debtor circulated on a couple of occasions drafts of the Amended Plan to counsel for the primary and active creditors and other parties in interest (counsel for Ringba, counsel for Mr. Tucker, Mr. Cohen, counsel for Allen Vellone, counsel for Chase, the U.S. Trustee and the Sub-Chapter V trustee), conferred with several of the parties in interest regarding the amendments, and took into consideration comments received.

8. These parties received copies of the Amended Plan and the Minute Order when it was filed with the Court.

9. The Debtor has served the Ballot by email to these parties on the same date hereof.

10. The Debtor has served by mail the Amended Plan, Ballot and Minute Order on the same date

hereof.

WHEREFORE the Debtor respectfully requests that the Court enter an order, a proposed form is filed herewith, modifying the Minute Order as proposed herein and granting such other relief as the Court deems just.

Dated: March 4, 2025            Respectfully submitted,

                                                           By: /s/ Aaron A. Garber
                                                                  Aaron A. Garber #36099
                                                                  WADSWORTH GARBER WARNER CONRARDY, P.C.
                                                                  2580 W Main Street, Suite 200
                                                                  Littleton, CO 80120
                                                                  Telephone: 303-296-3905
                                                                  Fax: 303-296-7600
                                                                  Email: agarber@wgwc-law.com