**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

**ORDER MODIFY FEBRUARY 12, 2025 MINUTE ORDER**

UPON CONSIDERATION of the Motion to Modify February 12, 2025 Minute Order (the "Motion"),[1] and for cause shown, the Court does hereby

ORDER THAT:

1. That the Motion is GRANTED.

2. The Debtor shall serve the Amended Plan, a Ballot and the Minute Order on March 4, 2025 via U.S. Mail and the Ballot shall be emailed to the parties who attended the February 12, 2025 hearing.

Dated March ___, 2024.

BY THE COURT

__________________________________
Honorable Kimberley H. Tyson
United States Bankruptcy Judge

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.