**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

IN RE:

DNC AND TCPA LIST SANITIZER, LLC
EIN: 83-3868704

Debtor

Case No. 24-12624-KHT

Chapter 11
Sub-Chapter V

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 4th day of March 2025, a true and correct copy of the **FOURTH AMENDED SUB-CHAPTER V PLAN OF REORGANIZATION DATED FEBRUARY 26, 2025, AND BALLOT** were served via United States Mail, postage prepaid and addressed as attached:

**And the Ballot was served upon the following parties via e-mail:**

Chad S. Caby     Chad.Caby@wbd-us.com
Peter A. Cal     pcal@taftlaw.com
Jeffrey Cohen    jcohen@cohentrial.com
Vandana Koelsch     vkoelsch@allen-vellone.com,
Arthur Lindquist-Kleissler     Arthuralklaw@gmail.com,
Joli A. Lofstedt     joli@jaltrustee.com,
Alan K. Motes     Alan.Motes@usdoj.gov
Reza Rismani     reza.rismani@fmglaw.com

/s/ Nichole Garber
Wadsworth Garber Warner Conrardy, PC

Label Matrix for local noticing
1082-1
Case 24-12624-KHT
District of Colorado
Denver
Tue Mar  4 08:35:04 MST 2025

Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street Suite 1900
Denver, CO 80202-3156

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Chad S. Caby
Womble Bond Dickinson (US) LLP
1601 19th Street
Ste 1000
Denver, CO 80202-2995

Chase
PO Box 78039
Phoenix, AZ 85062-8039

Jeffery Cohen
Cohen, LLC
1600 Broadway
Suite 1660
Denver, CO 80202-4915

Cohen, LLC
1600 Broadway
Suite 1660
Denver, CO 80202-4915

(p)DNC AND TCPA LIST SANITIZER LLC
ATTN MICHAEL OHARE
405 CHERRY HILLS WAY
COLORADO SPRINGS CO 80921-2667

Glegal, LLC
1600 Broadway
1660
Denver, CO 80202-4915

JP Morgan Chase Bank NA
PO Box 6026 IL1-1145
Chicago, IL 60680-6026

Adam Young, Tubmanburg Limited, and Ringba,
c/o Chad S. Caby, Esq.
1601 19th Street, Suite 1000
Denver, Co 80202-2995

American Express
Business Line of Credit PO Box 570622
Atlanta, GA 30357-3110

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Peter A. Cal
Sherman Howard LLC
675 Fifteenth Street
Suite 2300
Denver, CO 80202-4258

Chase Bank
PO Box 6026 Mail Code IL 1-0054
Chicago, IL 60680-6026

Jeffrey Cohen
Cohen LLC
1600 Broadway
Ste 1660
Denver, CO 80202-4915

Colorado Department Of Revenue
1881 Pierce St.
Bankruptcy Unit, Room 104
Lakewood CO 80214-1407

GLEGAL, LLC
c/o Gary Tucker
1600 Broadway No. 1660
Denver, CO 80202-4915

John Gray
Taft Stettinius & Hollister LLP
675 15th Street
Ste 2300
Denver, CO 80202-4258

JPMorgan Chase Bank, N.A.
c/o Sherman & Howard L.L.C.
Attn: Peter A. Cal, Esq.
675 Fifteenth Street, Suite 2300
Denver, CO 80202-4258

Allen Vellone Wolf Helfrich & Factor, PC
1600 Stout Street Stuie 1900
Denver, CO 80202-3160

American Express
PO Box 6031
Carol Stream, IL 60197-6031

CT Corporation System, as representative
Attn:  SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203-2336

Cashyew Holding, LLC
405 Cherry Hills Way
Colorado Springs, CO 80921-2667

John Cimino
5500 East Yale Avenue, Suite 201
Denver, CO 80222-6930

Cohen Trial, LLC
1600 Broadway Suite 1660
Denver, CO 80202-4915

Jason Cooper
Treece Alfrey Musat P.C.
633 17th St
Ste 2200
80202
Denver, CO 80202-3660

Aaron A Garber
2580 West Main Street
Suite 200
Littleton, CO 80120-4631

IRS
PO Box 7346
Philadelphia PA 19101-7346

Vandana Koelsch
Allen Vellone Wolf Helfrich & Factor PC
1600 Stout Street
Ste. 1900
Denver, CO 80202-3156

| | | |
|---|---|---|
| thur Lindquist-Kleissler<br>0 S. Cherry St.<br>e. 418<br>nver, CO 80246-2662 | (p)JOLI A LOFSTEDT<br>ATTN JOLI A LOFSTEDT TRUSTEE<br>PO BOX 270561<br>LOUISVILLE CO 80027-5009 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| untain Peak Law Grpoup PC<br>acy D. Stein<br>sty J. Trevino 101 E Gray St Ste B<br>rman, OK 73069-7257 | Michael O'Hare<br>405 Cherry Hills Way<br>Colorado Springs, CO 80921-2667 | Quandry Peak Research<br>205 S Broadway Suite 300<br>Los Angeles, CA 90012-3607 |
| ngba, LLC<br>the Green Suite 11558<br>ver DE 19901-3618 | Reza Rismani<br>Freeman Mathis & Gary, LLP<br>633 17th Street Suite 2200<br>Denver, CO 80202-3661 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 |
| curities and Exchange Commission<br>dwest Regional Office<br>5 W. Jackson Blvd.<br>e. 900<br>icago IL 60604-2815 | Katharine S. Sender<br>Allen Vellone Wolf Helfrich & Factor P.C<br>1600 Stout Street<br>Ste. 1900<br>Denver, CO 80202-3156 | Robert J. Shilliday III<br>Shilliday Law, P.C.<br>2616 W. Alamo Avenue<br>Littleton, CO 80120-1921 |
| Trustee<br>ron G. Rogers Federal Building<br>61 Stout St.<br>e. 12-200<br>nver, CO 80294-6004 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| C and TCPA LIST SANITIZER, LLC<br>5 Pico Point<br>lorado Springs, CO 80905 | Joli A. Lofstedt<br>Joli A. Lofstedt, Trustee<br>PO Box 270561<br>Louisville, CO 80027 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )Allen Vellone Wolf Helfrich & Factor P.C.<br>00 Stout Street Suite 1900<br>nver, CO 80202-3156 | (u)Allen Vellone Wolf Helfrich & Factor, P.C. | (u)FirstBank |
| )JPMorgan Chase Bank, N.A.<br>o Sherman & Howard L.L.C.<br>tn: Peter A. Cal, Esq.<br>5 Fifteenth Street, Suite 2300<br>nver, CO 80202-4258 | (u)Ringba, LLC | (u)SL Biggs, a Division of SingerLewak LLF |

)Tubmanburg Limited (u)Adam Young End of Label Matrix

Mailable recipients 42
Bypassed recipients 8
Total 50