**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

**CERTIFICATE OF NON-CONTESTED MATTER**

**(FIRST APPLICATION FOR INTERIM ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.)**

On February 10, 2025, the Debtor, Movant, filed a First Application for Interim Allowance and Payment of Attorneys' Fees and Reimbursement of Costs.

Movant hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the motion/application on February 10, 2025.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on February 10, 2025.

3. The docket numbers for each of the following relevant documents are:
    a. the motion and all documents attached thereto and served therewith, (Docket No. 308);
    b. the notice, (Docket No. 309);
    c. the certificate of service of the motion and the notice, (Docket No. 309);
    d. proposed order, (Docket No. 308).

4. No objections to or requests for hearing on the motion/application were received by the undersigned, or filed with the court and docketed in the case file by the date designated in the notice.

WHEREFORE, Movant prays that the court forthwith enter an order, a form of which was submitted to the Court, granting the requested relief.

Dated: March 4, 2025

Respectfully Submitted,

/s/ Aaron A. Garber
Aaron A. Garber, #36099
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 West Main Street, Suite 200
Littleton, CO 80120
Telephone: 303-296-1999
Email: agarber@wgwc-law.com