IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC and TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |
| ) | |

### JPMORGAN CHASE BANK, N.A.'s RESPONSE TO MOTION TO AMEND APPLICATION TO EMPLOY ALLEN VELLONE WOLF HELFRICH & FACTOR P.C. AS SPECIAL LITIGATION COUNSEL

JPMorgan Chase Bank, N.A. ("Chase"), through its attorneys Taft Stettinius & Hollister LLP, hereby submits it Response to the Motion to Amend Application to Employ Allen Vellone Wolf Helfrich & Factor P.C. as Special Litigation Counsel (the "Motion") (Docket No. 321).

Although Chase does not object to the Motion, Chase does not consent to the use of cash collateral to pay special counsel.

DATED this 5th day of March, 2025.

TAFT STETTINIUS & HOLLISTER LLP

*s/ Peter Cal*
Peter A. Cal
John Gray
675 Fifteenth Street, Suite 2300
Denver, Colorado 80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
E-mail: pcal@taftlaw.com
          jgray@taftlaw.com

**Attorneys for Creditor JPMorgan Chase Bank, N.A.**

59850241.1

## CERTIFICATE OF SERVICE

 I hereby certify that on March 5, 2025, I electronically filed the foregoing **JPMORGAN CHASE BANK, N.A.'s RESPONSE TO MOTION TO AMEND APPLICATION TO EMPLOY ALLEN VELLONE WOLF HELFRICH & FACTOR P.C. AS SPECIAL LITIGATION COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Aaron A. Garber, Esq.
agarber@wgwc-law.com

Alan K. Motes, Esq.
Alan.Motes@usdoj.gov

U.S. Trustee
USTPRegion19.DV.ECF@usdoj.gov

Joli A. Lofstedt, Esq.
joli@jaltrustee.com

Chad S. Caby, Esq.
ccaby@lewisroca.com

Jeffrey Cohen, Esq.
jcohen@cohentrial.com

Jason Cooper, Esq.
Reza Rismani, Esq.
jcooper@tamlegal.com
rrismani@tamlegal.com

Vandana Koelsch, Esq.
Katharine S. Sender, Esq.
vkoelsch@allen-vellone.com
ksender@allen-vellone.com

Arthur Lindquist-Kleissler, Esq.
Arthuralklaw@gmail.com

Robert J. Shilliday, Esq.
rjs@shillidaylaw.com

            s/ Roberta Neal

59850241.1