# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| DNC AND TCPA LIST SANITIZER, LLC | Case No.: 24-12624-KHT |
| Debtor. | Chapter: 11, Subchapter V |

### Order Granting Motion to Amend an Application to Employ Allen Vellone Wolf Helfrich & Factor P.C. as Special Litigation Counsel

**This matter** is before the Court upon the Motion to Amend Application to Employ Allen Vellone Wolf Helfrich & Factor (the "Firm") as Special Litigation Counsel for Debtor-in-Possession (the "Application")[1] under 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014, and L.B.R. 2014-1. The Court, having reviewed the Application, is advised in the premises, and there being good cause for granting the Application, hereby

**Finds** that the Firm is a disinterested person who is eligible to serve as special litigation counsel for the Debtor-in-Possession, DNC AND TCPA LIST SANITIZER, LLC ("Debtor") with respect to the Arbitration, and that the Firm is aware of the provisions of 11 U.S.C. § 328 and, notwithstanding such provisions has agreed to accept the employment as counsel for Debtor; and

**It Is Hereby Ordered** that the Firm is hereby employed as special litigation counsel for Debtor under 11 U.S.C. § 327(a), as of the date of the Application, to handle the Arbitration with its compensation to be paid in such amounts as the Court may hereafter determine and allow. No fees may be paid without Court approval upon proper application therefor. Such employment shall consist of all matters concerning the Arbitration.

**Dated**: March 7, 2025

THE COURT:

*/s/ Kimberley H. Tyson*

Honorable Kimberley H. Tyson
United States Bankruptcy Court

---

[1] Capitalized terms not defined herein shall have the meaning ascribed in the Application.