# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

## ORDER MODIFY FEBRUARY 12, 2025 MINUTE ORDER

UPON CONSIDERATION of the Motion to Modify February 12, 2025 Minute Order (the "Motion"),[1] and for cause shown, the Court does hereby

ORDER THAT:

1. That the Motion is GRANTED.

2. The Debtor shall serve the Amended Plan, a Ballot and the Minute Order on March 7, 2025 via U.S. Mail and the Ballot shall be emailed to the parties who attended the February 12, 2025 hearing.

Dated March 7, 2025.

BY THE COURT

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.