UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                              )
                                                    )      Case No. 24-12624-KHT
DNC AND TCPA LIST SANITIZER, LLC                    )
EIN: 83-3868704                                     )
                                                    )      Chapter 11
                                                    )      Sub-Chapter V
         Debtor                                     )

**ORDER APPROVING FIRST APPLICATION FOR INTERIM ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.**

THIS MATTER comes before the Court on Wadsworth Garber Warner Conrardy, P.C.'s (the "Applicant") First Application for Interim Allowance and Payment of Attorneys' Fees and Reimbursement of Costs (the "Application") seeking approval and authorization for payment of fees and expenses pursuant to 11 U.S.C. § 331, and the Court having reviewed the Application, notice being provided, and no sustainable objections having been received, and the Court being advised, does hereby

ORDER

The Application is approved, the Applicant is allowed on an interim basis the sum of $41,427.99 (fees charged: $41,345.00 costs advanced: $82.99) for the period of October 4, 2024, through December 31, 2024, and the Applicant is authorized to apply the Debtor's retainer to pay the outstanding amount of $14,228.75. All fees and costs allowed on an interim basis are subject to final approval upon the filing of a final fee application.

Dated: March 7, 2025                                BY THE COURT:

                                                    _____
                                                    Honorable Kimberley H. Tyson, Chief Judge
                                                    United States Bankruptcy Judge