**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC, | ) | Case No. 24-12624 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S FOURTH AMENDED SUB-CHAPTER V PLAN OF REORGANIZATION DATED FEBRUARY 26, 2025**

Creditors Adam Young, Tubmanburg Limited, and Ringba, LLC (collectively, "Ringba"), by and through its counsel, Womble Bond Dickinson (US) LLP, hereby file their Unopposed Motion for Extension of Time to Object to Debtor's Fourth Amended Sub-Chapter V Plan of Reorganization Dated February 26, 2025 (the "Motion") and state as follows:

**BACKGROUND AND REQUESTED RELIEF**

1. On May 16, 2024, the above-captioned Debtor filed a voluntary petition for relief under Title 11, Chapter 11, Subchapter V of the United States Code, commencing the above-captioned bankruptcy case.

2. Debtor filed its original Plan of Reorganization Dated August 14, 2024 for Small Business Under Chapter 11, Subchapter V (Docket No. 123) (the "Plan").

3. On January 23, 2025, the Debtor filed its Second Amended Chapter 11 Small Business Subchapter V Plan but named it as the *Third* Amended Chapter 11 Small Business Subchapter V Plan ("Second Amended Plan") (Docket No. 301).

4. A Status and Scheduling Conference regarding the Second Amended Plan was held on February 12, 2025, ordering that an amended plan must be filed by February 28, 2025, with

objections to the amended plan being due by April 2, 2025. The Court set an in-person confirmation hearing for Friday, April 11, 2025 at 10:00 a.m. (Docket No. 311).

5. On February 26, 2025, the Debtor filed its Fourth (sic) Amended Chapter 11 Small Business Subchapter V Plan. ("Fourth Amended Plan") (Docket No. 316). Objections to the Fourth Amended Plan are similarly due on April 2, 2025.

6. Since the filing of the Fourth Amended Plan, the Debtor and Ringba have been in negotiations to potentially resolve their disagreements, however, additional time will be necessary to reach a settlement, if any.

7. Accordingly, Ringba respectfully requests a seven-day extension of time to object to the Debtor's Fourth Amended Plan, to and including **April 9, 2025**, within which to object or otherwise respond to the Fourth Amended Plan. The requested extension is in the best interests of justice, is not filed for purposes of delay, and will not unduly prejudice the Debtor or any other party to this proceeding.

8. On March 26, 2025, undersigned counsel's firm conferred with Debtor's counsel, Aaron Garber, Esq., regarding the requested relief. The Debtor is not opposed to the requested extension.

WHEREFORE, Adam Young, Tubmanburg Limited, and Ringba, LLC respectively request that this Court enter an Order extending their time to object or otherwise respond to Debtor's Fourth Amended Sub-Chapter V Plan of Reorganization Dated February 26, 2025, to and including April 9, 2025 and enter such further relief as the Court deems appropriate.

Respectfully submitted this 26th day of March, 2025.

WOMBLE BOND DICKINSON (US) LLP

*s/ Chad S. Caby*
Chad S. Caby
1601 19th Street, Suite 1000
Denver, CO 80202
Tel: 303-628-9583
Fax: 303-623-9222
E-mail: Chad.Caby@wbd-us.com

*Attorneys for Adam Young, Tubmanburg Limited and Ringba, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 26, 2025, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S FOURTH AMENDED SUB-CHAPTER V PLAN OF REORGANIZATION DATED FEBRUARY 26, 2025** was electronically filed and served via CM/ECF, which action caused automatic electronic notice of such filing upon all parties in interest in this matter as follows:

Aaron A. Garber, Esq.
Wadsworth Garber Warner Conrardy, P.C.
2580 W. Main St., Ste. 200
Littleton, CO 80120
Via: CM/ECF

*Counsel for Debtor*

Vandana S. Koelsch, Esq.
Katharine S. Sender, Esq.
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202
Via: CM/ECF

*Special Counsel for Debtor-in-Possession*

Alan K. Motes, Esq.
Byron G. Rogers Federal Bldg.
1961 Stout St., Ste. 12-200
Denver, CO 80294
Via: CM/ECF

*Counsel for U.S. Trustee*

Peter A. Cal, Esq.
John S. Gray, Esq.
Sherman & Howard L.L.C.
675 Fifteenth St., Ste. 2300
Denver, CO 80202
Via: CM/ECF

*Counsel for JPMorgan Chase Bank, N.A.*

Joli A. Lofstedt, Esq.
PO Box 270561
Louisville, CO 80027
Via: CM/ECF

*Subchapter V Trustee*

Reza D. Rismani, Esq.
Jason D. Cooper, Esq.
Treece Alfrey Musat P.C.
633 17th Street, Suite 2200
Denver, CO 80202
Via: CM/ECF

*Counsel for Glegal, LLC*

Gary Tucker, Esq.
Glegal, LLC
1600 Broadway, Suite 1660
Denver, CO 80202
Via: CM/ECF

*Counsel for GLegal, LLC*

Arthur Lindquist-Kleissler, Esq.
Linquist-Kleissler & Company, LLC
950 S. Cherry Street, Suite 418
Denver, CO 80246
Via: CM/ECF

*Counsel for Cashyew Holding, LLC*

Jeffrey Cohen, Esq.
Cohen, LLC
1600 Broadway, Suite 1660
Denver, CO 80202
Via: CM/ECF

*Counsel for Cohen, LLC*

Robert J. Shilliday III
Shilliday Law, P.C.
2616 W. Alamo Avenue
Littleton, CO 80120
Via: CM/ECF

*Counsel for John Cimino*

*s/ Jennifer Eastin*
Of: Womble Bond Dickinson (US) LLP