**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC, | ) | Case No. 24-12624 KHT |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTOR'S FOURTH AMENDED SUB-CHAPTER V PLAN OF REORGANIZATION DATED FEBRUARY 26, 2025**

THIS MATTER comes before the Court on the Unopposed Motion for Extension of Time to Object to Debtor's Fourth Amended Sub-Chapter V Plan of Reorganization Dated February 26, 2025 (the "Motion"), filed by Creditors Adam Young, Tubmanburg Limited and Ringba, LLC (collectively, "Ringba"). The Court, having reviewed the pleadings and being otherwise fully advised on the matter, hereby

ORDERS that the Motion is **GRANTED**; It is further

ORDERED that the Adam Young, Tubmanburg Limited and Ringba, LLC have up to and including April 9, 2025 in which to object or otherwise respond to Debtor's Fourth Amended Sub-Chapter Plan of Reorganization Dated February 26, 2025, and enter such further relief as the Court deems appropriate.

BY THE COURT:

________________________________
The Honorable Kimberely H. Tyson
United States Bankruptcy Judge