UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |
| | ) | |

**MOTION TO (A) CONVERT THE APRIL 11, 2025 CONFIRMATION HEARING TO A TELEPHONIC STATUS AND SCHEDULING CONFERENCE AND (B) RESCHEDULE THE APRIL 23, 2025 PRELIMINARY HEARING FOR APRIL 11, 2025**

DNC and TCPA List Sanitizer, LLC (the "Debtor"), by and through its counsel, Wadsworth Garber Warner Conrardy, P.C. for its Motion to (A) Convert the April 11, 2025 Confirmation Hearing to a Telephonic Status and Scheduling Conference and (B) Reschedule the April 11, 2025 Preliminary Hearing for April 11, 2025, respectfully states as follows:

**BACKGROUND**

1. On May 16, 2024, the Debtor commenced this bankruptcy case by filing a Voluntary Petition under Subchapter V of Chapter 11 of the Bankruptcy Code.

*Chapter 11, Subchapter V Plan*

2. The Debtor filed the Plan of Reorganization dated August 14, 2024 for Small Business under Chapter 11, Subchapter V ("Subchapter V Plan").

3. The Debtor filed the Amended Plan of Reorganization Dated September 25, 2024 for Small Business Under Chapter 11, Subchapter V ("Amended Plan").

4. The US Trustee, Cohen LLC, and Ringba, LLC ("Ringba") filed objections to the Amended Plan.

5. The Debtor filed the Third Amended Sub-Chapter V Plan of Reorganization Dated January 23, 2025 ("Third Amended Plan").

6. At the preliminary hearing on the Third Amended Plan conducted on February 12, 2025 the Court, as reflected in the Minute Order, the Ordered:

   a. The Debtor to file an amended plan by February 28, 2025;

   b. Objections and ballots are due April 2, 2025; and

   c. The Court set an in-person confirmation hearing for April 11, 2025, at 10:00 a.m

("April 11 Hearing").

7. The Debtor filed the Fourth Amended Sub-Chapter V Plan of Reorganization dated February 26, 2025 ("Fourth Amended Plan").

8. On March 26, 2025, Ringba, LLC, Tubmanburg Limited, Adam Young ("Ringba") filed its uncontested motion seeking a one-week extension of the deadline to object to the Fourth Amended Plan, through and including April 9, 2025 ("Extended Objection Deadline").

9. The Extended Objection Deadline is only two days before the April 11 Hearing.

*Pending Motions: (A) Cashyew's Motion for Administrative Expenses and Fees and (B) the Debtor's Motion for Entry of Agreed to Final Cash Collateral Order*

10. On January 24, 2025, Cashyew Holding, LLC ("Cashyew") filed the Motion for Administrative Expenses and Fees Pursuant to 11 U.S.C. §§ 503(b)(1) and (2) ("Administrative Expense Motion").

11. Ringba objected to the Administrative Expense Motion.

12. On March 14, 2025, Cashyew filed the Certificate of Contested Matter, requesting a hearing on the Administrative Expense Motion. On the same date, Cashyew replied to Ringba's objection to the Administrative Expense Motion.

13. On October 23, 2024, the Debtor filed the Motion for Entry of Agreed to Final Cash Collateral Order.

14. On October 24, 2024, the Court entered an Order authorizing the Debtor's use of cash collateral.

15. On February 28, 2025, the Debtor filed the Motion to Modify Cash Collateral Order ("Modify Motion").

16. Ringba objected to the Modify Motion.

17. On March 18, 2025, the Debtor filed the Certificate of Contested Matter and Request for Hearing on the Modify Motion.

18. On March 26, 2025, the Court entered an Order setting both the Administrative Expense Motion and the Modify Motion for a telephonic preliminary hearing to be held on April 23, 2025, at 3:00 p.m ("April 23 Hearing").

**RELIEF REQUESTED**

19. The Debtor respectfully requests the Court enter an Order converting the April 11 Hearing to a telephonic status and scheduling conference and rescheduling the April 23 Hearing

for the April 11 Hearing.

20. Upon the Extended Objection Deadline, the Debtor will receive Ringba's expected objection to the Fourth Amended Plan on April 9, 2025 only two days before the April 11 Hearing. If the objection is filed in the evening the Debtor will only have one day to evaluate the objection. This short period of time will not give the Debtor enough time to determine how best to proceed with the Fourth Amended Plan, including whether further amendment could resolve some of the issues and how Ringba's objection needs to be addressed with respect to any other objections filed before the April 11 Hearing.

21. To allow the Debtor time to consider Ringba's expected objection, the Debtor requests that the April 11 Hearing be converted to a telephonic status and scheduling conference.

22. The Administrative Expense Motion and the Modify Motion are set for a status and scheduling conference at the April 23 Hearing.

23. As a matter of judicial efficiency the Debtor proposes that the April 23 Hearing be vacated and reset for the April 11 Hearing. This will allow for all parties to appear at one hearing on all issues. Any discovery, which may overlap, can promptly commence. There is also a need to proceed promptly with the Administrative Expense Motion and the Modify Motion since Cashyew and the O'Hares have been funding and working for the Debtor without any compensation.

24. At a combined telephonic status and scheduling conference, all parties can discuss scheduling for all three matters (A) the Debtor's Fourth Amended SubChapter V Plan, (B) Cashyew Holding, LLC's Application for Administrative Expenses, and (C) the Debtor's Motion to Modify Cash Collateral Order.

25. Ringba, Jeffrey Cohen and Cashwey consent to the Debtor's request. Counsel and the SubV Trustee left each other voicemails but were not able to confer.

WHEREFORE the Debtor respectfully requests that the Court enter an order, a proposed form is filed herewith, converting the April 11, 2025 Hearing to a telephonic status and scheduling conference rescheduling the April 23 Hearing at the same time as the April 11 Hearing and granting

such other relief as the Court deems just.

Dated: March 27, 2025

Respectfully submitted,

By: /s/ Aaron A. Garber

Aaron A. Garber #36099
Hallie S. Cooper #60659
WADSWORTH GARBER WARNER CONRARDY, P.C.
2580 W Main Street, Suite 200
Littleton, CO 80120
Telephone: 303-296-3905
Fax: 303-296-7600
Email: agarber@wgwc-law.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 27, 2025, I served by prepaid first-class mail or ECF a copy of the **MOTION TO (A) CONVERT THE APRIL 11, 2025 CONFIRMATION HEARING TO A TELEPHONIC STATUS AND SCHEDULING CONFERENCE AND (B) RESCHEDULE THE APRIL 23, 2025 PRELIMINARY HEARING FOR APRIL 11, 2025** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Chad S. Caby Chad.Caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com
Peter A. Cal pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen jcohen@cohentrial.com
Jason Cooper jason.cooper@fmglaw.com
John Gray jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes Alan.Motes@usdoj.gov
Reza Rismani reza.rismani@fmglaw.com
Katharine S. Sender ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday rjs@shillidaylaw.com
US Trustee USTPRegion19.DV.ECF@usdoj.gov

*/s/ Nichole Garber*___________
For Wadsworth Garber Warner Conrardy, P.C.