**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

**ORDER (A) CONVERTING APRIL 11, 2025 CONFIRMATION HEARING TO A TELEPHONIC STATUS AND SCHEDULING CONFERENCE AND (B) RESCHEDULING THE APRIL 23, 2025 PRELIMINARY HEARING**

UPON CONSIDERATION of DNC and TCPA List Sanitizer, LLC's Motion to (A) Convert the April 11, 2025 Confirmation Hearing to a Telephonic Status and Scheduling Conference and (B) Reschedule the April 11, 2025 Preliminary Hearing for April 11, 2025, and for good cause shown, the Court does hereby

ORDER

1. The Motion is GRANTED;

2. The Plan confirmation hearing scheduled for April 11, 2025 commencing at 10:00 a.m. shall proceed as a telephonic status and scheduling hearing; and

3. The Preliminary Hearing scheduled for April 23, 2025 at 3:00 p.m. is hereby VACATED and reset for April 11, 2025 commencing at 10:00 a.m.

4. Parties that wish to participate in the telephonic status and scheduling conference shall call 833-435-1820, Meeting ID: 160 632 4304, five minutes before the start of the conference.

Dated March___, 2025.

BY THE COURT

______________________________
Honorable Kimberley H. Tyson
United States Bankruptcy Judge