**Fill in this information to identify the case:**

Debtor Name _DNC and TCPA List Sanitizer_

United States Bankruptcy Court for the: _____ District of _____

Case number: _24-12624-KHT_

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: _Februrary 2025_

Line of business: _TCPA Risk Mitigation_

Date report filed: _3/18/2025_
MM / DD / YYYY

NAISC code: _518210_

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Michael O'Hare_

Original signature of responsible party: _Michael O'Hare_

Printed name of responsible party: _Michael O'Hare_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☑ | ☐ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name __DNC and TCPA List Sanitizer__        Case number __24-12624-KHT__

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ __$503,377.31__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ __$130,195.3__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ __$86,706.13__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ __$43,489.18__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ __$546,866.49__

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ __0__

    *(Exhibit E)*

Debtor Name  DNC and TCPA List Sanitizer                    Case number  24-12624-KHT

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                             $ _____ 0

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    0

27. What is the number of employees as of the date of this monthly report?        0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ $66,519.25

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?      $ 104,542.7

30. How much have you paid this month in other professional fees?                                              $ _____ 0

31. How much have you paid in total other professional fees since filing the case?                            $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 100000 − | $ $130,195.3 = | $ 30000 |
| 33. **Cash disbursements** | $ 60000 − | $ 86,706.13 = | $ 26705.13 |
| 34. **Net cash flow** | $ 40000 − | $ $43,489.18 = | $ 3294.87 |

35. Total projected cash receipts for the next month:                    $ _____ 100000

36. Total projected cash disbursements for the next month:              − $ _____ 60000

37. Total projected net cash flow for the next month:                   = $ _____ 40000

Debtor Name  DNC and TCPA List Sanitizer                          Case number  24-12624-KHT

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print        Save As...        Reset

# EXHIBIT C

| Created date (UTC) | Amount | Description | Fee | Refunded date (UTC) |
|---|---|---|---|---|
| 2/28/2025 22:38 | $99 | TCPA Litigator DNC List - Order 465007 | 3.17 | |
| 2/28/2025 21:01 | $549 | TCPA Litigator DNC List - Order 465005 | 16.22 | |
| 2/28/2025 20:02 | $149 | TCPA Litigator DNC List - Order 465001 | 4.62 | |
| 2/28/2025 19:43 | $225 | TCPA Litigator DNC List - Order 465000 | 6.83 | |
| 2/28/2025 19:43 | $299 | TCPA Litigator DNC List - Order 464999 | 8.97 | |
| 2/28/2025 19:13 | $600 | TCPA Litigator DNC List - Order 464997 | 17.7 | |
| 2/28/2025 18:00 | $199 | TCPA Litigator DNC List - Order 464993 | 9.06 | |
| 2/28/2025 15:46 | $199 | TCPA Litigator DNC List - Order 464990 | 6.07 | |
| 2/28/2025 15:37 | $995 | TCPA Litigator DNC List - Order 464989 | 29.16 | |
| 2/28/2025 15:02 | $249 | TCPA Litigator DNC List - Order 464985 | 7.52 | |
| 2/28/2025 14:38 | $199 | TCPA Litigator DNC List - Order 464984 | 6.07 | |
| 2/28/2025 10:15 | $199 | TCPA Litigator DNC List - Order 464969 | 6.07 | |
| 2/28/2025 0:35 | $199 | TCPA Litigator DNC List - Order 464955 | 6.07 | |
| 2/27/2025 20:08 | $299 | TCPA Litigator DNC List - Order 464954 | 8.97 | |
| 2/27/2025 20:01 | $299 | TCPA Litigator DNC List - Order 464953 | 8.97 | |
| 2/27/2025 17:47 | $299 | TCPA Litigator DNC List - Order 464951 | 8.97 | |
| 2/27/2025 16:49 | $199 | TCPA Litigator DNC List - Order 464941 | 9.06 | |
| 2/27/2025 15:43 | $300 | Invoice 64B84044-0028 | 13.5 | |
| 2/27/2025 15:37 | $199 | TCPA Litigator DNC List - Order 464914 | 9.06 | |
| 2/27/2025 15:11 | $1,000 | TCPA Litigator DNC List - Order 464913 | 44.3 | |
| 2/27/2025 15:09 | $199 | TCPA Litigator DNC List - Order 464912 | 6.07 | |
| 2/27/2025 14:59 | $199 | TCPA Litigator DNC List - Order 464911 | 6.07 | |
| 2/27/2025 0:12 | $299 | TCPA Litigator DNC List - Order 464847 | 8.97 | |
| 2/26/2025 22:10 | $225 | TCPA Litigator DNC List - Order 464842 | 6.83 | |
| 2/26/2025 22:05 | $199 | TCPA Litigator DNC List - Order 464841 | 6.07 | |
| 2/26/2025 17:46 | $549 | TCPA Litigator DNC List - Order 464838 | 24.46 | |
| 2/26/2025 15:21 | $225 | TCPA Litigator DNC List - Order 464836 | 6.83 | |
| 2/26/2025 12:59 | $4,500 | TCPA Litigator DNC List - Order 464793 | 130.8 | |
| 2/26/2025 10:10 | $149 | TCPA Litigator DNC List - Order 464790 | 4.62 | |
| 2/26/2025 9:06 | $750 | TCPA Litigator DNC List - Order 464788 | 22.05 | |
| 2/26/2025 0:19 | $199 | TCPA Litigator DNC List - Order 464784 | 6.07 | |
| 2/25/2025 19:58 | $199 | TCPA Litigator DNC List - Order 464779 | 6.07 | |
| 2/25/2025 18:05 | $199 | TCPA Litigator DNC List - Order 464767 | 6.07 | |
| 2/25/2025 17:09 | $2,100 | TCPA Litigator DNC List - Order 464766 | 61.2 | |
| 2/25/2025 15:37 | $299 | TCPA Litigator DNC List - Order 464764 | 8.97 | |
| 2/25/2025 15:32 | $199 | TCPA Litigator DNC List - Order 464763 | 6.07 | |
| 2/25/2025 14:40 | $1,000 | TCPA Litigator DNC List - Order 464761 | 29.3 | |
| 2/24/2025 23:52 | $99 | TCPA Litigator DNC List - Order 464576 | 3.17 | |
| 2/24/2025 18:00 | $299 | TCPA Litigator DNC List - Order 464525 | 8.97 | |
| 2/24/2025 17:56 | $199 | TCPA Litigator DNC List - Order 464654 | 6.07 | |
| 2/24/2025 17:41 | $299 | TCPA Litigator DNC List - Order 464606 | 8.97 | |
| 2/24/2025 17:33 | $2,750 | TCPA Litigator DNC List - Order 464605 | 80.05 | |
| 2/24/2025 17:20 | $375 | TCPA Litigator DNC List - Order 464604 | 11.18 | |

