**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

**STIPULATED MOTION TO EXTEND THE DEADLINE FOR FILING OBJECTIONS TO THE FOURTH AMENDED SUB-CHAPTER V REORGANIZATION PLAN**

Debtor DNC and TCPA List Sanitizer, LLC ("Debtor"), and Creditor Cohen, LLC, hereby submit this Stipulated Motion to Extend the Deadline for Filing Objections to the Plan and states as follows:

**BACKGROUND**

1.1. On May 16, 2024, Debtor filed its voluntary petition for relief under Chapter 11, Subchapter V, of the United States Bankruptcy Code.

1.2. Debtor's Fourth Amended Sub-Chapter V Plan of Reorganization (the "Plan") was filed on February 26, 2025.

1.3. The current deadline for filing objections to the Plan ("Objection Deadline") was previously set by the Court for April 2, 2025.

1.4. The Confirmation Hearing on the Fourth Amended Sub-Chapter V Plan of Reorganization has been rescheduled for late April.

**STIPULATION TO EXTEND OBJECTION DEADLINE**

2.1. To allow sufficient time for parties in interest to review and, if necessary, to object or otherwise respond to the Plan, the Debtor, in consultation and agreement with the Subchapter V Trustee (and any other necessary parties, as applicable), seeks to extend the Objection Deadline to **April 9, 2025**.

2.2. The undersigned parties believe that good cause exists for the requested extension, and that granting this request will further the efficient administration of this case and avoid unnecessary motion practice related to last-minute objections.

2.3. Because the Confirmation Hearing has not yet been held, no party will be prejudiced by an extension to the deadline.

**RELIEF REQUESTED**

WHEREFORE, Debtor DNC and TCPA List Sanitizer, LLC respectfully requests that this Court enter an order:

1. Granting this Stipulated Motion;
2. Extending the deadline to file objections to the Plan through and including **April 9, 2025**; and
3. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 1st day of April 2025.

**COHEN LLC**

By: /s/ *Jeffrey Cohen*
Jeffrey Cohen, #10876
Donovan Estrada, #59289
1600 Broadway, Suite 1660
Denver, CO 80202
Phone: (303) 524-3636
Email: jcohen@cohentrial.com
***Attorney for Cohen LLC as Creditor***