**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| *In re:* ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER LLC ) | Case No. 24-12624-KHT |
| TAX ID / EIN: 83-3868704 ) | Chapter 11, Subchapter V |
| ) | |
| *Debtor.* ) | |

**SUBCHAPTER V TRUSTEE'S JOINDER TO UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S FOURTH AMENDED SUB-CHAPTER V PLAN OF REORGANIZATION DATED FEBRUARY 26, 2025**

Joli A. Lofstedt, the Subchapter V trustee ("*Trustee*"), hereby joins in the objection filed by the United States Trustee filed at Docket No. 345 to Debtor's Fourth Amended Sub-Chapter V Plan of Reorganization Dated February 26, 2025 filed at Docket No. 316 (the "*Plan*").

Dated:  April 2, 2025.                    */s/ Joli A. Lofstedt*
Joli A. Lofstedt, Subchapter V Trustee
P.O. Box 270561
Louisville, CO 80027
Ph: (303) 476-6915 / Fx: (303) 604-2964
joli@jaltrustee.com

1