**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

**ORDER GRANTING THE STIPULATED MOTION TO EXTEND THE DEADLINE FOR FILING OBJECTIONS TO THE FOURTH AMENDED SUB-CHAPTER V REORGANIZATION PLAN AND JOINDER FILED BY GLEGAL, LLC.**

THIS MATTER, having come before the Court upon the Stipulated Motion to Extend the Deadline for Filing Objections to the Fourth Amended Sub-Chapter V Reorganization Plan filed by Debtor DNC and TCPA List Sanitizer, LLC and Creditor Cohen, LLC (the "Motion") (Docket No. 347), as well as the Joinder to the Stipulated Motion filed by GLEGAL, LLC. (Docket No. 344). The Court having reviewed the Motion, being fully advised in the premises, and finding good cause therefor,

HEREBY ORDERS:

1. The Motion is GRANTED.

2. The deadline for filing objections to the Debtor's Fourth Amended Sub-Chapter V Plan of Reorganization is extended through and including **April 9, 2025** for Creditor Cohen, LLC. and GLEGAL, LLC.

DONE AND ORDERED this 3rd day of April, 2025.

By the Court:

_Kimberley H Th_____
United States Bankruptcy Judge