UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |
| | ) | |

**NOTICE OF MOTION TO EXTEND AUTOMATIC STAY TO MICHAEL O'HARE IN HIS REPRESENTATIVE CAPACITY FOR THE DEBTOR**

**OBJECTION DEADLINE: APRIL 17, 2025**

TO ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that DNC and TCPA List Sanitizer, LLC (the "Debtor") and Michael O'Hare, through their respective counsel, has filed a Motion to Extend Automatic Stay to Michael O'Hare in his Representative Capacity for the Debtor and requests the following relief: To extend the automatic stay to Michael O'Hare in his representative capacity for the Debtor in certain litigation that could result in Mr. O'Hare obtaining an indemnification claim against the Debtor.

A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 - 19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below and must state clearly all objections and any legal basis for the objections.   The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: April 3, 2025                              Respectfully submitted,

By: */s Aaron A. Garber*
Aaron A. Garber #36099
WADSWORTH GARBER WARNER AND
CONRARDY, P.C.
2580 W Main Street, Suite 200
Littleton, CO 80120
Telephone: 303-296-3905
Fax: 303-296-7600
Email: agarber@wgwc-law.com

## 9013-1 CERTIFICATE OF SERVICE OF
## MOTION, NOTICE AND PROPOSED ORDER

The undersigned certifies that on April 3, 2025 I served via ECF or by prepaid first class mail a copy of the **MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN (A) THE DEBTOR AND (B) ADAM YOUNG AND RINGBA, LLC,** notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Chad S. Caby    Chad.Caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,jeastin@lewisroca.com
Peter A. Cal    pcal@sah.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen    jcohen@cohentrial.com
Jason Cooper    jason.cooper@fmglaw.com
Aaron A Garber    agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com
John Gray    jgray@shermanhoward.com,
dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch    vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler    Arthuralklaw@gmail.com,
seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt    joli@jaltrustee.com,
ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes    Alan.Motes@usdoj.gov
Reza Rismani    reza.rismani@fmglaw.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday    rjs@shillidaylaw.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov

## 9013-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned further certifies that on April 3, 2025, I served by prepaid first class mail a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (is applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER on April 3, 2025 and, if applicable, other interested parties the movant mailed notice at the attached addresses:

By: /s/ Nichole Garber
For Wadsworth, Garber, Warner and
Conrardy, P.C.

Label Matrix for local noticing
1082-1
Case 24-12624-KHT
District of Colorado
Denver
Thu Apr  3 14:23:00 MDT 2025

Adam Young, Tubmanburg Limited, and Ringba,
c/o Chad S. Caby, Esq.
1601 19th Street, Suite 1000
Denver, Co 80202-2995

Allen Vellone Wolf Halfrich & Factor, PC
1600 Stout Street Stuie 1900
Denver, CO 80202-3160

Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street Suite 1900
Denver, CO 80202-3156

American Express
Business Line of Credit PO Box 570622
Atlanta, GA 30357-3110

American Express
PO Box 6031
Carol Stream, IL 60197-6031

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

CT Corporation System, as representative
Attn:  SPRS
330 N Brand Blvd Ste 700
Glendale, CA 91203-2336

Chad S. Caby
Womble Bond Dickinson (US) LLP
1601 19th Street
Ste 1000
Denver, CO 80202-2995

Peter A. Cal
Sherman Howard LLC
675 Fifteenth Street
Suite 2300
Denver, CO 80202-4258

