# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| *Debtor* ) | |

## OBJECTION TO PLAN CONFIRMATION

Jeffrey Cohen, Esq. Attorney for Cohen, LLC ("*Cohen*"), hereby submits this Objection to Plan Confirmation and states as follows:

1. Cohen is a general unsecured creditor of the Debtor timely filing its proof of claim for $200,976.23 (the "Claim") and hereby objects to confirmation of the Debtor's proposed Plan of Reorganization (the "Plan").

2. After reviewing the Plan it appears that Cohen's Claim is placed by the Debtor in Class 4a and is treated in paragraph 6.1(a) on pages 15-16 of the Plan.

3. It further appears that the Debtor is proposing to make fixed monthly payments into an "Unsecured Creditor Account" that would first be used to pay administrative claims and then only when administrative claims are paid in full will it be used to pay general unsecured creditors pro rata.

4. Assuming this is a correct reading of paragraph 6.1(a) there is no analysis offered of what amounts are projected to be available to unsecured creditors, what percentage of their claim is to be paid and why this amount is a good faith and feasible effort at payment and whether or not a liquidation would better serve the interests of unsecured creditors.

5. Without a good faith analysis of these issues it is impossible to make an informed decision and Cohen therefore argues that the plan and this

    reorganization effort generally is not in good faith and is designed only to benefit Mr. and Mrs. O'Hare through outsized and otherwise unreasonable and to date unlawful "management" payments to their wholly owned holding company "Cashyew, LLC". In at least this and all other regards, Cohen joins in all the objections to plan confirmation filed by the United States Trustee, the anticipated objection of Ringba LLC and those filed by all other creditors.

6. In truth, this has never been a good faith filing and confirmation should be denied, and the case converted to one under Chapter 7.

Wherefore, Cohen requests that this Court deny confirmation and convert this case to one under Chapter 7 and for such other and further relief this Court deems just and proper.

Respectfully submitted this 8th day of April 2025.

**COHEN LLC**

By: */s/ Jeffrey Cohen*
Jeffrey Cohen, #10876
1600 Broadway, Suite 1660
Denver, CO 80202
Phone: (303) 524-3636
Email: jcohen@cohentrial.com
***Attorney for Cohen LLC as Creditor***
