IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC and TCPA LIST SANITIZER, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### JOINDER OF GLEGAL, LLC TO COHEN, LLC'S OBJECTION TO PLAN CONFIRMATION

Creditor GLegal, LLC ("GLegal"), by and through undersigned counsel, and as a general unsecured creditor of the Debtor who timely filed its proof of claim, hereby joins in the objection filed by Cohen, LLC at Docket No. 355 to Debtor's Fourth Amended Sub-Chapter V Plan of Reorganization Dated February 26, 2025 filed at Docket No. 316 (the "Plan").

Respectfully submitted this 8th day of April 2025.

FREEMAN MATHIS & GARY, LLP

*s/ RDR*
Reza D. Rismani
Jason D. Cooper
633 17th Street, Suite 2200
Denver, Colorado 80202
Tel: 303-292-2700
Email: reza.rismani@fmglaw.com
Jason.cooper@fmglaw.com.com
*Attorneys for Creditor GLegal, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2025, the foregoing was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1, which action caused automatic electronic notice of such filing to all parties in interest in this matter

*s/ Samantha Dreiling*
Samantha Dreiling