| | | | | | |
|---|---|---|---|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** | | | | | |
| Debtor 1: | DNC AND | TCPA LIST | SANITIZER LLC | Case #: | 24-12624KHT |
| | Business | Name | | | |
| Debtor 2: | | | | Chapter | 11 |

_____

**Local Bankruptcy Form 9070-1.1**
**List of Witnesses and Exhibits**

**Complete applicable sections.**

Cashyew Holding, LLC ("**Cashyew**" or "**Creditors**") hereby designates the following witnesses and exhibits for the preliminary hearing or trial set for Friday, April 11, 2025, at 10:00 a.m. U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom **D**, Fifth Floor, Denver, Colorado 80202.

## Part 1   Witnesses

Party **will call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| **Cashyew Holding, LLC**<br>**Attn: Michael O'Hare**<br>405 Cherry Hills Way<br>Colorado Springs, CO  80921<br>Email: mcohare@gmail.com | This witness will testify as to the nature of the Debtor's business as well as Cashyew Holding, LLC's Application for Administrative Expenses, Objection filed thereto and Response filed. |
| **Cashyew Holding, LLC**<br>**Attn: Tanya O'Hare**<br>405 Cherry Hills Way<br>Colorado Springs, CO  80921<br>Email: oharetanya@gmail.com | This witness will testify as to the nature of the Debtor's business as well as Cashyew Holding, LLC's Application for Administrative Expenses, Objection filed thereto and Response filed. |
| | |
| | |
| | |

Party **may call** the following witnesses:

| Witness name | Nature of testimony |
|---|---|
| **Unknown Representative of Ringba, LLC** | This witness will testify as to their Objection to Cashyew Holding, LLC's Application for Administrative Expenses and facts and circumstances regarding their Objection. |

1

| | |
|---|---|
| Any witness necessary to lay the foundation for an exhibit. | |
| Any witness necessary for impeachment | |
| Any witness necessary for rebuttal | |
| Any witness necessary to authenticate any document introduced at the hearing. | |
| Any witness listed by any other party, including but not limited to U.S. Trustee, opposing counsel, or the Chapter 11 SubChapter V Trustee | |

SCHEDULE OF ANTICIPATED EXPERT WITNESSES

These parties may utilize the testimony of any, all, or none, of the anticipated expert witnesses listed herein at the above-referenced hearing/trial.  In conformity with Rule 26(a) (2) (A), (B), and (C), F.R.Civ.P., these parties disclose the identity of any person who may be used at the hearing/trial to present evidence under Rules 702, 703, or 705, of the Federal Rules of Evidence.  With respect to such witnesses who may provide expert testimony, the within disclosure shall constitute the "report" of said expert unless additionally supplemented by a separate written report prepared and signed by the witness.

N/A

Reservation of Rights: These parties reserve the right to utilize any new witnesses or expert witnesses necessary for the purposes of rebuttal, impeachment, or in response to any new witness utilized by any other party.  These parties additionally reserve the right to supplement this witness list with any new witnesses or expert witnesses, the use of who could not reasonably have been foreseen at the time this list was prepared.  Furthermore, these parties reserve the right to utilize any new witnesses or expert witnesses necessary to establish a foundation for the introduction of any other witness or witness' testimony or to establish a foundation for any exhibit or the introduction of any exhibit, including the use of any witness or exhibit for the purposes of rebuttal, impeachment, authenticity, or the establishment of a foundation.

**Part 2   Exhibits**

| Exhibit number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional comments (electronic, video, paper, etc.) |
|---|---|---|---|---|
| 1 | Cashyew Holding, LLC Application for Administrative Expenses Doc#302 | | | |
| 2 | Cashyew Holding, LLC Application for Administrative Expenses Exhibit Invoices for August, September, October, November, December 2024 Doc#302 | | | |
| 3 | Ringba, LLC Objection To Professional Fees Doc#313 | | | |
| 4 | Cashyew Holding, LLC Response to Objection to Motion for Administrative Fees Doc#333 | | | |
| 5 | In re Seven Counties Services, Inc. In re Seven County Services, Inc. 13-31442(1)(11) Opinion | | | |

| | | | | |
|---|---|---|---|---|
| 6 | In re Johns-Manville Corp., 60 BR 612 (S.D.N.Y. 1986) Opinion | | | |
| 7 | Email from Ringba, LLC attorney, Chad Caby, Esq. dated February 19, 2025 at 11:45 a.m. regarding Objection | | | |
| | | | | |
| | Any Exhibits introduced by any other party. | | | |
| | Any Exhibit necessary for rebuttal or impeachment. | | | |
| | Any Exhibit necessary to lay the foundation for an exhibit. | | | |
| | Any Exhibit necessary to authenticate any document introduced at the hearing | | | |
| | Any Exhibit listed by any other party, including but not limited to U.S. Trustee, opposing counsel, or the Chapter 11 SubChapter V Trustee | | | |

Reservation of Rights: These parties reserve the right to utilize any additional exhibits necessary for the purposes of rebuttal, impeachment, or in response to any exhibits or new exhibits utilized or listed by any other party.  These parties additionally reserve the right to supplement this exhibit list with any additional exhibits, the use of which could not reasonably have been foreseen at the time this list was prepared.  Furthermore, these parties reserve the right to utilize any exhibit necessary to establish a foundation for the introduction of any other exhibit, or for any witness or witness' testimony, or to establish a foundation for any exhibit, or the introduction of any exhibit, including the use of any witness or exhibit for the purposes of rebuttal, impeachment, authenticity or the establishment of a foundation.

**Part 3** **Signature**

Dated: April 9, 2025                    LINDQUIST-KLEISSLER & COMPANY, LLC

/s/ Arthur Lindquist-Kleissler
Arthur Lindquist-Kleissler, Reg. No. 9822
950 South Cherry Street, Suite 418
Denver, Colorado 80246
Telephone: (303) 691-9774
Email: arthuralklaw@gmail.com

3