**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1: DNC AND TCPA LIST SANITIZER, LLC                     Case #:  24-12624 KHT
                    Business Name

Debtor 2:_____     Chapter:  11

**Local Bankruptcy Form 9013-1.2**
**Certificate of Service**

Part 1                    **L.B.R. 9013-1 Certificate of Service**

I certify that on April 9, 2025, I served a complete copy of Cashyew Holding, LLC., Creditor's Witness and Exhibit List for hearing/trial to be held on April 11, 2025 at 10:00 a.m. on the following in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules via first class mail, email or overnight mail to the Parties:

**U.S. Trustee**
1961 Stout Street, Ste. 12-200
Denver, CO  80294

**U.S. Trustee**
**Alan Motes, Esq.**
1961 Stout Street, Ste. 12-200
Denver, CO  80294

**Aaron A Garber**
2580 West Main Street
Suite 200
Littleton, CO 80120

**Joli Lofstedt, Esq.**
PO Box 270561
Louisville, CO  80027

**DNC and TCPA List Sanitizer, LLC**
985 Pico Point
Colorado Springs, CO  80905

**Lewis Roca Rothgerber Christie LLP**
**Chad Caby, Esq.**
1601 19th Street, Ste. 1000
Denver, CO  80202

1

**Part 2**       **Signature of Debtor's Attorney**

Dated: April 9, 2025                LINDQUIST-KLEISSLER & COMPANY, LLC

/s/ Arthur Lindquist-Kleissler
Arthur Lindquist-Kleissler, Reg. No. 9822
950 South Cherry Street, Suite 418
Denver, Colorado 80246
Telephone: (303) 691-9774
Email: arthuralklaw@gmail.com