UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: April 11, 2025                                            HONORABLE KIMBERLEY H. TYSON, Presiding

In re:    DNC and TCPA LIST SANITIZER, LLC,                Debtor.        Case No: 24-12624-KHT
Chapter 11
Subchapter V

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | Aaron Garber |
| Debtor | | Counsel | Vandana Koelsch |
| US Trustee | | Counsel | Alan Motes |
| SubV Trustee | Joli Lofstedt | Counsel | |
| Creditor | Jeffrey Cohen | Counsel | Jeffrey Cohen |
| Creditor | GLegal, LLC | Counsel | Reza Rismani |
| Creditor | Ringba, LLC *et al.* | Counsel | Chad Caby |
| Creditor | JPMorgan Chase | Counsel | Peter Cal |
| Creditor | Cashyew Holding, LLC | Counsel | Arthur Lindquist-Kleissler |
| Creditor | Michael O'Hare | Counsel | Benjamin Woodruff |

Proceedings:   Telephonic status conference on **(1)** the *Motion for Administrative Expenses and Fees Pursuant to 11 U.S.C. §§ 503(b)(1) and (2)* **(the "Administrative Expense Motion," docket #302)**, filed by Cashyew Holding, LLC, and the Objection thereto (docket #313), filed by Ringba, LLC *et al.;* **(2)** the *Motion to Modify Cash Collateral Order* **(the "Cash Collateral Motion," docket #319)**, filed by the Debtor, and the Objection thereto (docket #334), filed by Ringba, LLC *et al.*; and **(3)** the *Fourth Amended Sub-Chapter V Plan Of Reorganization Dated February 26, 2025* **(the "Plan," docket #316)**, filed by the Debtor, and the Objections thereto filed by the United States Trustee (docket #345), the Subchapter V Trustee (docket #348), Jeffrey Cohen (docket #355), GLegal, LLC (docket #337), and Ringba, LLC *et al.* (docket #359).

[X]    The parties entered their appearances and made statements to the Court.

Orders:

[X]    Regarding the Administrative Expense Motion and the Cash Collateral Motion, the Court set a discovery deadline of May 30, 2025, and set those matters for a **1.5-day, in-person evidentiary hearing** starting **Monday, June 23, 2025, at 9:30 a.m.** in **Courtroom D**, and continuing to Tuesday, June 24, 2025, as needed.

[X]    Regarding confirmation of the Plan, the Court will hold that matter in abeyance, pending further order of the Court.

Date: April 11, 2025                                            FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By:   */s/ K. Lane Cutler*
Law Clerk