**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

DNC and TCPA LIST SANITIZER, LLC.,

Debtor.

Bankruptcy Case No. 24-12624 KHT

Chapter 11

**ORDER**

THIS MATTER is before the Court following the hearing held on April 11, 2025.  The Court

HEREBY ORDERS that the provisions of Fed.R.Civ.P. 26 shall apply to this matter, subject to the provisions of this order concerning timing. The Court

FURTHER ORDERS that the parties shall adhere to the following deadlines:

1. <u>Discovery</u>.  Discovery must be completed by **May 30, 2025.**  "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.  The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this contested matter.

2. <u>Evidentiary Hearing</u>.  An in-person evidentiary hearing shall be held on **Monday, June 23, 2025, at 9:30 a.m. and Tuesday, June 24, 2025 at 9:30 a.m. as needed** in Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado.  Any party intending to introduce any exhibits or call any witnesses at the scheduled hearing shall, on or before **June 16, 2025**, (a) deliver to the opposing side, a list and photocopies of the proposed exhibits pre-marked for identification (Debtor-Numbers, Objector-Letters) and a schedule of witnesses who may be called as well as a schedule of witnesses who will be called, and (b) file with the Court only the list of exhibits and schedules of witnesses who may or will be called.  A copy of each exhibit shall be tendered to the Court three (3) business days prior to the hearing via email.  The information shall be emailed to **KHT_Courtroom@cob.uscourts.gov**. It is counsel's and/or the parties' responsibility to ensure their witnesses possess complete copies of all marked exhibits for the hearing.

DATED this 11th day of April, 2025

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge