# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

### The Honorable Judge Kimberly H. Tyson

In re:

**DNC and TCPA List Sanitizer, LLC**

*Debtor.*

Case No. 24-12624 KHT
Chapter 11

---

## JOINT MOTION TO HOLD CONTESTED MATTER IN ABEYANCE
## AND TO VACATE EVIDENTIARY HEARING
## SCHEDULED FOR JUNE 23 AND JUNE 24, 2025

---

**COMES NOW,** the Debtor, DNC and TCPA List Sanitizer, LLC ("DNC" or "Debtor") by and through Aaron Garber, Esq. of the law firm Wadsworth Garber Warner Conrardy, PC and Cashyew Holding, LLC ("Cashyew Holding") by and through its attorney, Arthur Lindquist-Kleissler, Esq. of the law firm Lindquist-Kleissler & Company, LLC and Adam Young, Tubmanburg Limited and Ringba, LLC (collectively, "Ringba") by and through their attorney Chad S. Caby, Esq. of the law firm Womble Bond Dickinson (US) LLP and jointly move this Honorable Court to hold the Contested Matter regarding Cashyew Holding, LLC's Motion for Administrative Expenses and Fees pursuant to 11 U.S.C. §§'s 503(b)(1) and (2) (Doc#302) and the Debtor's Motion to Modify Cash Collateral Order (Doc#319) in abeyance as detailed herein and as grounds therefore state as follows:

### CERTIFICATE OF CONFERRAL

This Motion is filed jointly by the three (3) parties to the within described Contested Matter.  The three (3) parties are the only parties participating and litigating the Contested Matter..

### SUMMARY

Cashyew Holding had filed a Motion for Administrative Expenses and Fees pursuant to 11 U.S.C. §§'s 503(b)(1) and (2) (Doc#302) (the "Administrative Expense Motion").  Ringba, LLC et al filed an Objection thereto (Doc#313).  Additionally, the Debtor filed a Motion to Modify Cash Collateral Order (Doc#319) (the "Cash Collateral Motion") and Ringba filed an Objection thereto (Doc#334).  Further, the Debtor had filed a Fourth Amended SubChapter V Plan of Reorganization dated February 26, 2025 (Doc#316) (the "Plan") filed by the Debtor and Objections filed thereto filed by the United States Trustee (Doc#345), the SubChapter V Trustee

1

(Doc#348), Jeffrey Cohen (Doc#355), GLegal, LLC (Doc#337) and Ringba, LLC et al (Doc#359).

Only the Administrative Expense Motion and Cash Collateral Motion (together, the "Contested Matter") were scheduled for an evidentiary hearing on Monday, June 23, 2025 at 9:30 a.m. and Tuesday, June 24, 2025 at 9:30 a.m.

The parties have reached a Global Settlement which will resolve the issues related to the Contested Matter (the "Global Settlement"). The intent is to incorporate the Global Settlement into an Fifth Amended Sub-Chapter V Plan of Reorganization dated June 26, 2025 (the "Amended Plan"). In order to conserve attorneys' fees, costs, and judicial resources, the parties desire to hold the Contested Matter in abeyance and vacate the evidentiary hearing pending the submission of the Global Settlement which will be included in the Amended Plan.

## MOTION

1. On January 24, 2025 Cashyew Holding, LLC filed a Motion for Administrative Expenses and Fees pursuant to 11 U.S.C. §§'s 503(b)(1) and (2) (Doc#302).

2. On February 17, 2025 Ringba filed an Objection to Cashyew Holding, LLC's Motion for Administrative Expenses and Fees pursuant to 11 U.S.C. §§'s 503(b)(1) and (2) (Doc#313).

3. On February 28, 2025, the Debtor filed a Motion to Modify Cash Collateral Order (Doc#319) (the "Cash Collateral Motion")

4. On March 14, 2025, Ringba filed an Objection to Debtor's Motion to Modify Cash Collateral Order (Doc#334).

5. On March 26, 2025 this Court entered an Order and Notice of Preliminary Hearing on these matters (Doc#336).

6. On March 31, 2025 this Court entered an Order (A) Converting April 11, 2025 Confirmation Hearing to a Telephonic Status and Scheduling Conference and (B) Rescheduling the April 23, 2025 Preliminary Hearing (Doc#342).

7. On April 11, 2025 the Court entered an Order (Doc#363) setting forth Discovery deadlines and scheduling an Evidentiary Hearing for Monday, June 23, 2025 and Tuesday, June 24, 2025 on only the two (2) described Motions.

8. The Parties have been working diligently to attempt to settle the Contested Matter scheduled for June 23, 2025 and June 24, 2025.

9. Additionally, the parties have been working to reach a Global Settlement to move this case forward via an Amended Plan.

2

10. The Parties request that the Court place the Contested Matter in abeyance pending completion of a final settlement.

11. In the event that any of the three (3) Parties believe that settlement of the Contested Matter cannot be finalized, any of the three (3) parties can file a Motion with the Court requesting that the matter be rescheduled for an Evidentiary Hearing.

12. In the interim the parties also desire to vacate the current Evidentiary Hearing scheduled for June 23, 2025 and June 24, 2025.

13. The three (3) parties believe that no prejudice will result to any other party by placing the Contested Matter in abeyance and vacating the Evidentiary Hearing scheduled for June 23, 2025 and June 24, 2025.

**WHEREFORE,** the Debtor, DNC and TCPA List Sanitizer and Cashyew Holding, LLC and Adam Young, Tubmanburg Limited and Ringba, LLC respectfully request the Court place the two (2) contested matters in abeyance pending completion of a final settlement and vacate the current Evidentiary Hearing scheduled for June 23, 2025 and June 24, 2025 and for such other and further relief as this Court deems just and proper.

Dated:  June 17, 2025

Respectfully submitted,
**LINDQUIST-KLEISSLER & COMPANY, L.L.C.**
*Original Signature of Arthur Lindquist-Kleissler on
File for Review at Lindquist-Kleissler & Company, L.L.C.*

By: */s/*Arthur Lindquist-Kleissler, Esq.
Arthur Lindquist-Kleissler #9822
950 S. Cherry Street, Ste. 418
Denver, Colorado 80246-2665
Telephone: (303) 691-9774
E-mail: arthuralklaw@gmail.com

**WOMBLE BOND DICKINSON (US) LLP**

**/s/ Chad Caby, Esq.**
1601 19th Street, Ste. 1000
Denver, CO  80202
(303) 623-9000 (o)
Email: Chad.Caby@wbd-us.com

**/s/ Aaron Garber, Esq.**
**Wadsworth Garber Warner Conrardy, PC**
2580 W Main Street, Ste. 200
Littleton, CO  80120
Tele: 303-296-1999
Email: agarber@wgwc-law.com

G:\firm\clients\cashyew holding\settlement\250617 Motion to Hold Case in Abeyance and Vacate Hearing FINAL

3