## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

**The Honorable Judge Kimberly H. Tyson**

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 24-12624 KHT |
| DNC and TCPA List Sanitizer, LLC | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

---

### ORDER REGARDING JOINT MOTION TO HOLD CONTESTED MATTER IN ABEYANCE AND TO VACATE EVIDENTIARY HEARING SCHEDULED FOR JUNE 23, 2025 AND JUNE 24, 2025

---

**THE COURT**, having reviewed the Debtor, DNC and TCPA List Sanitizer and Cashyew Holding, LLC and Adam Young, Tubmanburg Limited and Ringba, LLC Joint Motion to Hold Contested Matter in Abeyance and to Vacate Evidentiary Hearing Scheduled for June 23, 2025 and June 24, 2025, and being fully advised of same,

**THE COURT ORDERS**:

The two (2) contested matters regarding Cashyew Holding, LLC's Motion for Administrative Expenses and Fees pursuant to 11 U.S.C. §§'s 503(b)(1) and (2) (Doc#302) and Debtor's Motion to Modify Cash Collateral Order (Doc#319) and the Objections thereto, are held in abeyance pending completion of a final settlement.

**THE COURT FURTHER ORDERS**:

The Evidentiary Hearing scheduled for June 23, 2025 and June 24, 2025 is hereby VACATED.

DONE and ORDERED this _____ day of June, 2025.

BY THE COURT:

_____
The Honorable Kimberly H. Tyson
U.S. Bankruptcy Judge

G:\firm\clients\cashyew holding\settlement\250617 Proposed Order re Motion to Hold Case in Abeyance and Vacate Hearing FINAL