# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: DNC AND TCPA LIST SANITIZER, LLC<br><br>Debtor. | Case No.: 24-12624-KHT<br><br>Chapter: 11, Subchapter V |

**Notice Pursuant to L.B.R. 9013 of the Second Interim Application for Allowance of Compensation and Reimbursement of Expenses of Allen Vellone Wolf Helfrich & Factor P.C. as Special Counsel**

## OBJECTION DEADLINE: July 15, 2025

 **YOU ARE HEREBY NOTIFIED** that Allen Vellone Wolf Helfrich & Factor P.C., has filed its **Second Interim Application for Allowance of Compensation and Reimbursement of Expenses of Allen Vellone Wolf Helfrich & Factor P.C. as Special Counsel for Debtor-In-Possession DNC And TCPA List Sanitizer, LLC** ("**Application**"). The Application seeks approval, for services rendered between October 4, 2024, through May 31, 2025, in the amount of $66,672.25 in fees and costs in the amount of $3,680.54, for a total of $70,352.79. A copy of the Cover Sheet filed with the Application is enclosed with this Notice. A copy of the Application is available from the undersigned counsel, at the Bankruptcy Court, or on PACER.

 If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

 In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated: June 24, 2025

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*/s/ Vandana S. Koelsch*
Vandana S. Koelsch, Esq.
1600 Stout Street, Suite 1900,
Denver, Colorado 80202
(303) 534-4499
vkoelsch@allen-vellone.com

*Special Counsel for Debtor-In-Possession*