# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: DNC AND TCPA LIST SANITIZER, LLC<br>EIN: 83-3868704<br><br>　　　　Debtor. | Case No.: 24-12624-KHT<br><br>Chapter: 11, Subchapter V |

## CERTIFICATE OF SERVICE PURSUANT TO L.B.R. 9013-1 AND 2002-1

**L.B.R. 9013-1 Certificate of Service of Motion, Notice and Proposed Order:**

The undersigned certifies that on June 24, 2025, I served by prepaid first class mail, or electronically through CM/ECF, as indicated below and pursuant to Fed.R. Bankr.P and the L.B.R, a copy of the **Second Interim Application for Allowance of Compensation and Reimbursement of Expenses of Allen Vellone Wolf Helfrich & Factor P.C. As Special Counsel for Debtor-In-Possession**, with all exhibits thereto, as well as a Coversheet, a Notice, and a Proposed Order upon the following:

**Via CM/ECF**

Alan K. Motes
Alan.Motes@usdoj.gov

Arthur Lindquist-Kleissler
Arthuralklaw@gmail.com

Chad S. Caby
ccaby@lewisroca.com

Jeffrey Cohen
jcohen@cohentrial.com

Aaron A. Garber
agarber@wgwc-law.com

John Gray
jgray@shermanhoward.com

Joli A. Lofstedt
joli@jaltrustee.com

Peter A. Cal
pcal@sah.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Jason Cooper
jcooper@tamlegal.com

Reza Rismani
rrismani@tamlegal.com

Robert J. Shilliday, III
rjs@shillidaylaw.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

**2002-1 Certificate of Service of Notice**:

  The undersigned further certifies that on June 24, 2025, I served by prepaid first class mail a copy of the Notice and Coversheet in accordance with Fed.R.Bankr.P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties contained on the attached list, which is a copy of the court's Creditor Address Mailing matrix for this case, obtained from PACER on June 24, 2025.

            */s/ Yvonne Davis*
            Allen Vellone Wolf Helfrich & Factor P.C.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 24-12624-KHT<br>District of Colorado<br>Denver<br>Tue Jun 24 10:37:42 MDT 2025 | Adam Young, Tubmanburg Limited, and Ringba,<br>c/o Chad S. Caby, Esq.<br>1601 19th Street, Suite 1000<br>Denver, Co 80202-2995 | Allen Vellone Wolf Halfrich & Factor, PC<br>1600 Stout Street Stuie 1900<br>Denver, CO 80202-3160 |
| Allen Vellone Wolf Helfrich & Factor P.C.<br>1600 Stout Street Suite 1900<br>Denver, CO 80202-3156 | American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | American Express<br>Business Line of Credit PO Box 570622<br>Atlanta, GA 30357-3110 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | CT Corporation System, as representative<br>Attn: SPRS<br>330 N Brand Blvd Ste 700<br>Glendale, CA 91203-2336 |
| Chase<br>PO Box 78039<br>Phoenix, AZ 85062-8039 | Chase Bank<br>PO Box 6026 Mail Code IL 1-0054<br>Chicago, IL 60680-6026 | Cohen Trial, LLC<br>1600 Broadway Suite 1660<br>Denver, CO 80202-4915 |
| Cohen, LLC<br>1600 Broadway<br>Suite 1660<br>Denver, CO 80202-4915 | Colorado Department Of Revenue<br>1881 Pierce St.<br>Bankruptcy Unit, Room 104<br>Lakewood CO 80214-1407 | Glegal, LLC<br>1600 Broadway<br>#1660<br>Denver, CO 80202-4915 |
| IRS<br>PO Box 7346<br>Philadelphia PA 19101-7346 | JP Morgan Chase Bank NA<br>PO Box 6026 IL1-1145<br>Chicago, IL 60680-6026 | JPMorgan Chase Bank, N.A.<br>c/o Sherman & Howard L.L.C.<br>Attn: Peter A. Cal, Esq.<br>675 Fifteenth Street, Suite 2300<br>Denver, CO 80202-4258 |
| Mountain Peak Law Grpoup PC<br>Stacy D. Stein<br>Rusty J. Trevino 101 E Gray St Ste B<br>Norman, OK 73069-7257 | Quandry Peak Research<br>205 S Broadway Suite 300<br>Los Angeles, CA 90012-3607 | Ringba, LLC<br>8 the Green Suite 11558<br>Dover DE 19901-3618 |
| Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 | Securities and Exchange Commission<br>Midwest Regional Office<br>175 W. Jackson Blvd.<br>Ste. 900<br>Chicago IL 60604-2815 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FirstBank | End of Label Matrix<br>Mailable recipients    22<br>Bypassed recipients     1<br>Total                  23 | |