**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

**SUMMARY OF VOTING RESULTS**

The Debtor, DNC and TCPA List Sanitizer, LLC, by and through its counsel, Wadsworth Garber Warner Conrardy, P.C., hereby submits its Summary of Voting Results with respect to its Fifth Amended Sub-Chapter V Plan of Reorganization dated June 20, 2025 as follows:

1. On January 23, 2025, the Debtor filed its Third Amended Sub-Chapter V Plan of Reorganization (the "Third Plan").

2. On February 12, 2025, the Court conducted a hearing on the Third Plan and directed the Debtor to file and serve an Amended Plan by February 28, 2025 with ballots and objections due by April 2, 2025.

3. On February 26, 2025, the Debtor filed its Fourth Amended Sub-Chapter V Plan of Reorganization (the "Fourth Plan").

4. On June 20, 2025, the Debtor filed its Fifth Amended Sub-Chapter V Plan of Reorganization (the "Fifth Plan").

5. Voting was only conducted with respect to the Fourth Plan. Since the Fifth Plan treats creditors better than the Fourth Plan it is assumed that the voting will not be changed except as noted below.

6. Class 1 consists of all allowed unsecured claims specified in Section 507(a)(4) or 507(a)(5) of the Code as having priority. There are no known Class 1 creditors.

2. Class 2 consists of the allowed secured claim of JP Morgan Chase Bank. Class 2 did not vote on the Plan and therefore is deemed to have accepted the Plan.

3. Class 3 consists of the allowed secured claim of CT Corporation Systems, Inc., as representative. Class 3 did not vote on the Plan and therefore is deemed to have accepted the Plan.

4. Class 4(a) consists of the allowed claims held by non-insider general unsecured creditors. Class 4 did not voted to accept the Plan as follows:

   a. Allen Vellone Wolf Helfrich & Factor, P.C., ballot amount $86,694.49, voted to accept the Plan. The Debtor believes this claim was purchased by an insider and is a Class 4(b) claim.
   b. American Express, ballot amount $49,014.09, voted to accept the Plan.
   c. Cashyew Holding, ballot amount $245,000, voted to accept the Plan. Cashyew asserts an administrative claim, and is an insider, therefore this ballot is not considered.
   d. Ringba LLC, et al, ballot amount $656,108.84, voted to reject the Plan. However, pursuant to settlement between the Debtor and Ringba, LLC, as incorporated into the Fifth Plan, Ringba, LLC accepts the Plan.

5. Class 4(b) consists of insider general unsecured creditors. Class 4(b) did not vote on the Plan and therefore is deemed to have accepted the Plan.

6. Class 5 consists of the interests of the Debtor. Class 5 is unimpaired by the Plan and therefore is deemed to have accepted the Plan.

Dated: June 30, 2025

Respectfully submitted,

By:/s/ Aaron A. Garber
Aaron A. Garber, #36099
WADSWORTH GARBER
WARNER CONRARDY, P.C.
2580 W Main St, Suite 200
Littleton, CO 80120
Telephone: 303-296-1999
Fax: 303-296-7600
Email: agarber@wgwc-law.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on June 30, 2025 I served by ECF a copy of the **SUMMARY OF VOTING RESULTS** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Chad S. Caby    chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com
Peter A. Cal    pcal@taftlaw.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen    jcohen@cohentrial.com
Samuel Wilson Collins    Wilson.Collins@wbd-us.com
Jason Cooper    jason.cooper@fmglaw.com
John Gray    jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch    vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler    Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes    Alan.Motes@usdoj.gov
Reza Rismani    reza.rismani@fmglaw.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday    rjs@shillidaylaw.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov
Benjamin Woodruff    bwoodruff@allen-vellone.com, allen-vellone@myecfx.com,la@allen-vellone.com

                                          By: */s/ Nichole Garber*
                                             For Wadsworth Garber Warner Conrardy, P.C.