# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

## DEBTOR'S WITNESS AND EXHIBIT LIST
### (Plan Confirmation)

The Debtor, by and through its undersigned counsel, hereby submits its Witness and Exhibit List for the trial to consider confirmation of the Debtor's Fifth Amended Sub-Chapter V Plan of Reorganization dated June 20, 2025 and any objection thereto, set for July 11, 2025 at 10:00 a.m. as follows:

**I.   WITNESSES**

    **A.   Witness Whom Debtor WILL call.:**

1. Michael O'Hare, president of the Debtor, will testify regarding all matters.

    **B.   Witness whom Debtor MAY call.**

2. Tania O'Hare, employee of Cashyew Holdings, LLC, to testify regarding the management of the Debtor and its financial condition.

3. Raffaele Mari, accountant, prepares taxes returns and recommended structure between the Debtor and Cashyew Holdings, LLC.

4. Any witness listed and/or called to testify by any other party.

5. Any witness necessary for rebuttal or impeachment.

6. Any witness necessary to authenticate any document introduced at the hearing.

**II.     EXHIBIT LIST**

    A.    Exhibits that Debtor intends to introduce at the trial are enumerated in Attachment 1, attached hereto and incorporated herein by reference.

DATED: July 1, 2025                                                            Respectfully submitted,

                                                                     By:/s/ Aaron A. Garber
                                                                     Aaron A. Garber, #36099
                                                                     WADSWORTH GARBER WARNER CONRARDY, P.C.
                                                                     2580 W Main Street, Suite 200
                                                                     Littleton, CO 80120
                                                                     Telephone: 303-296-3905
                                                                     Fax: 303-296-7600
                                                                     Email: agarber@wgwc-law.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

**DEBTORS' EXHIBIT LIST FOR HEARING**

Submitted by: The Captioned Debtor
In connection with: Confirmation of Debtor's Fifth Amended Sub-Chapter V Plan of Reorganization dated June 20, 2025, set for July 11, 2025 at 10:00 a.m.

| Exhibit Number | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---|---|---|---|---|
| 1 | Debtor's Fifth Amended Sub-Chapter V Plan of Reorganization | | | |
| 2 | Summary of Voting Results | | | |
| 3 | Declaration of Mr. O'Hare in Support of confirmation | | | |
| 4 | The Debtor's Monthly Operating Reports | | | |
| 5 | Settlement Agreement with Ringba, LLC | | | |
| 6 | Final cash collateral order | | | |
| 7 | Cohen Proof of Claim | | | |
| 8 | Glegal Proof of Claim | | | |
| 9 | Summary of financial growth | | | |
| 10 | Any document listed by any other party | | | |

| 11 | Any document necessary for rebuttal | | | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2025 I served via ECF or email a copy of **DEBTORS' WITNESS AND EXHIBIT LIST (PLAN CONFIRMATION)** and Exhibits on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Chad S. Caby     chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com
Peter A. Cal     pcal@taftlaw.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen     jcohen@cohentrial.com
Samuel Wilson Collins     Wilson.Collins@wbd-us.com
Jason Cooper     jason.cooper@fmglaw.com
Aaron A Garber     agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com
John Gray     jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch     vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler     Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt     joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes     Alan.Motes@usdoj.gov
Reza Rismani     reza.rismani@fmglaw.com
Katharine S. Sender     ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday     rjs@shillidaylaw.com
US Trustee     USTPRegion19.DV.ECF@usdoj.gov
Benjamin Woodruff     bwoodruff@allen-vellone.com, allen-vellone@myecfx.com,la@allen-vellone.com

By:   */s/Nichole Garber*
     For Wadsworth Garber Warner Conrardy, PC