UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                        )
                                              )        Case No. 24-12624-KHT
DNC AND TCPA LIST SANITIZER, LLC              )
EIN: 83-3868704                               )        Chapter 11
                                              )        Sub-Chapter V
          Debtor                              )

## MOTION OF DEBTOR TO VACATE CONFIRMATION HEARING AND ENTER CONFIRMATION ORDER

The captioned Debtor, by and through its attorneys, Wadsworth Garber Warner Conrardy, P.C., hereby files its Motion to Vacate Confirmation Hearing and Enter Confirmation Order, and in support thereof respectfully states as follows:

1. On May 16, 2024, the Debtor commenced this bankruptcy case by filing a Voluntary Petition under Subchapter V of Chapter 11 of the Bankruptcy Code.

2. The Debtor filed its Fifth Amended Sub-Chapter V Plan of Reorganization dated June 20, 2025 (Docket No. 374) (the "Plan").

3. On June 20, 2025, the Debtor also filed its Motion to Set Confirmation Hearing on the Debtor's Fifth Amended Subchapter V Plan of Reorganization Dated June 20, 2025 (Docket No. 375) (the "Hearing Motion").

4. On June 24, 2025, the Court entered its Order granting the Hearing Motion and setting the following deadlines and related dates:

   a. Objection to the Plan were due July 8, 2025.

   b. A confirmation hearing was set for July 11, 2025 commencing at 10:00 a.m. (the "Confirmation Hearing").

5. No objections to the Plan were filed with the Court and counsel did not receive any objections.

6. The Debtor is requesting that the Court vacate the Confirmation Hearing and enter an order confirming the Plan.

7. In support of confirmation of the Plan, the Debtor filed on June 30, 2025 its Summary of Voting Results which shows that creditors have voted to accept the Plan.

8.      The Debtor has executed a Declaration in Support of Plan Confirmation, which as been filed on the same date hereof. The Declaration shows the Debtor meets the requisite requirements for confirmation of the Plan.

WHEREFORE, the Debtors respectfully request that the Court: (a) vacate the confirmation hearing (a proposed Order is filed herewith); (b) enter the proposed Confirmation Order filed herewith; and (c) grant such other relief as the Court deems just.

DATED: July 9, 2025                              Respectfully submitted,


By/s/ Aaron A. Garber
        Aaron A. Garber #36099
        **Wadsworth Garber Warner Conrardy, P.C.**
        2580 West Main Street, Suite 200
        Littleton, CO 80120
        Telephone: (303) 296-1999
        Telecopy: (303) 296-7600
        Email: agarber@wgwc-law.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 9, 2025 I served via ECF the **MOTION OF DEBTOR TO VACATE CONFIRMATION HEARING AND ENTER CONFIRMATION ORDER** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the below addresses:

Chad S. Caby    chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com
Peter A. Cal    pcal@taftlaw.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen    jcohen@cohentrial.com
Samuel Wilson Collins    Wilson.Collins@wbd-us.com
Jason Cooper    jason.cooper@fmglaw.com
John Gray    jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch    vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler    Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes    Alan.Motes@usdoj.gov
Reza Rismani    reza.rismani@fmglaw.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday    rjs@shillidaylaw.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov
Benjamin Woodruff    bwoodruff@allen-vellone.com, allen-vellone@myecfx.com,la@allen-vellone.com

 */s/ Nichole Garber*_____
For Wadsworth Garber Warner Conrardy, PC