UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                              )
                                                    )        Case No. 24-12624-KHT
DNC AND TCPA LIST SANITIZER, LLC                    )
EIN: 83-3868704                                     )        Chapter 11
                                                    )        Sub-Chapter V
          Debtor                                    )

## ORDER VACATING CONFIRMATION HEARING

UPON CONSIDERATION OF the Motion to Vacate Confirmation Hearing and Enter Confirmation Order (the "Motion"), and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED.

2.     The hearing to consider confirmation of the Fifth Amended Sub-Chapter V Plan of Reorganization dated June 20, 2025 set for July 11, 2025 commencing at 10:00 a.m. is hereby VACATED.

3.     A separate order shall enter confirming the Plan.

Dated: _____, 2024              BY THE COURT:

                                            _____
                                            Honorable Michael E. Romero
                                            United States Bankruptcy Court Judge