UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. |
|     DNC | ) |    24-12624-KHT |
|     and | ) | Chapter 11 |
|     TCPA LIST SANITIZER, LLC | ) | |
| | ) | |

**NOTICE TO FILE**

TO THE DEBTOR (OR TRUSTEE) AND ITS ATTORNEY:

    On 7/09/25, the Court entered an order confirming the chapter 11 plan in the above-entitled action. As a result, certain actions are required of the Debtor to facilitate full administration and closing of the case.

NOTICE IS HEREBY GIVEN that

1. Upon substantial consummation of the Debtor's plan, the Debtor shall file a notice with the Court, after which the SubChapter V Trustee may file their final report with the Court.

2. Upon completion of all required actions under the plan, the debtor shall file a final report and motion for final decree in substantial conformity with L.B.F. 3022-1.1, together with a proposed order in substantial conformity with L.B.F. 3022-1.3 and serve it on the United States Trustee and parties requesting notice.

DATED: 7/9/2025

KENNETH S. GARDNER, CLERK
United States Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202-2508