UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC, ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor. ) | |

**ORDER APPROVING THIRD AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.**

THIS MATTER comes before the Court on Wadsworth Garber Warner Conrardy, P.C.'s (the "Applicant") Third and Final Application for Allowance and Payment of Attorneys' Fees and Reimbursement of Costs (the "Application"), seeking final approval and authorization for payment of fees and expenses pursuant to 11 U.S.C. § 330. The Court, having reviewed the Application and any responses or objections thereto, and finding proper notice has been provided, and being fully advised in the premises, does hereby

ORDER

The Application is APPROVED. The Applicant is allowed, on a final basis, the sum of $106,659.04 (fees charged: $105,735.00; costs advanced: $924.04) for the time period from October 4, 2024, through July 9, 2025, which allowed fees and expenses shall be paid from estate funds.

DONE and entered this 8th day of August, 2025, at Denver, Colorado.

BY THE COURT:

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge