United States Bankruptcy Court
District of Colorado

In re:  
DNC and TCPA LIST SANITIZER, LLC  
  Debtor

Case No. 24-12624-KHT  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1 | User: admin | Page 1 of 3
Date Rcvd: Aug 08, 2025 | Form ID: pdf904 | Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Cashyew Holding, LLC, 405 Cherry Hills Way, Colorado Springs, CO 80921-2667 |
| intp | + | GLEGAL, LLC, c/o Gary Tucker, 1600 Broadway No. 1660, Denver, CO 80202-4915 |
| cr | + | JPMorgan Chase Bank, N.A., c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| 19607629 | + | Allen Vellone Wolf Halfrich & Factor, PC, 1600 Stout Street Stuie 1900, Denver, CO 80202-3160 |
| 19607631 | #+ | American Express, Business Line of Credit PO Box 570622, Atlanta, GA 30357-3110 |
| 19607634 | + | Cohen Trial, LLC, 1600 Broadway Suite 1660, Denver, CO 80202-4915 |
| 19607638 | + | Quandry Peak Research, 205 S Broadway Suite 300, Los Angeles, CA 90012-3607 |
| 19607628 | + | Ringba, LLC, 8 the Green Suite 11558, Dover DE 19901-3618 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/Text: michael@tcpalitigatorlist.com | Aug 08 2025 22:31:00 | DNC and TCPA LIST SANITIZER, LLC, 985 Pico Point, Colorado Springs, CO 80905 |
| aty | + | Email/Text: la@allen-vellone.com | Aug 08 2025 22:31:00 | Allen Vellone Wolf Helfrich & Factor P.C., 1600 Stout Street Suite 1900, Denver, CO 80202-3156 |
| 19607630 | + | Email/PDF: bncnotices@becket-lee.com | Aug 08 2025 22:34:42 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 19607635 | ^ | MEBN | Aug 08 2025 22:29:12 | CT Corporation System, as representative, Attn: SPRS, 330 N Brand Blvd Ste 700, Glendale, CA 91203-2336 |
| 19607632 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2025 22:53:07 | Chase, PO Box 78039, Phoenix, AZ 85062-8039 |
| 19607636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 08 2025 22:34:40 | JP Morgan Chase Bank NA, PO Box 6026 IL1-1145, Chicago, IL 60680-6026 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Garber | on behalf of Plaintiff DNC and TCPA LIST SANITIZER LLC agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| Aaron A Garber | on behalf of Debtor DNC and TCPA LIST SANITIZER LLC agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Arthur Lindquist-Kleissler | on behalf of Interested Party Cashyew Holding LLC Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net |
| Benjamin Woodruff | on behalf of Plaintiff Michael O'Hare bwoodruff@allen-vellone.com allen-vellone@myecfx.com,la@allen-vellone.com |
| Chad S. Caby | on behalf of Creditor Adam Young chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Defendant Ringba LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Creditor Ringba LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Defendant Adam Young chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Creditor Tubmanburg Limited chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Jason Cooper | on behalf of Interested Party GLEGAL LLC jason.cooper@fmglaw.com |
| Jeffrey Cohen | on behalf of Creditor Jeffery Cohen jcohen@cohentrial.com |
| John Gray | on behalf of Creditor JPMorgan Chase Bank N.A. jgray@shermanhoward.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com |
| Joli A. Lofstedt | joli@jaltrustee.com ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com |
| Katharine S. Sender | on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. ksender@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com |
| Katharine S. Sender | on behalf of Debtor DNC and TCPA LIST SANITIZER LLC ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com |
| Peter A. Cal | on behalf of Creditor JPMorgan Chase Bank N.A. pcal@taftlaw.com, rneal@shermanhoward.com;efiling@sah.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 08, 2025 | Form ID: pdf904 | Total Noticed: 14 |

Reza Rismani
    on behalf of Interested Party GLEGAL  LLC reza.rismani@fmglaw.com

Robert J. Shilliday, III
    on behalf of Attorney John Cimino rjs@shillidaylaw.com

Samuel Wilson Collins
    on behalf of Defendant Adam Young Wilson.Collins@wbd-us.com

Samuel Wilson Collins
    on behalf of Defendant Ringba  LLC Wilson.Collins@wbd-us.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

Vandana Koelsch
    on behalf of Spec. Counsel Allen Vellone Wolf Helfrich & Factor  P.C. vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

Vandana Koelsch
    on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. vkoelsch@allen-vellone.com la@allen-vellone.com,allen-vellone@myecfx.com

Vandana Koelsch
    on behalf of Debtor DNC and TCPA LIST SANITIZER  LLC vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com

TOTAL: 25

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)
DNC AND TCPA LIST SANITIZER, LLC, ) Case No. 24-12624-KHT
EIN: 83-3868704 ) Chapter 11
) Sub-Chapter V
Debtor. )

**ORDER APPROVING THIRD AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS FOR WADSWORTH GARBER WARNER CONRARDY, P.C.**

THIS MATTER comes before the Court on Wadsworth Garber Warner Conrardy, P.C.'s (the "Applicant") Third and Final Application for Allowance and Payment of Attorneys' Fees and Reimbursement of Costs (the "Application"), seeking final approval and authorization for payment of fees and expenses pursuant to 11 U.S.C. § 330. The Court, having reviewed the Application and any responses or objections thereto, and finding proper notice has been provided, and being fully advised in the premises, does hereby

ORDER

The Application is APPROVED. The Applicant is allowed, on a final basis, the sum of $106,659.04 (fees charged: $105,735.00; costs advanced: $924.04) for the time period from October 4, 2024, through July 9, 2025, which allowed fees and expenses shall be paid from estate funds.

DONE and entered this 8th day of August, 2025, at Denver, Colorado.

BY THE COURT:

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge