## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

### ORDER DISALLOWING AND EXPUNGING CLAIMS OF COHEN, LLC

UPON CONSIDERATION of DNC and TCPA List Sanitizer, LLC's Object to Claims filed by Cohen, LLC (Claim Nos. 8 and 9) (the "Objection"), no sustainable objection having been filed and for good cause shown, the Court does hereby

ORDER

1. The Objection is sustained; and

2. The claims filed by Cohen, LLC (Claim Nos. 8 and 9) are hereby expunged and disallowed.

Dated September ___, 2025.                BY THE COURT

_____

Honorable Kimberley H. Tyson
United States Bankruptcy Judge