UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

**NOTICE OF OBJECTION TO CLAIMS FILED BY COHEN, LLC**
**(Claim Nos. 8 and 9)**

**OBJECTION DEADLINE: SEPTEMBER 17, 2025**

TO ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that DNC and TCPA List Sanitizer, LLC (the "Debtor") has filed an Objection to Claims filed by Cohen, LLC (Claim Nos. 8 and 9) and requests the following relief: The Debtor requests that Claim No. 8 be disallowed and expunged because it is duplicative of Claim No. 9 and because there is no supporting documentation attached to the claim. The Debtor requests that Claim No. 8 be disallowed and expunged because: (a) the legal fees sought therein are excessive and duplicative; (b) the collection costs are not supported by documentation; and (c) no interest should be charged if the remainder of the claim is disallowed.

A copy of the pleading is available for inspection in the Bankruptcy Court Clerk's Office, 721 - 19th Street, First Floor, Denver, Colorado 80202, or upon request from the undersigned attorney.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: August 18, 2025              Respectfully submitted,

                                    By: /s Aaron A. Garber
                                        Aaron A. Garber #36099
                                        WADSWORTH GARBER WARNER AND
                                        CONRARDY, P.C.
                                        2580 W Main Street, Suite 200
                                        Littleton, CO 80120
                                        Telephone: 303-296-3905
                                        Fax: 303-296-7600
                                        Email: agarber@wgwc-law.com

## 9013-1 CERTIFICATE OF SERVICE OF
## MOTION, NOTICE AND PROPOSED ORDER

The undersigned certifies that on August 18, 2025 I served via ECF or by prepaid first class mail a copy of the **OBJECTION TO CLAIMS FILED BY COHEN, LLC (Claim Nos. 8 and 9),** notice and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Chad S. Caby     chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com
Peter A. Cal     pcal@taftlaw.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen     jcohen@cohentrial.com
Samuel Wilson Collins     Wilson.Collins@wbd-us.com
Jason Cooper     jason.cooper@fmglaw.com
Aaron A Garber     agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com
John Gray     jgray@taftlaw.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch     vkoelsch@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Arthur Lindquist-Kleissler     Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt     joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes     Alan.Motes@usdoj.gov
Reza Rismani     reza.rismani@fmglaw.com
Katharine S. Sender     ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday     rjs@shillidaylaw.com
US Trustee     USTPRegion19.DV.ECF@usdoj.gov
Benjamin Woodruff     bwoodruff@allen-vellone.com, allen-vellone@myecfx.com,la@allen-vellone.com

Jeffery Cohen
Cohen, LLC
1600 Broadway
Suite 1660
Denver, CO 80202

                                        */s/ Nichole Garber*
                                        For Wadsworth Garber Warner Conrardy P.C.

Case:24-12624-KHT Doc#:411 Filed:08/18/25 Entered:08/18/25 14:40:06 Page3 of 3