**UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO**

Debtor 1:  DNC AND TCPA LIST SANITIZER LLC

Case #:  24-12624-KHT

Debtor 2:

Chapter:  11, Subchapter V

**Local Bankruptcy Form 9013-1.3**

**Movant's Certificate of Non-Contested Matter and Request for Entry of Order**

**Part 1  Certificate**

On July 28, 2025, Joli A. Lofstedt, Subchapter V, Chapter 11 Trustee (the "*Movant*"), filed an application pursuant to L.B.R. 2002-1 or 9013-1 entitled First Interim Application for Allowance and Payment of Compensation for Subchapter V, Chapter 11 Trustee ("*Fee Application*") at docket no. 400. Movant hereby certifies that the following is true and correct:

1.  Service of the Fee Application, Cover Sheet, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Fee Application on July 28, 2025.

    a.  Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on July 28, 2025.

2.  The docket numbers for each of the following relevant documents are:
    a.  the Fee Application and all documents attached thereto and served therewith, docket no. 400;
    b.  the Notice, docket no. 401;
    c.  the Certificate of Service of the Notice, docket no. 402; and
    d.  the Proposed Order, docket no. 400.

3.  No objections to or requests for hearing on the Fee Application were received by the undersigned, or filed with the Court by the date designated in the Notice.

Accordingly, Movant requests that the Court enter an order granting the requested relief.

**Part 3  Signature of Movant's Attorney or Movant (if unrepresented)**

Dated:  August 20, 2025.

*/s/ Joli A. Lofstedt*
Joli A. Lofstedt, Trustee
PO Box 270561
Louisville, CO 80027
Tel: (303) 476-6915
Fax: (303) 604-2964
Email:  joli@jaltrustee.com