**Name** Michael OHARE

**Account No** _____   **Date** 8/1/2024

**Pay to the Order of** Allen Vellone   **$** 58,674

Fifty-Eight Thousand Six hundred Seventy Four — Dollars

Integrity BANK & TRUST
1275 VILLAGE RIDGE POINT
MONUMENT, CO 80132  1-877-677-2265

**For** Purchase of Debt

⑈107006994⑈   2224⑊   0002

EXHIBIT 1
Page 1 of 1