## ALLEN VELLONE WOLF HELFRICH & FACTOR P.C. - Operating



Total: $6,326.52

**Successful $6,326.52**

### Line Products or Services

| Product/Service | Qty | Price | Amount |
|---|---|---|---|
| PAYMENT ON BALANCE DUE FOR .101 & .102 ACCOUNTS | 1 | $6,326.52 | $6,326.52 |
| Total | | | $6,326.52 |

### Details

**ID**
630cb860

**TYPE**
charge

**AUTHORIZATION CODE**
06948D

**TOTAL**
$6,326.52

**PAYMENT METHOD**
VISA   CREDIT ending in 2548

**EXPIRES**
06/2027

**CREATED AT**
01/31/25 at 12:12 PM
(updated on 01/31/25 at 12:12 PM)

**RECEIPT SENT**
via email on 01/31/25 at 12:12 PM

**TIPS ENABLED**
No

### Customer

**NAME**
MICHAEL O'HARE

**EMAIL ADDRESS**
MCOHARE@GMAIL.COM

**ADDITIONAL EMAIL ADDRESSES**
N/A

**PHONE NUMBER**
(323) 691-5851

**ADDRESS**
N/A

EXHIBIT 3 Page 1 of 1