## Vandana S. Koelsch

**From:** ALLEN VELLONE WOLF HELFRICH & FACTOR P.C. - Trust <support@Tabs3Pay.com>
**Sent:** Wednesday, October 2, 2024 11:31 AM
**To:** Megan R. Laughlin
**Subject:** Merchant Copy: Successful charge from Michael OHare

**Receipt from ALLEN VELLONE WOLF HELFRICH & FACTOR P.C. - Trust**

**Paid**

Amount

# $15,000.00

| | |
|---|---|
| **Transaction Date** | October 02, 2024 |
| **Transaction ID** | 3fb6d6ba |
| **Memo** | Pt2/2 - Retainer Amt per 9.30.24 EA |
| **Subtotal** | $15,000.00 |
| Tax | $0.00 |
| **TOTAL PAID** | $15,000.00 |
| **Payment** | VISA 4032 |
| **Customer** | Michael OHare |

**ALLEN VELLONE WOLF HELFRICH & FACTOR P.C. - Trust**

1600 STOUT ST
STE 1900
DENVER, CO 80202

kbigley@allen-vellone.com

powered by

1

EXHIBIT 4
Page 1 of 1