## Vandana S. Koelsch

| | |
|---|---|
| **From:** | ALLEN VELLONE WOLF HELFRICH & FACTOR P.C. - Trust <support@Tabs3Pay.com> |
| **Sent:** | Monday, October 7, 2024 9:42 AM |
| **To:** | Krystal Bigley |
| **Subject:** | Merchant Copy: Successful charge from Tatiana OHare |

**Receipt from ALLEN VELLONE WOLF HELFRICH & FACTOR P.C. - Trust**

**Refunded**

Amount Refunded

# $10,000.00

| | |
|---|---|
| **Transaction Date** | October 02, 2024 |
| **Transaction ID** | 3189a6ac |
| **Memo** | Pt1/2Retainer Amt per 9.30.24 EA |
| **Payment** | MASTERCARD 6826 |
| **Customer** | Tatiana OHare |

**ALLEN VELLONE WOLF HELFRICH & FACTOR P.C. - Trust**

1600 STOUT ST
STE 1900
DENVER, CO 80202

kbigley@allen-vellone.com

powered by 

1

EXHIBIT 7
Page 1 of 1