**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

**NOTICE OF SUBSTANTIAL CONSUMMATION OF FIFTH AMENDED SUB-
CHAPTER V PLAN OF REORGANIZATION DATED JUNE 20, 2025**

PLEASE TAKE NOTICE that the Fifth Amended Sub-Chapter V Plan of Reorganization

dated June 20, 2025 (Docket No. 374) has been substantially consummated.

Dated: September 5, 2025                    Respectfully submitted,


By:   /s/ Aaron A. Garber
      Aaron A. Garber, #36099
      Wadsworth Garber Warner Conrardy, P.C.
      2580 West Main Street, Suite 200
      Littleton, CO 80120
      Telephone: (303) 296-1999
      Telecopy: (303) 296-7600
      Email: agarber@wgwc-law.com

2

## CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of September 2025, I served via ECF a copy of the **NOTICE OF SUBSTANTIAL CONSUMMATION OF FIFTH AMENDED SUB-CHAPTER V PLAN OF REORGANIZATION DATED JUNE 20, 2025** on the parties below:

Robertson B. Cohen     trusteecohen@cohenlawyers.com, rcohen@ecf.axosfs.com;CO38@ecfcbis.com
Aaron A Garber     agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com
Lois Tabberson Gray     loistgraylaw@gmail.com, Gray.LoisT.B128855@notify.bestcase.com
US Trustee     USTPRegion19.DV.ECF@usdoj.gov


*/s/ Nichole Garber*
For Wadsworth Garber Warner Conrardy, P.C.

2