# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC and TCPA LIST SANITIZER LLC ) | Case No.  24-12624-KHT |
| Tax ID / EIN: 83-3868704 ) | Chapter 11, Subchapter V |
| ) | |
| *Debtor* ) | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Joli A. Lofstedt, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $12,474.08. A plan was confirmed on July 9, 2025. No plan payments were made to the trustee. On September 5, 2025, debtor filed a notice that the plan had been substantially consummated. Pursuant to 11 U.S.C. § 330(a) on November 26, 2024, the Court ordered compensation of $8,625.00 and expenses of $28.97 be awarded to the trustee. Further, on August 21, 2025, the Court ordered final compensation of $3,787.50 and expenses of $32.61 be awarded to the trustee. Trustee's allowed fees and expenses were paid by the debtor to the Trustee on November 26, 2024, December 14, 2024, and on August 21, 2025.  I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Dated: September 16, 2025.        */s/ Joli A. Lofstedt*
                                 Joli A. Lofstedt, Trustee
                                 P.O. Box 270561
                                 Louisville, CO  80027
                                 Ph: (303) 476-6915
                                 Fx: (303) 604-2964
                                 joli@jaltrustee.com

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(V)-NDR D**