| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY<br>STATE OF COLORADO<br>270 South Tejon Street<br>Colorado Springs, CO 80903 | DATE FILED<br>May 3, 2023 10:44 PM<br>FILING ID: 4B446A119434F<br>CASE NUMBER: 2021CV31668 |
| TCPA LITIGATOR LIST,<br><br>**Plaintiff**,<br><br>v.<br><br>ADAM YOUNG, an individual, TUBMANBURG LIMITED, a Bahamas corporation a/k/a RINGBA, RINGBA, LLC, a Delaware limited liability company.<br><br>**Defendants.** | ▲ **COURT USE ONLY** ▲<br><br>Case No.: 2021CV31668<br><br>Division No.: 9 |
| *Attorneys for Plaintiff:*<br>Gary Tucker, #15811<br>Jeffrey Cohen, #10876<br>Christopher D. Yost, #54247<br>COHEN, LLC<br>1600 Broadway, Suite 1660<br>Denver, CO 80202<br>Telephone: 303-524-3636<br>E-mail: gtuck05@gmail.com<br>E-mail: jcohen@cohentrial.com<br>E-mail: cyost@cohentrial.com | |
| **PLAINTIFF'S FORTHWITH MOTION TO STAY PROCEEDING PURSUANT TO C.A.R. 21(f)** | |

The Plaintiff, TCPA Litigator List ("Plaintiff"), by and through its undersigned counsel, COHEN, LLC, hereby moves this Court forthwith to stay this proceeding pursuant to C.A.R. 21(f), in support thereof, the Plaintiff states as follows:

**C.R.C.P. 121 § 1-15(8) Certificate of Conferral:** The undersigned certifies that he has attempted to confer in good faith with the Defendants' counsel regarding the relief requested herein. The Defendants have not yet stated whether they oppose the relief requested.

1. This matter is currently set for jury trial beginning on May 15, 2023.

2. On May 3, 2023, the Plaintiff filed a petition for a rule to show cause pursuant to C.A.R. 21 with the Colorado Supreme Court (the "Petition").

3. Plaintiff requests a stay of this proceeding pursuant to C.A.R. 21(f) pending the Supreme Court's determination whether to exercise its original jurisdiction and vacate this Court's April 25, 2023 Order because the sanctions imposed constitute a clear abuse of discretion because they do not remedy or mitigate the prejudice suffered by the Defendants, are solely punitive, and are so severe as to materially prevent Plaintiff from presenting its case and having it determined on the merits—as is Plaintiff's right.

4. In conjunction, the Plaintiff requests the Court vacate the May 15, 2023 trial date pending resolution of the Petition.

5. As further support for a stay, the Plaintiff notes that the Defendants have still not produced the requested financial documents, ledgers, and information that Defendants have been required to produce since the April 2, 2023 Order granting Plaintiff's Motion to Compel. Plaintiff was forced to file a motion for spoliation on April 15, 2023, which this Court addressed at the hearing on April 18, 2023, reaffirming its position that Defendants must produce the underlying financial information used to prepare Ringba, LLC's tax returns. After delaying nearly 2 weeks, Defendants confirmed on May 1, 2023 that in fact their accountants used "quickbooks" in preparing Ringba, LLC's tax returns, but have denied Plaintiff's access to Defendants' quickbooks.

WHEREFORE, Plaintiff respectfully requests that the Court stay this proceeding pending resolution of the Plaintiff's C.A.R. 21 Petition for rule to show cause, vacate the trial presently set for May 15, 2023, and for such further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Jeffrey Cohen*
Jeffrey Cohen, Esq. #10876
Christopher D. Yost, Esq. #54247
Chase Tavernier, Esq. #58129
COHEN, LLC
1600 Broadway, Suite 1660
Denver, Colorado 80202
Telephone:  303-524-3636
Email: jcohen@cohentrial.com
E-mail: cyost@cohentrial.com
Email: ctavernier@cohentrial.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 3rd day of May 2023, a true and correct copy of the foregoing was electronically served via CCEF's electronic filing service to the following individuals:

Chuan "CiCi" Cheng, #45229
Emily P. Linehan, #56906
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
*Attorneys for Defendants*

                                                               */s/ Christopher Yost*