COHEN, LLC

# INVOICE

Cohen, LLC
1600 Broadway, Suite 1660
Denver, CO - Colorado 80202

| | |
|---:|---:|
| Invoice #: | 4739 |
| Date: | 09-16-2025 |
| Due On: | 09-16-2025 |

TCPA Litigator List

Matter Name: TCPA Collections

## Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 09-03-24 | JC | prepare for and attend oral argument virtually | 0.80 | 450.00 | $360.00 |
| 09-04-24 | JC | review recently filed pleadings and prepare for hearing | 2.10 | 450.00 | $945.00 |
| 09-05-24 | JC | reviewing pleadings and tc with g tucker re depositions | 1.10 | 450.00 | $495.00 |
| 09-05-24 | DE | Observe oral arguments at court of appeals and discuss with Jeff and Tanner. | 1.10 | 295.00 | $324.50 |
| 09-06-24 | JC | review filings and disclosures | 1.20 | 450.00 | $540.00 |
| 09-09-24 | JC | review settlement offer .4 - tc with g tucker re status and offer .4 - .6 tc with counsel and correspond with counsel re status | 1.40 | 450.00 | $630.00 |
| 09-10-24 | JC | review motion to convert .6 - 3x tc with g tucker re status and planning .7 - .8 reviewing plan and plan deadlines to object | 2.10 | 450.00 | $945.00 |
| 09-11-24 | JC | review and research motion to liquidate | 2.10 | 450.00 | $945.00 |
| 09-12-24 | JC | preparing to join motion to convert | 1.20 | 450.00 | $540.00 |
| 09-13-24 | JC | prepare to join motion to liquidate | 1.20 | 450.00 | $540.00 |
| 09-16-24 | JC | drafting joinder in motion to liquidate | 1.10 | 450.00 | $495.00 |
| 09-17-24 | JC | preparing and drafting witness and exhibit list | 0.90 | 450.00 | $405.00 |
| 09-18-24 | JC | prepare for hearing | 1.20 | 450.00 | $540.00 |

