UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                                    )
                                                         )          Case No. 24-12624-KHT
DNC AND TCPA LIST SANITIZER, LLC                         )
EIN: 83-3868704                                          )          Chapter 11
                                                         )          Sub-Chapter V
          Debtor                                         )

**AFFIDAVIT OF JEFFREY COHEN VERIFYING COHEN LLC'S RESPONSE IN OPPOSITION TO DEBTOR'S OBJECTION TO CLAIMS FILED BY COHEN, LLC (CLAIM NOS. 8 AND 9) AND REQUEST FOR EVIDENTIARY HEARING**

I, Jeffrey Cohen, being duly sworn, hereby state and affirm as follows:

1. I am an attorney licensed to practice in the State of Colorado, attorney registration number 10876. I am the managing member of Cohen, LLC ("Creditor"), located at 1600 Broadway, Suite 1660, Denver, Colorado 80202.

2. I am personally familiar with the facts and circumstances set forth in the Verified Response in Opposition to Debtor's Objection to Claims (Claim Nos. 8 and 9) and Request for Evidentiary Hearing (the "Response"), filed on September 17, 2025, in the above-captioned case.

3. The factual statements contained in the Verified Response in Opposition to Debtor's Obejection to Claims Filed by Cohen, LLC (Claim Nos. 8 and 9) And Request for Evidentiary Hearing, including but not limited to the description of Cohen, LLC's retention, billing, the services provided during the relevant time periods, the outstanding balance owed, the interest and collection costs incurred, and the necessity of joining Michael O'Hare as a party—are true and correct to the best of my knowledge, information, and belief.

4. The exhibits attached to and incorporated into the Response, including orders from the El Paso County District Court are true and accurate copies of the documents they purport

to be.

5. The Response was filed in good faith, accurately reflecting Cohen, LLC's position with respect to Debtor's Objection, and the facts stated therein are based on my personal knowledge or review of Cohen, LLC's business records kept in the ordinary course of business.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 09/17 , 2025
Denver, Colorado

_____
Jeffrey Cohen, #10876
Creditor Representative
Cohen, LLC