UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

DNC and TCPA LIST SANITIZER, LLC.,

Debtor.

Bankruptcy Case No. 24-12624 KHT

Chapter 11

### ORDER

THIS MATTER is before the Court following the hearing held on October 1, 2025. The Court,

HEREBY ORDERS that the provisions of Fed.R.Civ.P. 26 shall apply to this matter, subject to the provisions of this order concerning timing. The Court

FURTHER ORDERS that the parties shall adhere to the following deadlines:

1. <u>Discovery</u>.  Expert Witness Reports must be exchanged by **December 10, 2025**. All Discovery must be completed by **January 16, 2026**.  "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.  The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this contested matter.

2. <u>Evidentiary Hearing</u>.  A **two-day in person** evidentiary hearing shall be held on **Thursday February 5, 2026, at 9:30 a.m. and continuing to Friday, February 6, 2026 at 9:30 a.m.** in Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado.  All persons attending the hearing must present a valid government issued ID and submit to security screening to enter the U.S. Custom House. Any party intending to introduce any exhibits or call any witnesses at the scheduled hearing shall, on or before **January 22, 2026** (a) deliver to the opposing side, a list and photocopies of the proposed exhibits pre-marked for identification (Debtor-Numbers, Objector-Letters) and a schedule of witnesses who may be called as well as a schedule of witnesses who will be called, and (b) file with the Court only the list of exhibits and schedules of witnesses who may or will be called.  A copy of each exhibit shall be tendered to the Court three (3) business days prior to the hearing via email.  The information shall be emailed to **KHT_Courtroom@cob.uscourts.gov**. It is counsel's and/or the parties' responsibility to ensure their witnesses possess complete copies of all marked exhibits for the hearing.

DATED this 2nd day of October, 2025

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge