UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

### NOTICE OF MOTION OF WADSWORTH GARBER WARNER CONRARDY, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR

### OBJECTION DEADLINE: OCTOBER 23, 2025

NOTICE IS HEREBY GIVEN that Aaron A. Garber and the law firm of Wadsworth Garber Warner Conrardy, P.C. (collectively "WGWC") have filed with the Bankruptcy Court a Motion to Withdraw as Counsel for the Debtor, DNC and TCPA List Sanitizer, LLC, in the above-captioned bankruptcy case.

If you oppose the motion or object to the requested relief your objection and request for a hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for a hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: October 16, 2025      Respectfully submitted,

By: /s/ Aaron A. Garber
    Aaron A. Garber #36099
    **Wadsworth Garber Warner Conrardy, P.C.**
    2580 West Main Street, Suite 200
    Littleton, CO 80120
    Telephone: (303) 296-1999
    Telecopy: (303) 296-7600
    Email: agarber@wgwc-law.com

**CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

The undersigned certifies that on October 16, 2025, I served by prepaid first-class mail, email or ECF a copy of the **MOTION OF WADSWORTH GARBER WARNER CONRARDY, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR, notice and order** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
935 Pico Point
Colorado Springs, CO 80905

Chad S. Caby    chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com
Peter A. Cal    pcal@taftlaw.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen    jcohen@cohentrial.com
Samuel Wilson Collins    Wilson.Collins@wbd-us.com
Jason Cooper    jason.cooper@fmglaw.com
Aaron A Garber    agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com
John Gray    jgray@taftlaw.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch    Vandana.Koelsch@michaelbest.com, allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com
Arthur Lindquist-Kleissler    Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes    Alan.Motes@usdoj.gov
Reza Rismani    reza.rismani@fmglaw.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday    rjs@shillidaylaw.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov
Benjamin Woodruff    ben.woodruff@michaelbest.com, allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com

## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned further certifies that on October 16, 2025, I served by prepaid first class mail a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER October 16, 2025.

/s/ Nichole Garber
For Wadsworth Garber Warner Conrardy

```
Label Matrix for local noticing        Adam Young, Tabmanburg Limited, and Kingba,    Allen Vellone Wolf Helfrich & Factor, PC
1082-1                                 c/o Chad S. Caby, Esq.                          1600 Stout Street Stuie 1900
Case 24-12624-KHT                      1601 19th Street, Suite 1000                    Denver, CO 80202-3160
District of Colorado                   Denver, Co 80202-2995
Denver
Thu Oct 16 10:13:59 MDT 2025

Allen Vellone Wolf Helfrich & Factor P.C.   American Express                           American Express
1600 Stout Street Suite 1900                Business Line of Credit PO Box 570622      PO Box 6031
Denver, CO 80202-3156                       Atlanta, GA 30357-3110                     Carol Stream, IL 60197-6031


American Express National Bank         American Express National Bank, AENB            CT Corporation System, as representative
c/o Becket and Lee LLP                 c/o Zwicker and Associates, P.C.                Attn:  SPRS
PO Box 3001                            Attorneys/Agents for Creditor                   330 N Brand Blvd Ste 700
Malvern  PA 19355-0701                 P.O. Box 9043                                   Glendale, CA 91203-2336
                                       Andover, MA 01810-0943


Chad S. Caby                           Peter A. Cal                                    Cashyew Holding, LLC
Womble Bond Dickinson (US) LLP         Taft Stettinius & Hollister LLP                 405 Cherry Hills Way
1601 19th Street                       675 Fifteenth Street                            Colorado Springs, CO 80921-2667
Ste 1000                               Suite 2300
Denver, CO 80202-2995                  Denver, CO 80202-4258


Chase                                  Chase Bank                                      John Cimino
PO Box 78039                           PO Box 6026 Mail Code IL 1-0054                 5500 East Yale Avenue, Suite 201
Phoenix, AZ 85062-8039                 Chicago, IL 60680-6026                          Denver, CO 80222-6930


Jeffery Cohen                          Jeffrey Cohen                                   Cohen Trial, LLC
Cohen, LLC                             Cohen LLC                                       1600 Broadway Suite 1660
1600 Broadway                          1600 Broadway                                   Denver, CO 80202-4915
Suite 1660                             Ste 1660
Denver, CO 80202-4915                  Denver, CO 80202-4915


Cohen, LLC                             Colorado Department Of Revenue                  Jason Cooper
1600 Broadway                          1881 Pierce St.                                 Freeman Mathis & Gary, LLP
Suite 1660                             Bankruptcy Unit, Room 104                       6400 S. Fiddler's Green
Denver, CO 80202-4915                  Lakewood CO 80214-1407                          Suite 1900
                                                                                       Greenwood Village, CO 80111-4962


DNC AND TCPA LIST SANITIZER LLC        GLEGAL, LLC                                     Aaron A Garber
ATTN MICHAEL OHARE                     c/o Gary Tucker                                 2580 West Main Street
405 CHERRY HILLS WAY                   1600 Broadway No. 1660                          Suite 200
COLORADO SPRINGS CO 80921-2667         Denver, CO 80202-4915                           Littleton, CO 80120-4631


Glegal, LLC                            John Gray                                       IRS
1600 Broadway                          Taft Stettinius & Hollister LLP                 PO Box 7346
1660                                   675 15th Street                                 Philadelphia PA 19101-7346
Denver, CO 80202-4915                  Ste 2300
                                       Denver, CO 80202-4258


JPMorgan Chase Bank NA                 JPMorgan Chase Bank, N.A.                       Vandana Koelsch
PO Box 6026 IL1-1145                   c/o Sherman & Howard L.L.C.                     Michael Best & Friedrich LLP
Chicago, IL 60680-6026                 Attn: Peter A. Cal, Esq.                        675 15th Street
                                       675 Fifteenth Street, Suite 2300                Suite 2000
                                       Denver, CO 80202-4258                           Denver, CO 80202-4251
```

