UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) | |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Sub-Chapter V |
| Debtor | ) | |

**MOTION TO APPROVE STIPULATION PERTAINING TO MOTION OF
WADSWORTH GARBER WARNER CONRARDY, P.C. TO WITHDRAW AS
COUNSEL FOR DEBTOR**

Aaron A. Garber and the law firm of Wadsworth Garber Warner Conrardy, P.C. (collectively "WGWC;"), for the Motion to Stipulation Pertaining to Motion of WGWC to Withdraw as Counsel for the Debtor states as follows:

**RECITALS**

1.     On October 16, 2025, WGWC filed its Motion to Withdraw as Counsel for the Debtor asserting there was a breakdown of the attorney client relationship.

2.      DNC and TCPA List Sanitizer, LLC ("Debtor") and was going to object to the Motion to Withdraw requesting that WGWC not be permitted to withdraw for thirty days to give the Debtor time to find replacement counsel.

3.     To avoid the cost, expense and risk of litigation, and to give the Debtor time to find replacement counsel, the Debtor and WGWC entered into a Stipulation, a copy which is attached hereto. The pertinent terms of the Stipulation are as follows:

a.     **Effective Date of Withdraw:** WGWC shall be deemed to withdraw as counsel for the Debtor effective November 14, 2025 and shall have no further obligation to participate in this case or to represent the Debtor.  If Debtor finds replacement counsel prior to November 14, 2025 then WGWC shall be deemed to have withdrawn on the date that the Debtor finds replacement counsel.  The Debtor has received the Motion to Withdraw and has reviewed and understands paragraph 3 of the Motion.

b.     **Cohen Claim** Objection**:**  The Debtor has been provided with and understands the dates and deadlines pertaining to the Cohen Claim Objection. The sole obligation of WGWC with respect to the Cohen claim objection shall be to

serve discovery upon Cohen, which discovery was previously reviewed and approved by the Debtor.  WGWC shall provide to the Debtor or its replacement counsel any discovery responses received by Cohen.

    c.    **Releases.**  The Debtor hereby releases WGWC, its partners, officers, agents, employees, successors and assigns from any and all claims and causes of action it may have or ever had from the beginning of time until WGWC withdraws as counsel for the Debtor whether know or unknown, at law of equity, whether present or in the future (**WGWC's willingness to enter into this Agreement is subject to the release covering until WGWC withdraws as counsel and the Debtor understands that this release extends into the future and is willing to enter into the Agreement so the WGWC will continue to represent the Debtor through November 14, 2025**).

    d.    WGWC hereby releases the Debtor and its partners, officers, agents, employees, successor and assigns from any and all claims and causes of action it may have or ever had from the beginning of time until to the date of this agreement whether know or unknown, at law of equity, whether present or in the future, expect that the Debtor shall be obligated to pay for the fees and costs incurred by WGWC through the date WGWC withdraws as counsel for the Debtor.

    e.    **Final Accounting and Return of Balances.** Within fourteen (14) days after the effective withdrawal date, WGWC shall provide the Debtor a final billing statement and remit any remaining client funds or balances held in trust after satisfying the final bill.

    f.    **Bankruptcy Court Approval:** This Agreement and the rights and obligations thereunder are subject to Bankruptcy Court approval. The Debtor and WGWC shall jointly seek approval of this Agreement form the Court.

    g.    **Retention of jurisdiction.**  The Bankruptcy Court shall retain exclusive jurisdiction to hear any disputes pertaining to this Agreement, to which jurisdiction the parties consent.

    4.    WGWC, with the consent of the Debtor, requests that this Court approve the Stipulation.  The Stipulation provides WGWC with a means to exit the case.  The Stipulation

provides the Debtor with a reasonable period of time to locate replacement counsel while assuring that the Debtor remains represented by counsel during this period. The Stipulation provides the parties with reasoned, balanced releases and reasoned and balanced means to terminate the parties relationship.

WHEREFORE WGWC, with the consent of the Debtor, respectfully requests that the Court approve the Stipulation and grant such other and further relief as the Court deems just.

DATED: October 16, 2025                      Respectfully submitted,


By: /s/ Aaron A. Garber
      Aaron A. Garber #36099
      **Wadsworth Garber Warner Conrardy, P.C.**
      2580 West Main Street, Suite 200
      Littleton, CO 80120
      Telephone: (303) 296-1999
      Telecopy: (303) 296-7600
      Email: agarber@wgwc-law.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 22, 2025, I served by prepaid first-class mail, email or ECF a copy of the **MOTION TO APPROVE STIPULATION PERTAINING TO MOTION OF WADSWORTH GARBER WARNER CONRARDY, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR and order** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:


DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
mcohare@gmail.com

Chad S. Caby    chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com
Peter A. Cal    pcal@taftlaw.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen    jcohen@cohentrial.com
Samuel Wilson Collins    Wilson.Collins@wbd-us.com
Jason Cooper    jason.cooper@fmglaw.com
Aaron A Garber    agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com
John Gray    jgray@taftlaw.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch    Vandana.Koelsch@michaelbest.com, allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com
Arthur Lindquist-Kleissler    Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes    Alan.Motes@usdoj.gov
Reza Rismani    reza.rismani@fmglaw.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday    rjs@shillidaylaw.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov
Benjamin Woodruff    ben.woodruff@michaelbest.com, allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com

**EXHIBIT**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | )   Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) |
| EIN: 83-3868704 | )   Chapter 11 |
| | )   Sub-Chapter V |
| Debtor | ) |

## STIPULATION PERTAINING TO MOTION OF WADSWORTH GARBER WARNER CONRARDY, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR

DNC and TCPA List Sanitizer, LLC ("Debtor") and Aaron A. Garber and the law firm of Wadsworth Garber Warner Conrardy, P.C. (collectively "WGWC;" and together the "Parties"), for their Stipulation Pertaining to Motion of WGWC to Withdraw as Counsel for the Debtor ("Agreement") state as follows:

### RECITALS

1.     On October 16, 2025, WGWC filed its Motion to Withdraw as Counsel for the Debtor asserting there was a breakdown of the attorney client relationship.

2.     The Debtor was going to object to the Motion to Withdraw requesting that WGWC not be permitted to withdraw for thirty days to give the Debtor time to find replacement counsel.

3.     To avoid the cost, expense and risk of litigation, and to give the Debtor time to find replacement counsel, the Debtor and WGWC stipulate to the below.

### STIPULATION

The Debtor and WGWC hereby stipulate and agree intending to be legally bound as follows:

4.     **Effective Date of Withdraw:** WGWC shall be deemed to withdraw as counsel for the Debtor effective November 14, 2025 and shall have no further obligation to participate in this case or to represent the Debtor. If Debtor finds replacement counsel prior to November 14, 2025 then WGWC shall be deemed to have withdrawn on the date that the Debtor finds replacement counsel. The Debtor has received the Motion to Withdraw and has reviewed and understands paragraph 3 of the Motion.

5.     **Cohen Claim Objection:** The Debtor has been provided with and understands the dates and deadlines pertaining to the Cohen Claim Objection. The sole obligation of WGWC with respect to the Cohen claim objection shall be to serve discovery upon Cohen, which discovery was

previously reviewed and approved by the Debtor.  WGWC shall provide to the Debtor or its replacement counsel any discovery responses received by Cohen.

      6.     **Releases.**  The Debtor hereby releases WGWC, its partners, officers, agents, employees, successors and assigns from any and all claims and causes of action it may have or ever had from the beginning of time until WGWC withdraws as counsel for the Debtor whether know or unknown, at law of equity, whether present or in the future (**WGWC's willingness to enter into this Agreement is subject to the release covering until WGWC withdraws as counsel and the Debtor understands that this release extends into the future and is willing to enter into the Agreement so the WGWC will continue to represent the Debtor through November 14, 2025**).

      WGWC hereby releases the Debtor and its partners, officers, agents, employees, successor and assigns from any and all claims and causes of action it may have or ever had from the beginning of time until to the date of this agreement whether know or unknown, at law of equity, whether present or in the future, expect that the Debtor shall be obligated to pay for the fees and costs incurred by WGWC through the date WGWC withdraws as counsel for the Debtor.

      7.     **Final Accounting and Return of Balances.** Within fourteen (14) days after the effective withdrawal date, WGWC shall provide the Debtor a final billing statement and remit any remaining client funds or balances held in trust after satisfying the final bill.

      8.     **Bankruptcy Court Approval:** This Agreement and the rights and obligations thereunder are subject to Bankruptcy Court approval. The Debtor and WGWC shall jointly seek approval of this Agreement form the Court.

      9.     **Retention of jurisdiction.**  The Bankruptcy Court shall retain exclusive jurisdiction to hear any disputes pertaining to this Agreement, to which jurisdiction the parties consent.

      10.     **Representation/Drafting.**    The Parties have had independent counsel review this Agreement or have had the opportunity to do so but has not exercised such right.  The Parties have equally participated in the preparation of this Agreement.

11.    **Authorization:**  The persons executing this Agreement acknowledge they have authorization to sign this Agreement and bind the respective Party.

AGREED TO ON THIS 22 DAY OF OCTOBER, 2025:

DNC AND TCPA LIST SANITIZER, LLC

By: _____

Michael O'Hare, managing member of the Debtor


WADSWORTH GARBER WARNER CONRARDY, PC


By: _____

Aaron A. Garber #36099
**Wadsworth Garber Warner Conrardy, P.C.**
2580 West Main Street, Suite 200
Littleton, CO 80120
Telephone: (303) 296-1999
Telecopy: (303) 296-7600
Email: agarber@wgwc-law.com