UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

### NOTICE OF MOTION TO APPROVE STIPULATION PERTAINING TO MOTION OF WADSWORTH GARBER WARNER CONRARDY, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR

### OBJECTION DEADLINE: NOVEMBER 17, 2025

NOTICE IS HEREBY GIVEN that Aaron A. Garber and the law firm of Wadsworth Garber Warner Conrardy, P.C. (collectively "WGWC") have filed with the Bankruptcy Court a Motion to Approve Stipulation Pertaining to Motion to Withdraw as Counsel for the Debtor seeking approval of a Stipulation between the Debtor and WGWC authorizing WGWC to withdraw as counsel for the Debtor on November 14, 2025 and the parties are granting each other releases in exchange for WGWC staying the case for a period to time to allow the Debtor to find replacement counsel.

If you oppose the motion or object to the requested relief your objection and request for a hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for a hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: October 27, 2025          Respectfully submitted,

By: /s/ Aaron A. Garber
    Aaron A. Garber #36099
    **Wadsworth Garber Warner Conrardy, P.C.**
    2580 West Main Street, Suite 200
    Littleton, CO 80120
    Telephone: (303) 296-1999
    Telecopy: (303) 296-7600
    Email: agarber@wgwc-law.com

## CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER

The undersigned certifies that on October 27, 2025, I served by prepaid first-class mail, email or ECF a copy of the **NOTICE OF MOTION TO APPROVE STIPULATION PERTAINING TO MOTION OF WADSWORTH GARBER WARNER CONRARDY, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Chad S. Caby    chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com
Peter A. Cal    pcal@taftlaw.com, rneal@shermanhoward.com;efiling@sah.com
Jeffrey Cohen    jcohen@cohentrial.com
Samuel Wilson Collins    Wilson.Collins@wbd-us.com
Jason Cooper    jason.cooper@fmglaw.com
Aaron A Garber    agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com
John Gray    jgray@taftlaw.com, dfouts@shermanhoward.com;efiling@sah.com;lkostyk@shermanhoward.com;lkostyk@shermanhoward.com
Vandana Koelsch    Vandana.Koelsch@michaelbest.com, allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com
Arthur Lindquist-Kleissler    Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net
Joli A. Lofstedt    joli@jaltrustee.com, ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com
Alan K. Motes    Alan.Motes@usdoj.gov
Reza Rismani    reza.rismani@fmglaw.com
Katharine S. Sender    ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com
Robert J. Shilliday    rjs@shillidaylaw.com
US Trustee    USTPRegion19.DV.ECF@usdoj.gov
Benjamin Woodruff    ben.woodruff@michaelbest.com, allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com

## 2002-1 CERTIFICATE OF SERVICE OF NOTICE

The undersigned further certifies that on October 27, 2025, I served by prepaid first class mail a copy of the foregoing Notice in accordance with FED.R.BANKR.P. 2002 and 11 U.S.C. §342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the Court's Creditor Address Mailing Matrix for this case, obtained from PACER October 27, 2025.

