UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC | ) |
| EIN: 83-3868704 | ) Chapter 11 |
| | ) Sub-Chapter V |
| Debtor | ) |

**ORDER APPROVING STIPULATION PERTAINING TO MOTION OF WADSWORTH GARBER WARNER CONRARDY, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR**

THIS MATTER having come before the Court on the Motion to Stipulation Pertaining to Motion of WGWC to Withdraw as Counsel for the Debtor (the "Motion"). The Court having considered the Motion, the file, and otherwise being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Stipulation attached to the Motion is hereby approved and the parties are bound by its terms. WGWC shall be deemed to have withdrawn as counsel for the Debtor in accordance with the terms of the Stipulation.

DATED: November 25, 2025                BY THE COURT:

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge