United States Bankruptcy Court
District of Colorado

In re:     Case No. 24-12624-KHT

DNC and TCPA LIST SANITIZER, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 3
Date Rcvd: Nov 25, 2025     Form ID: pdf904     Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | John Cimino, 5500 East Yale Avenue, Suite 201, Denver, CO 80222-6930 |
| intp | + | Cashyew Holding, LLC, 405 Cherry Hills Way, Colorado Springs, CO 80921-2667 |
| intp | + | GLEGAL, LLC, c/o Gary Tucker, 1600 Broadway No. 1660, Denver, CO 80202-4915 |
| cr | + | JPMorgan Chase Bank, N.A., c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| cr | + | Jeffery Cohen, Cohen, LLC, 1600 Broadway, Suite 1660, Denver, CO 80202-4915 |
| 19607629 | + | Allen Vellone Wolf Halfrich & Factor, PC, 1600 Stout Street Stuie 1900, Denver, CO 80202-3160 |
| 19607634 | + | Cohen Trial, LLC, 1600 Broadway Suite 1660, Denver, CO 80202-4915 |
| 19607638 | + | Quandry Peak Research, 205 S Broadway Suite 300, Los Angeles, CA 90012-3607 |
| 19607628 | + | Ringba, LLC, 8 the Green Suite 11558, Dover DE 19901-3618 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/Text: michael@tcpalitigatorlist.com | Nov 25 2025 22:32:00 | DNC and TCPA LIST SANITIZER, LLC, 985 Pico Point, Colorado Springs, CO 80905 |
| aty | + | Email/Text: la@allen-vellone.com | Nov 25 2025 22:32:00 | Allen Vellone Wolf Helfrich & Factor P.C., 1600 Stout Street Suite 1900, Denver, CO 80202-3156 |
| intp | + | Email/Text: michael@tcpalitigatorlist.com | Nov 25 2025 22:32:00 | Michael O'Hare, 405 Cherry Hills Way, Colorado Springs, CO 80921, UNITED STATES 80921-2667 |
| 19607630 | + | Email/PDF: bncnotices@becket-lee.com | Nov 25 2025 22:33:30 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 19607635 | ^ | MEBN | Nov 25 2025 22:27:27 | CT Corporation System, as representative, Attn: SPRS, 330 N Brand Blvd Ste 700, Glendale, CA 91203-2336 |
| 19607632 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2025 22:33:19 | Chase, PO Box 78039, Phoenix, AZ 85062-8039 |
| 19607636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2025 22:33:31 | JP Morgan Chase Bank NA, PO Box 6026 IL1-1145, Chicago, IL 60680-6026 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Allen Vellone Wolf Helfrich & Factor |

| District/off: 1082-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 25, 2025 | Form ID: pdf904 | Total Noticed: 16 |

acc  SL Biggs, a Division of SingerLewak LLP
19607631  ##+  American Express, Business Line of Credit PO Box 570622, Atlanta, GA 30357-3110

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2025 at the address(es) listed below:

**Name** | **Email Address**

Aaron A Garber
on behalf of Plaintiff DNC and TCPA LIST SANITIZER  LLC agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com

Aaron A Garber
on behalf of Debtor DNC and TCPA LIST SANITIZER  LLC agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com

Alan K. Motes
on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov

Arthur Lindquist-Kleissler
on behalf of Interested Party Cashyew Holding  LLC Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net

Benjamin Woodruff
on behalf of Plaintiff Michael O'Hare ben.woodruff@michaelbest.com allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

Chad S. Caby
on behalf of Creditor Adam Young chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com

Chad S. Caby
on behalf of Defendant Ringba  LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com

Chad S. Caby
on behalf of Creditor Ringba  LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com

Chad S. Caby
on behalf of Defendant Adam Young chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com

Chad S. Caby
on behalf of Creditor Tubmanburg Limited chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com

Jason Cooper
on behalf of Interested Party GLEGAL  LLC jason.cooper@fmglaw.com

Jeffrey Cohen
on behalf of Creditor Jeffery Cohen jcohen@cohentrial.com

John Gray
on behalf of Creditor JPMorgan Chase Bank  N.A. jgray@taftlaw.com, lkostyk@taftlaw.com;DEN_docket_assist@taftlaw.com;jmoore@taftlaw.com

District/off: 1082-1     User: admin     Page 3 of 3
Date Rcvd: Nov 25, 2025     Form ID: pdf904     Total Noticed: 16

| Name | Details |
|---|---|
| Joli A. Lofstedt | joli@jaltrustee.com ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com |
| Katharine S. Sender | on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. kate@cosenderlaw.com la@allen-vellone.com,allen-vellone@myecfx.com |
| Katharine S. Sender | on behalf of Debtor DNC and TCPA LIST SANITIZER LLC kate@cosenderlaw.com, la@allen-vellone.com,allen-vellone@myecfx.com |
| Peter A. Cal | on behalf of Creditor JPMorgan Chase Bank N.A. pcal@taftlaw.com, rneal@taftlaw.com,DEN_Docket_Assist@taftlaw.com |
| Reza Rismani | on behalf of Interested Party GLEGAL LLC reza.rismani@fmglaw.com |
| Robert J. Shilliday, III | on behalf of Attorney John Cimino rjs@shillidaylaw.com |
| Samuel Wilson Collins | on behalf of Defendant Adam Young Wilson.Collins@wbd-us.com |
| Samuel Wilson Collins | on behalf of Defendant Ringba LLC Wilson.Collins@wbd-us.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |
| Vandana Koelsch | on behalf of Spec. Counsel Allen Vellone Wolf Helfrich & Factor P.C. Vandana.Koelsch@michaelbest.com, litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com |
| Vandana Koelsch | on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. Vandana.Koelsch@michaelbest.com litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com |
| Vandana Koelsch | on behalf of Debtor DNC and TCPA LIST SANITIZER LLC Vandana.Koelsch@michaelbest.com, litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com |

TOTAL: 25

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

### ORDER APPROVING STIPULATION PERTAINING TO MOTION OF WADSWORTH GARBER WARNER CONRARDY, P.C. TO WITHDRAW AS COUNSEL FOR DEBTOR

THIS MATTER having come before the Court on the Motion to Stipulation Pertaining to Motion of WGWC to Withdraw as Counsel for the Debtor (the "Motion"). The Court having considered the Motion, the file, and otherwise being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Stipulation attached to the Motion is hereby approved and the parties are bound by its terms. WGWC shall be deemed to have withdrawn as counsel for the Debtor in accordance with the terms of the Stipulation.

DATED: November 25, 2025            BY THE COURT:

*[signature]*
Honorable Kimberley H. Tyson
United States Bankruptcy Judge