**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-12624-KHT |
| DNC AND TCPA LIST SANITIZER, LLC ) | |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Sub-Chapter V |
| Debtor ) | |

**ORDER GRANTING MOTION TO STAY PROCEEDINGS PENDING RESOLUTION**
**OF THE MOTION FOR SUMMARY JUDGMENT**

THIS MATTER having come before the Court on the Motion For Summary Judgment On Debtor's Objection To Claim 9 Because Debtor Cannot Proceed Without Counsel And Motion To Stay Proceedings Pending Resolution Of The Motion For Summary Judgment (the "Motion"). The Court having considered the Motion, the file, and otherwise being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Debtor's Objection to Claim 9 is DISMISSED.

3. Debtor shall pay Claim 9 pursuant to the Chapter 11 plan of reorganization.

DATED:                                                    BY THE COURT:

_____

Honorable Kimberley H. Tyson
United States Bankruptcy Judge