# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DNC and TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Bankruptcy Case No. 24-12624 KHT<br><br>Chapter 11 |

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER came before the Court following withdrawal of the Debtor's attorney (docket 434). The Court, being advised in the premises, hereby

FINDS that Debtor may not appear before a bankruptcy court in this district unless it is represented by counsel:

> No corporation, partnership, or other unincorporated organization, or entity may file a petition under Title 11, of the United States Code, or otherwise appear in cases or proceedings before this court, unless it is represented by an attorney authorized to practice in this court. Where a corporate debtor is involved, the attorney representing such an entity must sign the petition and pleadings.

L.B.R. 9010-1(e).

Accordingly, it is hereby

ORDERED that Debtor has to and including **December 18, 2025,** to comply with L.B.R. 9010-1(e), failing which this **case may be dismissed.** It is

FURTHER ORDERED that the deadline to respond to the Motion for Summary Judgment (docket #436) is extended to **January 9, 2026**. The evidentiary hearing set for February 5, 2026, and continuing to February 6, 2026, on Debtor's objection to proof of claim and Creditor's response thereto (docket ##410, 419, 423) is VACATED pending further order of the Court.

DATED this 4th day of December, 2025

BY THE COURT:

_Kimberley H Ty_ _____
Kimberley H. Tyson
United States Bankruptcy Judge