United States Bankruptcy Court
District of Colorado

In re:  Case No. 24-12624-KHT
DNC and TCPA LIST SANITIZER, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 3
Date Rcvd: Dec 04, 2025      Form ID: pdf904      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | John Cimino, 5500 East Yale Avenue, Suite 201, Denver, CO 80222-6930 |
| intp | + | Cashyew Holding, LLC, 405 Cherry Hills Way, Colorado Springs, CO 80921-2667 |
| intp | + | GLEGAL, LLC, c/o Gary Tucker, 1600 Broadway No. 1660, Denver, CO 80202-4915 |
| 19616478 | + | Adam Young, Tubmanburg Limited, and Ringba, LLC, c/o Chad S. Caby, Esq., 1601 19th Street, Suite 1000, Denver, Co 80202-2995 |
| 19607629 | + | Allen Vellone Wolf Halfrich & Factor, PC, 1600 Stout Street Stuie 1900, Denver, CO 80202-3160 |
| 19607634 | + | Cohen Trial, LLC, 1600 Broadway Suite 1660, Denver, CO 80202-4915 |
| 19654446 | + | Cohen, LLC, 1600 Broadway, Suite 1660, Denver, CO 80202-4915 |
| 19641455 | + | Glegal, LLC, 1600 Broadway, #1660, Denver, CO 80202-4915 |
| 19643620 | + | JPMorgan Chase Bank, N.A., c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| 19607638 | + | Quandry Peak Research, 205 S Broadway Suite 300, Los Angeles, CA 90012-3607 |
| 19607628 | + | Ringba, LLC, 8 the Green Suite 11558, Dover DE 19901-3618 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/Text: michael@tcpalitigatorlist.com | Dec 04 2025 22:20:00 | DNC and TCPA LIST SANITIZER, LLC, 985 Pico Point, Colorado Springs, CO 80905 |
| 19636577 | + | Email/Text: la@allen-vellone.com | Dec 04 2025 22:20:00 | Allen Vellone Wolf Helfrich & Factor P.C., 1600 Stout Street Suite 1900, Denver, CO 80202-3156 |
| 19607630 | + | Email/PDF: bncnotices@becket-lee.com | Dec 04 2025 22:21:56 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 19631955 | | Email/PDF: bncnotices@becket-lee.com | Dec 04 2025 22:22:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19615793 | + | Email/Text: bkfilings@zwickerpc.com | Dec 04 2025 22:20:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 19607635 | ^ | MEBN | Dec 04 2025 22:17:51 | CT Corporation System, as representative, Attn: SPRS, 330 N Brand Blvd Ste 700, Glendale, CA 91203-2336 |
| 19607632 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 04 2025 22:32:27 | Chase, PO Box 78039, Phoenix, AZ 85062-8039 |
| 19607633 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 04 2025 22:22:04 | Chase Bank, PO Box 6026 Mail Code IL 1-0054, Chicago, IL 60680-6026 |
| 19608980 | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Dec 04 2025 22:32:21 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood CO 80214-1407 |
| 19608981 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 1082-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: pdf904 | Total Noticed: 25 |

| | | | Dec 04 2025 22:20:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
|---|---|---|---|---|
| 19607636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 04 2025 22:22:04 | JP Morgan Chase Bank NA, PO Box 6026 IL1-1145, Chicago, IL 60680-6026 |
| 19607637 | + | Email/Text: stacy@mountainpeaklawgroup.com | Dec 04 2025 22:20:00 | Mountain Peak Law Grpoup PC, Stacy D. Stein, Rusty J. Trevino 101 E Gray St Ste B, Norman, OK 73069-7257 |
| 19608982 | ^ | MEBN | Dec 04 2025 22:17:57 | Securities and Exchange Commission, Central Regional Office, 1961 Stout St., Ste. 1700, Denver CO 80294-1700 |
| 19608983 | + | Email/Text: bankruptcynoticeschr@sec.gov | Dec 04 2025 22:20:00 | Securities and Exchange Commission, Midwest Regional Office, 175 W. Jackson Blvd., Ste. 900, Chicago IL 60604-2815 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19616476 | | FirstBank |
| aty | *+ | Allen Vellone Wolf Helfrich & Factor P.C., 1600 Stout Street Suite 1900, Denver, CO 80202-3156 |
| cr | *+ | JPMorgan Chase Bank, N.A., c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| 19607631 | ##+ | American Express, Business Line of Credit PO Box 570622, Atlanta, GA 30357-3110 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Garber | on behalf of Plaintiff DNC and TCPA LIST SANITIZER LLC agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Arthur Lindquist-Kleissler | on behalf of Interested Party Cashyew Holding LLC Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net |
| Benjamin Woodruff | on behalf of Plaintiff Michael O'Hare ben.woodruff@michaelbest.com allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com |
| Chad S. Caby | |

