# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

## ENTRY OF APPEARANCE,
## REQUEST FOR ALL PLEADINGS AND NOTICES,
## AND RESERVATION OF RIGHTS

Pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Paul Gordon of Gordon Legal Malpractice PLLC appears on behalf of debtor DNC and TCPA List Sanitizer, LLC ("DNC/TCPA") and requests that all notices, pleadings, and other documents filed and served in this case (including, but not limited to, all notices described in Rule 2002 of the Bankruptcy Rules) be sent to:

Paul Gordon, Esq.
Gordon Legal Malpractice PLLC
Post Office Box 460395
Denver, Colorado 80246
paul@legal-mal.com

Neither this Entry of Appearance, Request for All Pleadings and Notices, and Reservation of Rights, nor any subsequent appearance, pleading, claim, or suit is intended to waive (1) DNC/TCPA's rights to have final orders entered only after *de novo* review by a district judge; (2) DNC/TCPA's rights to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (3) DNC/TCPA's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (4) DNC/TCPA's rights with respect to other matters which the Bankruptcy Court is not authorized to adjudicate; and (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which DNC/TCPA is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs and recoupments DNC/TCPA expressly reserves.

RESPECTFULLY submitted this 8th day of December 2025.

GORDON LEGAL MALPRACTICE PLLC

*/s/Paul Gordon*
Paul Gordon
Post Office Box 460395
Denver, Colorado 80246
720-505-0536
paul@legal-mal.com

*Attorney for DNC and TCPA List Sanitizer, LLC*

CERTIFICATE OF SERVICE

I certify that on this 8th day of December, 2025, I served a true copy of this ENTRY OF APPEARANCE, REQUEST FOR ALL PLEADINGS AND NOTICES, AND RESERVATION OF RIGHTS by Internet to the following:

Katharine S. Sender, Esq.
Vandana Koelsch, Esq.
on behalf of Allen Vellone Wolf Helfrich & Factor P.C.
ksender@allen-vellone.com
vkoelsch@allen-vellone.com
la@allen-vellone.com
allen-vellone@myecfx.com

Arthur Lindquist-Kleissler, Esq.
on behalf of Cashyew Holding LLC
Arthuralklaw@gmail.com
seanalklaw@gmail.com
LindquistKleisslerCompanyLLC@jubileebk.net

Robert J. Shilliday, III, Esq.
on behalf of John Cimino, Esq.
rjs@shillidaylaw.com

Jeffrey Cohen, Esq.
on behalf of Jeffery Cohen, Esq.
jcohen@cohentrial.com

2

Jason Cooper, Esq.
Reza Rismani, Esq.
on behalf of Glegal LLC
jason.cooper@fmglaw.com
reza.rismani@fmglaw.com

Peter A. Cal, Esq.
John Gray, Esq.
on behalf of JPMorgan Chase Bank N.A.
pcal@taftlaw.com
jgray@taftlaw.com
rneal@shermanhoward.com
dfouts@shermanhoward.com
lkostyk@shermanhoward.com
efiling@sah.com

Joli A. Lofstedt, Esq.
joli@jaltrustee.com
ecf.alert+Lofstedt@titlexi.com
brenda@jaltrustee.com

Chad S. Caby, Esq.
Samuel Wilson Collins, Esq.
on behalf of Ringba LLC, Adam Young, and Tubmanburg Ltd.
chad.caby@wbd-us.com
Wilson.Collins@wbd-us.com
Chadwick-caby-5693@ecf.pacerpro.com
Jennifer.eastin@wbd-us.com

Alan K. Motes, Esq.
on behalf of U.S. Trustee
Alan.Motes@usdoj.gov

US Trustee
USTPRegion19.DV.ECF@usdoj.gov


*/s/Paul Gordon*
Paul Gordon