Outlook

---

**DNC/TCPA**

---

**From** paul@legal-mal.com <paul@legal-mal.com>

**Date** Mon 12/8/2025 11:59 PM

**To** Tanner Sandor <tsandor@cohentrial.com>

🖉 1 attachment (96 KB)
2025-12-08 EOA.pdf;

Mr. Sandor –

Attached for your convenience is a courtesy copy of my entry of appearance. Please direct all future communications to my attention.

I see that Mr. Cohen was contemplating a motion for stay. I intend to file a motion for stay for different reasons. DNC/TCPA has hired me to evaluate potential defenses to Mr. Cohen's fee claim. The defenses might include legal malpractice claims. I intend to file a motion for stay pending a proper investigation into such claims, if any. Please let me know if Mr. Cohen's position on a stay.

Paul