| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/2/2023 | CY | Reviewing Court orders and conferring with J. Cohen re same. | 0.8 | $315.00 | $252.00 | $50.40 | $201.60 |
| 4/3/2023 | CT | Reviewed Court order, conferenced with Chris | 0.1 | $295.00 | $29.50 | $5.90 | $23.60 |
| 4/3/2023 | JC | prepare for trial and reviewing pretrial motions | 3.8 | $450.00 | $1,710.00 | $342.00 | $1,368.00 |
| 4/3/2023 | CY | Drafting Reply in Support of Motion in Limine | 1.8 | $315.00 | $567.00 | $113.40 | $453.60 |
| 4/3/2023 | CY | Reviewing email from C. Cheng re proposed joint motion to extend deadlines; conferring with J. Cohen re same; drafting response. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/3/2023 | NM | Prepare binder of documents for hearing | 1.1 | $175.00 | $192.50 | $38.50 | $154.00 |
| 4/4/2023 | JC | prepare for trial | 3.7 | $450.00 | $1,665.00 | $333.00 | $1,332.00 |
| 4/4/2023 | CT | Conducted further research under Texas Business and Commerce Code. RE: the reasonableness of covenants not to compete. Reviewed under a TRO. case law applying statutory principles and the likelihood of success | 1.2 | $295.00 | $354.00 | $70.80 | $283.20 |
| 4/4/2023 | CY | Drafting conferral to opposing counsel re privilege log. | 0.1 | $315.00 | $31.50 | $6.30 | $25.20 |
| 4/4/2023 | NM | Complete two binders with documents for hearing | 2.1 | $175.00 | $367.50 | $73.50 | $294.00 |
| 4/5/2023 | JC | reviewing expert opinion issues | 3.8 | $450.00 | $1,710.00 | $342.00 | $1,368.00 |
| 4/6/2023 | JC | reviewing expert disclosure issues and source code issues | 4.7 | $450.00 | $2,115.00 | $423.00 | $1,692.00 |
| 4/6/2023 | CY | Conferring with J. Cohen and J. Frankovitz re supplemental report. | 0.8 | $315.00 | $252.00 | $50.40 | $201.60 |
| 4/6/2023 | CY | Conferring with J. Frankovitz re inspection protocol. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/6/2023 | CY | Conferring with M. O'Hare re hearing and case status. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |

| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/7/2023 | JC | prepare for trial | 2.9 | $450.00 | $1,305.00 | $261.00 | $1,044.00 |
| 4/7/2023 | CY | Conferring with J. Cohen and C. Tavernier re subpoena to G. Tucker. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/7/2023 | CY | Reviewing email from J. Frankovitz re inspection protocol; drafting response re same. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/7/2023 | CY | Conducting research on waiving attorney-client privilege; reviewing email from G. Tucker re subpoena and drafting response. | 1.2 | $315.00 | $378.00 | $75.60 | $302.40 |
| 4/7/2023 | CY | Conducting research on termination sanctions; drafting response to motion to terminate. | 2.8 | $315.00 | $882.00 | $176.40 | $705.60 |
| 4/10/2023 | CY | Drafting/editing/filing Response to Motion for Terminating Sanctions. | 4.8 | $315.00 | $1,512.00 | $302.40 | $1,209.60 |
| 4/10/2023 | JC | prepare for trial | 3.4 | $450.00 | $1,530.00 | $306.00 | $1,224.00 |
| 4/10/2023 | CY | Conferring with M. O'Hare re customer review and defendants supplemental production. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/10/2023 | CY | Conferring with G. Tucker and K. Fritz re transmittal emails. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/10/2023 | CY | Conferring with J. Cohen re response to motion to terminate. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 4/10/2023 | CY | Conducting research for Response to Motion to Terminate. | 2.2 | $315.00 | $693.00 | $138.60 | $554.40 |
| 4/11/2023 | CY | Reviewing Defendants' Fourteenth Supplemental Disclosure documents; conferring with J. Cohen, and drafting email to C. Cheng re violation of court order. | 1.4 | $315.00 | $441.00 | $88.20 | $352.80 |
| 4/11/2023 | JC | reviewing and researching sanction issues | 3.4 | $450.00 | $1,530.00 | $306.00 | $1,224.00 |
| 4/11/2023 | CY | Conferring with J. Cohen and M. O'Hare re recordings and hearing. | 0.5 | $315.00 | $157.50 | $31.50 | $126.00 |

| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/11/2023 | CT | Conferred with Jeff and Chris Re: spoliation motion for missing statements, theory of the case Re: liability, Reviewed Deposition transcripts | 1.1 | $295.00 | $324.50 | $64.90 | $259.60 |
| 4/11/2023 | CT | Telephone conference with Gary RE: hearing on Monday on all open motions. Discussed his availability as a witness. | 0.3 | $295.00 | $88.50 | $17.70 | $70.80 |
| 4/11/2023 | CT | Reviewed disclosed recordings, reviewed recordings with Michael Re: his subjective beliefs at the time of filing and speaking with Frankovitz | 0.4 | $295.00 | $118.00 | $23.60 | $94.40 |
| 4/11/2023 | CY | Conferring with J. Cohen re C. Cheng's response; drafting follow up email to C. Cheng. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/11/2023 | CY | Reviewing Ringba tax returns with J. Cohen; conferring on implications of produced docs and strategy moving forward. | 0.8 | $315.00 | $252.00 | $50.40 | $201.60 |
| 4/11/2023 | CY | Reviewing deposition transcript of adam young and other documents in light of Defendants production of financial documents. | 1.8 | $315.00 | $567.00 | $113.40 | $453.60 |
| 4/11/2023 | CY | Conferring with J. Frankovitz re inspection and supplemental report. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/11/2023 | CY | Reviewing objection to subpoena from G. Tucker and conferring with G. Tucker re same. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/11/2023 | CY | Conducting research on spoliation and objections to subpoena's re attorney client privilege information. | 0.8 | $315.00 | $252.00 | $50.40 | $201.60 |

| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/12/2023 | CT | Research into Ringba's formation under Delaware law, reviewed trademark assignments. | 0.2 | $295.00 | $59.00 | $11.80 | $47.20 |
| 4/12/2023 | CY | Reviewing Young deposition transcript. | 0.5 | $315.00 | $157.50 | $31.50 | $126.00 |
| 4/12/2023 | CY | Conferring with J. Cohen re spoliation motion. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 4/12/2023 | JC | reviewing expert opinions issues | 3.1 | $450.00 | $1,395.00 | $279.00 | $1,116.00 |
| 4/12/2023 | CY | Drafting email to C. Cheng re conferral on Motion to Compel and for Spoliation Sanctions. | 0.7 | $315.00 | $220.50 | $44.10 | $176.40 |
| 4/12/2023 | CY | Reviewing email from J. Frankovitz re Court order on source code production; drafting response to same. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 4/12/2023 | CY | Conferring with J. Frankovitz re supplemental report. | 1.2 | $315.00 | $378.00 | $75.60 | $302.40 |
| 4/13/2023 | CY | Conferring with J. Frankovitz re hearing exhibits | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/13/2023 | JC | reviewing summary judgment issues | 2.8 | $450.00 | $1,260.00 | $252.00 | $1,008.00 |
| 4/13/2023 | CY | Drafting follow-up email to C. Cheng re conferral on Motion for Spoliation Sanctions. | 0.6 | $315.00 | $189.00 | $37.80 | $151.20 |
| 4/14/2023 | JC | preparing for trial | 3.4 | $450.00 | $1,530.00 | $306.00 | $1,224.00 |
| 4/14/2023 | CT | Reviewed Tax returns for Ringa, LLC 2020 and 2021. Reviewed the associated statements. Discussed the need for General ledgers, and spoliation. Discussed case theories re: shell holding companies, fraud, fraudulent concealment, lying in depositions and expert reports. | 0.6 | $295.00 | $177.00 | $35.40 | $141.60 |
| 4/14/2023 | CY | Drafting privilege log. | 0.8 | $315.00 | $252.00 | $50.40 | $201.60 |

| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/14/2023 | CT | Reviewed motions pending before the judge on Monday. Discussed strategy re: terminating sanctions, summary judgment, spoliation, and motion to compel. | 0.4 | $295.00 | $118.00 | $23.60 | $94.40 |
| 4/14/2023 | CT | Call with Gary Tucker Re Monday and late disclosure. | 0.4 | $295.00 | $118.00 | $23.60 | $94.40 |
| 4/14/2023 | CT | Call with the Expert Re trial Monday and the get | 0.7 | $295.00 | $206.50 | $41.30 | $165.20 |
| 4/14/2023 | CY | Conferring with J. Cohen re hearing prep, motion for spoliation sanctions. | 0.7 | $315.00 | $220.50 | $44.10 | $176.40 |
| 4/14/2023 | CY | Drafting Motion for Spoliation sanctions; conducting research for same. | 3.7 | $315.00 | $1,165.50 | $233.10 | $932.40 |
| 4/15/2023 | CY | Drafting/editing/filing motion for spoliation sanctions; conferring with J. Cohen re same. | 5.2 | $315.00 | $1,638.00 | $327.60 | $1,310.40 |
| 4/17/2023 | JC | prepare for and attend court hearing | 8.4 | $450.00 | $3,780.00 | $756.00 | $3,024.00 |
| 4/17/2023 | CY | Travel to and attend hearing on Motion to Terminate. | 12.4 | $315.00 | $3,906.00 | $781.20 | $3,124.80 |
| 4/18/2023 | CT | Call with Michael Re: hearing and arguments yesterday, hearing today, trial concerns. | 0.2 | $295.00 | $59.00 | $11.80 | $47.20 |
| 4/18/2023 | CY | Reviewing/editing Frankovitz report; conferring with J. Cohen re filing issue. | 0.8 | $315.00 | $252.00 | $50.40 | $201.60 |
| 4/18/2023 | CY | Conferring with G. Tucker re redacted emails for in camera inspection; drafting email to clerk re same. | 0.6 | $315.00 | $189.00 | $37.80 | $151.20 |
| 4/18/2023 | JC | prepare for trial and respond to sanctions issues | 4.3 | $450.00 | $1,935.00 | $387.00 | $1,548.00 |

| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/18/2023 | CT | Closing For O'Hares Hearing Re: Summary judgment, motions to compel, motions for sanctions. Depositions. Financial documents. | 3.5 | $295.00 | $1,032.50 | $206.50 | $826.00 |
| 4/18/2023 | NM | Pick up Frankovitz Rental from the Brown Palace; Return to Enterprise Rent-A-Car | 1.3 | $175.00 | $227.50 | $45.50 | $182.00 |
| 4/18/2023 | CY | Prepare for and attend continued hearing. | 4.4 | $315.00 | $1,386.00 | $277.20 | $1,108.80 |
| 4/19/2023 | CY | Reviewing/filing Supplemental Report of Jason Frankovitz. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 4/19/2023 | CY | Reviewing docs from G. Tucker re in camera inspection; conferring with G. Tucker re same. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/19/2023 | CY | Reviewing court order on in camera inspection; reviewing court minute orders. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/19/2023 | JC | review FDDs and franchise agreements | 2.8 | $450.00 | $1,260.00 | $252.00 | $1,008.00 |
| 4/19/2023 | CY | Reviewing supplemental report of Frankovitz; conferring with J. Cohen re same; drafting/editing/filing Supplemental Expert Witness Disclosure Statement. | 0.7 | $315.00 | $220.50 | $44.10 | $176.40 |
| 4/19/2023 | CY | Conferring with M. O'Hare re bad review and Court order. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 4/19/2023 | NM | Complete request for April 17th hearing transcript | 0.4 | $175.00 | $70.00 | $14.00 | $56.00 |
| 4/20/2023 | JC | prepare for trial | 3.7 | $450.00 | $1,665.00 | $333.00 | $1,332.00 |
| 4/20/2023 | CY | Conferring with J. Frankovitz and M. O'Hare re website backend production. | 1.2 | $315.00 | $378.00 | $75.60 | $302.40 |
| 4/20/2023 | CY | Reviewing correspondence from J. Frankovitz and J. Masolev, drafting email re website backend production. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/20/2023 | CY | Reviewing defendants' sixteenth supplemental disclosures. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |

| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/21/2023 | JC | prepare for trial | 1.4 | $450.00 | $630.00 | $126.00 | $504.00 |
| 4/21/2023 | CY | Reviewing email from C. Cheng re case deadlines and remaining issues; conferring with J. Frankovitz re same; drafting response re same. | 0.6 | $315.00 | $189.00 | $37.80 | $151.20 |
| 4/21/2023 | CY | Reviewing/organizing files for supplemental production. | 1 | $315.00 | $315.00 | $63.00 | $252.00 |
| 4/21/2023 | CY | Conferring with M. O'Hare re website reconstruction. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 4/21/2023 | CY | Conferring with J. Frankovitz re Ringba inspection | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 4/21/2023 | CY | Conferring with Art re production of website backup; preparing files for production. | 0.6 | $315.00 | $189.00 | $37.80 | $151.20 |
| 4/21/2023 | CY | Conferring with C. Byer and C. Cheng re 702 motion extension. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/21/2023 | CY | Conference with J. Masolev, J. Frankovitz, J. Cohen, M. O'Hare re recreated site. | 2.5 | $315.00 | $787.50 | $157.50 | $630.00 |
| 4/24/2023 | JC | prepare for trial | 1.3 | $450.00 | $585.00 | $117.00 | $468.00 |
| 4/24/2023 | CY | Conferring with C. Byer re privilege log. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/24/2023 | CY | Reviewing correspondence from J. Frankovitz, M. O'Hare, and J. Masolev re website reconstruction. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 4/25/2023 | CY | Reviewing statutory offer of settlement; conferring with J. Cohen re same; drafting email to M. O'Hare re same. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 4/25/2023 | JC | reviewing sanction issues | 2.3 | $450.00 | $1,035.00 | $207.00 | $828.00 |
| 4/25/2023 | CY | Reviewing email from Michael re pro plaintiff list; drafting email to J. Frankovitz re comparison with overlap list. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/25/2023 | CY | Reviewing Defendants' Motion for Extension of Time; drafting response re same. | 0.7 | $315.00 | $220.50 | $44.10 | $176.40 |

| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/25/2023 | CY | reviewing Court order on terminating sanctions; conferring with J. Cohen re same. | 0.8 | $315.00 | $252.00 | $50.40 | $201.60 |
| 4/25/2023 | CY | Conferring with M. O'Hare and J. Cohen re court's order on terminating sanctions. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/25/2023 | CY | Conferring with J. Cohen and J. Frankovitz re court's order on terminating sanctions. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 4/25/2023 | CY | Conferring with J. Cohen and M. O'Hare re court's order. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/25/2023 | CY | Conferring with M. O'Hare re case status. | 1 | $315.00 | $315.00 | $63.00 | $252.00 |
| 4/25/2023 | CY | Conferring with G. Tucker re court order. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/26/2023 | JC | preparing for depositions | 4.3 | $450.00 | $1,935.00 | $387.00 | $1,548.00 |
| 4/26/2023 | CT | Conference with Chris and Jeff Re: New court Order. Call with michael regarding Motion, appeal, etc. | 1.1 | $295.00 | $324.50 | $64.90 | $259.60 |
| 4/26/2023 | NM | Save emailed documents and bates label for Sixth Supplemental Disclosures | 0.6 | $175.00 | $105.00 | $21.00 | $84.00 |
| 4/26/2023 | NM | Locate and create a file for defendants' hearing exhibits; print for review | 3.4 | $175.00 | $595.00 | $119.00 | $476.00 |
| 4/26/2023 | CY | Conferring with J. Cohen and C. Tavernier re court order and motion for reconsideration; conferring with M. O'Hare re same. | 1.1 | $315.00 | $346.50 | $69.30 | $277.20 |
| 4/26/2023 | CY | Reviewing Defendants privilege log; conferring with opposing counsel; editing Plaintiff's privilege log; filing same. | 0.6 | $315.00 | $189.00 | $37.80 | $151.20 |
| 4/26/2023 | CY | Conferring with J. Frankovitz re inspection tomorrow. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/26/2023 | CY | Compiling evidence for motion for reconsideration; conducting research for same. | 1.8 | $315.00 | $567.00 | $113.40 | $453.60 |

| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/27/2023 | JC | reviewing discovery issues regarding inspection of list of defendant and other questions | 2.4 | $450.00 | $1,080.00 | $216.00 | $864.00 |
| 4/27/2023 | CT | Conference with Michael Re: his case going forward, motion to continue, list comparison issues, sanctions and exploitation claims. | 0.3 | $295.00 | $88.50 | $17.70 | $70.80 |
| 4/27/2023 | CY | Ringba list inspection. | 1.1 | $315.00 | $346.50 | $69.30 | $277.20 |
| 4/27/2023 | CY | Conferring with M. O'Hare re trial, testimony, case theories; reviewing Defendants' exhibit list and conferring re same. | 5 | $315.00 | $1,575.00 | $315.00 | $1,260.00 |
| 4/27/2023 | NM | Locate and print defendants' hearing exhibits | 2.1 | $175.00 | $367.50 | $73.50 | $294.00 |
| 4/27/2023 | CT | Conferenced with Chris and O'Hare regarding motion to continue. Listened to the recording, reviewed judge's order and Chri'ss response to motion to terminate. Conducted extensive colorado supreme court precedent research as to expert witness preclusion. began drafting motion. conferenced with mr. Cohen re: motion to continue. | 3.4 | $295.00 | $1,003.00 | $200.60 | $802.40 |
| 4/28/2023 | CT | Discussed motion for reconsideration with Jeff, and the availability of seeking mandamus | 0.3 | $295.00 | $88.50 | $17.70 | $70.80 |
| 4/28/2023 | CT | Conference with Chris and Michael regarding Judge's order, motion for reconsideration, reviewed the January recording in depth breaking down each sentence. | 1.3 | $295.00 | $383.50 | $76.70 | $306.80 |

| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/28/2023 | CY | Drafting conferral email to C. Cheng re inspection and depositions. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 4/28/2023 | CY | Drafting/editing amended deposition notices for Tubmanburg and Ringba; drafting email to C. Cheng re same; drafting email to N. McChristian re same. | 0.8 | $315.00 | $252.00 | $50.40 | $201.60 |
| 4/28/2023 | JC | prepare for depositions and trial | 2.8 | $450.00 | $1,260.00 | $252.00 | $1,008.00 |
| 4/28/2023 | CY | Conferring with C. Tavernier re motion for reconsideration. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/28/2023 | NM | Transcribe portion of recording TCPA 000718 | 2.2 | $175.00 | $385.00 | $77.00 | $308.00 |
| 4/28/2023 | NM | Format to pdf and label Gianturco documents for Sixth Supp Disclosures | 0.3 | $175.00 | $52.50 | $10.50 | $42.00 |
| 4/28/2023 | CY | Reviewing email from G. Edwards and quandry peak contract; conferring with G. Tucker re same; conferring with M. O'Hare and J. Cohen re same. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 4/28/2023 | CY | Conferring with N. McChristian re Sixth Supplemental Disclosures; disclosures. reviewing documents; drafting/editing/filing sixth supplemental | 1.6 | $315.00 | $504.00 | $100.80 | $403.20 |
| 4/28/2023 | CT | Conducted final research Re: harmless late disclosure, Standard for motion to reconsider. Reviewed prior court orders, motion to termination, response to motion to terminate, Deposition transcripts, etc. Drafted motion to reconsider and discussed with Jeff and Chris viability of mandamus and next steps. Discussed with Jeff continuance of trial. SPoke briefly with michael on the phone Re: Credit check. | 3.3 | $295.00 | $973.50 | $194.70 | $778.80 |

