| Date | Source | Attorney | Description | Hours | Rate | Subtotal | Discount | Total with Discount |
|---|---|---|---|---|---|---|---|---|
| 5/1/2023 | Exhibit C | CY | Reviewing court orders; drafting email to C. Cheng. | 0.6 | $315.00 | $189.00 | $37.80 | $151.20 |
| 5/1/2023 | Exhibit C | CT | Discussed with Jeff CAR 21 and going directly to Supreme Court. Informed. | 0.1 | $295.00 | $29.50 | $5.90 | $23.60 |
| 5/1/2023 | Exhibit C | CY | Conferring with M. O'Hare re CAR 21 motion. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 5/1/2023 | Exhibit C | CY | Conferring with J. Cohen and C. Tavernier re CAR 21 motion. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 5/1/2023 | Exhibit C | CY | Conducting research for CAR 21 Motion. | 1.3 | $315.00 | $409.50 | $81.90 | $327.60 |
| 5/1/2023 | Exhibit C | CY | Reviewing email from G. Edwards re expert fee dispute from Defendants; conducting research for same; drafting response re same. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 5/1/2023 | Exhibit C | CY | Conferring with C. Tavernier re petition for order to show cause; researching previous filings. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 5/1/2023 | Exhibit C | CY | Preparing exhibits for 30(b)(6) deposition of Defendants. | 2.4 | $315.00 | $756.00 | $151.20 | $604.80 |
| 5/1/2023 | Exhibit C | CY | Reviewing correspondence from C. Cheng re Ringba financials; conferring with J. Cohen re same. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 5/1/2023 | Exhibit C | CY | Conferring with M. O'Hare re defendants financials; conferring with J. Cohen re same. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 5/1/2023 | Exhibit C | CT | CAR 21 Motion | 9.4 | $295.00 | $2,773.00 | $554.60 | $2,218.40 |
| **5/2/2023** | **Exhibit D** | **JC** | **prepare for trial** | **4.2** | **$450.00** | **$1,890.00** | **$189.00** | **$1,701.00** |
| 5/2/2023 | Exhibit C | CY | Conducting research for CAR 21 petition; drafting/editing CAR 21 petition; conferring with C. Tavernier re same. | 5.8 | $315.00 | $1,827.00 | $365.40 | $1,461.60 |
| 5/2/2023 | Exhibit C | CY | Reviewing emails from C. Cheng re motion for reconsideration, defendants violation of court order; drafting responses to same. | 0.5 | $315.00 | $157.50 | $31.50 | $126.00 |
| 5/2/2023 | Exhibit C | CY | Conferring with J. Cohen and C. Tavernier re CAR 21 petition. | 1.7 | $315.00 | $535.50 | $107.10 | $428.40 |
| 5/2/2023 | Exhibit C | CY | Drafting email to court clerk re status conference. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 5/2/2023 | Exhibit C | CY | Conferring with M. O'Hare re status update. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 5/2/2023 | Exhibit C | CT | Motions. | 5.1 | $295.00 | $1,504.50 | $300.90 | $1,203.60 |
| **5/3/2023** | **Exhibit D** | **JC** | **prepare for deposition and hearing** | **3.2** | **$450.00** | **$1,440.00** | **$144.00** | **$1,296.00** |
| 5/3/2023 | Exhibit C | CY | Drafting/editing CAR 21 petition; conducting research for same; conferring with C. Tavernier re same. | 1.4 | $315.00 | $441.00 | $88.20 | $352.80 |

| Date | Source | Attorney | Description | Hours | Rate | Subtotal | Discount | Total with Discount |
|---|---|---|---|---|---|---|---|---|
| 5/3/2023 | Exhibit C | CY | Conferring with C. Cheng re research list file; conferring with J. Frankovitz re same. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 5/3/2023 | Exhibit C | CY | Ringba TCPA Shield list inspection. | 2.3 | $315.00 | $724.50 | $144.90 | $579.60 |
