COHEN, LLC

# INVOICE

Cohen, LLC
1600 Broadway, Suite 1660
Denver, CO - Colorado 80202

|  |  |
|---|---|
| Invoice #: | 4225 |
| Date: | 09-05-2024 |
| Due On: | 09-05-2024 |

TCPA Litigator List

Matter Name: TCPA Collections

## Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 08-07-24 | JC | reviewing recently filed pleadings regarding cimino and management contract .8 - researching disclosure obligations 1.4 - .7 conference with counsel | 2.90 | 450.00 | $1,305.00 |
| 08-08-24 | JC | drafting objection to Cimino application 1.8 - .8 tc with g tucker and us trustee about objection | 2.70 | 450.00 | $1,215.00 |
| 08-08-24 | DE | Conference with internal team regarding Ciminos amended and expanded motion. discuss the same with Jeff and strategize response. | 2.20 | 295.00 | $649.00 |
| 08-09-24 | JC | preparing for depositions 1.2 - reviewing disclosures and pleadings | 3.40 | 450.00 | $1,530.00 |
| 08-12-24 | JC | reviewing and analyzing new attorney application | 1.10 | 450.00 | $495.00 |
| 08-13-24 | JC | reviewing Vallone application and subpoena issues | 1.60 | 450.00 | $720.00 |
| 08-14-24 | JC | review emails and tc with process server .7 - 1.1 email to cimino review sanctions issue | 1.80 | 450.00 | $810.00 |
| 08-15-24 | JC | review plan and service issues | 1.90 | 450.00 | $855.00 |
| 08-16-24 | DE | Review court filings; assist in drafting of objection to appointment of Cimino as counsel to debtor. | 3.60 | 295.00 | $1,062.00 |
| 08-16-24 | DE | Review previous attempts to employ Cimino as counsel. Confer with Jeff on hearing and preparation. | 1.70 | 295.00 | $501.50 |
| 08-19-24 | DE | Review orders in case up to this point and draft objection to responses; get edits from jeff and incorporate into objection; discuss with Jeff and Gary. | 4.60 | 295.00 | $1,357.00 |
| 08-20-24 | JC | preparing for deposition | 2.40 | 450.00 | $1,080.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08-21-24 | JC | prepare for deposition of cimino | 2.40 | 450.00 | $1,080.00 |
| 08-22-24 | JC | prepare for deposition | 2.90 | 450.00 | $1,305.00 |
| 08-23-24 | JC | prepare for and attend deposition of cimino | 6.70 | 450.00 | $3,015.00 |
| 08-23-24 | DE | Prepare for and attend deposition of John Cimino. | 4.50 | 295.00 | $1,327.50 |
| 08-26-24 | JC | review deposition transcript 1.1 -draft correspondence to shilladay .4 - .7 review plan projections | 2.20 | 450.00 | $990.00 |
| 08-27-24 | JC | review plan projections and transcript of deposition | 1.40 | 450.00 | $630.00 |
| 08-27-24 | DE | Discuss new objection to Ciminos disclosures; sit in on phone call with Brad. | 3.30 | 295.00 | $973.50 |
| 08-28-24 | JC | review recent filings for plan and management agreement | 1.20 | 450.00 | $540.00 |
| 08-30-24 | JC | review plan projections and cash collateral stipulation and court orders | 2.10 | 450.00 | $945.00 |

Services Subtotal: $22,385.50

| | |
|---|---|
| Subtotal | $22,385.50 |
| Total | $22,385.50 |
| Payment | $0.00 |
| Balance Owing | $22,385.50 |

Detailed Statement Account Summary

| | |
|---|---|
| Previous Balance: | $0.00 |
| New Charges: | $22,385.50 |
| Payments Applied: | $0.00 |
| **Total Amount Outstanding:** | **$22,385.50** |

Detailed Operating Retainer Summary

| | |
|---|---|
| Previous Retainer Balance: | $0.00 |
| Retainer Deposits Since Last Invoice: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

Trust Account Balance $0.00

Operating Account Balance $0.00

Total Client Balance $141,612.93

Total Matter Balance $69,116.00

Please make all amounts payable to Cohen, LLC. You may also pay online at:
https://secure.lawpay.com/pages/cohentrial/operating