COHEN, LLC

# INVOICE

Cohen, LLC
1600 Broadway, Suite 1660
Denver, CO - Colorado 80202

| | |
|---|---|
| Invoice #: | 4844 |
| Date: | 12-08-2025 |
| Due On: | 12-08-2025 |

TCPA Litigator List

Matter Name: TCPA Collections

## Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 09-04-25 | TS | Preparing for drafting response to Debtor's objection to claims 8 and 9 including reviewing state court records and objection. | 2.60 | 375.00 | $975.00 |
| 09-04-25 | TS | Conducted research on bankruptcy code and caselaw. | 4.90 | 375.00 | $1,837.50 |
| 09-05-25 | TS | Meeting with Mr. Cohen to discuss the TCPA state court case and the claims against the bankruptcy estate. | 1.70 | 375.00 | $637.50 |
| 09-10-25 | TS | Drafting response to objection to claims. | 3.80 | 375.00 | $1,425.00 |
| 09-11-25 | TS | Drafting response to objection to claims. | 1.30 | 375.00 | $487.50 |
| 09-11-25 | TS | Drafting response to objection to claims. | 3.00 | 375.00 | $1,125.00 |
| 09-12-25 | TS | Drafting response to objection to claims. | 6.90 | 375.00 | $2,587.50 |
| 09-15-25 | TS | Drafting response to objection to claims. | 7.10 | 375.00 | $2,662.50 |
| 09-16-25 | TS | Drafting response to Debtor's objection to claims. | 5.80 | 375.00 | $2,175.00 |
| 09-16-25 | TS | Meeting with Mr. Cohen to discuss draft response. | 0.30 | 375.00 | $112.50 |
| 09-17-25 | JC | reviewing and editing objection to motion to disallow | 2.30 | 450.00 | $1,035.00 |
| 09-17-25 | TS | Preparing for meeting with Mr. Cohen about response to objection to claims. | 0.20 | 375.00 | $75.00 |
| 09-17-25 | TS | Meeting with Mr. Cohen about response to objection to claims. | 0.50 | 375.00 | $187.50 |
| 09-17-25 | TS | Final edits to response to objection to claims and filing response. | 2.50 | 375.00 | $937.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09-25-25 | JC | review available discovery procedures | 1.10 | 450.00 | $495.00 |
| 10-01-25 | TS | Preparing for preliminary hearing. | 0.10 | 375.00 | $37.50 |
| 10-01-25 | TS | Attending preliminary hearing. | 0.20 | 375.00 | $75.00 |
| 10-01-25 | TS | Conducting research into Res Judicata application in bankruptcy contested matters. | 0.60 | 375.00 | $225.00 |
| 10-01-25 | DW | Teleconference w/ the court with JC, TS, and KB re: setting deadlines (0.2). | 0.20 | 265.00 | $53.00 |
| 10-01-25 | DW | Confer w/ KB and TS re: organization of file, court filings, etc. (0.3). | 0.30 | 265.00 | $79.50 |
| 10-03-25 | DW | Review and calendar deadlines from the court (0.1). | 0.10 | 265.00 | $26.50 |
| 10-07-25 | TS | Correspondence with with Expert Institute. | 0.50 | 375.00 | $187.50 |
| 10-07-25 | TS | Searched for Expert to provide opinion on the reasonableness of attorney's fees. | 2.30 | 375.00 | $862.50 |
| 10-08-25 | TS | Searched for expert witness to provide opinion on reasonableness of attorney's fees. | 2.00 | 375.00 | $750.00 |
| 10-08-25 | TS | Reviewed and catalogued client-provided documents for 26(a)(1)-type disclosures. | 2.00 | 375.00 | $750.00 |
| 10-09-25 | TS | Searched for expert witness to provide opinion on reasonableness of attorney's fees. | 2.20 | 375.00 | $825.00 |
| 10-09-25 | TS | Reviewed client-provided documents for 26(a)(1)-type disclosures. | 4.90 | 375.00 | $1,837.50 |
| 10-10-25 | TS | Conducted research on red judicata in bankruptcy contested matters. | 2.70 | 375.00 | $1,012.50 |
| 10-10-25 | TS | Email correspondence with potential expert witness. | 0.10 | 375.00 | $37.50 |
| 10-14-25 | TS | Meeting with Jeff to discuss case and strategy. | 1.00 | 375.00 | $375.00 |
| 10-14-25 | JC | research and review res judicata issues and expert witness | 1.70 | 450.00 | $765.00 |
| 10-15-25 | JC | tc with expert .7 - 1.6 reviewing bills for collection and pre-trial order | 2.30 | 450.00 | $1,035.00 |
| 10-16-25 | JC | review and analyze motion to withdraw | 0.80 | 450.00 | $360.00 |
| 10-20-25 | JC | review withdrawal procedures and the effect on the claims objection -1.2 - tc with Garber re procedure -.4 | 1.60 | 450.00 | $720.00 |
| 10-20-25 | TS | Correspondence with potential expert witness. | 0.10 | 375.00 | $37.50 |
| 10-21-25 | TS | Expert witness search. | 0.50 | 375.00 | $187.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-21-25 | JC | review expert deadlines and research res judicata issues | 1.80 | 450.00 | $810.00 |
| 10-23-25 | TS | Reviewed opposing counsel's motion to withdraw. | 0.50 | 375.00 | $187.50 |
