**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>DNC AND TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Bankruptcy Case No. 24-12624 KHT<br><br>Chapter 11 (Subchapter V) |

**ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE**

THIS MATTER comes before the Court on the Application to Employ Gordon Legal Malpractice PLLC and Motion to Approve Retainer ("Motion", Docket No. 442), filed by Paul Gordon (Movant).  The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

[X]  L.B.R. 9013-1: failure to file a 9013-1 Notice with the Motion, as required by this rule and Fed.R.B.P. 2002;

[X]  Fed.R.B.P. 2002(a), (g):  failure to serve a copy of the notice upon all creditors and other parties in interest at their addresses of record, as of the date of filing the Motion;

[ ]  L.B.R. 9013-1(a)(1)(C): failure to file a proposed Order;

[X]  Fed.R.B.P. 9014-1:  failure to serve all parties directly affected by the Motion and/or other required parties with a copy of the notice *and motion* in the manner provided for service of a summons and complaint by Fed.R.B.P. 7004, to wit:
[ ]  debtor and debtor's counsel, if any;
[ ]  the creditors' committee, if any, and its chairperson, or its appointed counsel, if any;
[ ]  the S.E.C. in a Chapter 11 case of a publicly-held debtor;
[X]   any trustee appointed in the case;
[X]  Office of the U.S. Trustee;
[ ]  the Standing Chapter 13 Trustee, in a Chapter 13 case;
[X]  creditors appearing on the List of 20 Largest Creditors, in a Chapter 11 case;
[ ]  registered agent or other authorized agent of an affected party.  Service on an attorney for a party will satisfy this rule, only if the attorney has entered an appearance in *this* case.  Service on an insured depository institution requires service by *certified* mail on an officer, unless the institution has expressly requested otherwise in the case. Rule 7004(h). Service on a

    governmental creditor must be made in accordance with Rule 7004(b)(4)-(6);

[ ]  Other:

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further Order.

**Deficiency Cure Date:**  <u>December 26, 2025</u>

DATED this 12th day of December, 2025

BY THE COURT:

_Kimberley H Ty_____

Kimberley H. Tyson
United States Bankruptcy Judge