United States Bankruptcy Court
District of Colorado

In re:  Case No. 24-12624-KHT
DNC and TCPA LIST SANITIZER, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 3
Date Rcvd: Dec 12, 2025      Form ID: pdf904      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | John Cimino, 5500 East Yale Avenue, Suite 201, Denver, CO 80222-6930 |
| intp | + | Cashyew Holding, LLC, 405 Cherry Hills Way, Colorado Springs, CO 80921-2667 |
| intp | + | GLEGAL, LLC, c/o Gary Tucker, 1600 Broadway No. 1660, Denver, CO 80202-4915 |
| cr | + | JPMorgan Chase Bank, N.A., c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| cr | + | Jeffery Cohen, Cohen, LLC, 1600 Broadway, Suite 1660, Denver, CO 80202-4915 |
| 19607629 | + | Allen Vellone Wolf Halfrich & Factor, PC, 1600 Stout Street Stuie 1900, Denver, CO 80202-3160 |
| 19607634 | + | Cohen Trial, LLC, 1600 Broadway Suite 1660, Denver, CO 80202-4915 |
| 19607638 | + | Quandry Peak Research, 205 S Broadway Suite 300, Los Angeles, CA 90012-3607 |
| 19607628 | + | Ringba, LLC, 8 the Green Suite 11558, Dover DE 19901-3618 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/Text: michael@tcpalitigatorlist.com | Dec 12 2025 22:35:00 | DNC and TCPA LIST SANITIZER, LLC, 985 Pico Point, Colorado Springs, CO 80905 |
| aty | + | Email/Text: la@allen-vellone.com | Dec 12 2025 22:35:00 | Allen Vellone Wolf Helfrich & Factor P.C., 1600 Stout Street Suite 1900, Denver, CO 80202-3156 |
| intp | + | Email/Text: michael@tcpalitigatorlist.com | Dec 12 2025 22:35:00 | Michael O'Hare, 405 Cherry Hills Way, Colorado Springs, CO 80921, UNITED STATES 80921-2667 |
| 19607630 | + | Email/PDF: bncnotices@becket-lee.com | Dec 12 2025 22:35:54 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 19607635 | ^ | MEBN | Dec 12 2025 22:28:24 | CT Corporation System, as representative, Attn: SPRS, 330 N Brand Blvd Ste 700, Glendale, CA 91203-2336 |
| 19607632 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2025 22:35:53 | Chase, PO Box 78039, Phoenix, AZ 85062-8039 |
| 19607636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 12 2025 22:36:05 | JP Morgan Chase Bank NA, PO Box 6026 IL1-1145, Chicago, IL 60680-6026 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| sp | | Allen Vellone Wolf Helfrich & Factor |

| District/off: 1082-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2025 | Form ID: pdf904 | Total Noticed: 16 |

| acc | | SL Biggs, a Division of SingerLewak LLP |
|---|---|---|
| 19607631 | ##+ | American Express, Business Line of Credit PO Box 570622, Atlanta, GA 30357-3110 |

TOTAL: 2 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron A Garber | on behalf of Plaintiff DNC and TCPA LIST SANITIZER LLC agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Arthur Lindquist-Kleissler | on behalf of Interested Party Cashyew Holding LLC Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net |
| Benjamin Woodruff | on behalf of Plaintiff Michael O'Hare ben.woodruff@michaelbest.com allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com |
| Chad S. Caby | on behalf of Creditor Adam Young chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Defendant Ringba LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Creditor Ringba LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Defendant Adam Young chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Creditor Tubmanburg Limited chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Jason Cooper | on behalf of Interested Party GLEGAL LLC jason.cooper@fmglaw.com |
| Jeffrey Cohen | on behalf of Creditor Jeffery Cohen jcohen@cohentrial.com |
| John Gray | on behalf of Creditor JPMorgan Chase Bank N.A. jgray@taftlaw.com, lkostyk@taftlaw.com;DEN_docket_assist@taftlaw.com;jmoore@taftlaw.com |
| Joli A. Lofstedt | joli@jaltrustee.com  ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 12, 2025 | Form ID: pdf904 | Total Noticed: 16 |

