# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

## NOTICE PURSUANT TO L.B.R. 9013
## OF MOTION FOR LEAVE
## TO EMPLOY GORDON LEGAL MALPRACTICE PLLC
## AS BANKRUPTCY COUNSEL FOR THE DEBTOR-IN-POSSESSION
## AND FOR APPROVAL OF RETAINER

OBJECTION DEADLINE: **JANUARY 2, 2026**

    PLEASE TAKE NOTICE that Debtor DNC and TCPA List Sanitizer, LLC has filed a Motion For Leave To Employ Gordon Legal Malpractice PLLC As Bankruptcy Counsel for The Debtor-In-Possession and For Approval Of Retainer. The motion permission for the Debtor to hire Gordon Legal Malpractice PLLC as bankruptcy counsel effective November 3, 2025 and for approval of a $10,000 retainer. A copy of the motion is available from the undersigned counsel, at the Bankruptcy Court, or on PACER.

    If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

RESPECTFULLY submitted this 18th day of December 2025.

GORDON LEGAL MALPRACTICE PLLC

*/s/Paul Gordon*
Paul Gordon
Post Office Box 460395
Denver, Colorado 80246
720-505-0536
paul@legal-mal.com

*Attorney for DNC and TCPA List Sanitizer, LLC*

## CERTIFICATE OF SERVICE

I certify that, on December 18, 2025, I served a true copy of this **NOTICE PURSUANT TO L.B.R. 9013 OF MOTION FOR LEAVE TO EMPLOY GORDON LEGAL MALPRACTICE PLLC AS BANKRUPTCY COUNSEL FOR THE DEBTOR-IN-POSSESSION AND FOR APPROVAL OF RETAINER** and proposed orders on all parties of record in compliance with the Federal Rules of Bankruptcy Procedure and the Court's local rules by CM/ECF to the following:

Joli A. Lofstedt, Esq.
Trustee
joli@jaltrustee.com
ecf.alert+Lofstedt@titlexi.com
brenda@jaltrustee.com

Alan K. Motes, Esq.
on behalf of U.S. Trustee
Alan.Motes@usdoj.gov

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Jeffrey Cohen, Esq.
on behalf of Jeffery Cohen, Esq.
jcohen@cohentrial.com

Katharine S. Sender, Esq.
Vandana Koelsch, Esq.
on behalf of Allen Vellone Wolf Helfrich & Factor P.C.
ksender@allen-vellone.com
vkoelsch@allen-vellone.com

Arthur Lindquist-Kleissler, Esq.
on behalf of Cashyew Holding LLC
Arthuralklaw@gmail.com
seanalklaw@gmail.com
LindquistKleisslerCompanyLLC@jubileebk.net

Robert J. Shilliday, III, Esq.
on behalf of John Cimino, Esq.
rjs@shillidaylaw.com

Peter A. Cal, Esq.
John Gray, Esq.
on behalf of JPMorgan Chase Bank N.A.
pcal@taftlaw.com
jgray@taftlaw.com
rneal@shermanhoward.com
dfouts@shermanhoward.com
lkostyk@shermanhoward.com
efiling@sah.com

Chad S. Caby, Esq.
Samuel Wilson Collins, Esq.
on behalf of Ringba LLC, Adam Young, and Tubmanburg Ltd.
chad.caby@wbd-us.com
Wilson.Collins@wbd-us.com
Chadwick-caby-5693@ecf.pacerpro.com
Jennifer.eastin@wbd-us.com

Jason Cooper, Esq.
Reza Rismani, Esq.
on behalf of Glegal LLC
jason.cooper@fmglaw.com
reza.rismani@fmglaw.com

DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
mcohare@gmail.com

**and by U.S. Mail, postage prepaid, on the following:**

American Express
Post Office Box 6031
Carol Stream, IL 60197-6031

American Express
Business Line of Credit
Post Office Box 570622
Atlanta, GA 30357-3110

American Express National Bank
c/o Becket and Lee LLP
Post Office Box 3001
Malvern, PA 19355-0701

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
Post Office Box 9043
Andover, MA 01810-0943

Chase
Post Office Box 78039
Phoenix, AZ 85062-8039

Chase Bank
Post Office Box 6026
Mail Code IL 1-0054
Chicago, IL 60680-6026

Jeffery Cohen
Cohen, LLC
1600 Broadway, Suite 1660
Denver, CO 80202-4915

Colorado Department of Revenue
1881 Pierce Street
Bankruptcy Unit, Room 104
Lakewood, CO 80214-1407

CT Corporation System
   as representative
Attn: SPRS
330 North Brand Boulevard, Suite 700
Glendale, CA 91203-2336

IRS
Post Office Box 7346
Philadelphia, PA 19101-7346

Arthur Lindquist-Kleissler
950 South Cherry Street, Suite 418
Denver, CO 80246-2662

Mountain Peak Law Group PC
Stacy D. Stein
Rusty J. Trevino
101 East Gray Street, Suite B
Norman, OK 73069-7257

Quandry Peak Research
205 South Broadway, Suite 300
Los Angeles, CA 90012-3607

Securities and Exchange Commission
Central Regional Office
1961 Stout Street, Suite 1700
Denver, CO 80294-1700

Securities and Exchange Commission
Midwest Regional Office
175 West Jackson Boulevard
Suite 900
Chicago, IL 60604-2815


*/s/Paul Gordon*              
Paul Gordon