# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

## VERIFICATION OF PAUL GORDON

Paul Gordon, being first duly sworn, states as follows:

1. I am the managing member of Gordon Legal Malpractice PLLC (the "Firm").

2. I am duly admitted to practice law in the Seventh and Tenth Circuit Courts of Appeals, the United States District Courts for the District of Colorado and the District of New Mexico, and in the State of Colorado.

3. The Firm's offices for the practice of law are located at 1130 South Fairfax Street, Denver, Colorado 80246.

4. The Firm does not represent any party in interest adverse to the interest of the Debtor. The Firm does not represent any creditor, shareholder, officer, or director of the Debtor except as disclosed in the Application. The Firm is disinterested as defined by 11 U.S.C. Section 101(14) and does not have or represent an interest materially adverse to the interest of the estate or of any class of creditors.

5. The Firm is not aware of any other connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

6. The statements contained in the Motion for Leave to Employ Gordon Legal Malpractice PLLC as Bankruptcy Counsel for the Debtor-in-Possession and for Approval of Retainer are true and correct to the best of our knowledge and belief.

DONE this 10th day of December 2025.

*/s/Paul Gordon*
Paul Gordon