# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

## VERIFICATION OF MICHAEL O'HARE

Michael O'Hare, being first duly sworn, states as follows:

1. I am the owner and managing member of the Debtor.

2. I have paid the $10,000 retainer to Gordon Legal Malpractice PLLC ("GLM"). The retainer was paid from my personal bank account maintaining my money. No money in the account came from the Debtor.

3. The Debtor has not been requested to, has not, and will not enter into any form of agreement, note, or otherwise provide any consideration for my having paid the retainer. The Debtor is not indebted or otherwise obligated to any person or entity because of the payment of the retainer.

4. I have been advised GLM does not represent me, that there is no attorney-client privilege between GLM and me, and that GLM has an exclusive duty of loyalty to the Debtor and the bankruptcy estate.

5. Further, I have been advised that I will need to retain independent counsel to represent my interests, and GLM's undivided loyalty is owed exclusively to the Debtor.

DONE this 10th day of December 2025.

*/s/ Michael O'Hare*
Michael O'Hare