**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

**ORDER GRANTING LEAVE TO EMPLOY GORDON LEGAL**
**MALPRACTICE PLLC AND APPROVING RETAINER**

      The Court, having reviewed the Debtor's Motion for Leave to Employ Gordon Legal Malpractice PLLC As Bankruptcy Counsel for the Debtor-In-Possession and for Approval of Retainer,

      ORDERS that the motion is GRANTED.

      DONE this _____ day of _____ 2025.

      BY THE COURT:

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge