## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

## RESPONSE IN OPPOSITION TO STRIKING ENTRY OF APPEARANCE

**Debtor asks this Court to deny Cohen's motion to strike the undersigned's entry of appearance.**

Creditor Cohen LLC failed to cite the rule for striking a pleading and failed to present evidence and argument applicable to the rule. Further, on the day after Cohen filed the motion, the undersigned finished the motion for appointment as counsel, eliminating the basis for the motion to strike. This Court should deny the motion to strike as unsupported and moot.

This Court may strike pleadings pursuant to Fed. R. Civil P. 12(f) via Fed. R. Bankr. P. 7012. Beyond addressing scandalous and impertinent filings, Rule 12(f) provides a basis for courts to strike inadequate defenses, a problem later addressed by Rule 12(c) and Rule 56(a). In so far as Rule 12(f) would apply to an immaterial filing, including the word "immaterial" in the rule predated the invention of electronic storage. *See* Notes of Advisory Committee, Fed. R. Civ. P. 12(f) (1937 and 1946). Rule 12(f) is **not** a basis for make-work.

At most, the entry of appearance was a handshake in a case in which prior corporate counsel had already withdrawn. It was certainly not scandalous, impertinent, redundant, or related to an insufficient defense. If it was immaterial, it was immaterial only for being one day premature.

RESPECTFULLY submitted this 23rd day of December 2025.

GORDON LEGAL MALPRACTICE PLLC

*/s/Paul Gordon*
Paul Gordon
Post Office Box 460395
Denver, Colorado 80246
720-505-0536
paul@legal-mal.com

*Attorney for DNC and TCPA List Sanitizer, LLC*

## CERTIFICATE OF SERVICE

I certify that, on December 23, 2025, I served a true copy of this RESPONSE IN OPPOSITION TO STRIKING ENTRY OF APPEARANCE and proposed orders on all parties of record in compliance with the Federal Rules of Bankruptcy Procedure and the Court's local rules by CM/ECF to the following:

Joli A. Lofstedt, Esq.
Trustee
joli@jaltrustee.com
ecf.alert+Lofstedt@titlexi.com
brenda@jaltrustee.com

Alan K. Motes, Esq.
on behalf of U.S. Trustee
Alan.Motes@usdoj.gov

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Jeffrey Cohen, Esq.
on behalf of Jeffery Cohen, Esq.
jcohen@cohentrial.com

Katharine S. Sender, Esq.
Vandana Koelsch, Esq.
on behalf of Allen Vellone Wolf
Helfrich & Factor P.C.
ksender@allen-vellone.com
vkoelsch@allen-vellone.com

Arthur Lindquist-Kleissler, Esq.
on behalf of Cashyew Holding LLC
Arthuralklaw@gmail.com
seanalklaw@gmail.com
LindquistKleisslerCompanyLLC@jubil
eebk.net

Robert J. Shilliday, III, Esq.
on behalf of John Cimino, Esq.
rjs@shillidaylaw.com

Peter A. Cal, Esq.
John Gray, Esq.
on behalf of JPMorgan Chase Bank
N.A.
pcal@taftlaw.com
jgray@taftlaw.com
rneal@shermanhoward.com
dfouts@shermanhoward.com
lkostyk@shermanhoward.com
efiling@sah.com

Chad S. Caby, Esq.
Samuel Wilson Collins, Esq.
on behalf of Ringba LLC, Adam
Young, and Tubmanburg Ltd.
chad.caby@wbd-us.com
Wilson.Collins@wbd-us.com
Chadwick-caby-
5693@ecf.pacerpro.com
Jennifer.eastin@wbd-us.com

Jason Cooper, Esq.
Reza Rismani, Esq.
on behalf of Glegal LLC
jason.cooper@fmglaw.com
reza.rismani@fmglaw.com

DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
mcohare@gmail.com

*/s/ Paul Gordon*
Paul Gordon