IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

## RESPONSE IN OPPOSITION TO SUMMARY JUDGMENT

**Debtor asks this Court to find that the motion for summary judgment is moot.**

On December 2, 2025, Creditor Cohen LLC moved for summary judgment on its claim on the ground that the Debtor cannot proceed without counsel. On December 18, 2025, the Debtor moved for leave to hire the undersigned as counsel. The motion for leave rendered the motion for summary judgment moot. Even if this Court denies Debtor leave to retain the undersigned, this Court should afford the Debtor a reasonable amount of time to retain other counsel.

RESPECTFULLY submitted this 9th day of January 2026.

                                        GORDON LEGAL MALPRACTICE PLLC

                                        */s/Paul Gordon*
                                        Paul Gordon
                                        Post Office Box 460395
                                        Denver, Colorado 80246
                                        720-505-0536
                                        paul@legal-mal.com
                                        *Attorney for DNC and TCPA List Sanitizer, LLC*

CERTIFICATE OF SERVICE

I certify that, on January 9, 2026, I served a true copy of this **RESPONSE IN OPPOSITION TO SUMMARY JUDGMENT** and proposed orders on all parties of record in compliance with the Federal Rules of Bankruptcy Procedure and the Court's local rules by CM/ECF to the following:

Joli A. Lofstedt, Esq.
Trustee
joli@jaltrustee.com
ecf.alert+Lofstedt@titlexi.com
brenda@jaltrustee.com

Alan K. Motes, Esq.
on behalf of U.S. Trustee
Alan.Motes@usdoj.gov

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Jeffrey Cohen, Esq.
on behalf of Jeffery Cohen, Esq.
jcohen@cohentrial.com

Katharine S. Sender, Esq.
Vandana Koelsch, Esq.
on behalf of Allen Vellone Wolf Helfrich & Factor P.C.
ksender@allen-vellone.com
vkoelsch@allen-vellone.com

Arthur Lindquist-Kleissler, Esq.
on behalf of Cashyew Holding LLC
Arthuralklaw@gmail.com
seanalklaw@gmail.com
LindquistKleisslerCompanyLLC@jubileebk.net

Robert J. Shilliday, III, Esq.
on behalf of John Cimino, Esq.
rjs@shillidaylaw.com

Peter A. Cal, Esq.
John Gray, Esq.
on behalf of JPMorgan Chase Bank N.A.
pcal@taftlaw.com
jgray@taftlaw.com
rneal@shermanhoward.com
dfouts@shermanhoward.com
lkostyk@shermanhoward.com
efiling@sah.com

Chad S. Caby, Esq.
Samuel Wilson Collins, Esq.
on behalf of Ringba LLC, Adam Young, and Tubmanburg Ltd.
chad.caby@wbd-us.com
Wilson.Collins@wbd-us.com
Chadwick-caby-5693@ecf.pacerpro.com
Jennifer.eastin@wbd-us.com

Jason Cooper, Esq.
Reza Rismani, Esq.
on behalf of Glegal LLC
jason.cooper@fmglaw.com
reza.rismani@fmglaw.com

DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
mcohare@gmail.com


*/s/Paul Gordon*
Paul Gordon