IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

**MOTION FOR SECOND EXTENSION OF TIME
TO MAKE EXPERT DISCLOSURES**

**Debtor asks this Court to extend the deadline to make expert disclosures pending appointment of counsel and the re-setting of a hearing on Cohen's claim.**

Debtor previously asked for a 30-day extension of time to make expert disclosures. Creditor Cohen LLC objected. This Court has not yet ruled on the first motion. In the interim, this Court vacated the upcoming hearing on Cohen's claim, and Debtor moved for leave to hire the undersigned to be Debtor's counsel. The hearing has not been reset. The motion for leave has not been ruled upon. Under the circumstances, no party will be prejudiced by waiting until the other matters are resolved before requiring expert disclosures.

RESPECTFULLY submitted this 9th day of January 2026.

GORDON LEGAL MALPRACTICE PLLC

*/s/ Paul Gordon*
Paul Gordon

Post Office Box 460395
Denver, Colorado 80246
720-505-0536
paul@legal-mal.com

*Attorney for DNC and TCPA List Sanitizer, LLC*

## CERTIFICATE OF SERVICE

I certify that, on January 9, 2026, I served a true copy of this MOTION FOR SECOND EXTENSION OF TIME TO MAKE EXPERT DISCLOSURES and proposed orders on all parties of record in compliance with the Federal Rules of Bankruptcy Procedure and the Court's local rules by CM/ECF to the following:

Joli A. Lofstedt, Esq.
Trustee
joli@jaltrustee.com
ecf.alert+Lofstedt@titlexi.com
brenda@jaltrustee.com

Alan K. Motes, Esq.
on behalf of U.S. Trustee
Alan.Motes@usdoj.gov

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Jeffrey Cohen, Esq.
on behalf of Jeffery Cohen, Esq.
jcohen@cohentrial.com

Katharine S. Sender, Esq.
Vandana Koelsch, Esq.
on behalf of Allen Vellone Wolf Helfrich & Factor P.C.
ksender@allen-vellone.com
vkoelsch@allen-vellone.com

Arthur Lindquist-Kleissler, Esq.
on behalf of Cashyew Holding LLC
Arthuralklaw@gmail.com
seanalklaw@gmail.com
LindquistKleisslerCompanyLLC@jubileebk.net

Robert J. Shilliday, III, Esq.
on behalf of John Cimino, Esq.
rjs@shillidaylaw.com

Peter A. Cal, Esq.
John Gray, Esq.
on behalf of JPMorgan Chase Bank N.A.
pcal@taftlaw.com
jgray@taftlaw.com
rneal@shermanhoward.com
dfouts@shermanhoward.com
lkostyk@shermanhoward.com
efiling@sah.com

2

Chad S. Caby, Esq.
Samuel Wilson Collins, Esq.
on behalf of Ringba LLC, Adam Young, and Tubmanburg Ltd.
chad.caby@wbd-us.com
Wilson.Collins@wbd-us.com
Chadwick-caby-5693@ecf.pacerpro.com
Jennifer.eastin@wbd-us.com

Jason Cooper, Esq.
Reza Rismani, Esq.
on behalf of Glegal LLC
jason.cooper@fmglaw.com
reza.rismani@fmglaw.com

DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
mcohare@gmail.com


*/s/Paul Gordon*
Paul Gordon