# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

## ORDER EXTENDING TIME TO MAKE EXPERT DISCLOSURES

The Court, having reviewed the Debtor's Motion for Second Extension of Time to Make Expert Disclosures,

ORDERS that the motion is GRANTED.

DONE this _____ day of _____ 2026.

BY THE COURT:

_____
Honorable Kimberley H. Tyson
United States Bankruptcy Judge