**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>DNC AND TCPA LIST SANITIZER, LLC.,<br><br>Debtor. | Bankruptcy Case No. 24-12624 KHT<br><br>Chapter 11 (Subchapter V) |

### ORDER AND NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE that the following matter has been on set for a telephonic preliminary hearing to be held on **Wednesday, February 4, 2026 at 2:30 p.m.** Parties must appear by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.

Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

The matter set is: The Motion to Strike Entry of Appearance of Attorney Paul Gordon filed by Jeffrey Cohen (Docket No. 440) and the Response thereto filed by Paul Gordon (Docket No. 451); The Motion for Leave to Employ Gordon Legal Malpractice PLLC as Bankruptcy Counsel for the Debtor-In-Possession and for Approval of Retainer filed by Paul Gordon (Docket #442) and the Objection thereto filed by Jeffrey Cohen (Docket #450); and the Motion for Extension of Time to Make Expert Disclosures filed by Attorney Paul Gordon (Docket ## 443 and 453) and the Objection thereto filed by Jeffrey Cohen (Docket #444).

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED this 13th day of January, 2026

BY THE COURT:

_Kimberley H. Tyson_
Kimberley H. Tyson
United States Bankruptcy Judge