# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

In re:

DNC and TCPA LIST SANITIZER, LLC,

Debtor.

Case No. 24-12624 KHT
Chapter 11

## ORDER DENYING SUMMARY JUDGMENT

THIS MATTER comes before the Court on the Motion for Summary Judgment (the "Motion," docket #436), filed by Cohen, LLC ("Claimant"), and the Response thereto (docket #452), filed by the Debtor.

The Motion requests judgment in Claimant's favor as a matter of law on the Motion to Disallow Claim Number 8 and 9 of Creditor Cohen, LLC (the "Claim Objection," docket #410), filed by the Debtor, because Debtor's counsel was allowed to withdraw (docket #434), and this Court's rules do not allow an LLC such as Debtor to proceed pro se.

After the Motion was filed, the Court vacated the February 5-6, 2026, hearing previously set on the Claim Objection (docket #437). Shortly thereafter, attorney Paul Gordon entered an appearance on Debtor's behalf (docket #439).

For the reasons stated on the record in open court on February 4, 2026, the Court denied Claimant's Motion to Strike Paul Gordon's entry of appearance. Because Debtor is now represented by counsel, the Motion will be denied as moot, and the Claim Objection will be set for telephonic status conference to set an evidentiary hearing.

Accordingly, it is

HEREBY ORDERED that the Motion is DENIED. By separate order, the Court will set the Claim Objection for telephonic status conference.

Dated February 5, 2026

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge