**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>DNC AND TCPA LIST SANITIZER, LLC,<br><br>Debtor. | Bankruptcy Case No. 24-12624 KHT<br><br>Chapter 11 (Subchapter V) |

**ORDER AND NOTICE OF PRELIMINARY HEARING**

PLEASE TAKE NOTICE that the following matter has been on set for a telephonic preliminary hearing to be held on **Wednesday, February 18, 2026 at 2:30 p.m.** Parties must appear by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.

Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

The matter set is: The Motion to Disallow Claim Number 8 and 9 Of Creditor Cohen, LLC filed by the Debtor (Docket No. 410) and the Response filed by Jeffrey Cohen on behalf of Jeffrey Cohen, LLC (Docket No. 419).

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED this 6th day of February, 2026

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge