**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DNC AND TCPA LIST SANITIZER, LLC | ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 | ) | Chapter 11 |
| | ) | Subchapter V |
| Debtor. | ) | |

---

**NOTICE PURSUANT TO L.B.R. 9013**
**OF MOTION FOR STAY OF PROCEEDINGS**
**ON CLAIM NUMBERS 8 AND 9 (DOCKET NOS. 410 AND 419)**
**PENDING RESOLUTION OF LEGAL MALPRACTICE ACTION**
**AGAINST CLAIMANT**

---

OBJECTION DEADLINE: **FEBRUARY 27, 2026**

PLEASE TAKE NOTICE that Debtor DNC and TCPA List Sanitizer, LLC has filed a *Motion For Stay Of Proceedings On Claim Numbers 8 And 9 (Docket Nos. 410 And 419) Pending Resolution Of Legal Malpractice Action Against Claimant*. The motion seeks a stay of the bankruptcy proceedings on Cohen LLC's claims pending resolution of a state court legal malpractice action against Cohen LLC among other defendants. A copy of the motion is available from the undersigned counsel, at the Bankruptcy Court, or on PACER.

If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

RESPECTFULLY submitted this February 13, 2026.

GORDON LEGAL MALPRACTICE PLLC

*/s/Paul Gordon*
Paul Gordon
Post Office Box 460395
Denver, Colorado 80246
720-505-0536
paul@legal-mal.com

*Attorney for DNC and TCPA List Sanitizer, LLC*

CERTIFICATE OF SERVICE

I certify that, on February 13, 2026, I served a true copy of this **NOTICE PURSUANT TO L.B.R. 9013 OF MOTION FOR STAY OF PROCEEDINGS ON CLAIM NUMBERS 8 AND 9 (DOCKET NOS. 410 AND 419) PENDING RESOLUTION OF LEGAL MALPRACTICE ACTION AGAINST CLAIMANT** and proposed orders on all parties of record in compliance with the Federal Rules of Bankruptcy Procedure and the Court's local rules by CM/ECF to the following:

Joli A. Lofstedt, Esq.
Trustee
joli@jaltrustee.com
ecf.alert+Lofstedt@titlexi.com
brenda@jaltrustee.com

Alan K. Motes, Esq.
on behalf of U.S. Trustee
Alan.Motes@usdoj.gov

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Jeffrey Cohen, Esq.
on behalf of Jeffery Cohen, Esq.
jcohen@cohentrial.com

Katharine S. Sender, Esq.
Vandana Koelsch, Esq.
on behalf of Allen Vellone Wolf Helfrich & Factor P.C.
ksender@allen-vellone.com
vkoelsch@allen-vellone.com

Arthur Lindquist-Kleissler, Esq.
on behalf of Cashyew Holding LLC
Arthuralklaw@gmail.com
seanalklaw@gmail.com
LindquistKleisslerCompanyLLC@jubileebk.net

Robert J. Shilliday, III, Esq.
on behalf of John Cimino, Esq.
rjs@shillidaylaw.com

Peter A. Cal, Esq.
John Gray, Esq.
on behalf of JPMorgan Chase Bank N.A.
pcal@taftlaw.com
jgray@taftlaw.com
rneal@shermanhoward.com
dfouts@shermanhoward.com
lkostyk@shermanhoward.com
efiling@sah.com

Chad S. Caby, Esq.
Samuel Wilson Collins, Esq.
on behalf of Ringba LLC, Adam Young, and Tubmanburg Ltd.
chad.caby@wbd-us.com
Wilson.Collins@wbd-us.com
Chadwick-caby-5693@ecf.pacerpro.com
Jennifer.eastin@wbd-us.com

Jason Cooper, Esq.
Reza Rismani, Esq.
on behalf of Glegal LLC
jason.cooper@fmglaw.com
reza.rismani@fmglaw.com

DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
mcohare@gmail.com

*/s/Paul Gordon*
Paul Gordon