Outlook

## Default of Plan Oblgations - TCPA

| | |
|---|---|
| **From** | Jeffrey Cohen <jcohen@cohentrial.com> |
| **Date** | Tue 2/10/2026 9:40 AM |
| **To** | Paul Gordon <paul@legal-mal.com> |

Paul:

As a follow up to my email yesterday to which you did not respond, this correspondence serves to notify the Debtor that it has defaulted in performing its obligations under para. 10.2(f) of its confirmed Plan. Under para. 8.10 of the Plan written notice is hereby given to the Debtor that the filing of the state court action you referenced is a default and the Debtor has 10 days to dismiss that case, i.e. until COB February 20, 2026. Failing which this creditor shall pursue a motion to convert this chapter 11 case to one under Chapter 7 and for other appropriate sanctions as mentioned previously.

Jeffrey Cohen, Esq.
Cohen, LLC
Colorado State Bank Building
1600 Broadway, Suite 1660
Denver, CO.  80202
303-524-3636 – Office
720-470-5020 – Cell
720-354-4984 – Direct Dial
jcohen@cohentrial.com