UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC AND TCPA Sanitizer List, LLC | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

**ORDER**

      The Court, having read Creditors Cohen LLC and Jeffrey Cohen's Motion For Order To Aid The Implementation Of The Debtor's Confirmed Fifth Amened Plan Of Reorganization Regarding The Claim Objection Procedure For Claim No. 9 Now Pending And For Sanctions,

      ORDERS that the Motion is GRANTED.

      DONE this _____ day of _____ 2026.

                                                     BY THE COURT:

                                                     _____

                                                     Honorable Kimbereley H. Tyson
                                                     United States Bankruptcy Judge