UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 24-12624 KHT |
| ) | |
| DNC AND TCPA Sanitizer List, LLC ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

**NOTICE PERSUANT TO L.B.R. 9013 OF MOTION FOR**

OBJECTION DEADLINE: **MARCH 2, 2026**

     PLEASE TAKE NOTICE that Creditor Cohen LLC has filed a Motion For Order To Aid The Implementation Of The Debtor's Confirmed Fifth Amened Plan Of Reorganization Regarding The Claim Objection Procedure For Claim No. 9 Now Pending And For Sanctions. The motion seeks an order aiding the implementation of the confirmed Plan of Reorganization. A copy of the motion is available from the undersigned counsel, at the Bankruptcy Court, or on PACER.

     If you oppose the motion or object to the requested relief, your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

     In absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

     Respectfully submitted,

     COHEN, LLC

     */s/ Jeffrey Cohen*
     Jeffrey Cohen, Esq. #10876
     COHEN, LLC
     1600 Broadway, Suite 1660
     Denver, CO 80202
     303-524-3636 – Office
     720-354-4984 – Direct Dial

## CERTIFICATE OF SERVICE

       I certify that on February 13, 2026 I served a complete copy of the foregoing **MOTION** and proposed orders on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules by CM/ECF:

Alan Motes, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 802094

Chad Caby, Esq.
Samuel Wilson Collins, Esq.
on behalf of Ringba LLC, Adam Young, and Tubmanburg Ltd.
chad.caby@wbd-us.com
Wilson.Collins@wbd-us.com
Chadwick-caby5693@ecf.pacerpro.com
Jennifer.eastin@wbd-us.com

Joli Lofstedt, Esq.
Trustee
joli@jalttrustee.com
ecf.alert+Lofstedt@titlexi.com
brenda@jalttrustee.com

Katherine S. Sender, Esq.
Vandana Koelsch, Esq.
On behalf of Allen Vellone Wolf Helfrich & Factor P.C.
ksender@allen-vellone.com
vkoelsch@allen-vellone.com

Arthur Lindquist-Kleissler, Esq.
On behalf of Cashyew Holding LLC

Artheralklaw@gmail.com
seanalklaw@gmail.com
LindquistKleisslerCompanyLLC@jubileebk.net

Robert J. Shilliday, III, Esq.
On behalf of John Cimino, Esq.
rjs@shillidaylaw.com

Peter A. Cal, Esq.
John Gray, Esq.
On behalf of JP Morgan Chase Bank N.A.
pcal@taftlaw.com
jgray@taftlaw.com
rneal@shermanhoward.com
dfouts@shermanhoward.com
lkostyk@shermanhoward.com
efiling@sah.com

Jason Cooper, Esq.
Reza Rismani, Esq.
On behalf of Glegal LLC
Jason.cooper@fmglaw.com
Reza.rismani@fmglaw.com

DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
mcohare@gmail.com

All parties requesting service electronically,

                                                                     */s/Jeffrey Cohen*
                                                                     Jeffrey Cohen