UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC AND TCPA Sanitizer List, LLC | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

**WITHDRAWAL OF DOCKET NO. 471**

COHEN, LLC made a ministerial error when filing Docket No. 471 and appears to have uploaded again its previous Motion (Docket No. 465). Cohen, LLC meant to amend and supplement its previous Motion (Docket No. 465) with a new Motion to Aid in Implementation of the Plan. Cohen LLC hereby withdraws Docket No. 471. Cohen LLC will file a new amended and supplemented motion.

Dated February 26, 2026.

    Respectfully submitted,

    COHEN, LLC

    */s/ Jeffrey Cohen*
    Jeffrey Cohen, Esq. #10876
    COHEN, LLC
    1600 Broadway, Suite 1660
    Denver, CO 80202
    303-524-3636 – Office
    720-470-5020 – Cell
    720-354-4984 – Direct Dial
    jcohen@cohentrial.com

## CERTIFICATE OF SERVICE

I certify that on February 26, 2026 I served a complete copy of the foregoing **WITHDRAWAL** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules by CM/ECF:

Alan Motes, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 802094

Chad Caby, Esq.
Samuel Wilson Collins, Esq.
on behalf of Ringba LLC, Adam Young, and Tubmanburg Ltd.
chad.caby@wbd-us.com
Wilson.Collins@wbd-us.com
Chadwick-caby5693@ecf.pacerpro.com
Jennifer.eastin@wbd-us.com

Joli Lofstedt, Esq.
Trustee
joli@jalttrustee.com
ecf.alert+Lofstedt@titlexi.com
brenda@jalttrustee.com

Katherine S. Sender, Esq.
Vandana Koelsch, Esq.
On behalf of Allen Vellone Wolf Helfrich & Factor P.C.
ksender@allen-vellone.com
vkoelsch@allen-vellone.com

Arthur Lindquist-Kleissler, Esq.
On behalf of Cashyew Holding LLC
Artheralklaw@gmail.com
seanalklaw@gmail.com
LindquistKleisslerCompanyLLC@jubilebk.net

Robert J. Shilliday, III, Esq.
On behalf of John Cimino, Esq.
rjs@shillidaylaw.com

Peter A. Cal, Esq.
John Gray, Esq.
On behalf of JP Morgan Chase Bank N.A.
pcal@taftlaw.com
jgray@taftlaw.com
rneal@shermanhoward.com
dfouts@shermanhoward.com
lkostyk@shermanhoward.com
efiling@sah.com

Jason Cooper, Esq.
Reza Rismani, Esq.
On behalf of Glegal LLC
Jason.cooper@fmglaw.com
Reza.rismani@fmglaw.com

DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
mcohare@gmail.com

All parties requesting service electronically,

*/s/Jeffrey Cohen*
Jeffrey Cohen