IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 24-12624-KHT |
| DNC and TCPA LIST SANITIZER, LLC, ) | Chapter 11 |
| EIN: 83-3868704 ) | Subchapter V |
|     Debtor. ) | |

**JOINDER OF GLEGAL, LLC IN SUPPORT OF COHEN, LLC'S
AMENDED AND SUPPLEMENTED MOTION TO AID
IMPLEMENTATION OF CONFIRMED PLAN (DKT 465)**

GLegal, LLC, an unsecured creditor, and Gary Tucker, a party in interest (together, "Tucker"), by and through undersigned counsel, submit this Joinder in support of Cohen, LLC's Amended and Supplemented Motion for Order to Aid the Implementation of the Debtor's Confirmed Fifth Amended Plan of Reorganization (Dkt. 474) (the "Motion"), and state follows:

1. Tucker is a creditor in this case and remains a party bound by the confirmed Fifth Amended Plan.

2. Tucker has been named as a Defendant in the same February 9, 2026 state-court malpractice action that Cohen identifies in the Motion. That action arises from the same subject matter already within this Court's retained jurisdiction under Plan §§ 8.5 and 10.2.

3. For the same reasons set forth in the Motion, Tucker agrees that the Debtor lacked post-confirmation standing to bring the malpractice action because the confirmed Plan did not reserve standing for that litigation.

4. Tucker further agrees that the Debtor's initiation of the state-court malpractice action constitutes a breach of the confirmed Plan and is inconsistent with the Plan's retention of jurisdiction for the adjudication of "any cause of action brought by the Debtor."

1

5. Tucker adopts and incorporates the arguments, authorities, and requested relief set forth in Cohen's Motion.

**WHEREFORE**, GLegal, LLC and Gary Tucker respectfully request that the Court grant Cohen's Amended and Supplemented Motion (Dkt. 474), order the Debtor to cease, desist, and dismiss the state-court malpractice action, enforce the relevant provisions of the confirmed Plan, grant Tucker attorney's fees and costs, and grant such further relief as the Court deems proper.

Respectfully submitted this 2nd day of March, 2026.

FREEMAN MATHIS & GARY, LLP

*s/ Reza D. Rismani*
Reza D. Rismani
Jason D. Cooper
6400 S. Fiddlers Green Circle, Ste. 1900
Greenwood Village, CO 80111
Tel: 303-292-2700
Email: reza.rismani@fmglaw.com
Jason.cooper@fmglaw.com.com
*Attorneys for Creditor GLegal, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 2, 2026, the foregoing was electronically filed and served via CM/ECF pursuant to L.B.R. 9036-1, which action caused automatic electronic notice of such filing to all parties in interest in this matter

*s/ Samantha Dreiling*
Samantha Dreiling