IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| DNC AND TCPA LIST SANITIZER, LLC ) | Case No. 24-12624-KHT |
| EIN: 83-3868704 ) | Chapter 11 |
| ) | Subchapter V |
| Debtor. ) | |

MOVANT'S CERTIFICATE OF CONTESTED MATTER
AND REQUEST FOR HEARING

On February 13, 2026, Debtor DNC and TCPA List Sanitizer, LLC (the "Movant"), filed a motion or application pursuant to L.B.R. 2002-1 or 9013-1 entitled, Motion for Stay of Proceedings on Claim Numbers 8 and 9 (Docket Nos. 410 and 419) Pending Resolution of Legal Malpractice Action Against Claimant (the "Motion") at docket no. 463. Movant hereby certifies that the following is true and correct:

1. Service of the Motion, Notice, and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Federal Rules of Bankruptcy Procedure and the Court's Local Rules as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Motion on February 13, 2026.
2. **[complete if applicable]** Mailing or other service of the Notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 2002-1 and 9013-1 (or in the manner permitted by Court order, a copy of which is attached), as is shown on the Certificate of Service, L.B.F. 9013-1.2, previously filed with the Notice on February 13, 2026.
3. Objections and requests for hearing on the motion/application have been filed by the following party/parties:
    a. **Cohen LLC** docket no. 470;
    b. _____ **[name of party]**, docket no., \_\_\_\_\_ **[#]**;
4. The docket numbers for each of the following relevant documents are:
    a. the Motion and all documents attached thereto and served therewith, docket no. 463;
    b. the Notice, docket no. 466;
    c. the Certificate of Service of the Motion and the Notice, docket no. 463 and 466;
    d. the Proposed Order, docket no. 463; and
    e. the _____ **[title of other relevant document]**, docket no. \_\_\_\_\_ **[#]**.
5. Movant made a good faith effort to resolve this matter without the necessity of a hearing in the following manner:  None.
6. **[complete if applicable]** Resolution of this contested matter may benefit from a preliminary hearing to resolve the following disputed legal issues:  **[summary of disputed issues]**.
7. **[complete if applicable]** Resolution of this contested matter will require an evidentiary hearing. Movant estimates the hearing will proceed as follows: **[complete or delete as applicable]**.
    a. _____ **[summary of the factual issues to be tried]**;
    b. _____ **[estimate of time required for hearing]**;
    c. _____ **[number of witnesses anticipated]**;
    d. _____ **[expert witness testimony requirements]**; and
    e. _____ **[necessary discovery and, the nature of, and time required for, discovery]**.

Accordingly, Movant requests that the Court set this matter for hearing pursuant to L.B.R. 9013-1.

RESPECTFULLY submitted this March 9, 2026.

                                                  GORDON LEGAL MALPRACTICE PLLC

*/s/Paul Gordon*
Paul Gordon
Post Office Box 460395
Denver, Colorado 80246
720-505-0536
paul@legal-mal.com

*Attorney for DNC and TCPA List Sanitizer, LLC*

CERTIFICATE OF SERVICE

      I certify that, on March 9, 2026, I served a true copy of this **MOVANT'S CERTIFICATE OF CONTESTED MATTER AND REQUEST FOR HEARING** and proposed orders on all parties of record in compliance with the Federal Rules of Bankruptcy Procedure and the Court's local rules by CM/ECF to the following:

Joli A. Lofstedt, Esq.
Trustee
joli@jaltrustee.com
ecf.alert+Lofstedt@titlexi.com
brenda@jaltrustee.com

Alan K. Motes, Esq.
on behalf of U.S. Trustee
Alan.Motes@usdoj.gov

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Jeffrey Cohen, Esq.
on behalf of Jeffery Cohen, Esq.
jcohen@cohentrial.com

Katharine S. Sender, Esq.
Vandana Koelsch, Esq.
on behalf of Allen Vellone Wolf Helfrich & Factor P.C.
ksender@allen-vellone.com
vkoelsch@allen-vellone.com

Arthur Lindquist-Kleissler, Esq.
on behalf of Cashyew Holding LLC
Arthuralklaw@gmail.com
seanalklaw@gmail.com
LindquistKleisslerCompanyLLC@jubileebk.net

Robert J. Shilliday, III, Esq.
on behalf of John Cimino, Esq.
rjs@shillidaylaw.com

2

Peter A. Cal, Esq.
John Gray, Esq.
on behalf of JPMorgan Chase Bank N.A.
pcal@taftlaw.com
jgray@taftlaw.com
rneal@shermanhoward.com
dfouts@shermanhoward.com
lkostyk@shermanhoward.com
efiling@sah.com

Chad S. Caby, Esq.
Samuel Wilson Collins, Esq.
on behalf of Ringba LLC, Adam Young, and Tubmanburg Ltd.
chad.caby@wbd-us.com
Wilson.Collins@wbd-us.com
Chadwick-caby-5693@ecf.pacerpro.com
Jennifer.eastin@wbd-us.com

Jason Cooper, Esq.
Reza Rismani, Esq.
on behalf of Glegal LLC
jason.cooper@fmglaw.com
reza.rismani@fmglaw.com

DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
mcohare@gmail.com


*/s/Paul Gordon*
Paul Gordon