**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re:

DNC AND TCPA LIST SANITIZER, LLC.,

Debtor.

Bankruptcy Case No. 24-12624 KHT

Chapter 11 (Subchapter V)

**ORDER AND NOTICE OF PRELIMINARY HEARING**

PLEASE TAKE NOTICE that the following matters have been set for a telephonic preliminary hearing to be held on **Wednesday, April 1, 2026 at 2:30 p.m.** Parties must appear by telephone. The phone number and all information regarding telephonic appearances are available on the Court's website at: www.cob.uscourts.gov/content/chief-judge-kimberley-h-tyson-kht.

Your matter has been set for a non-evidentiary hearing of not more than fifteen (15) minutes. If the matter to be heard will exceed 15 minutes in length, or if it is necessary to receive evidence to resolve the matter, the scheduled hearing will be used as a scheduling conference and the matter will be reset to a later date.

The matters set are: 1)The Debtor's Motion to Stay the Progression of a Contested Matter filed February 13, 2026  (Docket No. 463) and the Objection thereto filed by Jeffrey Cohen on behalf of Cohen, LLC on February 25, 2026 (Docket No. 470) and 2) The Motion for Order to Aid the Implementation of the Confirmed Chapter 11 Plan filed by Cohen, LLC on February 26, 2026 (Docket No. 474); the Joinder filed by GLEGAL, LLC on March 2, 2026 (Docket No. 475) and the Objection thereto filed by the Debtor on March 11, 2026 (Docket No. 477).

NOTICE IS FURTHER GIVEN that in the event the matter is resolved, the hearing shall be vacated only upon (1) receipt of a stipulation or agreement of the parties no later than the day before the scheduled hearing, or (2) appearance by at least one of the parties at the hearing, in person or via telephone, who shall read the agreement into the record.

DATED this 12th day of March, 2026

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge