UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 24-12624 KHT |
| | ) | |
| DNC AND TCPA Sanitizer List, LLC | ) | |
| | ) | Chapter 11, Subchapter V |
| Debtor. | ) | |

**SUPPLEMENT TO COHEN'S REPLY (Dkt. 479) TO DEBTOR'S OBJECTION (DKT. 477)**

COHEN, LLC, an unsecured creditor of the Debtor, and Jeffrey Cohen, Esq. a party in interest, (hereinafter sometimes collectively referred to as "Cohen") hereby supplements its Reply (Dkt. 479) to the Debtor's Objection (Dkt. 477) to Cohen's Amended and Supplemented Motion (Dkt. 474). In support of its Supplement Cohen offers the following assertions, arguments and exhibits.

## <u>CASES WHERE § 1123(B)(3)(B) WAS APPLIED IN A SUBCHAPTER V CASE</u>

Given the comments made during oral arguments, the following cases demonstrate the fact that 11 U.S.C. § 1123(b)(3)(B) applies in Subchapter-V cases in accord with 11 U.S.C. § 1181(a) which makes certain sections of the Code inapplicable, which means that those sections not listed in §1181(a) are applicable. *See, e.g.*, *In re ActiTech, L.P.*, No. 22-30049-11, 2022 WL 6271936 at * 5 (Bankr. N.D. Tex. Oct. 7, 2022) (In the order of confirmation the court noted that the amended plan of reorganization complied with §1123(b)(3)); *In re Nelkin & Nelkin P.C.*, No. 23-34054, 2025 WL 2803857 (Bankr. S.D. Tex. Oct. 1, 2025) (the court cites its own confirmation order which cites § 1123 (b)(3)(B)).

Respectfully submitted,

COHEN, LLC

*/s/ Jeffrey Cohen*

Jeffrey Cohen, Esq. #10876
COHEN, LLC
1600 Broadway, Suite 1660
Denver, CO 80202
303-524-3636 – Office
720-470-5020 – Cell
720-354-4984 – Direct Dial
jcohen@cohentrial.com

## CERTIFICATE OF SERVICE

I certify that on April 02, 2026 I served a complete copy of the foregoing **Supplement** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules by CM/ECF:

Alan Motes, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 802094

Chad Caby, Esq.
Samuel Wilson Collins, Esq.
on behalf of Ringba LLC, Adam
Young, and Tubmanburg Ltd.
chad.caby@wbd-us.com
Wilson.Collins@wbd-us.com
Chadwick-caby5693@ecf.pacerpro.com
Jennifer.eastin@wbd-us.com

Joli Lofstedt, Esq.
Trustee
joli@jalttrustee.com
ecf.alert+Lofstedt@titlexi.com
brenda@jalttrustee.com

Katherine S. Sender, Esq.
Vandana Koelsch, Esq.
On behalf of Allen Vellone Wolf
Helfrich & Factor P.C.
ksender@allen-vellone.com
vkoelsch@allen-vellone.com

Arthur Lindquist-Kleissler, Esq.
On behalf of Cashyew Holding LLC

Artheralklaw@gmail.com
seanalklaw@gmail.com
LindquistKleisslerCompanyLLC@jubilebk.net

Robert J. Shilliday, III, Esq.
On behalf of John Cimino, Esq.
rjs@shillidaylaw.com

Peter A. Cal, Esq.
John Gray, Esq.
On behalf of JP Morgan Chase Bank N.A.
pcal@taftlaw.com
jgray@taftlaw.com
rneal@shermanhoward.com
dfouts@shermanhoward.com
lkostyk@shermanhoward.com
efiling@sah.com

Jason Cooper, Esq.
Reza Rismani, Esq.
On behalf of Glegal LLC
Jason.cooper@fmglaw.com
Reza.rismani@fmglaw.com

DNC and TCPA List Sanitizer, LLC
c/o Michael O'Hare
mcohare@gmail.com

All parties requesting service electronically,

/s/Jeffrey Cohen
Jeffrey Cohen