United States Bankruptcy Court

District of Colorado

In re:                                                  Case No. 24-12624-KHT

DNC and TCPA LIST SANITIZER, LLC                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 1082-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 02, 2026 | Form ID: pdf904 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Cashyew Holding, LLC, 405 Cherry Hills Way, Colorado Springs, CO 80921-2667 |
| intp | + | GLEGAL, LLC, c/o Gary Tucker, 1600 Broadway No. 1660, Denver, CO 80202-4915 |
| cr | + | JPMorgan Chase Bank, N.A., c/o Sherman & Howard L.L.C., Attn: Peter A. Cal, Esq., 675 Fifteenth Street, Suite 2300, Denver, CO 80202-4258 |
| 19607634 | + | Cohen Trial, LLC, 1600 Broadway Suite 1660, Denver, CO 80202-4915 |
| 19607638 | + | Quandry Peak Research, 205 S Broadway Suite 300, Los Angeles, CA 90012-3607 |
| 19607628 | + | Ringba, LLC, 8 the Green Suite 11558, Dover DE 19901-3618 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | | Email/Text: michael@tcpalitigatorlist.com | Apr 02 2026 22:24:00 | DNC and TCPA LIST SANITIZER, LLC, 985 Pico Point, Colorado Springs, CO 80905 |
| aty | + | Email/Text: litigationcalendaring@michaelbest.com | Apr 02 2026 22:24:00 | Allen Vellone Wolf Helfrich & Factor P.C., 1600 Stout Street Suite 1900, Denver, CO 80202-3156 |
| 19607629 | + | Email/Text: litigationcalendaring@michaelbest.com | Apr 02 2026 22:24:00 | Allen Vellone Wolf Halfrich & Factor, PC, 1600 Stout Street Stuie 1900, Denver, CO 80202-3156 |
| 19607630 | + | Email/PDF: bncnotices@becket-lee.com | Apr 02 2026 22:31:00 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 19607635 | ^ | MEBN | Apr 02 2026 22:17:50 | CT Corporation System, as representative, Attn: SPRS, 330 N Brand Blvd Ste 700, Glendale, CA 91203-2336 |
| 19607632 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 02 2026 22:30:59 | Chase, PO Box 78039, Phoenix, AZ 85062-8039 |
| 19607636 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 02 2026 22:31:05 | JP Morgan Chase Bank NA, PO Box 6026 IL1-1145, Chicago, IL 60680-6026 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19607631 | ##+ | American Express, Business Line of Credit PO Box 570622, Atlanta, GA 30357-3110 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

District/off: 1082-1

Date Rcvd: Apr 02, 2026

User: admin

Form ID: pdf904

Page 2 of 3

Total Noticed: 13

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Garber | on behalf of Plaintiff DNC and TCPA LIST SANITIZER  LLC agarber@wgwc-law.com, ngarber@wgwc-law.com;8931566420@filings.docketbird.com |
| Alan K. Motes | on behalf of U.S. Trustee US Trustee Alan.Motes@usdoj.gov |
| Arthur Lindquist-Kleissler | on behalf of Interested Party Cashyew Holding  LLC Arthuralklaw@gmail.com, seanalklaw@gmail.com;LindquistKleisslerCompanyLLC@jubileebk.net |
| Benjamin Woodruff | on behalf of Plaintiff Michael O'Hare ben.woodruff@michaelbest.com allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com |
| Chad S. Caby | on behalf of Creditor Adam Young chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Defendant Ringba  LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Creditor Ringba  LLC chad.caby@wbd-us.com, chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Defendant Adam Young chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Chad S. Caby | on behalf of Creditor Tubmanburg Limited chad.caby@wbd-us.com chadwick-caby-5693@ecf.pacerpro.com,Jennifer.Eastin@wbd-us.com |
| Jason Cooper | on behalf of Interested Party GLEGAL  LLC jason.cooper@fmglaw.com |
| Jeffrey Cohen | on behalf of Creditor Jeffery Cohen jcohen@cohentrial.com |
| John Gray | on behalf of Creditor JPMorgan Chase Bank  N.A. jgray@taftlaw.com, lkostyk@taftlaw.com;DEN_docket_assist@taftlaw.com;jmoore@taftlaw.com |
| Joli A. Lofstedt | joli@jaltrustee.com  ecf.alert+Lofstedt@titlexi.com,brenda@jaltrustee.com |
| Katharine S. Sender | on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. kate@cosenderlaw.com la@allen-vellone.com,allen-vellone@myecfx.com |
| Katharine S. Sender | on behalf of Debtor DNC and TCPA LIST SANITIZER  LLC kate@cosenderlaw.com, la@allen-vellone.com,allen-vellone@myecfx.com |

District/off: 1082-1        User: admin        Page 3 of 3

Date Rcvd: Apr 02, 2026        Form ID: pdf904        Total Noticed: 13

Paul Gordon

on behalf of Debtor DNC and TCPA LIST SANITIZER  LLC paul@legal-mal.com

Peter A. Cal

on behalf of Creditor JPMorgan Chase Bank  N.A. pcal@taftlaw.com, rneal@taftlaw.com,DEN_Docket_Assist@taftlaw.com

Reza Rismani

on behalf of Interested Party GLEGAL  LLC reza.rismani@fmglaw.com

Robert J. Shilliday, III

on behalf of Attorney John Cimino rjs@shillidaylaw.com

Samuel Wilson Collins

on behalf of Defendant Adam Young Wilson.Collins@wbd-us.com

Samuel Wilson Collins

on behalf of Defendant Ringba  LLC Wilson.Collins@wbd-us.com

Tanner Sandor

on behalf of Creditor Jeffery Cohen tsandor@cohentrial.com

US Trustee

USTPRegion19.DV.ECF@usdoj.gov

Vandana Koelsch

on behalf of Spec. Counsel Allen Vellone Wolf Helfrich & Factor  P.C. Vandana.Koelsch@michaelbest.com, litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

Vandana Koelsch

on behalf of Attorney Allen Vellone Wolf Helfrich & Factor P.C. Vandana.Koelsch@michaelbest.com litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

Vandana Koelsch

on behalf of Debtor DNC and TCPA LIST SANITIZER  LLC Vandana.Koelsch@michaelbest.com, litigationcalendaring@michaelbest.com,allen-vellone@myecfx.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com

TOTAL: 26

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

***Minutes of Proceeding***

---

Date: April 1, 2026                                    HONORABLE KIMBERLEY H. TYSON, Presiding

---

In re:   DNC and TCPA LIST SANITIZER, LLC,          Debtor.          Case No: 24-12624-KHT
                                                                                      Chapter 11
                                                                                    Subchapter V

Appearances:

| | | | |
|---|---|---|---|
| Debtor | | Counsel | Paul Gordon |
| Creditor | Jeffrey Cohen | Counsel | Jeffrey Cohen |
| Creditor | GLegal, LLC | Counsel | Reza Rismani |
| Creditor | | Counsel | |

Proceedings:   Telephonic Preliminary Hearing on 1)The Debtor's Motion to Stay the Progression of a Contested Matter filed February 13, 2026   (Docket No. 463) and the Objection thereto filed by Jeffrey Cohen on behalf of Cohen, LLC on February 25, 2026 (Docket No. 470); and 2) The Motion for Order to Aid the Implementation of the Confirmed Chapter 11 Plan filed by Cohen, LLC on February 26, 2026 (Docket No. 474); the Joinder filed by GLEGAL, LLC on March 2, 2026 (Docket No. 475); the Objection thereto filed by the Debtor on March 11, 2026 (Docket No. 477) and Cohen, LLC's Reply (Docket #479).

[X]     The parties entered their appearances and made statements to the Court.

---

Orders:

[X]     The Court took the matter under advisement.

---

Date: April 1, 2026                                    FOR THE COURT:
                                                       *Kenneth S. Gardner, Clerk of the Bankruptcy Court*


                                                       By:   */s/ K. Lane Cutler*
                                                             Law Clerk