| | | | |
|---|---|---|---|
| 2/24/2025 15:20 | $199 | TCPA Litigator DNC List - Order 464600 | 6.07 |
| 2/24/2025 15:10 | $299 | TCPA Litigator DNC List - Order 464599 | 8.97 |
| 2/24/2025 15:01 | $299 | TCPA Litigator DNC List - Order 464598 | 13.46 |
| 2/24/2025 13:23 | $299 | TCPA Litigator DNC List - Order 464597 | 13.46 |
| 2/24/2025 0:03 | $199 | TCPA Litigator DNC List - Order 464577 | 6.07 |
| 2/23/2025 22:54 | $299 | TCPA Litigator DNC List - Order 464493 | 8.97 |
| 2/23/2025 20:04 | $799 | TCPA Litigator DNC List - Order 464546 | 23.47 |
| 2/23/2025 17:47 | $99 | TCPA Litigator DNC List - Order 464544 | 3.17 |
| 2/23/2025 17:05 | $199 | TCPA Litigator DNC List - Order 464542 | 6.07 |
| 2/23/2025 16:42 | $499 | TCPA Litigator DNC List - Order 464541 | 14.77 |
| 2/23/2025 16:07 | $299 | TCPA Litigator DNC List - Order 464540 | 8.97 |
| 2/23/2025 0:16 | $3,000 | TCPA Litigator DNC List - Order 464534 | 87.3 |
| 2/22/2025 20:05 | $99 | TCPA Litigator DNC List - Order 464527 | 3.17 |
| 2/22/2025 5:29 | $199 | TCPA Litigator DNC List - Order 464422 | 6.07 |
| 2/21/2025 21:33 | $199 | TCPA Litigator DNC List - Order 464489 | 6.07 |
| 2/21/2025 20:44 | $299 | TCPA Litigator DNC List - Order 464486 | 8.97 |
| 2/21/2025 18:03 | $149 | TCPA Litigator DNC List - Order 464482 | 4.62 |
| 2/21/2025 17:46 | $299 | TCPA Litigator DNC List - Order 464481 | 8.97 |
| 2/21/2025 17:36 | $199 | TCPA Litigator DNC List - Order 464131 | 6.07 |
| 2/21/2025 17:29 | $199 | TCPA Litigator DNC List - Order 464422 | 6.07 |
| 2/21/2025 16:20 | $199 | TCPA Litigator DNC List - Order 464420 | 6.07 |
| 2/21/2025 16:16 | $299 | TCPA Litigator DNC List - Order 464419 | 13.46 |
| 2/21/2025 14:20 | $199 | TCPA Litigator DNC List - Order 464368 | 6.07 |
| 2/21/2025 5:06 | $199 | TCPA Litigator DNC List - Order 464353 | 6.07 |
| 2/21/2025 0:11 | $199 | TCPA Litigator DNC List - Order 464351 | 6.07 |
| 2/20/2025 19:19 | $249 | TCPA Litigator DNC List - Order 464347 | 7.52 |
| 2/20/2025 18:14 | $299 | TCPA Litigator DNC List - Order 464346 | 8.97 |
| 2/20/2025 17:41 | $499 | TCPA Litigator DNC List - Order 464345 | 14.77 |
| 2/20/2025 15:12 | $1,250 | TCPA Litigator DNC List - Order 464340 | 36.55 |
| 2/20/2025 15:03 | $299 | TCPA Litigator DNC List - Order 464339 | 8.97 |
| 2/20/2025 14:29 | $199 | TCPA Litigator DNC List - Order 461971 | 9.06 |
| 2/20/2025 5:52 | $499 | TCPA Litigator DNC List - Order 464323 | 14.77 |
| 2/20/2025 5:31 | $875 | TCPA Litigator DNC List - Order 464322 | 25.68 |
| 2/19/2025 23:19 | $199 | TCPA Litigator DNC List - Order 464314 | 6.07 |
| 2/19/2025 20:33 | $199 | TCPA Litigator DNC List - Order 464305 | 9.06 |
| 2/19/2025 20:27 | $225 | TCPA Litigator DNC List - Order 464304 | 6.83 |
| 2/19/2025 17:58 | $199 | TCPA Litigator DNC List - Order 464302 | 6.07 |
| 2/19/2025 15:45 | $99 | TCPA Litigator DNC List - Order 464300 | 3.17 |
| 2/19/2025 12:05 | $299 | TCPA Litigator DNC List - Order 464298 | 8.97 |
| 2/18/2025 19:11 | $4,500 | TCPA Litigator DNC List - Order 464283 | 130.8 |
| 2/18/2025 19:09 | $299 | TCPA Litigator DNC List - Order 464282 | 8.97 |
| 2/18/2025 17:00 | $299 | TCPA Litigator DNC List - Order 464260 | 8.97 |
| 2/18/2025 16:57 | $199 | TCPA Litigator DNC List - Order 464259 | 6.07 |
| 2/18/2025 8:56 | $249 | TCPA service February 2025 | 7.52 |

| Date | Amount | Description | Fee |
|---|---|---|---|
| 2/18/2025 0:00 | $299 | TCPA Litigator DNC List - Order 464187 | 8.97 |
| 2/17/2025 23:50 | $199 | TCPA Litigator DNC List - Order 464186 | 6.07 |
| 2/17/2025 23:03 | $299 | TCPA Litigator DNC List - Order 464154 | 8.97 |
| 2/17/2025 22:41 | $499 | TCPA Litigator DNC List - Order 464153 | 14.77 |
| 2/17/2025 19:32 | $99 | TCPA Litigator DNC List - Order 464145 | 3.17 |
| 2/17/2025 18:48 | $199 | TCPA Litigator DNC List - Order 464143 | 6.07 |
| 2/17/2025 16:46 | $100 | TCPA Litigator DNC List - Order 464129 | 3.2 |
| 2/17/2025 15:51 | $375 | TCPA Litigator DNC List - Order 464126 | 11.18 |
| 2/17/2025 14:54 | $1,730 | TCPA Litigator DNC List - Order 463387 | 50.47 |
| 2/17/2025 14:27 | $299 | TCPA Litigator DNC List - Order 464073 | 8.97 |
| 2/16/2025 22:43 | $199 | TCPA Litigator DNC List - Order 464015 | 6.07 |
| 2/16/2025 19:16 | $299 | TCPA Litigator DNC List - Order 463997 | 8.97 |
| 2/16/2025 19:16 | $199 | TCPA Litigator DNC List - Order 463996 | 6.07 |
| 2/16/2025 16:59 | $299 | TCPA Litigator DNC List - Order 463403 | 8.97 |
| 2/16/2025 12:38 | $199 | TCPA Litigator DNC List - Order 463397 | 6.07 |
| 2/15/2025 21:54 | $75 | TCPA Litigator DNC List - Order 463386 | 2.48 |
| 2/15/2025 19:23 | $99 | TCPA Litigator DNC List - Order 463385 | 3.17 |
| 2/15/2025 19:08 | $299 | TCPA Litigator DNC List - Order 463384 | 8.97 |
| 2/15/2025 15:06 | $199 | TCPA Litigator DNC List - Order 463381 | 6.07 |
| 2/15/2025 10:36 | $199 | TCPA Litigator DNC List - Order 463377 | 6.07 |
| 2/15/2025 5:13 | $299 | TCPA Litigator DNC List - Order 463374 | 8.97 |
| 2/15/2025 0:20 | $199 | TCPA Litigator DNC List - Order 463372 | 6.07 |
| 2/15/2025 0:03 | $1,000 | TCPA Litigator DNC List - Order 463371 | 29.3 |
| 2/14/2025 23:01 | $99 | TCPA Litigator DNC List - Order 463370 | 3.17 |
| 2/14/2025 18:27 | $199 | TCPA Litigator DNC List - Order 463343 | 6.07 |
| 2/14/2025 15:52 | $1,799 | TCPA Litigator DNC List - Order 463299 | 52.47 |
| 2/14/2025 14:02 | $900 | TCPA Litigator DNC List - Order 463297 | 39.9 |
| 2/14/2025 13:36 | $1,000 | TCPA Litigator DNC List - Order 463296 | 29.3 |
| 2/13/2025 22:45 | $299 | TCPA Litigator DNC List - Order 463264 | 8.97 |
| 2/13/2025 20:52 | $299 | TCPA Litigator DNC List - Order 463261 | 8.97 |
| 2/13/2025 15:48 | $250 | TCPA Litigator DNC List - Order 463246 | 7.55 |
| 2/13/2025 14:09 | $299 | TCPA Litigator DNC List - Order 463230 | 13.46 |
| 2/13/2025 4:53 | $249 | TCPA Litigator DNC List - Order 463219 | 7.52 |
| 2/12/2025 22:40 | $199 | TCPA Litigator DNC List - Order 463105 | 6.07 |
| 2/12/2025 21:42 | $2,870 | Invoice 5A27F778-0001 | 83.53 |
| 2/12/2025 21:09 | $750 | TCPA Litigator DNC List - Order 463086 | 22.05 |
| 2/12/2025 20:42 | $99 | TCPA Litigator DNC List - Order 463079 | 3.17 |
| 2/12/2025 20:05 | $199 | TCPA Litigator DNC List - Order 463071 | 6.07 |
| 2/12/2025 17:33 | $1,799 | TCPA Litigator DNC List - Order 463058 | 79.46 |
| 2/12/2025 16:01 | $799 | TCPA Litigator DNC List - Order 463049 | 23.47 |
| 2/12/2025 14:51 | $199 | TCPA Litigator DNC List - Order 463021 | 6.07 |
| 2/12/2025 13:54 | $1,750 | TCPA Litigator DNC List - Order 463018 | 77.3 |
| 2/12/2025 13:28 | $875 | TCPA Litigator DNC List - Order 463017 | 25.68 |
| 2/12/2025 0:09 | $3,000 | TCPA Litigator DNC List - Order 462950 | 87.3 |

| | | | |
|---|---|---|---|
| 2/11/2025 21:34 | $99 | TCPA Litigator DNC List - Order 462939 | 3.17 |
| 2/11/2025 21:01 | $100 | TCPA Litigator DNC List - Order 462927 | 3.2 |
| 2/11/2025 18:35 | $149 | TCPA Litigator DNC List - Order 462920 | 4.62 |
| 2/11/2025 15:11 | $249 | TCPA Litigator DNC List - Order 462885 | 7.52 |
| 2/11/2025 14:08 | $299 | TCPA Litigator DNC List - Order 462883 | 8.97 |
| 2/11/2025 13:47 | $299 | TCPA Litigator DNC List - Order 462882 | 8.97 |
| 2/11/2025 12:25 | $2,500 | TCPA Litigator DNC List - Order 462881 | 72.8 |
| 2/10/2025 23:18 | $299 | TCPA Litigator DNC List - Order 462770 | 13.46 |
| 2/10/2025 23:10 | $299 | TCPA Litigator DNC List - Order 462769 | 8.97 |
| 2/10/2025 21:55 | $199 | TCPA Litigator DNC List - Order 462767 | 6.07 |
| 2/10/2025 20:12 | $299 | TCPA Litigator DNC List - Order 462642 | 8.97 |
| 2/10/2025 19:58 | $199 | TCPA Litigator DNC List - Order 462641 | 6.07 |
| 2/10/2025 19:21 | $199 | TCPA Litigator DNC List - Order 462640 | 6.07 |
| 2/10/2025 18:36 | $199 | TCPA Litigator DNC List - Order 462256 | 9.06 |
| 2/10/2025 18:31 | $799 | TCPA Litigator DNC List - Order 462637 | 23.47 |
| 2/10/2025 15:39 | $300 | TCPA Litigator DNC List - Order 462542 | 13.5 |
| 2/10/2025 2:09 | $199 | TCPA Litigator DNC List - Order 462573 | 6.07 |
| 2/9/2025 21:38 | $299 | TCPA Litigator DNC List - Order 462570 | 8.97 |
| 2/9/2025 19:30 | $199 | TCPA Litigator DNC List - Order 462560 | 6.07 |
| 2/9/2025 16:58 | $299 | TCPA Litigator DNC List - Order 462543 | 8.97 |
| 2/9/2025 14:11 | $299 | TCPA Litigator DNC List - Order 462530 | 8.97 |
| 2/9/2025 13:46 | $299 | TCPA Litigator DNC List - Order 462164 | 13.46 |
| 2/9/2025 0:10 | $2,249 | TCPA Litigator DNC List - Order 462522 | 65.52 |
| 2/8/2025 22:57 | $199 | TCPA Litigator DNC List - Order 462521 | 6.07 |
| 2/8/2025 17:12 | $199 | TCPA Litigator DNC List - Order 462258 | 6.07 |
| 2/8/2025 17:00 | $149 | TCPA Litigator DNC List - Order 462257 | 4.62 |
| 2/8/2025 16:22 | $149 | TCPA Litigator DNC List - Order 462255 | 4.62 |
| 2/8/2025 12:58 | $99 | TCPA Litigator DNC List - Order 462248 | 3.17 |
| 2/8/2025 0:12 | $2,500 | TCPA Litigator DNC List - Order 462166 | 72.8 |
| 2/7/2025 22:34 | $1,701 | TCPA service January 2025 | 49.63 |
| 2/7/2025 21:18 | $199 | TCPA Litigator DNC List - Order 462144 | 6.07 |
| 2/7/2025 20:58 | $299 | TCPA Litigator DNC List - Order 462143 | 8.97 |
| 2/7/2025 16:11 | $199 | TCPA Litigator DNC List - Order 462070 | 9.06 |
| 2/7/2025 15:00 | $149 | TCPA Litigator DNC List - Order 462084 | 4.62 |
| 2/7/2025 14:35 | $100 | TCPA Litigator DNC List - Order 462083 | 3.2 |
| 2/7/2025 14:33 | $299 | TCPA Litigator DNC List - Order 462073 | 8.97 |
| 2/7/2025 6:49 | $149 | TCPA Litigator DNC List - Order 462044 | 6.86 |
| 2/7/2025 1:07 | $299 | TCPA Litigator DNC List - Order 462043 | 8.97 |
| 2/7/2025 0:09 | $299 | TCPA Litigator DNC List - Order 461965 | 8.97 |
| 2/6/2025 23:28 | $199 | TCPA Litigator DNC List - Order 462016 | 6.07 |
| 2/6/2025 23:12 | $199 | TCPA Litigator DNC List - Order 462015 | 6.07 |
| 2/6/2025 22:21 | $199 | TCPA Litigator DNC List - Order 462013 | 6.07 |
| 2/6/2025 22:10 | $99 | TCPA Litigator DNC List - Order 462012 | 3.17 |
| 2/6/2025 19:26 | $374 | TCPA Litigator DNC List - Order 427953 | 16.77 |

| Date/Time | Amount | Description | Value |
|---|---|---|---|
| 2/6/2025 19:16 | $199 | TCPA Litigator DNC List - Order 461991 | 6.07 |
| 2/6/2025 18:53 | $249 | TCPA Litigator DNC List - Order 461988 | 11.26 |
| 2/6/2025 18:36 | $199 | TCPA Litigator DNC List - Order 461987 | 6.07 |
| 2/6/2025 18:02 | $500 | TCPA Litigator DNC List - Order 461976 | 14.8 |
| 2/6/2025 15:13 | $199 | TCPA Litigator DNC List - Order 461962 | 6.07 |
| 2/6/2025 13:45 | $299 | TCPA Litigator DNC List - Order 461970 | 8.97 |
| 2/6/2025 13:07 | $1 | TCPA Litigator DNC List - Order 461966 | 0.34 |
| 2/6/2025 12:59 | $1,799 | TCPA Litigator DNC List - Order 461969 | 52.47 |
| 2/6/2025 3:31 | $2,100 | TCPA Litigator DNC List - Order 461931 | 61.2 |
| 2/6/2025 0:33 | $299 | TCPA Litigator DNC List - Order 461928 | 8.97 |
| 2/6/2025 0:01 | $399 | TCPA Litigator DNC List - Order 461927 | 17.86 |
| 2/5/2025 22:57 | $4,191 | TCPA Litigator DNC List - Order 461918 | 121.84 |
| 2/5/2025 21:02 | $249 | TCPA Litigator DNC List - Order 461873 | 7.52 |
| 2/5/2025 19:12 | $100 | TCPA Litigator DNC List - Order 461866 | 3.2 |
| 2/5/2025 16:32 | $225 | TCPA Litigator DNC List - Order 461693 | 6.83 |
| 2/5/2025 16:27 | $299 | TCPA Litigator DNC List - Order 461692 | 8.97 |
| 2/5/2025 14:52 | $499 | TCPA Litigator DNC List - Order 461668 | 14.77 |
| 2/5/2025 14:07 | $2,500 | TCPA Litigator DNC List - Order 461611 | 72.8 |
| 2/5/2025 3:24 | $199 | TCPA Litigator DNC List - Order 461633 | 6.07 |
| 2/4/2025 23:17 | $299 | TCPA Litigator DNC List - Order 461604 | 8.97 |
| 2/4/2025 21:17 | $299 | TCPA Litigator DNC List - Order 461603 | 8.97 |
| 2/4/2025 18:26 | $149 | TCPA Litigator DNC List - Order 461573 | 4.62 |
| 2/4/2025 18:01 | $299 | TCPA Litigator DNC List - Order 461169 | 13.46 |
| 2/4/2025 15:09 | $2,750 | TCPA Litigator DNC List - Order 461516 | 80.05 |
| 2/4/2025 15:05 | $1,000 | TCPA Litigator DNC List - Order 461515 | 29.3 |
| 2/4/2025 13:52 | $80 | TCPA Litigator DNC List - Order 461514 | 2.62 |
| 2/3/2025 21:56 | $199 | TCPA Litigator DNC List - Order 461472 | 6.07 |
| 2/3/2025 20:55 | $600 | TCPA Litigator DNC List - Order 461456 | 26.7 |
| 2/3/2025 19:23 | $299 | TCPA Litigator DNC List - Order 461415 | 8.97 |
| 2/3/2025 18:43 | $100 | TCPA Litigator DNC List - Order 461414 | 3.2 |
| 2/3/2025 17:11 | $199 | TCPA Litigator DNC List - Order 461389 | 6.07 |
| 2/3/2025 17:02 | $499 | TCPA Litigator DNC List - Order 461388 | 22.26 |
| 2/3/2025 16:49 | $250 | TCPA Litigator DNC List - Order 461387 | 7.55 |
| 2/3/2025 16:11 | $199 | TCPA Litigator DNC List - Order 461386 | 6.07 |
| 2/3/2025 15:14 | $549 | TCPA Litigator DNC List - Order 461359 | 16.22 |
| 2/3/2025 15:00 | $199 | TCPA Litigator DNC List - Order 461065 | 9.06 |
| 2/2/2025 22:25 | $299 | TCPA Litigator DNC List - Order 461320 | 8.97 |
| 2/2/2025 21:36 | $99 | TCPA Litigator DNC List - Order 461295 | 3.17 |
| 2/2/2025 20:34 | $549 | TCPA Litigator DNC List - Order 461293 | 16.22 |
| 2/2/2025 20:26 | $199 | TCPA Litigator DNC List - Order 461292 | 9.06 |
| 2/2/2025 19:30 | $199 | TCPA Litigator DNC List - Order 461285 | 6.07 |
| 2/2/2025 19:06 | $2,499 | TCPA Litigator DNC List - Order 461284 | 72.77 |
| 2/2/2025 17:54 | $3,250 | TCPA service January 2025 | 94.55 |
| 2/2/2025 15:24 | $199 | TCPA Litigator DNC List - Order 461020 | 6.07 |

| | | | |
|---|---|---|---|
| 2/1/2025 21:49 | $0 | TCPA Litigator DNC List - Order 460968 | 23.47 |
| 2/1/2025 12:08 | $2,500 | TCPA Litigator DNC List - Order 460960 | 72.8 |
| 2/1/2025 12:06 | $750 | TCPA Litigator DNC List - Order 460959 | 22.05 |
| 2/17/2025 16:44 | $299 | TCPA Litigator DNC List - Order 464127 | 8.97 |
| 2/5/2025 1:16 | $99 | TCPA Litigator DNC List - Order 20440 | 3.17 |
| 2/2/2025 9:50 | $799 | TCPA Litigator DNC List - Order 460968 | 23.47 |

| Date | Type | Gross | Fee |
|------|------|-------|-----|
| 2/2/2025 | Subscription Payment | $ 199.00 | $ (7.44) |
| 2/3/2025 | Subscription Payment | $ 199.00 | $ (7.44) |
| 2/4/2025 | General Payment | $ 500.00 | $ (14.95) |
| 2/5/2025 | Subscription Payment | $ 299.00 | $ (10.93) |
| 2/5/2025 | General Payment | $ 2,500.00 | $ (74.75) |
| 2/6/2025 | Subscription Payment | $ 299.00 | $ (10.93) |
| 2/6/2025 | Subscription Payment | $ 99.00 | $ (3.95) |
| 2/6/2025 | Subscription Payment | $ 199.00 | $ (10.42) |
| 2/9/2025 | Subscription Payment | $ 199.00 | $ (7.44) |
| 2/10/2025 | Subscription Payment | $ 199.00 | $ (7.44) |
| 2/10/2025 | Subscription Payment | $ 299.00 | $ (10.93) |
| 2/11/2025 | General Payment | $ 1,000.00 | $ (29.90) |
| 2/16/2025 | Subscription Payment | $ 299.00 | $ (10.93) |
| 2/20/2025 | Subscription Payment | $ 299.00 | $ (10.93) |
| 2/21/2025 | Website Payment | $ 225.00 | $ (8.34) |
| 2/22/2025 | Subscription Payment | $ 199.00 | $ (7.44) |
| 2/24/2025 | Website Payment | $ 799.00 | $ (28.38) |
| 2/27/2025 | General Payment | $ 300.00 | $ (8.97) |
| 2/27/2025 | Subscription Payment | $ 299.00 | $ (10.93) |
| 2/28/2025 | Subscription Payment | $ 299.00 | $ (10.93) |
| 2/28/2025 | Subscription Payment | $ 199.00 | $ (7.44) |
| 2/28/2025 | Subscription Payment | $ 199.00 | $ (7.44) |
| 2/28/2025 | Website Payment | $ 225.00 | $ (8.34) |
| 2/28/2025 | Website Payment | $ 225.00 | $ (8.34) |

# Merchant Statement

Page 1 of 2

HAVE A QUESTION?
OPEN A DASHBOARD TICKET UNDER SUPPORT
OR CALL (800) 464-9777

| | | |
|---|---|---|
| Processing Month: | 02-25 | 5546 |
| Association Number: | 061537 | |
| Merchant Number: | xxxx30119760398 | |
| Routing Number: | xxxxx6994 | |
| Deposit Account Number: | xxx0627 | |



DNC AND TCPA LIST SANITIZER
MICHAEL O'HARE
985 PICO PT
COLORADO SPRINGS CO 80905-7380

Amount Deducted:
$ 51.04

## Plan Summary

| Plan Code | Number of Sales | Amount of Sales | Number of Credits | Amount of Credits | Net Sales | Average Ticket | Disc P/I | Disc % | Discount Due |
|---|---|---|---|---|---|---|---|---|---|
| VS | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| VD | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| VB | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| MC | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| MD | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| MB | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| JC | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| AM | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| DS | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| DD | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| DZ | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| DJ | 00 | .00 | 00 | .00 | .00 | .00 | | 0.5000 | .00 |
| DB | 00 | .00 | 00 | .00 | .00 | .00 | 0.35000 | 0.8500 | .00 |
| ** | **00** | **.00** | **00** | **.00** | **.00** | **.00** | | | **.00** |

## Fees

| Count | Amount | Rate % | Rate Per Item | Description | Fees Paid | Total |
|---|---|---|---|---|---|---|
| **AUTHORIZATION FEES:** | | | | | | |
| 06 | | | 0.10000 | Authorization Fee - V/MC/D | .00 | .60 |
| | | | | Total Authorization Fees: | | .60 |
| **CARD BRAND FEES:** | | | | | | |
| 06 | | | 0.00500 | DS Address Verification Service Fee | .00 | .03 |
| 06 | | | 0.01900 | DS Network Authorization Fee | .00 | .11 |
| | | | | Total Card Brand Fees: | | .14 |
| **OTHER FEES:** | | | | | | |
| | | | 5.00000 | Monthly Fee | .00 | 5.00 |
| | | | 25.00000 | Non-Receipt of PCI Compliance | .00 | 25.00 |
| | | | 5.00000 | PCI Program | .00 | 5.00 |
| 01 | | | 15.00000 | Website Monitoring Fee | .00 | 15.00 |
| 06 | | | 0.05000 | AVS Transaction Fee | .00 | .30 |
| | | | | Total Other Fees: | | 50.30 |
| | | | | **Total Fees Due:** | | **51.04** |

| | |
|---|---|
| Fees Due | 51.04 |
| Amount Deducted | 51.04 |

PLAN CODES
VS -VISA                    MC -MASTERCARD              DS -DISCOVER             JC -JCB               T -ALL PLANS
VL -VISA LARGE TICKET       ML -MASTERCARD LARGE TICKET DD -DISCOVER DEBIT       AM -AMERICAN EXPRESS  1 -PLAN ONE
VD -VISA DEBIT             MD -MASTERCARD DEBIT        DZ -DISCOVER BUSINESS    DB -DEBIT             2 -PLAN TWO
VB -VISA BUSINESS          MB -MASTERCARD BUSINESS     DJ -DISCOVER JCB         EC -ELECTRONIC CHECK  3 -PLAN THREE
V$ -VISA CASH ADVANCE      M$ -MASTERCARD CASH ADVANCE D$ -DISCOVER CASH ADV    EB -EBT               PP -PAYPAL

TRANSACTION CODES
D -DEPOSIT
C -CHARGEBACK
A -ADJUSTMENT
B -CHARGEBACK REVERSAL

# EXHIBIT D

| Date | Type | Gross |
|------|------|-------|
| 2/2/2025 | General Payment | $ (3,023.50) |
| 2/13/2025 | Express Checkout Payment | $   (500.00) |
| 2/14/2025 | PreApproved Payment Bill User Payment | $     (29.00) |
| 2/26/2025 | Express Checkout Payment | $ (1,000.00) |

# Integrity
## BANK & TRUST

**1275 Village Ridge Point**
**Monument, CO 80132**

0000905

0278iBTMC

3053C00X.001

NNNNNN

Mail&ndE 100

| | | |
|---|---|---|
| *Managing Your Accounts* | | |
| PHONE: | (719) 487-3034 | |
| ADDRESS: | 13475 VOYAGER PKWY | |
| | COLORADO SPRINGS CO 80921 | |
| TOLL FREE: | 877-677-2265 | |
| TELEBANK: | 877-317-2265 | |
| ONLINE: | www.IntegrityBankAndTrust.com | |

```
896 1 AV 0.540  *0000905   S3
DNC AND TCPA LIST SANITIZER
CASE #24-12624-KHT
DEBTOR IN POSSESSION
405 CHERRY HILLS WAY
COLORADO SPRINGS CO 80921-2667
```

| Statement Date: | **02/28/2025** | Enclosures: | **(3)** | | Account No.: | Page: **1** |
|---|---|---|---|---|---|---|
| | | | | | **XXXXXXXXX627** | |

| This Statement Cycle Reflects 28 Days |
|---|

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| XXXXXXXXX627 | | INTEGRITY BUSINESS | Deposit | 546,866.49 |

| Your Total Deposits = 546,866.49 And Your Total Loans = 0.00 |
|---|

### INTEGRITY BUSINESS SUMMARY
**Type: REG  Status: Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From  01/31/25 | | 503,377.31 |
| Debits | 3 | 21,519.25 |
| Automatic Withdrawals | 26 | 65,186.88 |
| Automatic Deposits | 31 | 130,195.31+ |
| Ending Balance On  02/28/25 | | 546,866.49 |

| | Average Balance (Ledger) | 541,995.83+ |
|---|---|---|

## STATEMENT PERIOD ACTIVITY

| Date | Check/Description | | Amount | Balance |
|---|---|---|---|---|
| 02/03/25 | PAYPAL TRANSFER | | 191.56 | 503,568.87 |
| 02/03/25 | STRIPE TRANSFER | | 2,043.61 | 505,612.48 |
| 02/03/25 | | MERCH FEES | 93.59- | 505,518.89 |
| 02/03/25 | STARLINK INTERNE STARLINK I | | 120.00- | 505,398.89 |
| 02/03/25 | WISE INC WISE | | 1,503.75- | 503,895.14 |
| 02/03/25 | PAYPAL INST XFER | | 3,023.50- | 500,871.64 |
| 02/04/25 | STRIPE TRANSFER | | 3,231.76 | 504,103.40 |
| 02/04/25 | WISE US INC WISE | | 900.00- | 503,203.40 |
| 02/05/25 | PAYPAL TRANSFER | | 676.61 | 503,880.01 |
| 02/05/25 | STRIPE TRANSFER | | 13,963.86 | 517,843.87 |
| 02/05/25 | | MT ISA 00  00  01 006930416ISO ZZ | 2,030.20- | 515,813.67 |
| | ISOWESTPB 250204 103 | | | |
| 02/06/25 | PAYPAL TRANSFER | | 288.07 | 516,101.74 |
| 02/06/25 | PAYPAL TRANSFER | | 2,425.25 | 518,526.99 |
| 02/06/25 | | PAYABLES INV-010220  450 | 4,500.00 | 523,026.99 |
| 02/06/25 | STRIPE TRANSFER | | 4,727.13 | 527,754.12 |
| 02/06/25 | GATEWAY SERVICES WEBPAYMENT | | 19.24- | 527,734.88 |
| 02/07/25 | PAYPAL TRANSFER | | 571.70 | 528,306.58 |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT, AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. We will tell you the results of our investigation within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. An account is considered new for 30 days after the first deposit is made, if you are a new customer. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, point-of-sale or foreign initiated transfer) to investigate your complaint or question. If we decide to do this we will re-credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If we ask you to put your complaint or questions in writing and we do not receive it within 10 business days, we may not re-credit your account.

If we decide that there was no error, we will send you a written explanation within three business days after we finish our investigation. You may ask for copies of the documents used in our investigation.

### THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

**YOUR BALANCE** $ _____
SHOWN ON THIS
STATEMENT
**ADD +** (IF ANY) $ _____
DEPOSITS NOT SHOWN
ON THIS STATEMENT

**TOTAL** $ _____

**SUBTRACT -** (IF ANY) $ _____
CHECKS
OUTSTANDING
**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
|---|---|
| NO. | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**
If no error is reported within 60 days, the account will be considered correct.
**PLEASE NOTIFY US IN WRITING OF CHANGE OF ADDRESS.**

**Check 21 Notification:** If you request the return of your original checks you may receive a "Substitute Check" in response. The Substitute Check is the legal equivalent of an original check and you have rights that apply when you believe, in good faith, that a Substitute Check was not properly charged to your account. Call the number on the front of this statement to request a Check 21 disclosure.

EQUAL HOUSING LENDER **Member FDIC**

| | | | |
|---|---|---|---|
| Statement Date: | **02/28/2025** Enclosures: **(3)** | Account No.: **XXXXXXXXX627** | Page: **3** |

## STATEMENT PERIOD ACTIVITY (continued)

| Date | Check/Description | Amount | Balance |
|---|---|---|---|
| 02/07/25 | STRIPE TRANSFER | 8,016.39 | 536,322.97 |
| 02/10/25 | STRIPE TRANSFER | 7,080.04 | 543,403.01 |
| 02/10/25 | UPWORK ESCROW IN EDI PYMNTS | 309.00- | 543,094.01 |
| 02/10/25 | CHK#185 | 10,000.00- | 533,094.01 |
| 02/11/25 | PAYPAL TRANSFER | 288.07 | 533,382.08 |
| 02/11/25 | PAYPAL TRANSFER | 383.12 | 533,765.20 |
| 02/11/25 | STRIPE TRANSFER | 3,577.42 | 537,342.62 |
| 02/11/25 | UPWORK ESCROW IN EDI PYMNTS | 919.00- | 536,423.53 |
| 02/12/25 | PAYPAL TRANSFER | 970.10 | 537,393.63 |
| 02/12/25 | STRIPE TRANSFER | 9,618.66 | 547,012.29 |
| 02/13/25 | STRIPE TRANSFER | 3,585.45 | 550,597.74 |
| 02/13/25 | CHK#186 | 5,000.00- | 545,597.74 |
| 02/14/25 | WIRE TRANSFER FROM | 1,500.00 | 547,097.74 |
| 02/14/25 | STRIPE TRANSFER | 12,118.63 | 559,216.37 |
| 02/14/25 | WISE US INC WISE | 300.75- | 558,915.62 |
| 02/14/25 | WISE US INC WISE | 450.00- | 558,465.62 |
| 02/14/25 | PAYPAL INST XFER | 500.00- | 557,965.62 |
| 02/14/25 | WISE US INC WISE | 2,000.00- | 555,965.62 |
| 02/18/25 | STRIPE TRANSFER | 1,348.45 | 557,314.07 |
| 02/18/25 | PAYPAL INST XFER | 29.00- | 557,285.07 |
| 02/18/25 | WISE US INC WISE | 250.00- | 557,035.07 |
| 02/19/25 | STRIPE TRANSFER | 3,865.87 | 560,900.94 |
| 02/19/25 | UPWORK ESCROW IN EDI PYMNTS | 925.27- | 559,975.67 |
| 02/20/25 | STRIPE TRANSFER | 12,807.25 | 572,782.92 |
| 02/21/25 | STRIPE TRANSFER | 1,179.57 | 573,962.49 |
| 02/24/25 | STRIPE TRANSFER | 4,041.93 | 578,004.42 |
| 02/24/25 | SPECIALTY ANSWER BILL.COM Specialty Answering Service - Inv #13726454 | 55.62- | 577,948.80 |
| 02/24/25 | PAYPAL INST XFER | 420.00- | 577,528.80 |
| 02/24/25 | WADSWORTH GARBER J2442 OOFF TRN 1 CZ10000CMLPCC RMR IK WADSWORTH GARBER WARNER | 10,000.00- | 567,528.80 |
| 02/24/25 | WADSWORTH GARBER J2442 OOFF TRN 1 CZ10000CMLPSC RMR IK WADSWORTH GARBER WARNER | 10,000.00- | 557,528.80 |
| 02/24/25 | WADSWORTH GARBER J2442 OOFF TRN 1 CZ10000CMQ76C RMR IK WADSWORTH GARBER WARNER | 10,000.00- | 547,528.80 |
| 02/24/25 | WADSWORTH GARBER J2442 OOFF TRN 1 CZ10000CMQ78C RMR IK WADSWORTH GARBER WARNER | 10,000.00- | 537,528.80 |
| 02/25/25 | STRIPE TRANSFER | 2,360.39 | 539,889.19 |
| 02/25/25 | PAXTON.AI PAXTON.AI | 199.00- | 539,690.19 |
| 02/26/25 | STRIPE TRANSFER | 10,672.33 | 550,362.52 |
| 02/27/25 | WIRE TRANSFER FROM | 2,240.00 | 552,602.52 |
| 02/27/25 | PAYPAL TRANSFER | 1,754.98 | 554,357.50 |
| 02/27/25 | STRIPE TRANSFER | 3,578.96 | 557,936.46 |
| 02/27/25 | PAYPAL INST XFER | 1,000.00- | 556,936.46 |
| 02/27/25 | CHK#187 | 6,519.25- | 550,417.21 |
| 02/27/25 | WADSWORTH GARBER J2446 OOFF TRN 1 CZ10000CQFHMC RMR IK WADSWORTH GARBER WARNER | 10,000.00- | 540,417.21 |
| 02/28/25 | STRIPE TRANSFER | 6,588.15 | 547,005.36 |
| 02/28/25 | SLACK T03UM1UF3P SLACK T03U | 138.87- | 546,866.49 |

## CHECKS AND OTHER DEBITS

*indicates a gap in the check numbers*

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/10/25 | 185 | 10,000.00 | 02/13/25 | 186 | 5,000.00 | 02/27/25 | 187 | 6,519.25 |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 01/31/25 was 503,377.31

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/03/25 | 500,871.64 | 02/05/25 | 515,813.67 | 02/07/25 | 536,322.97 |
| 02/04/25 | 503,203.40 | 02/06/25 | 527,734.88 | 02/10/25 | 533,094.01 |

**Continued**

0000905    02781BTWC    3055COOX.001    26FDP    NNNNNN    MailAndE 100

Statement Date:   **02/28/2025**   Enclosures:   **(3)**                    Account No.:   Page:  **4**
XXXXXXXXX627

## *DAILY BALANCE SUMMARY* (continued)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 02/11/25 | 536,423.53 | 02/19/25 | 559,975.67 | 02/25/25 | 539,690.19 |
| 02/12/25 | 547,012.29 | 02/20/25 | 572,782.92 | 02/26/25 | 550,362.52 |
| 02/13/25 | 545,597.74 | 02/21/25 | 573,962.49 | 02/27/25 | 540,417.21 |
| 02/14/25 | 555,965.62 | 02/24/25 | 537,528.80 | 02/28/25 | 546,866.49 |
| 02/18/25 | 557,035.07 | | | | |

| **Direct Inquiries About Electronic Entries To:** |
|---|
| Phone: (719) 484-0077 |

0000905

0278IBTMC

3056C0OX.001

26FDP

**Continued**

**Check 185**

DNC AND TCPA LIST SANITIZER
CASE #24-12624-KHT
DEBTOR IN POSSESSION
985 PICO PT
COLORADO SPRINGS CO 80905-7380

185
82-699/1070

Date 2/03/2025

Pay to the Order of: Allen Vellone Wolf Helfrich & Factor PC    $ 10,000.00

Ten Thousand Dollars & zero cents    Dollars

Integrity BANK & TRUST

⑆107006994⑆ ⑈170627⑈ 0185

Number: 185  Date: 2/10/2025  Amount: $10000.00

**Check 186**

DNC AND TCPA LIST SANITIZER
CASE #24-12624-KHT
DEBTOR IN POSSESSION
985 PICO PT
COLORADO SPRINGS CO 80905-7380

186
82-699/1070

FEB 12 2025
Date 2/03/2025
Received in PES
Westerville, Ohio

Pay to the Order of: Chase Bank    $ 5,000.00

Five Thousand Dollars    Dollars

Integrity BANK & TRUST

0045257364l001
Loan Payment

⑆107006994⑆ ⑈170627⑈ 0186

Number: 186  Date: 2/13/2025  Amount: $5000.00

**Check 187**

DNC AND TCPA LIST SANITIZER
CASE #24-12624-KHT
DEBTOR IN POSSESSION
985 PICO PT
COLORADO SPRINGS CO 80905-7380

187
82-699/1070

PBM 3032439
2/10/25

Pay to the Order of: SL Biggs    $ 6,519.25

Six Thousand Five Hundred Nineteen 25/100    Dollars

Integrity BANK & TRUST

Balance

⑆107006994⑆ ⑈170627⑈ 0187

Number: 187  Date: 2/27/2025  Amount: $6519.25

0000905   0278IBTMC   3057COOX.001   26FDP   NNNNNN   MailAndE 100

DNC and TCPA Sanitizer, LLC

Profit and Loss

Basis: Cash

01 Feb 2025 To 28 Feb 2025

| Account | Total |
|---|---|
| **Operating Income** | |
| Sales | $130,195.31 |
| Total for Operating Income | $130,195.31 |
| | |
| **Cost of Goods Sold** | |
| Total for Cost of Goods Sold | 0 |
| | |
| Gross Profit | $130,195.31 |
| | |
| **Bankruptcy Expenses** | |
| | |
| Trustee | **$50,000.00** |
| Legal | $10,000.00 |
| Accounting | **$6,519.25** |
| | |
| Total Bankruptcy Expenses | $66,519.25 |
| | |
| Adjusted Gross Profit | $63,676.06 |
| | |
| **Operating Expense** | |
| | |
| Accountant | $525.84 |
| Advertising And Marketing | $2,268.95 |
| Merchant & Bank Fees | $199.60 |
| IT and Internet Expenses | $305.25 |
| Legal | $987.25 |
| Litigators Research | $5,196.64 |
| Sales People and Commissions | $2,275.73 |
| Telecommunication Expense | $267.89 |
| VOIP | $867.58 |
| Web Site Development | $2,292.16 |
| Total for Operating Expense | $15,186.88 |

Operating Profit

| | |
|---|---|
| Non Operating Income | 0 |
| Total for Non Operating Income | 0 |
| | |
| Non Operating Expense | 0 |
| Total for Non Operating Expense | 0 |
| | |
| Net Profit/Loss | $48,489.18 |
| | |
| Cash Flow From Operations | $48,489.18 |
| Less: Chase Payment | $5,000.00 |
| | |
| Free Cash Flow | $43,489.18 |