Cashyew Holding, LLC
405 Cherry Hills Way
Colorado Springs, CO 80921-2667

Chase
PO Box 78039
Phoenix, AZ 85062-8039

Chase Bank
PO Box 6026 Mail Code IL 1-0054
Chicago, IL 60680-6026

John Cimino
5500 East Yale Avenue, Suite 201
Denver, CO 80222-6930

Jeffery Cohen
Cohen, LLC
1600 Broadway
Suite 1660
Denver, CO 80202-4915

Jeffrey Cohen
Cohen LLC
1600 Broadway
Ste 1660
Denver, CO 80202-4915

Cohen Trial, LLC
1600 Broadway Suite 1660
Denver, CO 80202-4915

Cohen, LLC
1600 Broadway
Suite 1660
Denver, CO 80202-4915

Colorado Department Of Revenue
1881 Pierce St.
Bankruptcy Unit, Room 104
Lakewood CO 80214-1407

Jason Cooper
Treece Alfrey Musat P.C.
633 17th St
Ste 2200
80202
Denver, CO 80202-3660

(p)DNC AND TCPA LIST SANITIZER LLC
ATTN MICHAEL OHARE
405 CHERRY HILLS WAY
COLORADO SPRINGS CO 80921-2667

GLEGAL, LLC
c/o Gary Tucker
1600 Broadway No. 1660
Denver, CO 80202-4915

Aaron A Garber
2580 West Main Street
Suite 200
Littleton, CO 80120-4631

Glegal, LLC
1600 Broadway
#1660
Denver, CO 80202-4915

John Gray
Taft Stettinius & Hollister LLP
675 15th Street
Ste 2300
Denver, CO 80202-4258

IRS
PO Box 7346
Philadelphia PA 19101-7346

JP Morgan Chase Bank NA
PO Box 6026 IL1-1145
Chicago, IL 60680-6026

JPMorgan Chase Bank, N.A.
c/o Sherman & Howard L.L.C.
Attn: Peter A. Cal, Esq.
675 Fifteenth Street, Suite 2300
Denver, CO 80202-4258

Vandana Koelsch
Allen Vellone Wolf Helfrich & Factor PC
1600 Stout Street
Ste. 1900
Denver, CO 80202-3156

Arthur Lindquist-Kleissler
950 S. Cherry St.
Ste. 418
Denver, CO 80246-2662

(p)JOLI A  LOFSTEDT
ATTN JOLI A LOFSTEDT TRUSTEE
PO BOX 270561
LOUISVILLE CO 80027-5009

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004


Mountain Peak Law Grpoup PC
Stacy D. Stein
Rusty J. Trevino 101 E Gray St Ste B
Norman, OK 73069-7257

Michael O'Hare
405 Cherry Hills Way
Colorado Springs, CO 80921-2667

Quandry Peak Research
205 S Broadway Suite 300
Los Angeles, CA 90012-3607


Ringba, LLC
8 the Green Suite 11558
Dover DE 19901-3618

Reza Rismani
Freeman Mathis & Gary, LLP
633 17th Street Suite 2200
Denver, CO 80202-3661

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700


Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Katharine S. Sender
Allen Vellone Wolf Helfrich & Factor P.C
1600 Stout Street
Ste. 1900
Denver, CO 80202-3156

Robert J. Shilliday III
Shilliday Law, P.C.
2616 W. Alamo Avenue
Littleton, CO 80120-1921


US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


DNC and TCPA LIST SANITIZER, LLC
985 Pico Point
Colorado Springs, CO 80905

Joli A. Lofstedt
Joli A. Lofstedt,Trustee
PO Box 270561
Louisville, CO 80027


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Allen Vellone Wolf Helfrich & Factor

(d)Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street Suite 1900
Denver, CO 80202-3156

(u)Allen Vellone Wolf Helfrich & Factor, P.C.


(u)FirstBank

(d)JPMorgan Chase Bank, N.A.
c/o Sherman & Howard L.L.C.
Attn: Peter A. Cal, Esq.
675 Fifteenth Street, Suite 2300
Denver, CO 80202-4258

(u)Ringba, LLC

(u)SL Biggs, a Division of SingerLewak LLP                (u)Tubmanburg Limited                (u)Adam Young

End of Label Matrix
Mailable recipients     42
Bypassed recipients      9
Total                   51