Page: 1

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-19-24 | JC | preparing for hearing | 1.10 | 450.00 | $495.00 |
| 09-20-24 | JC | reviewing order and preparing for hearing | 1.10 | 450.00 | $495.00 |
| 09-23-24 | JC | prepare for hearing | 3.20 | 450.00 | $1,440.00 |
| 09-23-24 | DE | Prepare for hearing with Jeff. | 1.50 | 295.00 | $442.50 |
| 09-23-24 | DE | Review order affirming. | 1.90 | 295.00 | $560.50 |
| 09-24-24 | JC | prepare for and attend hearing on appointment of counsel | 7.10 | 450.00 | $3,195.00 |
| 09-25-24 | JC | reviewing new plan and minutes of hearing | 1.80 | 450.00 | $810.00 |
| 09-27-24 | JC | prepare and file motion for extension | 0.90 | 450.00 | $405.00 |
| 09-30-24 | JC | prepare for objections to plan | 1.10 | 450.00 | $495.00 |
| 10-01-24 | JC | researching absolute priority rule | 1.70 | 450.00 | $765.00 |
| 10-02-24 | JC | prepare objection to plan | 2.10 | 450.00 | $945.00 |
| 10-03-24 | JC | prepare for and attend hearing on plan confirmation | 2.20 | 450.00 | $990.00 |
| 10-03-24 | DE | Atttend hearing. Confer with Jeff on the same. | 2.00 | 295.00 | $590.00 |
| 10-04-24 | JC | review documents in preparation for liquidation hearing | 1.30 | 450.00 | $585.00 |
| 10-08-24 | JC | prepare for and attend hearing on motion to dismiss | 2.30 | 450.00 | $1,035.00 |
| 10-09-24 | JC | review filings .4 - .7 prepare for final hearing | 1.10 | 450.00 | $495.00 |
| 10-10-24 | JC | review cash collateral agreement .6 - .6 prepare for final hearing | 1.20 | 450.00 | $540.00 |
| 10-14-24 | JC | prepare for hearing on liquidation by reviewing court pleadings | 1.30 | 450.00 | $585.00 |
| 10-15-24 | JC | prepare for hearing review witness and exhibit list | 1.40 | 450.00 | $630.00 |
| 10-17-24 | JC | prepare for hearing | 1.70 | 450.00 | $765.00 |
| 10-21-24 | JC | review and prepare for hearing on conversion | 1.90 | 450.00 | $855.00 |
| 10-21-24 | JC | prepare for hearing | 1.30 | 450.00 | $585.00 |
| 10-22-24 | JC | reviewing court order and file | 0.70 | 450.00 | $315.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-23-24 | JC | review motion for abeyance and plan | 1.30 | 450.00 | $585.00 |
| 10-24-24 | JC | tc with g tucker re strategy | 0.60 | 450.00 | $270.00 |
| 10-25-24 | JC | review settlement with ringba | 0.80 | 450.00 | $360.00 |
| 10-31-24 | JC | review court orders and recent filings | 0.90 | 450.00 | $405.00 |
| 11-01-24 | JC | review deadlines and plan issues | 1.20 | 450.00 | $540.00 |
| 11-05-24 | JC | reviewing bankruptcy filings | 1.60 | 450.00 | $720.00 |
| 11-27-24 | JC | review status of bk proceedings | 0.90 | 450.00 | $405.00 |
| 01-06-25 | JC | tc with c yost re ohare's contacts | 0.70 | 450.00 | $315.00 |
| 02-25-25 | JC | tc with aron garber .7 - .4 reviewing plan language | 1.10 | 450.00 | $495.00 |
| 02-27-25 | JC | reviewing plan and tc with g tucker re plan | 1.20 | 450.00 | $540.00 |
| 03-31-25 | JC | assessing plan and new procedure | 1.70 | 450.00 | $765.00 |
| 04-01-25 | JC | reviewing order on hearing dates .3 - tc with g tucker re hearing .3 - .8 review plan | 1.40 | 450.00 | $630.00 |
| 04-03-25 | JC | review plan and objections that have been filed | 1.70 | 450.00 | $765.00 |
| 04-07-25 | JC | review plan and draft objections | 1.80 | 450.00 | $810.00 |
| 04-08-25 | JC | drafting and reviewing objection to confirmation and tc with g tucker | 2.70 | 450.00 | $1,215.00 |
| 04-11-25 | JC | attend and prepare for status hearing on confirmation and objections to plan confirmation and motion for payment to Cashew | 2.30 | 450.00 | $1,035.00 |
| 04-15-25 | JC | review ct order re scheduling and pleadings on payment to cashew | 0.60 | 450.00 | $270.00 |
| 06-02-25 | JC | review email from garber | 0.30 | 450.00 | $135.00 |
| 06-03-25 | JC | negotiate with garber re settlement | 0.60 | 450.00 | $270.00 |
| 06-20-25 | JC | reviewing pleadings regarding stipulation and new plain | 2.10 | 450.00 | $945.00 |
| 06-30-25 | JC | review court notice re plan | 6.00 | 450.00 | $2,700.00 |
| 07-05-25 | JC | review new plan and court order re confirmation | 1.10 | 450.00 | $495.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-18-25 | DW | Confer w/ JC re: objections deadline; calendar the same (0.2). | 0.20 | 265.00 | $53.00 |
| 08-26-25 | JC | review motion and research addition of parties | 1.70 | 450.00 | $765.00 |
| 08-26-25 | JC | reviewing objection and procedure | 1.70 | 450.00 | $765.00 |
| 09-02-25 | JC | review objection to claim | 1.20 | 450.00 | $540.00 |
| 09-08-25 | JC | prepare response to claim objection | 1.60 | 450.00 | $720.00 |
| 09-09-25 | JC | prepare response to objection | 1.20 | 450.00 | $540.00 |
| 09-10-25 | JC | prepare response to claim objection | 1.40 | 450.00 | $630.00 |
| 09-11-25 | JC | prepare objection to motion | 1.20 | 450.00 | $540.00 |
| 09-12-25 | JC | edit and review objection and motion to add parties | 2.10 | 450.00 | $945.00 |
| 09-15-25 | JC | review and edit response | 1.80 | 450.00 | $810.00 |

Services Subtotal: $46,700.50

Expenses

| Date | Staff | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 07-15-24 | DE | CO Courts E-Filing | 1.00 | 15.00 | $15.00 |
| 07-24-24 | | CO Courts E-Filing | 1.00 | 15.00 | $15.00 |

Expenses Subtotal: $30.00

| | |
|---|---|
| Subtotal | $46,730.50 |
| Total | $46,730.50 |
| Payment | $0.00 |
| Balance Owing | $46,730.50 |

Detailed Statement Account Summary

| | |
|---|---|
| Previous Balance: | $22,385.50 |
| New Charges: | $46,730.50 |
| Payments Applied: | $0.00 |
| **Total Amount Outstanding:** | **$69,116.00** |

Detailed Operating Retainer Summary

| | |
|---|---|
| Previous Retainer Balance: | $0.00 |
| Retainer Deposits Since Last Invoice: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

Trust Account Balance $0.00

Operating Account Balance $0.00

Total Client Balance $69,116.00

Total Matter Balance $22,385.50

Please make all amounts payable to Cohen, LLC. You may also pay online at: https://secure.lawpay.com/pages/cohentrial/operating