| | | |
|---|---|---|
| thur Lindquist-Kleissler<br>0 S. Cherry St.<br>e. 418<br>nver, CO 80246-2662 | (p)JOLI A LOFSTEDT<br>ATTN JOLI A LOFSTEDT TRUSTEE<br>PO BOX 270561<br>LOUISVILLE CO 80027-5009 | Alan K. Motes<br>Byron G. Rogers Federal Building<br>1961 Stout St.<br>Ste. 12-200<br>Denver, CO 80294-6004 |
| untain Peak Law Grpoup PC<br>acy D. Stein<br>sty J. Trevino 101 E Gray St Ste B<br>rman, OK 73069-7257 | Michael O'Hare<br>405 Cherry Hills Way<br>Colorado Springs, CO 80921-2667 | Quandry Peak Research<br>205 S Broadway Suite 300<br>Los Angeles, CA 90012-3607 |
| ngba, LLC<br>the Green Suite 11558<br>ver DE 19901-3618 | Reza Rismani<br>Freeman Mathis & Gary, LLP<br>6400 S. Fiddler's Green<br>Suite 1900<br>Greenwood Village, CO 80111-4962 | Securities and Exchange Commission<br>Central Regional Office<br>1961 Stout St.<br>Ste. 1700<br>Denver CO 80294-1700 |
| curities and Exchange Commission<br>dwest Regional Office<br>5 W. Jackson Blvd.<br>e. 900<br>icago IL 60604-2815 | Katharine S. Sender<br>Allen Vellone Wolf Helfrich & Factor P.C<br>1600 Stout Street<br>Ste. 1900<br>Denver, CO 80202-3156 | Robert J. Shilliday III<br>Shilliday Law, P.C.<br>2616 W. Alamo Avenue<br>Littleton, CO 80120-1921 |
| Trustee<br>ron G. Rogers Federal Building<br>61 Stout St.<br>e. 12-200<br>nver, CO 80294-6004 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| C and TCPA LIST SANITIZER, LLC<br>5 Pico Point<br>lorado Springs, CO 80905 | Joli A. Lofstedt<br>Joli A. Lofstedt, Trustee<br>PO Box 270561<br>Louisville, CO 80027 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| )Allen Vellone Wolf Helfrich & Factor | (d)Allen Vellone Wolf Helfrich & Factor P.C.<br>1600 Stout Street Suite 1900<br>Denver, CO 80202-3156 | (u)Allen Vellone Wolf Helfrich & Factor, P |
| )FirstBank | (d)JPMorgan Chase Bank, N.A.<br>c/o Sherman & Howard L.L.C.<br>Attn: Peter A. Cal, Esq.<br>675 Fifteenth Street, Suite 2300<br>Denver, CO 80202-4258 | (u)Ringba, LLC |

```
d of Label Matrix
ilable recipients    42
passed recipients     9
tal                  51
```