/s/ Nichole Garber
For Wadsworth Garber Warner Conrardy

```
Label Matrix for local noticing        Adam Young, Tubmanburg Limited, and Ringba,   Allen Vellone Wolf Halfrich & Factor, PC
1082-1                                 c/o Chad S. Caby, Esq.                        1600 Stout Street Stuie 1900
Case 24-12624-KHT                      1601 19th Street, Suite 1000                  Denver, CO 80202-3160
District of Colorado                   Denver, Co 80202-2995
Denver
Mon Oct 27 11:22:16 MDT 2025

Allen Vellone Wolf Helfrich & Factor P.C.   American Express                         American Express
1600 Stout Street Suite 1900                Business Line of Credit PO Box 570622    PO Box 6031
Denver, CO 80202-3156                       Atlanta, GA 30357-3110                   Carol Stream, IL 60197-6031


American Express National Bank         American Express National Bank, AENB          CT Corporation System, as representative
c/o Becket and Lee LLP                 c/o Zwicker and Associates, P.C.              Attn:  SPRS
PO Box 3001                            Attorneys/Agents for Creditor                 330 N Brand Blvd Ste 700
Malvern  PA 19355-0701                 P.O. Box 9043                                 Glendale, CA 91203-2336
                                       Andover, MA 01810-0943


Chad S. Caby                           Peter A. Cal                                  Cashyew Holding, LLC
Womble Bond Dickinson (US) LLP         Taft Stettinius & Hollister LLP               405 Cherry Hills Way
1601 19th Street                       675 Fifteenth Street                          Colorado Springs, CO 80921-2667
Ste 1000                               Suite 2300
Denver, CO 80202-2995                  Denver, CO 80202-4258


Chase                                  Chase Bank                                    John Cimino
PO Box 78039                           PO Box 6026 Mail Code IL 1-0054               5500 East Yale Avenue, Suite 201
Phoenix, AZ 85062-8039                 Chicago, IL 60680-6026                        Denver, CO 80222-6930


Jeffery Cohen                          Jeffrey Cohen                                 Cohen Trial, LLC
Cohen, LLC                             Cohen LLC                                     1600 Broadway Suite 1660
1600 Broadway                          1600 Broadway                                 Denver, CO 80202-4915
Suite 1660                             Ste 1660
Denver, CO 80202-4915                  Denver, CO 80202-4915


Cohen, LLC                             Colorado Department Of Revenue                Jason Cooper
1600 Broadway                          1881 Pierce St.                               Freeman Mathis & Gary, LLP
Suite 1660                             Bankruptcy Unit, Room 104                     6400 S. Fiddler's Green
Denver, CO 80202-4915                  Lakewood CO 80214-1407                        Suite 1900
                                                                                     Greenwood Village, CO 80111-4962


(p)DNC AND TCPA LIST SANITIZER LLC     GLEGAL, LLC                                   Aaron A Garber
ATTN MICHAEL OHARE                     c/o Gary Tucker                               2580 West Main Street
405 CHERRY HILLS WAY                   1600 Broadway No. 1660                        Suite 200
COLORADO SPRINGS CO 80921-2667         Denver, CO 80202-4915                         Littleton, CO 80120-4631


Glegal, LLC                            John Gray                                     IRS
1600 Broadway                          Taft Stettinius & Hollister LLP               PO Box 7346
#1660                                  675 15th Street                               Philadelphia PA 19101-7346
Denver, CO 80202-4915                  Ste 2300
                                       Denver, CO 80202-4258


JP Morgan Chase Bank NA                JPMorgan Chase Bank, N.A.                     Vandana Koelsch
PO Box 6026 IL1-1145                   c/o Sherman & Howard L.L.C.                   Michael Best & Friedrich LLP
Chicago, IL 60680-6026                 Attn: Peter A. Cal, Esq.                      675 15th Street
                                       675 Fifteenth Street, Suite 2300              Suite 2000
                                       Denver, CO 80202-4258                         Denver, CO 80202-4251
```

Arthur Lindquist-Kleissler
950 S. Cherry St.
Ste. 418
Denver, CO 80246-2662

(p)JOLI A LOFSTEDT
ATTN JOLI A LOFSTEDT TRUSTEE
PO BOX 270561
LOUISVILLE CO 80027-5009

Alan K. Motes
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

Mountain Peak Law Grpoup PC
Stacy D. Stein
Rusty J. Trevino 101 E Gray St Ste B
Norman, OK 73069-7257

Michael O'Hare
405 Cherry Hills Way
Colorado Springs, CO 80921-2667

Quandry Peak Research
205 S Broadway Suite 300
Los Angeles, CA 90012-3607

Ringba, LLC
8 the Green Suite 11558
Dover DE 19901-3618

Reza Rismani
Freeman Mathis & Gary, LLP
6400 S. Fiddler's Green
Suite 1900
Greenwood Village, CO 80111-4962

Securities and Exchange Commission
Central Regional Office
1961 Stout St.
Ste. 1700
Denver CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Katharine S. Sender
Allen Vellone Wolf Helfrich & Factor P.C
1600 Stout Street
Ste. 1900
Denver, CO 80202-3156

Robert J. Shilliday III
Shilliday Law, P.C.
2616 W. Alamo Avenue
Littleton, CO 80120-1921

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DNC and TCPA LIST SANITIZER, LLC
985 Pico Point
Colorado Springs, CO 80905

Joli A. Lofstedt
Joli A. Lofstedt,Trustee
PO Box 270561
Louisville, CO 80027


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Allen Vellone Wolf Helfrich & Factor

(d)Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street Suite 1900
Denver, CO 80202-3156

(u)Allen Vellone Wolf Helfrich & Factor, P.C.

(u)FirstBank

(d)JPMorgan Chase Bank, N.A.
c/o Sherman & Howard L.L.C.
Attn: Peter A. Cal, Esq.
675 Fifteenth Street, Suite 2300
Denver, CO 80202-4258

(u)Ringba, LLC

(u)SL Biggs, a Division of SingerLewak LLP    (u)Tubmanburg Limited    (u)Adam Young

End of Label Matrix
Mailable recipients    42
Bypassed recipients     9
Total                  51