District/off: 1082-1 | User: admin | Page 3 of 3
Date Rcvd: Dec 04, 2025 | Form ID: pdf904 | Total Noticed: 25

Chad S. Caby
    on behalf of Creditor Adam Young chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com

Chad S. Caby
    on behalf of Defendant Ringba LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com

Chad S. Caby
    on behalf of Creditor Ringba LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com

Chad S. Caby
    on behalf of Defendant Adam Young chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com

Chad S. Caby
    on behalf of Creditor Tubmanburg Limited chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com

Jason Cooper
    on behalf of Interested Party GLEGAL LLC jason.cooper@fmglaw.com

Jeffrey Cohen
    on behalf of Creditor Jeffery Cohen jcohen@cohentrial.com

John Gray
    on behalf of Creditor JPMorgan Chase Bank N.A. jgray@taftlaw.com, lkostyk@taftlaw.com;DEN_docket_assist@taftlaw.com;jmoore@taftlaw.com

Joli A. Lofstedt
    joli@jaltrustee.com ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com

Katharine S. Sender
    on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. kate@cosenderlaw.com la@allen-vellone.com,allen-vellone@myecfx.com

Katharine S. Sender
    on behalf of Debtor DNC and TCPA LIST SANITIZER LLC kate@cosenderlaw.com, la@allen-vellone.com,allen-vellone@myecfx.com

Peter A. Cal
    on behalf of Creditor JPMorgan Chase Bank N.A. pcal@taftlaw.com, rneal@taftlaw.com,DEN_Docket_Assist@taftlaw.com

Reza Rismani
    on behalf of Interested Party GLEGAL LLC reza.rismani@fmglaw.com

Robert J. Shilliday, III
    on behalf of Attorney John Cimino rjs@shillidaylaw.com

Samuel Wilson Collins
    on behalf of Defendant Adam Young Wilson.Collins@wbd-us.com

Samuel Wilson Collins
    on behalf of Defendant Ringba LLC Wilson.Collins@wbd-us.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

Vandana Koelsch
    on behalf of Spec. Counsel Allen Vellone Wolf Helfrich & Factor P.C. Vandana.Koelsch@michaelbest.com, litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

Vandana Koelsch
    on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. Vandana.Koelsch@michaelbest.com litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

Vandana Koelsch
    on behalf of Debtor DNC and TCPA LIST SANITIZER LLC Vandana.Koelsch@michaelbest.com, litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

TOTAL: 24

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>DNC and TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Bankruptcy Case No. 24-12624 KHT<br><br>Chapter 11 |

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER came before the Court following withdrawal of the Debtor's attorney (docket 434). The Court, being advised in the premises, hereby

FINDS that Debtor may not appear before a bankruptcy court in this district unless it is represented by counsel:

> No corporation, partnership, or other unincorporated organization, or entity may file a petition under Title 11, of the United States Code, or otherwise appear in cases or proceedings before this court, unless it is represented by an attorney authorized to practice in this court. Where a corporate debtor is involved, the attorney representing such an entity must sign the petition and pleadings.

L.B.R. 9010-1(e).

Accordingly, it is hereby

ORDERED that Debtor has to and including **December 18, 2025,** to comply with L.B.R. 9010-1(e), failing which this **case may be dismissed.** It is

FURTHER ORDERED that the deadline to respond to the Motion for Summary Judgment (docket #436) is extended to **January 9, 2026**. The evidentiary hearing set for February 5, 2026, and continuing to February 6, 2026, on Debtor's objection to proof of claim and Creditor's response thereto (docket ##410, 419, 423) is VACATED pending further order of the Court.

DATED this 4th day of December, 2025

BY THE COURT:

_Kimberley H. Tyson_
Kimberley H. Tyson
United States Bankruptcy Judge