| Date | Attorney | Description | Hours | Rate | Subtotal | Discount (20%) | Total with Discount |
|---|---|---|---|---|---|---|---|
| 4/29/2023 | CY | Conferring with C. Cheng re supplemental production, motion for reconsideration. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| Totals | | | 184.3 | | $65,063.00 | $13,012.60 | $52,050.40 |

| Date | Invoice # | Staff | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|
| 4/1/2023 | 3298 | NM | Administrative WestLaw Fee | 1 | $347.45 | $347.45 |
| 4/3/2023 | 3298 | NM | CO Courts E-Filing ID CA8B4E5ADA6D8 Motion to Defer Ruling on App for Summ Judg to Permit Discovery | 2 | $12.00 | $24.00 |
| 4/3/2023 | 3298 | NM | CO Courts E-Filing ID C78D519D36F07 - Response in Opposition to Defs' Motion for Summ Judg w/ Exhibits | 2 | $12.00 | $24.00 |
| 4/3/2023 | 3298 | NM | CO Courts E-Filing ID ADA1865C7C677 - Plaintiff's Motion to Enlarge the Time to File a Response to Defs' Motion to Limit Expert Testimony of Frankovitz | 2 | $12.00 | $24.00 |
| 4/11/2023 | 3298 | NM | CO Courts E-Filing ID 1A42C572F7853 Response to Defs' Motion for Term and Other Sanctions | 2 | $12.00 | $24.00 |
| 4/11/2023 | 3298 | NM | CO Courts E-Filing ID 4081F5E581337 - Plaintiff's Supp Responses to Defs' 1st Set of Written Disc Req | 1 | $12.00 | $12.00 |
| 4/17/2023 | 3298 | NM | CO Courts E-Filing ID A707D25BAC90C Plaintiff's Motion for Sanctions and Exhibits | 2 | $12.00 | $24.00 |
| 4/17/2023 | 3298 | NM | CO Courts E-Filing ID A707D25BAC90C - Plaintiff's Motion for Sanctions Due to Spoiliation of Evidence with exhibits | 2 | $12.00 | $24.00 |
| 4/17/2023 | 3298 | NM | CO Courts E-Filing ID 5F36607C5D7C8 - Plaintiff's Evidentiary Hearing Li | 2 | $12.00 | $24.00 |
| 4/18/2023 | 3298 | NM | Parking for Frankovitz - The Brown Palace Hotel; Hearing in Colo Springs 4/17/2023 | 1 | $118.00 | $118.00 |
| 4/19/2023 | 3298 | NM | CO Courts E-Filing 1432B91C267F3 - Plaintiff's Second Supp Expert Witness Disc | 1 | $12.00 | $12.00 |

| Date | Invoice # | Staff | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|
| 4/20/2023 | 3298 | NM | Transcript of Hearing 21CV31668 TCPA v Ringba; Charleigh Transcription LLC, Inv 23347 | 1 | $281.25 | $281.25 |
| 4/25/2023 | 3298 | NM | CO Courts E-Filing ID 31F809B7544AB - Notice of Initial Inspection | 1 | $12.00 | $12.00 |
| 4/26/2023 | 3298 | NM | CO Courts E-Filing ID D7E65FC6F63F9 - Plaintiff's Privilege Log | 1 | $12.00 | $12.00 |
| 4/28/2023 | 3298 | NM | CO Courts E-Filing ID D5863E7DB250E - Second Amended Notice of Deposition of Def Ringba | 1 | $12.00 | $12.00 |
| 4/28/2023 | 3298 | NM | CO Courts E-Filing ID AE628AD2A91E4 - Plaintiff's Sixth Supp Disc | 1 | $12.00 | $12.00 |
| 4/30/2023 | 3298 | NM | Document Production - Documents and Binders for Trial; Marathon Documents Invoice 51461 05.11.2023 | 1 | $7,115.80 | $7,115.80 |
| TOTAL | | | | | | $8,102.50 |