| 5/3/2023 | Exhibit C | CY | Conferring with J. Frankovitz re inspection results. | 0.4 | $315.00 | $126.00 | $25.20 | $100.80 |
| 5/3/2023 | Exhibit C | CT | Finished Drafted Motion to Stay proceedings for the Colorado Supreme Court Drafted a Motion for a Continuance for the trial court. Reviewed and Finalized the facts, issues, and legal argument sections of the C.A.R 21 Motion with Jeff. Conferenced with Chris regarding Results of inspection. Spoke with Michael on the phone. | 4.3 | $295.00 | $1,268.50 | $253.70 | $1,014.80 |
| 5/3/2023 | Exhibit C | NM | Add Interrogatories and Responses to Documents for 30(b)(6) Deposition of Defendants | 0.8 | $175.00 | $140.00 | $28.00 | $112.00 |
| 5/3/2023 | Exhibit C | CT | Final revisions to the Petition for the Colorado Supreme Court, Final Revisions to the Motion to Stay with the Coloraod Supreme Court. Conferenced with Chris regarding necessary final edits. Reviewed Rules 32, 28, and CAR 21 for formatting requirements. | 1.1 | $295.00 | $324.50 | $64.90 | $259.60 |
| 5/3/2023 | Exhibit C | CY | Drafting/editing/filing Motion to Stay Proceeding in trial court. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| **5/4/2023** | **Exhibit D** | **JC** | **preparing for and attending hearing on sanctions** | **7.2** | **$450.00** | **$3,240.00** | **$324.00** | **$2,916.00** |
| 5/4/2023 | Exhibit C | CT | Preparation for Hearing/ | 0.2 | $295.00 | $59.00 | $11.80 | $47.20 |
| 5/4/2023 | Exhibit C | CT | Hearing | Status Conference. Discussion with O'Hare and COunsel after regarding court's requests. | 1.9 | $295.00 | $560.50 | $112.10 | $448.40 |
| 5/4/2023 | Exhibit C | CT | Call with Frankovitz Re Results | 0.2 | $295.00 | $59.00 | $11.80 | $47.20 |
| 5/4/2023 | Exhibit C | CT | Conferenced with Chris and Jeff Re: Cpanel issues, disclosure, and Frankovitz's call | 0.2 | $295.00 | $59.00 | $11.80 | $47.20 |
| 5/4/2023 | Exhibit C | CT | Conference with Jeff and Chris Re: Deposition of Young, Cpanel issues. Number overlap. | 0.1 | $295.00 | $29.50 | $5.90 | $23.60 |
| 5/4/2023 | Exhibit C | CT | Call with O'Hare Re: Accountants, quickbooks, number overlap, speaking with Malosev. | 0.6 | $295.00 | $177.00 | $35.40 | $141.60 |

| Date | Source | Attorney | Description | Hours | Rate | Subtotal | Discount | Total with Discount |
|---|---|---|---|---|---|---|---|---|
| 5/4/2023 | Exhibit C | CT | Conference with Chris and Jeff Re: Deposition results of Young. Called Frankovitz Re: C panel issue | 0.3 | $295.00 | $88.50 | $17.70 | $70.80 |
| 5/4/2023 | Exhibit C | CT | Final Call with Frankovitz, and Michael. Reviewed COurts ruling on motion to Stay, discussed case theory. Discussed supplementing MSJ. | 0.5 | $295.00 | $147.50 | $29.50 | $118.00 |
| 5/4/2023 | Exhibit C | CY | Preparing for and attending status conference with court. | 2.5 | $315.00 | $787.50 | $157.50 | $630.00 |
| 5/4/2023 | Exhibit C | CY | Ringba 30(b)(6) Deposition. | 4.5 | $315.00 | $1,417.50 | $283.50 | $1,134.00 |
| 5/4/2023 | Exhibit C | CY | Conferring with J. Frankovitz re inspection and screenshot. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 5/4/2023 | Exhibit C | CY | Conferring with M. O'Hare and J. Cohen re screenshot. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 5/4/2023 | Exhibit C | CY | Conferring with J. Cohen and C. Tavernier re case status. | 0.5 | $315.00 | $157.50 | $31.50 | $126.00 |
| 5/5/2023 | Exhibit D | JC | prepare for trial | 3.9 | $450.00 | $1,755.00 | $175.50 | $1,579.50 |
| 5/5/2023 | Exhibit C | CT | Discussed theory of the case and attorneys fees liability with Chris. Discussed deposition. | 0.3 | $295.00 | $88.50 | $17.70 | $70.80 |
| 5/5/2023 | Exhibit C | CT | Conference with Chris and Jeff in Conference room determining theory of the case and theory of response to Court's demand for response to D's oral motion. Reviewed in depth terms and conditions, updates page, and standard for misappropriation claims. | 1.1 | $295.00 | $324.50 | $64.90 | $259.60 |
| 5/5/2023 | Exhibit C | CY | Researching inadvertently disclosed files; deleting files; conferring with C. Cheng re same; conferring with court reporter re same. | 0.6 | $315.00 | $189.00 | $37.80 | $151.20 |
| 5/5/2023 | Exhibit C | CY | Conferring with C. Tavernier and J. Cohen re case viability and download restrictions. | 1.4 | $315.00 | $441.00 | $88.20 | $352.80 |
| 5/5/2023 | Exhibit C | CT | Conference with Jeff and Chris. Conference briefly with Michael. | 0.2 | $295.00 | $59.00 | $11.80 | $47.20 |
| 5/5/2023 | Exhibit C | CT | Conference with Michael, jeff and christ Re: Case theory terms and conditionsl | 0.2 | $295.00 | $59.00 | $11.80 | $47.20 |
| 5/5/2023 | Exhibit C | CY | Conferring with J. Cohen and M. O'Hare re case status; conferring with C. Tavenier re same. | 1.7 | $315.00 | $535.50 | $107.10 | $428.40 |
| 5/5/2023 | Exhibit C | CY | Drafting proposed jury instructions. | 0.7 | $315.00 | $220.50 | $44.10 | $176.40 |
| 5/5/2023 | Exhibit C | CY | Drafting/editing/filing Motion to Stay in the Supreme Court. | 1.3 | $315.00 | $409.50 | $81.90 | $327.60 |

| Date | Source | Attorney | Description | Hours | Rate | Subtotal | Discount | Total with Discount |
|---|---|---|---|---|---|---|---|---|
| 5/6/2023 | Exhibit C | CY | Conferring with J. Cohen re information from Jevgeni. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 5/7/2023 | Exhibit C | CY | Drafting proposed jury instructions; conferring with J. Cohen re same and response to renewed terminations motion. | 3.2 | $315.00 | $1,008.00 | $201.60 | $806.40 |
| 5/8/2023 | Exhibit D | JC | prepare for trial | 4.4 | $450.00 | $1,980.00 | $198.00 | $1,782.00 |
| 5/8/2023 | Exhibit C | CY | Ringba and Tubmanburg 30(b)(6) deposition; conferring with J. Cohen re same. | 2.7 | $315.00 | $850.50 | $170.10 | $680.40 |
| 5/8/2023 | Exhibit C | CY | Conferring with J. Cohen, M. O'Hare and J. Malosev re response to court's inquiry; drafting affidavit of J. Malosev. | 0.8 | $315.00 | $252.00 | $50.40 | $201.60 |
| 5/8/2023 | Exhibit C | CY | Drafting/editing proposed jury instructions; drafting email to C. Cheng re same. | 1.8 | $315.00 | $567.00 | $113.40 | $453.60 |
| 5/8/2023 | Exhibit C | CY | Reviewing supreme court order on petition for rule to show cause; conferring with J. Cohen re same. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 5/8/2023 | Exhibit C | CT | Reviewed Jevgeni's emails Re: sanctions response | 0.1 | $295.00 | $29.50 | $5.90 | $23.60 |
| 5/8/2023 | Exhibit C | CY | Drafting/editing/filing Response to Court's Inquiry; conferring with J. Cohen re same. | 1.8 | $315.00 | $567.00 | $113.40 | $453.60 |
| 5/9/2023 | Exhibit D | JC | prepare for trial | 3.4 | $450.00 | $1,530.00 | $153.00 | $1,377.00 |
| 5/9/2023 | Exhibit D | JC | prepare for trial | 3.1 | $450.00 | $1,395.00 | $139.50 | $1,255.50 |
| 5/9/2023 | Exhibit C | NM | Gather additional documents to Trial Exhibits folder; draft Plaintiff's Trial Exhibits List; File document | 2.2 | $175.00 | $385.00 | $77.00 | $308.00 |
| 5/9/2023 | Exhibit C | CT | Reviewed the Courts Order Re: Def's motion for summary judgment. | 0.1 | $295.00 | $29.50 | $5.90 | $23.60 |
| 5/9/2023 | Exhibit C | CY | Conferring with J. Cohen re Defendants interrogatory verification issue; drafting conferral email to C. Cheng re same. | 0.8 | $315.00 | $252.00 | $50.40 | $201.60 |
| 5/9/2023 | Exhibit C | CY | Conferring with C. Cheng re Defendants edits to proposed jury instructions and disputed instructions; drafting/editing/filing Disputed and Undisputed Proposed Jury Instructions. | 2.6 | $315.00 | $819.00 | $163.80 | $655.20 |
| 5/9/2023 | Exhibit C | CY | Drafting/editing exhibit and witness lists; conferring with N. McChristian re same. | 0.6 | $315.00 | $189.00 | $37.80 | $151.20 |

| Date | Source | Attorney | Description | Hours | Rate | Subtotal | Discount | Total with Discount |
|---|---|---|---|---|---|---|---|---|
| 5/9/2023 | Exhibit C | CY | Conferring with N. McChristian re exhibit binders for trial. | 0.1 | $315.00 | $31.50 | $6.30 | $25.20 |
| 5/9/2023 | Exhibit C | CY | Conferring with M. O"Hare re summary judgment order. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 5/9/2023 | Exhibit C | CY | Conferring with J. Cohen re interrogatory responses; drafting Motion in Limine re same. | 1.8 | $315.00 | $567.00 | $113.40 | $453.60 |
| 5/9/2023 | Exhibit C | CY | Reviewing Defendants' Reply Brief. | 0.2 | $315.00 | $63.00 | $12.60 | $50.40 |
| 5/10/2023 | Exhibit D | JC | prepare for trial | 2.4 | $450.00 | $1,080.00 | $108.00 | $972.00 |
| 5/10/2023 | Exhibit C | CY | Conducting research and drafting motion in limine re interrogatory responses. | 1.3 | $315.00 | $409.50 | $81.90 | $327.60 |
| 5/10/2023 | Exhibit C | CY | Drafting conferral emails to C. Byers re interrogatory response verification pages; conferring with J. Cohen and M. O'Hare re same. | 0.6 | $315.00 | $189.00 | $37.80 | $151.20 |
| 5/10/2023 | Exhibit C | CY | Conferring with M. O'Hare re trial strategy and preparation and disputed issues; reviewing docs for trial. | 3.6 | $315.00 | $1,134.00 | $226.80 | $907.20 |
| 5/10/2023 | Exhibit C | CY | Drafting response to Defendants' Request for Hearing; conferring with M. O'Hare re same | 2.4 | $315.00 | $756.00 | $151.20 | $604.80 |
| 5/10/2023 | Exhibit C | CY | Conferring with J. Cohen re response and hearing issues. | 0.3 | $315.00 | $94.50 | $18.90 | $75.60 |
| 5/11/2023 | Exhibit D | JC | preparing for and attending sanction hearing | 6.8 | $450.00 | $3,060.00 | $306.00 | $2,754.00 |
| 5/11/2023 | Exhibit D | CY | Conferring with J. Cohen re Defendants Reply Brief and Surreply | 0.4 | $315.00 | $126.00 | $12.60 | $113.40 |
| 5/11/2023 | Exhibit D | CY | Drafting/editing/filing surreply in response to Defendants brief. | 3.2 | $315.00 | $1,008.00 | $100.80 | $907.20 |
| 5/11/2023 | Exhibit D | NM | Print TCPA 723-733 for review by attorneys | 0.4 | $175.00 | $70.00 | $7.00 | $63.00 |
| 5/12/2023 | Exhibit D | CT | Review Court Order and conferenced with Chris and Jeff/ | 0.3 | $295.00 | $88.50 | $8.85 | $79.65 |
| 5/12/2023 | Exhibit D | JC | telephone conference with client regarding effect of court dismissal and strategy | 1.1 | $450.00 | $495.00 | $49.50 | $445.50 |
| 5/12/2023 | Exhibit D | CT | Review Court order, Next steps Re: Appeal. | 0.2 | $295.00 | $59.00 | $5.90 | $53.10 |
| 5/12/2023 | Exhibit D | CY | Reviewing Court Order re Termination; conferring with J. Cohen re same. | 0.8 | $315.00 | $252.00 | $25.20 | $226.80 |
| 5/12/2023 | Exhibit D | CY | Conferring with M. O'Hare and J. Cohen re termination and appeal | 1 | $315.00 | $315.00 | $31.50 | $283.50 |
| 5/12/2023 | Exhibit D | CY | Researching attorneys fees/bad faith misappropriation issues. | 0.5 | $315.00 | $157.50 | $15.75 | $141.75 |

| Date | Source | Attorney | Description | Hours | Rate | Subtotal | Discount | Total with Discount |
|---|---|---|---|---|---|---|---|---|
| 5/15/2023 | Exhibit D | CT | O'Hare Case Review, Order discussion, Next Steps Re: Appeal and Fee's motion. | 0.3 | $295.00 | $88.50 | $8.85 | $79.65 |
| 5/15/2023 | Exhibit D | JC | reviewing court order and strategy | 1.7 | $450.00 | $765.00 | $76.50 | $688.50 |
| 5/15/2023 | Exhibit D | CY | Reviewing correspondence from M. O'Hare; conferring with J. Cohen, J. Malosev, and M. O'Hare re debrief on case termination. | 2.6 | $315.00 | $819.00 | $81.90 | $737.10 |
| 5/15/2023 | Exhibit D | CT | Conference with Michael re: appeal, Gary and Frankovitz liability | 0.7 | $295.00 | $206.50 | $20.65 | $185.85 |
| 5/15/2023 | Exhibit D | CY | Conferring with M. O'Hare and J. Malosev re complaint against C. Cheng and D. Gianturco. | 0.5 | $315.00 | $157.50 | $15.75 | $141.75 |
| 5/17/2023 | Exhibit D | CY | Reviewing Quandry Peak contract; conferring with J. Cohen re same. | 0.4 | $315.00 | $126.00 | $12.60 | $113.40 |
| 5/17/2023 | Exhibit D | JC | review and research strategy for appeal | 1.7 | $450.00 | $765.00 | $76.50 | $688.50 |
| 5/18/2023 | Exhibit D | JC | reviewing attorneys fees issues | 2.2 | $450.00 | $990.00 | $99.00 | $891.00 |
| 5/22/2023 | Exhibit D | JC | researching appellate isses | 2.3 | $450.00 | $1,035.00 | $103.50 | $931.50 |
| 5/23/2023 | Exhibit D | JC | review dismissal issues for appeal | 2.2 | $450.00 | $990.00 | $99.00 | $891.00 |
| 5/23/2023 | Exhibit D | CY | Conferring with M. O'Hare re quandry peak demand letter. | 0.2 | $315.00 | $63.00 | $6.30 | $56.70 |
| 5/24/2023 | Exhibit D | JC | reviewing issues for appeal | 1.7 | $450.00 | $765.00 | $76.50 | $688.50 |
| 5/24/2023 | Exhibit D | CY | Researching notice of appeal requirements; drafting Notice of Appeal; conferring with N. McChristian re designation of transcripts. | 1.8 | $315.00 | $567.00 | $56.70 | $510.30 |
| 5/24/2023 | Exhibit D | NM | Draft Designation of Transcripts and Request for Transcripts for appeal | 0.4 | $175.00 | $70.00 | $7.00 | $63.00 |
| 5/25/2023 | Exhibit D | CY | Conducting research on Notice of Appeal and finality of judgments; drafting/editing/filing Notice of Appeal and transcript request forms. | 2.7 | $315.00 | $850.50 | $85.05 | $765.45 |
| 5/26/2023 | Exhibit D | JC | reviewing record for appeal strategy | 1.6 | $450.00 | $720.00 | $72.00 | $648.00 |
| 5/26/2023 | Exhibit D | NM | Prepare mailing of Designation of Transcripts for the appeal | 0.3 | $175.00 | $52.50 | $5.25 | $47.25 |
| 5/30/2023 | Exhibit D | NM | Review vendor invoices and correspond by email with client for payment arrangement | 0.3 | $175.00 | $52.50 | $5.25 | $47.25 |
| 5/31/2023 | Exhibit D | JC | reviewing strategy for appeal | 1.8 | $450.00 | $810.00 | $81.00 | $729.00 |
| 5/31/2023 | Exhibit D | CY | Conferring with M. O'Hare; filing advisory copy of designation of transcripts with Court of Appeals; calendaring deadlines. | 0.8 | $315.00 | $252.00 | $25.20 | $226.80 |
| 5/31/2023 | Exhibit D | CY | Conferring with C. Byer re extension request; reviewing case file for applicable deadline. | 0.3 | $315.00 | $94.50 | $9.45 | $85.05 |

| Date | Source | Attorney | Description | Hours | Rate | Subtotal | Discount | Total with Discount |
|---|---|---|---|---|---|---|---|---|
| 5/31/2023 | Exhibit D | CY | Conducting research on California professional malpractice actions and certificates of review; drafting demand letter. | 2.8 | $315.00 | $882.00 | $88.20 | $793.80 |
| | | | Totals Exhibit C | 87.2 | | $26,528.00 | $5,305.60 | $21,222.40 |
| | | | Totals Exhibit D | 75.8 | | $31,062.50 | $3,106.25 | $27,956.25 |
| | | | Totals | 163 | | $57,590.50 | $8,411.85 | $49,178.65 |

| Date | Invoice # | Staff | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|
| 5/1/2023 | 3298 | NM | Administrative WestLaw Fee | 1 | $347.45 | $347.45 |
| 5/2/2023 | 3375 | NM | CO Courts E-Filing Case Histories: 2022CV30257, 2016CV500, 2022SA195, 2009SA5, 2017SA200 | 5 | $15.00 | $75.00 |
| 5/4/2023 | 3298 | NM | CO Courts E-Filing ID 8FA8DD92321FD - TCPA's Petition for Rule to Show Cause with Exhibits | 2 | $12.00 | $24.00 |
| 5/4/2023 | 3298 | NM | CO Courts E-Filing ID 4B446A119434F - Plaintiff's Forthwith Motion to Stay Proceeding Pursuant to CAR 21f | 2 | $12.00 | $24.00 |
| 5/4/2023 | 3375 | NM | CO Courts E-Filing ID 58D3E5D600D07 - TCPA Petition to Rule to Show Cause with Exhibits (Supreme Court) | 1 | $237.00 | $237.00 |
| 5/4/2023 | 3375 | NM | CO Courts E-Filing ID 258375DD480A7 - Certificate of Service | 1 | $12.00 | $12.00 |
| 5/5/2023 | 3375 | NM | CO Courts E-Filing ID 3DCA7A72E101A - Amended Cert of Service | 2 | $12.00 | $24.00 |
| 5/8/2023 | 3375 | NM | CO Courts E-Filing ID 936FDF8A47947 - Plaintiff's Motion to Stay Further Proceedings with Exhibits | 2 | $12.00 | $24.00 |

| Date | Invoice # | Staff | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|
| 5/9/2023 | 3298 | NM | CO Courts E-Filing ID C884D53A07A11 - Response to Court's Inquiry from May 4, 2023 Status Conference | 2 | $12.00 | $24.00 |
| 5/9/2023 | 3298 | NM | CO Courts E-Filing ID B144583A45B71 - Undisputed Proposed Jury Instructions, Plantiff's Disputed Proposed Jury Instructions and Verdict Form | 2 | $12.00 | $24.00 |
| 5/9/2023 | 3298 | NM | CO Courts E-Filing ID 8F28B0391BCE1 - Plaintiff's Witness and Trial Exhibit Lists | 2 | $12.00 | $24.00 |
| 5/11/2023 | 3298 | NM | CO Courts E-Filing ID 15F2C31ADCEBD - Response to Def's Req for a Hearing with Exhibits | 2 | $12.00 | $24.00 |
| 5/11/2023 | 3298 | NM | CO Courts E-Filing ID E6B3C31591183 - Surreply to Def's Reply to Court's May 4, 2023 Order with Exhibits | 2 | $12.00 | $24.00 |
| 5/18/2023 | 3298 | NM | Court Reporting/Transcripts - Charleigh Transcription LLC Inv 23419 21CV31668 TCPA v Ringba (FTR Proceedings 5/11/2023) | 1 | $333.00 | $333.00 |
| 5/19/2023 | 3298 | NM | CO Courts E-Filing ID EC760DAE187AA - Certificate of Service and Receipt - Motion for Service by Mail | 2 | $12.00 | $24.00 |

| Date | Invoice # | Staff | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|---|---|
| 5/22/2023 | 3298 | NM | CO Courts E-Filing Case History 2022C 40284 - Argote v llevel | 1 | $15.00 | $15.00 |
| 5/25/2023 | 3375 | NM | CO Courts E-Filing ID 248413233BFA2 - Plaintiff's Notice of Appeal and Designation of Transcripts with Exhibits | 2 | $12.00 | $24.00 |
| 5/26/2023 | 3298 | NM | CO Courts E-Filing ID FCC4246D8750B - Petitioner's Notice of Appeal and Designation of Transcripts (Court of Appeals) | 1 | $235.00 | $235.00 |
| 5/31/2023 | 3375 | NM | US Legal Support Inv 20230442312-21 Inv Date 6/12/2023; Transcript of Audio Recording TCPA 000718; paid by Cohen LLC CC 07.17.2023 | 1 | $236.00 | $236.00 |
| | | | TOTAL | | | $1,754.45 |