| 10-23-25 | TS | Call with Expert Institute. | 0.20 | 375.00 | $75.00 |
| 10-24-25 | JC | review discovery and draft answers | 1.60 | 450.00 | $720.00 |
| 10-24-25 | TS | Call with Mr. Cohen to discuss TCPA's discovery requests. | 0.30 | 375.00 | $112.50 |
| 10-24-25 | TS | Drafting discovery responses. | 6.00 | 375.00 | $2,250.00 |
| 10-27-25 | JC | reviewing file to respond to discovery | 4.60 | 450.00 | $2,070.00 |
| 10-27-25 | TS | Searching for responsive documents for discovery response. | 1.60 | 375.00 | $600.00 |
| 10-27-25 | TS | Drafting discovery responses. | 0.80 | 375.00 | $300.00 |
| 10-27-25 | TS | Meeting with Mr. Cohen to prepare for hearing including reviewing in depth the State Court Litigation record. | 3.10 | 375.00 | $1,162.50 |
| 10-28-25 | JC | review transcripts and opinions of state court | 1.80 | 450.00 | $810.00 |
| 10-29-25 | JC | interview 3x candidates for expert witness | 2.30 | 450.00 | $1,035.00 |
| 10-29-25 | TS | Drafting correspondence with prospective expert witnesses. | 0.30 | 375.00 | $112.50 |
| 10-30-25 | TS | Correspondence with prospective expert witness. | 0.10 | 375.00 | $37.50 |
| 10-30-25 | TS | Revising and editing responses to Debtor's paper discovery. | 3.00 | 375.00 | $1,125.00 |
| 10-30-25 | TS | Meeting with Mr. Cohen to discuss and receive revisions to responses to Debtor's paper discovery. | 1.40 | 375.00 | $525.00 |
| 10-30-25 | JC | review discovery responses | 2.60 | 450.00 | $1,170.00 |
| 10-31-25 | JC | interviewing experts on fees and reviewing documents for discovery | 2.20 | 450.00 | $990.00 |
| 10-31-25 | TS | Correspondence with prospective expert witness. | 0.10 | 375.00 | $37.50 |
| 10-31-25 | TS | Phone call with Mr. Cohen and prospective expert witness. | 0.80 | 375.00 | $300.00 |
| 11-03-25 | JC | reviewing documents to be produced | 1.10 | 450.00 | $495.00 |
| 11-04-25 | JC | reviewing court order and documents to be produces | 1.60 | 450.00 | $720.00 |
| 11-05-25 | JC | Correspondence with expert and reviewing documents for review | 1.70 | 450.00 | $765.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11-06-25 | JC | preparing discovery to tcpa | 1.10 | 450.00 | $495.00 |
| 11-06-25 | TS | Meeting with Mr. Cohen to discuss responses to Debtor's discovery requests. | 1.00 | 375.00 | $375.00 |
| 11-06-25 | TS | Drafting responses to Debtor's discovery requests. | 1.80 | 375.00 | $675.00 |
| 11-07-25 | JC | review expert agreement and discovery | 1.10 | 450.00 | $495.00 |
| 11-07-25 | TS | Drafting responses to Debtor's discovery requests. | 4.50 | 375.00 | $1,687.50 |
| 11-10-25 | JC | review expert agreement .4 - .8 review discovery responses | 1.20 | 450.00 | $540.00 |
| 11-11-25 | JC | review outgoing discovery | 1.20 | 450.00 | $540.00 |
| 11-11-25 | TS | Strategizing responses to Debtor's discovery requests. | 1.00 | 375.00 | $375.00 |
| 11-12-25 | TS | Drafting responses to Debtor's discovery requests. | 2.00 | 375.00 | $750.00 |
| 11-12-25 | JC | edit discovery requests to debtor | 1.30 | 450.00 | $585.00 |
| 11-13-25 | TS | Drafting responses to debtor's discovery requests. | 0.40 | 375.00 | $150.00 |
| 11-13-25 | TS | Sending responses to Debtor's discovery requests to Aaron Garber. | 0.10 | 375.00 | $37.50 |
| 11-14-25 | JC | editing discovery and status of expert | 1.40 | 450.00 | $630.00 |
| 11-17-25 | JC | prepare responses to discovery | 1.20 | 450.00 | $540.00 |
| 11-18-25 | JC | reviewing representation issues | 0.70 | 450.00 | $315.00 |
| 11-21-25 | JC | review expert files and work | 1.10 | 450.00 | $495.00 |
| 11-25-25 | JC | prepare and finalize discovery responses 1.7 - .9 review court order of withdrawal and review documents sent to expert | 2.60 | 450.00 | $1,170.00 |
| 11-25-25 | TS | Gathering and providing documents to our retained expert. | 0.80 | 375.00 | $300.00 |
| 11-25-25 | TS | Final edits to responses to Debtor's discovery requests. | 0.80 | 375.00 | $300.00 |
| 11-25-25 | TS | Call with Mr. Cohen to discuss final draft of discovery responses. | 1.50 | 375.00 | $562.50 |
| 11-28-25 | JC | review documents for production | 1.10 | 450.00 | $495.00 |
| 11-30-25 | TS | Drafting Motion to Dismiss Debtor's Objection to Claim 9. | 1.00 | 375.00 | $375.00 |
| 11-30-25 | TS | Calls with Mr. Cohen to discuss motion to dismiss debtor's objection. | 0.50 | 375.00 | $187.50 |

Page: 4

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-01-25 | TS | Checking PACER report to see if Debtor retained new counsel in the last week. | 0.10 | 375.00 | $37.50 |
| 12-01-25 | JC | reviewing and editing motion for summary judgement and expert report | 2.30 | 450.00 | $1,035.00 |
| 12-01-25 | TS | Drafting Motion for Summary Judgment and Certificate of Service. | 3.90 | 375.00 | $1,462.50 |
| 12-02-25 | JC | editing and reviewing motion for summary judgement and discovery issues | 1.60 | 450.00 | $720.00 |
| 12-03-25 | JC | review draft expert opinion | 0.80 | 450.00 | $360.00 |
| 12-04-25 | JC | review and edit expert report | 0.80 | 450.00 | $360.00 |
| 12-04-25 | TS | Phone call with Expert Witness Re: report. | 0.50 | 375.00 | $187.50 |
| 12-04-25 | TS | Gathering additional documents for expert and sending via email. | 0.70 | 375.00 | $262.50 |
| 12-05-25 | JC | review expert report | 1.10 | 450.00 | $495.00 |

Services Subtotal: $60,399.00

Expenses

| Date | | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11-25-25 | KB | CO Courts E-Filing El Paso County | 1.00 | 15.00 | $15.00 |
| 12-08-25 | KB | Expert Report- Ogborn Mihm_ Invoice 30545 | 1.00 | 12082.93 | $12,082.93 |

Expenses Subtotal: $12,097.93

| | |
|---|---|
| Subtotal | $72,496.93 |
| Total | $72,496.93 |
| Payment | $0.00 |
| Balance Owing | $72,496.93 |

Detailed Statement Account Summary

| | |
|---|---|
| Previous Balance: | $69,116.00 |
| New Charges: | $72,496.93 |
| Payments Applied: | $0.00 |
| **Total Amount Outstanding:** | **$141,612.93** |

Detailed Operating Retainer Summary

| | |
|---|---|
| Previous Retainer Balance: | $0.00 |
| Retainer Deposits Since Last Invoice: | $0.00 |
| Remaining Retainer Balance: | $0.00 |

Trust Account Balance $0.00

Operating Account Balance $0.00

Total Client Balance $141,612.93

Total Matter Balance $69,116.00

Please make all amounts payable to Cohen, LLC. You may also pay online at: https://secure.lawpay.com/pages/cohentrial/operating