Katharine S. Sender
    on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. kate@cosenderlaw.com la@allen-vellone.com,allen-vellone@myecfx.com

Katharine S. Sender
    on behalf of Debtor DNC and TCPA LIST SANITIZER  LLC kate@cosenderlaw.com, la@allen-vellone.com,allen-vellone@myecfx.com

Paul Gordon
    on behalf of Debtor DNC and TCPA LIST SANITIZER  LLC paul@legal-mal.com

Peter A. Cal
    on behalf of Creditor JPMorgan Chase Bank  N.A. pcal@taftlaw.com, rneal@taftlaw.com,DEN_Docket_Assist@taftlaw.com

Reza Rismani
    on behalf of Interested Party GLEGAL  LLC reza.rismani@fmglaw.com

Robert J. Shilliday, III
    on behalf of Attorney John Cimino rjs@shillidaylaw.com

Samuel Wilson Collins
    on behalf of Defendant Adam Young Wilson.Collins@wbd-us.com

Samuel Wilson Collins
    on behalf of Defendant Ringba  LLC Wilson.Collins@wbd-us.com

US Trustee
    USTPRegion19.DV.ECF@usdoj.gov

Vandana Koelsch
    on behalf of Spec. Counsel Allen Vellone Wolf Helfrich & Factor  P.C. Vandana.Koelsch@michaelbest.com, litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

Vandana Koelsch
    on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. Vandana.Koelsch@michaelbest.com litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

Vandana Koelsch
    on behalf of Debtor DNC and TCPA LIST SANITIZER  LLC Vandana.Koelsch@michaelbest.com, litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

TOTAL: 25

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>DNC AND TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Bankruptcy Case No. 24-12624 KHT<br><br>Chapter 11 (Subchapter V) |

**ORDER FOR COMPLIANCE WITH LOCAL BANKRUPTCY RULE 9013 OR OTHER APPLICABLE RULES OF PROCEDURE REGARDING SERVICE AND NOTICE**

THIS MATTER comes before the Court on the Application to Employ Gordon Legal Malpractice PLLC and Motion to Approve Retainer ("Motion", Docket No. 442), filed by Paul Gordon (Movant). The Court finds that Movant has failed to comply with applicable rules of procedure, noted more specifically below:

[X] <u>L.B.R. 9013-1</u>: failure to file a 9013-1 Notice with the Motion, as required by this rule and Fed.R.B.P. 2002;

[X] <u>Fed.R.B.P. 2002(a), (g)</u>: failure to serve a copy of the notice upon all creditors and other parties in interest at their addresses of record, as of the date of filing the Motion;

[ ] <u>L.B.R. 9013-1(a)(1)(C)</u>: failure to file a proposed Order;

[X] <u>Fed.R.B.P. 9014-1</u>: failure to serve all parties directly affected by the Motion and/or other required parties with a copy of the notice *and motion* in the manner provided for service of a summons and complaint by Fed.R.B.P. 7004, to wit:
  [ ] debtor and debtor's counsel, if any;
  [ ] the creditors' committee, if any, and its chairperson, or its appointed counsel, if any;
  [ ] the S.E.C. in a Chapter 11 case of a publicly-held debtor;
  [X] any trustee appointed in the case;
  [X] Office of the U.S. Trustee;
  [ ] the Standing Chapter 13 Trustee, in a Chapter 13 case;
  [X] creditors appearing on the List of 20 Largest Creditors, in a Chapter 11 case;
  [ ] registered agent or other authorized agent of an affected party. Service on an attorney for a party will satisfy this rule, only if the attorney has entered an appearance in *this* case. Service on an insured depository institution requires service by *certified* mail on an officer, unless the institution has expressly requested otherwise in the case. Rule 7004(h). Service on a

governmental creditor must be made in accordance with Rule 7004(b)(4)-(6);

[ ] Other:

Accordingly, IT IS HEREBY ORDERED that Movant must cure the above-noted deficiency by the cure date listed below, failing which the Motion will be denied without further Order.

**Deficiency Cure Date:** **December 26, 2025**

DATED this 12th day of December, 2025

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge